UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STATE OF ILLINOIS,

                              Plaintiff,

        v.　　　　　　　　　　　　　　　　　Case No. 17-cv-6260

CITY OF CHICAGO,

                              Defendant.

## SECOND JOINT STATUS REPORT

The State of Illinois ("State") and the City of Chicago ("City") (collectively, the "Parties"), by their attorneys, submit the following joint status report:

1. On October 23, 2017, the Parties filed a Joint Status Report detailing the issues that had been addressed and the work that the Parties had performed in this case prior to that date. (Dkt. No. 32.) This Second Joint Status Report sets forth the progress the Parties have made since the last status report in their effort to settle this case in the form of a consent decree.

2. Since the filing of the October 2017 Joint Status Report, the Parties have been in continuous discussion and engagement, including through the City's production of documents, site visits, interviews, presentations and related discussions. Most importantly, the Parties have begun negotiations regarding substantive police reform issues, with the intention of ultimately agreeing upon and documenting a consent decree to achieve comprehensive, lasting reform of the Chicago Police Department ("CPD").

**Continued Factual Investigation**

3. Since the Parties' last status report, the State has continued to engage in extensive factual investigation and discovery to inform its understanding of CPD's former and current practices, a crucial step to appropriately negotiating issues relevant to the consent decree. Since

October, the State has issued, including subparts, more than 100 new requests for documents, as well as numerous new requests for interviews and site visits. The City has worked diligently in providing responses to the State's document requests. The City has also facilitated the State's interview and site visit requests.

4. Since the last status conference, CPD and other City agencies involved in police accountability issues also have provided the State and its policing experts four detailed presentations over the course of several days. These presentations have addressed training, supervision, the Field Training Officer ("FTO") program, promotions, early intervention systems ("EIS") and accountability. In addition, to inform the Parties' negotiations, the State and its experts observed additional CPD training sessions, met with Training Academy staff, conducted officer and supervisor focus groups, observed a Training Oversight Committee meeting, and participated in numerous meetings with individuals regarding police accountability, among other things.

5. The State is currently working with the City to schedule additional presentations and site inspections, and interview additional members of CPD and other City employees regarding policing activities.

**Community Engagement**

6. The State continues to make significant progress on the community engagement process, which is being carefully crafted to ensure the public is fully informed and has the opportunity to provide input into the issues the Parties are negotiating as part of the consent decree.

7. Attorneys for the State continue to have ongoing contact with numerous community and advocacy groups interested in police reform issues, and have solicited their input

on all issues relating to police reform. For example, on October 10, 2017, the State sent letters to several different community and advocacy groups, asking each to provide in writing by October 31, 2017, specific suggestions they would like to see included in a final consent decree. Since the last status report, the State has also held discussions and meetings with numerous community and religious leaders and community groups to discuss police reform.

8. Moreover, the State has sought and received financial commitments from area foundations to assist with community engagement, which will assist in a formal community outreach campaign commencing in the very near future. This campaign contemplates partnering with community organizations to hold over a dozen meetings in neighborhoods across the city. It is presently anticipated that these meetings will include a brief presentation on the nature and purpose of a consent decree as well as small group discussions aimed at soliciting meaningful input. At the conclusion of the meetings, the State anticipates having a public report produced which synthesizes the community input received.

9. The State has also sought and received foundation support to help solicit CPD officer input and feedback on the primary topics contemplated to be part of the consent decree. The State hopes to partner with a national policing organization to conduct outreach to CPD officers across the Department of various ranks and assignments.

10. A website will be launched to provide the public the opportunity to learn about and engage with the consent decree process. Specifically, the website will serve as a platform for: (a) providing basic educational materials about the consent decree process, scope and limitations; (b) providing updates to the public on the negotiation process and responding to frequently asked questions; and (c) soliciting public feedback through a form that members of the public can complete and submit.

11. The State's police reform voicemail system provides another avenue to obtain and incorporate community input into the police reform negotiation process.

12. In addition, the State continues to consult and meet with counsel and high-ranking members of the Fraternal Order of Police ("FOP"). Additionally, the State has conducted meetings with the supervisors' unions and their attorneys.

**Negotiations**

13. The Parties have exchanged initial draft provisions and held formal, face-to-face negotiations on multiple topics. The Parties intend to continue this process of (i) developing a comprehensive understanding of police reform topics through document production, presentations, site visits, interviews and meetings with interested parties, and then (ii) exchanging draft language on an issue, followed by (iii) formal in-person negotiations.

WHEREFORE, the Parties respectfully request that the Court:

1) continue the stay order entered by the Court on September 5, 2017 (Dkt. No. 21);

2) set a further status hearing before the Court in approximately 60 days (with a written status report to be provided by the Parties in advance) to keep the Court fully informed and ensure the efficient and continued progress in this matter; and

    3)    grant such other and further relief as the Court believes necessary and appropriate.

Dated: January 5, 2018

Respectfully submitted,

| For Plaintiff State of Illinois:<br>**Lisa Madigan**, Attorney General for the State of Illinois | For Defendant City of Chicago:<br>**Edward N. Siskel**, Corporation Counsel for the City of Chicago |
|---|---|
| By: /s/ Cara A. Hendrickson<br>Assistant Attorney General<br>OFFICE OF ILLINOIS ATTORNEY GENERAL<br>100 W. Randolph St., 12th Floor<br>Chicago, Illinois 60601<br>(312) 814-3000<br>chendrickson@atg.state.il.us<br><br>Brent D. Stratton<br>Gary S. Caplan<br>Cara A. Hendrickson<br>Karyn L. Bass Ehler<br>Thomas J. Verticchio<br>Cynthia L. Flores<br>Shareese N. Pryor<br>Leigh J. Richie<br>Christopher G. Wells<br>Mikiko A. Thelwell<br>Matthew J. Martin<br>Assistant Attorneys General<br>100 West Randolph Street, 11th floor<br>Chicago, Illinois 60601<br>Phone: (312) 814-3000<br>Attorney No. 99000<br><br>Martin R. Lueck<br>Munir R. Meghjee<br>Timothy Q. Purdon<br>Anne M. Lockner<br>Patrick M. Arenz<br>Sharon Roberg-Perez<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, Minnesota 55402<br>Phone: (612) 349-8591 | By: /s/ Allan T. Slagel<br>Allan T. Slagel (ARDC #6198470)<br>aslagel@taftlaw.com<br>Heather A. Jackson (ARDC #6243164)<br>hjackson@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601<br>Telephone: (312) 527-4000<br>Facsimile: (312) 527-4011 |

21816142.4