# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

State Of Illinois

      Plaintiff,

v.              Case No.: 1:17–cv–06260
               Honorable Robert M. Dow Jr.

City Of Chicago

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 15, 2018:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held on 6/12/2018. Responses to the Fraternal Order of Police Chicago Lodge No. 7's motion to intervene [51] are due 7/10/2018; replies are due 7/24/2018; motion is taken under advisement and the court will issue an expedited ruling by mail. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.