UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CV-6260 |
| ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

To: See Attached Service List

**PLEASE TAKE NOTICE** that on Tuesday, July 17, 2018 at 9:15 a.m., or as soon thereafter as can be heard, I shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead in Courtroom 1919, or the courtroom usually occupied by him, in the Northern District of Illinois, located at 219 South Dearborn Street, Chicago Illinois 60604 and present the attached **"Motion to Hold Proceedings in Abeyance Pending Ruling on Motion to Intervene"**.

/s/Joel A. D'Alba
Joel A. D'Alba
Attorney for Fraternal Order of Police
Chicago Lodge No. 7

Joel A. D'Alba
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 720
Chicago, Illinois 60606
I.D. No. 39403

SERVICE LIST

Elizabeth Erin Babbitt
Heather Ann Jackson
Rachel L. Schaller
Allan T. Slagel
Taft Stettinius & Hollister LLP
111 E. Wacker Drive
Suite 2800
Chicago, IL 60601
ebabbitt@taftlaw.com
hjackson@taftlaw.com
rschaller@taftlaw.com
aslagel@taftlaw.com

Patrick M. Arenz
Robins Kaplan LLP
Suite 2800
800 LaSalle Avenue
Minneapolis, MN 55402
PArenz@RobinsKaplan.com

Karyn L. Bass Ehler
Office of the Attorney General of Illinois
100 W. Randolph Street
11th Floor
Chicago, IL 60601
kbassehler@atg.state.il.us

Gary Steven Caplan
Office of the Attorney General of Illinois
100 W. Randolph Street
11th Floor
Chicago, IL 60601
gcaplan@atg.state.il.us

Cynthia Lorena Flores
Office of the Illinois Attorney General
Civil Rights Bureau
100 W. Randolph Street
11th Floor
Chicago, IL 60601
CFlores@atg.state.il.us

Cara A. Hendrickson
100 W. Randolph Street
12th Floor
Chicago, IL 60601
CHendrickson@atg.state.il.us

Anne M. Lockner
Robins Kaplan LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
alockner@robinskaplan.com

Martin R. Lueck
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mlueck@robinskaplan.com

Matthew Joseph Martin
Illinois Attorney General's Office
188 West Randolph
Chicago, Illinois 60601
MMartin@atg.state.il.us

Munir R. Meghjee
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mmeghjee@RobinsKaplan.com

Shareese Nycole Pryor
Illinois Attorney General's Office
100 West Randolph
11th Floor
Chicago, Il 60601
sproyor@atg.state.il.us

Timothy Quay Purdon
Robins Kaplan LLP
Suite 200
1207 West Divide Avenue
Bismarck, ND 58503
tpurdon@robinskaplan.com

Leigh Jourdain Richie
Office of the Illinois Attorney General
100 W. Randolph Str.
11th Floor
Chicago, IL 60601
lrichie@atg.state.il.us

Sharon E. Roberg-Perez
Robins Kaplan LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
Sroberg-perez@robinskaplan.com

Brent Douglas Stratton
Office of the Attorney General
100 West Randolph Street
Chicago, Illinois 60601
bstratton@atg.state.il.us

Mikiko Akemi Thelwell
Illinois Attorney General
Civil Rights Bureau
100 West Randolph Street
11th Floor
Chicago, IL 60601
mthelwell@atg.state.il.us

Thomas John Verticchio
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
TVerticchio@atg.state.il.us

Christopher Graham Wells
Office of the Illinois Attorney General
Special Litigation Bureau
100 W. Randolph Street
11th Floor
Chicago, IL 60601
cwells@atg.state.il.us