UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

State Of Illinois
      Plaintiff,

v.            Case No.: 1:17–cv–06260
            Honorable Robert M. Dow Jr.

City Of Chicago
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 30, 2018:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Plaintiff's motion to partially lift the stay of these proceedings [98] is granted. Fairness hearing is set for 10/24 and 10/25, likely in the ceremonial courtroom and the time to be determined. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.