UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO,<br><br>    Defendant. | Case No. 1:17-cv-06260<br>Honorable Robert M. Dow, Jr. |

**JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE**

  The State of Illinois ("State") and the City of Chicago ("City") (collectively, the "Parties"), by their attorneys, respectfully request that the Court approve the proposed consent decree submitted together with this motion ("Proposed Consent Decree") and enter it as an order of the Court. In support of this motion, the Parties state as follows:

  1. On August 29, 2017, the State filed the complaint in this action. Since the filing of the complaint, the Parties have engaged in extensive negotiations to draft the terms of a consent decree.

  2. On July 27, 2018, the Parties jointly released for public review a draft consent decree requiring significant reforms to the Chicago Police Department ("CPD"). The Parties solicited and received public comments on the draft through August 17, 2018. Since the completion of the public comment period, the Parties have met repeatedly to consider the public feedback received and to make changes to the draft.

  3. The Parties have now reached final agreement in the form of the Proposed Consent Decree. The Parties respectfully request that the Court, after providing the public with

the opportunity to submit written comments, and to address the Court during the public hearings presently scheduled for October 24 and 25, 2018, approve the Proposed Consent Decree and enter it as an order of the Court. The Proposed Consent Decree is lawful, fair, reasonable, and adequate, and it should be approved. *See EEOC v. Hiram Walker & Sons, Inc.*, 768 F.2d 884, 888–89 (7th Cir. 1985); *Donovan v. Robbins*, 752 F.2d 1170, 1177 (7th Cir. 1985); *Isby v. Bayh*, 75 F.3d 1191, 1199 (7th Cir. 1996).

4. The Parties further request that the Court retain jurisdiction over this action in accordance with the terms of the Proposed Consent Decree.

WHEREFORE, the Parties respectfully request that the Court approve the Proposed Consent Decree and enter it as an order of the Court, retain jurisdiction over this action in accordance with the terms of the Proposed Consent Decree, and grant such other and further relief the Court deems necessary for the review and approval of the Proposed Consent Decree.

Dated: September 13, 2018             Respectfully submitted,

**For Plaintiff State of Illinois:**         **For Defendant City of Chicago:**

**Lisa Madigan**
**Attorney General of**
**the State of Illinois**

By: /s/ Cara A. Hendrickson          By: /s/ Allan T. Slagel
    Chief, Public Interest Division         Allan T. Slagel (ARDC #6198470)
    OFFICE OF THE ILLINOIS                  aslagel@taftlaw.com
    ATTORNEY GENERAL                        Heather A. Jackson (ARDC #6243164)
    100 W. Randolph St., 12th Floor         hjackson@taftlaw.com
    Chicago, Illinois 60601                 Elizabeth E. Babbitt (ARDC No.
    (312) 814-3000                          6296851)
    chendrickson@atg.state.il.us            ebabbitt@taftlaw.com
                                            Rachel L. Schaller (ARDC # 6306921)
    Brent D. Stratton                       rschaller@taftlaw.com
    Gary S. Caplan                          TAFT STETTINIUS & HOLLISTER LLP
    Cara A. Hendrickson                     111 East Wacker Drive

Karyn L. Bass Ehler
Thomas Verticchio
Cynthia L. Flores
Shareese N. Pryor
Leigh J. Richie
Christopher G. Wells
Mikiko Thelwell
OFFICE OF THE ILLINOIS
ATTORNEY GENERAL
100 West Randolph Street, 11th floor
Chicago, Illinois 60601
Phone: (312) 814-3000
Attorney No. 99000

Martin R. Lueck
Munir R. Meghjee
Timothy Q. Purdon
Anne M. Lockner
Patrick M. Arenz
Sharon Roberg-Perez
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8591

Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011