UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO,<br><br>                Defendant. | Case No. 1:17-cv-06260<br>Honorable Robert M. Dow, Jr. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 20, 2018, at 9:30 a.m., we shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Room 2388 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, 60604, to present the attached **JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE**, a copy of which has been electronically served on all parties of record.

Dated: September 13, 2018    Respectfully submitted,

**For Plaintiff State of Illinois:**    **For Defendant City of Chicago:**

**Lisa Madigan**
**Attorney General of**
**the State of Illinois**

By: /s/ Cara A. Hendrickson    By: /s/ Allan T. Slagel
    Chief, Public Interest Division        Allan T. Slagel (ARDC #6198470)
    OFFICE OF THE ILLINOIS        aslagel@taftlaw.com
    ATTORNEY GENERAL        Heather A. Jackson (ARDC #6243164)
    100 W. Randolph St., 12th Floor        hjackson@taftlaw.com
    Chicago, Illinois 60601        Elizabeth E. Babbitt (ARDC No.
    (312) 814-3000        6296851)
    chendrickson@atg.state.il.us        ebabbitt@taftlaw.com
            Rachel L. Schaller (ARDC # 6306921)
    Brent D. Stratton        rschaller@taftlaw.com
    Gary S. Caplan        TAFT STETTINIUS & HOLLISTER LLP
    Cara A. Hendrickson        111 East Wacker Drive
    Karyn L. Bass Ehler        Suite 2800
    Thomas Verticchio        Chicago, Illinois 60601

Cynthia L. Flores  Telephone: (312) 527-4000
Shareese N. Pryor  Facsimile: (312) 527-4011
Leigh J. Richie
Christopher G. Wells
Mikiko Thelwell
OFFICE OF THE ILLINOIS
ATTORNEY GENERAL
100 West Randolph Street, 11th floor
Chicago, Illinois 60601
Phone: (312) 814-3000
Attorney No. 99000

Martin R. Lueck
Munir R. Meghjee
Timothy Q. Purdon
Anne M. Lockner
Patrick M. Arenz
Sharon Roberg-Perez
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8591