IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, )<br>  )<br>           Plaintiff, )<br>  )<br>    v. )<br>  )<br>CITY OF CHICAGO, )<br>  )<br>           Defendant. ) | Case No. 17-cv-6260<br><br>Judge Robert M. Dow, Jr. |

### ORDER SETTING PUBLIC FAIRNESS HEARING AND WRITTEN COMMENT PERIOD ON PROPOSED CONSENT DECREE

As previously announced, the Court will convene a public fairness hearing on **October 24 and 25, 2018 at 9:30 a.m. in the James B. Parsons Ceremonial Courtroom on the 25th Floor of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604** to receive oral comments from counsel and members of the public on the proposed consent decree [107] filed on September 13, 2018 in this litigation. Prior to the hearing, the Court will receive written comments on the proposed decree. This order sets out the parameters for presenting oral and written comments.

### STATEMENT

On September 13, 2018, the parties filed a joint motion [107] seeking approval of a proposed consent decree that would resolve this case. The proposed consent decree is available on the docket of this case [see 107-1] and also can be accessed at the following website: http://chicagopoliceconsentdecree.org.

The Seventh Circuit has explained that when presented with proposed consent decree, a district court must determine whether the decree is "lawful, fair, reasonable, and adequate." *EEOC v. Hiram Walker & Sons, Inc.*, 768 F.2d 884, 888-89 (7th Cir. 1985). To assist the Court in making that determination, the Court will hold a hearing where members of the public may comment on the terms of the proposed decree. In addition, the Court will invite written comments. To ensure a fair and orderly process, any person or entity wishing to provide oral or written comments must comply with the procedures set out in this order.

**Written Comments**: Any person or entity wishing to provide written comments on the proposed consent decree may do so by filing their document—in letter or legal brief format—with the Clerk of the Court **no later than October 12, 2018 at 4:30 p.m**. Written submissions may be hand delivered or mailed to:

Clerk of Court
United States District Court
Everett McKinley Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604
Re: State of Illinois vs. City of Chicago, Case No. 17-cv-6260

All written submissions will be filed on the Court's public docket in this case and therefore will be publicly available through the Court's Electronic Case Filing system. All written submissions must include the full, printed name(s) of the submitting person(s), **but must not include addresses because addresses will not be made public**. Instead, the submitting person(s) full name(s) and address(es) must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal. **No e-mails, telephone calls, or anonymous submissions will be accepted or considered.**

**Oral Comments at the Public Hearing**: The Court will hold a public hearing on Wednesday, October 24 and Thursday, October 25, 2018 **between 9:30 a.m. and 3:00 p.m each day** (with occasional breaks, including a lunch break). The hearing will take place in the James B. Parsons Ceremonial Courtroom on the 25th Floor of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604. **Between 8:30 and 9:30 a.m. each day, members of the public who wish to speak may sign up outside the Ceremonial Courtroom**. On the first day of the hearing, counsel for the parties will be given an opportunity to speak first so that they may address the written comments filed with the Court. After counsel have made their presentations, members of the public will be given an opportunity to speak in the order that they signed up. **To accommodate all speakers, each speaker will be limited to five minutes**. In the event that more speakers register on the first day than can be accommodated, they will be given the earliest time slots on the second day. All speakers must speak from the lectern, state their names and any organization they represent, and direct their comments to the Court. The Court hopes to hear from everyone who registers, but the hearing will conclude at the designated time on both days even if all registered speakers have not been heard. In recognition of the possibility that the Court will not be able to accommodate all potential speakers—some of whom may not be available on either of the designated hearing dates—the Court has placed no page limitations on the written submissions.

**Space Limitations**: Although the Ceremonial Courtroom is the largest courtroom in the Federal Building, the Court may require persons to rotate in and out of the courtroom if necessary to accommodate registered speakers. **The courtroom will be open beginning at 8:45 a.m. each day.**

**Courthouse Rules**: All persons entering the courthouse must present a government-issued photo ID. All persons must pass through metal detectors that are staffed by court security officers. All personal belongings are subject to search. **No recording or photography is allowed inside the courthouse.** Court proceedings may not be recorded, photographed, broadcast, or transmitted from inside the courtroom. Posting to social media is not allowed from inside the courtroom. Electronic devices may not be used inside the courtroom. The United States Marshals and court security officers present may remove anyone from the hearing who violates these rules. Proper

courtroom decorum must be maintained at all times. In fairness to all speakers, respectful silence and attention is required during the presentations of all speakers. Applause and/or other outward demonstrations of approval or disapproval will not be permitted. Signs, posters, or other demonstrative objects will not be allowed in the courtroom. No eating, drinking, or gum chewing is allowed.

Dated: September 19, 2018

_____
Robert M. Dow, Jr.
United States District Court Judge