UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STATE OF ILLINOIS,

                    Plaintiff,

          v.

CITY OF CHICAGO,

                    Defendant.

Case No. 17-cv-6260

Hon. Robert M. Dow Jr.

APPENDIX TO COMMENTS SUBMITTED ON BEHALF OF
PLAINTIFFS IN *CAMPBELL ET AL. v. CITY OF CHICAGO:*
*CAMPBELL* ORGANIZATIONAL PLAINTIFFS' POSITIONS OF INTEREST

Each of the *Campbell* Organizational Plaintiffs and their members possess unique

knowledge about the issues of racially discriminatory policing, excessive force, and lack of

police accountability in Chicago.  Their positions of interest in the above-captioned litigation are

set forth as follows:

Black Lives Matter Chicago ("BLM Chicago"):  BLM Chicago is a non-profit organization that

fights for justice with the families most impacted by race-based violence and marginalization of

Black communities, while working to create just and equitable systems. *See* Second Am. Compl.,

*Campbell v. City of Chicago*, No. 17-cv-4467, Dkt. No. 83, ¶ 25.  In this regard, BLM Chicago

works to end state violence—including police violence—and criminalization of Black

communities by deconstructing the white supremacist, capitalist patriarchy. *See id.* Many

individual members of BLM Chicago have been or are likely to be subjected to excessive uses of

force and unfounded stops and arrests by the CPD. *See id.*, ¶ 87 (evidencing the findings of the

DOJ that "residents in black neighborhoods suffer more of the harms caused by breakdowns in

[CPD] uses of force, training, supervision, accountability, and community policing"). The CPD's

pattern and practice of excessive force and discriminatory policing has forced BLM Chicago to

divert resources away from its broader mission of creating just systems for all in order to address

the police abuses encountered by its members. *See id.*, ¶ 25. BLM Chicago and its members have

been instrumental in publicizing the experiences of community members with police in Chicago,

and in shaping the public conversation about how to transform the CPD in the wake of the DOJ's

findings released in 2017.[1]  BLM Chicago has also organized widespread protests against CPD

violence, know-your-rights seminars concerning interactions with law enforcement, and forums

and teach-ins about the federal response to police violence.[2]

Blocks Together ("BT"):  Established in 1995, BT is a membership-based community organizing

group in the West Humboldt Park neighborhood on Chicago's West Side committed to

promoting racial justice at the local level and throughout the city. *See Campbell* Compl. ¶ 26.

Individual members of BT, who are primarily Latino, have been and are likely to be subjected to

excessive use of force by the CPD.  *See id.*  As the DOJ found in its investigation, "CPD's

pattern or practice of unreasonable force and systemic deficiencies fall heaviest on the

predominantly black and Latino neighborhoods on the South and West Sides of Chicago….."

DOJ Report at 15.  The West Humboldt Park neighborhood is one such area of the City subject

to higher levels of police activity. In past years, the CPD's pattern and practice of excessive force

---

[1] *See*, *e.g.*, Cheryl Corley, *Chicago Police Department Overhaul to Continue, Mayor Says*, NPR (Apr. 5, 2017), http://www.npr.org/2017/04/05/522690555/chicago-police-department-overhaul-to-continue-mayor-says (recording interview with Kofi Ademola of BLM Chicago); David Matthews, *Black Lives Matter Chicago Respond to DOJ Report: 'Not Taking It Anymore'*, DNAINFO (Jan. 13, 2017), https://www.dnainfo.com/chicago/20170113/south-loop/black-lives-matter-chicago-respond-doj-report-not-taking-it-anymore.

[2] *See*, *e.g.*, Lucy Diavolo, *Chicago's Pride Parade Route Was Stopped by Activists*, Teen Vogue (June 26, 2017), http://www.teenvogue.com/story/chicagos-pride-parade-route-was-stopped-by-activists; *DOJ Investigation*, Black Lives Matter Chi., http://www.blacklivesmatterchicago.com/doj-investigation.html (last visited Sept. 8, 2017); Liz Nagy, *Hundreds Gather in Downtown Chicago for 3rd Day of Police Shooting Protests*, WLS-TV (July 11, 2016), http://abc7chicago.com/news/hundreds-gather-for-3rd-day-of-police-shooting-protests/1422446/; Natalie Martinez, *Protesters Rally in Chicago After Fatal Police Shootings in Minnesota, Louisiana*, NBC 5 News (July 7, 2016), http://www.nbcchicago.com/news/local/Dozens-March-in-Chicago-to-Protest-Fatal-Police-Shootings-in-Minnesota-Louisiana-385936561.html.

has forced BT to divert resources away from other social justice issues critical to BT's mission in order to spend time and money addressing police abuses encountered by its members. *See Campbell* Compl. ¶ 26. For instance, after incidents of police violence raised particular concerns in the community, BT initiated a campaign specifically focused on police accountability. As one staff member explained: "The relationship between the Chicago police department and this community is very poor. . . . There is a large amount of distrust toward police officers and that's understandable. The police officers don't see us as people."[3]

Brighton Park Neighborhood Council ("BPNC"): BPNC, founded in 1997, is a community-based non-profit organization serving a predominantly Latino neighborhood on Chicago's Southwest Side. *See Campbell* Compl. ¶ 27. BPNC's mission includes creating a safer community and ending police violence. *See id.* Individual members of BPNC, who are primarily Latino, have been and are particularly likely to be subjected to excessive use of force by the CPD in and around this neighborhood, as documented in the DOJ Report and in the *Campbell* complaint. *See Campbell* Compl. ¶ 27; DOJ Report at 15. As a result of CPD's pattern and practice of excessive force, BPNC has been forced to divert resources away from other social justice issues critical to its mission, including education, housing, immigration, and gender issues, in order to address police abuses encountered by its members. *See Campbell* Compl. ¶ 27. BPNC has publicized its community's lack of faith "in the police's ability and will to serve justice."[4]

---

[3] *Blocks Together Chicago: Empowering Youth to Fight the System*, teleSUR (Feb. 4, 2016), https://www.telesurtv.net/english/news/Blocks-Together-Chicago-Empowering-Youth-to-Fight-the-System-20160203-0045.html.

[4] Patrick Brosnan, *Brighton Park, A Community of Action*, Brighton Park Neighborhood Council (May 19, 2017), https://www.bpncchicago.org/single-post/2017/05/19/Brighton-Park-A-Community-of-Action.

Chicago Urban League ("CUL"):  The CUL is an independent, not-for-profit civil rights organization, which has more than 15,000 constituents in the Chicago metropolitan area. *See Campbell* Compl. ¶ 28. The CPD's pattern and practice of brutality has caused significant harm to the individuals, families, and communities served by the CUL, and has diminished their safety and opportunities for economic, educational, and social progress. *See id.* CUL has been involved in protesting and publicizing police misconduct since the organization's inception.[5] By the 1960s and 1970s, the CUL had recognized police brutality as a major problem facing Black Chicagoans. In November 1970, the CUL's Action for Survival project set up a "Survival Line," a twenty-four-hour phone service to receive reports regarding criminal activities, misconduct by police, and instances of public negligence or abuse in Black communities. In 1972, the Chicago Law Enforcement Study Group—a consortium that included the CUL and several legal groups— studied cases of civilians killed by Chicago police and prepared a report that characterized the CPD as a "trigger happy society."[6] That same year, the CUL's executive director served as a member of the Blue Ribbon Panel, convened by the Hon. Ralph H. Metcalfe, Representative of the First Congressional District of Illinois, which directed public hearings and created a report providing recommendations entitled *The Misuse of Police Authority in Chicago*.[7]

In recent years, the CUL has been a vocal critic of Chicago policing and has called on City leaders to initiate reform—before, during, and after the DOJ's investigation. The organization has held community forums and town halls, given media interviews, released action

---

[5] For instance, in 1918, CUL became involved in the criminal cases of five youth charged in the Cook County Juvenile Court; each alleged he had been subject to brutality by Chicago officers while in police custody. CUL publicly documented the treatment of those youth and others by the Department, relaying the information to the Police Committee of the Chicago City Council and the Civil Service Commission for Action. *See* Arvarh E. Strickland, History of the Chicago Urban League 42 (1966).

[6] *See* Ralph Knoohuizen et al., *The Police and Their Use of Fatal Force in Chicago* (1972).

[7] *See* Ralph H. Metcalfe, *The Misuse of Police Authority in Chicago* (1972).

A-4

alerts about specific acts of police violence, and held teach-ins about the issues of CPD violence

and lack of accountability and their impact on constituents. It has also partnered with City

entities, including the Police Board, to host public meetings on policing.[8]

Justice for Families – Black Lives Matter Chicago ("Justice for Families"):  Justice for Families

is an organization committed to working with families impacted by violence, including state and

police violence. *See Campbell* Compl. ¶ 29. The CPD's pattern and practice of unconstitutional

force has caused Justice for Families to divert resources away from its focus on issues of non-

state violence to address police abuses encountered by its members. *See id.* Justice for Families

designs campaigns, strategies, and direct actions with families so they can fight for justice for

their loved ones, including the nearly 100 Black individuals killed by police between 2011 and

---

[8] *See, e.g.*, Action Alert, Chi. Urban League, *The Chicago Urban League Urges Chicagoans to Demand Mayor Emanuel and City Leaders Keep Commitment for Police Reform* (July 18, 2017), https://www.thechicagourbanleague.org/site/default.aspx?PageType=3&DomainID=1&ModuleInstanceID=368&ViewID=6446EE88-D30C-497E-9316-3F8874B3E108&RenderLoc=0&FlexDataID= 1170&PageID=1; *Strategic Solutions for Police Reform*, Chi. Comm. to Defend the Bill of Rights (Mar. 8, 2017), https://www.ccdbr.org/events/strategic-solutions-for-police-reform/ (event listing for panel at the Chicago Urban League); *Newsviews: Chicago Urban League*, WLS-TV (Feb. 21, 2016), http://abc7chicago.com/society/newsviews-chicago-urban-league/1210871/ (CUL CEO Shari Rauner discussing police relations in Chicago as a challenge for the CUL); Jeremy Gorner, *Chicago Police Board Sets Meeting for Public Input on Superintendent*, CHI. TRIB., Jan. 4. 2016, http://www.chicagotribune.com/news/local/breaking/ct-chicago-police-board-superintendent-search-met-20160104-story.html (describing community forum co-hosted by the Police Board and the CUL); Press Release, Chi. Urban League, *Chicago Urban League Releases Statement on Police Shooting of Cedrick Chatman* (Jan. 15, 2016), https://www.thechicagourbanleague.org/site/default.aspx?PageType= 3&DomainID=1&ModuleInstanceID=368&ViewID=047E6BE3-6D87-4130-8424- D8E4E9ED6C2A&RenderLoc=0&FlexDataID=1025&PageID=1; Press Release, Chi. Urban League, *Chicago Urban League Calls for an Immediate Independent Investigation into Police-Involved Shooting Deaths of Quintonio Legrier and Bettie Jones* (Dec. 26, 2015), https://www.thechicagourbanleague.org/ site/default.aspx?PageType=3&DomainID=1&ModuleInstanceID=368&ViewID=6446EE88-D30C-497E-9316- 3F8874B3E108&RenderLoc=0&FlexDataID=1016&PageID=1&GroupByField= &GroupYear=0&GroupMonth=0&Tag=; Press Release, Chi. Urban League, *Chicago Urban League Responds to DOJ Decision to Investigate Chicago Police Department* (Dec. 7, 2015), https://www.thechicagourbanleague.org/site/default.aspx?PageType=3&DomainID=1&ModuleInstanceID=368&ViewID=6446EE88-D30C-497E-9316-3F8874B3E108&RenderLoc=0&FlexDataID=1013&PageID=1; Steve Miller, *Urban League Calls for Feds to Investigate Chicago Police Department*, CBS (Nov. 25, 2015), http://chicago.cbslocal.com/2015/11/25/urban-league-calls-for-feds-to-investigate-chicago-police-department/.

2017 in Chicago.[9] The organization also provides financial support to families after a loss, as

well as safe healing spaces for families to discuss their experiences and console each other. *See*

*Campbell* Compl. ¶ 29. Many of the organizational events and protests led by BLM Chicago are

co-sponsored by Justice for Families.

NAACP:  The NAACP is a national civil rights, non-profit, membership organization with active

local, Chicago-based branches, as well as an Illinois State Conference that coordinates activities

throughout the State of Illinois. *See Campbell* Compl. ¶ 30. It is the NAACP's mission to ensure

the political, educational, social, and economic equality of rights of all persons and to eliminate

race-based discrimination, including racially-motivated policing. *See id.* Members of the Illinois

State Conference and the Chicago-based branches, which are located on the city's South and

West Sides, have been and are likely to be in the future subjected to excessive use of force by the

CPD.  *See id*. To address the police abuses encountered by its members, the NAACP has

diverted resources away from its mission of ensuring the equality of all persons.  *See id.*

The NAACP has a long-standing history of critiquing the City's policing practices and its

lack of accountability for CPD officers, including during the recent investigations of the CPD by

the City's Police Accountability Task Force and the DOJ.[10] For instance, in 1989, the NAACP

---

[9] *Justice For Families*, Black Lives Matter Chi., http://www.blacklivesmatterchicago.com/
justice-for-families.html (last visited Sept. 8, 2017).

[10] *See*, *e.g.*, Chicago Westside Branch NAACP, *Police Accountability Task Force Statement* (Feb. 2, 2016),
https://chicagopatf.org/wp-content/uploads/2016/02/Chicago-Westside-NAACP-Task-Force-Statement.pdf; Ted
Cox, *New Police Oversight Agency OK'd by Joint Council Committee*, DNAINFO (Oct. 4, 2016),
https://www.dnainfo.com/chicago/20161004/downtown/new-police-oversight-agency-okd-by-joint-council-
committee (quoting NAACP Westside President Karl Brinson: "The way this process has played out has been a total
insult to the people of Chicago. . . .  Public input has not been weighed heavily enough."); Igor Studenkov, *Residents
Speak Against Police Abuse at Hearing*, AUSTIN WKLY. NEWS (Aug. 19, 2016),
http://www.austinweeklynews.com/News/Articles/8-19-2016/Residents-speak-against-police-abuse-at-hearing-
/?utm_source=RSS&amp%3Butm_medium=
RSS&amp%3Butm_campaign=RSS; Colleen Connolly, *Chicago NAACP Chapters Call for Investigation into IPRA
After Release of Laquan McDonald Video*, NBC 5 NEWS (Nov. 25, 2015),
http://www.nbcchicago.com/news/local/South-Side-NAACP-Chapter-Calls-for-Investigation-Into-IPRA-
354000081.html.

hosted at one of its monthly public meeting several Cook County law enforcement officials who discussed the police use of excessive force and "their commitments to curbing police brutality."[11] More than a decade later, after 20-year-old Michael Taylor was killed during a police shooting in 2000, a Chicago branch of the NAACP called for a federal investigation of the shooting and potential civil rights violations.[12]

Network 49:  Network 49 is a progressive, community-led political organization committed to organizing and advocating for policies and elected leadership that advance a high quality of community life, benefiting all residents in the 49th Ward of the City of Chicago, which includes the Rogers Park, West Ridge, and Edgewater neighborhoods. *See Campbell* Compl. ¶ 31. The CPD's pattern and practice of excessive force has forced Network 49 to expend time and money addressing police abuses encountered by its members, diverting resources away from other social justice issues critical to its mission. *See id.* As a result, discriminatory policing and its impact on the community is a particular area of concern for Network 49. In this vein, the organization regularly holds public events about the CPD's pattern and practice of excessive force, including in the wake of the DOJ's findings.[13]

Women's All Points Bulletin ("WAPB"):  The WAPB, founded in 2009 and led by Crista Noel, is a human rights and community policing non-profit organization that provides services, education, and training to eradicate all forms of violence against women during policing

---

[11] *See* John W. Fountain, *Forum Addresses Police Brutality*, CHI. TRIB. (Oct. 2, 1989), available at https://1.next.westlaw.com/Document/Ia5f224d0d69211dab23dec95a97d1dfb/View/FullText.html?transitionType=SearchItem&contextData=(sc.Default)&firstPage=true&CobaltRefresh=17542.

[12] *See* Bradley Keoun, *Family, Friends Protest Fatal Shooting by Cops*, CHI. TRIB. (May 21, 2000), available at http://articles.chicagotribune.com/2000-05-21/news/0005210295_1_police-shootings-chicago-police-police-spokesman-pat-camden.

[13] *See, e.g.*, Network 49, *Network 49 Stands with Victims of Police Misconduct* (Aug. 11, 2017), http://network49.net/2017/08/network-49-stands-with-victims-of-police-misconduct/; CAN TV, *The U.S. Department of Justice Report on the Chicago Police.*

encounters. *See Campbell* Compl. ¶ 32. Individual members of the WAPB have been or are likely to be subjected to unconstitutional and illegal uses of force by the CPD. *See id.* The WAPB is distinctive in that it seeks to uncover and end police violence specifically targeted at women, including battery, sexual abuse, harassment and assault, and homicide. The WAPB regularly publicizes and hosts events concerning acts of CPD violence against women, including Rekia Boyd, Tiawanda Moore, May Molina, and Tiffany Rent. The organization uses these tragic incidents to draw national and international attention to systematic issues of violence in Chicago policing.[14]

411 Movement for Pierre Loury ("411 Movement"): The 411 Movement is an organization formed in response to the fatal shooting of sixteen-year-old Pierre Loury by CPD officers and the culture of violence perpetuated in Chicago by the civil servants who are contracted to serve, protect, and uphold the law. *See Campbell* Compl. ¶ 33. The organization serves as a vehicle to keeping community members informed, educated, and active in the fight for justice for Loury and for all families who are affected by police violence and racism. *See id.* It has publicly tied Loury's death to the systematic racism described in the findings of the Police Accountability Task Force and the DOJ.[15] The CPD's pattern and practice of excessive force and discriminatory

---

[14] *See* Marcia Davis, *Black Lives Matter — Including Black Women's, Activists Remind Nation*, WASH. POST (May 20, 2015), https://www.washingtonpost.com/lifestyle/magazine/black-lives-matter--including-black-womens-activists-remind-nation/2015/05/19/e155a514-fe43-11e4-833c-a2de05b6b2a4_story.html?utm_term=.884329e137cc; Yana Kunichoff, *Activists See Fruits of Their Labor in Rekia Boyd Case*, CHI. REP. (Nov. 26, 2013), http://chicagoreporter.com/activists-see-fruits-their-labor-rekia-boyd-case/; *see also* Crista E. Noel & Olivia Perlow, *African Police Crimes Against African Women and Women of Color* (2014), http://tbinternet.ohchr.org/Treaties/CERD/Shared%20Documents/USA/INT_CERD_NGO_USA_17744_E.pdf.

[15] *See* Jason Meisner and Alexis Meyers, *Family of Teen Pierre Loury Sues City over Deadly Police Shooting*, CHI. TRIB. (April 20, 2016), http://www.chicagotribune.com/news/local/breaking/ct-chicago-police-pierre-loury-shooting-20160420-story.html.

policing has forced the 411 Movement to divert resources away from its focus on other issues of

institutional racism in order to address police abuses encountered by its members. *See id.*