# EXHIBIT B

# Invisible Institute, Citizens Police Data Project, Data Screenshots

Comments Submitted on Behalf of Plaintiffs in *Campbell v. City of Chicago et al.*
*State of Illinois v. City of Chicago*, Case No. 17-cv-6260







