# EXHIBIT C

# Proposed Provisions Related to CPD Sexual Assault and Domestic Violence Response

Comments Submitted on Behalf of Plaintiffs in *Campbell v. City of Chicago et al.*
*State of Illinois v. City of Chicago*, Case No. 17-cv-6260

*Chicago Community Consent Decree, May 2018*

**B. Sexual Assault Police Response**

356. CPD will develop and implement clear policies and procedures governing its response to reports of sexual assault. CPD agrees to ensure its policies and procedures on sexual assault comply with applicable law and comport with best practices and current professional standards. CPD agrees to clearly delineate in policy the respective duties of communications staff, patrol officers/first responders, Special Victims Unit detectives, and supervisors, and to provide clear and detailed guidelines for steps at each stage of CPD's response to a reported sexual assault, including dispatch response, initial officer response, and on-scene and follow-up investigation.

357. CPD will ensure sufficient gender and LGBTQI parity in staffing the Special Victims Unit so that detectives are available to respond to and investigate reports of sexual assault, as appropriate.

358. Patrol officers or other first responders shall document their observations and any actions taken, including any statements of survivors, witnesses, and reporting persons, in calls for service related to sexual assaults.

359. CPD protocols for conducting initial and follow-up survivor interviews shall reflect the special needs of survivors who may be in crisis or suffering from trauma.

360. CPD agrees to provide clear and detailed guidelines for on-scene and follow-up investigation, including as to identifying, locating, and interviewing witnesses and suspects; collaborating with survivor advocates, including rape and domestic violence center advocates; collecting evidence; special procedures for drug-facilitated sexual assaults; and documentation.

361. CPD agrees to establish protocols for forensic examinations of survivors and suspects, as well as evidence preservation and crime scene management in the sexual assault context. These protocols shall incorporate the recommendations of the National Protocol for Sexual Assault Medical Forensic Examination governing police procedure. These protocols will be in addition to any mandated by Illinois state law, including the Sexual Assault Survivors Emergency Treatment Act and the Sexual Assault Incident Procedure Act (SAIPA).

362. Through its on-going training, CPD agrees to keep officers apprised of, and shall inform survivors about, of services, referrals, or other assistance.

363. CPD agrees to track all CODIS hit outcomes with the CODIS Hit Outcome Program software provided by National Institute of Justice.

364. In addition to annual in-service training, CPD agrees to provide initial training for Special Victims Unit detectives of no fewer than 40 hours. This training will incorporate best practices in responding to incidents of sexual assault and working with survivors of sexual assault, and shall incorporate training curricula provided by the Illinois Coalition Against Sexual Assault (ICASA). Training shall also include:

      a.    Realistic dynamics of sexual assault, including issues related to response to trauma and delayed reporting;

      b.    Overcoming the perception of false/unfounded allegations to successfully investigate non-stranger sexual assault;

      c.    Drug- and alcohol- facilitated sexual assault;

      d.    Working with vulnerable populations, including homeless people, sex workers, people with behavioral health disabilities, and LGBTQI individuals;

      e.    Skills-based training on interviewing, including taped mock survivor interviews;

      f.    Report-writing;

      g.    Discovery; and

      h.    Collection, preservation, and submission of evidence in sexual assault cases, including selecting the evidence to be submitted for testing.

365. CPD agrees to provide detailed recruit training on responding to sexual assault for patrol officers and other first responders of no fewer than four hours, in addition to ongoing annual in-service training. CPD agrees to incorporate fact-based scenarios involving stranger and non-stranger sexual assault into recruit and in-service training on topics such as general investigation, crime scene preservation, and report writing. CPD's general training on sexual assault shall include:

      a.    Realistic dynamics of sexual assault, including issues related to response to trauma and delayed reporting;

      b.    Working with vulnerable populations, including homeless people, sex workers, people with behavioral health disabilities, and LGBTQI individuals;

      c.    Report writing;

      d.    Survivor interviewing; and

      e.    Initial assessment of survivors/victims and the crime scene.

366. CPD agrees to train supervisors and detectives in the Special Victims Unit in the proper definitions and application of "unfounded," "false," and "baseless" classifications in the context of sexual assault investigations. An officer's immediate supervisor shall closely review and approve in writing any decision to classify a report as "unfounded," "false," or "baseless." The supervisor shall assess whether a comprehensive investigation has been conducted and whether

appropriate follow-up has been completed.

367. CPD agrees to separately track all reports of felony sexual assault, including drug-facilitated sexual assault, sexual assaults involving persons with disabilities rendering them unable to consent, sodomy, and male victims of sexual assault. CPD agrees to collect data on the final disposition of sexual assault investigations, including whether an arrest was made and whether the Cook County State's Attorney charged the suspect or rejected the case and, if so, the reason for the rejection, if the State's Attorney provides a reason. This data will be made public.

### C. Domestic Violence Response

368. CPD agrees to delineate the respective duties of communications staff, patrol officers/first responders, detectives, and supervisors in its domestic violence policies and procedures and agrees to provide clear and detailed guidelines for steps at each stage of CPD's response to a report of domestic violence, including dispatch response, initial officer response, including entry procedures, and on-scene and follow-up investigation.

369. CPD agrees to prioritize survivor safety and protection at each stage of its response to a report of domestic violence and provide clear guidelines for on-scene and follow-up investigation, including as to identifying, locating, and interviewing suspects and witnesses; assessment of the crime scene; evidence collection, including documentation of survivor injuries; and seizure of weapons.

370. CPD agrees to discourage dual arrests of offenders and victims. CPD agrees to provide guidance on when dual arrests are permissible and require supervisory approval to effectuate a dual arrest. CPD training shall include how to identify the primary aggressor.

371. CPD agrees to offer training on domestic violence that incorporates IACP recommendations for VAW Law Enforcement Best Practices. CPD will annually update the training to reflect changes in policy, law, and developments in research and best practice.

372. CPD agrees to provide at least four hours of initial and recruit training on domestic violence for all officers, in addition to ongoing annual in-service training. CPD agrees to incorporate fact-based scenarios involving domestic violence into recruit and in-service training on such topics as general investigation, crime scene preservation, and report writing. CPD's training on domestic violence shall include:

    a. CPD's policies and procedures on domestic violence;

    b. Dynamics of domestic violence;

    c. Identifying the primary aggressor;

    d. Responding to and investigating strangulation in the context of domestic violence

   e.  Interviewing survivors, witnesses and suspects;

   f.  Report writing; and

   g.  Discovery.

  373. CPD agrees to provide all officers on the Domestic Violence Response team with initial training of no fewer than 40 hours, and ongoing annual in-service training, which incorporates best practices and the training curricula provided by the Illinois Certified Domestic Violence Professional Board (ICDVP), so that officers can receive ICDVP certification. This training shall include advanced, skills-based instruction in evidence collection; victim assistance; interviewing, including taped mock victim interviews; and other topics.