**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, ) | |
| ) | Case No. 17-cv-6260 |
| Plaintiff, ) | |
| ) | Judge Robert M. Dow, Jr. |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**Order Providing Further Instructions for Fairness Hearing in
Case No. 17-cv-6260, <u>State of Illinois</u> v. <u>City of Chicago</u>
<u>to be Held on October 24, 2018 and October 25, 2018</u>**

     On September 19, 2018, the Court entered an Order Setting Public Fairness Hearing and Written Comment Period on Proposed Consent Decree [114]. Since that time, the Court has received several inquiries requesting further information concerning the logistics of the Public Fairness Hearing to be held on October 24 and 25, 2018. This Order attempts to answer as many of the questions as possible and to set out additional procedures to address issues that the Court, the Clerk of the Court, and the United States Marshals Service have identified in the interest of fairness and efficient use of the resources of the parties, the Court, and members of the general public.

**General Logistics**

- The hearing will take place at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.
- The Courthouse is open to the general public at 7:00 a.m. each business day.
- Pursuant to the Joint Courthouse Security Order, issued on August 23, 2018, individuals must have proper identification to be given access to the Courthouse by passing through security screening. That Order has a comprehensive list of the types of acceptable identification. Other Courthouse decorum also is contained within that Order.
- The hearing will begin each day at 9:30 a.m. and conclude at 3:00 p.m.
- The hearing will take place in the James B. Parsons Ceremonial Courtroom on the 25th Floor of the Courthouse, Courtroom 2525.
- The United States Marshals Service (USMS) will oversee security of the hearing.
- The USMS and court security officers may remove anyone from the hearing who violates the rules outlined in the September 19th Order, the clarifications listed in this Order, or upon order of the Court.
- The USMS will have stanchions placed outside the courtroom on the 25th floor for orderly assembly of all spectators beginning at 7:00 a.m. each day.

- The Courtroom doors will open at 8:45 a.m. each morning on a first come, first serve basis.
- In the event that there are more spectators than available seating in the courtroom, any spectator who leaves the courtroom once seated will forfeit his/her seat and will re-enter through any line that forms outside the courtroom. Seating may not be reserved with a coat, backpack, or other article.
- With the exception of designated counsel appearing at counsel tables, no electronic devices will be allowed in the Ceremonial Courtroom (2525). A limited number of lock boxes will be available outside the Ceremonial Courtroom to secure a smartphone-sized device. Should all lock boxes be utilized, a spectator in possession of an electronic device may utilize the overflow courtroom.
- Members of the media will be seated in the south jury box of the Ceremonial Courtroom on a first come, first serve basis.
- The north jury box will be reserved for court staff.

### Registration to Address the Court & Lottery

- Individuals who wish to address the Court will be required to register to speak with an approved form of identification provided for in the Joint Courthouse Security Order, issued on August 23, 2018.
- Due to the hearing schedule, only a limited number of speaker slots will be available each day.
- In the interest of fairness for all who wish to speak, a lottery will be utilized to determine speakers appearing before the Court and order of speaking.
- Clerk's Office employees stationed outside the Ceremonial Courtroom will register individuals who wish to address the Court.
- An individual shall be permitted to register only on behalf of himself or herself— not on behalf of their organization or another person—to be entered into the lottery to address the Court.
- Lottery winners who register to speak to the Court will be the only person allowed to address the Court, exclusive of an interpreter who may join the speaker at the podium. An adjustment of time beyond the 5-minute limit for all speakers may be granted by the Court to accommodate the interpreter's communication.
- Lottery numbers for registered individuals who wish to address the Court will only be issued by a Clerk's Office employee between 7:00 and 8:30 a.m. on October 24, 2018.
- At 8:30 a.m. on October 24, 2018, the lottery will be randomly drawn. A list will be generated with the assigned sequential speaker number to determine the speaker order.
- Should more speakers desire to address the Court than slots available on the first day, the Clerk's Office shall issue slots on the second day to those who entered the lottery on October 24, 2018.
- If all speaking slots have not been assigned on October 24, 2018, then the same lottery process will be repeated on October 25, 2018 to fill any remaining speaking slots.

- Once all slots have been filled for the two-day hearing, no further speakers will be permitted to address the Court orally. Any person who registered to speak and could not be accommodated due to oversubscription may submit in writing a copy of the remarks that they planned with the Clerk no later than November 2, 2018. It is expected that any such submissions will not exceed the length of comments that could be delivered orally in 5 minutes. To the extent that an individual wishing to speak does not have an acceptable form of identification to access the courthouse, he or she may also submit remarks in this manner.
- Registered speakers will be assigned seats. Once the speaker has addressed the Court, the USMS will direct the speaker to leave their assigned seat during the first available break so that the next round of speakers can be seated. If a spectator seat is not available in the Ceremonial Courtroom, the speaker can observe the hearing in the overflow courtroom.

### Speaker Seating

- To provide the most efficient use of the hearing time, lottery winners who wish to address the Court will be provided a speaker number and seated accordingly in a designated seat in the courtroom.
- Speakers will be allowed to address the Court for no more than 5 minutes in their assigned sequential order. In the interest of fairness to all speakers, the Court will direct any speaker whose remarks reach the 5-minute mark to promptly conclude his or her remarks.
- Should a speaker not be present during their assigned time, they may forfeit their opportunity to address the Court.
- The hearing will conclude at 3:00 p.m. each day, even if all registered speakers have not been heard.

### Overflow Courtroom and Media Access

- Should the Ceremonial Courtroom reach seating capacity, an overflow courtroom on the 25th floor, designated as 2503, will provide additional spectator seating. Audio and video of the hearing will be transmitted into the overflow courtroom.
- Audio only will be transmitted to the media office on the 2nd floor that has a limited number of seats for designated members of the media.
- Electronic devices will be allowed in the overflow courtroom, but may not be used to record, photograph, broadcast, or transmit the hearing pursuant to the Joint Courthouse Security Order, issued on August 23, 2018.
- The Courthouse closes to the general public at 6:00 p.m. each business day. Access to the lobby media area concludes at that time.
- Press conferences may not be held in the courthouse lobby by any person not otherwise designated as parties to the matter (*i.e.*, State of Illinois and City of Chicago).

## Access Coordination

- The accessibility coordinator in the north jury box of the Ceremonial Courtroom will be present to work with individuals who need assistance with access.
- Speakers requiring accommodation will be provided a handheld microphone to address the Court next to the podium.
- The Court has requested a Communication Access Real-time Translation (CART) provider to be present during the hearing. Any individual who requires the assistance of the CART provider must see the accessibility coordinator.
- The Court has requested an American Sign Language interpreter to be present for the hearing. Any individual who requires the assistance of the ASL interpreter must see the accessibility coordinator.
- The Court has no authorization to provide foreign language interpreters at government expense in civil cases. Any individual who requires the use of an interpreter will be required to secure their own interpreter. Any person providing interpreting services for a speaker may stand next to the speaker at the lectern.

Dated: October 22, 2018

_____
Robert M. Dow, Jr.
United States District Court Judge