# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                          Plaintiff,<br><br>       v.<br><br>CITY OF CHICAGO,<br><br>                         Defendant. | Case No. 17-cv-6260<br><br>Judge Robert M. Dow Jr. |

**JOINT MOTION TO SUBSTITUTE WRITTEN COMMENTS CONTAINING NON-PUBLIC INFORMATION**

The State of Illinois and the City of Chicago (collectively, the "parties"), by their attorneys, submit the following Joint Motion to Substitute Written Comments Containing Non-Public Information.

1. On September 19, 2018, the Court entered an order establishing an opportunity for members of the public to submit written comments to the Court regarding the proposed Consent Decree in advance of the Fairness Hearing. Dkt. 114. The September 19 order provides that any submissions filed on the Court's public docket "must not include addresses because addresses will not be made public. Instead, the submitting person(s) full name(s) and address(es) must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal." *Id*.

2. Over 400 written comments were filed with the Court on or before October 12, 2018.

3. On October 16, 2018, the parties advised the Court that certain of the written comments that were filed contain information that should not be in the public domain pursuant to the September 19 order.

23793700.1

4. The parties have attempted to identify any written comments filed on the Court's docket as of October 22, 2018, that contain addresses and similar non-public information, including phone numbers and the names of minors, and have redacted such information from the written comments.

5. The parties request leave to file under seal the redacted written comments. Filing these documents under seal avoids additional identification in this motion of the non-public information on the Court's docket. Upon its receipt of the redacted versions, the parties request the Court publicly file the redacted versions of the written comments in place of the versions containing non-public information.

6. The parties further request the opportunity to review the following docket entries, which have been sealed from the parties and the public: Dkt. Nos. 164; 166; 167; 193; 198; 199; 200; 201; 213; 244; 245; 255; 258; 264; 286; 289; 290; 291; 292; 293; 294; 295; 297; 298; 299; 300; 301; 302; 303; 304; 305; 314; 333; 338; 339; 341; 342; 345; 350; 383; 385; 398; 399; 400; 401; 403; 404; 406; 476; 479; 480; 481; 482; 491; 512; 515; 536; 537; 570; 597; 602. By reviewing such docket entries, the parties seek to confirm that, consistent with the September 19 order, the only documents filed under seal are envelopes containing names and addresses.

WHEREFORE, the parties respectfully request the Court grant their Joint Motion to Substitute Written Comments Containing Non-Public Information, and grant such other and further relief as the Court deems just.

Dated: October 26, 2018                                              Respectfully submitted,

23793700.1

| The State of Illinois | The City of Chicago |
|---|---|
| By: /s/ Cara A. Hendrickson <br> Cara A. Hendrickson <br> chendrickson@atg.state.il.us <br> Brent D. Stratton <br> Gary S. Caplan <br> Cara A. Hendrickson <br> Karyn L. Bass Ehler <br> Thomas Verticchio <br> Cynthia L. Flores <br> Shareese N. Pryor <br> Leigh J. Richie <br> Christopher G. Wells <br> Mikiko Thelwell <br> Assistant Attorney General <br> OFFICE OF ILLINOIS ATTORNEY GENERAL <br> 100 W. Randolph St., 12th Floor <br> Chicago, Illinois 60601 <br> (312) 814-3000 <br> Attorney No. 99000 | By: /s/ Allan T. Slagel <br> Allan T. Slagel (ARDC #6198470) <br> aslagel@taftlaw.com <br> Elizabeth E. Babbitt (ARDC No. 6296851) <br> ebabbitt@taftlaw.com <br> Rachel L. Schaller (ARDC No. 6306921) <br> rschaller@taftlaw.com <br> Paul J. Coogan (ARDC No. 6315276) <br> pcoogan@taftlaw.com <br> TAFT STETTINIUS & HOLLISTER LLP <br> 111 East Wacker Drive, Suite 2800 <br> Chicago, Illinois 60601 <br> Telephone: (312) 527-4000 |

23793700.1