**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF CHICAGO,<br><br>               Defendants. | Case No. 17 cv 06260<br>Honorable Robert M. Dow, Jr. |

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that on the **Thrusday, November 1, 2018 at 9:15 a.m.**, we shall appear before the Honorable Judge Robert M. Dow, Jr., in Room 2303 of the United States District Court for the Northern District of Illinois at 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present ***Joint Motion to Substitute Written Comments Containing Non-Public Information*** a true and correct copy of which is attached and hereby served upon you.

Dated: October 26, 2018

                                                                                      Respectfully submitted,

                                                                                      The City of Chicago

                                                                                    By: s/ Allan T. Slagel_____
                                                                                              One of Its Attorneys

Allan T. Slagel (ARDC #6198470)
aslagel@taftlaw.com
Elizabeth E. Babbitt (ARDC No. 6296851)
ebabbitt@taftlaw.com
Rachel L. Schaller (ARDC No. 6306921)
rschaller@taftlaw.com
Paul J. Coogan (ARDC No. 6315276)
pcoogan@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000