UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

State Of Illinois, et al.
                Plaintiff,

v.                                         Case No.: 1:17−cv−06260
                                         Honorable Robert M. Dow Jr.

City Of Chicago
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 24, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. For the reasons stated on the record, The Fraternal Order of Police, Chicago Lodge No. 7's motion to extend fairness hearing time slots [610] is denied. Oral motion for an extension of time until 11/9/2018 to file their written testimony or affidavits is granted. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.