**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

State Of Illinois, et al.
                        Plaintiff,

v.                                     Case No.: 1:17−cv−06260
                                     Honorable Robert M. Dow Jr.

City Of Chicago
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 31, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Joint motion to substitute written comments containing non−public information [631] noticed up for 11/1/2018 is reset to 11/5/2018 at 10:30 a.m. Notice of motion date of 11/1/2018 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.