UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-CV-6260 |
| v. ) | Judge Robert M. Dow, Jr. |
| ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO EXTEND TIME FOR FILING COMMENTS BY FRATERNAL ORDER OF POLICE CHICAGO LODGE NO. 7**

The Fraternal Oder of Police Chicago Lodge No. 7 ("Lodge") files this motion to extend the time for filing comments for the reasons stated below:

1. The Court has issued an order dated October 24, 2018 allowing the Lodge an extension of time until November 9, 2018 to file written testimony or affidavits.

2. The Lodge requests additional time in which to present this information based upon a review of the docket that shows a number of comments that are sealed and cannot be opened. The dockets numbers that are still unable to be read are 244-5, 255, 258, 264, 289 to 295, 297 to 302, 303 to 305, 333, 388-9, 341-2, 345, 350, 383, 385, 393, 389-404, 406, 512, 570, 597, 476, 479-42, 491, 512, 515, 536, 537, 604, 515, 597 and 602.

3. Representatives of the Lodge would like to review these documents before they submit additional comments, testimony or affidavits. In addition, counsel for the Lodge will be attending a continuing legal education program of the American Bar Association Section of Labor and Employment Law between November 8, 2018 and November 11, 2018, and will not be able to review any documents that will be due on November 9, 2018.

For the foregoing reasons, we present the Lodge requests additional time of at least one week to file supplemental testimony or at least one week after all documents are unsealed.

1

Respectfully submitted,

/s/Joel A. D'Alba
Attorney for Defendant
City of Chicago

Joel A. D'Alba, ARDC #0571121
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 720
Chicago, Illinois 60606
(312) 263-1500
jad@ulaw.com
*Attorneys for City of Chicago*