UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                            Plaintiff,<br><br>      v.<br><br>CITY OF CHICAGO,<br><br>                           Defendant. | Case No. 17-cv-6260<br><br>Judge Robert M. Dow Jr. |

### ORDER TO SUBSTITUTE WRITTEN COMMENTS

      On November 5, 2018, the Court granted the parties' Joint Motion to Substitute Written Comments Containing Non-Public Information, and directed the parties to identify the documents on the public docket that contain non-public information. The parties have identified the following documents as containing non-public information: Dkt. Nos. 126, 138, 148, 172, 173, 188, 425, 427, 428, 431, 443, 444, 566.

      The parties have filed under seal redacted versions of those documents. (Dkt. No. 650). The Court hereby directs the Clerk's Office to seal the documents identified above—Dkt. Nos. 126, 138, 148, 172, 173, 188, 425, 427, 428, 431, 443, 444, 566—and to enter on the docket the properly redacted documents—Dkt. No. 650-1 through 650-13—in place of the original documents listed above.

Dated: November 6, 2018

                                                            Robert M. Dow, Jr.
                                                            United States District Judge