UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

State Of Illinois, et al.

        Plaintiff,

v.              Case No.: 1:17−cv−06260
               Honorable Robert M. Dow Jr.

City Of Chicago

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2018:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Mikiko Thelwell's motion to withdraw as attorney of record for Plaintiff [660] is granted. Noticed motion date of 11/20/2018 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.