UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-CV-6260 |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

# AMENDED SUPPLEMENT TO COMMENTS OF THE FRATERNAL ORDER OF POLICE CHICAGO LODGE NO. 7 PROPOSED CONSENT DECREE

The Fraternal Order of Police Chicago Lodge No. 7 submits the attached signed statement of Martin Preib in support of comments of the Fraternal Order of Police Chicago Lodge No. 7 to proposed consent decree. [Doc. 156]. This document was originally filed on November 6, 2018, and was inadvertently filed without a signature. [Doc. 652]

/s/Joel A. D'Alba
Joel A. D'Alba

Joel A. D'Alba
ARDC No. 0571121
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 720
Chicago, Illinois 60606
jad@ulaw.com
(312) 263-1500

My name is Martin Preib and I am the Second Vice President of the Fraternal Order of Police.

Judge Dow, you may recognize my name from a recent case you have ruled on, a case I believe bears heavily on this hearing and the true nature of this consent decree, including the issue I am addressing today, anonymous complaints.

In that case, Alstory Simon sued Northwestern University, a professor, and a private investigator claiming that they trumped up false criminal charges against him to free another inmate from prison and end the death penalty. This alleged trumped up case included allegations of police misconduct. Part of the argument by Simon's attorneys was that Simon's case was part of a pattern of misconduct in key wrongful conviction cases, almost all based on the claim of police misconduct.

Simon's attorneys also argued that media bias played a central role in the ability of the defendants in the lawsuit to spring Anthony Porter and convict Simon.

As you know, there was a countersuit filed naming me as a defendant, which was dismissed. And, as you know as well, Simon's lawsuit was settled. I am very proud of the work I did in this case to free Alstory Simon. My efforts to reveal the evidence of corruption in this case are what got me elected to the FOP, because my members share a conviction that making false allegations against the police is a cottage industry in Chicago.

When the Department of Justice announced they were going to investigate the Chicago Police Department, I walked a letter into the DOJ telling the investigators that they needed to include the evidence of false allegations against the police, starting the Anthony Porter case and extending to many others. They ignored me, as they ignored the evidence of this corruption throughout the entire tenure of the Obama administration. When Attorney General Lisa Madigan announced her office was pursuing this consent decree, I also told her staff that fairness required addressing the evidence of fraud in police misconduct allegations. Again, I was completely ignored.

Perhaps, then, you can understand the degree to which we believe this consent decree is merely an extension of the anti-police movement that makes so many law firms wealthy and builds the careers of so many politicians.

How refreshing it was last week to hear Attorney General Jeff Sessions condemn this agreement as the work as a power grab by lame duck politicians.

Against this backdrop, Judge Dow, the claim by the parties in this lawsuit calling for anonymous complaints against police officers boggles the imagination. It very well could be the final nail in the coffin of effective policing, for the pressure on police officers is taking a heavy toll, as Attorney General Jeff Sessions pointed out in his speech last week. It would open up another angle to continue the revenue stream of the anti-police movement, who regularly use the number of complaints against an officer, no matter how

many have been ruled unfounded, as a basis to build a case against that officer, particularly in the media.

Its absurdity is revealed merely in its poor conception, as anonymous complaints could overwhelm the agencies assigned with investigation allegations against the police. It is also clearly in violation of state law.

Any way you look at it, anonymous complaints are wholly unjustifiable.

Thank You.

*[signature]*

Nov 19, 2018