UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-CV-6260 |
| | ) | Judge Robert M. Dow, |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENT TO COMMENTS OF THE FRATERNAL ORDER OF POLICE
CHICAGO LODGE NO. 7 PROPOSED CONSENT DECREE**

  The Fraternal Order of Police Chicago Lodge No. 7 submits the attached signed statement of Kevin Graham in support of comments of the Fraternal Order of Police Chicago Lodge No. 7 to proposed consent decree. [Doc. 156].

                /s/Joel A. D'Alba
                Joel A. D'Alba

Joel A. D'Alba
Asher, Gittler & D'Alba, Ltd.
200 West Jackson, Suite 720
Chicago, Illinois 60606
jad@ulaw.com
(312) 263-1500



# FRATERNAL ORDER OF POLICE
### CHICAGO LODGE #7

1412 WEST WASHINGTON BOULEVARD • CHICAGO, ILLINOIS 60607-1821
PHONE: 312-733-7776 • FAX: 312-733-1367

*President*
**KEVIN W. GRAHAM**

*1st Vice President*
**PATRICK J. MURRAY**

*2nd Vice President*
**MARTIN PREIB**

*3rd Vice President*
**JAY R. RYAN**

*Recording Secretary*
**GREG BELLA**

*Financial Secretary*
**MICHAEL GARZA**

*Treasurer*
**JOHN T. CAPPARELLI**

*Past President*
**DEAN C. ANGELO, SR.**

*Sergeants-At-Arms*
**WILLIAM B. BURNS**
**JAMES JAKSTAVICH**
**MICHAEL A. METTE**

*Trustee Chairman*
**RICK KING**

*Trustees*
**HAROLD BROWN**
**ANDREW CANTORE**
**MARK P. DONAHUE**
**WILLIAM DOUGHERTY**
**PATRICK W. DUCKHORN**
**SERGIO J. ESCOBEDO**
**FERNANDO FLORES**
**JOSEPH GENTILE**
**DANNY GORMAN**
**KENNETH HAUSER**
**FRANK QUINN**
**CARLOS SALAZAR**
**RONALD H. SHOGREN**
**MARK TAMLO**
**DANIEL G. TREVINO**
**MICHAEL UNDERWOOD**

December 3, 2018

Dear Judge Dow:

Thank you for considering my comments.

I spoke in the fairness hearings, but there were some things that I certainly didn't have enough time to say. Also, I feel the need to respond to the comments that were made by many others.

I do not believe that the changes being proposed for the FOP collective bargaining agreement and the CPD operations, such as the point and report requirement, change in command structure that will affect furlough and watch selection, removal of the sworn affidavit requirement, use of uncertified homicide investigators for police involved shootings, use of anonymous complaints, random audits of videos and review of older disciplinary files, more than five years, are appropriate or necessary for the operation of the police department and should not be required of the police officers. There is no finding by the court of a constitutional violation by the officers of the Department in connection with the allegations in the complaint filed by the Illinois Attorney General, and the proposed consent decree contains two paragraphs in which the City and the Police Department deny any liability or having engaged in unconstitutional or illegal conduct. See paras. 701 and 707. In light of these broad non-admission clauses, there is no reasonable connection between the remedies being sought by the OAG and the unproven allegations of the compliant.

The main reason why we need to be at the table to discuss issues about any possible consent decree is that we, the FOP, are the most honest party coming forward. The claims of the Illinois Attorney General's Office were, to say at the least, insincere. Allow me to be more blunt. The AG lied to us at the Fraternal Order of Police.

There is no need to go into every example of the deceit foisted upon us in this process, including the bad faith bargaining that the AG has engaged in in their collusion with the city to create this unnecessary consent decree and make changes to our collective bargaining agreement.

**THE ELECTED REPRESENTATIVE OF CHICAGO'S PATROL OFFICERS**





# FRATERNAL ORDER OF POLICE
## CHICAGO LODGE #7

1412 WEST WASHINGTON BOULEVARD • CHICAGO, ILLINOIS 60607-1821
PHONE: 312-733-7776 • FAX: 312-733-1367

The City of Chicago would rather pay criminals and vilify police officers than create a strong police department. Even in instances in which the FOP goes before the City Council and begs for the city attorneys to fight police misconduct lawsuits, the city has refused. Now they want a consent decree, and they want us to give up our rights and protections.

Let me be perfectly honest, Judge Dow. It is quite disturbing when, on the one hand, the top brass for the police department come out publically and speak in favor of the consent decree, but then privately pull me aside and say "I hope you win this fight. It would be devastating to the police department."

I know that there was a lot of anger, and the hearing was open to the public; however, many of those people who spoke do not live in Chicago and their stories are not true. While sitting there listening, I recognized the case a citizen was talking about. They talked about a white police officer shooting a black person. The police officer was not white. It's one of those things that they throw into the speech to racially charge their narratives, even when there is no basis for it. I know that the ACLU organized many of the people that attended and spoke. They were down there checking in with the ACLU and had their names checked off on a clipboard with the organizers. In contrast we had mostly FOP representatives and a few officers who came on their own to speak to try and set the record straight.

The anger on the street against police officers is clear and palpable. Just in the past two weeks, we have had two shootings directly at police officers. One was a fatal attack on Officer Samuel Jimenez at Mercy Hospital, and the other was a shooting of an officer, who was shot in the chest, and the bullet was stopped by his vest. <u>Chicago officer shot in vest, injured after traffic stop</u>, Daily Herald, November 20, 2018. Exh. A. Three days later, over the Thanksgiving weekend, two officers were assaulted by citizens, one of whom, while making a routine traffic stop, was dragged by a car for over 50 feet. Our primary concern with the consent decree is that it will make the officers' jobs on the street more difficult and dangerous.

We also object to the community organizations' proposal to remove School Resource Officers from the schools. We have submitted two statements in that regard, Doc. Nos. 670 and 672, to support our objection to this proposal. In the Chicago December 3, 2018, edition of the Chicago Sun-Times, there is a report on page 9 of a serious threat having been made to student security in the Whitney Young Magnet High School. According to the report the Chicago Public Schools and CDP will "ramp up security measures … as they investigate a threat discovered Friday inside a bathroom stall." <u>Whitney Young to boost security after threat found in bathroom</u>, Chicago Sun-Times, December 3, 2018, at 9. Exh. B. This article constitutes additional support for our opposition.

**THE ELECTED REPRESENTATIVE OF CHICAGO'S PATROL OFFICERS**

PACE



# FRATERNAL ORDER OF POLICE
## CHICAGO LODGE #7

1412 WEST WASHINGTON BOULEVARD • CHICAGO, ILLINOIS 60607-1821
PHONE: 312-733-7776 • FAX: 312-733-1367

There was one thing that I would ask of you, Judge Dow, something that is a little unusual. I think it's important you go for a ride along on an afternoon shift patrol car with police officers answering calls, not someone. recommend by the district commander, but someone that the consent decree will actually affect. A good place to go to is the Third District at South Cottage Grove at 71st St. It will give you a nice mix of what police officers do every single night. It is not the worst district in the city nor one with the lowest crime rate, just a nice mix of a lot of good people and outstanding police officers. I will also offer my services and put on a uniform and take out a squad car and answer calls with you. I will also take you to the police academy and have them take you through a "Shoot Don't Shoot simulation course. It gives a whole new perspective on the job that we do.

And this is the most important statement I can make to you in this letter: the men and women of the Chicago Police Department are some of the most honest and hard-working, outstanding and courageous people I have ever had the pleasure to work with. I could not be prouder to be the president of the Fraternal Order of Police in Chicago. I don't believe we get a fair shake in the media and people focus on the handful of controversial shootings, rather than the amazing job we do every single day and night.

There is a movement in the city called the progressive agenda. They want very few people arrested. They want less jail time, and when they get out of jail, they want their records expunged. Those groups are entitled to their beliefs. They are not practical and will lead to anarchy. The adults in the room need to make sure that criminals are punished and treated fairly. Not to keep letting habitual criminal offenders out on the street to attack good citizens.

We have also sworn to take an oath to protect people who cannot protect themselves. Please help us in this fight.

Respectfully submitted,

*Kevin Graham* (signature)

Kevin Graham
President
Fraternal Order of Police
Chicago Lodge # 7

**THE ELECTED REPRESENTATIVE OF CHICAGO'S PATROL OFFICERS**

 Menu  Search



**Daily Herald**
Suburban Chicago's Information Source

Log In   Subscribe

News   Sports   Opinion   Obituaries   Business       Follow Us     



20% OFF Any
Walter Dr

Chicago »

# Chicago officer shot in vest, injured after traffic stop

 **Associated Press**

Updated 11/20/2018 3:10 PM

CHICAGO -- Chicago police say an officer is hospitalized after being shot in his bulletproof vest following a traffic stop on the city's South Side.

Police say the male suspect fled Tuesday's traffic stop in the Gresham neighborhood on foot and officers followed. The officer and the suspect were then shot in an exchange of gun.

ADVERTISING



EXHIBIT
A

Police spokesman Anthony Guglielmi says the officer was expected to make a full recovery. His bulletproof vest took the brunt of the bullet's impact.

Officers returned fire, striking the suspect in the upper body, leaving him hospitalized in critical condition.

Tuesday's shooting comes one day after three people, including Chicago Police Officer Samuel Jimenez were shot to death at Mercy Hospital & Medical Center by a man who was also fatally shot at the hospital.

### Related Articles

**Parolee charged after Chicago officer dragged by minivan**
Mar 8, 2018

**Officer dragged by motorist who fled Chicago traffic stop**
Mar 6, 2018

**Chicago police officer injured while foiling carjacking**
Mar 8, 2018

Case: 1:17-cv-06260 Document #: 674 Filed: 12/03/18 Page 7 of 7 PageID #:4544

# Whitney Young H.S. to boost security after threat found in bathroom

ByAlice Yin email

Chicago Public Schools and Chicago police will ramp up security measures at Whitney Young Magnet High School as they investigate a threat discovered Friday inside a bathroom stall.

The message found at the Near West Side school was reported to administrators by a concerned student, according to CPS spokeswoman Emily Bolton.

"Student safety is the district's top priority and all potential threats are taken very seriously," Bolton said in a statement Sunday. "The district is working with CPD and will be providing extra security and vigilance as the investigation remains ongoing."

According to a photo provided by Whitney Young parent JaNina Davis, a bathroom stall was vandalized with the message, "You will all pay 12/5."

"I'm tired of all of this," Davis wrote in a Facebook post Friday evening. "My child should feel safe at school. She should be focusing on her education not if someone will hurt her and other classmates."

Whitney Young assistant principal Matthew Swanson emailed parents Sunday afternoon to inform them of the threat and extra security.

"On Friday, November 30, a concerned student informed the school administration about a threatening message carved into a bathroom stall," Swanson wrote. "Additional security measures will be implemented immediately. Any student with information should notify the school administration."

A spokeswoman for CPD said police were called late Friday about the incident, and the investigation was ongoing.

Whitney Young Principal Joyce Kenner didn't respond immediately to a request for comment Sunday.



EXHIBIT B