UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CV-6260 |
| ) | Judge Robert M. Dow, |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENT TO COMMENTS OF THE FRATERNAL ORDER OF POLICE CHICAGO LODGE NO. 7 PROPOSED CONSENT DECREE**

    The Fraternal Order of Police Chicago Lodge No. 7 submits the List Of Comments That Are Still Under Seal Or Access is Restricted.

/s/Joel A. D'Alba
Joel A. D'Alba

Joel A. D'Alba
Asher, Gittler & D'Alba, Ltd.
200 West Jackson, Suite 720
Chicago, Illinois 60606
jad@ulaw.com
(312) 263-1500

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-CV-6260 |
| ) | Judge Robert M. Dow, |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

**LIST OF COMMENTS THAT ARE STILL UNDER SEAL
OR ACCESS IS RESTRICTED**

A review of the docket in this case as of December 5, 2018, reveals the following docket numbers are either sealed or access to them is restricted:

- Document No. 164
- Document No. 166
- Document No. 167
- Document No. 198
- Document No. 199
- Document No. 200
- Document No. 201
- Document No. 213
- Document No. 255
- Document No. 258
- Document No. 264
- Document No. 286
- Document No. 289
- Document No. 290
- Document No. 291
- Document No. 292
- Document No. 293
- Document No. 294
- Document No. 295
- Document No. 297
- Document No. 298
- Document No. 299
- Document No. 338
- Document No. 339
- Document No. 341
- Document No. 342
- Document No. 345

- Document No. 350
- Document No. 383
- Document No. 385
- Document No. 393
- Document No. 398
- Document No. 476
- Document No. 479
- Document No. 480
- Document No. 481
- Document No. 482
- Document No. 491
- Document No. 512
- Document No. 515
- Document No. 536
- Document No. 537
- Document No. 570
- Document No. 597
- Document No. 602
- Document No. 640

Respectfully submitted,

/s/Joel A. D'Alba

Joel A. D'Alba
Asher, Gittler & D'Alba, Ltd.
200 West Jackson, Suite 720
Chicago, Illinois 60606
jad@ulaw.com
(312) 263-1500