# Exhibit B



**Rahm Emanuel**
Mayor

# Chicago
# Police Department



**Eddie T. Johnson**
Superintendent

## CompStat
### Week 41
*Geocoded for District Consolidation*

**City Wide**

## Report Covering the Week of 08-Oct-18 Through 14-Oct-18

|  | Last 7 Days | | | Last 28 Days | | | Year to Date | | | 2 Yr. | 3 Yr. | 4 Yr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2018 | 2017 | % Chg | 2018 | 2017 | % Chg | 2018 | 2017 | % Chg | % Chg | % Chg | % Chg |
| **CRIME COMPLAINTS** | | | | | | | | | | | | |
| MURDER | 12 | 15 | -20% | 46 | 61 | -25% | 445 | 550 | -19% | -24% | 12% | 40% |
| CRIM SEXUAL ASSLT | 50 | 38 | 32% | 185 | 139 | 33% | 1680 | 1583 | 6% | 17% | 36% | 46% |
| ROBBERY | 188 | 216 | -13% | 765 | 919 | -17% | 7611 | 9020 | -16% | -16% | 5% | 2% |
| AGG BATTERY | 129 | 125 | 3% | 603 | 574 | 5% | 5355 | 5378 | 0% | -8% | 2% | 3% |
| BURGLARY | 215 | 264 | -19% | 953 | 1013 | -6% | 9336 | 10259 | -9% | -14% | -5% | -18% |
| THEFT | 299 | 302 | -1% | 1374 | 1236 | 11% | 11863 | 12309 | -4% | 1% | 21% | 0% |
| MTR VEHICLE THEFT | 185 | 231 | -20% | 840 | 907 | -7% | 7894 | 8854 | -11% | -9% | 1% | 1% |
| **TOTAL** | 1078 | 1191 | -9% | 4766 | 4849 | -2% | 44184 | 47953 | -8% | -8% | 6% | -2% |
| SHOOTING INCIDENT | 54 | 55 | -2% | 203 | 243 | -16% | 1939 | 2331 | -17% | -31% | 1% | 18% |

### HISTORICAL COMPARISON

|  | 2018 | 2017 | 2016 | 2015 | 2014 | % Change 2018 - 2017 | % Change 2018 - 2016 | % Change 2018 - 2015 | % Change 2018 - 2014 |
|---|---|---|---|---|---|---|---|---|---|
| MURDER | 445 | 550 | 584 | 397 | 317 | -19% | -24% | 12% | 40% |
| CRIM SEXUAL ASSLT | 1680 | 1583 | 1432 | 1231 | 1150 | 6% | 17% | 36% | 46% |
| ROBBERY | 7611 | 9020 | 9036 | 7259 | 7495 | -16% | -16% | 5% | 2% |
| AGG BATTERY | 5355 | 5378 | 5801 | 5247 | 5222 | 0% | -8% | 2% | 3% |
| BURGLARY | 9336 | 10259 | 10881 | 9833 | 11350 | -9% | -14% | -5% | -18% |
| THEFT | 11863 | 12309 | 11772 | 9844 | 11860 | -4% | 1% | 21% | 0% |
| MTR VEHICLE THEFT | 7894 | 8854 | 8633 | 7827 | 7794 | -11% | -9% | 1% | 1% |
| **TOTAL** | 44184 | 47953 | 48139 | 41638 | 45188 | -8% | -8% | 6% | -2% |

The above CompStat figures are posted on Monday, one week after closing date.

CompStat figures are preliminary and subject to further analysis and revision. Crime statistics reflect Illinois Compiled Statutes and differ from the crime categories of the F.B.I. Uniform Crime Reporting System. All degrees of Criminal Sexual Assault are included in the Criminal Sexual Assault category.