# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-6260 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to paragraphs 613-615 of the consent decree [703], the Court appoints Ms. Maggie Hickey to serve as the independent monitor. The Court also intends to appoint Hon. David H. Coar (ret.) to serve as a Special Master pursuant to Federal Rule of Civil Procedure 53. An order effectuating that appointment in compliance with Rule 53(b) will be issued no later than April 1, 2019.

Dated: March 1, 2019

_____
Robert M. Dow, Jr.
United States District Judge