**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| State Of Illinois | ) | |
| | ) | Case No:18-cv-6260 |
| | ) | |
| v. | ) | |
| | ) | Judge: Robert M. Dow, Jr. |
| City Of Chicago | ) | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 6, 2019:

MINUTE entry before the Honorable Robert M. Dow, Jr: Fraternal Order of Police Chicago Lodge No. 7's motion for leave to file a motion to amend the Consent Decree pursuant to Local Rule 5.6, instanter, 714 is entered and continued.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.