**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| STATE OF ILLINOIS, | |
| Plaintiff, | Case No. 17-cv-6260 |
| v. | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, | |
| Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs People of the State of Illinois, by and through Illinois Attorney General Kwame Raoul, bring this motion to respectfully request that this Court grant Cara Hendrickson leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1. Since August 29, 2017, Cara Hendrickson has been one of the attorneys of record for Plaintiffs.

2. Ms. Hendrickson will be leaving the Office of the Illinois Attorney General on March 15, 2019.

3. Plaintiffs will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiffs respectfully request that the Court grant Cara Hendrickson leave to withdraw as one of the attorneys of record in this action.

Dated: March 15, 2019

Respectfully submitted,

KWAME RAOUL
Attorney General of the State of Illinois

By:   /s/ Cara Hendrickson
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St.
Chicago, Illinois 60601
(312) 814-3000
chendrickson@atg.state.il.us

Brent D. Stratton
Gary S. Caplan
Cara A. Hendrickson
Thomas Verticchio
Cynthia L. Flores
Shareese N. Pryor
Leigh J. Richie
Christopher G. Wells
Assistant Attorneys General
100 West Randolph Street, 11th floor
Chicago, Illinois 60601
Phone: (312) 814-3000

Martin R. Lueck
Munir R. Meghjee
Timothy Q. Purdon
Anne M. Lockner
Patrick M. Arenz
Sharon Roberg-Perez
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8591

## CERTIFICATE OF SERVICE

I, Cara Hendrickson, an attorney, certify that on March 15, 2019 I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.


/s/ Cara Hendrickson
Assistant Attorney General