**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: State of Illinois v. City of Chicago   Case Number: 17-cv-6260

An appearance is hereby filed by the undersigned as attorney for:
On behalf of the State of Illinois

Attorney name (type or print): Aaron P. Wenzloff

Firm: Illinois Attorney General

Street address: 100 W. Randolph St.

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6329093            Telephone Number: 312-814-3000
(See item 3 in instructions)

Email Address: awenzloff@atg.state.il.us

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 18, 2019

Attorney signature: S/ Aaron P. Wenzloff
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015