**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, | |
| Plaintiff, | Case No. 17-cv-6260 |
| v. | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff State of Illinois, by and through Illinois Attorney General Kwame Raoul, bring this motion to respectfully request that this Court grant Leigh Richie leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since August 29, 2017, Leigh Richie has been one of the attorneys of record for Plaintiff.

2. Ms. Richie will be leaving the Office of the Illinois Attorney General on April 5, 2019.

3. Plaintiff will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiff respectfully requests that the Court grant Leigh Richie leave to withdraw as one of the attorneys of record in this action.

Dated: April 5, 2019

Respectfully submitted,

KWAME RAOUL
Attorney General of the State of Illinois

By: /s/ Leigh Richie

OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St.
Chicago, Illinois 60601
(312) 814-3000
lrichie@atg.state.il.us

Brent D. Stratton
Gary S. Caplan
Thomas Verticchio
Cynthia L. Flores
Shareese N. Pryor
Leigh J. Richie
Christopher G. Wells
Aaron Wenzloff
Stefanie Steines
Assistant Attorneys General
100 West Randolph Street, 11th floor
Chicago, Illinois 60601
Phone: (312) 814-3000

Martin R. Lueck
Munir R. Meghjee
Timothy Q. Purdon
Anne M. Lockner
Patrick M. Arenz
Sharon Roberg-Perez
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8591

## **CERTIFICATE OF SERVICE**

I, Leigh Richie, an attorney, certify that on April 5, 2019 I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Leigh Richie
Assistant Attorney General
