**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, | |
| Plaintiff, | Case No. 17-cv-6260 |
| v. | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, | |
| Defendant. | |

**MOTION TO WITHDRAW ATTORNEYS OF RECORD AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff People of the State of Illinois, by and through Illinois Attorney General Kwame Raoul, brings this motion to respectfully request that this Court grant the Office of the Illinois Attorney General leave to withdraw Gary Caplan and Cynthia Flores as attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since August 29, 2017, Gary Caplan and Cynthia Flores has been attorneys of record for Plaintiffs.

2. Mr. Caplan left the Office of the Illinois Attorney General on April 15, 2019.

3. Ms. Flores left the Office of the Illinois Attorney General on May 10, 2019.

4. Plaintiff will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Office of the Illinois Attorney General leave to withdraw Gary Caplan and Cynthia Flores as attorneys of record in this action.

DATE: May 13, 2019

Respectfully submitted,

KWAME RAOUL
Attorney General for the State of Illinois


By: /s/ Christopher G. Wells
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
100 W. Randolph St., 11th Floor
Chicago, Illinois 60601
(312) 814-3000
cwells@atg.state.il.us

Brent D. Stratton
Thomas Verticchio
Christopher G. Wells
Shareese N. Pryor
Stefanie L. Steines
Alicia Weber
Aaron P. Wenzloff
Assistant Attorneys General
100 West Randolph Street, 11th floor
Chicago, Illinois 60601
Phone: (312) 814-3000

Martin R. Lueck
Munir R. Meghjee
Timothy Q. Purdon
Anne M. Lockner
Patrick M. Arenz
Sharon Roberg-Perez
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8591

## **CERTIFICATE OF SERVICE**

I, Christopher G. Wells, an attorney, certify that on, May 13, 2019, I caused the foregoing **Plaintiff's Motion to Withdraw Attorney of Record as Counsel** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Christopher G. Wells
Assistant Attorney General