UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

State Of Illinois
                Plaintiff,

v.                                        Case No.: 1:17–cv–06260
                                                      Honorable Robert M. Dow Jr.

City Of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion to withdraw as attorneys of record as counsel [737] is granted. Attorney Gary Steven Caplan and Cynthia Lorena Flores terminated. Notice of motion date of 5/16/2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.