UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

State Of Illinois

                Plaintiff,

v.                                                     Case No.: 1:17–cv–06260
                                                          Honorable Robert M. Dow Jr.

City Of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 28, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Joint motion for clarification [732] is granted. The scope of the Confidentiality Order [31] extends to all documents and ESI produced or adduced in the course of implementing or demonstrating compliance with the terms of the Consent Decree, and the Monitor and Special Master will maintain all information designated as confidential pursuant to the Confidentiality Order in a confidential manner. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.