# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

State Of Illinois

                    Plaintiff,

v.                                    Case No.: 1:17−cv−06260
                                      Honorable Robert M. Dow Jr.

City Of Chicago

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 27, 2019:

        MINUTE entry before the Brian Barnett Duff: Motion hearing held. Reply to motion to extend implementation date of Para. 188 to 196 of the Consent Decree [747] is due 7/3/2019; motion is taken under advisement and the Court will issue a ruling by mail. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.