Francisco Olguin
3755 W. 55th st
Chicago Il 60632

S SUBURBAN IL 60X



INSPECTED BY
U S MARSHALS
219 S DEARBORN
CHICAGO, ILLINOIS

Carolyn Hoesly
Courtroom Deputy to the Honorable Robert M. Dow, Jr.
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street, Room 2308A
Chicago, IL 60604
17-CV-6260

60604-184181