UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-6260 |
| | ) | |
| CITY OF CHICAGO | ) | |
| | ) | |
| Defendant | ) | |

**FILED**

OCT - 9 2019

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on November 5, 2019 at 9:15 A.M. , or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr. or any judge sitting in his stead in Courtroom 2303 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

**Motion on the Behalf of Chicago Police Officer Martin Preib to Intervene**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2019, I provided service to the person or persons listed above by the following means:  regular U.S. Mail

Signature: _Martin Preib_                    Date: _09 October 2019_

Martin Preib, *pro se*
1412 W. Washington Blvd # 3
Chicago, IL 60607
312-733-7776

SERVICE LIST

Christopher G. Wells
Chief, Public Interest Division
Office of the Illinois Attorney General
100 Randolph Street – 12th Floor
Chicago, Illinois 60601
cwells@atg.state.il.us

Allan T. Slagel
Taft Stettinius & Hollister LLP
111 E. Wacker Drive – Suite 2800
Chicago, Illinois 60601
aslagel@taftlaw.com

Joel A. D'Alba
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd. – Suite 720
Chicago, IL 60606