**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF CHICAGO,<br><br>                    Defendant. | Case No. 17-cv-6260<br><br>Judge Robert M. Dow Jr. |

**JOINT MOTION FOR EXTENSION OF TIME**
**FOR PARTIES' COMMENTS REQUIRED BY PARAGRAPH 663**

The Parties jointly move the Court to enter an order extending the time for the Parties to provide comments to the Monitor's first draft report as provided for in Consent Decree Paragraph 663 from 15 days to 30 days. Paragraph 663 provides:

> The Monitor will provide a copy of the semiannual reports to the Parties in draft form no more than 30 days after the end of each reporting period. The Parties will have 15 days following receipt of a draft report to comment on the draft report, and provide those comments to the Monitor and the other Party. The Monitor will consider the Parties' comments and make appropriate changes, if any, before filing the report with the Court.

1.      The Parties do not request this modification to the Consent Decree for purposes of delay, but rather to allow the Parties sufficient time to provide substantive comments to the Monitor on her draft first semiannual report.

2.      The Parties have consulted with the Monitor regarding this proposed modification, and the Monitor does not object to such a modification.

WHEREFORE, the Parties jointly and respectfully move the Court to enter an order extending the time period for the Parties from 15 to 30 days to provide comments on the Monitor's initial report.

Dated:  October 15, 2019                  Respectfully submitted,

| **The State of Illinois** | **The City of Chicago** |
|---|---|
| By: /s/Shareese Pryor | By: /s/Allan T. Slagel |
| Shareese Pryor<br>spryor@atg.state.il.us<br>Christopher Wells<br>cwells@atg.state.il.us<br>Alicia Weber<br>aweber@atg.state.il.us<br>Assistant Attorneys General<br>100 West Randolph Street<br>12th Floor<br>Chicago, IL 60601<br>(312) 814-3000 | Allan T. Slagel (ARDC #6198470)<br>aslagel@taftlaw.com<br>Elizabeth E. Babbitt (ARDC #6296851)<br>ebabbitt@taftlaw.com<br>Rachel L. Schaller (ARDC #6306921)<br>rschaller@taftlaw.com<br>Paul J. Coogan (ARDC #6315276)<br>pcoogan@taftlaw.com<br>Taft Stettinius & Hollister LLP<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, Illinois 60601<br>(312) 527-4000<br><br>Tyeesha Dixon<br>tyeesha.dixon@cityofchicago.org<br>Chicago Department of Law<br>121 North LaSalle Street<br>Room 600<br>Chicago, IL 60614<br>(312) 744-1806 |

26026656.1