# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

State Of Illinois
                      Plaintiff,

v.                                                  Case No.: 1:17–cv–06260
                                                    Honorable Robert M. Dow Jr.

City Of Chicago
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 21, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Joint Motion for Extension of Time for Parties' Comments Required by Paragraph 663 [781] is granted. Notice of motion date of 10/22/2019 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.