UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

State Of Illinois

                Plaintiff,

v.                                                 Case No.: 1:17–cv–06260
                                                      Honorable Robert M. Dow Jr.

City Of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 13, 2019:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held. Counsel for Defendant to apprise the Court of any significant developments in 19CH3450. Counsel for the FOP shall apprise the Court of any significant orders by the Labor Board. This case will be set for further status hearing after the Court reviews the numerous filings and the status report referenced on the record. Proposed Intervenor Prieb is given until 11/22/2019 to file a reply brief in support of his motion to intervene. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.