# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

State Of Illinois

                Plaintiff,

v.                                      Case No.: 1:17–cv–06260
                                      Honorable Robert M. Dow Jr.

City Of Chicago

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 15, 2020:

        MINUTE entry before the Honorable Robert M. Dow, Jr: Settlement conference held on 1/15/2020. Status hearing set for 1/27/2020 at 1:30 p.m. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.