IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.17-cv-6260 |
| CITY OF CHICAGO, | ) | |
| | ) | Judge Robert W. Dow, Jr. |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on Tuesday, March 3, 2020, at 9:15 a.m., or as soon thereafter as can be heard, I shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead in Courtroom 2303, or the Courtroom usually occupied by him, in the Northern District of Illinois, located at 219 South Dearborn Street, Chicago Illinois 60604 and present the attached "Motion for Leave to File Reply Brief ."

/s/Joel A. D'Alba
Joel A. D'Alba
Attorney for Fraternal Order of Police
Chicago Lodge No. 7

Joel A. D'Alba
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 720
Chicago, Illinois 60606
(312) 263-1500
I.D. No. 39403

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that a copy of the foregoing was served upon persons in the attached service list by electronic service on the 26th day of February, 2020.

/s/Joel A. D'Alba
Joel A. D'Alba
Attorney for Fraternal Order of
Police Chicago Lodge No. 7

Joel A. D'Alba
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 720
Chicago, Illinois 60606
(312) 263-1500
I.D. No. 39403

# SERVICE LIST

Christopher G. Wells
Chief, Public Interest Division
Office of the Illinois Attorney General
100 Randolph Street – 12th Floor
Chicago, Illinois  60601
CWells@atg.state.il.us

Allan T. Slagel
Taft Stettinius & Hollister LLP
111 E. Wacker Drive – Suite 2800
Chicago, Illinois  60601-3713
aslagel@taftlaw.com

Elizabeth E. Babbit
Taft Stettinius & Hollister LLP
111 E. Wacker Drive – Suite 2800
Chicago, Illinois  60601-3713
ebabbitt@taftlaw.com

Margaret A. Hickey
Schiff Hardin
233 S. Wacker Drive – Suite 7100
Chicago, Illinois  60606
mhickey@schiffhardin.com

Alicia Weber
Office of the Attorney General
100 W. Randolph Street
Chicago, Illinois  60601
AWeber@atg.state.il.us

Honorable David M. Coar
71 S. Wacker Drive
30th Floor
Chicago, Illinois  60606
dcoar@jamsadr.com