# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                  Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>                  Defendant. | Case No.: 1:17-cv-06260<br><br>Honorable Robert M. Dow Jr. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Friday, March 27, 2020, at 11:00 a.m., counsel shall participate in a telephone conference with the Honorable Judge Robert M. Dow, Jr., and present **DEFENDANT'S UNOPPOSED MOTION TO EXTEND CONSENT DECREE OBLIGATION DEADLINES**, copies of which have been electronically served on all counsel of record by the Court's electronic filing system.

Dated: March 26, 2020

Respectfully submitted,

**CITY OF CHICAGO**

By: /s/ Allan T. Slagel
     One of its Attorneys

Allan T. Slagel (ARDC #6198470)
aslagel@taftlaw.com
Elizabeth E. Babbitt (ARDC #6296851)
ebabbitt@taftlaw.com
Rachel L. Schaller (ARDC #6306921)
rschaller@taftlaw.com
Paul J. Coogan (ARDC #6315276)
pcoogan@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-4000

26948567.2