IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO,<br><br>        Defendant. | Case No. 17-cv-6260<br><br>Judge Robert M. Dow, Jr. |

### NOTICE REGARDING SPECIAL REPORT

Paragraph 665 of the Consent Decree permits the Independent Monitor to "prepare written reports on any issue or set of issues covered by" the Consent Decree. Since the May 25, 2020 tragic death of George Floyd in Minneapolis, Minnesota, Chicago is experiencing a rise in First Amendment activity, civil unrest, and related law enforcement activities that span issues covered by the Consent Decree. To promote transparency under the Consent Decree, I will prepare a special report on the response of the City of Chicago and the Chicago Police Department ("CPD") to these recent events.

I will seek direct input from a variety of sources—including, but not limited to, members of Chicago's communities, the CPD, and other City entities—in preparing the report. Pursuant to Paragraph 667, I will also coordinate and confer with the Office of the Inspector General for the City of Chicago.

Dated: June 5, 2020

/s/Margaret A. Hickey
Margaret A. Hickey
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
mhickey@schiffhardin.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on June 5, 2020, she caused a true and correct copy of the foregoing **NOTICE REGARDING SPECIAL REPORT** to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

/s/Margaret A. Hickey
Margaret A. Hickey
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
mhickey@schiffhardin.com