# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

State of Illinois

                Plaintiff,

v.                                                 Case No.: 1:17–cv–06260

                                                      Honorable Robert M. Dow Jr.

City Of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 5, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held with counsel for the State of Illinois, the City of Chicago, the Coalition, and the FOP, as well as the Independent Monitor and members of her team participating by telephone. Settlement conference set for 6/24/2020 at 1:30 p.m. and in−court status hearing set for 7/24/2020 at 10:00 a.m. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.