IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                          Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>                          Defendant. | Case No.: 1:17-cv-06260<br><br>Honorable Robert M. Dow Jr. |

**ORDER REGARDING RECORDS MAINTAINED BY
THE INDEPENDENT MONITOR AND THE OFFICE OF THE INSPECTOR GENERAL**

By the agreement of the Parties, and the Court being sufficiently advised:

IT IS HEREBY ORDERED that all records maintained and shared between the Independent Monitor and the Office of the Inspector General for the City of Chicago regarding any efforts pursued under Consent Decree Paragraph 667 are subject to the limitations under Consent Decree Paragraph 672 and protections under Consent Decree Paragraph 675.

Specifically, the Monitor is an agent of the Court, and the records maintained by the Monitor are not public records subject to public inspection under the Illinois Freedom of Information Act, or subject to discovery in any litigation. *See* Paragraph 675. Under Consent Decree Paragraph 667, the Monitor and the City of Chicago Inspector General's Office may coordinate and confer in conducting compliance reviews and developing monitoring plans and review methodologies. To facilitate this coordination, the Monitor and the City of Chicago Inspector General's Office may share and maintain records. Those records are protected under Paragraph 675 and, thus, are not public records subject to public inspection under the Illinois Freedom of Information Act, or subject to discovery in any litigation. Likewise, these records may not be disclosed, except as required or authorized by the terms of the Consent Decree, when authorized jointly by the Parties or the Court. *See* Paragraph 672.

Dated: July 14, 2020                                Robert M. Dow, Jr.
                                                    United States District Judge