UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>    Defendant. | Case No. 17-cv-6260<br><br>Judge Robert M. Dow Jr. |

**THE PARTIES' STIPULATION REGARDING CERTAIN
CONSENT DECREE DEADLINES**

The State of Illinois and the City of Chicago (collectively, "Parties"), hereby agree to the following stipulated terms regarding the modification of certain deadlines under the Consent Decree:

1. By the agreement of the Parties, and as approved by the Court (Dkt. 832) on March 27, 2020, all future obligations and deadlines under the Consent Decree including those for the City of Chicago, the State of Illinois, and the Independent Monitor were extended for the period of the Illinois Governor's Stay at Home Orders.

2. It is agreed by the Parties that, as a consequence of the Agreement and the Court's March 27, 2020 Order, deadlines occurring on or after March 27, 2020 provided for in the Consent Decree, including those for the Parties and the Independent Monitor are hereby extended by 64 days.

3. Additionally, the Parties stipulate that the date for the completion of 2020 CPD Annual Litigation Report required by Paragraphs 548-549 of the Consent Decree was extended to September 15, 2020.

Dated: October 14, 2020

**The State of Illinois**

By: /s/Christopher Wells

Christopher Wells
cwells@atg.state.il.us
Alicia Weber
aweber@atg.state.il.us
Assistant Attorneys General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-3000

Respectfully submitted,

**The City of Chicago**

By: /s/Allan T. Slagel

Allan T. Slagel
aslagel@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
Rachel L. Schaller
rschaller@taftlaw.com
Paul J. Coogan
pcoogan@taftlaw.com
Taft Stettinius & Hollister LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-4000

Tyeesha Dixon
tyeesha.dixon@cityofchicago.org
Chicago Department of Law
121 North LaSalle Street
Room 600
Chicago, Illinois 60614
(312) 744-1806

27870234v4