IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                        Plaintiff,<br><br>      v.<br><br>CITY OF CHICAGO,<br><br>                        Defendant. | Case No. 17-cv-6260<br><br>Judge Robert M. Dow, Jr. |

**CITY OF CHICAGO'S NOTICE OF SUPPLEMENTAL EXHIBITS
IN FURTHER SUPPORT OF ITS RESPONSE
IN OPPOSITION TO THE COALITION'S
<u>MOTION TO ENFORCE THE CONSENT DECREE</u>**

      The City of Chicago ("City"), by and through its undersigned attorneys, submits the attached supplemental exhibits in further support of its Response in Opposition to the Coalition's Motion to Enforce the Consent Decree ("Response") (Dkt. No. 932). On March 3, 2021, the Chicago Police Department ("CPD") released a preliminary draft of Special Order 4-19 ("SO4-19"), which proposes changes to CPD's search warrant policy. A copy of that draft is attached hereto as <u>Exhibit A</u>. The draft of SO4-19 is proposed to rescind and alter CPD's current search warrant policy, which was effective as of January 3, 2020. A Revision Comparison detailing SO4-19's proposed changes to the January 3, 2020 version of the policy is attached hereto as <u>Exhibit B</u>. These documents will be available on CPD's website for public comment for fifteen days from their release, until March 18, 2021.

The City submits these supplemental exhibits in further support of Section V of its Response. *See* Dkt. No. 932 at 8-9.

| | |
|---|---|
| Dated: March 4, 2021 | Respectfully submitted, |
| | CELIA MEZA<br>Acting Corporation Counsel of the<br>**CITY OF CHICAGO** |
| | By: /s/ Allan T. Slagel<br>Special Assistant Corporation Counsel |

Allan T. Slagel (ARDC #6198470)
aslagel@taftlaw.com
Elizabeth E. Babbitt (ARDC # 6296851)
ebabbitt@taftlaw.com
Paul J. Coogan (ARDC # 6315276)
pcoogan@taftlaw.com
Adam W. Decker (ARDC # 6332612)
adecker@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

Tyeesha Dixon
tyeesha.dixon@cityofchicago.org
Deputy Corporation Counsel
for Public Safety Reform
121 North LaSalle Street, Room 600
Chicago, Illinois 60614
(312) 744-1806
*Attorneys for Defendant*

28977587v1