# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

State of Illinois

                Plaintiff,

v.

Case No.: 1:17–cv–06260
Honorable Robert M. Dow Jr.

City Of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 17, 2021:

    MINUTE entry before the Honorable Robert M. Dow, Jr: On the Court's own motion, the settlement conference on First Amendment issues on 3/19/2021 previously set for 1:30pm to 3:30pm is reset to 2:00pm to 4:00pm due to a conflict on the Court's schedule. This is a time change only. The IMT will send out a Zoom link to all participants. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.