# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

State of Illinois

      Plaintiff,

v.               Case No.: 1:17–cv–06260
               Honorable Robert M. Dow Jr.

City Of Chicago

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 12, 2021:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Settlement conference held on 4/12/2021. Settlement conference will be held on 4/26/2021 at 2:00 p.m. by video conference. Independent Monitoring Team will provide Zoom link to all participants. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.