**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

State of Illinois
                 Plaintiff,

v.                                                     Case No.: 1:17–cv–06260
                                                         Honorable Robert M. Dow Jr.

City Of Chicago
                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 21, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On May 12, 19, and 20, 2021, the Court convened settlement conferences with the parties (the Illinois Attorney General's Office and the City of Chicago) and the Independent Monitoring Team (IMT) to discuss a draft policy regarding foot pursuits prepared by the Chicago Police Department (CPD). CPD provided the draft policy to the Attorney General's Office and the IMT on May 4, following a settlement conference with the Court the prior day, May 3. The Attorney General's Office and the IMT provided initial written comments on the draft policy to the City on May 10 in advance of the May 12 settlement conference and participants have exchanged further written and oral comments prior to and during each subsequent conference. CPD has informed the Court, the State, and the IMT of its intention to invoke the "extraordinary circumstances" provision in paragraph 631 of the Consent Decree to issue a temporary policy governing foot pursuits prior to the end of May. Paragraph 172 of the Consent Decree states in pertinent part that "[a]ny foot pursuit policy adopted by CPD will be subject to review and approval by the Monitor and [the Office of the Attorney General]." The Court understands from the City and CPD that CPD will unilaterally issue a temporary foot pursuit policy this month. At the request of the Monitor and the Attorney General's Office, the Court clarifies on the record that the temporary foot pursuit policy CPD intends to release this month has not been approved by either the Monitor or the Attorney General's Office. The Attorney General's Office has reserved the right to seek appropriate relief from the Court consistent with the terms and procedures established by the Consent Decree. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.