# Exhibit 3



**Lori E. Lightfoot**
Mayor

**Department of Police · City of Chicago**
3510 S. Michigan Avenue · Chicago, Illinois 60653

**David O. Brown**
Superintendent of Police

April 23, 2021

Ms. Ariana Bushweller

████████████████

RE:    **NOTICE OF RESPONSE TO FOIA REQUEST**
        **REQUEST RECEIPT DATE:**    **March 22, 2021**
        **FOIA FILE NO.:**        **P646173**

Dear Ms. Bushweller:

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA), 5 ILCS 140/1, *et seq.*, request for the following:

> *"All comments, information, or input submitted during the public comment period, ending March 18, 2021, to CPD's public comment forum regarding the CPD's revised draft policy on Search Warrants, Special Order S04-1."*

As permitted by 5 ILCS 140/3(e), the time was extended in order to conduct a thorough search for these records. Your request was reviewed by the undersigned. A search was conducted based on the parameters provided. You are receiving the attached responsive records. However, please be aware that certain information has been redacted pursuant to 5 ILCS 140/7(1)(b) and (c).

The information that was redacted is email addresses. The redacted information is exempt from disclosure under 5 ILCS 140/7(1)(b) of the Freedom of Information Act, which exempts "private information, unless disclosure is required by another provision of this Act, a State or federal law or court order." "Private information" is defined in section 2(c-5) as "unique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, home or personal telephone numbers, and personal email addresses. Private information also includes home address and personal license plates, except as otherwise provided by law or when compiled without possibility of attribution to any person." Therefore, these identifiers were properly redacted pursuant to Section 7(1)(b).

Moreover, the names of persons referenced incidentally in records (see, e.g., Ill. Att'y Gen. PAC Req. Rev. Ltr. 31526, issued November 26, 2014, at 6) are exempt pursuant to Section 7(1)(c). 5 ILCS 140/7(1)(c) exempts from disclosure, "[p]ersonal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, unless the disclosure is consented to in writing by the individual subjects of the information." Third-parties have a strong interest in keeping their identity private and therefore their names were properly redacted pursuant to Section 7(1)(c) of FOIA.

You have a right of review by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, 500 S. 2nd

Street, Springfield, Illinois 62706, by telephone at (877)299-3642, fax at (217)782-1396, or email at publicaccess@atg.state.il.us. You also have the right to seek judicial review by filing a lawsuit in Cook County Circuit Court.

Sincerely,

A. Shulruff
Freedom of Information Act Officer
Chicago Police Department
Office of Legal Affairs, Unit 114
3510 S. Michigan Ave.
Chicago, IL 60653

| | comment_author | comment_content |
|---|---|---|
| 1 | [NAME REDACTED BY OAG] | 1)All warrants require an investigation? No. Too much red tape.<br>2) BC and not designee. No. BC OR designee.<br><br>Stop trying to cripple law enforcement.  CPD is there for the safety of the citizens. CPD should not be politicized, hand tied, nor assumed to be the bad guys. |
| 2 | [NAME REDACTED BY OAG] | Too little, too late. You‚Äôve already lost the trust of the community, you won‚Äôt be getting it back absent much more significant commitments. |
| 3 | [NAME REDACTED BY OAG] | Too little, too late. You‚Äôve already lost the trust of the community, you‚Äôll have to do much more to win it back. |
| 4 | [NAME REDACTED BY OAG] | This is not even close to enough reform, and you should feel ashamed for calling it such. |
| 5 | [NAME REDACTED BY OAG] | This policy has a giant hole in that it does not spell out plainly what accountability and discipline police officers face if this policy is not adhered to. If investigations of Wrong Raids show that officers did not follow the process, or falsified information, or failed to treat innocent citizens with dignity and respect what consequences do they face?  Leave with pay is vacation, not discipline. |
| 6 | [NAME REDACTED BY OAG] | I applaud the efforts to restrict the acquisition of warrants and the excessive use of raids in order to better protect the safety, privacy, and dignity of Chicago citizens. I feel strongly that raids should only be conducted when lives are in danger, and should not be used to combat drug trafficking or other non-violent activities. |
| 7 | [NAME REDACTED BY OAG] | I see no reason for police reform. I think criminal reform is long overdue. A lot of problems would disappear if criminals would stop breaking the law. |
| 8 | [NAME REDACTED BY OAG] | So you won't even outright ban the no-knock warrant?<br><br>These CPD "reforms" are a PR band-aid and every Chicagoan sees right through it. The people of Chicago deserve better, and we will fight until we get it.<br>You should be begging your constituents to tell you how to defund CPD because the inevitable alternative is abolishing the police entirely.<br>Lightfoot and Brown, your days as public servants are numbered, your true bosses (the people) will fire you and run you out of town just like we did Rahm, McCarthy, and Johnson. We do not forget. |
| 9 | [NAME REDACTED BY OAG] | I support this new policy. I cannot believe it isn't already required to heavily review these warrants, verify all the information before storming in anywhere, etc... This is long overdue. |

| | | |
|---|---|---|
| 10 | **[NAME REDACTED BY OAG]** | Officers should be suspended 5 days for every negative search warrant. Negative means nothing illegal was found. And the discipline increases with every negative warrant. |
| 11 | **[NAME REDACTED BY OAG]** | The proposed Order should be changed to reflect that the assigned female Officer has to be actually assigned to the unit , not a Patrol Officer pulled off her beat to assist the unit.  This should be true of all Police Districts, and especially on the South and West Sides where  Community members really need--and deserve-- to see a consistent Police presence.  These clout heavy "boys clubs" should be opened up in any event so that female Department members have additional opportunities to advance their careers.   In the event of any arrestee hospitalized at the scene of the warrant, the unit in question should also be required to provide the prisoner guard instead of the District of occurrence.  Finally, the practice of evaluating the specialized units by quantity of search warrants executed should be abolished. |
| 12 | **[NAME REDACTED BY OAG]** | I honestly know you don‚Äôt care because y‚Äôall elected the most racist person in America to lead your union. But my grandfather was a CPD officer and is truly rolling over in his grave at how much lack of process you all have made including holding guns to children‚Äôs heads at a birthday party. If you people can‚Äôt do a simple google search that my 4 year old son could accomplish for you, you don‚Äôt need to even allow no knock warrants. You‚Äôre irresponsible and toddlers clearly can research better than you. Clean house of your idiots first who clearly didn‚Äôt pass the 1st grade. I‚Äôm tired of paying with my tax dollars for people who can‚Äôt even read. If you all want to keep messing up it should come from your own pensions. |
| 13 | **[NAME REDACTED BY OAG]** | another sad policy that will increase crime; especially in black and brown communities.  Note to bad guys:  keep kids in your residences and you have free reign to commit crimes after 7pm |
| 14 | **[NAME REDACTED BY OAG]** | Don't change a thing.  We all make mistakes. |

| | | |
|---|---|---|
| 15 | [NAME REDACTED BY OAG] | Rather than throwing the baby out with the bath water and further tying the hands of the police as they try to protect law abiding citizens why not simply implement measures that require teams to triple verify address information before initiating a warrant?  Before initiating the search a higher up will review the information.  The review can go as high as you want.   The final review can go to a bureau chief or a 3 person review team.   The information source must be verified to be as close to 100% accurate as possible.  Penalties for knowingly providing false information, swatting, must be punished and publicized.   To avoid executing the warrant  at the wrong address he lead officer, a higher up and a team member must all agree that they are at the right address.<br><br>I have to tell you that law abiding citizens are horrified by the surge in ridiculous crimes like carjackings and beatings on public transit, stray bullets from expressway shootings from, muggings, open drug markets across the city.  The citizen consensus is that crimes go unpunished after the police do their job.  Change is tough but smart changes are easier to accept.   Changes that are misdirected or wrong generally result in massive pushback.<br><br>Please review your new policy ideas.  I don‚Äôt think your solutions address or correct the problem.  The police are not the problem, the criminals are the problem. |
| 16 | [NAME REDACTED BY OAG] | The Department‚Äôs search warrant policy may be easier for the public to understand if it was divided into two separate search warrant policies.<br><br>One policy would list requirements for the search of ANY location where people who were not in-custody could be present, including both real property and vehicles, and would detail the approval, personnel, and uniform requirements.<br><br>The second policy would list requirements for any evidentiary search warrant where people would not be present or the only person present would be a person already in-custody.  These evidentiary search warrants would include evidence-only warrants for electronic data, or biological samples, like buccal swabs, hair samples, and fingerprint cards. |

| | | |
|---|---|---|
| 17 | [NAME REDACTED BY OAG] | I am appalled at the ease with which warrants are granted. There is supposed to be a meaningful judicial review which is clearly not taking place. It makes all officers of the court look bad, especially the judiciary. We might expect some level of corruption or carelessness on behalf of the police which is why judges are there to protect people and ensure that the warrant application has probable cause and states with specificity exactly what is to be searched, where it is to be searched for and what is to be taken. Officers may never just go on a fishing expedition like they do on a regular basis. It seems that in Cook County the judges are there to serve the police, not to protect the public. That is wrong and that is a problem that needs to be solved before we can talk about meaningful reforms within the police department having a real impact on these unjust and insane outcomes. What happened to this woman is an absolutely disgusting disgrace and should never, ever happen to anyone again. That was an abusive human rights that could be expected only in a barbaric third world nation such as China, not the execution of a search warrant by a legitimate police department acting in the interest of the public. My personal opinion is that the judge and the police officer should be held civilly and criminally liable and immunity should not extend to judicial officers who fail to reasonably act upon the information which includes diligent inquiry as to its source and validity. All too often judges serve no other purpose than to rubber stamp for the police department and that must end. Hard stop. I don't ever want to see this type of invasion into a man's castle in this country ever again. It cannot and must not ever be tolerated. |
| 18 | [NAME REDACTED BY OAG] | I strongly support these proposed changes to search warrant policy. |
| 19 | [NAME REDACTED BY OAG] | I am pleased with the proposed changes. There is so much to absorb in the comparison that it is hard to offer suggestions. I will feel better able to contribute when I see the next revision.<br><br>I am shocked at the lack of process and accountability in the old policy. I am thankful for this step and hopeful for the future. |
| 20 | [NAME REDACTED BY OAG] | I support this ban on No-Knock Raids |
| 21 | [NAME REDACTED BY OAG] | Stop no-knock raids, unless the cause is imminent danger.  A raid is a set up for a armed confrontation between terrified residents and police.   Not worth it for most crimes. |
| 22 | [NAME REDACTED BY OAG] | I support a ban on no-knock raids! |

| | | |
|---|---|---|
| 23 | **[NAME REDACTED BY OAG]** | I am supportive of these changes. They are an important step in what must be ongoing efforts to make interactions between our police and our public safer. |
| 24 | **[NAME REDACTED BY OAG]** | This proposal offers, apparently, limited improvements over existing policy as it specifies some constraints and procedural safeguards related to serving warrants incorrectly, improperly, or in a manner that would violate constitutional rights and/or dignity. That said, it seems like such a low bar to protect constitutional rights and dignity. Shouldn't the police department have been doing that all along? Can't the city demand more from one of its most well-funded agencies? The city and its elected officials should go much further to ensure adequate safeguards and oversight of the police department, which has a well-documented track record of committing numerous human rights abuses, mistreatment of civilians, disregard of civil rights and liberties, and engaging in misrepresentation of these misdeeds afterwards in attempts to avoid accountability. If the Chicago Police Department,Äîevery single member of it,Äîcannot comply with the law, then the Chicago Police Department is failing to enforce the law and serve the public interest. |
| 25 | **[NAME REDACTED BY OAG]** | I support this proposition as a promising first step in preventing travesties such as the wrongful raid on XXXXX's home. |
| 26 | **[NAME REDACTED BY OAG]** | I support all of these changes! These are necessary changes to keep our communities safe and to prevent tragedies like Breonna Taylor's death from ever occurring again. |
| 27 | **[NAME REDACTED BY OAG]** | I support these necessary changes. |
| 28 | **[NAME REDACTED BY OAG]** | I think that all officers participating in a raid must have a body camera on their person in good working condition. All cameras must be checked by the highest ranking officer on the raid to sign off that all cameras are good working under penalty loss of time and loss of pay. The highest ranking officer will be responsible for all cameras to be on and recording at the start of the raid. Any officer on the raid that does not turn on their camera will be suspended for thirty days and loose their pay for that time. This is to protect the officers and the public.

Thank you for the opportunity to give my suggestions. |
| 29 | **[NAME REDACTED BY OAG]** | The proposed changes look reasonable. Hopefully CPD will closely monitor the application of the new policy (if approved) to make sure it is accomplishing the goal of preventing another Anjanette Young situation. |
| 30 | **[NAME REDACTED BY OAG]** | No knock warrants are a violation. They are clearly far too risky and subject to abuses of power. |

| | | |
|---|---|---|
| 31 | [NAME REDACTED BY OAG] | We've seen enough times the lethal effects of no-knock warrants. They are subject to error, to assumptions of guilt, and can't help but create a more volatile situation than otherwise. This policy needs to go. |
| 32 | [NAME REDACTED BY OAG] | This seems to be researched well with concise information.  Two considerations come to mind.<br>1. We all know how to treat people and property with respect but sometimes it needs to more specific<br>  in what that means.  For example, use caution in handling items so as not to break them, not<br>  necessary to leave the home trashed, etc.<br>2. In terms of seizing property, the owner should be witness to the recording of items and sign about<br>  its veracity.<br>Another thought about No Knock warrants: since SWAT team is responsible, couldn't they surround the home or apartment building to cover all exits in the event that the suspect planned to escape?<br><br>Thank you for making these changes and clairifying them in written form. |
| 33 | [NAME REDACTED BY OAG] | I am in support of the proposition. We cannot afford the tragedies and harassment that come with no-knock warrants. |
| 34 | [NAME REDACTED BY OAG] | Chicago Mayor Lori Lightfoot and Superintendent Brown's New Search Warrant Proposal is still ILLEGAL.  There are  thousands of people being held (at this very moment) ILLEGALLY for False Imprisonment due to Chicago Police investigative Alert Special Order S04-16, a system that was NEVER passed or enacted by the Legislatures of Illinois - and requires a police supervisor to ILLEGALLY approve probable cause is considered Police &amp; Official Misconduct.  720 ILCS 5/33-3 (b) (c) a class 3 Felony.  Lightfoot and Brown should also concede and encourage the Illinois Supreme Court to rule that Bass is unconstitutional. |
| 35 | [NAME REDACTED BY OAG] | No knock warrants caused Breonna Taylor's death. Let's not make the same mistake here. |
| 36 | [NAME REDACTED BY OAG] | I am SO sorry for all you brave and amazing CPD officers.  Thank you for all you do.  I am truly scared for the citizens of Chicago for this continued insanity. |
| 37 | [NAME REDACTED BY OAG] | This is an important policy change that will make chicagoans safer! |

| | | |
|---|---|---|
| 38 | [NAME REDACTED BY OAG] | What specific training is required for members of the search team, by level of responsibility?<br><br>Does the presence of a female officer either absolve others for responsibilities and/or concentrate certain responsibilities exclusively on the female officer?<br><br>Under what circumstances does a search warrant demand participation with other resources (such as the FBI) in the approval or execution of a search warrant? |
| 39 | [NAME REDACTED BY OAG] | This is a small way we can bring justice for XXXXX.  I hope this change is adopted |
| 40 | [NAME REDACTED BY OAG] | The police Department needs to add that a knock on the door requires a 15-20 wait for someone to answer the door. This is backed by a ruling from the Supreme court.  The police must give a reasonable amount of time to answer the door which is 15-20 seconds. |
| 41 | [NAME REDACTED BY OAG] | I support. |
| 42 | [NAME REDACTED BY OAG] | Updates to the procedures that will safeguard people‚Äôs human rights should include Address Validation. Although Chicago‚Äôs grid-based location system is one of the simplest in the world, there appear to be gaps in the address verification process. What is the data validation procedure for checking the accuracy of the street address, the building address, the apartment design layout (if applicable), the apartment-unit format (if applicable), and the geoloc of the person/place that needs to be searched? Is the city‚Äôs geographic information systems (GIS) data in use? Are city resources supporting GIS database integrity?Address Validation research requires time and effort but it prevents incidences that violate a person‚Äôs rights. Trust between the CPD and the residents will take years to rebuild, but preventing human errors about an address in future searches will facilitate the long-term restoration of community relations. |

| | | |
|---|---|---|
| 43 | **[NAME REDACTED BY OAG]** | Updates to the procedures that will safeguard people's human rights should include Address Validation.  Although Chicago's grid-based location system is one of the simplest in the world, there appear to be gaps in the address verification process.  What is the data validation procedure for checking the accuracy of the street address, the building address, the apartment design layout (if applicable), the apartment-unit format (if applicable), and the geographical location of the person/place that needs to be searched? Is the city's geographic information systems (GIS) data in use?  Are city resources actively supporting GIS database integrity?  Address Validation research requires time and effort but it prevents incidences that violate a person's rights.  Trust between the CPD and the residents will take years to rebuild, but preventing human errors about an address in future searches will facilitate the long-term restoration of community relations. |
| 44 | **[NAME REDACTED BY OAG]** | If a resident or inhabitant of the targeted address says they are not the individual being sought, and they do not know such individual(s), they should be given the chance to prove such innocence by being afforded the opportunity to present either a drivers license or utility bills showing their name associated with such an address to signify the wrong location was targeted. |
| 45 | **[NAME REDACTED BY OAG]** | XXXXX@gmail.com |

| | | |
|---|---|---|
| | | ‚Ä¢Officers now need approval from a deputy chief or above for a search warrant.<br><br>The deputy chief must verify and confirm that the warrant information is accurate before signing off on it and when possible the warrant should be externally and independently verified prior to execution.<br><br>All search warrant must be compiled into a database and made publicly available, including but not limited to, when officers raid the home of the address listed on the search warrant but the information that precipitated the signed off warrant was wrong; when officers raid the home of an address not listed on the warrant; What percent of search warrants are tied to the investigations of actual crimes, like murder and sexual assault, inter alias?<br><br>All wrongful raids should automatically trigger an internal and external investigation into the warrant‚Äôs process and procedure of what went wrong, at what level and by who which will be tracked and indexed in the database by communities, confidential/paid informants for ‚Äúsource reliability‚Äù.<br><br>The database would be internally as well as independent externally analyzed for specific patterns. Research studies have shown that getting guns and drugs off the street has not reduced crime. Improving clearance rates would be better. |
| 46 | [NAME REDACTED BY OAG] | The aforementioned would reduce the number of law sues and dollars payout, but more importantly build trust, respect and accountability! |
| 47 | [NAME REDACTED BY OAG] | I fully support these changes to the Search Warrant Policy.<br><br>The key aspects to me are the increased level of accountability for sign offs and reviews, the inclusion of women in the search and the pre-planning to identify vulnerable parties.<br><br>One improvement I would advocate to permit no knock warrants only to when an officer life is in danger.  Including office safety as a parameter creates increased opportunity for in the moment decisions which may not yield the best results for the police and the community. |
| 48 | [NAME REDACTED BY OAG] | I think this is a thoughtful revision that is trying to avoid mistakes. However, I think that too much surveillance or verification in some  instances may tip off suspects to an upcoming warrant. Perhaps there should be some other mechanism for cases that too much verification might tip off the suspects. |

| 49 | [NAME REDACTED BY OAG] | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |
|---|---|---|
| 50 | [NAME REDACTED BY OAG] | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |
| 51 | [NAME REDACTED BY OAG] | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |
| 52 | [NAME REDACTED BY OAG] | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |
| 53 | [NAME REDACTED BY OAG] | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |

| | | |
|---|---|---|
| 54 | **[NAME REDACTED BY OAG]** | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |
| 55 | **[NAME REDACTED BY OAG]** | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |
| 56 | **[NAME REDACTED BY OAG]** | Chicago Mayor Lori Lightfoot and Superintendent Brown new search warrant proposal is still illegal due to CPD investigative alert system special order S04-16. There are thousands of people being held illegally under false imprisonment. S04-16 is a system that was never passed or enacted by legislators of Illinois and authorizes a Police Supervisor, not a judge, to illegally approve probable cause. This is considered police and official misconduct under 720ILCS5 ILCS5/33-3(B)(C) a class 3 felony. More so, violating both the IL and US Constitution. |

| | comment_date | comment_content |
|---|---|---|
| 1 | 3/7/2021 14:52 | What about informants that are registered with the FBI that we work in conjunction with and utilize on a routine basis. CI files are kept in accordance with CPD policy and also with the FBI with all reliabilities . They are not registered with counter Terrorism so how are they to be classified. UCI does not apply because they are registered and are compensated for information. |
| 2 | 3/4/2021 15:37 | First off, I understand the necessity of updating the Search Warrant policy. And I do fully respect all the work that goes into drafting orders and the mind-boggling attention to detail and endless revisions. There is not a single piece of work that comes from R&amp;D that is not the absolute best. This largely goes unsaid and unpraised. I acknowledge all of this. My comments below do not represent any rancor or bitterness. And I fully realize that many of these issues invariably were considered already. Whether any of them is important enough to address, I leave to your very capable hands.\ \ Parts of the order are excessively redundant. It reads like teaching children what to do rather than adults with the serious responsibilities that come with being a police officer. Anyone reading this is going to come away with the impression that police officers are incapable, apart from constant repetition, of understanding information. \ \ One of the differences not outlined in the "Revision Comparison" document is that a Bureau Chief now has to review any 'no-knock' or 'John Doe' search warrant (II, B, 1). This is a rather significant change to policy and it should have been highlighted.\ \ The requirement of a Deputy Chief to review a standard search warrant will be problematic (II, B). If the affiant's Deputy Chief is not available, to whom do they then go? Another Area's Deputy Chief? Any Deputy Chief? Or just any available Deputy Chief of any Bureau?\ \ The chain of command is slightly unclear. It would appear that a Commander |

| | | |
|---|---|---|
| | | needs to review the search warrant prior to going up the chain of command (VI, D). If the Commander is unavailable (e.g. they are on the medical or vacation) can an Executive Officer stand in their place or must it be an exempt? And does the Executive Officer figure in the 'chain of command?' That is, does the search warrant go from the officer, to the sergeant, lieutenant, CAPTAIN, then the Commander, or does the Captain, while technically in the chain of command, get bypassed because the personnel decisions (such as who the tactical lieutenant position is filled by) is decided by the Commander? Not trying to be pedantic, just thorough.\ \ "All search warrants now require an independent investigation to verify and corroborate‚Ä¶"  It is unclear how this is to be documented. (VI, C, 3-5 and VI, D). While the extent of the background research is generally outlined in this section, there is no indication if there is a form or a specific way this will be documented. Also, if this information has to be contained in the permanent search warrant file, shouldn't there be a standardized way that it presents? If left up to each individual unit there will be major disparities in how this is collected and memorialized, as well as the extent of the information collected.\ \ Item IX, D, 1, f states that all 'no knock' warrants WILL be conducted by SWAT. Will the SWAT Incident order be changed from a "consultation" on these types of warrants to that of a requirement?  (Special Order S05-05, section V, A, 7).\ \ A CL number will be generated for each wrong raid. A careful reading of section II, J, 1, a does not require a CL for a wrong raid based on a wrong address. While the wrong address is later discussed in IX, E, 2, a, it is confusing why it is mentioned |
| **3** | (cont.) | here and not in the former section, especially when a wrong raid encompasses |

| | | |
|---|---|---|
| | | two distinct definitions under the former citation. Also, in this latter citation, it isn't referred to as a "wrong raid." Why not? While pointing out my concerns about the ongoing redundancy throughout the order previously, these two definitions of wrong raid and the corresponding responsibility to obtain a CL number, should appear together under II, J, 1, a, as well as being properly referenced and explained later under IX, E, 2, a (while also being called a "wrong raid" there as well). \<br>\<br>Under section II, J, 2, a CL will be obtained for following through on a search warrant when information comes to light that the information is incorrect. This is obviously a violation of the Rules and Regulations of the Police Department. However, conducting a search warrant at a wrong address is a mistake and generally not a willful violation. But by lumping both definitions under the same name (wrong raid), we are left with the impression that we are equating the two situations.\<br>\<br>Under section IV, D, 3, a, there is a new requirement that any unit conduction a search warrant will be equipped with body worn cameras (BWC). Are all narcotic, gang, and specialty unit search warrants going to be halted prior to CPD obtaining additional BWCs? Is SWAT getting BWCs or are they exempted like they are from pointing incidents? If every member of the Department who could possibly serve on a search warrant team is going to be issued a BWC (and this order indicates that there will be a rapid expansion of units with BWCs), will that order be changed as well. Finally, as it relates to BWCs, are all Lieutenants, Captains, and Commanders going to be issued BWCs?\<br>\ |
| 4 | (cont.) | Thank you for your time. |
| 5 | 3/4/2021 10:49 | The scope of all warrants is to broad. We have many vehicle (unoccupied) and electronic records warrants that have to be approved and executed prior to charges being approved. These warrants do not include residents or even contact with subjects. The 48 hour rule is already a tight window to complete an investigation for felony upgrades. This policy as drafted will victimize victims for a second time for one traumatic event. The warrant restrictions being so tight that offenders will not be charged in a timely fashion and then be released after seriously injuring or even killing someone. |

| | | |
|---|---|---|
| 6 | 3/4/2021 9:08 | II-A This is a redundant statement, sworn personnel should act accordingly at all times.\<br>II-B Deputy Chiefs are very busy individuals.  I think this job should be specifically designated to the on-duty Street Deputy  who historically are not very busy individuals.\<br>II-C-2  A Field Lt. from a "working/busy" District does not have the time to remain on the scene for the duration of the search warrant.  A W.O.L. from any District does not have the time to remain on the scene for the duration of the search warrant.\<br>IV-D-1-a  All search warrants are inherently dangerous.  More officers are killed or injured responding to Domestic Disturbances than on search warrants.  No-Knock Warrants should be the norm. |
| 7 | 3/4/2021 8:26 | Does a Lt have to be on the scene when a search warrant on a vehicle (real property) is in the auto pound?  Will that be the Lt assigned in fleet or general services or a Lt from the detective division? |
| 8 | 3/3/2021 22:56 | "A Lieutenant must be present on-scene and will be in overall command when serving a Search Warrant.  "  Adding a Note that if the Search warrants being executed on a vehicle or a structure not utilized as a residence (i.e. hospitals for medical records,  or businesses for cellphone providers, vehicles for probative evidence) can be executed with a Sgt in lieu of a Lt.   Essentially allowing a non tactical or non residential search warrant to be conducted solely through the use of a Sgt. |
| 9 | 3/4/2021 8:12 | 1. "All Search Warrants now require an independent investigation".  What does that mean?  To what extent is the independent investigation?  Who is responsible for doing it?  During the supervisory review what proof or documentation is needed to ensure it was conducted?\<br>2. "A Lieutenant must be present on-scene".  This should state a Lt from the unit of origination of the search warrant.  A WOL of a district cannot be expected to drop everything to execute a search warrant with an outside unit when they show up to do a search warrant.\<br>3. The "chain of command" approval.  As we know, search warrants can have a strong sense of timeliness to them.  Especially when it comes to search warrants for narcotics and weapons.  These type of warrants can also be dangerous and can be categorized as No-Knock warrants due to officer safety.  How will the approval process be streamlined in order to get all the way to a Deputy Chief/Chief approval?  Are they going to be available to sign at off-duty hours similar to getting a judge to sign a warrant while court is not in session?   Hopefully it will not sit in a mailbox waiting to be signed with the other mountains of paperwork on a Deputy Chief's or Chief's desk. |

| | | |
|---|---|---|
| | | Questions:\<br>Are the pre and post search warrant reporting procedures going to be the same for warrants served on cell phone carriers and financial institutions via email portals for electronic data and or financial records ? \<br>\<br>Do we need pre/post CPD search warrant reporting for warrants sent by email that are part of a federal investigation ?\<br>\<br>Do state search warrants being utilized by CPD Federal Task Force Officers still require a CPD Lieutenant or above approval when seeking electronic, financial or DNA(Buccal Swab) evidence regarding a Federal Investigation ?\<br>\<br>Do these pre-planning, preparation and reporting procedures, apply to CPD detectives and officers assigned to federal task forces who are utilizing State Warrants on sensitive Federal Investigations ?\<br>\<br>Do CPD unit search warrant files have to include federal agency investigative reports in which a State search warrant was utilized by CPD Federal Task Force Officers in the course of a federal investigation?\<br>\<br>Do state search warrants being used by CPD Federal Task Force Officers regarding Federal Investigations involving real property still need to be reviewed by a CPD Deputy Chief or above ?\<br>\<br>Do these CPD search warrant policies apply to CPD Federal Task Force Officers assigned to Federal Agencies and sworn as Federal Officers, who are conducting |
| 10 | 3/3/2021 19:33 | Federal Investigations or do the Task Force Officers abide by the policies of the |
| 11 | 3/3/2021 17:04 | AFTER R/FTO REVIEWED ABOVE POLICY, R/FTO CONCURS WITH A MAJORITY OF THE CHANGES PRESENT IN THE DRAFT POLICY. HOWEVER, IN THE SPIRIT OF CONSTRUCTIVE CRITICISM, R/FTO OBSERVES THE REQUIREMENT THAT ALL SEARCH WARRANTS REQUIRING AT THE MINIMUM DEPUTY CHIEF APPROVAL MAY BE FAR TOO RESTRICTIVE. R/FTO BELIEVES THAT INDIVIDUAL DISTRICT COMMANDERS SHOULD BE THE MINIMUM LEVEL OF APPROVAL WITH A DEPUTY CHIEF BEING THE REQUIREMENT FOR NO-KNOCK SEARCH WARRANTS. THE AFOREMENTIONED ENSURES THAT THERE IS TIMELY APPROVAL OF SEARCH WARRANTS, WHILE STILL ENSURING NO-KNOCK WARRANTS ARE FURTHER UP THE CHAIN OF COMMAND IN TERMS OF APPROVAL. THIS WOULD ALSO STILL ENSURE THAT AN EXEMPT MEMBER IS THE INITIAL POINT OF APPROVAL FOR ANY SEARCH WARRANT, WHILE LESSENING WORKLOAD ON A DEPUTY CHIEF. |

| | | |
|---|---|---|
| 1 | [NAME REDACTED BY OAG] | The Mayor‚Äôs and CPD‚Äôs proposed Special Order on search warrants will allow CPD to continue violent, racist home invasions. The proposed policy has too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>Mayor Lightfoot and Superintendent Brown refuse to require that CPD officers act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. As a result, CPD officers will continue to harm us with impunity.<br><br>CPD and city officials developed this policy with no input from the communities most affected by police violence and with no input from those who have survived high profile CPD home invasions. The Anjanette Young Ordinance was developed with significant community input and provides a complete remedy to CPD‚Äôs unlawful, violent and racist search warrant related  policies and practices.<br><br>If Mayor Lightfoot and Superintendent Brown truly want to stop this harm, they will listen to the demands of community members with lived experience‚Äîincluding XXXXX herself‚Äîand support the Anjanette Young Ordinance. |

| | | |
|---|---|---|
| 2 | [NAME REDACTED BY OAG] | I fear the proposed Special Order on search warrants does not go far enough to reform CPD practice and won‚Äôt prevent to violent, racially-biased home invasions. The proposed policy has too few checks on the search warrant process, fails to discourage excessive force, leaves women and children vulnerable to brutal, humiliating and traumatic assaults, and does not promote accountability or transparency to the public.<br><br>CPD officers should be required to act in the least intrusive and least harmful ways to the protect rights and safety of Chicago families. This is common sense and an approach that would save countless families from trauma, avoid the loss of millions in damages and start restoring some semblance of credibility to CPD.<br><br>ThIs policy would be vastly improved with input from the communities most affected by police violence and with learning from those who have survived high profile CPD home invasions.<br><br>I favor as an alternative the Anjanette Young Ordinance. It was developed with significant community input and provides a complete remedy to CPD‚Äôs unlawful, violent and counterproductive search warrant related policies and practices.<br><br>I am a white, male father of two. I am sick and tired of seeing CPD behave with impunity towards black and brown families and I‚Äôm sick and tired of mealy-mouthed excuses and half hearted attempts to ‚Äúreform‚Äù CPD. All Chicagoans deserve better, most especially the victims of police misconduct. |

| | | |
|---|---|---|
| 3 | [NAME REDACTED BY OAG] | The Mayor‚Äôs and CPD‚Äôs proposed Special Order on search warrants will allow CPD to continue violent, racist home invasions. The proposed policy has too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>Mayor Lightfoot and Superintendent Brown refuse to require that CPD officers act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. As a result, CPD officers will continue to harm us with impunity.<br><br>CPD and city officials developed this policy with no input from the communities most affected by police violence and with no input from those who have survived high profile CPD home invasions. The Anjanette Young Ordinance was developed with significant community input and provides a complete remedy to CPD‚Äôs unlawful, violent and racist search warrant related policies and practices.<br><br>If Mayor Lightfoot and Superintendent Brown truly want to stop this harm, they will listen to the demands of community members with lived experience‚Äîincluding XXXXX herself‚Äîand support the Anjanette Young Ordinance. |
| 4 | [NAME REDACTED BY OAG] | I fully support the statement of Black Alderwomen of the Chicago City Council Progressive Caucus and the community coalition working with XXXXX in support of the Anjanette Young Ordinance.  Real change must happen.  None of the officers who broke into her home treated her like a real person.  Why?  Two likely reasons-- the fact that she was Black and they were all white and how seldom CPD actually punishes officers for wrongdoing against Black persons in Chicago |

| | | |
|---|---|---|
| | | The Mayor‚Äôs and CPD‚Äôs proposed Special Order on search warrants would allow CPD to continue violent, racist home invasions. The proposed policy has too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Saying that police must be polite is simply not enough.<br><br>Mayor Lightfoot and Superintendent Brown refuse to require that CPD officers act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. As a result, CPD officers will continue to harm us with impunity.<br><br>It's a serious failure that CPD and city officials developed this policy with no input from the communities most affected by police violence and with no input from those who have survived high-profile CPD home invasions. On the other hand, the Anjanette Young Ordinance was developed with significant community input. It requires public reporting on all home raids; reporting and repair of property damage resulting from the raid; and supervisory review of all home raids. Additionally, it grants victims the right to body camera footage within 48 hours, and requires that police be stripped of their police powers and referred for discipline when they violate the ordinance. So the Anjanette Young Ordinance is the measure that will provide a complete remedy to CPD‚Äôs unlawful, violent and racist search warrant-related policies and practices. |
| 5 | [NAME REDACTED BY OAG] | If Mayor Lightfoot and Superintendent Brown truly want to stop the harm, they will listen to the demands of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand support the Anjanette Young Ordinance. |

| | | |
|---|---|---|
| 6 | [NAME REDACTED BY OAG] | The Mayor‚Äôs and CPD‚Äôs proposed Special Order on search warrants will allow CPD to continue violent, racist home invasions. The proposed policy has too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>Mayor Lightfoot and Superintendent Brown refuse to require that CPD officers act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. As a result, CPD officers will continue to harm us with impunity.<br><br>CPD and city officials developed this policy with no input from the communities most affected by police violence and with no input from those who have survived high profile CPD home invasions. The Anjanette Young Ordinance was developed with significant community input and provides a complete remedy to CPD‚Äôs unlawful, violent and racist search warrant related  policies and practices.<br><br>If Mayor Lightfoot and Superintendent Brown truly want to stop this harm, they will listen to the demands of community members with lived experience‚Äîincluding XXXXX herself‚Äîand support the Anjanette Young Ordinance. |
| 7 | [NAME REDACTED BY OAG] | Residents of Chicago deserve a stronger assurance that their human and civil rights will be protected. It is clear that police have been allowed to conduct what amounts to home invasions, with too few checks and balances. Citizens deserve the full protection of the law before these invasions are carried out, not just after costly lawsuits against the city and the police force ‚Äì which in most cases end up being paid for by the taxpayers, not the perpetrators. |
| 8 | [NAME REDACTED BY OAG] | CPD and city officials developed policy with no input from the communities most affected by police violence and with no input from those who have survived high profile CPD home invasions. The Anjanette Young Ordinance was developed with significant community input and provides a complete remedy to CPD‚Äôs unlawful, violent and racist search warrant related  policies and practices. Please listen to the demands of community members with lived experience and SUPPORT the Anjanette Young Ordinance. |
| 9 | [NAME REDACTED BY OAG] | The residents of Chicago deserve protection from violent home invasions like the one experienced by XXXXX. I hope the mayor, CPD, and city council view the footage of that event and put sufficient safeguards in place to ensure this never happens again. This proposed policy has too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. We can do better. |

| | | |
|---|---|---|
| 10 | **[NAME REDACTED BY OAG]** | This Special Order is neither strong enough nor comprehensive enough to stop the wrong raids being inflicted on Black people in Chicago. It doesn't protect innocent Black people or vulnerable women and children from being violated in their own homes. This is because once again, there was no public involvement in its creation, only this top-down attempt to get the public to agree to it after the fact. If an internal executive order single-handedly created by the Mayor and police superintendent was the fix, we wouldn't be in the position we are in now. The Ordinance that was drafted by the public and introduced by the five Black Alderwomen needs to be passed so that citizens have the strength of law and all attached accountability to stop wrong raids. |
| 11 | **[NAME REDACTED BY OAG]** | It is comical to believe CPD can investigate and reform themselves. Police do not keep us safe. Since moving to Chicago, every interaction I've had with an officer is awful. The foot soldiers CPD put on the streets do not know the first thing about integrity or dignity. They're disrespectful, mean, and violent with impunity. They laugh when asked to put on a mask and they legally get away with murder. They need to be put in check and lose funding; this is a step in the right direction. |
| 12 | **[NAME REDACTED BY OAG]** | "Reasonable suspicion" and subjective rules based on how officers claim to feel that day mean nothing and are built-in loopholes that allow officers on all levels to claim they were in danger without proof, either for lack of documentation, hiding, or destruction of evidence, as proved time and time again in national cases like with XXXXX, Breonna Taylor, Sandra Bland, and many many more. No-knock warrants should be ABOLISHED entirely, regardless of how much reformative training police offers are supposedly getting, if the system is built on the shoulders of people who support Trump conspiracy theories, supported the Jan. 6th insurrection, and structural violence against black and brown communities, all "moderate" police policy will be abusive and dangerous. These policies are not about protecting the people they're about protecting the CPD and the power of white supremacy, ABOLISH the police, ABOLISH no-knock warrants. |
| 13 | **[NAME REDACTED BY OAG]** | Hello, I am asking for CPD and Mayor Lightfoot‚Äôs support of the Anjanette Young ordinance to eliminate violent, traumatic, and unlawful home invasions in the Chicago area. Reform is the first step in dismantling racist systems in our country, including police departments, who are supposed to PROTECT and serve their community. |

| | | |
|---|---|---|
| | | The CPD,Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>Submit a comment to the Chicago Police Department before the deadline of Thursday 3/18.<br><br> WHY THE ORDINANCE IS NEEDED<br><br>Unlike the Anjanette Young Ordinance, CPD,Äôs proposed Special Order does not:<br><br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 14 | [NAME REDACTED BY OAG] | |
| 15 | [NAME REDACTED BY OAG] | CPD &amp; Mayor Lightfoot withheld tapes of the unlawful, racist, humiliating and traumatic invasion of XXXXX home. This is yet another example of why CPD cannot be trusted to invade homes without a search warrant! You must prevent this from happening again; support the Anjanette Young Ordinance! |
| 16 | [NAME REDACTED BY OAG] | CPD &amp; Lightfoot withheld tapes of the unlawful, racist, humiliating and traumatic invasion of XXXXXs home. We demand reform and we know we cannot trust them to police themselves!! Defund the police, fund the community. |
| 17 | [NAME REDACTED BY OAG] | CPD and Mayor Lightfoot withheld tapes of the unlawful, racist, humiliating and traumatic invasion of XXXXXs home. You must support the Anjanette Young Ordinance. The unlawful search warrant home invasions must stop. |

| | | |
|---|---|---|
| 18 | **[NAME REDACTED BY OAG]** | This proposed Special Order does not represent positive change or a commitment to serve and protect ALL families in Chicago. It fails to require sufficient checks on the search warrant process, fails to stop excessive force, fails to protect citizens - especially children - from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. The Anjanette Young Ordinance offers solutions to these failures. Additionally, the Ordinance was developed in partnership with people most impacted by CPD raids. If City officials are serious about alleviating harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXXîand pass the Anjanette Young Ordinance. While this is still an open question, CPD should immediately cease all home raids. |
| 19 | **[NAME REDACTED BY OAG]** | Well asking Police department and all powers to be to do the right thing to treat people the way you would want to be treated or should I say to treat black people the way you treat white people brown and every person of color . Talk is cheap audiences laws documents is a step in the right direction but the reality is we need a serious heart change reality check conscience repentance whatever you want to call it as long as it results in human beings being treated as human beings regardless of their differences we are more alike than not |
| 20 | **[NAME REDACTED BY OAG]** | Please pass the Anjanette Young Ordinance. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 21 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 22 | **[NAME REDACTED BY OAG]** | I support the Anjanette Young Ordinance. The CPD Special Order does not do enough. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 23 | **[NAME REDACTED BY OAG]** | I worked with XXXXX ten years ago in a social service organization. She is a phenomenal social worker and community spokesperson. She did not deserve the trauma and inhumanity she experienced at the hands of CPD. Indeed, no one does. She could have died because CPD did not follow protocol. Police reform now. |
| 24 | **[NAME REDACTED BY OAG]** | I am concerned that the CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families, or anyone's home. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 25 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 26 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 27 | **[NAME REDACTED BY OAG]** | The raid on XXXXXs home exposed a large injustice in how Chicago Police conduct home raids. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 28 | **[NAME REDACTED BY OAG]** | The new policy is far from enough. I do not support this, I ask you to institute the Anjanette Young Ordinance instead. |
| 29 | **[NAME REDACTED BY OAG]** | Chicago needs the Anjanette Young Ordinance passed |

| | | |
|---|---|---|
| 30 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order is an unacceptable solution to the problem of Black and Brown communities being terrorized by hundreds of wrongful, violent raids into the homes of Black and Brown families. Half of these raids fail to yield a single arrest and only result in traumatizing people in the very place they are meant to feel most safe. This is unacceptable and cannot be allowed to continue. The CPD proposed Special Order requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. It was not developed in partnership by the people victimized by the CPD failing to do basic due diligence, exercise caution where children may be present, and empathy for the human lives they‚Äôre impacting when conducting these raids. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 31 | [NAME REDACTED BY OAG] | This ordinance does not do enough!!<br><br>The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 32 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 33 | [NAME REDACTED BY OAG] | I am asking for the Anjanette Young Ordinance to replace the above. We the citizens of Chicago no longer want the police and mayor deciding what the community wants. The citizens want an end to violence and harm being done to other citizens. Harm and trauma are not what police should be doing. Harm and trauma are very hard to heal from espicially when done to children. The Anjanette Oridinace is in the best interest of Chicago. Could we try something that is in the best interests of Chicago. Something that supports the statement Black Lives Matter. We can't continue to harm the minority community and then ask the minority community to trust the police.<br>49th Ward |
| 34 | [NAME REDACTED BY OAG] | This does not go far enough. There is essentially no difference between knock and no-knock warrants. 20 seconds to answer your door is absurd.<br><br>Funds need to be allocated to pay for damages caused by these warrants, regardless of outcome.<br><br>Stop all drug related search warrants. |
| 35 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 36 | **[NAME REDACTED BY OAG]** | he CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 37 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 38 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 39 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 40 | [NAME REDACTED BY OAG] | Needs to end now |
| 41 | [NAME REDACTED BY OAG] | I am opposed to SO4-19 because it does not do enough to protect Chicagoans from the danger to their physical, psychological, and material well-being caused by no-knock police raids, which disproportionately affect Black and Brown families, placing their lives in danger, subjecting them to trauma, and depriving them of any sense of security in their own homes. The CPD‚Äôs proposed Special Order requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. In contrast, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with the people most impacted by CPD raids. I fully support the Anjanette Young Ordinance as the best way of preventing another person or family from suffering the terror and humiliating treatment that XXXXX endured. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. |
| 42 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 43 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äìincluding XXXXX herself,‚Äìand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 44 | **[NAME REDACTED BY OAG]** | It seems to me that the CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults and fails to require sufficient accountability and transparency to the public. On the other hand, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most affected by CPD raids. If City officials truly want to stop this harmful and unjustified behavior, they will listen to the voices of community members with lived experience,‚Äìincluding XXXXX herself,‚Äìand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. We have a long way to go in this city. We need to work at making this right. |
| 45 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äìincluding XXXXX herself,‚Äìand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 46 | **[NAME REDACTED BY OAG]** | I support the Anjanette Young Ordinance. |

| | | |
|---|---|---|
| 47 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 48 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXXherself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>The police force has a lost all trust in the people of Chicago. You have proven time and time again that you will not do the right thing. It is time for change. And I hope the Police are willing to work with the people to gain that trust or risk being left behind. |
| 49 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 50 | [NAME REDACTED BY OAG] | Please get rid of John Doe and no knock warrants. I do not support these. |

| | | |
|---|---|---|
| | | The changes to the search warrant policy to not go far enough to prevent wrongful raids on families, and it does not do enough to protect people who have to sit by while the police act with impunity for fear of their life and their future.<br><br>At the very least the follow provisions should be made:<br><br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br><br>4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br><br>5) Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br><br>6) Require SWAT officers to document when they point guns at people during a raid. |
| 51 | [NAME REDACTED BY OAG] | 7) Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances. |
| 52 | [NAME REDACTED BY OAG] | There is never a good reason for a raid. They are dangerous to all parties involved, and have no place in our society. They are carried out especially in a racist pattern and are clearly part of the institutional racial bias in policing. End all raids, period. |
| 53 | [NAME REDACTED BY OAG] | We must put an end to all home invasions. Mayor Lightfoot‚Äôs search warrant fixes will not suffice. |

| | | |
|---|---|---|
| 54 | [NAME REDACTED BY OAG] | The Mayor‚Äôs and CPD‚Äôs proposed Special Order on search warrants will allow CPD to continue violent, racist home invasions. The proposed policy has too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>Mayor Lightfoot and Superintendent Brown refuse to require that CPD officers act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. As a result, CPD officers will continue to harm us with impunity.<br><br>CPD and city officials developed this policy with no input from the communities most affected by police violence and with no input from those who have survived high profile CPD home invasions. The Anjanette Young Ordinance was developed with significant community input and provides a complete remedy to CPD‚Äôs unlawful, violent and racist search warrant related policies and practices.<br><br>If Mayor Lightfoot and Superintendent Brown truly want to stop this harm, they will listen to the demands of community members with lived experience‚Äîincluding XXXXX herself‚Äîand support the Anjanette Young Ordinance. |
| 55 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 56 | [NAME REDACTED BY OAG] | I was born at St. Bernard's Hospital, Englewood, and am a longtime resident of Rogers Park. As a community worker in Englewood, I would repeatedly hear stories from grandmothers, telling of CPD raids into homes and apartments, repeatedly for the wrong address. Such raids would include damage to property, leaving behind doors which could no longer lock, and startled children. It would be common to have firearms aimed at crying pre-schoolers. Doors can be fixed. Much harder is to "repair" children with extreme startle responses, hyper vigilance, and continuing nightmares. They learn that grown adults in authority cannot be trusted.<br><br>I fully support the Anjanette Young Ordinance. As a survivor of gun violence and sexual assault, my personal safety is tied to an effective and well-trained police department. it is also tied to establishing and maintaining community trust in said department. I hope it gets the robust support of the entire City Council, to better the lives of the residents, whom it represents as elected officials. I further hope that when this ordinance passes, the City Council holds the Chicago Police Department accountable for implementing these specific agreed-upon procedures into its practice, and that an enforcement mechanism is agreed upon. Thank you. |
| 57 | [NAME REDACTED BY OAG] | I‚Äôm not a fan of no knock warrants. Please don‚Äôt allow them. Please use the guidelines suggested by United Working Families. |
| 58 | [NAME REDACTED BY OAG] | These reforms are completely useless, and a slap in the face to XXXXX, XXXXX, and the hundreds of other victims of wrongful raids, raids at wrong addresses, and just the general brutality CPD uses when conducting home raids.<br><br>Knock and announce and no knock warrants are so similar, that they must be both fully banned. I would like to remind you thatXXXXX was *not* the victim of a no knock raid.<br><br>The reforms you have implemented would not have prevented the horrific incident that XXXXX went through. That should say it all, however, I don‚Äôt believe CPD, nor lightfoot, care. It‚Äôs imperative that you end home raids altogether, fire officers who point guns at children, and implement robust policy change like corroborating informant tips, verifying addresses, and have high ranking officers approve raids after a more lengthy approval process by a judge. Go forward with the Anjanette Young ordinance, your new reforms are ridiculous and shameful. |

| | | |
|---|---|---|
| 59 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experience- including XXXXX herself- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 60 | **[NAME REDACTED BY OAG]** | This policy does not go nearly far enough. We need to completely ban no-knock warrants, pointing guns at children, and warrants based on informants that have previously given false information. We need the Anjanette Young Ordinance and an end to racist policing. |
| 61 | **[NAME REDACTED BY OAG]** | I feel that the CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown Chicago families. It fails to stop excessive force, it fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they should listen to the voices of community members with lived experience,Äîincluding XXXXX and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 62 | **[NAME REDACTED BY OAG]** | This proposed search warrant policy violates the rights of the citizens of Chicago and puts those communities that are most likely to be confronted with police violence in danger. This should not be enacted. Instead the city should enact the Anjanette Young Ordinance, which strives to protect the lives of Black and Brown Chicago residents from police brutality. |
| 63 | **[NAME REDACTED BY OAG]** | Please do not give in to the demands of activist Alderman who continue to spread negative messages about law enforcement throughout their wards. My Alderman sent out a message that suggests CPD targets black and brown communities and also provided a sample narrative of what feed back should be comprised of when answering this form. I believe this is unfair to the process as it certainly does not allow for a fair and balanced response from citizens, but rather foists her opinions upon them and urges them to copy and paste her narrative into the form. I believe CPD is acting in good faith reviewing the warrant process, as they should, because the warrants are an important tool in an ever shrinking arsenal that aid in keeping all Chicagoans safe. |

| | | |
|---|---|---|
| 64 | **[NAME REDACTED BY OAG]** | This shouldn't be allowed, you risk lives, especially POC due to a racist police force. |
| 65 | **[NAME REDACTED BY OAG]** | It is clear that CPD is committed to continuing harm and violence, and will never allow itself to be held accountable.<br><br>The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 66 | **[NAME REDACTED BY OAG]** | This proposal does not put an end to the practice of wrongful, violent raids. No knock warrants have led to the death of Breonna Taylor. We must keep our Black and Brown Chicagoans safe from the risk of murder by police. Place a ban on no knock warrants. |
| 67 | **[NAME REDACTED BY OAG]** | We need public transparency concerning home raids and protection for children from officers that enter their homes. That such protections are not built into the guidelines is appalling. Please address the concerns of the public in ensuring that that all Chicago residents have all of their rights respected. |
| 68 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 69 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 70 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>Public Comment #IAmAnjanetteYoung V2 (1).png<br><br><br>Submit a comment to the Chicago Police Department before the deadline of Thursday 3/18.<br><br>BACKGROUND ON WHY THE ORDINANCE IS NEEDED<br><br>Unlike the Anjanette Young Ordinance, CPD‚Äôs proposed Special Order does not:<br><br>1) Ban no-knock warrants. |

| | | |
|---|---|---|
| 71 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 72 | **[NAME REDACTED BY OAG]** | I am against no knock warrants and interrogating children. Lightfoot and CPD are in the wrong and should be recognized as such. Cowardly and unlawful behavior. |
| 73 | **[NAME REDACTED BY OAG]** | We want justice for XXXXX and we demand you give her justice by adding these to your new guidelines:<br>-ban no knock warrants<br>-prohibit police from pointing guns at/handcuffing and interrogating children<br>-require public reporting of all search warrants<br>-prohibit officers from obtaining search warrants based on informants who have provided false information in the past<br><br>This is the least you can do to recognize your role in the unnecessary death of XXXXX, but also the pain and suffering you've put so many others through without care.<br><br>Warrants should also not be given for drug raids, and raids should not be performed unless necessary to save lives from immediate danger. Busting drugs is not one of those situations, and leads to the perpetual fear and death of civilians and officers alike. |

| | | |
|---|---|---|
| 74 | **[NAME REDACTED BY OAG]** | We want justice forXXXXX and we demand you give her justice by adding these to your new guidelines:<br>-ban no knock warrants<br>-prohibit police from pointing guns at/handcuffing and interrogating children<br>-require public reporting of all search warrants<br>-prohibit officers from obtaining search warrants based on informants who have provided false information in the past<br><br>This is the least you can do to recognize your role in the unnecessary death of XXXXX, but also the pain and suffering you've put so many others through without care.<br><br>Warrants should also not be given for drug raids, and raids should not be performed unless necessary to save lives from immediate danger. Busting drugs is not one of those situations, and leads to the perpetual fear and death of civilians and officers alike. |
| 75 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 76 | **[NAME REDACTED BY OAG]** | This special order does not go far enough. Too many folks have died due to police violence. Sweeping police reform is imperative to taking care of Chicago's people.<br><br>No knock warrants NEED to be banned.<br>Police should NOT be able to point guns at, interrogate, or handcuff children.<br>Since police are a public entity, reporting should also be public, including search warrants.<br>When informants have given false data, no future searches should occur based on their reports. |
| 77 | **[NAME REDACTED BY OAG]** | I am a resident of the city of Chicago and do not support this search warrant policy. Specifically, I do not support the use of no-knock warrants or officers being permitted to point weapons at children. |

| | | |
|---|---|---|
| 78 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 79 | **[NAME REDACTED BY OAG]** | Not enough. End home raids. |
| 80 | **[NAME REDACTED BY OAG]** | The special order proposed by CPD will not prevent violent raids from taking place in the homes of Black and Brown families in Chicago. So long as no-knock warrants remain legal, women, children, and anyone who happens to be in a home is at risk when police enter unexpectedly, whether because of the trauma of having their property and privacy violated or because of a misunderstanding and consequent violent encounter.<br><br>If officials in Chicago have any real interest in improving the lives of their constituents, they should pass the Anjanette Young Ordinance, which is supported by communities across Chicago. This would ban no-knock warrants, require a plan for protecting people in the house who are not targeted by the warrant, and ensure that footage of warrants that do not result in evidence is reviewed to ensure officer compliance. Given how many times officers have raised the wrong house in executing a warrant, hurt people who have had nothing to do with the warrant, and hidden evidence that should have been readily available to legal counsel or the public, the requirements of the Anjanette Young ordinance are justified. |

| | | |
|---|---|---|
| 81 | [NAME REDACTED BY OAG] | The special order proposed by CPD will not prevent violent raids from taking place in the homes of Black and Brown families in Chicago. So long as no-knock warrants remain legal, women, children, and anyone who happens to be in a home is at risk when police enter unexpectedly, whether because of the trauma of having their property and privacy violated or because of a misunderstanding and consequent violent encounter.<br><br>If officials in Chicago have any real interest in improving the lives of their constituents, they should pass the Anjanette Young Ordinance, which is supported by communities across Chicago. It bars no knock warrants, requires a plan for protecting people in the house not targeted by the warrant, and ensures that body camera footage is readily available for review to ensure officer compliance. Given the number of times police have entered the wrong house, and injured people or otherwise hurt them in executing a warrant, the requirements of the Anjanette Young ordinance are more than justified. They are the only way to protect the lives and dignity of Chicago residents. |
| 82 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order, though it does have a few internal changes regarding the chain of command,  will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>The Anjanette ordinance includes  provisions like:<br> CPD must ‚Äúuse tactics that are the least intrusive‚Äù and reduce physical and emotional harm to those inside the home, including children.<br>Officers must knock, announce themselves and give the resident(s) ‚Äúa reasonable amount of time,‚Äù or no less than 30 seconds, to respond before breaking the door.<br>With the exception of special circumstances, residential search warrants can only be conducted between 9 a.m. and 7 p.m<br>CPD track and publish additional information, including whether force was used, misconduct allegations and if children were present.<br> Supt. David Brown recently committed to tracking wrong raids like the one on Young in response to an ongoing Inspector General investigation. |

| | | |
|---|---|---|
| 83 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>This proposed Special Order DOES NOT prohibit pointing guns at children, DOES NOT require SWAT to document when they point guns at people during raids, DOES NOT require public reporting of data on ALL Search warrants (which should be a bare MINIMUM requirement), and DOES NOT prohibit midnight raids. Chicago's people deserve better. |
| 84 | [NAME REDACTED BY OAG] | On the anniversary of the loss of Breonna Taylor, I write to tell the city of Chicago to cease the want to disavow the public and cease the catering to CPD. Making sure that laws of search warrants put the safety of the people who live in the homes of Chicago that, for some reason, might be accidentally barged into and searched violently for cop‚Äôs violent pleasure. Make no knock warrants illegal. Follow the Anjanette Young Ordinance. |
| 85 | [NAME REDACTED BY OAG] | Per usual, Mayor Lightfoot has introduced a useless policy to pretend that she's doing something instead of supporting XXXXX's actually effective proposed ordinance that would limit police power in a way that actually serves our community. This does not go nearly far enough and progress only that Lightfoot is a law enforcement agent at heart and never meant to fulfill her promises of police reform. |
| 86 | [NAME REDACTED BY OAG] | I am not in support of this proposed special order because it will continue to allow CPD to commit wrongful, violet raids into the homes of Black &amp; Brown families. Its does not stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults and fails to require sufficient accountability &amp; transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experiences like XXXXX and pass the Anjanette Young ordinance. |

| | | |
|---|---|---|
| 87 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force and it fails to protect children from brutal and traumatic assaults and lacks accountability and transparency to the public.<br><br>City officials must listen to community members with lived experience like XXXXX herself and pass the Anjanette Young Ordinance. Until then a moratorium should be imposed on all home raids. |
| 88 | **[NAME REDACTED BY OAG]** | End home raids now. They are traumatic, racist, and fail to create trust between the public and CPD. |
| 89 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to folks (especially Black, LGBTQ+, and/or disabled) from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 90 | **[NAME REDACTED BY OAG]** | Unacceptable. You must ban no knock warrants and prohibit police from pointing guns or handcuffing children. |
| 91 | **[NAME REDACTED BY OAG]** | CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids on Black and Brown families. It fails to stop excessive force, fail to protect women and children from brutal, humiliating, and traumatic assaults. It also fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate memorandum on all home raids. |

| | | |
|---|---|---|
| 92 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 93 | [NAME REDACTED BY OAG] | Please |
| 94 | [NAME REDACTED BY OAG] | This policy does not go NEARLY far enough. CPD should establish a moratorium on home raids until the Anjanette Young ordinance is passed. |
| 95 | [NAME REDACTED BY OAG] | The CPDs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. it fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with live experience - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate mortarium on all home raids. |
| 96 | [NAME REDACTED BY OAG] | End home raids. They are inefficient and often lead to death of suspects or innocent parties. CPD is responsible for the traumatization of black people like XXXXX. There is little recourse to protect her and others who have been hurt in raids. I am writing for XXXXX, Aisha Davis, Breonna Taylor, and so many others who are subject to the ineffective, confusing, and dangerous nature of raids. Police are subject to increased danger as well by committing these practices. We must begin reform now. Give XXXXX her justice, although she will never be fully healed. It is the least we can do. |
| 97 | [NAME REDACTED BY OAG] | 1. I believe no knock warrants should be banned 2. I believe police should not point their guns, arrest, or interrogate children. 3. I believe there should be public notice of all search warrants 4. I believe warrants should not be given considering  sources previously proven false. |

| | | |
|---|---|---|
| 98 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. If city officials actually want to end police violence or take a step towards it, abolish CPD's practice of home raids. Nobody deserves to be treated the way CPD treated XXXXX. |
| 99 | **[NAME REDACTED BY OAG]** | Hello, my name is ███████ and I am a resident of Chicago. I would like to see an end to CPD home raids. Special Order S04-19 doesn‚Äôt:<br>1. Ban no-knock warrants<br>2. Prohibit police from pointing guns or handcuffing or interrogating children<br>3. Require public reporting of search warrants<br>4. Prohibit officers from obtaining search warrants based on informants who have provided false information in the past<br>These items need to be addressed in the mayor‚Äôs proposal. I could not be more concerned by this lack of guidelines. It is this lack of structure that has killed so many people including Breonna Taylor. Today, a full year after the day we learned of Breonna‚Äôs tragic death, I beg you to please make these changes for the safety of our city. Thank you for reading. |
| 100 | **[NAME REDACTED BY OAG]** | Based on the tragedies that have arisen from past uses of the no knock warrant, it should be banned, rather than regulated. The CPD's proposed Special order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. A better future requires radical action in the present, and this instance is one where such action can be taken for the betterment of the citizens of Chicago.<br><br>If city officials truly want to stop this harms, they will listen to the voices of community members with lived experience-- including XXXXX herself-- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all homes raids. |
| 101 | **[NAME REDACTED BY OAG]** | This does not ban no-knock warrants, prohibit police from drawing guns, or handcuffing and interrogating children. It also fails to require public reporting of search warrants. Additionally, it fails to prohibit obtainment of search warrants from unreliable informants or informants with a history of incorrect data. Please consider these adjustments to help ensure the safety of our citizens. |

| | | |
|---|---|---|
| 102 | **[NAME REDACTED BY OAG]** | The proposed Special Order does not protect women &amp; children from being victims of humiliating and traumatic assaults; it continues to allow CPD to commit violent raids on the homes of Black and Brown folks; and fails to require the requisite transparency and accountability to the public.<br><br>If city council members want to enact true change; they will listen to the lived experiences of folks like XXXXX, and pass the Anjanette Young Ordinance. Until then, CPD should pass a moratorium on all house raids. |
| 103 | **[NAME REDACTED BY OAG]** | I asked that my statement be heard.<br>The proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 104 | **[NAME REDACTED BY OAG]** | The CPD,Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 105 | **[NAME REDACTED BY OAG]** | This does not do enough to stop home raids and to protect women and children. We can do better. Pass the Anjanette Young Ordinance instead. |
| 106 | **[NAME REDACTED BY OAG]** | We need to end home raids now! We need to end No Knock Warrants. This is an embarrassment that we still have such archaic systems put in place. |

| | | |
|---|---|---|
| 107 | [NAME REDACTED BY OAG] | What happened to the Anjanette Young Ordinance?<br><br>The people demand the following in solidarity with BLM Chicago:<br>1. Ban on no know warrants<br>2. Prohibit officers pointing guns or handcuffing and interrogating children<br>3. Require public reporting of all search warrants<br>4. Prohibit officers from search warrants based on informants who have provided false information in the past<br><br>Listen to the voice of the people. |
| 108 | [NAME REDACTED BY OAG] | This policy will not stop the use of excessive force and will not protect vulnerable Chicagoans from traumatic assaults. City officials must pass the Anjanette Young ordinance, and in the meantime CPD should impose an immediate moratorium on home raids. CPD cannot expect to ‚Äúbuild trust in the communities you serve‚Äù by continuing the same humiliating and harmful raids that Chicagoans are decrying since the horrible situation with XXXXX. |
| 109 | [NAME REDACTED BY OAG] | While I recognize that home raids comprise a police tactic, they pose a distressing threat to the lives and health of residents and particularly children. No knock warrants have resulted in a large amount of misconduct cases and avoidable injury and death, and I believe that the harm that these situations cause is greater than any perceived benefit. As a resident of Chicago, I oppose this revision that lessens the restrictions on home raids. |
| 110 | [NAME REDACTED BY OAG] | Forget these tiny reforms that are only enforced by the police department that's shown to be lawless. They always wheel out stuff like this as soon as the PEOPLE are about to make ACTUAL change. This CPD special order DOESN'T EVEN PROHIBIT COPS FROM POINTING GUNS AT CHILDREN. They will continue to traumatize and terrorize Black and brown people across the city.<br><br>To really protect our neighbors and loved ones, we have to PASS THE ANJANETTE YOUNG ORDINANCE! Until that happens, CPD must immediately end ALL home raids --- if they don't do so, we know they will still harm children and elders and anyone they are let loose on ... it doesn't matter what new paperwork or fine print this special order puts in the way. |
| 111 | [NAME REDACTED BY OAG] | We need to ensure that police are using tactics that actually promote safety for everyone. We need a police accountability policy that ensures that officers will not point guns at or traumatize children. We need to ban no-knock warrants (see Breonna Taylor case). We must require public reporting of all warrants - community accountability keeps us all safer! Police should not base warrants based on informants that have given false information. |

| | | |
|---|---|---|
| **112** | **[NAME REDACTED BY OAG]** | These changes do not go far enough. It seems like the CPD is once again ignoring what the community has been saying. No knock warrants should be completely and explicitly ended!<br><br>The proposed changes do not make the search warrant process thorough enough, fail to stop excessive force from being used during a search, fail to protect women and children from brutal, humiliating and traumatic assaults, and fail to require sufficient accountability and transparency to the public. Instead of these changes, the CPD should model those that are proposed in the A. Young ordinance that was proposed in city-council.<br><br>I am a member of the near west side community, the same community where Ms. Young was subjected to terrible abuse and humiliation. We deserve real change and not symbolic gestures for political gain. |
| **113** | **[NAME REDACTED BY OAG]** | Impose a moratorium on all home raids now |
| **114** | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit violent, unnecessary, wrongful raids on the homes of Brown and Black families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public (like pretty much everything CPD does, let's be real.)<br><br>If city officials actually want to stop this harm, they will listen to the voices of community members with lived experience -including XXXXX herself- and pass the Anjanette Young Ordinance. Until then, the CPD should impose an immediate moratorium on all home raids. The police aren't an army, or special ops. Hairdressers need longer, more in-depth training to do their jobs than cops do. This has got to change.¬† |
| **115** | **[NAME REDACTED BY OAG]** | This order does not go nearly far enough. If we want to make meaningful change we need to pass the Anjanette Young Ordinance. Until then, all home raids should be put on hold. |
| **116** | **[NAME REDACTED BY OAG]** | stop home raids |
| **117** | **[NAME REDACTED BY OAG]** | The home raids are not only a violation of basic human rights, but have also systematically been used as loop holes for police to commit hate and prejudice-charged crimes without punishment. They must stop. |

| | | |
|---|---|---|
| 118 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 119 | **[NAME REDACTED BY OAG]** | CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 120 | [NAME REDACTED BY OAG] | I am and have been a Chicago resident for the last 10 years and in my time here I have seen many amazing and beautiful parts of the thriving communities here in the city. That being said, our police department has rarely been part of the beauty of said communities but has definitely been shown to uphold the corrupt ideology of Chicago's past. From the huge attempt to cover up the shooting of a 17 year old boy to the use of excessive force against mostly non-violent civilians during the summer protests in 2020, there has been very little change or accountability for officer behavior and misconduct. This is no different and clearly shows a lack of connection with the communities you are supposed to serve. There are a variety of things that should included in this order such as accident/damage reports, public data reporting, and a ban of no knock warrants. The most concerning to me however, is that there are not protections against violence against children. I have seen my fair share of how police officers treat certain groups of children as if they can and should be held accountable for the actions of the adults around them OR as if they themselves ARE adults. Children should not be handcuffed, children should NOT have guns pointed at them, children should not have to witness violence against their peers or the adults in their homes. I work in education and as a community worker, I have seen the damage the police who are supposed to protectors of the community have done regularly to our youth. It is unacceptable and there NEEDS to be more accountability so that you stop harming people with violent raids that are often in the wrong home. You are doing permanent damage to human beings on TOP of destroying their homes and it is just not okay. |
| 121 | [NAME REDACTED BY OAG] | Chicago needs to end these unlawful home raids immediately. |
| 122 | [NAME REDACTED BY OAG] | This proposal does not go far enough and undermines the Anjanette Young ordinance.Police raides should not be allowed. |
| 123 | [NAME REDACTED BY OAG] | CPD should pass an immediate moratorium on home raids. The Chicago Police Department has caused harm to so many black and brown folks, and has WRONGLY invaded the privacy and safety of these members of our community time and time again. Home raids must end immediately. |
| 124 | [NAME REDACTED BY OAG] | Don‚Äôt define a ‚Äòwrong raid;‚Äô stop raiding. The word itself is a violation and the practice infringes on the dignity of the people and home being violated. The 4th amendment was meant to protect us from this. Start there, not with some suspicion of crime. Start with the rights of humans. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | Hello,<br>Raids can and should be banned entirely. Chicagoans are SICK and TIRED of CPD's lack of accountability in breaking into Chicagoans' homes, traumatizing our children and families, and often getting the WRONG ADDRESS and not apologizing or being liable for costs to homeowners. When I saw the video of police in the home of XXXXX telling her "don't shout" after police waltzed in, handcuffed her naked IN HER OWN HOME, and didn't even have the decency to apologize (let alone be held legally accountable), my blood boiled. We are not even safe in our own homes if police can barge in and point guns at us. When I say "us," I'm aware that the majority of these raids happen in poor Black neighborhoods, and will never occur in Streeterville or the Magnificent Mile. The disproportionate number of Black children and families that have been traumatized by incorrect raids is reason enough to stop this madness.<br><br>From the police perspective, these raids are dangerous to your team as well. Who decided it was a good idea to run into a drug house where people may be armed, begging for a firefight? CPD shows no judgement, no restraint, and a desire to meet force with force, which can only end badly.<br><br>I am grateful to the police who help us track down murderers and killers and attempt to make our city a safer place. How does running into civilian homes with guns drawn in the middle of the night make our city safer or our people feel more secure?? End raids NOW. |
| 125 | | |
| 126 | [NAME REDACTED BY OAG] | Too many times home searches and no-knock raids have killed, injured, or traumatized innocent people. These must be stopped immediately. The Anjanette Young ordinance should be passed without delay. |
| 127 | [NAME REDACTED BY OAG] | This is a completely unacceptable response to the Anjanette Young Ordinance. This Special Order proves again that CPD does not care to listen to the people and communities they serve. This proves again that CPD is incapable of taking responsibility and accountability for past actions. Do better. Ban no knock warrants (and 30 second knock warrants) entirely. Prohibit the pointing of guns at, handcuffing, and interrogation of children. Require public reporting of all search warrants. Prohibit officers from obtaining search warrants  based on inf√≥rmate a who have provided false information in the past. Anything less than the implementation of the listed items is dereliction of duty at its finest. |

| | | |
|---|---|---|
| 128 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed special order will continue to allow the police to commit wrongful, violent raids in the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with loved experience,Äïincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, COD should impose an immediate moratorium on all home raids. |
| 129 | [NAME REDACTED BY OAG] | This policy undermines the Anjanette Young Ordinance and fails to protect children and other vulnerable people inside their homes. This policy does not go far enough to protect. It will continue to allow police to commit wrongful, violent raids in the homes of Black and Brown families.<br><br>It fails to stop excessive force, fails to protect women and children from brutal, humiliating, traumatic assaults, and fails to sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experience and pass the Anjanette Young Ordinance. Until then, the CPD should have a moratorium on home raids. |
| 130 | [NAME REDACTED BY OAG] | I just believe it is about human decency.  If you have justifiable cause, a warrant or verbal permission to search someone or their home, be compassionate.  I think it is a basic right to be treated with dignity.  There is so much division, racism and seperatism that, this is all too much. No need to reinvent the wheel! Just fix what is broken.  And, stop talking about it! |
| 131 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families.<br><br>Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 132 | [NAME REDACTED BY OAG] | Home raids and no-knock warrants should not be allowed under any circumstance, period. As a member of the community, I do not feel safe with these policies in place. They need to be outlawed. |

| | | |
|---|---|---|
| 133 | **[NAME REDACTED BY OAG]** | This special order still allows too much for CPD and its officers who have proven time and again that with discretion they will violently target the most vulnerable and under resourced areas. No real change will be achieved unless the order completely BANS no-knock warrants and the handcuffing, interrogation, and other abuses of CHILDREN. |
| 134 | **[NAME REDACTED BY OAG]** | Please adopt the Anjanette Young ordinance! At the very least, compromise and combine key points of the two proposed documents, to definitely include items #4, 5 and 6 of the A. Young ordinance. It only makes sense to take precautionary measures to make sure your intel is accurate and credible, before acting on it. Thank you for this opportunity to include my voice! |
| 135 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience -- including XXXXX -- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 136 | **[NAME REDACTED BY OAG]** | This proposal does not go far enough in protecting Chicagoans from the abuses of police power. On the one year anniversary of Breonna Taylor‚Äôs murder it‚Äôs sad and sickening to see the lack of care and commitment to protecting black and brown people that this current proposal puts forward. If we are serious about protecting black and brown communities, we need to ban no knock warrants, prohibit police from pointing guns at minors and interrogating children, require public reporting of all search warrants, and prohibit officers from being issues warrants on the basis of informants who have provided false information in the past. You all know what we need to do to stop perpetuating injustice. History and the voters are watching you. |
| 137 | **[NAME REDACTED BY OAG]** | The changes to the CPD search warrant policies do not go far enough, in the wake of their behavior regarding XXXXX. We need to see the Anjanette Young ordinance passed, so that we can guarantee that no-knock warrants are banned and police are prohibited from pointing guns at children, or cuffing and interrogating them. Additionally, all warrants should be publicly reported, and officers should not be allowed to request warrants based on informants who have previously given false information. |

| | | |
|---|---|---|
| 138 | **[NAME REDACTED BY OAG]** | The current standard of raids and warrant follow through has been proven to be dangerous and ineffective. I have watched children and elders be removed from their home, held crying in the middle of the street in their underwear, with only a metallic insulation covering because the police wanted to arrest one guy who sells drugs.<br><br>The amount of power police have to degrade and disempower members of our community is disgusting. There needs to be a huge, sweeping change. |
| 139 | **[NAME REDACTED BY OAG]** | No knock warrants need to be abolished in Chicago and across the US, history has shown that these result in wrongful violence and even wrong death. The CPD needs to be held accountable transparent if conducting any type of raid. The citizens of Chicago are urging you to reform CPD policies, please listen, it‚Äôs time for change. |
| 140 | **[NAME REDACTED BY OAG]** | Raids for drugs and guns are unnecessarily risky and dangerous to everyone involved. Raids should only be used in cases of get extreme threat of loss of life. Otherwise all Raids should be ended. It puts black and brown lives at risk and when they get it wrong they aren't given any respect or justice. Learn from your mistakes, this isn't working and it isn't humane |
| 141 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect children and other vulnerable persons from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 142 | **[NAME REDACTED BY OAG]** | The changes proposed here do not address many of the concerns from community that CPD is sworn to protect &amp; serve. It fails to ban ‚Äúno knock‚Äù warrants, which are dangerous to both civilians &amp; police. It does not prohibit officers from pointing guns at children or handcuffing them during raids. Such actions are traumatic &amp; erode any trust those children or their families/communities had in police. There is no mechanism for increased transparency around search warrants, such as requiring public reporting. It does not address how frequently police use informants who are known to give bad intel. information from such informants should not be used to justify search warrants.<br><br>Please pass the Anjanette Young Ordinance rather than use the policy presented here. Until CPD can enact the changes outlined in the Anjanette Young Ordinance, CPD must temporarily stop all home raids for the safety &amp; well being of both civilians &amp; police. |
| 143 | **[NAME REDACTED BY OAG]** | The special order simply does not do enough to protect vulnerable Chicago residents from harm at the hands of the police.it still allows the police to make violent and harmful raids into the homes of black and brown families and provides little accountability for police offices who commit harm to those residents. I support an immediate moratorium on home raids. |
| 144 | **[NAME REDACTED BY OAG]** | End police raids at homes. Please pass the Anjanette Young Ordinance. The Special Order is not enough. |
| 145 | **[NAME REDACTED BY OAG]** | This proposed Special Order will continue to allow police officers to commit wrongful, violent raids into the homes of Black and Brown families in Chicago.  It fails to protect women and children from brutal, humiliating, and traumatic assaults like that suffered byXXXXX, and does not require sufficient transparency or accountability for this harm to the public.<br><br>If city officials really want to stop the harm of wrongful violent raids, they must listen to Chicagoans with lived experience of this trauma, including XXXXX herself, and pass the Anjanette Young Ordinance.  Until this is passed, CPD must impose an immediate moratorium on all home raids. |
| 146 | **[NAME REDACTED BY OAG]** | Incomprehensible.<br><br>S04-19 needs to include an immediate moratorium on home raids, ban no knock warrants, require public reporting of all warrants, and prevent police from interrogating or pointing guns at children.<br><br>THIS AS IT STANDS IS NIT ENOUGH |

| | | |
|---|---|---|
| 147 | [NAME REDACTED BY OAG] | The proposed ordinance will continue to allow wrongful and violent raids on Black and Brown families in their homes. It fails to provide sufficient accountability and transparency. It fails to protect women and children. It does not do enough to end use of excessive force. If the purpose of passing an ordinance is to truly end harm to communities, the City should listen to community members who have expressed their needs in the form of the Anjanette Young Ordinance and pass that instead. Until that is passed, there should be a moratorium on all home raids. |
| 148 | [NAME REDACTED BY OAG] | I am strongly opposed to Special Order S04-19 because it does not make our communities safer. It will continue to allow police to conduct violent raids against black and brown communities. It continues to permit excessive force, to open women and children to brutal and humiliating and dehumanizing assaults, and to prevent true accountability and transparency to the public. I urge Chicago officials to listen to community calls to pass the Anjanette Young Ordinance. |
| 149 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and tragic assaults, and fails to require accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äî including XXXXX herself‚Äî and pass the Anjanette Young Ordinance. Until then CPD should impose an immediate moratorium on all home raids. |
| 150 | [NAME REDACTED BY OAG] | The Anjanette Young Ordinance is the legislation needed in Chicago to reform CPD raids from being so traumatic to the black and brown communities most affected by police violence. The CPD Special Order does not call for the changes most crucial to our neighbors and their safety. |
| 151 | [NAME REDACTED BY OAG] | The CPDs proposed special order will continue to allow the police to commit wrongful violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, They will listen to the voices of community members With lived experience - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 152 | **[NAME REDACTED BY OAG]** | The proposed draft does not protect citizens from the violence of the police. If this goes through without the additions of banning no knock warrants, prohibiting police from threatening and interrogating children, requiring public reporting of search warrants, and prohibiting officers from obtaining warrants based on information from an untrustworthy informant, it does nothing but continue to perpetuate police violence in our city. This fails to provide police accountability or transparency of their actions. If the point is to reduce harm and protect citizens, they will listen to the voices in our communities and pass the Anjanette Young Ordinance. Until that is done, CPD should end home raids. |
| 153 | **[NAME REDACTED BY OAG]** | This does not reflect the voices of community members who have lived experience, including XXXXX. If city officials want to stop this harm, they must pass the Anjanette Young Ordinance and center those with actual lived experience. Until then, CPD needs to impose an immediate moratorium on all home raids.<br><br>This order as it is will allow the police to continue to commit wrongful, violent, traumatizing raids into the houses of Black and Brown families. It does nothing to stop excessive force, to protect women and children from assaults, or to require sufficient accountability and transparency to the public.<br><br>This is an opportunity to listen to community voices and those with lived experience. Pass the Anjanette Young Ordinance. |
| 154 | **[NAME REDACTED BY OAG]** | The "no knock" policy is not acceptable in any case. It puts uninvolved family members, bystanders, and children at risk. "No knock" policy has the potential to cause significant emotional and physical trauma to those who witness the forceful behaviors to follow.<br>All warrants should be properly reported through proper channels to protect citizens as well. Justice, dignity, and transparency should be enforced first and foremost in the CPD.<br><br>Please consider passing the Anjenette Young Ordinance to ensure the protection and respect for all community members. |
| 155 | **[NAME REDACTED BY OAG]** | Please end home raids. The police department gets SO much money and they screw up home raids multiple times a year. the department ends up terrorizing completely innocent people fights tooth and nail to cover it up, not give the literal victims money for damages and emotionally disturbing them, which is appalling. Do better and defund police. |
| 156 | **[NAME REDACTED BY OAG]** | I do not support the S04-19 search warrant special order. It does not do enough to protect the vulnerable and the innocent.<br> I support Anjanette young ordinance. We need to do more to ensure we take care of our communities and not use violence as the only policing tool. |

| | | |
|---|---|---|
| 157 | [NAME REDACTED BY OAG] | The CPD should impose an immediate end to all home raids. This proposed special order will continue to allow police to commit violent and wrongful raids on the homes of Black and brown Chicagoans. This proposed special order fails to stop excessive force and fails to protect women and children, and fails to hold CPD accountable to the public who pays for their activities. City officials must immediately pass the Anjanette Young ordinance and LISTEN to their communities that are terrorized by the police department |
| 158 | [NAME REDACTED BY OAG] | CPD needs to put an immediate end to all home raids. They are harmful to the community and a waste of CPD resources. |
| 159 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order does not provide sufficient protections. It does not ban no-knock warrants, require officers to wait 30 seconds during knock and announce to allow residents to open the doors to their home, require CPD officers to execute home raids in a manner least intrusive and harmful to the rights and safety of Chicago families, and does not prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another, among other things. Above all, it fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. |
| 160 | [NAME REDACTED BY OAG] | We want the anjanette young ordinance |
| 161 | [NAME REDACTED BY OAG] | There has been a lack of trust and respect towards CPD for years. One reason is because of different situations in which the CPD has not shown respect towards Chicago citizens, namely the city's Black residents.<br><br>I believe that enacting the following will be one step closer to a more harmonious relationship between CPD and the Chicago community - a better city for all of us:<br>1. Banning no knock warrants<br>2. Prohibiting police from pointing guns or handcuffing and interrogating children<br>3. Require public reporting of all search warrants<br>4. Prohibiting officers from obtaining search warrants based on informants who've provided false information in the past |

| | | |
|---|---|---|
| 162 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 163 | **[NAME REDACTED BY OAG]** | End CPD raids! The special order proposed will allow  the police to commit wrongful, violent raids into the homes of black and brown families. It does not protect women, or children and it fails to stop excessive force.<br><br>If city officials actually care about the harm this causes and want to stop it, they will listen to the voices of community members like XXXXX. And pass the ANjanette young ordinance. Until them I ask for a moratorium on all police raids. |
| 164 | **[NAME REDACTED BY OAG]** | This special order does not go far enough to prevent violent raids and excessive force, nor does it require sufficient transparency and accountability to the public. Instead, city official should pass the Anjanette Young Ordinance. |
| 165 | **[NAME REDACTED BY OAG]** | CPD‚Äôs proposed Special Order will continue to allow CPD to commit wrongful and violent acts against Black and Brown families. It fails to stop excessive force, allows humiliating and traumatic assaults against Black and Brown people to continue and does not offer enough accountability and transparency to the people who they claim to ‚Äúprotect and serve‚Äù.<br><br>If city officials truly want to stop this harm from continuing they need to listen to the lived experience of the people in their city- including XXXXX. Pass the Anjanette Young Ordinance and fully impose an immediate moratorium on all home raids. Listen to and protect the Black and Brown communities in Chicago! |

| | | |
|---|---|---|
| 166 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 167 | [NAME REDACTED BY OAG] | This proposed special order will only continue to bring harm to the community, specifically black and brown families. It does not stop excessive force, it doesn‚Äôt hold the police accountable, and it doesn‚Äôt protect anyone. CPD should prohibit this order from going through. |
| 168 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop the excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>When I found out about the illegal raid of XXXXX, it was YEARS later.<br>It makes me sick. To make such a mistake and then hide it from the public for years. This isn't the only instance. We demand mandatory accountability and transparency from the police and the city of Chicago. We must protect Black and Brown people from the violence of police at all costs. Anyone who hides what the police do are just as guilty. The people are paying attention and future elections will show that. End the raids. |
| 169 | [NAME REDACTED BY OAG] | This is not enough. The public wants transparency in the police‚Äôs actions, which should not be a problem if you are acting responsibly. If you are not able to conduct raids without interrogating children or relying on false information, then you aren‚Äôt good enough at your jobs and are undeserving of the massive cut of our city‚Äôs budget you got. Providing full transparency with public records will lead to more community trust |

| | | |
|---|---|---|
| 170 | [NAME REDACTED BY OAG] | If city officials really want to stop the harm, they will listen to the community members and their lived experiences.<br><br>This proposed special order gives police the opportunity to continue to commit wrongful and violent raids against Black and Brown people. It does not protect against excessive force and it does not protect children from brutal and traumatic assault. It also fails to require accountability and transparency to the public.<br><br>Pass the Anjanette Young ordinance. Until then, CPD needs to pass a moratorium on all home raids. |
| 171 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>This proposed order does not meet or serve the needs of the communities who are most impacted by police brutality in the city of Chicago. CPD claims it's duty is to protect and serve the people in this city, but this order would put so many Black and Brown families and communities directly in harms way. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 172 | [NAME REDACTED BY OAG] | This is appalling. Ban no knock raids, ban officers from obtaining search warrants based on information from informants who have given false information in the past, ban officers from pointing guns at/handcuffing/interrogating children, and require public reporting or search warrants. |
| 173 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 174 | **[NAME REDACTED BY OAG]** | Prohibit home raids now, and ban no knock warrants!! |
| 175 | **[NAME REDACTED BY OAG]** | WHY IS THIS A THING. IT IS DOING MORE DAMAGE TO AN ALREADY HORRIBLE PROBLEM. STOP ENTERING INTO PEOPLES HOMES AND KILLING THEM FOR NO REASON. STOP KILLING BLACK PEOPLE. STOP KILLING BLACK PEOPLE. STOP KILLING BLACK PEOPLE. |
| 176 | **[NAME REDACTED BY OAG]** | The Chicago Police Department's proposed new Special Order does not do enough to address the harm that wrongful raids cause. Under the order, CPD will still be allowed to commit these violent raids into the home of Black and Brown families. The order fails to protect women and children from brutal, traumatic or humiliating assaults, and does not require sufficient accountability or transparency to the public.<br><br>If CPD or any other officials truly want to stop the harm of wrongful raids, they will listen to community members who have been harmed or traumatized by these raids, such as XXXXX, and pass the ordinance named for Ms. Young. Until such an ordinance is passed, CPD should impose a moratorium on home raids. |
| 177 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow police to commit violent, wrongful raids into the homes of Black and Brown Chicago families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience, including XXXXX herself, and pass the Anjanette Young Ordinance. Until the, the police should impose an immediate moratorium on home raids. |
| 178 | **[NAME REDACTED BY OAG]** | you all are a cult |

| | | |
|---|---|---|
| 179 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 180 | **[NAME REDACTED BY OAG]** | The CPD,Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 181 | **[NAME REDACTED BY OAG]** | This is necessary for the safety of Chicagoans |
| 182 | **[NAME REDACTED BY OAG]** | The CPD,Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>I keep getting pushed back to this screen and being told to resubmit or that the captcha isn,Äôt working (which implies resubmission is necessary) but then told my comment is a duplicate so I,Äôm not sure if it,Äôs gone through or not. I,Äôm adding this to the end to see if it will allow my comment through. |

| | | |
|---|---|---|
| 183 | **[NAME REDACTED BY OAG]** | This proposed Special Order will continue to allow the police to commit violent, wrongful raids into the homes of Black and Brown families. It fails to stop excessive force. It fails to protect women and children from brutal, humiliating, and traumatic assaults. It fails to require sufficient accountability and transparency to the public.<br><br>If city officials want to truly stop this harm, they will listen to the voices of community members with lived experience. This includes XXXXX herself. Pass the Anjanette Young Ordinance. Until then CPD should impose an IMMEDIATE moratorium on all home raids. Thank you. |
| 184 | **[NAME REDACTED BY OAG]** | CPD's proposed special order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials really want to stop this harm, they will listen to the voices of community members with lived experience- including XXXXX herself- and pass the Anjanette Yount Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 185 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order is not good enough. It will continue to allow the police to commit wrongful and violent raids into the homes of countless Black and Brown families. It fails to stop excessive force and fails to protect women and children from brutal and traumatic assaults. Furthermore, it fails to require sufficient accountability and transparency to the public.<br><br>If city officials TRULY want to stop this ongoing harm, they will listen to the voices of community members (like XXXXX herself) who have lived experience, and pass the Anjanette Young Ordinance.<br><br>Until then, CPD should impose an IMMEDIATE moratorium on all home raids |
| 186 | **[NAME REDACTED BY OAG]** | We need to ban no knock warrants! They are dangerous to both citizens and police. |

| | | |
|---|---|---|
| 187 | [NAME REDACTED BY OAG] | It's time to listen to the people. The Chicago Police Department‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids, which is how all policy should be created. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 188 | [NAME REDACTED BY OAG] | So basically the criminals can carjack, rob, steal, and assault people all day long, and then head home for a comfortable, refreshing, uninterrupted nights sleep. What a joke. |
| 189 | [NAME REDACTED BY OAG] | No knock warrants need to be BANNED! We hav unjustly lost innocent lives as result of no knock warrants.<br>Children and pregnant women should not be subject to deadly weapons being pointed at them, handcuffing, or forceful physical contact.<br>Children should not be subject to interrogation.<br>Search warrants should not be obtained as result of information provided by informants who have previously given false/untrue information.<br>Warrants should be fulfilled with racial diversity in mind. If it is a black community black officers should be present, if it is a latinx community latinx officers should be present. There should be a respectable ratio of women to men officers, meaning there shouldn't be 15 officers present and only 1 of them is female.<br>All funds that are paid to victims of wrongful, unfounded, and incorrect location warrant raids must come directly from police department budget, this doesn't mean allocate funding specifically to cover the cost. It means the police department should have an itemized list requesting a budget (which should be made public). The request should be publicly accessible and approved by the citizens, and if there are funds needing to be paid to victims it will come directly from the citizen pre-approved budget for the police department. |
| 190 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order is not sufficient. It will still allow the police to commit wrongful and harmful raids on Black and Brown families. It fails to stop excessive force. It fails to protect women and children from humiliating and traumatic home raids. It fails to require enough public transparency. City officials must listen to people who have experienced these harmful raids‚Äîpeople like XXXXXî‚Äîand pass the Anjanette Young Ordinance. The time for change is now. |

| | | |
|---|---|---|
| 191 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order is not sufficient. It will still allow the police to commit wrongful and harmful raids on Black and Brown families. It fails to stop excessive force. It fails to protect women and children from humiliating and traumatic home raids. It fails to require enough public transparency. City officials must listen to people who have experienced these harmful raids‚Äîpeople like XXXXXîand pass the Anjanette Young Ordinance. The time for change is now. |
| 192 | **[NAME REDACTED BY OAG]** | Comments on this proposed revision:<br>- I strongly oppose the use of any no-knock warrants which endanger the lives of family, particularly women and children, and create dangerous situations for all people involved<br>- I strongly oppose the lack of reference to children (regardless of officers perception, I believe there must be clear rules against pointing guns at, handcuffing, or interrogating children)<br>- I strongly oppose the lack of guidelines about search warrants based on information from informants who have previously provided false information<br><br>I support the Anjette Young Ordinance and think this search warrant policy falls far short of what is needed to protect innocent people and even entirely bystander non-suspects in the course of police investigations. |
| 193 | **[NAME REDACTED BY OAG]** | The following should be included as part of any policy relating to warrants:<br><br>1. A ban on no known warrants;<br>2. The prohibition of policy pointing guns or handcuffing and interrogating children;<br>3. A requirement that all search warrants by searchable by the public to ensure accountability and compliance with this policy; and<br>4. The prohibition of officers obtaining search warrants based on informants who have provided false information on at least one occasion. |

| | | |
|---|---|---|
| 194 | [NAME REDACTED BY OAG] | The Chicago Police Department‚Äôs proposed Special Order falls short of effectively counteracting the problems faced by citizens of Chicago as a result of raids. These raids disproportionately affect Brown and Black homes; introduce unnecessary exposure to violence; place women and children in harm‚Äôs way; and drops the ball in the matters of accountability.

The Anjanette Young Ordinance does more to provide appropriate transparency, reduce aggressive altercations, and keep citizens of Chicago out of threatening, unwarranted aggression. The CPD should pursue the passage of The Anjanette Young Ordinance instead of this Special Order, and the CPD should also place a moratorium on home raids as a whole until The Anjanette Young Ordinance is passed officially.

Thank you for your time, and thank you for your service to our communities. |
| 195 | [NAME REDACTED BY OAG] | This doesn't do enough to stop CPD from committing wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. The Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. Until that ordinance is passed, CPD should impose an immediate moratorium on all home raids. In my opinion, CPD has not shown itself to be acting in good faith with respect to, well, nearly everything. We need the Anjanette Young Ordinance because expecting CPD to police itself will not result in the changes that are needed. |
| 196 | [NAME REDACTED BY OAG] | The Chicago Police Department‚Äôs proposed Special Order falls short of effectively counteracting the problems faced by citizens of Chicago as a result of raids. These raids disproportionately affect Brown and Black homes; introduce unnecessary exposure to violence; place women and children in harm‚Äôs way; and drops the ball in the matters of accountability.

The Anjanette Young Ordinance does more to provide appropriate transparency, reduce aggressive altercations, and keep citizens of Chicago out of threatening, unwarranted aggression. The CPD should pursue the passage of The Anjanette Young Ordinance instead of this Special Order, and the CPD should also place a moratorium on home raids as a whole until The Anjanette Young Ordinance is passed officially.

Thank you for your time, and thank you for your service to our communities. |

| | | |
|---|---|---|
| 197 | **[NAME REDACTED BY OAG]** | We must ban all ‚Äúno knock‚Äù warrants. We must require that no police officer, employed by the city and therefore by the people, point their weapons at children. All warrants must be reported in a public database. Finally, should a warrant be obtained, it cannot be so at the word of an informant who has ever showed signs of being dishonest in the past. |
| 198 | **[NAME REDACTED BY OAG]** | Passing the Anjanette Young Ordinance would benefit the people more than this, as it would better help to hold our police accountable. |
| 199 | **[NAME REDACTED BY OAG]** | I demand an immediate end to these dangerous and abusive home raids. Instead policymakers should support and implement the Anjanette Young Ordinance. |
| 200 | **[NAME REDACTED BY OAG]** | The CPD's proposed special order will continue to allow the police to commit wrongful, violent raids in the homes of black and brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience including XXXXX herself and pass the Anjanette young ordinance. Until then CPD should impose an immediate moratorium on all home raids |
| 201 | **[NAME REDACTED BY OAG]** | Pass the Anjanette Young Ordinance and listen to community voices, especially from the most affected Black and Brown communities. The CPD's proposed Special Order does not protect children from interrogation, does not completely ban no-knock warrants, and does not require public reporting of ALL search warrants. Until an order is passed protecting citizens of Chicago from these violent and traumatic intrusions, CPD must impose an immediate moratorium on all home raids. |
| 202 | **[NAME REDACTED BY OAG]** | These revisions do not go far enough to address issues with current warrant policies.<br><br>The revisions should include:<br>1. Ban no knock warrants<br>2. Prohibit engagement with children, explicitly prohibiting aiming guns and handcuffing children.<br>3.  Prohibit search warrants based on information provided by an informant who previously provided false or misleading information.<br>4. Include public reporting of all search warrants |
| 203 | **[NAME REDACTED BY OAG]** | This bill does not affect meaningful changes that would keep people from being harmed by police raids. This is an optical band-aid instead of an actual working solution. Listen to the people you‚Äôre supposed to protect and serve- they know what to do about this, and have already created the Anjanette Young Ordinance to address the harm they face. Pass that instead of this policy change. |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
|---|---|---|
| 204 | **[NAME REDACTED BY OAG]** | |
| 205 | **[NAME REDACTED BY OAG]** | Please listen to the voices of the community and end no raids! It‚Äôs time for a culture of care not a culture of harm in Chicago. |
| 206 | **[NAME REDACTED BY OAG]** | This proposed special order does not do anything to protect Black lives. No knock warrants are not banned and they need to be. This also does not prohibit police members from pointing guns or handcuffing and interrogating CHILDREN, which should be a no brainer because as Adults we need to protect children.  It instead continues to allow violent raids which is a gateway for excessive force, assault and even death by police officers who are not trained to not use force and have implicit bias against People of Color.  To decrease events such as what happened to XXXXX, pass the Anjanette Young Ordinance. Until that is passed CPD should impose an immediate moratorium  on all home raids as they have proved to be unsafe. |

| | | |
|---|---|---|
| 207 | [NAME REDACTED BY OAG] | This proposal/special order is adding changes to the way CPD operates and is integral to saving lives and ending prolonged trauma and victimization of women of color in Chicago that have long been ignored. I support this Special Order in full. |
| 208 | [NAME REDACTED BY OAG] | CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience, including XXXXX herself, and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 209 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 210 | [NAME REDACTED BY OAG] | Pass the Anjanette Young Ordinance. Until then, impose a moratorium on all home raids. |
| 211 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed special order will continue to allow the police to commit wrongful, violent raids into the homes families. It fails to stop excessive force. It fails to protect women and children from brutal, humiliating, and traumatic assaults. And it fails to require sufficient accountability and transparency to the public.<br><br>Please pass the Anjanette Young Ordinance. |

| | | |
|---|---|---|
| 212 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the home of Black and Brown families. It fails to stop excessive force, fails to protect women, children and others from brutal, humiliating and traumatic assaults and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then CPD should impose an immediate moratorium on all home raids. |
| 213 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatice assaults. It fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience-including XXXXX herself-and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 214 | **[NAME REDACTED BY OAG]** | WAPB will be asking for a moratorium and a ban on all raids<br><br>Anything less is a sell out<br><br>Truly, why does anyone think that if my home is peaceful you need to break down my door and arrest a family member while traumatizing everyone in the house and the neighborhood<br><br>Not only is it historically an act of racist terrorism the ‚Äúwar on drugs‚Äù needs to end, ESPECIALLY since we KNOW most people being arrested, therefore ‚Äúraided‚Äù are users and addicts<br><br>Raids are the definition of terrorism and the reason our people don't feel safe in their homes or streets<br><br>Police need to get out of Black and Brown folks lives snd give us a rest from racist policies, practices and procedures |

| | | |
|---|---|---|
| **215** | **[NAME REDACTED BY OAG]** | WAPB will be asking for a moratorium and a ban on all raids<br><br>Anything less is a sell out<br><br>Truly, why does anyone think that if my home is peaceful you need to break down my door and arrest a family member while traumatizing everyone in the house and the neighborhood<br><br>Not only is it historically an act of racist terrorism the ‚Äúwar on drugs‚Äù needs to end, ESPECIALLY since we KNOW most people being arrested, therefore ‚Äúraided‚Äù are users and addicts<br><br>Raids are the definition of terrorism and the reason our people don't feel safe kn their homes or streets<br><br>Police need to get out of Black and Brown folks lives snd give us a rest from racist policies, practices and procedures |
| **216** | **[NAME REDACTED BY OAG]** | This proposed Special Order will continue to allow the police to commit wrongful, violent raids. It fails to stop excessive force; fails to protect women and children from brutal, humiliating and traumatic assaults; and fails to require sufficient accountability and transparency to the public.<br><br>Please listen to the voices of community members who have lived experiences of CPD home raids--including XXXXX herself--and pass the Anjanette Young Ordinance.<br><br>Until the Anjanette Young Ordinance is passed, the CPD should impose an immediate moratorium on all home raids. |
| **217** | **[NAME REDACTED BY OAG]** | House raids must end, specifically drug house raids. There are too many mistakes and fatalities. We would have a safer and healthier city without raids. |
| **218** | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids in the the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 219 | **[NAME REDACTED BY OAG]** | Home raids are unconstitutional and should not be employed as a matter of practice. They are used predominantly against Black and Brown folx, who are already over-policed. |
| 220 | **[NAME REDACTED BY OAG]** | This new search warrant policy does not go far enough to protect vulnerable Chicagoans from excessive force during raids and provides insufficient transparency and accountability. We must ban no-knock warrants, and require the public reporting of all search warrants. Please pass the Anjanette Young Ordinance. Chicago must be a leader in policing by ending violent raids that put innocent black and brown lives at risk. |
| 221 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 222 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Seeing this on the one-year anniversary of Breonna Taylor's murder is a travesty.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experience -- including XXXXX herself -- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 223 | **[NAME REDACTED BY OAG]** | The Special Order, while a start, does not go far enough to address the issue. Please support the iniative proposed by XXXXX and other alderpersons. Let's get this right!!! |
| 224 | **[NAME REDACTED BY OAG]** | If the city of Chicago wants people to trust CPD and build a safer community, then listen to people like XXXXX and pass the Anjanette Young Ordinance. While we're at it, CPD should be heavily defunded and that money should be put into the communities that have been historically pushed aside for the sake of gentrification. |

| | | |
|---|---|---|
| | | I believe these changes do not go far enough to prevent the harm that has been done due to no-knock warrants from happening again, and urge you to:<br><br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br><br>4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br><br>5) Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br><br>6) Require SWAT officers to document when they point guns at people during a raid.<br><br>7) Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances. |
| 225 | [NAME REDACTED BY OAG] | 8) Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable. |
| 226 | [NAME REDACTED BY OAG] | I urge CPD to end home raids. No one should be subject to what XXXXX went through - it is incredibly unjust and there needs to be accountability. |
| 227 | [NAME REDACTED BY OAG] | Hello! I'm writing because I believe this proposed Special order will not change anything, and the Chicago Police Department will continue to commit wrongful, violent raids, specifically into the homes of Black and Brown families across Chicago. The Special Order fails to  stop excessive force, and will not protect people form brutal, humiliating and traumatic assaults. There is still no accountability and no transparency to the general public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experiences -- including XXXXX herself -- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 228 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 229 | **[NAME REDACTED BY OAG]** | End all no nock warrants, and knock and announce.  Citizens have the right to feel safe in their own homes if they have not been proven guilty of a crime.<br><br>Also no more police in CPS |
| 230 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 231 | **[NAME REDACTED BY OAG]** | My home me was unjustly raised because XXXXX lived on my block.  Nothing was found during the search of my home.  My eight year old son was stripped search during the raid.  We eventually, I filed a lawsuit and won.  Horrible experience fir me and my family. |

| | | |
|---|---|---|
| 232 | [NAME REDACTED BY OAG] | I am submitting this public comment in memory and honor of Breonna Taylor, who was murdered one year ago as a result of a no knock raid. The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 233 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 234 | [NAME REDACTED BY OAG] | Warrants are necessary. People hide and secure stuff at home. Search warrants HELP deter crime and do more harm then good. |
| 235 | [NAME REDACTED BY OAG] | The language of this proposal is not enough to keep Black and Brown communities safe from the violence and harassments from CPD. In this revised draft there is no solution to this problem other than more surveillance from other officers who are still the source of violence and harm. This proposal is not even a band-aid to repair the harm that the police have historically done.<br>The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women (and other marginalized genders) and children from brutal, humiliating and traumatizing assaults, and fails to require sufficient accountability and transparency to the public.<br>If city officials truly want to stop this harm, they must listen to the voices of community members with lived experience - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| **236** | **[NAME REDACTED BY OAG]** | Lori Lightfoot and cpd are trying to undermine the Anjanette Young Ordinance with a proposal that doesn't reflect the ideals of the Chicago public. Their proposal doesn't even ban no-knock warrants. Nor does it, prohibit police from point guns or handcuffing and interrogating CHILDREN. Why would a cop or our mayor even want to have that freedom? The proposal also conveniently lacks the requiring of public reporting of all search warrants. We know why the pigs want to keep that out of the proposal. The last proposal they did not want to include was a rule that would prohibit cops from using informants that have lied in the past. This is another rule that doesn't make sense as to why it was taken out. From a pig's perspective you would think they would want to have a database full of unreliables so they don't put innocent people in jail. But I, like many people this summer, learned that pigs don't care about being a public servant, they just want to pretend they are heroes in the most laziest ways possible.<br><br>Time and time again cops escalate mental health issues firstly going after Chicago youth right off the bat. Stealing our school childrens' lunch money, money that could go towards mental health counseling or nurses or OUR TEACHERS!!!! (Chicago Public Schools is required to reimburse the Chicago Police Department $33 million for school resource officer services provided between September 1, 2019 and August 31, 2020). With the weapons they bought using our taxes(1.7 billion) these pigs then terrorize as many people they come in contact with to create chaos in our city, creating lawsuits/court cases, that are settled with again OUR TAXES. (Based on the City of Chicago‚Äôs 2017 Annual Financial Analysis, the City used bonds to finance $719.8 million (56.6%) of a total of $1.3 billion in legal settlements and judgments between 2007 and 2016) WE ARE SICK OF IT!!! DEFUND AND REGULATE THESE FASCISTS PIGS!!!!!!!!!! |
| **237** | **[NAME REDACTED BY OAG]** | This doesn‚Äôt explicitly end no-knock raids, which is unacceptable. This needs to be included in the bill. |
| **238** | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the police to allow to police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with loved experience- including XXXXX herself- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| **239** | **[NAME REDACTED BY OAG]** | The CPD's proposed special order will continue to allow the police to commit wrongful, violent raids in the homes of black and brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience including XXXXX herself and pass the Anjanette young ordinance. Until then CPD should impose an immediate moratorium on all home raids. |
| **240** | **[NAME REDACTED BY OAG]** | PASS THE ANJANETTE YOUNG ORDINANCE. The very first people you should listen to is THE PEOPLE. You do not fully understand the weight of your decisions without FIRST talking to who is going to be affected. Instead of making decisions based on your own biases and assumptions, listen to what the people have been saying, even begging for, for months and years. Make the humane call. There have been far, far too many unjustified deaths because of error-filled decisions by cops who are a little too trigger happy. Have some empathy, try to gain back your humanity, and pass the Anjanette Young Ordinance. It‚Äôs the LEAST you can do. |
| **241** | **[NAME REDACTED BY OAG]** | This should also: 1. ban no-knock warrants 2. prohibit police from pointing guns at children, handcuffing and interrogating children 3. require public recording of all search warrants 4. prohibit police from obtaining search warrants based on informants providing false info in the past. |
| **242** | **[NAME REDACTED BY OAG]** | CPD should immediately terminate raids and the city should pass the Anjanette Young ordinance. If the city actually wants to end this brutality and harm to Chicagoans, then it should actually listen to the victims like Anjanette Young! |
| **243** | **[NAME REDACTED BY OAG]** | This proposed Special Order does NOT go far enough to protect the Black and Brown folks in our city and interrupt these systems of trauma and harm we‚Äôve created. We need an immediate moratorium on all home raids until the Anjanette Young Ordinance is passed. No knock warrants must be banned. Guns should never be pointed at children, and children should never be handcuffed or interrogated. If we are ever going to stop this broken system we put in place, we need to do better than this Special Order. The public expects better. |
| **244** | **[NAME REDACTED BY OAG]** | CPD needs to place a moratorium on home raids and the city needs to pass the Anjanette Young ordinance. If the city wants to actually address and end the brutality inflicted by this policy, then it should listen to the victims of it, like XXXXX. |
| **245** | **[NAME REDACTED BY OAG]** | I do NOT support this proposed Special Order. We need an immediate moratorium on home raids until the Anjanette Young Ordinance is passed. No knock raids must be banned. Children should not be handcuffed, interrogated, or have guns pointed at them. Black and Brown folks in this city deserve justice and this includes interrupting this racist, violent system we‚Äôve created. CPD and Mayor Lightfoot must do better than this special order. |

| | | |
|---|---|---|
| 246 | [NAME REDACTED BY OAG] | The CPDs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to sop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience - including XXXXX herself - and pass the Anjanette young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 247 | [NAME REDACTED BY OAG] | I believe CPD needs to end home raids. Apprehending suspects when they are home increases the risk of traumatizing, injuring or killing innocent family members and friends who the police aren‚Äôt aware are on the premises. It endangers and traumatizes neighbors. It creates an environment in frequently raided communities in which fear and violence is normalized. |
| 248 | [NAME REDACTED BY OAG] | Dear CPD, As a social worker I am concerned that the proposed Special Order does not go far enough. It will continue to allow the Police to commit wrongful, violent raids, particularly into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would legislate all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. Thank you for your consideration, |

| | | |
|---|---|---|
| 249 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 250 | [NAME REDACTED BY OAG] | This ordinance does not go far enough to protect the people of this city from the violence of CPD. Quit thinking only you know best and listen to the PEOPLE and their representatives. Nothing short of the Anjanette Young Ordinance is adequate. |
| 251 | [NAME REDACTED BY OAG] | What XXXXX had to endure at the hands of CPD is a complete disgrace, should have never happened and should absolutely never happen again. The new search warrant guidelines must include the following: 1. Ban no knock warrants 2. Prohibit police from pointing guns at children and handcuffing and interrogating children 3. Require public reporting of all search warrants 4. Prohibit officers from obtaining search warrants based on informants who have provided false information in the past |
| 252 | [NAME REDACTED BY OAG] | STOP POLICE RAIDS___ POLICE RAIDS ARE TERRORISM____AND WE NEED PUBLIC HEARINGS ON THESE DEHUMANIZING TERRORIST ACTS NOW___ STOP TRAUMATIZING CHILDREN_ FAMILIES_COMMUNTIES NOW!!!!! The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 253 | **[NAME REDACTED BY OAG]** | These new guidelines are a complete and total disgrace. No knock warrants need to be banned, officers need to be prohibited from pointing guns or handcuffing and interrogating children, you need to require public reporting of all search warrants, and officers need to be prohibited from obtaining search warrants based on informants who‚Äôve provided false information in the past. This doesn‚Äôt do even near enough to prevent excessive force or protect our citizens from traumatizing assaults by our police. |
| 254 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed special order will allow the police to commit wrongful and violent raids into the homes of Black and Brown families. It fails to stop excessive force. It fails to protect women and children from traumatic assaults. It fails to require the police to be transparent and accountable to the public.<br><br>If the city wants to truly commit to stopping harm, they will listen to the members of the community with lived experience, including XXXXX, and pass the Anjanette Young Ordinance. Until then, CPD should impose a moratorium on all home raids. |
| 255 | **[NAME REDACTED BY OAG]** | This proposed Special Order will continue to allow the police to commit wrongful, violent raids. It fails to stop excessive force, fails to protect women and children from brutal and humiliating assaults, and it fails to hold police accountable to the public for their wrongdoings. Home raids perpetuate terror in our communities. If city officials truly wanted to stop this kind of harm in our communities, they will listen to those who have experienced this type of unwarranted violence - people like XXXXX - and pass the Anjanette Young Ordinance. Until then, CPD needs to immediately halt all home raids. |
| 256 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 257 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 258 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 259 | **[NAME REDACTED BY OAG]** | I would like to see all search warrants issued for suspected drug possession and resulting raids banned. Raids should be used only as a last resort when someone's life is in immediate threat of danger. Please end police raids. |

| | | |
|---|---|---|
| 260 | **[NAME REDACTED BY OAG]** | This Special Order does not ban no knock warrants, prohibit police from pointing guns at children, require public reporting of search warrants, or prohibit officers from obtaining search warrants from unreliable informants. It is not sufficient and will not stop the harassment and cruel mistreatment of women and children, particularly Black and Brown women and children, by CPD, which clearly has a department-wide problem with such inhumane behavior. The CPD should impose an immediate moratorium on all home raids until the Anjanette Young Ordinance -- which will prevent abuses by CPD -- is passed. |
| 261 | **[NAME REDACTED BY OAG]** | Pass the Anjanette Young ordinance now! End home raids now! |
| 262 | **[NAME REDACTED BY OAG]** | S04-19 is an inadequate response from CPD and Mayor Lightfoot to the issue of search warrants.Mayor.  I support the Anjanette Young Ordinance. |
| 263 | **[NAME REDACTED BY OAG]** | END HOME RAIDS. THANK YOU. |
| 264 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will still allow police to commit wrongful and violent raids on Black and Brown homes. It doesn't require enough checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require real accountability and transparency to the public.  As an organization, the CPD has repeatedly demonstrated they cannot be trusted to reform themselves, and any proposal originating from that agency is not to be trusted.<br>Unlike the CPD's Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials actually want to stop this harm, they will listen to community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 265 | **[NAME REDACTED BY OAG]** | This special order will continue to allow police to commit wrongful violent raids on black and brown people's homes. It fails to protect the people and there isn't enough transparency. Please listen to the community, the people in our city who have lived experience. |

| | | |
|---|---|---|
| 266 | **[NAME REDACTED BY OAG]** | I believe this should come through legislation and not a directive, which is another attempt by CPD to police themselves, which they‚Äôve shown themselves unable to do. I support the Anjanette Young Ordinance, which offers more protection of vulnerable people and constitutional rights. It also totally bans no knock raids, which I support. This directive doesn‚Äôt. Chicago needs to follow Louisville KY‚Äôs council‚Äôs ban of no knock raids after the death of Breonna Taylor.<br><br>Thank you<br><br>[NAME REDACTED BY OAG]<br>Ward 46 |
| 267 | **[NAME REDACTED BY OAG]** | Home raids lead to a lifetime of trauma. These raids happen without transparency or accountability. I recommend listening to the community that lived with these experiences and passing the Anjanette Young ordinance. Until then, please place a moratorium on home raids. |
| 268 | **[NAME REDACTED BY OAG]** | Ban home raids. This country is sliding headlong into a fascist police state and you have absolutely no business doing half the things you do to "protect" people. |
| 269 | **[NAME REDACTED BY OAG]** | I do not believe this policy provides transparency or prevents excessive force.<br><br>1. It does not ban no knock warrants.<br>2. It does not prohibit officers from threatening or handcuffing children.<br>3. It does not require public reporting of all search warrants.<br>4. It does not prohibit officers from acting on possibly false information.<br><br>I hope CPD will listen to the voices of the community and those who have lived through the trauma of a police raid. A policy that allows police to break into a home, threaten children with guns, and act on information that may be false is NOT a good policy. I ask that you pass the Anjanette Young Ordinance and until that time, put a moratorium on all police raids. |

| | | Unlike the Anjanette Young Ordinance, CPD's proposed Special Order does not:

1) Ban no-knock warrants.

2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.

5) Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.

6) Require SWAT officers to document when they point guns at people during a raid.

7) Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances.

8) Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable.

| 270 | [NAME REDACTED BY OAG] | |
| 271 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 272 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 273 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 274 | **[NAME REDACTED BY OAG]** | The Chicago police department‚Äôs special order of home raids will allow the police to continue their wrongful, ugly and violent raids on the homes of black and brown people. The special order fails to protect women and children from terrifying and humiliating assaults and fails to require accountability or transparency with the public, the very people they are paid to protect.<br><br>If city officials really do want to stop these violent practices they will listen to folks out here in the community with direct experience, including XXXXX herself. You must pass the Anjanette Young ordinance and until then, CPD should be on a moratorium for any and all police raids. |
| 275 | **[NAME REDACTED BY OAG]** | Raids are violations of privacy and safety, particularly when they are for the wrong person, something CPD has a history of. How would you react to a home invader or a loud, unexpected  knock on your door? It‚Äôs terrifying, and people have a right to exist peacefully, especially in their homes, whether rented or owned. End home raids and end the over-policing in Chicago. |

| | | |
|---|---|---|
| 276 | [NAME REDACTED BY OAG] | Raids are violations of privacy and safety, particularly when they are for the wrong person, something CPD has a history of. How would you react to a home invader or a loud, unexpected knock on your door? It‚Äôs terrifying, and people have a right to exist peacefully, especially in their homes, whether rented or owned. End home raids and end the over-policing in Chicago. |
| 277 | [NAME REDACTED BY OAG] | I find it absolutely egregious that‚Äî unlike the Anjanette Young Ordinance‚Äî SO4-19 does not: 1. Ban no-knock warrants. 2. Prohibit police from pointing guns or handcuffing and interrogating children. 3. Require public recording of all search warrants. 4. Prohibit officers from obtaining search warrants based on informants who‚Äôve provided false information in the past.<br><br>The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äî including XXXXX herself‚Äî and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>Not passing the Anjanette Young Ordinance is yet another proof of Mayor Lightfoot, Supt. Brown, and the CPD‚Äôs cowardice and refusal in admonish the destruction they‚Äôve wrought within Black and Brown communities. |
| 278 | [NAME REDACTED BY OAG] | Please pass the Anjanette Young Ordinance.<br><br>The Chicago Police Department‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process; fails to stop excessive force; fails to protect women and children from brutal, humiliating, and traumatic assaults; and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members, including XXXXX herself.<br><br>Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 279 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed special order will continue to put members of black and brown communities in danger. It also fails to stop excessive force and violence and fails to protect women and children. There is also a lack of accountability and transparency to the public. If city officials want to protect its citizens and stop this harm they will listen to its community members and their voices including voices like XXXXX and pass the Anjanette Young ordinance. Then the CPD should impose an immediate moratorium on all home raids. |
| 280 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 281 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 282 | **[NAME REDACTED BY OAG]** | This special order should:<br>-ban no knock warrants<br>-prohibit police from pointing guns at, handcuffing or interrogating young children<br>-require public reporting of all search warrants<br>-prohibit officers from obtaining search warrants based on informants who have provided false information in the past<br><br>Without this stipulations, CPD can continue to to commit wrongful, unjust and violent raids on Chicago's Black and brown families. |

| | | |
|---|---|---|
| 283 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. CPS should pose an immediate moratorium on all home raids. |
| 284 | [NAME REDACTED BY OAG] | This is a harmful policy that will do nothing to protect victims and will inevitably be driven by prejudice.  It violates people's rights and autonomy.  This is the wrong direction to go for a solution for violence and will only produce more violence.  Please look to communities to learn their true desires and what kind of help they need instead of imposing harsh policies.  We need to turn away from carceral punishment which is short sighted and causes further damage, and invest in community services such as mental health and rehab, schools, and financial support for families. |
| 285 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 286 | [NAME REDACTED BY OAG] | I oppose the CPD Search Warrant Policy. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 287 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 288 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 289 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
|---|---|---|
| 290 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 291 | | |
| 292 | [NAME REDACTED BY OAG] | While I appreciate an effort for reform of raids in the police department, I fear that these current raids do not go far enough in preventing more violence against Black and Brown Chicagoans including Black and Brown children. It is my belief that at the very least we need to end no-knock raids if not police raids altogether. I am asking that you please listen to those most impacted by police raids, Chicago's Black and Brown communities, and pass the Anjanette Young Ordinance as opposed to the current reforms. I also ask that you follow the recommendation of several local Chicago organizations, calling on a temporary moratorium on all police raids until this ordinance is passed. If this does not happen, Chicagoans, especially Black and Brown Chicagoans, will continue to suffer the violence of botched police raids. Thank you for your time. |
| 293 | [NAME REDACTED BY OAG] | END HOME RAIDS PERMANENTLY, they‚Äôre embarrassingly ineffective and resources ( meaning $$$) need to be reallocated into mental health crisis intervention programs OUTSIDE CPD |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families. |
|---|---|---|
| | | CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability. |
| | | This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences. |
| | | Special Order S04-09 must include the following reforms: |
| | | Ban no-knock warrants. |
| | | Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home. |
| | | Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 294 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 295 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| **296** | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experiences -- including XXXXX herself -- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| **297** | **[NAME REDACTED BY OAG]** | CPD have not proven themselves to be accountable individually or collectively. Their disgraceful track record demands oversight and reform, if not outright abolition.  This policy is the bare minimum required; the CPD make me ashamed to call myself a Chicagoan |
| **298** | **[NAME REDACTED BY OAG]** | I am disappointed with the proposed revisions.<br><br>The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from |

| | | |
|---|---|---|
| 299 | [NAME REDACTED BY OAG] | Stop home raids. |
| 300 | [NAME REDACTED BY OAG] | Hello - Thank you for taking comments and reviewing this with the public. We must:<br>- Ban no-knock warrants<br>- Protect children from trauma and harm and not allow guns to be pointed at children!<br>- Prohibit midnight raids of family homes by limiting raids to 9am-7pm<br>- Require a minimum of 60 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>- Prohibit officers from pointing guns at persons unless the person presents an imminent risk of death or serious bodily injury to another. |
| 301 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids on the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br>If city officials truly want to stop this harm, they should listen to the voices of community members with lived experience-including XXXXX herself-and pass the Anjanette Young ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 302 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 303 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 304 | **[NAME REDACTED BY OAG]** | This special order will continue to allow the police to commit wrongful, violent raids on Black and brown families. We don't want to just stop excessive force, but all force. The people want the pigs ABOLISHED.<br><br>Until that happens, a moratorium should be imposed on ALL home raids. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 305 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 306 | [NAME REDACTED BY OAG] | This is not acceptable. Police can not police themselves. No knock warrants should be completely eliminated. CPD is disgusting and does more harm than good. CPD should be disbanded and it‚Äôs funding should be reinvested in the communities it has terrorized for years. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 307 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 308 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 don't do enough to address the practices that lead to home raids that harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process that engages with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

Special Order S04-09 must include the following reforms:

 Ban no-knock warrants.

Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children. |
| 309 | [NAME REDACTED BY OAG] | Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another. |

| | | |
|---|---|---|
| | | if CPD wants to begin to regain the community's trust, Special Order 04-03 must include the following reforms:<br><br>Ban no-knock warrants.<br><br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br><br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br><br>Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br><br>Require SWAT officers to document when they point guns at people during a raid.<br><br>Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances. |
| 310 | [NAME REDACTED BY OAG] | Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable. |
| 311 | [NAME REDACTED BY OAG] | There should be no raids. This is absolutely wrong and shouldn‚Äôt even be considered. No knock warrants are dangerous and need to be BANNED. Police should also never point guns at children, nor handcuff and interrogate them. All search warrants should be reported publicly. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br>1. Ban no-knock warrants.<br>2. Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>3. Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>4. Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children. |
| 312 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| 313 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 314 | **[NAME REDACTED BY OAG]** | Ask the citizens what they want. Vote on CPAC. The City Coucil needs to vote on the Anjanette Young ordincance. The police have failed too many times to continue to write the rules. What will it take to let the community decide. How many more millions is the city ready to pay out for the police violence to the community. |
| 315 | **[NAME REDACTED BY OAG]** | End home raids now.<br>Ban no-knock warrants<br>Prohibit police from pointing guns or handcuffing and interrogating children<br>Require public reporting of all search warrants<br>Prohibit officers from obtaining search warrants based on informants who have provided false information in the past |
| 316 | **[NAME REDACTED BY OAG]** | Raids in general are highly INEFFECTIVE and DANGEROUS for all parties involved. We call for the elimination of raids as a violent police tactic to keep our community safe from power hungry, gun crazed, racist police officers with ill intent. |

| | | |
|---|---|---|
| 317 | [NAME REDACTED BY OAG] | The CPD's proposed special order is simply a continuation of the allowance for police to commit wrongful, violent raids into peoples homes, particularly those of black and brown families. It does not end excessive force, does not protect women and children from violence and assault, and fails to require sufficient accountability and transparency to the public. If city official truly want to prevent harm, they will listen to voices in the community with lived experience--including XXXXX--and pass the Anjanette Young Ordinance. Until then, CPD should immediately place a moratorium on all home raids. |
| 318 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experience - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 319 | [NAME REDACTED BY OAG] | Support the Anjanette Young Ordinance and end home raids! The police have demonstrated time and time again that they cannot be trusted to serve these warrants without the a significant risk to human life. |
| 320 | [NAME REDACTED BY OAG] | I oppose the proposed order.<br>The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 321 | [NAME REDACTED BY OAG] | End home raids now. Also, the people have already told the mayor that we want CPAC. Enact CPAC and end home raids. |

| | | |
|---|---|---|
| 322 | **[NAME REDACTED BY OAG]** | If we learned anything from the tragic murder of Breonna Taylor, it is that No Knock Warrants are dangerous and often end in tragedy. The Anjanette Young Ordinance is a much better solution then what is currently being proposed. If Mayor Lightfoot wants to be even considered for reelection, she must reconsider the Anjanette Young Ordinance and pass it as the new guidelines. The people of Chicago deserve better! |
| 323 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äìincluding XXXXX herself,‚Äìand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 324 | **[NAME REDACTED BY OAG]** | The CPD's proposed special order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 325 | [NAME REDACTED BY OAG] | This proposal does not go nearly enough to fix the situation that the CPD got themselves in with theXXXXX raid, and it certainly does not remove culpability on behalf of the department and the Mayor in particular for what happened to XXXXX. Nor does it go far enough to protect anyone else and ensure it won't happen again.<br><br>This new order continues to allow the police to commit wrongful, violent raids (even on women, naked, alone, and tired in their own homes), especially over-policed Black and Brown families. It will not stop the routine use of excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public‚Äîthe very citizens of Chicago that you are trying to convince that you are doing enough to stop your violent predilections.<br><br>If you really want to stop the harm that you regularly cause, you will listen to your communities and pass the Anjanette Young Ordinance. This watered-down version will not be effective and only serves as a propaganda tool to convince your over-policed population that you are not actually over-policing them. But it will not work. Until the Young Ordinance is passed, you must impose an immediate moratorium on all home raids. You cannot dig yourself out of the hole you find yourselves in by digging deeper. We see you and will not tolerate it. |
| 326 | [NAME REDACTED BY OAG] | XXXXX's experience has been that of FAR too many Chicagoans so far. And CPD is the only one to blame.<br>The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.  There is no reason to be invading peoples' homes and privacy, ESPECIALLY during a pandemic, and threatening their safety. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 327 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 328 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order does not go far enough. It will continue to allow the police to commit wrongful, violent raids into the homes of Chicago families. It fails to stop excessive force, fails to protects women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm to their people, they will listen to the voices of community members with lived experience (including XXXXX herself) and pass the Anjanette Young Ordinance. Until then, CPD should put a moratorium on all home raids. |
| 329 | [NAME REDACTED BY OAG] | End home raids and take accountability for what you‚Äôve done |
| 330 | [NAME REDACTED BY OAG] | End home raids and be accountable for all the damage you‚Äôve done |

| | | |
|---|---|---|
| 331 | **[NAME REDACTED BY OAG]** | PASS THE ANJANETTE YOUNG ORDINANCE. STOP HURTING AND TRAUMATIZING BLACK AND BROWN FAMILIES.<br><br>The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this farm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 332 | **[NAME REDACTED BY OAG]** | Stop the raids! This proposal will only cause more violence, fails to protect families, and can be very traumatic for individuals.<br><br>Listen to the community and end this order. |
| 333 | **[NAME REDACTED BY OAG]** | I support Anjanette Young ordinance. Stop being so violent to the people in your city they also deserve respect. |

| | | |
|---|---|---|
| | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 334 | | |
| 335 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experiences - including XXXXX herself - and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 336 | **[NAME REDACTED BY OAG]** | Listen to the communities affected. We need the Anjanette Young Ordinance. It is past time to do right by Black and Brown Chicagoans. |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-09 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.  All of Chicago PD's policies should be evidence-based, but this Special Order does not meet that mark.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are |
|---|---|---|
| 337 | [NAME REDACTED BY OAG] | |
| 338 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äìincluding XXXXX herself,Äìand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.

Please listen to the overwhelming voices of your city and put an end to this immense harm. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 339 | | |
| 340 | [NAME REDACTED BY OAG] | Address no knock warrants! |
| 341 | [NAME REDACTED BY OAG] | Doesn't go far enough, all raids must end, they are proven to be ineffective and don't work. |

| | | |
|---|---|---|
| | | I support the Anjanette Young Ordinance, I understand that this will make the job of police officers more difficult, but the policies (if enacted) below seem reasonable and would help with the issue. Best Regards and God Bless, Pete<br><br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br><br>4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br><br>5) Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br><br>6) Require SWAT officers to document when they point guns at people during a raid.<br><br>7) Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances. |
| 342 | [NAME REDACTED BY OAG] | 8) Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, |
| 343 | [NAME REDACTED BY OAG] | As both XXXXX and a citizen of Chicago, I am deeply concerned that this revised policy does not do nearly enough to prevent horrible breaches of privacy and person like the XXXXX case. The members of this community, including myself, support the Anjanette Young Ordinance recently introduced in city council. I am especially concerned that this policy does not include the banning of no-knock warrants, prohibition of pointing guns, cuffing, or interrogating children, or the requirement that all search warrants be publicly reported. These are not big asks, they are simple requests to ensure the safety of all people in Chicago, especially innocent bystanders to botched searches. XXXXX, so I assure you that I have empathy for both officers and the people they serve. But changes need to be made. |

| | | |
|---|---|---|
| 344 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order continues to allow CPD to commit wrongful, violent raids into the homes of Black and Brown families. This order fails to stop excessive force, it fails to protect  women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of the community members with lived experience-- including XXXXX herself--and pass the Anjanette Young Ordinance instead. Until then, CPD must impose an immediate moratorium on all home raids.<br><br>Thank you. |
| 345 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 346 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience, including Anjanette Young herself, and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>Thank you for listening, and I hope you will take action to end police violence in the City of Chicago. |

| | | |
|---|---|---|
| 347 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 348 | [NAME REDACTED BY OAG] | This doe shot go nearly far enough. Special Order 50-1-05 must include the following reforms:<br><br>Ban no-knock warrants.<br><br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br><br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br>Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br><br>Require SWAT officers to document when they point guns at people during a raid. Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances.<br><br>Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable.<br><br>Require public reporting of data on search warrants, including the causes of each |
| 349 | [NAME REDACTED BY OAG] | Abolish home raids. Kkkops can obviously not get it right and treat people with an ounce of dignity and respect. ACAB. |

| | | |
|---|---|---|
| 350 | **[NAME REDACTED BY OAG]** | Please support and ratify the Anjanette Young ordinance. |
| 351 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 352 | **[NAME REDACTED BY OAG]** | Proper procedures need to be taken place. A phone call to the owner or renter. He put her at risk which was a shame but I been in situations amd it‚Äôs not always comforting when I‚Äôm front of the police. Taser could be used. More play by play practice. God bless America. And my<br>Police family ⬚ü•∞⬚üíô⬚üôè |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 353 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 354 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 355 | [NAME REDACTED BY OAG] | End no-knock raids because they disproportionately target black and brown people. No one, including law enforcement should barge into someone‚Äôs house ‚Äî it‚Äôs a violation of privacy. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 356 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
|---|---|---|
| 357 | [NAME REDACTED BY OAG] | |
| 358 | [NAME REDACTED BY OAG] | As a citizen of Chicago, I demand:
- Ban no knock warrants
- Prohibit police from pointing guns or handcuffing/interrogating children
- Require public reporting of all search warrants
- Prohibit officers from obtaining search warrants based on informants who've provided false information in the past

Learn from Breonna Taylor! |

| | | |
|---|---|---|
| | | CPD makes our communities less safe by raiding homes in the middle of the night, without warrants or warning, with guns out. These raids are dangerous and at odds with basic principles of human dignity. If CPD values the people it claims to serve, these practices will not be allowed.

The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home. |
| 359 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 360 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 361 | [NAME REDACTED BY OAG] | This search warrant policy is insufficient to end the harm CPD causes by terrorizing families during raids. The mayor and city council must pass the Anjanette Young Ordinance. |

| | | |
|---|---|---|
| 362 | [NAME REDACTED BY OAG] | Serving a search warrant is very dangerous for the officers because they really don‚Äôt know what‚Äôs on the other side of the door!<br>However, common sense is a must!<br>There should be a knock first but waiting 10 seconds is long enough before entering.<br>Officers don‚Äôt have to destroy everything in the house, officers should treat the search as if they were serving a warrant on their personnel home.<br>When it‚Äôs an ‚ÄúAll Clear‚Äù make sure that their intelligence is correct! This should be checked before, right before the knock and after a ‚ÄúAll Clear‚Äù!<br>Children or elderly safety should be<br>considered first before and during the process of serving the warrant!<br>( it would be nice to have a case manager on the scene for those situations)<br>Officers must be assertive but not mad, smart asses and have a little empathy for people. It‚Äôs not personal, it‚Äôs a job their doing for the betterment of the public.<br><br>It‚Äôs the mindset of policing that has and must change! Policing Paradigm Change for Chicago! |
| 363 | [NAME REDACTED BY OAG] | I think it‚Äôs ridiculous that you make unilateral decisions like this, thinking that you‚Äôre the victims here in all this. You don‚Äôt need ‚Äúmore‚Äù to do a better job. If you‚Äôre going to do this, knowing full well that the survey we filled out reduced the budget to ~ 6%-10% (city-wide) and still kept it at 30% ... then it‚Äôs clearly not a relationship with the community that you‚Äôre seeking. Why even ask for feedback? |

| | | |
|---|---|---|
| 364 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 365 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 366 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 367 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 368 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 369 | | |
| 370 | [NAME REDACTED BY OAG] | PASS THE ANJANETTE YOUNG ORDINANCE. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 371 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.

Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

[NAME REDACTED BY OAG] Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

372

| | | |
|---|---|---|
| | **[NAME REDACTED BY OAG]** | Hello! I appreciate CPD's efforts to improve the safety of home warrants for Chicago residents. However, I believe that the proposed special order falls short of the revisions needed.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br>Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br>Require SWAT officers to document when they point guns at people during a raid.<br>Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances.<br>Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable.<br>Require public reporting of data on search warrants, including the causes of each negative raid, to give the community access and the means to hold CPD accountable. |
| 373 | | Prohibit officers from obtaining warrants based upon information from informants |
| 374 | **[NAME REDACTED BY OAG]** | Hello! I,Äôm a concerned citizen, and here,Äôs what I need from the CPD:<br>1. Ban no knock warrants<br>2. Prohibit police from pointing guns at or handcuffing and interrogating children<br>3. Require public reports of all search warrants<br>4. Prohibit officers from receiving search warrants based on reports from informants who have provided false information in the past |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.

Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home. |
|---|---|---|
| 375 | [NAME REDACTED BY OAG] | Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 376 | [NAME REDACTED BY OAG] | I am supporting this measure. |
| 377 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 378 | [NAME REDACTED BY OAG] | I just want to state this known fact, There Is No More Officer Friendly. It is so sad to say that, But to know that. We must give the babies (school-age children of any size something to look up to in the face of these unpresident TIMES. |
| 379 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 380 | [NAME REDACTED BY OAG] | I do not believe that these new guidelines go far enough. This is an attempt to undermine the Anjanette Young Ordinance and will not successfully curb the abuses the CPD is currently allowed to commit. |
| 381 | [NAME REDACTED BY OAG] | This is unacceptable. After the murder of Breonna Taylor and a national history of raids ending in unnecessary violence for both innocent citizens and the police, it's just unacceptable to allow raids to keep happening. Especially when based on unfounded tips, etc. End raids now |

| | | |
|---|---|---|
| 382 | [NAME REDACTED BY OAG] | Hello. My name is Rachel Galан, XXXXX. The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 383 | [NAME REDACTED BY OAG] | I support the Anjanette Young Ordinance and I vote. Cpd needs restrictions, and real oversight. |
| 384 | [NAME REDACTED BY OAG] | Support the Anjanette Young Ordinance! |

| | | |
|---|---|---|
| 385 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 386 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 387 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-09 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 388 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 389 | **[NAME REDACTED BY OAG]** | The Anjanette Young Ordinance is a more comprehensive ordinance than this revised one for warrants. The Anjanette Young Ordinance should be passed instead. |

| | | |
|---|---|---|
| | | This revision is a good start, but far from approval. Most prominently, it does not ban no-knock warrants in general. Given the nature of cases like Breonna Taylor's, a ban on no-knock warrants should be a no brainer, yet the revision would be continuing to uphold no-knock warrants. No-knock warrants, historically, have exemplified an unnecessary use of force, loss of life, and lack of accountability on the police officers, especially when the victims are Black and Brown people.<br><br>Lack of accountability for police officers is also missing from this draft. No where in the definition of a "wrong raid" does it mention holding police officers accountable for actions and behaviors deemed excessive in force (verbal, emotional, physical). A wrong raid is more than just false/incorrect information. Police officers must be held accountable for any actions and behaviors that result in excessive force (verbal, emotional, physical) even if the police officer feared for their own life. Use of such force is just as much of a wrong raid as is going off of false/incorrect information.<br><br>This revised draft should not be approved, and further revision and discussion must be held. Personally, I recommend adopting the Anjanette Young Ordinance, which outlines protections, not just for adults that may be present at the property, but also children and people with disabilities (which is also lacking in the current draft). Furthermore, I advise listening and learning from Black and other people of color voices, especially leaders of civil rights movements/organizations and those who have conducted research and literature, on these issues for guidance, expertise, and recommendations. This will for sure ensure protection for all people, but especially Black people who disproportionately experience such trauma the most. |
| 390 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| 391 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 392 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance.<br><br>Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 393 | [NAME REDACTED BY OAG] | CPD should impose an immediate moratorium on all home raids!  What happened to XXXXX is inexcusable and must never happen again!  Instead, CPD has conducted wrongful raids on many completely innocent people.  I've seen the news videos on YouTube and read news stories online.  The War On Drugs needs to end!  There's no reason to invade people's homes looking for small amounts of drugs, especially when police departments around the country can't be bothered to make sure the person they're looking for even resides in the home!<br><br>John Oliver did a segment on this recently.  What happened to XXXXX isn't an isolated case and these wrong raids need to stop.  Like John Oliver argues, these raids should only be done when it's there's an immediate threat to people's health and safety, like a hostage situation, and for f\*'s sake, get the damn address right! |
| 394 | [NAME REDACTED BY OAG] | Hello,<br><br>As a concerned citizen, I am worried that this revision does not go far enough.  As long as CPD and other police departments are willing to raid homes for routine offenses such as low level drug crime, problems will still occur. I would like to see a commitment from CPD to drastically reduce its home searches for these types of crimes. |
| 395 | [NAME REDACTED BY OAG] | I highly oppose the CPD's proposed Special Order, as it will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, making the raids unconstitutional for imposing cruel and unusual treatment on women and children. The assaults are brutal, humiliating, and traumatic and fail to require sufficient accountability and transparency to the public.<br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience-- including XXXXX herself-- and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 396 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown Families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | **[NAME REDACTED BY OAG]** | 1)NO - No Knock Warrants issued for citizens of the city of Chicago<br>2) All persons in bed, or otherwise indisposed, must be allowed clothing to cover their bodies appropriately<br>3) Addressee must be told what the warrant is for, and why their home is being searched<br>4) No warrants delivered before 7:00A.M., and none delivered after 8:00P.M.<br>5) All warrants must be checked to make a positive determination of address, and person or persons for warrant's issue, lives at that address<br>6) No destruction of property. All destruction of persons property by police officers, will be paid/reimbursed to property owner, by the police department<br>7) No pointing of guns at children, ages 0 to 13. No guns drawn unless aggressive action(s) are directed at police by resident(s)<br>8) No information for raids, acted on from informants, until thoroughly, checked for accuracy by police department<br>9) All officers involved in raids, should be thoroughly trained to recognize mental, and drug illness<br>10) All officers should be thoroughly trained in communication skills<br>11) All officers should be trained in skills for enacting with the deaf, and handicapped persons<br>12) In winter all persons must be kept in a warm space, in summer they must be kept in a cool space<br>13) There should be no body contact unless aggressive actions are made from property owner(s)<br>14) All individuals of the property must be spoken to with respect and dignity, no swearing or name calling |
| 397 | | |
| | **[NAME REDACTED BY OAG]** | Hello Chicago Police Department,<br>I am writing to let you know that I support the Anjanette Young Ordinance that was developed with the help of community members. If the CPD is committed to building trust with community members, I believe it should revise it's policies to be in line with the Anjanette Young Ordinance.<br>The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 398 | | |

| | | |
|---|---|---|
| 399 | **[NAME REDACTED BY OAG]** | No knock warrants should be banned entirely. All warrants should be heavily scrutinized &amp; ran through both a criminal database as well as public records to thoroughly confirm that the name matches the listed address. All members involved of a wrong raid, including higher officers who signed off, should be placed on suspension without pay until a thorough investigation from an external power is completed. Officers who harm, threaten or traumatize children because of a raid should be suspended without pay pending further investigation. Body camera footage should be made available to the public on request in regards to cases that are not considered ongoing. Warrants should not be issued for suspicion of drugs or anything that could be considered nonviolent in nature, drug policing and raids damages minority communities at an exponential rate and gives way for the police force to racially profile entire neighborhoods and makes the community less trusting of the police force as a whole. |
| 400 | **[NAME REDACTED BY OAG]** | Don‚Äôt be a head ass and end no-knock raids. |

| | | |
|---|---|---|
| | | These proposed revisions to CPD Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 401 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children. |

| | | |
|---|---|---|
| | | I would like to see that Special Order 04-09 include the following reforms: |
| | | 1. Prohibit officers from obtaining warrants based upon information from informants who have provided false information that have led to negative raids in the past unless data can be corroborated by a secondary source.<br>2. Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.¬†<br>3. Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.¬†<br>4. Protect children from trauma and harm, including by: avoiding raiding a home during a time when children are likely present; avoid handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br>5. Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.¬†<br>6. Require police officers to document when they point guns at people during a raid.<br>7. Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances.<br>8. Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable.¬†Provide a police detail until safety concerns can be satisfactorily addressed.<br>9. Require public reporting of data on search warrants, including the causes of each negative raid and the total damages from the raid to give the community access and the means to hold CPD accountable. |
| 402 | [NAME REDACTED BY OAG] | 10. Provide people affected by a raid with access to the unedited raid footage within 2 weeks of incident unless footage is sealed due to ongoing criminal |
| 403 | [NAME REDACTED BY OAG] | You must implement the Anjanette Young Ordinance to ensure that the egregious, violent, invasive and despicable treatment by CPD of XXXXX is never inflicted on anyone ever again. |
| 404 | [NAME REDACTED BY OAG] | I support the Anjanette Young Ordinance. The trauma of unlawful home raids disproportionately falls on Black Chicagoans and these need to stop. |
| 405 | [NAME REDACTED BY OAG] | The city must end this horrifying and discriminatory practice. XXXXX was not the first and will not be the last if the CPD are allowed to continue this campaign of terror against the people of this city. |
| 406 | [NAME REDACTED BY OAG] | Revision to the search warrant policy is clearly needed to eliminate the possibility/likelihood of endangering the persons or rights of innocent citizens who are the victims of improperly executed no-knock search warrants.<br><br>The changes outlined above appear to represent a good first step towards recognizing that need. |

| | | |
|---|---|---|
| 407 | [NAME REDACTED BY OAG] | I am a Chicago resident and I support this revised policy. |
| 408 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 409 | [NAME REDACTED BY OAG] | Home raids are dangerous, ineffective and inherently racist. They should be banned. They have no place in a functioning society. |
| 410 | [NAME REDACTED BY OAG] | Please update this to:<br>-Ban no-knock warrants<br>-Prohibit police from pointing guns at or handcuffing and interrogating children<br>-Require public reporting of all search warrants<br>-Prohibit officers from obtaining search warrants based on informants who've provided false information in the past |

| | | |
|---|---|---|
| **411** | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| **412** | **[NAME REDACTED BY OAG]** | I hope you all lose your jobs but in the meantime I support this policy. |
| **413** | **[NAME REDACTED BY OAG]** | I‚Äôd ideally like you all to lose your jobs, but in the meantime I support this policy change. |
| **414** | **[NAME REDACTED BY OAG]** | support the Anjanette Young ordinance. you owe it to her and the rest of the city. If you're serious about reform (and you need to be), this is a good  place to start |
| **415** | **[NAME REDACTED BY OAG]** | CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability. |
| **416** | **[NAME REDACTED BY OAG]** | What happened to XXXXX was inexcusable.  Allowing any person to stand fully naked in front of police officers performing a home invasion is an unimaginable nightmare. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 417 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 418 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 419 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating, and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience--including XXXXX herself--and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 420 | **[NAME REDACTED BY OAG]** | End all raids. Support the Anjanette Young Ordinance. |
| 421 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>Thank you. |

| | | |
|---|---|---|
| 422 | **[NAME REDACTED BY OAG]** | I was first. subjected to the horrors of a no knock raid when I was 13 or 14 years old. 3 of us were playing video games in a friends room, 2k Basketball I believe. We heard a banging on the door but ignored it thinking it was a drunk neighbor. We were wrong. 4 fully grown men broke down the door and ran into my friends bedroom. They were screaming at the top of their lungs, armed to the teeth. With an automatic weapon pointed to my head they asked where the guns and drugs were. I didn't know, I was a child. I found out later neither did they. After handcuffing us 3 and XXXXX and ransacking the house. They Found Nothing. an hour later they were gone. XXXXX finally allowed to cross the street from where my house and run over to retrieve her child. I went back later to help my friend clean is house that was destroyed. I still think of that day, 10 years later, even time I see an automatic gun. I can remember the sounds, and feel like they might come in at any point, no matter how old I am, or where I am. These policies are monstrous and they hurt the most vulnerable of us, Like XXXXX, and 3 13 year old boys. raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding Anjanette Young herself,Äïand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 423 | **[NAME REDACTED BY OAG]** | SAMPLE MESSAGE: The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äïand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 424 | **[NAME REDACTED BY OAG]** | End HOME RAIDS NOW! What happened to XXXXX was a tragedy. As a black woman I fear for my own safety in my own home! That is ridiculous. As a tax paying citizen I do not support  invasion "home raids" of homes in the black and brown communities. These raids are not happening in predominantly white neighborhoods. It's disgusting and needs to stop! |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are |
| 425 | | likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 426 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.¬†¬† |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 427 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 428 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 429 | [NAME REDACTED BY OAG] | Authority must be earned and maintained; when trust is broken, it must be revoked. CPD has repeatedly broken that trust. I fully support the Anjanette Young Ordinance (https://chicago.legistar.com/LegislationDetail.aspx?ID=4806793&amp;GUID=EA2B2CA4-B293-4E6E-8C7D-CBC27A7EC754&amp;Options=Advanced&amp;Search=) and do not believe this updated policy is strong enough. |
| 430 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

Protect children from trauma and harm, including by: prohibiting officers from |
| 431 | [NAME REDACTED BY OAG] | Stop all violent police raids and also stop, no knock warrants |

| | | |
|---|---|---|
| | | Hello, as a Chicago resident, XXXXX, and XXXXX I ask that you please read and consider the following:

The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 do not go far enough and have not included input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 432 | [NAME REDACTED BY OAG] | |

| 433 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 434 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 435 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 436 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order allows the Police to continue committing wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, protection to women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by the raids conducted on behalf of CPD. If City officials truly want believe in being apart of the change and making an impact, they will listen to the voices of community members with lived experience‚Äîincluding XXXXX herself‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 437 | [NAME REDACTED BY OAG] | These raids keep getting grossly botched, infused with vile racism, don't prevent or catch violent crime, but DO cost taxpaying Chicagoans money. The only way raids could be allowed to continue is to make each individual officer involved - especially supervisors - to be held accountable by victims directly. I'm sick of paying offensively high taxes so my neighbors are harassed by police with impunity. Let Chicagoans sue the people who abuse the badge directly. |
| 438 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 439 | [NAME REDACTED BY OAG] | That this does not vehemently prohibit officers from pointing guns at children and stop the raiding a home during a time when children are likely present is a travesty and insult to Chicagoans. Furthermore, to think that the CPD and the mayor think that  handcuffing and interrogating children is necessary to do good police work is nauseating.<br><br>Chicago must do better, in addition to the prohibition of no knock warrants, every measure must be take to protect the children of homes raided by police. There is no reason that a child should have to be made to feel unsafe in their own home by those that are supposed to be protecting them.<br><br>When you wonder where the distrust of law enforcement comes from, think of the above when and you have your answer. The surest way to make a child grow up in fear and contempt of law enforcement is to invade and harass them in their own home. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are |
| 440 | | likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 441 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äïand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 442 | **[NAME REDACTED BY OAG]** | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 443 | **[NAME REDACTED BY OAG]** | Nothing short of the changes mandated by the Anjanette Young Ordinance ‚Äî banning no knock warrants, among other bare minimum limits on police violence ‚Äî is acceptable. This ordinance reflects the input of the people of Chicago, many of whom have been subject to harm at the hands of a police department that believes it can reform and regulate itself. Community control is the only solution, and the Anjanette Young Ordinance is a step in the right direction. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 444 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 445 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 446 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 447 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 448 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| 449 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 450 | [NAME REDACTED BY OAG] | Please verify the person's name and address first before arresting them and treat them with respect and dignity at all times makes no difference if they are a criminal or not. What happened to XXXXX should never happen again to anyone. |
| 451 | [NAME REDACTED BY OAG] | Please verify the person's name and address before attempting to arrest them. Make sure you have the correct person. Be sure to treat them with respect and dignity at all times even if they are a criminal. Nobody deserves to be humiliated, embarrassed, or degraded in the manner of XXXXX was treated by all of those officers. |

| | | |
|---|---|---|
| 452 | **[NAME REDACTED BY OAG]** | This special order is unacceptable. It allows CPD to keep raiding Black and Brown homes and inflict trauma on this city's most vulnerable populations. It does not stop the use of excessive force. And it will not help protect people, only cause them further harm.<br><br>If Chicago's officials want people to trust them, they should start by listening to the people. The people want the Anjanette Young Ordinance, which would eliminate no-knock warrants. This is the best way to ensure that CPD would not violate people's homes by going to the wrong house, which they did when they raided XXXXX's home on Feb. 21. Until then, CPD should stop all home raids. |
| 453 | **[NAME REDACTED BY OAG]** | I appreciate your desire to change your policies to make our city a better place. I, however, do not believe that the proposed changes go far enough. To truly gain back the trust of the community, you must involve us in your decision-making process. We want a ban on no-knock warrants, a ban on using deadly force to subdue children, and a ban on nighttime raids. Seeing dead police officers makes us just as sad as you feel. Implementing these changes in addition to assembling a system for community engagement and feedback will bring trust and safety back to our streets. Thank you for your time. |
| 454 | **[NAME REDACTED BY OAG]** | There should be some sort of external review of wrong raids rather than a Department review. Where is any mention of external/public reporting about the number of search warrants/justifications, as well as external/public reporting on wrong raids? |
| 455 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 456 | **[NAME REDACTED BY OAG]** | AS A COMMUNITY WE NEED MORE LOVE WHEN IT COME TO CHICAGO POLICE DEPARTMENT LETS COME TOGETHER. |

| | | |
|---|---|---|
| 457 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance will require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. It is time for City officials listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 458 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 459 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 460 | [NAME REDACTED BY OAG] | I do not want a ‚Äúspecial order‚Äù!!! I want an ‚ÄúOrdnance‚Äù to address these issues!! NO to Special Order and YES to an Ordinance!!! |
| 461 | [NAME REDACTED BY OAG] | I want an Ordinance in place, not just a special order!!! NO to a special order and YES to an Ordinance to address the issue!! |

| | | |
|---|---|---|
| 462 | [NAME REDACTED BY OAG] | The CPD,Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>The Anjanette Young Ordinance would:<br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br><br>4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br><br>5) Prohibit officers from pointing their guns at a person, unless the person presents |

| | | |
|---|---|---|
| 463 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 464 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 465 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 466 | **[NAME REDACTED BY OAG]** | Not good enough. The following needs to be added:<br><br>1) ban no-knock warrants<br><br>2) prohibit pointing guns at children<br><br>3) prohibit midnight raids of family homes by limiting raids to 9 AM - 7 PM |

| | | |
|---|---|---|
| 467 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>- Ban no-knock warrants.<br>- Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>- Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>- Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 468 | [NAME REDACTED BY OAG] | Please stop all the unwanted violence. We should be promoting a safer way of life for our children who are the future. |
| 469 | [NAME REDACTED BY OAG] | This measure does not go far enough. No-knock warrants are a show of excessive force and have the potential to cause needless violence and death. As written, this proposal does not prevent officers from pointing guns at children, which creates an opportunity for trauma exposure that would have a cascading negative impact on mental health over time. XXXXX, this deeply concerns me. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 470 | | |
| 471 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 472 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 473 | [NAME REDACTED BY OAG] | Ban no knock warrants and home raids. Not only do they do property damage that the homeowner or renter is responsible for fixing, they also do immeasurable psychological harm...AND THEY ARE RARELY EFFECTIVE AND OFTEN ENTIRELY WRONG! Why are you continuing to do something so barbaric and broken to your own neighbors? Ban no knock warrants and home raids. Ban no knock warrants and home raids. Ban no knock warrants and home raids. And once more for those in the back BAN NO KNOCK WARRANTS AND HOME RAIDS. |
| 474 | [NAME REDACTED BY OAG] | This does nothing to protect people from enduring the same if not worse than XXXXX. This is not sufficient and will not prevent more harm to to people. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 475 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 476 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 477 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 478 | | |
| 479 | [NAME REDACTED BY OAG] | The current response by the Chicago Police and Mayor Lori Lightfoot on these wrongful raids is just not enough. The fact that these dehumanizing and tramuatizing acts are happening specifically in Black &amp; Brown communities in Chicago is unacceptable. There needs to be additional restrictions on raids and a ongoing record of all raids to ensure accountability for our police force. Lastly shift the focus on checks and balances, and more protection of women, children, and the humanity of Chicago citizens. It was completely disgraceful for the way XXXXX was treated in her own home. Even after the mistake she did not receive the respect she so deserves. This shouldn't be something that can be reversible by Executive Order but put into Official City Law to ensure the safety of citizens from this day forth. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 480 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 481 | [NAME REDACTED BY OAG] | This is not enough. You guys should be ashamed of yourselves. That XXXXX video is beyond disturbing. The list below should be the bare minimum<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children.<br>Prohibit officers from pointing their guns at a person, unless the person presents an imminent risk of death or serious bodily injury to another.<br>Require SWAT officers to document when they point guns at people during a raid.<br>Prohibit midnight raids of family homes and require that home raids be conducted from 9am to 7pm, absent exigent circumstances.<br>Require officers to prepare a damage report and make immediate arrangements to address safety concerns caused by a raid, such as the breaking down of a door, which leaves a family vulnerable.<br>Require public reporting of data on search warrants, including the causes of each negative raid, to give the community access and the means to hold CPD accountable.<br>Prohibit officers from obtaining warrants based upon information from informants who have provided false information that have led to negative raids in the past. |
| 482 | [NAME REDACTED BY OAG] | Special Order S04-19 is not adequate to address the multiple problems caused by police use of no-knock warrants. Only the provisions in the Anjanette Young Ordinance will do that. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.

Unlike the Anjanette Young Ordinance, CPD‚Äôs proposed Special Order does not:

1) Ban no-knock warrants.

2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding handcuffing parents in front of their children. |
| 483 | | |
| | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and does not require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 484 | | |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 485 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 486 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 487 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed special order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. If city officials truly want to stop this harm, they will listen to the voices of community members with lived experience, including XXXXX herself, and pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

Ban no-knock warrants.
Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 488 | | |
| | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids that disproportionately target people of color and low income communities. It intentionally does not include the provisions of the Anjanette Young Ordinance, allowing for no knock warrants; for the police to use force and the threat of force on children; and for police to continue to obtain search warrants from informants who have given false information in the past. It also does not require public reporting of all search warrants. All in all, this proposed policy protects those in power and refuses to give even the bare minimum of public accountability. This policy would bring even greater shame to Lori Lightfoot and the Chicago Police Department, both already incredibly unpopular for their relentless protection of those in power at the expense of everyone else. It is clear that the architects of this policy are not only not listening to public demands, but actively working against them. The city of Chicago deserves better. |
| 489 | | |

| | | |
|---|---|---|
| 490 | [NAME REDACTED BY OAG] | I stand against the CPD‚Äôs proposed Special Order, which will continue to allow the police to commit wrongful, violent raids that disproportionately target people of color and low income communities. It intentionally does not include the provisions of the Anjanette Young Ordinance, allowing for no knock warrants; for the police to use force and the threat of force on children; and for police to continue to obtain search warrants from informants who have given false information in the past. It also does not require public reporting of all search warrants. All in all, this proposed policy protects those in power and refuses to give even the bare minimum of public accountability. This policy would bring even greater shame to Lori Lightfoot and the Chicago Police Department, both already incredibly unpopular for their relentless protection of the powerful at the expense of everyone else. It is clear that the architects of this policy are not only not listening to public demands, but actively working against them. The city of Chicago deserves better. |
| 491 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the police to commit wrongful, violent raids that disproportionately target people of color and low income communities. It intentionally does not include the provisions of the Anjanette Young Ordinance, allowing for no knock warrants; for the police to use force and the threat of force on children; and for police to continue to obtain search warrants from informants who have given false information in the past. It also does not require public reporting of all search warrants. All in all, this proposed policy protects those in power and refuses to give even the bare minimum of public accountability. This policy would bring even greater shame to Lori Lightfoot and the Chicago Police Department, both already incredibly unpopular for their relentless protection of the powerful at the expense of everyone else. It is clear that the architects of this policy are not only not listening to public demands, but actively working against them. The city of Chicago deserves better. |
| 492 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the police to wrongfully and violently raid homes of Black and Brown families. It fails to stop the use of excessive force and fails to protect women and children from brutal and traumatizing assualts. It fails to require sufficient accountability and transparency to the public. If city officials actually want to stop this harm, they will listen to the voices of the community members with lived experiences, including XXXXX herself- and pass the Ajanette Young Ordinance. Until then CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 493 | **[NAME REDACTED BY OAG]** | This proposed special order will continue to allow the police to conduct violent raids into the homes of Black and Brown families. It does not prevent the use of excessive force or require public transparency, leaving community members at risk of unnecessary pain and traumatization. In order to stop this harm, city officials must listen to the voices of community members and pass the Anjanette Young Ordinance. Until then, CPD needs to impose a moratorium on all home raids. |
| 494 | **[NAME REDACTED BY OAG]** | Hello! I am a concerned citizen living in Chicago for the past 10 years. I am writing to request the CPD to end the use of home raids. This strategy disproportionately and on occasion violently affects our undeserved and minority communities. Please listen to the community - we need reform.<br><br>Please impose an immediate moratorium on home raids. Please pass the anjanette young ordinance. |
| 495 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| 496 | [NAME REDACTED BY OAG] | Hello,<br><br>I worry that this proposed Special Order will continue to work against the Black and Brown families in Chicago who consistently have to worry about violent raids on their homes. It fails to protect women and children from brutality and fails to require sufficient accountability and transparency to the public.<br><br>If city officials want to stop these groups from being targeted, listen to the people and members of the community who have to live through these experiences. Pass the Anjanette Young Ordinance and stop home raids that put valued members of our communities in danger. |
| 497 | [NAME REDACTED BY OAG] | Please stop raids.  The costs outweigh the benefits. |
| 498 | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 499 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 500 | **[NAME REDACTED BY OAG]** | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 501 | **[NAME REDACTED BY OAG]** | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 502 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 503 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.

This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.

Special Order S04-09 must include the following reforms:

1. Ban no-knock warrants.
2. Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.
3. Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.
4. Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 504 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| | | There are improvements here but they fall short of where they need to be. CPD has shown time and time again that it cares more about maintaining its own power and livelihood than it does upholding laws or protecting people, and these "changes" (more like gestures) reflect that.<br><br>I'll point out the most obvious omissions:<br>- Still nothing about protecting children (knowing they're there is not nearly enough). With this revision children can still be placed in handcuffs. They can still have a weapon pointed at them.<br>- Still no accountability. No mention of public records or mention of body cams being viewed by people outside of CPD. Or the "critical incident after-action review" being done by a non-CPD group. CPD does not have a good track record of properly handling its mistakes. |
| 505 | **[NAME REDACTED BY OAG]** | CPD (and the politicians supporting this) need to go back to the drawing board, give the Anjanette Young Ordinance the serious consideration it deserves, and put in some real work. |

| | | |
|---|---|---|
| 506 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 507 | **[NAME REDACTED BY OAG]** | I strongly recommend the no knock warrants be revoked it is unnecessary and more harmful than the alternative reasons for having one. It‚Äôs unlawful and violates the rights of the multiple victims who are wrongly involved. |
| 508 | **[NAME REDACTED BY OAG]** | This is insufficient to protect Chicago residents from raids such as the one in XXXXX's home. More must be done to protect innocent persons from being traumatized by abuse of police powers. |

| | | |
|---|---|---|
| | [NAME REDACTED BY OAG] | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 509 | | |
| 510 | [NAME REDACTED BY OAG] | I believe that police raids HIGHLY harm the community and that they are simply ineffective. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. Please end these raids now. |

| | | |
|---|---|---|
| 511 | [NAME REDACTED BY OAG] | Police raids harm the community and they are ineffective. The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,‚Äîincluding XXXXX herself,‚Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. Please end these raids now. |
| 512 | [NAME REDACTED BY OAG] | This order does nothing to prohibit CPD from conducting the racist and unethical raids that enabled the violation of  XXXXX among countless others. This order does nothing to protect black and brown women and children from the traumas imposed by city-sanctioned assaults.<br><br>If the city is interested in preventing harm, they will listen to community members with lived experiences and put a moratorium on raids while they figure it out. |
| 513 | [NAME REDACTED BY OAG] | The proposed special order does not protect children from having guns pointed at them or being handcuffed. It does not protect individuals or families from wrongful no-knock warrants. It fails to protect black and brown women and children from the humiliating and brutal assaults of excessive force used in violent raids. All of Chicago would be better served by the City Council, Mayor, and CPD listening to the communities it serves and passing the Anjanette Young Ordinance instead of this Special Order. |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 514 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 515 | [NAME REDACTED BY OAG] | Clearly we all knew something was horrifically wrong at CPD after the XXXXX video was released, but I really can't believe that most of this wasn't just .... common sense? How CPD hasn't been put on yet another consent decree for horrific violations of pretty much most implicated Constitutional rights is beyond me.  Do better. This is good first step, but it's clearly not enough. |

| | | |
|---|---|---|
| 516 | **[NAME REDACTED BY OAG]** | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.<br>Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 517 | **[NAME REDACTED BY OAG]** | CPD needs to make changes now to their search warrant policy/operation. What happened to XXXXX absolutely could have been prevented. I pray no one has to go through what she went through with CPD ever again. It's sickening and is a slap in the face to taxpayers and Chicago citizens who trust the police to protect and serve. Not go off of a tip without fact checking and ensuring they are at the right address before entering. That should be a given, regardless of this situation. Please fix this now. Stop trying to cover up officer's mistakes and make permanent change. |

There are 2 types of people who supply information to police. Those who are known and named in the search warrant complaint, this person can automatically be presumptively credible but only after the police conduct an ‚Äúindependent investigation‚Äù into the named informants allegations. This independent Police investigation has to new evidence acquired by the officers. Already known name and address is insufficient without a criminal nexus if not observed by the officers. Anybody can lie or make up a story about anybody. Simply driving a named informant passed an address they already knew of and relayed to officers is insufficient. Showing a picture of the accused to the named informant who already knows who the person is and how they look is insufficient. An independent investigation which shows some type of criminal nexus of the accused like a controlled buy, surveillance, trash search, other Credible informants with the same information, etc. can substantiate a criminal nexus. Simply accusing someone of a crime with no evidence of a probability of a crime is insufficient as people lie everyday. Simply taking the word of someone is insufficient and reckless on part of officers for showing a great disregard for the truth.

Same goes for the notorious use of John Doe informants. Officers in Chicago have a history of keeping the names of these informants hidden in the search warrant complaints and will hide their identity which leads to suspicions if a John Doe really exist or are police making things up because they suspect someone of a crime but need some showing of why. John Doe‚Äôs shall only be used if officers can show the person they are snitching on is a known criminal or someone that is capable of harming them. Hiding the name of a John Doe raises red flags if the information is not corroborated by an independent police investigation. Simply showing a John Doe who‚Äôs credibility or reliability was never established a picture of the accused is insufficient since they already relayed that information to the officer. The officers

| 518 | [NAME REDACTED BY OAG] | |

| | | |
|---|---|---|
| | | The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families.<br><br>CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability.<br><br>This community engagement cannot be accomplished through written comments in the CPD portal. It requires CPD to meet with, and listen to, the concerns of people from directly impacted communities and to make changes to accommodate those concerns, which are based on their lived experiences.<br><br>Special Order S04-09 must include the following reforms:<br><br>Ban no-knock warrants.<br>Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br>Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 519 | [NAME REDACTED BY OAG] | Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 520 | [NAME REDACTED BY OAG] | The CPD‚Äôs proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| | | This comment is made on behalf of Equip for Equality, a disability rights non-profit organization which serves as Illinois‚Äôs Protection &amp; Advocacy System to safeguard the civil rights of people with disabilities.

More than 290,000 people with disabilities reside in the City of Chicago. For a variety of reasons, people with disabilities, and particularly Black and Brown people with disabilities, are frequently and disproportionately impacted by impacted by police violence, including that which occurs in homes during searches and raids.

The proposed revisions to Chicago Police Department (CPD) Special Order S04-19 were not developed with input from the communities most impacted by violent home raids and do not sufficiently address the practices that lead to home raids that stigmatize, traumatize, and harm Black and Brown Chicagoans, including children and families. Of particular note to EFE, children with disabilities who are home during police raids can experience significant trauma that can have severe and ongoing impact on their learning, social functioning, and mental and physical health.

This policy only addresses warrant procedures, and does not address the reforms needed to protect Chicagoans from violence in their homes, including of force and accountability measures.

CPD must impose an immediate moratorium on home raids until all policies causing these harmful raids are adequately reformed through a process of robust engagement with the most impacted communities. This includes Special Order S04-09 as well as policies on use of force, impartial policing, police interactions with youth, and police accountability. |
| 521 | [NAME REDACTED BY OAG] | |

The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.

WHY THE ORDINANCE IS NEEDED

Unlike the Anjanette Young Ordinance, CPD's proposed Special Order does not:

1) Ban no-knock warrants.

2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

522 [NAME REDACTED BY OAG]

4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding

| | | |
|---|---|---|
| | | ~~stop making things worse instead of better.~~ The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äïand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>WHY THE ORDINANCE IS NEEDED<br><br>Unlike the Anjanette Young Ordinance, CPD's proposed Special Order does not:<br><br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 523 | [NAME REDACTED BY OAG] | 4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 524 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äïand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 525 | **[NAME REDACTED BY OAG]** | This Special Order, as written, will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public.<br><br>Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 526 | **[NAME REDACTED BY OAG]** | Ban no knock warrants and five Justice to XXXXX. |
| 527 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |

| | | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.

WHY THE ORDINANCE IS NEEDED

Unlike the Anjanette Young Ordinance, CPD's proposed Special Order does not:

1) Ban no-knock warrants.

2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 528 | [NAME REDACTED BY OAG] | 4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |
| 529 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD NEEDS to impose an immediate moratorium on all home raids. |

| | | |
|---|---|---|
| 530 | **[NAME REDACTED BY OAG]** | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids. |
| 531 | **[NAME REDACTED BY OAG]** | As a Chicagoan, I reject CPD's proposed Special Order. This sham reform does not address the root issues with police raids since it fails to stop excessive force, fails to protect women and children from traumatic assaults, and fails to require accountability and transparency to the public.<br><br>This Special Order flies in the face of Chicagoans who have been closely watching the case of XXXXX, and have watched how hard CPD and the city protect wrongful heinous acts above taking responsiblity for harm committed against the citizens they are supposed to protect.  It is sickening.<br><br>While I do not believe the Anjanette Young Ordinance goes far enough, it is far closer to the change that is needed to protect citizens from the system of policing that continues to harm my Black and Brown neighbors disproportionately, thus harming us all.<br><br>CPD should end home raids altogether. |
| 532 | **[NAME REDACTED BY OAG]** | This is not good enough! All complaints concerning search warrants should be reviewed by an outside community based committee. Otherwise if problems occur, cover ups will happen. We have seen it done so. Own up to the flaws in the police department and submit yourselves to outside review. The city of chicago deserves a fair and just police. |

| | | |
|---|---|---|
| 533 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.

,Äã |
| 534 | [NAME REDACTED BY OAG] | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äïincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.

WHY THE ORDINANCE IS NEEDED

Unlike the Anjanette Young Ordinance, CPD's proposed Special Order does not:

1) Ban no-knock warrants.

2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.

3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families.

4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |

| | | |
|---|---|---|
| | | The CPD's proposed Special Order will continue to allow the Police to commit wrongful, violent raids into the homes of Black and Brown families. It requires too few checks on the search warrant process, fails to stop excessive force, fails to protect women and children from brutal, humiliating and traumatic assaults, and fails to require sufficient accountability and transparency to the public. Unlike the proposed CPD Order, the Anjanette Young Ordinance would require all of these necessary reforms and was developed in partnership with people most impacted by CPD raids. If City officials truly want to stop this harm, they will listen to the voices of community members with lived experience,Äîincluding XXXXX herself,Äîand pass the Anjanette Young Ordinance. Until then, CPD should impose an immediate moratorium on all home raids.<br><br>WHY THE ORDINANCE IS NEEDED<br><br>Unlike the Anjanette Young Ordinance, CPD's proposed Special Order does not:<br><br>1) Ban no-knock warrants.<br><br>2) Require that officers wait at least 30 seconds during knock and announce raids to give residents a chance to open the door to their home.<br><br>3) Require CPD officers executing home raids to act in a manner that is least intrusive and least harmful to the rights and safety of Chicago families. |
| 535 | [NAME REDACTED BY OAG] | 4) Protect children from trauma and harm, including by: prohibiting officers from pointing guns at children; avoiding raiding a home during a time when children are likely present; prohibiting handcuffing and interrogating children; and avoiding |