# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO,<br><br>        Defendant. | No. 17-cv-6260<br><br>Judge Robert M. Dow, Jr. |

**Petitioners' Motion for Leave to File Comments Relating to the Chicago Police Department's February 10, 2022 Foot Pursuit Policy as it Relates to the Consent Decree Between the State of Illinois and the City of Chicago**

Petitioners are a consortium of legal, business, and community organizations consisting of the Pilsen Law Center, Hispanic Lawyers Association of Illinois, Illinois Latino Agenda, and Business and Professional People for the Public Interest.

By and through undersigned counsel, Petitioners seek leave to submit their comments to the Chicago Police Department's February 10, 2022 version of General Order G03-07, concerning Foot Pursuits (the "Foot Pursuit Policy"), attached herewith as Exhibit 1. Petitioners shared these comments with the Department on February 25, 2022, until which date the Department solicited feedback on the revised Foot Pursuit Policy, as well as with the Independent Monitor Team, the Illinois Attorney General's Office, and the City of Chicago's Corporation Counsel. As the Court may recall, Petitioners also previously submitted in this matter their comments to the earlier version of the Department's Foot Pursuit Policy, which the Court generously agreed to make part of the record. *See* Min. Entry, Nov. 19, 2021, ECF No. 986.

In the same spirit of the principles set forth in Section II of the Consent Decree entered in this case between the State of Illinois and the City of Chicago that Petitioners invoked in their prior submission, and in light of the continued importance of the Department's Foot Pursuit Policy for the safety of our communities, especially as it advances toward a finalized version, Petitioners felt compelled to bring their latest comments to the attention of the Court.

WHEREFORE, Petitioners respectfully request that the Court allow Petitioners' comments attached herewith as Exhibit 1, to be made part of the record in this matter.

Dated: March 14, 2022

Respectfully submitted,

*/s/ J. Kevin McCall*
J. Kevin McCall
Thomas S. O'Neill
Keri L. Holleb Hotaling
Jacob P. Wentzel
Paaras Modi
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
jmccall@jenner.com
toneill@jenner.com
khotaling@jenner.com
jwentzel@jenner.com
pmodi@jenner.com