**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division**

State of Illinois

                Plaintiff,

v.                                                                      Case No.: 1:17−cv−06260
                                                                      Honorable Robert M. Dow Jr.

City Of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 24, 2022:

        MINUTE entry before the Honorable Robert M. Dow, Jr: As to the Court proceeding set for 3/25/2022 at 1:00 p.m., members of the public and media will be able to call in to listen to this hearing by using the following call−in information: 1−650−479−3207 (US/Canada) and access code: 180 125 7518. Please NOTE: the general prohibition against recording and rebroadcasting of Court proceedings. Your telephone should be on MUTE. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.