# EXHIBIT 2

| Methodologies | | | Plan | Deadlines (**Extended Deadlines are in bold**) | | | | | | Preliminary Compliance (¶661(b)) | | Secondary Compliance (¶661(b)) | | Full Compliance (¶661(b)) | | Full & Effective Compliance (¶714) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ¶ | Consent Decree Language | 1st Reporting Period | 1st Deadline(s) | 2nd Deadline | 3rd Deadline | 4th Deadline | 5th Deadline | Recurring Rate | Methodology: Preliminary Compliance | Assessment Sources: Preliminary Compliance | Methodology: Secondary Compliance | Assessment Sources: Secondary Compliance | Methodology: Full Compliance | Assessment Sources: Full Compliance | Assessment Sources |
| Intro | 1 | 1. The State of Illinois ("State") and the City of Chicago ("City") (collectively, the "Parties") hereby enter into this consent decree ("Agreement") on the terms and conditions set forth below. | Not Monitorable | | | | | | | | | | | | | |
| Intro | 2 | 2. The State, the City, and the Chicago Police Department ("CPD" or the "Department") are committed to constitutional and effective law enforcement. In furtherance of this commitment, the Parties enter into this Agreement to ensure that the City and CPD deliver services in a manner that fully complies with the Constitution and laws of the United States and the State of Illinois, respects the rights of the people of Chicago, builds trust between officers and the communities they serve, and promotes community and officer safety. In addition, this Agreement seeks to ensure that Chicago police officers are provided with the training, resources, and support they need to perform their jobs professionally and safely. This Agreement requires changes in the areas of community policing; impartial policing; crisis intervention; use of force; recruitment, hiring, and promotions; training; supervision; officer wellness and support; accountability and transparency; and data collection, analysis, and management. | Not Monitorable | | | | | | | | | | | | | |
| Intro | 3 | 3. On August 29, 2017, the State, by Lisa Madigan, Attorney General of the State of Illinois, filed a Complaint against the City pursuant to 42 U.S.C. § 1983; the U.S. Constitution; the Illinois Constitution; the Illinois Civil Rights Act of 2003, 740 ILCS 23/5; and the Illinois Human Rights Act, 775 ILCS 5/5-102(C) ("the Complaint" or the "State's Complaint"). | Not Monitorable | | | | | | | | | | | | | |
| Intro | 4 | 4. The Complaint alleged that CPD violates the Constitution, and state and federal laws, by engaging in a pattern of using excessive force, including deadly force, in a manner that disproportionately harms Chicago's African American and Latino residents. The Complaint sought to address allegations that CPD engages in a pattern and practice of civil rights violations and unconstitutional policing and address recommendations and conclusions set forth by the U.S. Department of Justice ("DOJ Report") and the Police Accountability Task Force convened by Mayor Rahm Emanuel ("PATF Report"). | Not Monitorable | | | | | | | | | | | | | |
| Intro | 5 | 5. The City has denied the claims in the Complaint. However, without admitting any liability of any sort, because the City is committed to continual improvement in the delivery of police services, and in order to avoid protracted and expensive litigation, the City publicly committed to working with the State to negotiate and implement this Agreement. | Not Monitorable | | | | | | | | | | | | | |
| Intro | 6 | 6. In this Agreement, the City commits to ensuring that police services are delivered to all of the people of Chicago in a manner that fully complies with the Constitution and laws of the United States and the State of Illinois, respects the rights of all of the people of Chicago, builds trust between officers and the communities they serve, and promotes community and officer safety. The City also commits to providing CPD members with the resources and support they need, including improved training, supervision, and wellness resources. | Not Monitorable | | | | | | | | | | | | | |
| Intro | 7 | 7. In negotiating this Agreement, the Parties have consulted with community leaders, community members, police officers, police officer unions, civilian CPD members, advocates, and other concerned individuals who offered meaningful insights and recommendations for change. This Agreement reflects the broad input received by the Parties from the diverse communities that make up the City of Chicago. | Not Monitorable | | | | | | | | | | | | | |
| Intro | 8 | 8. Strong community partnerships and frequent positive interactions between police and members of the public make policing safer and more effective, and increase public confidence in law enforcement. Moreover, these partnerships allow police to effectively engage with the public in problem-solving techniques, which include the proactive identification and analysis of issues in order to develop solutions and evaluate outcomes. | Not Monitorable | | | | | | | | | | | | | |
| COMMUNITY POLICING | 9 | 9. To build and promote public trust and confidence in CPD and ensure constitutional and effective policing, officer and public safety, and sustainability of reforms, the City and CPD will integrate a community policing philosophy into CPD operations that promotes organizational strategies that support the systematic use of community partnerships and problem-solving techniques. | Not Monitorable | | | | | | | | | | | | | |
| COMMUNITY POLICING | 10 | 10. CPD will ensure that its community policing philosophy is a core component of its provision of police services, crime reduction strategies and tactics, training, management, resource deployment, and accountability systems. All CPD members will be responsible for furthering this philosophy and employing the principles of community policing, which include trust and legitimacy; community engagement; community partnerships; problem-solving; and the collaboration of CPD, City agencies, and members of the community to promote public safety. | Not Monitorable | | | | | | | | | | | | | |
| COMMUNITY POLICING | 11 | 11. The City and CPD are committed to exploring diversion programs, resources, and alternatives to arrest. | Not Monitorable | | | | | | | | | | | | | |
| COMMUNITY POLICING | 12 | 12. In 2016, the Superintendent commissioned the Community Policing Advisory Panel ("CPAP"), made up of community members, CPD members, public safety policy experts, practitioners, and researchers, to provide recommendations for improving CPD's community policing efforts. CPAP organized its recommendations around the following pillars: a. sustainable relationships of trust between police and community; b. a strong focus on engagement with the city's youth; c. standards for community policing initiatives so that these initiatives have clearly-defined objectives and contribute to the overall community policing effort; d. a structure that reinforces community policing in every aspect of policing; e. robust community-oriented training for all members of the Department; f. effective problem-solving exercised jointly with the community and other City agencies; and g. regular evaluation of the quality of community policing throughout the Department. | Not Monitorable | | | | | | | | | | | | | |
| COMMUNITY POLICING | 13 | In 2017, the Superintendent accepted CPAP's recommendations, and CPD began to implement some of the recommendations, namely, the creation of the Office of Community Policing, which reports directly to the Superintendent and is responsible for overseeing the implementation of CPD's community policing efforts. CPD will, **within 90 days of the Effective Date**, develop a plan, including a timeline, for implementing CPAP's recommendations. | IMR1 | May 30, 2019 | | | | | | Policy Methodology; the IMT will compare the elements of the CPD plan to the CPAP recommendations and sub-recommendations | Policy Sources; CPAP report; CPD plan and policies for implementing the CPAP recommendations; CPAP report | Training Methodology; review of the CPD's methods to follow CPAP recommendations and plan; assess the CPD's efforts to convey to CPAP accurate status updates regarding implementation | Training Sources; CPD plans and reports and underlying primary records | Determine whether the CPD has a sufficiently resourced system to implement the CPAP recommendations, including assessments of the CPD's progress toward implementing the remaining CPAP recommendations; of whether the CPAP is ensuring that the CPD is implementing the CPAP's recommendations appropriately and timely; of the CPD's efforts to convey to CPAP accurate status updates regarding implementation; and of the CPD's efforts to measure whether the CPAP recommendations as implemented achieved the desired impact (this will likely overlap with our assessment of paragraph 47) | Community Sources; records and site visits sufficient to show CPD is following the CPAP recommendations and, when applicable, maintaining changes; guidance regarding the CPD's assessment of implementation efforts, including an evaluation process to determine the impact of the implemented recommendations, which the CPD would use to inform any necessary changes | |
| COMMUNITY POLICING | 14 | **Within 180 days of the Effective Date**, CPD will review and, to the extent necessary, revise all relevant policies to clearly delineate the duties and responsibilities of the Office of Community Policing and any other offices or entities that report to the Office of Community Policing. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; including review of the CPD's efforts to meaningfully consider community feedback on the policies | Policy Sources; records reflecting the CPD's meaningful assessment of the received public comments | Training Methodology; including a review of the Office of Community Policing's operations relative to policies, assess whether the CPD has supervisory practices in place to ensure the policies are implement as written | Training Sources; written guidance and other records regarding supervisory oversight to ensure the policies are implemented as written | Determine whether the CPD has sufficiently implemented its policy and training; assess whether the CPD's supervisory practices are sufficient enough to ensure the polices are implemented as written; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements (see ¶47). | Community Sources; Data Sources; records reflecting efforts supervisors have taken to ensure the policies are implemented as written; written guidance and other records regarding the CPD's efforts to assess the policies' effectiveness | |
| COMMUNITY POLICING | 15 | With the assistance of the Office of the Community Policing, CPD will ensure its command staff develops crime reduction and problem-solving strategies that are consistent with the principles of community policing. To achieve this outcome, CPD will: a. **within 180 days of the Effective Date** provide CPD's command staff methods and guidance, in writing, for ensuring that department-wide and district-level crime reduction strategies are consistent with the principles of community policing; b. require CPD's staff to review department-wide and district-level crime reduction strategies implemented under their command, as appropriate, in order to ensure they incorporate problem-solving techniques and are consistent with the principles of community policing; and c. designate the Deputy Chief of the Office of Community Policing to review and provide written feedback on implemented department-wide and district level crime reduction strategies, excluding operational strategies that are determined on a day-to-day or short term basis, to ensure they are community oriented and consistent with the principles of community policing. | IMR2 | August 28, 2019 | | | | | | Data Methodology, including a review all relevant methods, guidance, and requirements provided to CPD staff for completeness, comparing it to relevant published research, best practices, and IMT experiences; review records reflecting who should review and has reviewed the guidance; determine whether the CPD has designated the Deputy Chief of the Office of Community Policing as required | Data Sources, including all relevant methods, guidance, and requirements provided to CPD command staff; direct observations; records indicating the requisite review; records sufficient to show that the CPD designated the Deputy Chief of the Office of Community Policing's review as required, which may include, but is not limited to, communications, policies, Jobs descriptions, and guidance of crime reduction strategies; Community Sources | Review all relevant methods, guidance, and requirements provided to CPD staff for quality, comparing it to relevant published research, best practices, and IMT experiences, and such guidance should include instruction on how to ensure Department-wide and district-level strategies are congruent; the methods and guidance should also reflect community outreach that targets community member groups that have the most police contact; assess the CPD's efforts to review implementation of strategies to determine effectiveness | All relevant guidance provided to CPD staff; records indicating the requisite review; Training Sources; Community Sources; written guidance and other records reflecting the CPD's efforts to assess whether the crime reduction and problem-solving strategies are consistent with principles of community policing, which applies to all relevant strategies, not just the District and Bureau strategic plans | Review the extent to which the CPD has ensured its command staff developed a crime reduction strategy consistent with the principles of community policing, this will likely coincide with our assessment of paragraphs 17 and 47; Community Methodology | Data Sources; Community Sources; Policy Sources; guidance and records regarding the CPD's efforts to assess the strategies' alignment with principles of community policing and the provision for continued assessment moving forward | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMUNITY POLICING | 16 | CPD Bureau of Patrol Area Deputy Chiefs and District Commanders will regularly review district efforts and strategies for building community partnerships and using problem-solving techniques. | IMR4 | Ongoing | | | | | | Policy Methodology | Policy Sources | Training Methodology; Community Methodology; assess the review process to ensure it is effective in determining whether the district efforts and strategies build community partnerships and use problem-solving techniques | Training Sources; Community Sources; Records reflecting the CPD Bureau of Patrol Area Deputy Chiefs and District Commanders review | Community Methodology; Data Methodology; assess the CPD's efforts to leverage such reviews to ensure the CPD is developing and revising efforts and strategies, as necessary, to effectively build community partnerships and use problem-solving techniques. This will likely coincide with our assessment of paragraphs 17 and 47 | Community Sources; Data Sources; records reflecting the CPD's assessment of the reviews and action items identified to improve district efforts and strategies for building community partnerships and using problem-solving techniques. | |
| COMMUNITY POLICING | 17 | The overall effectiveness of CPD's department-wide and district-level crime reduction strategies will be determined by a reduction in crime and not by the number of arrests, stops, or citations. | IMR4 | | | | | | | Policy Methodology, including guidance regarding the CPD's process to evaluate the strategies effectiveness. | Policy Sources | Data Methodology; Assess the CPD's assessment of its department-wide and district-level crime reduction strategies | Data Sources; Records reflecting the CPD's assessment of its crime reduction strategies | Community Methodology; Data Methodology; assess the CPD's efforts to meaningfully assesses its strategies effectiveness, including a plan to address any gaps or needs. This will likely coincide with our assessment of paragraph 47 | Community Sources; Data Sources; records reflecting the CPD's meaningful assessment of the strategies' effectiveness and plans to address any identified gaps or needs. | |
| COMMUNITY POLICING | 18 | The City will establish and coordinate regular meetings, at minimum **quarterly**, with representatives from City departments, sister agencies, and CPD to collaborate on developing strategies for leveraging City resources to effectively and comprehensively address issues that impact the community's sense of safety, security and well-being. The City departments and agencies will include, but not be limited to, the Department of Streets and Sanitation, the Department of Buildings, the Chicago Fire Department, the Department of Business Affairs and Consumer Protection, the Department of Planning and Development, the Office of Emergency Management and Communication People with Disabilities, the Department of Public Health, the Department of Family and Support Services, the Chicago Public Schools, the Chicago Housing Authority, and the Chicago Park District. If after two years the City concludes that less frequent meetings would be more effective, it may propose an alternative schedule subject to Monitor approval. | IMR1 | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | **Quarterly** | Determine whether the requisite meetings are occurring with the requisite City entities and departments | Records sufficient to show that the City has established and coordinated the requisite meetings, including but not limited to meeting dates, agendas, and minutes; interviews with representatives from City entities and departments; attending meetings | Determine whether the requisite meetings include quality collaboration on developing strategies for leveraging City resources as required, including a review actions assigned, actions taken, and progress reported | Records sufficient to review the quality of the requisite meetings, including but not limited to meeting dates, agendas, and minutes (i.e., written account of meeting showing action plan items, follow-up discussions regarding metrics); documents and records shared during the meetings; records reflecting agencies' updates on their activities; records reflecting cross-agency collaboration on activities; records reflecting deliberation between agencies; interviews with representatives from City entities and departments; attending meetings | Review the extent to which the City has ensured that City entities and departments are continuously meeting for a least two years to meaningfully collaborate on developing strategies for leveraging resources to effectively and comprehensively address issues that impact the community's sense of safety, security, and well-being, including a review of the City's process for evaluating the impact of the various strategies to ensure they address the community's sense of safety; Community Methodology, assess the City's efforts to engage the community to measure the impact of the implemented strategies | Data Sources, including records sufficient to review the quality of the requisite meetings, including but not limited to meeting dates, agendas, and minutes; interviews with representatives from City entities and departments; attending meetings; Policy Sources; Training Sources; Community Sources | |
| COMMUNITY POLICING | 19 | CPD will ensure that officers are provided with information regarding the communities they serve, including their assets and challenges, community groups and leaders, and business, residential, and demographic profiles. | IMR4 | | | | | | | Policy Methodology, including review of the CPD's written guidance describing the process by which they will gather the requisite information and provide it to the officers | Policy Sources | Community Methodology, including assessing whether the CPD consulted community stakeholders regarding the information provided to officers about the community; assess the information provided to officers to ensure it includes the items listed in this paragraph; Assess the method CPD uses to provide this information; Assess how frequently the CPD provides this information to reflect community changes and to ensure new officers receive the information; Training Methodology | Community Sources; records reflecting the information provided to officers regarding the communities they serve; Training Sources | Community Methodology; Data Methodology; assess whether the CPD tracks whether officers receive community information and correct any gaps identified in that tracking; assess the CPD's efforts to evaluate the effectiveness of their compliance with this requirement | Community Sources; Data Sources | |
| COMMUNITY POLICING | 20 | **Within 180 days of the Effective Date**, CPD will develop and institute a policy prohibiting the transport of individuals with the intent to display or leave them in locations where known rivals or enemies live or congregate. | IMR2 | August 28, 2019 | | | | | | Policy Methodology, including review of the CPD's effort to meaningfully review public comments | Policy Sources, records reflecting the CPD's meaningful assessment of the received public comments | Training Methodology, assess the CPD's supervisory practice for determining whether the policy is implemented as written; Data Methodology, assess how the CPD learns of rivals or enemies location and tracks transports | Training Sources; Data Sources, including records reflecting how personnel learn about known rivals or enemies | Determine whether the CPD has sufficiently implemented its policy and training such that the CPD can reasonably correct any issues it identifies through its supervisory practices developed to ensure the policy is implemented | Community Sources, solicit community members feedback regarding their transport experience; Data Sources, complaint and other records reflecting transport issues related to this paragraph | |
| COMMUNITY POLICING | 21 | 21. Strong partnerships between CPD and the community enable law enforcement to build and strengthen trust, identify community needs, and produce positive policing outcomes. | Not Monitorable | | | | | | | | | | | | | |
| COMMUNITY POLICING | 22 | CPD will encourage and create opportunities for CPD members to participate in community activities and have positive interactions with the community, including those that extend beyond the context of law enforcement duties. | IMR4 | | | | | | | Policy Methodology, including review of written guidance describing the process to achieve this this requirement; assess the CPD's plans to expand participation in community activities; Community Methodology | Policy Methodology; Community Sources | Training Methodology; Data Methodology; assess whether the CPD has developed supervisory practices to ensure the relevant written guidance is implemented as written, addressing issues identified through various evaluations | Training Sources; Data Sources | Community Methodology; Data Methodology; assess the CPD's efforts to evaluate the effectiveness of their compliance with this requirement | Community Sources; Data Sources | |
| COMMUNITY POLICING | 23 | CPD has established and will continue and build upon a variety of community partnerships and engagement strategies designed to encourage positive community interactions, such as Bridging the Divide, Officer Friendly, and youth mentorship and engagement programs. | IMR4 | | | | | | | Policy Methodology, including review of written guidance describing the CPD's process for establishing and building the partnerships and engagement strategies; Community Methodology | Policy Methodology; Community Sources | Training Methodology; Data Methodology; assess the CPD's efforts to document their coordinated efforts to build partnerships and engagement strategies | Training Sources; Data Sources | Community Methodology; Data Methodology; assess the CPD's efforts to evaluate the effectiveness of their partnerships and strategies | Community Sources; Data Sources | |
| COMMUNITY POLICING | 24 | Each district will identify and maintain collaborative partnerships with community stakeholders to serve the specific needs of the community. District representatives will meet, as appropriate, with residential, business, religious, civic, educational, youth, and other community-based groups to proactively maintain these relationships and identify and other community-based groups to proactively maintain these relationships and identify and address community problems and needs. | IMR4 | | | | | | | Policy Methodology, including review of written guidance describing the process to achieve these requirements; Community Methodology | Policy Methodology; Community Sources | Training Methodology; Data Methodology, assess whether the CPD has developed supervisory practices to ensure the relevant written guidance is implemented as written | Training Sources; Community Sources, records reflecting the community problems and needs identified during the District representatives meetings; Data Sources, records reflecting the meetings | Community Methodology; Data Methodology; assess the CPD's efforts to review and evaluate these partnerships, this will likely coincide with our assessment of paragraph 47 | Community Sources; Data Sources | |
| COMMUNITY POLICING | 25 | CPD will meet with members of the community from each beat and District Advisory Committee members at least once every two months. These community meetings will be scheduled in consultation with the community, be used to identify problems and other areas of concern in the community, and provide an opportunity to discuss responses and solutions through problem-solving tactics and techniques. | IMR3 | Once every two months | Once every two months | Once every two months | Once every two months | Once every two months | **Once every two months** | Policy Methodology | Policy Sources | Assess the CPD's effort to establish supervisory practices to ensure the requisite meetings are occurring; Training Methodology; Community Methodology; Data Methodology | Training Sources; Community Sources; Data Sources | Assess the CPD's efforts to review and evaluate these partnerships, this will likely coincide with our assessment of paragraph 47; Community Methodology; Data Methodology | Community Sources; Data Sources | |
| COMMUNITY POLICING | 26 | CPD's Office of Community Policing will designate CPD members, as needed, to serve as points of contact for organizations to assist with access to police services, including those serving communities that have experienced previous challenges with access to police services, such as LGBTQI individuals, religious minorities, immigrants, individuals with disabilities, homeless individuals, and survivors of sexual assault and domestic violence. The designated CPD members will provide feedback to the Deputy Chief of the Office of Community Policing about the issues or potential policy recommendations raised by community-based organizations or the community in order to improve access to police services. | IMR4 | | | | | | | Policy Methodology; including review of written guidance describing the process the CPD will use to achieve this requirement, Community Methodology | Policy Sources; Community Sources | Assess the CPD's efforts to establish supervisory practices to ensure the OCP is designating members as points of contact and those members are providing the requisite feedback; Jobs Methodology; Community Methodologies, assess the designated CPD members' feedback regarding the issues/potential policy recommendations raised by community-based organizations; Data Methodology | Jobs Sources; Community Sources; Data Sources | Assess whether the CPD's established supervisory practices are sufficient to evaluate the effectiveness of their compliance with the requirements of ¶26; Community Methodology; Data Methodology | Community Sources; Data Sources | |
| COMMUNITY POLICING | 27 | CPD will facilitate relationships with youth by establishing regular meetings to serve as opportunities to provide input to CPD about the issues affecting their lives and their communities. CPD will partner with community-based organizations to identify strategies to include participants that represent a racially, geographically, and socio-economically diverse cross section of Chicago youth, including, but not limited to, at-risk youth and youth who have been arrested, incarcerated, or otherwise involved in the criminal or juvenile legal systems. | IMR4 | | | | | | | Policy Methodology, review written guidance regarding the CPD's youth meetings and youth participants solicitation process; Community Methodology | Policy Sources; Community Sources | Assess the CPD's efforts to develop supervisory practices to ensure the relevant policies are implemented as written; Training Methodology; Data Methodology | Training Sources; Data Sources | Assess the CPD's efforts to review and evaluate the effectiveness of these partnerships, this will likely coincide with our assessment of ¶47; Community Methodology; Data Methodology | Community Sources; Data Sources | |
| COMMUNITY POLICING | 28 | CPD will, with the assistance of the Office of Community Policing, institute a public awareness campaign to inform the public, **at least once a year**, about: (a) CPD policies most relevant to police interactions with the public, including, but not limited to: use of force, body worn cameras, and Tasers; (b) steps for filing a complaint against CPD or a CPD member; and (c) the public's rights when stopped, arrested, or interrogated by police. CPD's public awareness campaign may include presentations, trainings, written guides, or web-accessible videos. | IMR3 | December 31, 2019 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology; assess the CPD's public awareness campaign plan to ensure it addresses this paragraph's requirements; Community Methodology; assess the CPD's community outreach efforts | Policy Sources; records sufficient to show the CPD's public awareness plan; Community Sources | Assess the CPD's efforts to codify the campaign development process into written guidance and develop supervisory practices to ensure; review of its annual campaigns. | Records reflecting the CPD's review of its annual campaigns | Data Methodology, assess the CPD's campaign metrics; assess the CPD's efforts to evaluate the public awareness campaigns' effectiveness, including efforts to address any identified gaps, this this will likely coincide with our assessment of paragraph 47. | Data Sources | |
| COMMUNITY POLICING | 29 | Fair, unbiased, and respectful interactions between CPD members and victims of crime provide an opportunity to strengthen community trust and foster public confidence in CPD. CPD will continue to require that CPD members interact with victims of crime with courtesy, dignity, and respect. CPD will continue to require that CPD members inform victims of crime of the availability of victim assistance and resources, including providing written notices of victim's rights, when applicable. CPD will also have such victim assistance information readily available on its public website and at all district stations. | IMR3 | | | | | | | Policy Methodology, assess the CPD's efforts to meaningfully consider the public's comments regarding the relevant policies. | Policy Sources | Assess whether the CPD's developed supervisory practices to ensure the relevant policies are implemented as written; Training Methodology; Data Methodology, assess whether the CPD's has victim assistance information readily available on its website and at all district stations; assess the victim's rights written notices to ensure it reflects best practices and aligns with CPD policy | Training Sources; Data Sources | Community Methodology; Data Methodology, assess the CPD's efforts to evaluate the effectiveness of its crime victim services, this will likely overlap with our assessment of paragraph 47. | Community Sources; Data Sources | |
| COMMUNITY POLICING | 30 | CPD will prominently display signs both in rooms of police stations or other CPD locations that hold arrestees or suspects and near telephones which arrestees or suspects have access to. These signs will state: a. that arrestees and suspects have the right to an attorney; b. that if an arrestee cannot afford an attorney, one may be appointed by the court for free; and c. the telephone numbers for the Cook County Public Defender, and any other organization appointed by the Cook County Circuit Court to represent arrestees. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources; The CPD's signs and site visits to CPD locations that hold arrestees or suspects | Community Methodology, assess the CPD's efforts to evaluate the effectiveness of their procedures for ensuring the signs are visible and accurate, this will likely overlap with our assessment of paragraph 47. Those procedures may include, but are not limited to, District Commander certification regarding the signage and surveying a sampling of arrestees to confirm awareness of signage. | Community Sources, CPD's records reflecting the effectiveness of their supervisory practices | |
| COMMUNITY POLICING | 31 | CPD will provide arrestees access to a phone and the ability to make a phone call as soon as practicable upon being taken into custody. | IMR3 | | | | | | | Policy Methodology, assess whether the CPD has developed a process to ensure arrestees have access to a phone within a reasonable time | Policy Sources | Training Methodology, including specific guidance regarding any statutory timeframes and processes for allowing arrestees access to telephones, assess the CPD's efforts to develop supervisory practices that monitor the time between when an arrestee is taken into custody and when the arrestee is provided access to make a phone call | Training Sources | Community Methodology; Data Methodology; assess the CPD's supervisory practices are sufficient to effectively evaluate whether members are complying with this requirement | Community Sources; Data Sources; CPD's records reflecting their relevant evaluation tools | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMUNITY POLICING | 32 | **Within 180 days of the Effective Date**, CPD will review and revise its current policies relating to youth and children and, **within 365 days**, will revise its training, as necessary, to ensure that CPD provides officers with guidance on developmentally appropriate responses to, and interactions with, youth and children, consistent with the provisions of this Agreement and as permitted by law. | IMR2 | August 28, 2019 | February 29, 2020 | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources; Data Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of the CPD's youth program and activities, this will likely overlap with our assessment of paragraph 47 | Community Sources; Data Sources, including BWC video | |
| COMMUNITY POLICING | 33 | When interacting with youth and children, CPD will, as appropriate and permitted by law, encourage officers to exercise discretion to use alternatives to arrest and alternatives to referral to juvenile court, including, but not limited to: issuing warnings and providing guidance; referral to community services and resources such as mental health, drug treatment, mentoring, and counseling organizations, educational services, and other agencies; station adjustments; and civil citations. | IMR3 | | | | | | | Policy Methodology, assess the CPD's efforts to determine best guidance regarding alternatives to arrest options | Policy Sources, including a needs assessment; Community Sources | Training Methodology | Training Sources | Community Methodology; Data Methodology | Community Sources; Data Sources, including juvenile contact and arrest records, assessment reports of consistent and effective implementation of this paragraph's requirements | |
| COMMUNITY POLICING | 34 | CPD will clarify in policy that juveniles in CPD custody have the right to an attorney visitation, regardless of parent or legal guardian permission, even if the juvenile is not going to be interviewed. | IMR3 | | | | | | | Policy Methodology; Community Methodology | Policy Sources; Community Sources | Training Methodology; assess the CPD's efforts to develop supervisory practices to ensure juveniles in CPD custody have the right to an attorney visitation in accordance with ¶34 | Training Sources | Community Methodology; Data Methodology | Community Sources; Data Sources | |
| COMMUNITY POLICING | 35 | If a juvenile has been arrested CPD will notify the juvenile's parent or guardian as soon as possible. The notification may either be in person or by telephone and will be documented in any relevant reports, along with the identity of the parent or guardian who was notified. Officers will document in the arrest or incident report attempts to notify a parent or guardian. If a juvenile is subsequently interrogated, CPD policy will comply with state law and require, at a minimum, that: a. Juvenile Miranda Warning will be given to juveniles prior to any custodial interrogation; b. the public defender's office may represent and have access to a juvenile during a custodial interrogation, regardless of parent or legal guardian permission; c. CPD officers will make reasonable efforts to ensure a parent or legal guardian is present for a custodial interrogation of a juvenile arrestee under 15 years of age in custody for any felony offense; and d. juveniles in custody for felony offenses and misdemeanor sex offenses under Article 11 of the Illinois Criminal Code will have their custodial interrogation electronically recorded. | IMR3 | | | | | | | Policy Methodology; Community Methodology | Policy Sources; Community Sources | Training Methodology, assess the CPD's efforts to develop supervisory practices to ensure compliance with ¶35 | Training Sources | Community Methodology; Data Methodology | Community Sources; Data Sources | |
| COMMUNITY POLICING | 36 | When determining whether or not to apply handcuffs or other physical restraints on a juvenile, CPD officers will consider the totality of the circumstances, including, but not limited to, the nature of the incident and the juvenile's age, physical size, actions, and conduct, when known or objectively apparent to a reasonable officer, and whether such restraints are necessary to provide for the safety of the juvenile, the officer, or others. | IMR3 | | | | | | | Policy Methodology; Community Methodology | Policy Sources; Community Sources | Training Methodology | Training Sources | Community Methodology; Data Methodology, assess whether the CPD is tracking the use of handcuffs to assess whether members are complying with this paragraph's requirements | Community Sources; Data Sources, including records reflecting the CPD's tracking of members uses of handcuffs or other physical restraints on juveniles | |
| COMMUNITY POLICING | 37 | Consistent with the requirements set forth in the Training section of this Agreement, CPD will incorporate the philosophy of community policing into its annual in service training for all officers, including supervisors and command staff, by providing training on the following topics: a. an overview of the philosophy and principles of community policing, consistent with this Agreement; b. methods and strategies for establishing and strengthening community partnerships that enable officers to work with communities to set public safety and crime prevention priorities and to create opportunities for positive interactions with all members of the community, including, but not limited to, youth, people of color, women, LGBTQI individuals, religious minorities, immigrants, individuals with limited English proficiency, homeless individuals, and individuals with disabilities; c. problem-solving tactics and techniques; d. information about adolescent development and techniques for positive interactions with youth; and e. effective communication and interpersonal skills. | IMR3 | | | | | | | Policy Methodology, written guidance regarding the training; Community Methodology | Policy Sources; Community Sources | Training Methodology, assess efforts to train members based on the written materials provided for Preliminary compliance; Jobs Methodology | Training Sources; Jobs Sources | Community Methodology; Data Methodology, assess whether the CPD developed a tracking system which it can use to determine whether the training is translating into to effective community policing | Community Sources; Data Sources | |
| COMMUNITY POLICING | 38 | Through inter-governmental agreements between CPD and Chicago Public Schools ("CPS"), CPD has assigned officers to work in CPS schools. In the event that CPD and CPS decide to continue this practice, officers assigned to work in CPS schools will be appropriately vetted, trained, and guided by clear policy in order to cultivate relationships of mutual respect and understanding, and foster a safe, supportive, and positive learning environment for students. | IMR3 | | | | | | | Policy Methodology; Community Methodology | Policy Sources, including the inter-governmental agreements between CPD and CPS; Community Sources | Training Methodology; Jobs Methodology | Training Sources; Jobs Sources | Community Methodology; Data Methodology, assess whether the CPD developed a system to measure whether the program and training is cultivating relationships of mutual respect and understanding, and foster a safe, supportive, and positive learning environment for students | Community Sources; Data Sources | |
| COMMUNITY POLICING | 39 | **39. Before the 2019-2020 school year begins**, in consultation with CPS and considering input from CPD members, including officers assigned to work in CPS schools, school personnel, families, students, and community stakeholders, CPD will develop and implement screening criteria to ensure that all officers assigned to work in CPS schools have the qualifications, skills, and abilities necessary to work safely and effectively with students, parents and guardians, and school personnel. Only CPD officers who satisfy the screening criteria will be assigned to work in CPS schools. | IMR1 | September 3, 2019 | | | | | | Determine whether CPD has considered the requisite input and developed and implemented the requisite screening criteria and 2019-2020 policy; determine whether the officers assigned to work in CPS schools meet the screening criteria; Jobs Methodology; Community Methodology | Records regarding the development and application of the screening criteria for identifying officers qualified to work in CPS schools, including the requisite input; Jobs Sources; Community Sources | Policy Methodology; Training Methodology | Policy Sources; Training Sources | Assess the CPD's efforts to evaluate the development and implementation of the training criteria, which will align with our assessment of ¶41 | Community Sources; Data Sources; interviews with representatives from relevant City entities | |
| COMMUNITY POLICING | 40 | Before the 2019-2020 school year begins, in consultation with CPS and considering input from CPD members, including officers assigned to work in CPS schools, school personnel, families, students, and community stakeholders, CPD will develop a policy that clearly defines the role of officers assigned to work in CPS schools. This policy will be reviewed by the Monitor by the end of 2019. Any suggested revisions by the Monitor that are adopted by CPD will be implemented by CPD before the 2020-2021 school year. The policy will reflect best practices and will include, but not be limited to: a. the duties, responsibilities, and appropriate actions of officers assigned to work in CPS schools and school personnel, including an express prohibition on the administration of school discipline by CPD officers; b. selection criteria for officers assigned to work in CPS schools; c. the requirement that officers assigned to work in CPS school receive initial and refresher training; and d. the collection, analysis, and use of data regarding CPD activities in CPS schools. | IMR1 | September 3, 2019 | | | | | | Determine whether CPD has considered the requisite input and developed and implemented the requisite screening criteria and 2019-2020 policy; determine whether the officers assigned to work in CPS schools meet the screening criteria; Jobs Methodology; Community Methodology | Records regarding the development and application of the screening criteria for identifying officers qualified to work in CPS schools, including the requisite input; Jobs Sources; Community Sources | Policy Methodology; Training Methodology | Policy Sources; Training Sources | Assess the CPD's efforts to evaluate the implementation of the policy for effectiveness, which will align with our assessment of ¶41. | Community Sources; Data Sources; interviews with representatives from relevant City entities | |
| COMMUNITY POLICING | 41 | CPD will, within 60 days of the completion of the 2019-2020 school year, and on an annual basis thereafter, review and, to the extent necessary, revise its policies and practices regarding officers assigned to work in CPS schools to ensure they are responsive to the needs of the Department, CPS, and its students. This evaluation will include input from CPD members, including officers assigned to work in CPS schools, school personnel, families, students, and community stakeholders. Any revisions to CPD's policies and procedures regarding officers assigned to schools will be submitted to the Monitor and OAG in accordance with the requirements of Part C of the Implementation, Enforcement, and Monitoring section of this Agreement. | IMR3 | August 17, 2020 (**October 19, 2020**) | August 17, 2021 (**October 19, 2021**) | August 17, 2022 (**October 19, 2022**) | August 17, 2023 (**October 19, 2023**) | August 17, 2024 (**October 19, 2024**) | **Annually** | Policy Methodology, assess whether the CPD developed a policy regarding the annual review of policies and practices, Community Methodology | Policy Sources; Community Sources | Training Methodology; Data Methodology | Training Sources; Data Sources | Community Methodology; Data Methodology; assess the CPD's efforts to evaluate this review process to ensure they are responsive to the needs of the CPD, CPS, and its students | Community Sources; Data Sources | |
| COMMUNITY POLICING | 42 | CPD officers assigned to work in CPS schools will receive specialized initial and **annual** refresher training that is adequate in quality, quantity, scope, and type, and that addresses subjects including, but not limited to: a. school-based legal topics; b. cultural competency; c. problem-solving; d. the use of de-escalation techniques, use of restorative approaches, and available community resources and alternative response options; e. youth development; f. crisis intervention; g. disability and special education issues; and h. methods and strategies that create positive interactions with specific student groups such as those with limited English proficiency, who are LGBTQI, or are experiencing homelessness. The training will be developed and delivered in accordance with the requirements of the Training section of this Agreement. | IMR2 | February 29, 2020 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether the CPD has allocated sufficient resources to continue providing specialized initial and annual refresher training; assess the CPD's efforts to evaluate the trainings to ensure they are responsive to the needs of the CPD, CPS, and its students | Interviews with relevant City personnel; Community Sources | |
| COMMUNITY POLICING | 43 | The curricula, lesson plans, and course materials used in initial training provided before the 2019-2020 school year will be reviewed by the Monitor **by the end of 2019**. Any suggested revisions by the Monitor that are adopted by CPD will be implemented by CPD before the 2020-2021 school year. | IMR2 | December 31, 2019 | | | | | | Training Methodology; specifically, the sufficient review and revision process described by ¶43 | Training Sources | Training Methodology; specifically, that the training is provided in accordance ¶43 | Training Sources regarding the 2019-2020 school year; Community Sources | Assess the CPD's efforts to evaluate the training(s) to ensure the trainings are responsive to the needs of the CPD, CPS, and its students | Training Sources; Community Sources | |
| COMMUNITY POLICING | 44 | **Before the 2019-2020 school year begins**, CPD will undertake best efforts to enter into a memorandum of understanding with CPS, to clearly delineate authority and specify procedures for CPD officer interactions with students while on school grounds, consistent with the law, best practices, and this Agreement. | IMR1 | September 3, 2019 | | | | | | Determine whether the CPD undertook best efforts to enter the requisite MOU | Records regarding best efforts; interviews of relevant City personnel; Community Sources | Determine whether the CPD took best efforts to clearly delineate authority and procedures for CPD officer interactions with students; Training Methodology | Records regarding best efforts; interviews of relevant City personnel; Community Sources; Training Sources | Assess the CPD's efforts to evaluate the effectiveness of the MOU in clearly delineating authority and specify procedures for CPD officer interaction with students | Data Sources, including student resource officers, CPS representatives, arrest data, and school-related complaints; Community Sources; interviews with relevant City representatives | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMMUNITY POLICING | 45 | **By January 1, 2020, and annually thereafter,** District Commanders will review their district's policing strategies, with input from the District Advisory Committees and the Office of Community Policing, to ensure the strategies are consistent with the principles of community policing. This review will include, but not be limited to: a. reviewing available district resources and personnel assignments; b. identifying methods to support their district's ability to effectively problem solve, including collaborating with City departments, services, and sister agencies; and c. identifying district-level CPD members, as needed, to assist members of the community with access to police and City services, including community members who have experienced previous challenges, such as LGBTQI individuals, religious minorities, immigrants, individuals with disabilities, individuals in crisis, homeless individuals, and survivors of sexual assault and domestic violence. | IMR2 | January 1, 2020 | January 1, 2021 (**March 6, 2021**) | January 1, 2022 (**March 6, 2022**) | January 1, 2023 (**March 6, 2023**) | January 1, 2024 (**March 6, 2024**) | **Annually** | Determine whether the District Commanders reviewed their district's policing strategies as required and considered the requisite input; Policy Methodology | Records sufficient to show the requisite review of district policing strategies and consideration of the requisite input; district policing strategies; interviews with District Commanders and other relevant City and CPD personnel; Community Sources; Policy Sources | Review district policing strategies to determine whether they are consistent with principles of community policing as required; Training Methodology | District policing strategies; community recommendations from each of the 22 Police districts as compiled by CPD, including the processes through which these recommendations are solicited and developed; CPD response to these recommendations; interviews with District Commanders and other relevant City and CPD personnel; Community Sources; Training Sources | Determine whether the CPD has allocated sufficient resources for District Commanders to annually review district policing strategies with the requisite input, assess the CPD's efforts to evaluate the effectiveness of the review process | Interviews with District Commanders and other relevant City and CPD personnel; Data Sources; Community Sources | |
| COMMUNITY POLICING | 46 | **Within 180 days of the Effective Date**, and as appropriate thereafter, CPD will solicit, consider, and respond to input, feedback, and recommendations from the community in each district about its policing efforts and strategies. Such practices may include, but are not limited to, direct surveys, community meetings, beat community meetings, and engagement through social media. CPD will identify strategies for soliciting input from individuals that reflect a broad cross section of the community each district serves. | IMR2 | August 28, 2019 | | | | | | Determine whether CPD meaningfully solicited, considered, and responded to community input as required; Community Methodology | Community Sources; Community Policing Plan; District Plans; District Commanders; District-level community meeting minutes and documentation; District-level community surveys or other sources of documentation and input | Determine whether CPD continued to sufficiently solicit, consider, and respond to community input as required, including making appropriate improvements to those efforts; Community Methodology | Community Sources; Community Policing Plan; District Plans; District Commanders; District-level community meeting minutes and documentation; District-level community surveys or other sources of documentation and input | Determine whether the CPD allocates sufficient resources to continue, as appropriate, soliciting, considering, and responding to input, feedback, and recommendations | Community Sources; Data Sources; Policy Sources | |
| COMMUNITY POLICING | 47 | **Within 180 days of the Effective Date**, CPD will develop procedures to **annually** evaluate the effectiveness of the Department's efforts and strategies for building community partnerships and using problem-solving techniques aimed at reducing crime and improving quality of life. CPD will determine any necessary adjustments based on its **annual evaluation**. | IMR2 | August 28, 2019 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether the CPD has allocated sufficient resources to annual evaluations and necessary adjustments | Community Sources; Data Sources; interviews with representatives from relevant City personnel | |
| COMMUNITY POLICING | 48 | CPD will create opportunities to highlight, reward, and encourage officer, supervisory, and district performance on furthering community partnerships, engaging in problem-solving techniques, effective use of de escalation, exemplary and effective supervision, and implementing community-oriented crime prevention strategies. | IMR4 | | | | | | | Policy Methodology, assess the CPD's plan to track these behaviors. | Policy Sources | Assess whether the CPD has implemented the plan to track its efforts to highlight, aware, and encourage the behaviors, Data Methodology | Data Sources | Data Methodology | Data Sources | |
| IMPARTIAL POLICING | 49 | 49. The Parties agree that policing fairly, with courtesy and dignity, and without bias is central to promoting broad community engagement, fostering public confidence in CPD, and building partnerships between law enforcement and members of the Chicago community that support the effective delivery of police services. | Not Monitorable | | | | | | | | | | | | | |
| IMPARTIAL POLICING | 50 | 50. In conducting its activities, CPD will provide police services to all members of the public without bias and will treat all persons with the courtesy and dignity which is inherently due every person as a human being without reference to stereotype based on race, color, ethnicity, religion, homeless status, national origin, immigration status, gender identity or expression, sexual orientation, socio-economic class, age, disability, incarceration status, or criminal history. | Not Monitorable | | | | | | | | | | | | | |
| IMPARTIAL POLICING | 51 | 51. CPD will ensure its members have clear policy, training, and supervisory direction in order to provide police services in a manner that promotes community trust of its policing efforts and ensures equal protection of the law to all individuals. | Not Monitorable | | | | | | | | | | | | | |
| IMPARTIAL POLICING | 52 | In developing or revising policies and training referenced in this section, CPD will seek input from members of the community and community-based organizations with relevant knowledge and experience through community engagement efforts. | IMR3 | | | | | | | Policy Methodology; Community Methodology (¶52); | Policy Sources; Community Sources (¶52); Jobs Sources | Community Methodology (¶52); Jobs Methodology | Community Sources (¶52); Jobs Sources | Community Methodology (¶52); Data Methodology; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 53 | CPD will, consistent with this Agreement, ensure that its policies and practices prohibit discrimination on the basis of any protected class under federal, state, and local law, including race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military status, source of income, credit history, criminal record, or criminal history. CPD's policies and practices will prohibit retaliation consistent with Section 6-101 of the Illinois Human Rights Act (eff. Jan, 1, 2015) and Section 2-160-100 of the Municipal Code of Chicago (amended Oct. 11, 2017). | IMR2 | | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 54 | CPD will continue to require that all CPD members interact with all members of the public in an unbiased, fair, and respectful manner. CPD will require that officers refrain from using language or taking action intended to taunt or denigrate an individual, including using racist or derogatory language. | IMR3 | | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology; | Training Sources; Community Sources | Community Methodology; Data Methodology; determine whether the CPD has sufficiently implemented its policy and training; assess impact of policy and training on CPD organization and field operations; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 55 | CPD will prohibit officers from using race, ethnicity, color, national origin, ancestry, religion, disability, gender, gender identity, sexual orientation, immigration status, homeless status, marital status, parental status, military discharge status, financial status, or lawful source of income when making routine or spontaneous law enforcement decisions, except when such information is part of a specific subject description | IMR3 | | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Data Methodology; determine whether the CPD has sufficiently implemented its policy and training; assess impact of policy and training on CPD organization and field operations; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 56 | CPD will provide guidance, through training and supervision, that reinforces to officers that substitutes or stereotypes for the demographic categories listed above in Paragraph 55, such as manner of dress, mode of transportation, or language ability, is prohibited when making routine or spontaneous law enforcement decisions, except when such information is part of a specific subject description. | IMR3 | | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Data Methodology; determine whether the CPD has sufficiently implemented its policy and training; assess impact of policy and training on CPD organization and field operations; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 57 | CPD will continue to prohibit CPD members from posting, displaying, or transmitting content that is disparaging to a person or group based on race, religion, sexual orientation, or any other protected class on personal social media accounts. | IMR3 | | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Data Methodology; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 58 | **Within 90 days of the Effective Date**, CPD will clarify in policy that CPD officers will permit members of the public to photograph and record CPD officers in the performance of their law enforcement duties in a public place, or in circumstances in which the officer has no reasonable expectation of privacy. The policy will also provide that officers may take reasonable action to maintain safety and control, secure crime scenes and accident sites, protect the integrity and confidentiality of investigations, and protect the safety of officers or others. | IMR1 | May 30, 2019 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; body worn camera video footage; public postings of interactions between community members and the police; review of complaints and applicable investigation and disciplinary records | |
| IMPARTIAL POLICING | 59 | 59. Consistent with the requirements in the Accountability and Transparency section of this Agreement and CPD policy, CPD will require that CPD members immediately report to a CPD supervisor all incidents where they observe other CPD members who have engaged in misconduct, including discrimination, profiling, or other bias-based policing. | IMR5 | | | | | | | Policy Methodology; Data Methodology; Community Methodology (¶52) | Policy Sources; Data Sources; Community Sources (¶52) | Training Methodology | Training Sources | Data Methodology; determine whether CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 60 | **Within 365 days of the Effective Date**, CPD will develop and implement a policy guiding officers' interactions with members of religious communities. The policy will include, but not be limited to, instruction on interacting and searching individuals with garments or coverings of religious significance. | IMR2 | February 29, 2020 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; interviews with relevant CPD personnel | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPARTIAL POLICING | 61 | **Within 180 days of the Effective Date**, CPD will review and, as necessary, revise its policies guiding CPD members' interactions with transgender, intersex, and gender non-conforming individuals, including protocols for arrests, pat downs and searches, transportation, and detention, in order to ensure that, at a minimum: a. terms are properly defined; b. CPD members address individuals, using the names, pronouns, and titles of respect appropriate to the individual's gender identity as expressed or clarified by the individual; c. CPD members refer to individuals in documentation by the name and gender identity as expressed or clarified by the individual, in addition to the information provided on the individual's government-issued identification; d. where same-sex pat downs or searches are required by law or CPD policy, CPD members will respect the gender identity as expressed or clarified by the individual and not rely on proof of the individual's gender identity, such as an identification card, except when a pat down is immediately necessary and waiting for an officer of the same gender would compromise officer or public safety; e. absent exigent circumstances, a transgender, intersex, or gender nonconforming individual is not transported or detained with individuals of a different gender, and that when determining the gender of that individual, CPD members will respect the gender identity as expressed or clarified by the individual and not rely on proof of the individual's gender identity, such as an identification card; and f. CPD members are prohibited from inquiring about intimate details of an individual's anatomy, or medical history, except as necessary to serve a valid law enforcement purpose. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources; Data Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; interviews with relevant CPD personnel | |
| IMPARTIAL POLICING | 62 | CPD will require that officers comply with CPD policies related to officer response to allegations of sexual assault, sexual abuse, stalking, and domestic violence. All officers will receive in-service training **every three years** to ensure CPD's response to allegations of gender-based violence, including dispatch response, initial officer response, and on-scene and follow-up investigation, is both effective and unbiased. | IMR3 | **December 31, 2022** | **December 31, 2025** | **December 31, 2028** | **December 31, 2031** | **December 31, 2034** | **Every three years** | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology; determine whether the CPD has sufficiently implemented its policy and training | Training Sources; Community Sources (¶52) | Data Methodology; assess impact of policy and training on CPD organization and field operations; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 63 | **Within 180 days of the Effective Date**, CPD will develop and implement a policy that prohibits sexual misconduct by CPD members. The policy will be consistent with best practices and applicable law and will provide definitions of various types of sexual offenses, including those that are not criminal in nature. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources (¶52) | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; interviews with relevant CPD personnel | |
| IMPARTIAL POLICING | 64 | **Within 180 days of the Effective Date**, CPD will review and, to the extent necessary, revise its language access policy to provide meaningful access to CPD programs and services for individuals who have a limited ability to speak, read, write, or understand English. CPD will ensure that its language access policy provides timely and meaningful access to police services for individuals with limited English proficiency ("LEP"). CPD will also require that qualified and Department-authorized interpreters are used in accordance with CPD policy, including for the provision of Miranda warnings. CPD will publish its language access policy on its website and, consistent with the requirements of Paragraph 28 of the Community Policing section of this Agreement, make the policy available to community-based groups serving LEP communities in Chicago. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources; Data Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; interviews with relevant CPD personnel | |
| IMPARTIAL POLICING | 65 | **Within 180 days of the Effective Date**, the City will designate a language access coordinator who will coordinate with CPD and review CPD's compliance with its language access policy and Section 2-40 of the Municipal Code of Chicago. The City's language access coordinator will assess the effectiveness and efficiency of CPD's policies on an ongoing basis and will report to the Superintendent or his or her designee any recommendations to revise policy, if necessary. | IMR2 | August 28, 2019 | | | | | | Jobs Methodology | Jobs Sources | Data Methodology; Community Methodology; ensure the language access coordinator is assessing the effectiveness and efficiency of CPD's policies on an ongoing basis and will report to the Superintendent or his or her designee any recommendations to revise policy, if necessary | Data Sources; Community Sources, including Language access coordinator; Language Access Coordinator's reports and work product | Review the quality and consistency of the language access coordinator's assessments of the CPD's policies and reports; Community Methodology; assess the City and CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Policy Sources; Community Sources, including the limited English proficiency community; language access coordinator and the language access coordinator's reports and work products | |
| IMPARTIAL POLICING | 66 | **Within 365 days of the Effective Date**, OEMC will provide training to its police communication supervisors, call-takers, and dispatchers (collectively, "tele-communicators") that is adequate in quality, quantity, type, and scope, and that addresses procedures consistent with CPD policy for responding to calls requiring language access services. | IMR2 | February 29, 2020 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; relevant City personnel, including OEMC trainers, tele communicators; the language access coordinator | |
| IMPARTIAL POLICING | 67 | **Within 180 days of the Effective Date**, and as necessary thereafter, CPD will translate its language access policy into any non-English language spoken by a limited or non-English proficient population that constitutes 5% or 10,000 individuals, whichever is less, in Chicago, as outlined in Section 2-40-020 of the Chicago municipal Code. CPD will publish translated versions of its language access policy on its website. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; interview relevant City personnel, including the language access coordinator | |
| IMPARTIAL POLICING | 68 | **Before January 1, 2020**, CPD will review and, to the extent necessary, revise its policies and practices for ensuring effective communication and meaningful access to CPD programs, services, and activities for individuals with physical, mental, or developmental disabilities. These policies will identify specific procedures and responsibilities applicable to circumstances in which CPD officers encounter persons with intellectual or developmental disabilities, autism, dementia, blindness, deafness, hearing loss, and mobility disabilities, including, but not limited to: a. properly defining terms related to individuals with disabilities and the disability community; b. providing reasonable accommodations, to the extent safe and feasible, in order to facilitate CPD officer encounters with individuals with a disability; c. the arrest and transport of individuals with disabilities or who require the assistance of ambulatory devices; and d. using qualified and Department-authorized interpreters, consistent with CPD policy, to communicate with people who are deaf, hard of hearing, or who have a speech impairment, including for the provision of Miranda warnings. | IMR2 | January 1, 2020 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 69 | **Before January 1, 2020**, CPD will develop a training bulletin that provides CPD members guidance on interactions with people with disabilities, including: a. recognizing and responding to conduct or behavior that is related to an individual's disability, including qualifying medical conditions such as Alzheimer's disease and diabetes; b. providing effective communication and minimizing barriers to communication, including by incorporating sign language and other modes of communication used by people who are deaf, hard of hearing, or who have a speech impairment during police-community interactions; c. attending to the specific needs of individuals with disabilities, such as mobility devices, prosthetics, and service animals; and d. recognizing and responding to identified abuse, neglect, or exploitation of individuals with disabilities, including making any notifications required by CPD policy or the law. | IMR2 | January 1, 2020 | | | | | | Policy Methodology; determine whether the CPD has developed a training bulletin that provides the requisite guidance | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its training bulletin; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 70 | **Within 180 days of the Effective Date**, CPD will designate at least one member as an Americans with Disabilities Act ("ADA") liaison who will coordinate CPD's efforts to comply with the ADA and: a. regularly review the effectiveness and efficiency of CPD's policies and training as they relate to individuals with disabilities and report to the Superintendent, or his or her designee, any recommended revisions, if necessary, to ensure compliance with the law and this Agreement; b. serve as a resource to assist CPD members in providing meaningful access to police services for individuals with disabilities; and c. act as a liaison between CPD and individuals with disabilities. | IMR2 | August 28, 2019 | | | | | | Jobs Methodology | Jobs Sources | Policy Methodology; Training Methodology | Policy Sources; Training Sources | Community Methodology; Determine whether the ADA liaison is doing the requisite coordination, reviews, and other actions; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources; ADA Liaison and other City personnel, including the Superintendent | |
| IMPARTIAL POLICING | 71 | **Within 180 days of the Effective Date**, CPD will develop a policy for transporting arrested or detained individuals that requires CPD officers to notify OEMC of the start and end of a transport and whether the individual is a juvenile or adult. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Community Methodology (¶52) | Policy Sources; Community Sources (¶52) | Training Methodology; Community Methodology (¶52) | Training Sources; Community Sources (¶52) | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 72 | The Parties recognize that training is a necessary component of impartial policing. CPD will integrate the concept of impartial policing into related CPD training courses when appropriate, including, but not limited to, use of force courses, weapons training courses, and Fourth Amendment subjects courses. | IMR2 | | | | | | | Determine whether the CPD has reviewed its training courses and created an effective plan to integrate the concept of impartial policing into those related courses | Policy Sources; Community Sources; records sufficient to show that the CPD has reviewed its training courses and created a plan to integrate impartial policing concepts | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently and effectively incorporated the concept of impartial policing into related CPD training courses; Community Methodology; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources | |
| IMPARTIAL POLICING | 73 | The Parties acknowledge that CPD has developed, with the aid of subject-matter experts, a three-part course called Procedural Justice, which covers certain impartial policing subjects including the principles of procedural justice, the importance of police legitimacy, and the existence of and methods for minimizing the impact of implicit bias. **By the end of the year 2020,** all officers, including supervisors, will complete the Procedural Justice course. | IMR4 | December 31, 2020 (**March 5, 2021**) | | | | | | Policy Sources; IMT review of procedural justice courses for sufficiency, accuracy, and completeness for requirements of this paragraph. | Policy Sources; Community Sources (¶52); Data Sources | Training Methodology; Community Methodology; Jobs Methodology; assessment of the delivery of Procedural Justice courses to all CPD officers | Training Sources; Community Sources; Jobs Sources | Data Methodology; assess impact of training on CPD organization and field operations; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Data Sources | |

| # | Paragraph | | | | | | | | Policy/Methodology | Sources | Training/Methodology | Training Sources | Assessment | Audit Sources |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | Consistent with the requirements set forth in the Training section of this Agreement, CPD will incorporate the concept of impartial policing into its annual in-service training for all officers, including supervisors and command staff, by providing training on the following topics: a. CPD's anti-bias and impartial policing policies, including, but not limited to, the policies referenced in this section unless otherwise required; b. refreshers of topics covered in Procedural Justice; c. appropriate use of social media; d. cultural competency training that prepares officers to interact effectively with people from diverse communities including, but not limited to, people of color, LGBTQ individuals, religious minorities, and immigrants; e. recognizing when a person has a physical, intellectual, developmental or mental disability, including protocols for providing timely and meaningful access to police services for individuals with disabilities; and f. the specific history and racial challenges in the City of Chicago. | | | | | | | | Policy Methodology; Community Methodology (R52) | Policy Sources; Community Sources (R52) | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the CPD has sufficiently and effectively incorporated the concept of impartial policing into annual in-service training for all officers; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 75 | CEMC currently provides diversity awareness training to all new telecommunicators which, among other things, addresses the existence of and methods for minimizing the impact of implicit bias. CEMC will continue to provide training on this topic to all new tele-communicators and, beginning in 2020, will provide all tele-communicators with refresher training every two years on this topic that is adequate in quantity, quality, type, and scope. | ~~December 31, 2020~~ March 1, 2021 | December 31, 2022 | December 31, 2024 | December 31, 2026 | December 31, 2028 | Every two years | | Policy Methodology; Community Methodology | Policy Sources; Community Sources | Training Methodology; Community Methodology; determine whether the CEMC has sufficiently implemented its policy and training | Training Sources; Community Sources | Data Methodology; assess the CEMC's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 76 | By January 1, 2020, CPD will review and, to the extent necessary, revise its policies and procedures to ensure that allegations and complaints of hate crimes, as defined by federal, state, and local law, are comprehensively investigated. | January 1, 2020 | | | | | | | Policy Methodology; Community Methodology (R52) | Policy Sources; Community Sources (R52) | Training Methodology; Community Methodology; determine whether the CPD has sufficiently implemented its policy and training | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 77 | CPD will ensure that all officers receive in-service training every two years on methods, strategies, and techniques for recognizing and responding to hate crimes, including CPD's procedures for processing reports and complaints. | December 31, 2020 | December 31, 2022 | December 31, 2024 | December 31, 2026 | December 31, 2028 | Every two years | | Policy Methodology; Community Methodology (R52) | Policy Sources; Community Sources (R52) | Training Methodology; Community Methodology; determine whether the CPD has sufficiently implemented its policy and training | Training Sources; Community Sources | Data Methodology; assess impact of training on CPD organization and field operations; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 78 | Within 180 days following the expiration of each calendar year of the term of this Agreement, CPD will publish an annual report summarizing reported hate crimes and non-criminal incidents motivated by hate during the previous calendar year ("CPD Hate Crime Report"). The CPD Hate Crime Report will include information about the number of reported hate crimes and non-criminal incidents motivated by hate, organized by type of crime, classification or bias motivation, and disposition of hate crime investigations in each district. | June 28, 2020 (August 30, 2020) | June 28, 2021 (August 30, 2021) | June 28, 2022 (August 30, 2022) | June 28, 2023 (August 30, 2023) | June 28, 2024 (August 30, 2024) | Annually | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Assess whether the CPD published its report | Data Sources; Data Sources; Community Sources | Community Methodology (R52); Data Methodology; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 79 | By April 1, 2020, and every year thereafter, CPD will conduct an assessment of the relative frequency of all misdemeanor arrests and administrative notices of violation ("ANOVs") effectuated by CPD members of persons in specific demographic categories, including race and gender. | April 1, 2020 (June 3, 2020) | April 1, 2021 (June 3, 2021) | April 1, 2022 (June 3, 2022) | April 1, 2023 (June 3, 2023) | April 1, 2024 (June 3, 2024) | Annually | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Data Methodology | Data Sources; Data Sources; Community Sources | Community Methodology (R52); Data Methodology; assess the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 80 | Prior to conducting this assessment, CPD will share its proposed methodology, including any proposed factors to be considered as part of the assessment, with the Monitor for review and approval. The Monitor will approve CPD's proposed methodology provided that the Monitor determines that CPD's methodology comports with published, peer-reviewed methodologies and this Agreement. Upon completion of the assessment, CPD will identify any modifications to CPD's practices to address the findings in the assessment and develop a timeline for implementation, subject to Monitor review and approval. Upon completion of the assessment, CPD will publish the underlying data, excluding personal identifying information (e.g., name, address, contact information), via a publicly-accessible, web-based data platform. | April 1, 2020 (June 3, 2020) | April 1, 2021 (June 3, 2021) | April 1, 2022 (June 3, 2022) | April 1, 2023 (June 3, 2023) | April 1, 2024 (June 3, 2024) | Annually | | Community Methodology; determine whether the CPD developed a community-sensitive methodology of proposed factors to be considered as part of its R79 assessment; Data Methodology | Data Sources, including the methodology and underlying records | Review the CPD's assessment methodology for completeness and sufficiency in a way that comports with published, peer-reviewed methodologies and the Consent Decree; Data Methodology; assess CPD's modifications to its practices to address findings of the assessment and a timeline for implementation | Data Sources, including the plans, timeline, and underlying records; Data Sources | Community Methodology; Data Methodology; publishing of the assessment and annual assessment thereafter; implementation of practices to address findings of the assessment on agreed upon timelines; assess the CPD's efforts to evaluate the effectiveness of their compliance with these requirements | Community Sources; Data Sources |
| 81 | If at any point, the City's obligations under the August 6, 2015 Investigatory Stop and Protective Pat Down Settlement Agreement ("ACLU Agreement") terminates, CPD will include all steps effectuated by CPD members that were subject to the ACLU Agreement in the assessment required by this Part. | N/A | | | | | | | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| 82 | Nothing in this Part will be interpreted to require CPD to analyze statistical data beyond that currently collected and maintained in electronic databases unless otherwise required under this Agreement. In instances in which race or gender data is not maintained in an electronic database, CPD may use geographic data in its assessment. For purposes of this paragraph, information contained solely in a scanned PDF document or other image of a document, and not otherwise collected and maintained in an electronic database, is not considered data maintained in an electronic database. | N/A | | | | | | | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable | Not applicable |
| 83 | 83. CPD officers often serve as first responders to individuals experiencing a behavioral or mental health crisis. These individuals may exhibit symptoms of known, suspected, or perceived behavioral or mental health conditions, including, but not limited to, mental illness, intellectual or developmental disabilities, or co-occurring conditions such as substance use disorders. The Parties acknowledge that having a mental illness, an intellectual or developmental disability, or co-occurring condition does not mean an individual necessarily is in crisis, or that having a behavioral or mental health condition would necessarily be the reason for any crisis that requires police involvement. However, it may need to be considered or warrant heightened sensitivity to ensure an appropriate response. Therefore, individuals in the groups listed above will be collectively referred to as "individuals in crisis" for the purposes of this Agreement. | Not Monitorable | | | | | | | | | | | | |
| 84 | 84. A person may be a suspected individual in crisis based on a number of factors, including, but not limited to, self-reporting; information provided by witnesses, family members; or individuals requesting service; CPD's previous knowledge of the individual; or an officer's direct observation. | Not Monitorable | | | | | | | | | | | | |
| 85 | 85. CPD officers will interact with individuals in crisis with dignity and respect. The use of trauma-informed crisis intervention techniques to respond appropriately to individuals in crisis will help CPD officers reduce the need to use force, improve safety in police interactions with individuals in crisis, promote the connection of individuals in crisis to the healthcare and available community-based service systems, and decrease unnecessary criminal justice involvement for individuals in crisis. CPD will allow officers sufficient time and resources to use appropriate crisis intervention techniques, including de-escalation techniques, to respond to and resolve incidents involving individuals in crisis. To achieve these outcomes, the City and CPD will implement the requirements of this Agreement. | Not Monitorable | | | | | | | | | | | | |
| 86 | 86. The City and CPD are committed to exploring diversion programs, resources, and alternatives to arrest for individuals in crisis. | Not Monitorable | | | | | | | | | | | | |

| # | | Dates | | | | | Freq. | | Policy | | | | Training | | | Jobs | Data | Community |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | | Training Methodology | | Training Sources | Jobs Methodology; Data Methodology | Data Sources; Data Sources | |
| 88 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | | Training Methodology; Community Methodology | | Training Sources; Community Sources | | Determine whether the CPD has sufficiently implemented its policy and training and allocated sufficient resources for the CIT Coordinator to annually review and, if necessary, revise policies and procedures, define data methodology and analysis supporting each of the elements of this paragraph | Data Sources; Community Sources |
| 89 | | February 29, 2020 | December 31, 2020 | December 31, 2021 | December 31, 2022 | December 31, 2023 | Annually | ¶452 | Policy Methodology; Jobs Methodology | | Policy Sources; Jobs Sources; Data Sources, including officers, advisory committee | | Training Methodology | | Training Sources; Data Sources, including instructors | Data Methodology; Determine whether the CPD has sufficiently implemented its policy and training and allocated sufficient resources for the CIT Coordinator to annually review and, if necessary, revise policies and procedures | Community Sources; Data Sources, including relevant City personnel, such as the CIT Coordinator, body-worn camera footage, and relevant forms and reports from CIT calls |
| 90 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | | Jobs Methodology; reviewing the implementation of the district level response. Reviewing CIT Program resources, identify the data and information necessary for the CIT program and ensuring appropriate access | Jobs Sources | | Data Methodology | Data Sources |
| 91 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | Evaluate needs assessment tool and utilization of the tool. Determine whether the District Commander and CIT Coordinator have identified the needs of each district, which have been approved by the Chief of the Bureau of Patrol | Policy Sources; Data Sources, including assessment of whether the City created requisite positions that are staffed with qualified personnel, following for selection procedures, and use appropriate applicant screening tools and criteria for specialized position | Training Methodology; Community Methodology | | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policies and training for CIT Officers. Evaluate CPD's ongoing commitment to "specialized crisis intervention duties"; Develop an implementation plan outlining objectives under each requirement, tracking: Data Sources, Needs Assessments, Training Sources, Policy Sources and demonstrated Community involvement will be considered. | Community Sources; Data Sources; Training Sources; Policy Sources; Training Sources |
| 92 | | | | | | | | ¶452 | Policy Methodology; Jobs Methodology | | Policy Sources; Jobs Sources | | Training Methodology; Community Methodology | | Training Sources; Community Sources | Determine whether the CPD has sufficiently implemented its policies and training for CIT Officers. Evaluate CPD's ongoing commitment to "specialized crisis intervention duties" | Community Sources; Data Sources; Training Sources; Policy Sources |
| 93 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | | Jobs Methodology; Data Methodology; assess the CPD's development and implementation of criteria for initial and ongoing service as a Certified CIT Officer, including a process to track Certified CIT Officer's disciplinary history and performance history that removes officers from the daily Certified CIT Officer rosters when they do not meet this paragraph's requirements | Training Sources, including records that demonstrate supervisors and instructors have received adequate instruction regarding identifying and recruiting qualified officers in light of officers' disciplinary history, performance history; Data Sources | | Jobs Methodology; Data Methodology | Jobs Sources; Data Sources, use data to flag performance and disciplinary history |
| 94 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | | Training Methodology; Assess the ways in which supervisors and instructors are screening for qualified officers | Training Sources, including records that demonstrate supervisors and instructors have received adequate instruction regarding identifying and recruiting qualified officers in light of officers' disciplinary history; Data Sources | | Jobs Methodology; Data Methodology | Jobs Sources; Data Sources, use data to flag performance and disciplinary history |
| 95 | | | | | | | | | Policy Methodology | | Policy Sources | | Training Methodology; Data Methodology; assess the CPD's development and implementation of a system that would train Certified CIT Officers, ensure they receive the required training at the required frequency | Training Methodology; Data Methodology | | Training Methodology; Data Methodology | Data Sources |
| 96 | | | | | | | | ¶452 | Policy Methodology | | Policy Sources | | Training Methodology; Data Methodology; assess the CPD's development and implementation of a system that would train Certified CIT Officers, ensure they receive the required training at the required frequency | Training Sources, including comprehensive training evaluation data | | Training Methodology; Data Methodology; Determine whether the CPD's tracking process is sufficient and whether the CPD's tracking is necessary based on comprehensive training evaluations | Training Sources; Data Sources |
| 97 | | | | | | | | ¶451 | Policy Methodology | | Policy Sources | | Training Methodology; Data Methodology; including collecting comprehensive training evaluation data | Training Sources; Data Sources | | Training Methodology; Data Methodology; including improving the training based on comprehensive training evaluation data | Training Sources; Data Sources |
| 98 | | | | | | | | ¶2350 | Policy Methodology | | Policy Sources | | Training Methodology; Community Methodology; Data Methodology | Training Sources, Data Sources | | Training Methodology; Data Methodology | Training Sources; Data Sources |
| 99 | | February 29, 2020 | | | | | | ¶452 | Policy Methodology | | Determine whether the CIT Program Staff have developed the CIT Refresher Training, in coordination with the Education and Training Division and input from the Advisory Committee; Community Methodology | CIT Refresher Training and supporting documentation, including records reflecting Advisory Committee input, interviews with relevant CPD personnel; Community Sources, including members of the Advisory Committee; Data Sources, including surveys | Data Methodology, including identifying officers that need to take the refresher. Secondary compliance will also depend on the ability of CPD to demonstrate the voluntary nature of the specialized response, which would include the voluntary refresher to maintain the voluntary | Training Sources; Data Sources | | Determine whether the CPD has sufficiently implemented its CIT Refresher Training and whether the City and the CPD have allocated sufficient resources to ensure the CIT Program staff will continue to review and revise the training, as appropriate | Community Sources; Data Sources, interviews with relevant City personnel, including the CIT Coordinator, CIT Program staff, trainers, and officers |
| 100 | | Moving (Three years after receiving Basic CIT Training) | Moving (Four years after CIT Refresher Training) | | | | | ¶451 | Policy Methodology | | Policy Sources | | Data Methodology, including identifying officers that need to take the refresher. Secondary compliance will also depend on the ability of CPD to demonstrate the voluntary nature of the specialized response | Data Sources, including flagging officers who have or have not received refresher training | | Training Methodology, including records that demonstrate supervisors and instructors have received adequate instruction regarding identifying and recruiting qualified officers | Training Sources |

| # | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Certified CIT Officers who fail to complete the CIT Refresher Training within three years of taking their most recently required CIT Training, whether the Base CIT Training or a prior CIT Refresher Training, will be prohibited from performing the CIT Program's CIT Refresher Training requirement. CPD will confirm on a quarterly basis that Certified CIT Officers remain in compliance with the CIT Refresher Training requirement. Any Certified CIT Officer found to be out of compliance during the quarter and/or review may not continue to be distributed as a Certified CIT Officer and may not continue to be prioritized to respond to calls for service involving individuals in crisis. Each quarter, CPD will inform OEMC of officers who are out of compliance with the CIT Refresher Training requirement. An officer out of compliance with the CIT Refresher Training requirement must complete the most recently offered version of the CIT Refresher Training before CPD may resume identifying the officer as a Certified CIT Officer and before OEMC may resume prioritizing that officer to respond in the field to calls involving individuals in crisis. | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | **Quarterly** | Policy Methodology... | Policy Sources | whether the CPD developed a system to track whether the relevant members have completed the requisite training and update the Certified CIT Officer list, demonstrate the quarterly review system and communication to OEMC is reliably | Training Methodology, Data Methodology, assess whether the CPD developed a system to track whether the relevant members have completed the requisite training and update the Certified CIT Officer list, demonstrate the quarterly review system and communication to OEMC is reliably | Data Methodology, compliance tracking system is fully developed, reliable communication within system notifying members who are not in compliance | Data Sources, including records that reliably demonstrate all officers are taking refresher training |
| 102 | All newly assigned Field Training Officers ("FTOs") and promoted Sergeants and Lieutenants will continue to receive the Basic CIT Training. To be considered Certified CIT Officers, FTOs, Sergeants, and Lieutenants must meet the eligibility criteria and training requirements established by the CIT Program and this Agreement. | | | | | | | Policy Methodology... | Policy Sources | Training Methodology, Data Methodology, assess whether the CPD developed a system to track... | Training Methodology, Data Sources | Data Methodology, compliance tracking system is fully developed, reliable communication within system notifying members who are not in compliance | Data Sources, including records that reliably demonstrate all officers are taking refresher training |
| 103 | The CIT Program staff responsible for the CIT training curriculum will, where it would add to the quality or effectiveness of the training and when feasible and appropriate, encourage and seek the participation of professionals and advocates who work with individuals in crisis, and persons with lived experiences of behavioral or mental health crises, including those with involvement in the criminal justice system, in developing and delivering CPD CIT trainings. | | | | | | | Policy Methodology... | Policy Sources | Data Methodology, Jobs Methodology | Data Sources, Jobs Sources, including the CPD's development and implementation of criteria for initial and ongoing service as a CIT officer. This will include ensuring that when the threshold for service is crossed, a system is in place to remove that officer from duty rosters as a CIT officer | Community Methodology | Community Sources |
| 104 | CPD will develop policies regarding the criteria for ongoing participation as a Certified CIT Officer, consistent with this Agreement. | | | | | | | Policy Methodology... | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources |
| 105 | CPD will continue to maintain an up-to-date list of Certified CIT Officers, including their unit of assignment. | | | | | | | Policy Methodology... | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources |
| 106 | CPD will require that, when available, at least one Certified CIT Officer will respond to any incident identified as involving an individual in crisis. Certified CIT Officers will continue to be prioritized for dispatch to incidents identified as involving individuals in crisis, as assigned. CPD will review and revise the appropriate policies to ensure that, in situations in which a Certified CIT Officer is not available to respond to a call or incident identified as involving an individual in crisis, the responding officer engages in crisis intervention response techniques, as appropriate and consistent with CPD policy and their training, throughout the incident. Responding officers will document all incidents involving an individual in crisis in a manner consistent with this Agreement. | | | | | | | Policy Methodology... | Policy Sources | Training Methodology | Training Sources, including training for all officers in crisis intervention response; training for completing MH Report; Jobs Sources, project qualified to conduct response analysis and review of the quality for non-CIT response teams | Data Methodology | Data Sources |
| 107 | Within 180 days of the Effective Date, and quarterly thereafter, CPD will collect and analyze the number of calls for service identified as involving individuals in crisis for every watch in each district to evaluate the number of Certified CIT Officers needed to timely respond. The number of Certified CIT Officers on each watch in every district will be driven by the demand for crisis intervention services for the particular watch. | August 28, 2019 | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | Policy Methodology... | Policy Sources | Jobs Methodology, Data Methodology regarding on-scene and other time indicators | Training Sources, including training for all officers in crisis intervention response; training for completing Mh Report; Jobs Sources, project qualified to conduct response analysis and review of the quality for non-CIT response teams | Data Methodology | Data Sources |
| 108 | Within 180 days of the Effective Date, CPD will develop an implementation plan ("CIT Officer Implementation Plan") based on, at a minimum, an analysis of the demand for crisis intervention services for each watch in each district. The CIT Officer Implementation Plan will identify the number of Certified CIT Officers necessary, absent extraordinary circumstances, to meet the following response ratio targets: a. a sufficient number of Certified CIT Officers to ensure that Certified CIT Officers are available on every watch in each district to timely respond to at least 50% of the calls for service identified as involving individuals in crisis, absent extraordinary circumstances ("second response ratio target"); and b. a sufficient number of Certified CIT Officers to ensure that Certified CIT Officers are available on every watch in each district to timely respond to at least 75% of the calls for service identified as involving individuals in crisis, absent extraordinary circumstances ("second response ratio target"). | August 28, 2019 | | | | | | Data Methodology, including collecting and analyzing the demand for crisis intervention services for each watch in each district; Policy Methodology | Data Sources; interviews with relevant City and CPD personnel; Policy Sources, including adequately defining "timely"; Community Sources, including members of the Advisory Committee | Review of the CIT Implementation Plan for completeness, including the number of Certified CIT Officers necessary to meet the requisite response ratio targets; Jobs Methodology | CIT Implementation Plan and supporting records; interviews with relevant City and CPD personnel; Community Sources, including members of the Advisory Committee; Jobs Sources | Determine whether the CIT Implementation Plan accurately reflects the needs of each watch in each district | Data Sources; Community Sources; interviews with relevant City and CPD personnel |
| 109 | The CIT Officer Implementation Plan will further identify the steps that are necessary to meet and maintain the initial response ratio target by January 1, 2020, and the second response ratio target by January 1, 2022 and the strategies, methods, and implementation to make progress to timely achieve these response ratio targets. | January 1, 2020 | January 1, 2022 | | | | | Data Methodology; review of CPD's analysis regarding necessary steps to meet response ratio targets | Data Sources; interviews with relevant City and CPD personnel; Community Sources, including members of the Advisory Committee | Review of the CIT Implementation Plan for completeness, including the steps necessary to meet and maintain response ratio targets | CIT Implementation Plan and supporting records; interviews with relevant City and CPD personnel; Community Sources, including members of the Advisory Committee | Determine whether the CIT Implementation Plan accurately provides steps that are necessary to meet and maintain response ratios targets, including strategies, methods, and actions | Data Sources; Community Sources; interviews with relevant City and CPD personnel |
| 110 | Within 180 days of completing the CIT Officer Implementation Plan, and annually thereafter, CPD will submit a report to the Monitor and the Office of the Attorney ("OAG") regarding the progress the Department has made towards achieving the response ratio targets ("Implementation Plan Goals") identified within the implementation Plan and (b) the number of Certified CIT Officers identified as necessary to achieve the response ratio targets. The Monitor and the OAG will have 30 days to respond in writing to CPD's progress report and CPD will publish CPD's report and the Monitor's and OAG's response, if any, within in 45 days of the date CPD submitted the progress report to the Monitor and OAG. | February 28, 2020 (30 days to respond and then 45 days to publish) | February 28, 2021 (30 days to respond and then 45 days to publish) | February 28, 2021 (30 days to respond and then 45 days to publish) | February 28, 2021 (30 days to respond and then 45 days to publish) | February 28, 2021 (30 days to respond and then 45 days to publish) | **Annually** | Data Methodology, including a review of the CPD report | Data Sources, including CPD report and supporting records, CIT Coordinator, commanding officer, and Office of Reform Management personnel; Jobs Sources | Assess the completeness and accuracy of the CPD analyses; determine whether rate targets have been met; develop recommendations for improvements where appropriate | CPD report, including supporting analyses and documentation; Data Sources; interviews with relevant City and CPD personnel; Community Sources, including members of the Advisory Committee | Determine whether a CPD report accurately reflects that the response ratio targets have been met | CPD report, including supporting analyses and documentation; Data Sources; interviews with relevant City and CPD personnel; Community Sources, including members of the Advisory Committee |
| 111 | Through the execution of the CIT Officer Implementation Plan, CPD will ensure that it maintains a sufficient number of Certified CIT Officers on duty on every watch of each district to help ensure that a Certified CIT Officer is available to timely respond to each incident identified as involving individuals in crisis, absent extraordinary circumstances. | | | | | | | Policy Methodology | Policy Sources | Data Methodology, Jobs Methodology | Data Sources, including CPD report and supporting records, Community Sources, including CIT Coordinator, and commanding officer; Jobs Sources | Data Methodology | Data Sources |
| 112 | If the Monitor determines that CPD has not made material progress toward achieving the CIT Officer Implementation Plan Goals during any given reporting period, CPD will review and revise the CIT Officer Implementation Plan as necessary to enable CPD to make material progress to achieve the Implementation Plan Goals. | | | | | | | Policy Methodology | Policy Sources | Training Methodology; Jobs Methodology | Data Sources, including CPD report and supporting records, Community Sources, including CIT Coordinator, and commanding officer; Jobs Sources | Whether the CPD revises the Implementation Plan as necessary and appropriate; Data Methodology; Training Methodology | Data Sources; Training Methodology |
| 113 | CPD will require that responding Certified CIT Officers will take the lead in interacting with individuals in crisis, once on scene, when appropriate and with supervisory approval, if required by CPD policy. If an officer who is not a CIT-Certified Officer has assumed responsibility for the scene, the officer will seek input from the on-scene Certified CIT Officer on strategies for resolving the crisis, when it is safe and practical to do so. | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Training Methodology, ensure adequate training for non-CIT officers | Jobs Sources; Training Sources | Data Methodology | Data Sources |
| 114 | Cook Certified CIT Officers will receive ongoing feedback from the CIT Program unit and supervisors regarding their responses to incidents identified as involving individuals in crisis. | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Training Methodology, ensure adequate training for non-CIT officers | Jobs Sources; Training Sources | Data Methodology | Data Sources |
| 115 | CPD has designated and will maintain a Certified CIT Officer, at the rank of Lieutenant or above, with the sole responsibility to act as Crisis Intervention Team Program Coordinator ("CIT Coordinator"). The CIT Coordinator will work to increase the effectiveness of CPD's CIT Program, improve CPD's responses to incidents involving individuals in crisis, and facilitate community engagement between CPD and crisis intervention-related stakeholders. | | | | | | | Policy Methodology; Jobs Methodology | Policy Sources | Training Methodology | Training Sources, interviews with the CIT Coordinator and other relevant City and CPD personnel; Data Sources; CIT Report Analysis |
| 116 | The CIT Coordinator will receive initial and refresher professional development training that is adequate in quality, quantity, type, frequency, and scope to prepare the CIT Coordinator to take on the role and responsibilities of the CIT Coordinator, in addition to the Base CIT training. | | | | | | | Policy Methodology; Jobs Methodology | Policy Sources; Jobs Sources | Training Methodology | Training Sources | Determine whether the CIT Coordinator receives the initial and refresher training, as required | Training Sources, interviews with the CIT Coordinator and other relevant City and CPD personnel; Data Sources; CIT Report Analysis |

| # | | Description | Date | | | | | | | Methodology / Sources |
|---|---|---|---|---|---|---|---|---|---|---|
| 117 | Crisis Intervention | The responsibilities of the CIT Coordinator will include, at a minimum: a developing and managing a uniform CIT Program strategy b. researching and identifying best practices to incorporate into the CIT response to individuals in crisis; c. reviewing and, when necessary to meet the requirements of this Agreement, enhancing the CIT training curricula; d. selecting and removing Certified CIT Officers from the CIT Program consistent with the requirements of this Agreement; e. overseeing crisis intervention-related data collection, analysis, and reporting; f. developing and implementing CPD's portion of any Crisis Intervention Plan; g. supervising CIT Program staff; h. participating in the Advisory Committee; i. encouraging the public recognition of the efforts and successes of the CIT Program and individual Certified CIT Officers; and j. regularly communicating and interacting with relevant CPD command staff to recommend improvements to Department crisis intervention-related strategies, staffing and deployment, policies, procedures, and training. | | | | | | | | Policy Methodology; Policy Sources; Training Methodology; Training Sources; Data Methodology, including a demonstration that the CIT Coordinator is responsible for and fulfilling each requirement in ¶R117 |
| 118 | Crisis Intervention | By January 1, 2020, CPD will require that, after responding to an incident involving an individual in crisis, the assigned CPD officer completes a CIT Report, or any similar form of documentation CPD may implement. The CIT Report, or similar documentation, at a minimum, will include: a. the nature of the incident; b. the date, time, and location of the incident; c. the subject's age, gender, and race/ethnicity; d. whether the subject is or claims to be a military veteran; f. the relationship to the subject, if any and if known; of the individual calling for service; f. whether the subject had previous interactions with CPD, if known; g. whether the subject is observed or reported to be experiencing symptoms of a mental illness, intellectual or developmental disability, co-occurring condition such as a substance use disorder, or other crisis; h. the behaviors observed during the incident, including whether the subject used or displayed a weapon; i. the name(s) and star (i.e., badge) number(s) of the assigned CPD officer(s) and whether any of the assigned officers are Certified CIT Officers; j. the name(s) and star (i.e., badge) number(s) of any supervisor responding to the scene; k. the skills, techniques, or equipment used by the responding CPD officers; l. whether a reportable use of force was documented on a Tactical Response, or whatever similar form of documentation CPD may implement, for the incident; m. a narrative describing the CPD officer's interaction with the subject; when no other CPD report captures a narrative account of the incident; and n. the disposition of the incident, including whether the individual was transported to municipal or community services, transported to a hospital, subject to a voluntary or involuntary commitment, or arrested. | January 1, 2020 | | | | | | | | Policy Methodology; Policy Sources; Training Methodology; Training Sources; Data Methodology, determine whether the CPD has sufficiently implemented its policy and training, including appropriate accountability measures should officers not complete a CIT Report; Community Sources, Data Sources |
| 119 | Crisis Intervention | CPD will require that a supervisory member reviews and approves completed CIT Reports, or any similar form of documentation CPD may implement to document incidents involving an individual in crisis, before submitting them to the CIT Program. | | | | | | | | | Policy Methodology; Policy Sources; Training Methodology; Training Sources; Data Methodology; Data Sources |
| 120 | Crisis Intervention | CPD will collect, analyze, and report data regarding the number and types of incidents involving individuals in crisis and responses of CPD officers to such events to assess staffing and deployment of Certified CIT Officers and department-wide responses to individuals in crisis. The CIT Program will review the data contained within the submitted CIT Reports, or any similar form of documentation CPD may implement, to evaluate the overall response and effectiveness by CPD officers and identify any district-level and department-wide trends regarding responses to incidents identified as involving individuals in crisis. | | | | | | | | Assess the CIT Program's review of relevant data, feedback, and recommendations | Data Sources, including communications with the CIT Program, Community Sources; Community Methodology, Determine whether the CPD is effectively responding to incidents involving individuals in crisis; Data Sources, including communications with the CIT Program, Community Sources |
| 121 | Crisis Intervention | CPD will identify and assign a sufficient number of data analysts to collect and analyze data related to the CIT Program and CPD's response to incidents involving individuals in crisis. | | | | | | | | Determine whether the CPD has identified the number of data analysts that the CPD believes is sufficient to address the CIT Program's data needs; Data Methodology; Data Sources | Whether the City and the CPD have allocated sufficient resources to assign a sufficient number of data analysts to the CIT Program; Data Methodology; Data Sources; Determine whether the CPD has a sufficient number of data analysts for the CIT Program to collect and analyze data regarding the CIT Program and the CPD's response to incidents involving individuals in crisis; Data Methodology |
| 122 | Crisis Intervention | Within 365 days of the Effective Date, and on an annual basis thereafter, the City will publish a written Crisis Intervention Plan. The development of the Crisis Intervention Plan will be based on the regular review of aggregate data and a sample of incidents conducted by CPD and OEMC. The CIT Coordinator will consider quantitative crisis intervention data, qualitative data on officers' and community members' perception of the effectiveness of the CIT Program, CPD member feedback regarding crisis intervention-related training, actual incident information, staffing and deployment analysis of available Certified CIT Officers, research referring the latest in best practices for police response to individuals in crisis, and any feedback and recommendations from the Advisory Committee. OEMC will consider the response to, identification of, and dispatch of calls for service involving individuals in crisis by OEMC tele-communicators, research reflecting the latest in best practices for tele-communicator responses to individuals in crisis, and any feedback and recommendations from the Advisory Committee. | February 29, 2020 | ~~February 28, 2021~~ May 3, 2021 | February 28, 2022 | February 28, 2023 | February 28, 2024 | Annually | | | Review the City's published first Crisis Intervention Plan for completeness based on available data; Data Methodology | The Crisis Intervention Plan, including supporting documentation and analysis; Data Sources, including the CIT Coordinator, audits, and surveys; Community Sources, Policy Sources, including standard operating procedures regarding CIT call audits | The Crisis Intervention Plan, including supporting documentation and analysis; Data Sources, including the CIT Coordinator; Community Sources, including the Advisory Committee | Determine whether the City and the CPD have allocated sufficient resources to develop and publish annual Crisis Intervention Plans | Community Sources; Data Sources, Policy Sources; Training Sources |
| 123 | Crisis Intervention | The purpose of the Crisis Intervention Plan will be to evaluate the City's identification of and response to incidents involving individuals in crisis and recommend any changes to staffing and deployment, policy, or training to ensure consistency with CPD and OEMC policy, this Agreement, and best practices. CPD will implement the Crisis Intervention Plan in accordance with the specified timeline for implementation. The Crisis Intervention Plan will: a. report the number, type, and outcome of incidents involving individuals in crisis, the number of Certified CIT Officers available and on duty in each district and on each watch, the percentage of calls for service involving individuals in crisis for which Certified CIT Officers were the first officers to respond to the scene for each watch in every district, and the response times for calls for service involving individuals in crisis for each watch in every district; b. identify strategies to ensure that CPD has a sufficient number of Certified CIT Officers to meet its response to service needs in crisis; c. describe any additional resources, including program staff, equipment, the CIT Coordinator described above; d. identify strategies and trends regarding interactions between individuals in crisis and officers; f. identify deficiencies and opportunities for improvement in identifying and dispatching calls for service involving individuals in crisis; g. recognize and highlight CIT Program and Certified CIT Officer successes, including successful individual officer performance; h. develop response strategies for repeat calls for service involving individuals who are frequently in crisis; i. recommend any changes to crisis intervention-related strategies, policies, and procedures; j. recommend any changes to CPD and OEMC trainings related to individuals in crisis, including any case studies and teaching scenarios; and k. include a timeline and plan for implementing recommended changes. | | | | | | | | Review the City's published first Crisis Intervention Plan for completeness using the CPD's portion; Data Methodology | The Crisis Intervention Plan, including supporting documentation and analysis; Data Sources, including the CIT Coordinator, Policy Sources | Determine whether the CPD's portion of the Crisis Intervention Plan is based on the requisite data and considerations; Data Methodology | The Crisis Intervention Plan, including supporting documentation and analysis; Data Sources, including the Advisory Committee | Determine whether the City and the CPD have allocated sufficient resources to develop and publish annual Crisis Intervention Plans | Community Sources; Data Sources, Policy Sources; Training Sources |
| 124 | Crisis Intervention | The data included in the Crisis Intervention Plan will not include any personal identifying information. | | | | | | | | Policy Methodology; Policy Sources; Training Methodology; Training Sources; Data Methodology, in the development of the training as well as training evaluations | Data Methodology | Data Sources, including whether the report does not include identifying information |
| 125 | Crisis Intervention | The CIT Coordinator will have CPD's portion of the Crisis Intervention Plan reviewed and approved by the Chief of the Bureau of Patrol within 60 days of the plan's completion. | | | | | | | | Review the City's published first Crisis Intervention Plan for completeness using the CPD's portion; Data Methodology | The Crisis Intervention Plan, including supporting documentation and analysis; Data Sources, including the CIT Coordinator and relevant CPD personnel | Determine whether the CPD's portion of the Crisis Intervention Plan is reviewed and approved by the Chief of the Bureau of Patrol within 60 days of the plan's completion; Data Sources, including the Chief of the Bureau of Patrol | Records sufficient to show that the Chief of the Bureau of Patrol reviewed and approved the CPD's portion of the Crisis Intervention Plan within 60 days of the plan's completion | Determine whether the CPD has allocated sufficient resources to ensure that the Chief of the Bureau of Patrol will annually review and approve the CPD's portion of the Crisis Intervention Plan within 60 days of the plan's completion | Records sufficient to show that the Chief of the Bureau of Patrol reviewed and approved the CPD's portion of the Crisis Intervention Plan; Community Sources; Policy Sources; Training Sources; Data Sources |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crisis Intervention | 126 | 126. Consistent with the requirements set forth in the Training section of this Agreement, all officers will receive in-service training, **every three years**, regarding responding to individuals in crisis that is adequate in quality, quantity, and scope for officers to demonstrate competence in the subject matter. This in-service training will include, but not be limited to, the following topics: a. a history of the mental health system; b. how to recognize and respond to individuals in crisis, including, but not limited to, identifying types of mental health conditions, signs and symptoms of mental health conditions, common treatments and medications, and common characteristics, behaviors, or conduct associated with individuals in crisis; c. the potential interactions officers may have on a regular basis with individuals in crisis, their families, and service providers, including steps to ensure effective communication and avoid escalating an interaction with an individual in crisis; d. techniques to safely de-escalate a potential crisis situation; e. the circumstances in which a Certified CIT Officer should be dispatched or consulted; and f. local resources that are available to provide treatment, services, or support for individuals in crisis, including available pre- and post-arrest diversion programs, and when and how to draw upon those resources. | IMR5 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources, including training evaluations | Data Methodology, including the implementation of policy and training by officers, including CIT officers | Training Methodology, Data Sources | |
| Crisis Intervention | 127 | All new recruits will receive training that is adequate in quantity, quality, and scope regarding responding to individuals in crisis. It will include, but not be limited to, training on the subjects identified above. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Data Methodology | Training Sources, including training evaluations | Training Methodology | Training Sources | |
| Crisis Intervention | 128 | The City will have a crisis intervention response advisory committee ("Advisory Committee") with subject matter expertise and experience that will assist in identifying problems and developing solutions and interventions designed to improve outcomes for individuals in crisis who require City services. The Parties acknowledge that the City has formed the City-wide Mental Health Steering Committee and that the City may draw upon those resources to satisfy the requirements of this Agreement. | IMR2 | | | | | | | Determine whether the City has created the requisite Advisory Committee with the requisite expertise and experience; Jobs Methodology | Jobs Sources; Data Sources, including members of the Advisory Committee, the City, and the CPD | Determine whether the Advisory Committee's meetings are substantively sufficient, including review of data collection and data outputs; community engagement and awareness, and public feedback | Data Sources, including the Advisory Committee members the City, and the CPD; Community Sources; finalized CCMHE bylaws; Jobs Sources; | Determine whether the Advisory Committee is providing the requisite assistance | Jobs Sources; Data Sources, including members of the Advisory Committee, the City, and the CPD; Community Sources; Policy Sources | |
| Crisis Intervention | 129 | The Advisory Committee, at a minimum, will **meet quarterly** to review and recommend improvements to the City's overall response to individuals in crisis, with consideration to areas such as coordinated crisis response; data collection and evaluation; community engagement and awareness; service outreach and prevention; and the CIT Program. | IMR2 | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | **Quarterly** | Determine whether the Advisory Committee is meeting quarterly; Data Methodology | Data Sources, including the Advisory Committee members; records sufficient to show that the Advisory Committee meetings are occurring at least quarterly | Determine whether the Advisory Committee is providing the requisite guidance, which will be assessed via city processes for both soliciting and evaluating/responding to CCMHE guidance | Data Sources, including the Advisory Committee members; records sufficient to show that the quarterly meetings address the requirements of the paragraph; attending meetings | Determine whether the City has allocated sufficient resources to ensure the meetings continue quarterly as required | Data Sources, including the Advisory Committee members; records sufficient to show that the quarterly meetings address the requirements of the paragraph; attending meetings; Community Sources | |
| Crisis Intervention | 130 | The City will request that the Advisory Committee provide guidance on crisis response-related policies, procedures, and training of City agencies, including CPD and OEMC, and assist the City in developing and expanding current strategies for responding to individuals in crisis, including reducing the need for police-involved responses to individuals in crisis and developing municipal and community resources, such as pre- and post-arrest diversion resources and alternative response options (like drop-off centers, mobile crisis teams, a central nonemergency crisis line). The City will further request that in providing the guidance detailed above the Advisory Committee will consider specific strategies for responding to children and youth when they experience a behavioral or mental health crisis. | IMR2 | | | | | | | Determine whether the City has made the requisite requests of the Advisory Committee | Data Sources, including the Advisory Committee members; records sufficient to show that the City made the requisite requests | Determine whether the Advisory Committee is providing the requisite guidance | Data Sources, including the Advisory Committee members; records sufficient to show that the City made the requisite requests; Community Sources | Determine whether the City and relevant City entities are considering the Advisory Committees guidance | Data Sources, including the Advisory Committee members; records sufficient to show the City's consideration of the guidance; Community Sources | |
| Crisis Intervention | 131 | **Within 365 days of the Effective Date**, the City will request that the Advisory Committee identify and evaluate in writing any opportunities to develop or enhance crisis response-related policies, procedures, and training of City agencies, including CPD, OEMC, and the Chicago Fire Department, and increase municipal and community resources and alternative response options, including rapid-access clinics, drop-off centers, mobile crisis teams, a central non-emergency crisis line, other pre- and post-arrest diversion efforts, and strategies targeted at children and youth. The City will also request that the Advisory Committee identify and evaluate the steps necessary to develop non-criminal justice responses to individuals in crisis, including, but not limited to, a behavioral health unit to provide alternative non-criminal justice responses to individuals in crisis. In evaluating potential community resources and strategies, the Advisory Committee will identify challenges and opportunities for improvement, if any, and make recommendations. The City will address the feedback and recommendations identified by the Advisory Committee, including identifying recommendations that it will adopt, and the plan for implementation, in the Crisis Intervention Plan. The City will respond to each of the recommendations made by the Advisory Committee. The response will include a description of the actions that CPD has taken or plans to take with respect to the issues raised in the recommendations. If the City declines to implement a recommendation, it will explain the reason(s) for declining. | IMR2 | February 29, 2020 | | | | | | The IMT will assess whether the City makes the requisite requests to the CIT Advisory Committee | Data Sources, including the Advisory Committee; records sufficient to show that the City has made the requisite requests | Determine whether the City receives, addresses, and responses to the Advisory Committee's feedback and recommendations, as required | Data Sources, including the Advisory Committee; records sufficient to show that the City has received, addressed, and responded to the Advisory Committee's feedback and recommendations; Policy Sources; Training Sources | Determine whether the CPD has sufficiently implemented its policy and training and advisory committee recommendations | Data Sources, including the Advisory Committee; records sufficient to show that the City has received, addressed, and responded to the Advisory Committee's feedback and recommendations; Community Sources; Policy Sources; Training Sources | |
| Crisis Intervention | 132 | The Advisory Committee will be chaired by the Mayor's Office. The Mayor's Office will invite individuals who have personally experienced a behavioral or mental health crisis, people with experience working with individuals in crisis, and experts with knowledge in law enforcement responses to individuals in crisis. At a minimum, the Mayor's Office will invite individuals from the following groups: first responders; the CIT Coordinator; OEMC; county and city hospitals, health care providers, and mental health professionals; the Cook County State's Attorney's Office; the Cook County Public Defender's Office; at least one academic research entity; community behavioral and mental health professionals; advocacy groups for consumers of behavioral and mental health services; behavioral and mental health service providers; homeless service providers; substance abuse service providers; persons with lived experiences of behavioral or mental health crises; and other similar groups. | IMR2 | | | | | | | Policy Methodology, Jobs Methodology, Data Methodology | Policy Sources; Jobs Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| Crisis Intervention | 133 | CPD policy will provide that a crisis intervention response may be necessary even in situations where there has been an apparent violation of law. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| Crisis Intervention | 134 | CPD policy will encourage officers to redirect individuals in crisis to the healthcare system, available community resources, and available alternative response options, where feasible and appropriate. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| Crisis Intervention | 135 | CPD will ensure that the language used in policies, procedures, forms, databases, and trainings to communicate about incidents involving individuals in crisis is appropriate, respectful, and consistent with industry recognized terminology. CPD will seek input from community stakeholders, including the Advisory Committee, for recommendations to identify appropriate and respectful terminology. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including OEMC audio and body-worn-camera footage | |
| Crisis Intervention | 136 | CPD will develop and implement policies, procedures, and protocols regarding the collection, maintenance, and use of information related to an individual's medical and mental health to facilitate necessary and appropriate communication while adequately protecting an individual's confidentiality. To develop these policies, procedures, and protocols, CPD will seek input from community stakeholders, including the Advisory Committee. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| Crisis Intervention | 137 | **Within 180 days of the Effective Date**, CPD will review and revise its crisis intervention-related policies as necessary to comply with the terms of this Agreement. CPD will consider any recommendations or feedback provided by the Advisory Committee when revising its policies. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Assess whether the CPD reviewed its crisis intervention-related policies and procedures and considered any recommendations or feedback from the CIT Advisory Committee | Policy Sources; Data Sources, including communications between relevant CIT Advisory Committee, City, and CPD personnel; interviews with CIT officers and any other relevant City, CPD, and OEMC personnel; and review timelines | Training Methodology; assess whether, after considering the recommendations and feedback from the CIT Advisory Committee, the CPD sufficiently revised and issued its intervention-related policies | Policy Sources; Data Sources, including communications between relevant CIT Advisory Committee, City, and CPD personnel; and interviews with CIT officers and any other relevant City, CPD, and OEMC personnel | Training Methodology; the CPD implemented its revised crisis intervention-related policies | Training Sources; interviews with CIT officers and any other relevant City, CPD, and OEMC personnel; Community Sources | |
| Crisis Intervention | 138 | OEMC call-takers will continue to identify calls for service involving an individual known, suspected, or perceived to be in crisis. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including OEMC audio and audit outcomes | |
| Crisis Intervention | 139 | OEMC will continue to code all incidents identified as potentially involving an individual in crisis in a manner that allows for subsequent data analysis necessary for the evaluation of CPD and OEMC responses to individuals in crisis and the development of the plans required by this section of the Agreement. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including OEMC audio | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crisis Intervention | 140 | OEMC police communication dispatchers will continue to prioritize Certified CIT Officers for dispatch to incidents that involve an individual known, suspected, or perceived to be in crisis. If a Certified CIT Officer is not available to timely respond, OEMC will continue to dispatch an available officer to avoid compromising response time. OEMC dispatchers will dispatch a Certified CIT Officer, when available, if the responding officer requests assistance from a Certified CIT Officer. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including dispatch data | |
| Crisis Intervention | 141 | CPD will provide OEMC with an updated list of current and active Certified CIT Officers and their assignment at least every week. At the beginning of each watch, CPD will continue to identify for OEMC the Certified CIT Officers on duty for each watch and in each district so that OEMC dispatchers know which Certified CIT Officers to prioritize for dispatch to incidents involving an individual known, suspected, or perceived to be in crisis. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology; training may come in the form of training for WOLs or training in the form of programming which automates the process | Training Sources | Data Methodology, including a comparison of WOL submissions and information pulled from training system | Data Sources | |
| Crisis Intervention | 142 | **Within 90 days of the Effective Date**, OEMC will ensure that all current active tele-communicators have received mental health and CIT awareness training ("OEMC Training"). OEMC will provide the OEMC Training to new tele-communicators before tele-communicators complete their training and begin answering calls independently. | IMR1 | May 30, 2019 | | | | | | Assess whether all current active tele-communicators received mental health and CIT awareness training | Data Sources; Training Sources | Assess whether OEMC provides new telecommunicators with mental health and CIT awareness training before they begin to answer calls independently | Data Sources; Training Sources | Training Methodology; OEMC develops infrastructure to ensure future that future tele-communicators continue to receive timely and sufficient mental health and CIT awareness training | Training Sources; Policy Sources; Community Sources; Data Sources, including telecommunicators, CIT officers, and other relevant personnel | Training Sources; Policy Sources; Community Sources; Data Sources, including telecommunicators, CIT officers, and other relevant personnel |
| Crisis Intervention | 143 | The OEMC Training will be at least an eight-hour course taught jointly by qualified OEMC staff and a mental health clinician or advocate. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Community Methodology | Jobs Sources; Community Sources | Training Methodology | Training Sources | |
| Crisis Intervention | 144 | The OEMC Training will cover, at a minimum, the following topics: identification of individuals in crisis; telephonic suicide prevention strategies; crisis and stress management, de-escalation, and scenario-based exercises; interactions with individuals with mental illness; information that should be gathered and shared with the responding officer or Certified CIT Officer when the call-taker suspects that the call involves an individual in crisis; the types of calls that may require the dispatching of a Certified CIT Officer or a coordinated crisis response of first responders reflective of established policy for intake and dispatch; and the procedures for dispatching a Certified CIT Officer. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Data Methodology | Data Sources, including information used to develop training | Training Methodology | Training Sources | |
| Crisis Intervention | 145 | Any training on mental health and CIT awareness that has already been provided to tele-communicators may fulfill the OEMC Training requirement of this Agreement, if the previously provided training satisfies the criteria for the OEMC Training described in this Agreement. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Data Methodology | Data Sources, including information used to develop training | Training Methodology | Training Sources | [] |
| Crisis Intervention | 146 | All tele-communicators **will receive at least annual refresher training** on mental health and CIT awareness that is adequate to refresh the tele-communicators' skills on identifying, dispatching, and appropriately responding to calls for service that involve individuals in crisis. | IMR3 | February 29, 2020 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology, including Audit, Evaluation, and CIT Program data analysis will be used to ensure refresher training is sufficient to refresh skills; Community Methodology | Data Sources; Community Sources | |
| Crisis Intervention | 147 | OEMC will evaluate all mental health and CIT awareness trainings for telecommunicators **on at least an annual basis** to ensure that the trainings meet OEMC needs, comply with this Agreement, incorporate best practices, and ensure that the training is effective for personnel and for the individuals in crisis served. OEMC will consider recommendations and feedback from the CIT Coordinator and the Advisory Committee when conducting its evaluation. | IMR3 | February 29, 2020 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology | Policy Sources | Jobs Methodology | Jobs Sources | Data Methodology | Data Sources | |
| Crisis Intervention | 148 | OEMC will develop and implement its portion of the Crisis Intervention Plan. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology | Jobs Sources | Data Methodology | Data Sources | |
| Crisis Intervention | 149 | OEMC supervisors, on an ongoing basis, will audit and provide feedback to calltakers and dispatchers regarding their ability to identify, dispatch, and respond appropriately to calls for service involving individuals in crisis. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| Crisis Intervention | 150 | The Parties acknowledge that OEMC currently meets regularly with CPD and the City-wide Mental Health Steering Committee. OEMC will **continue to meet regularly** with CPD, in addition to appropriate members of the Advisory Committee, including service providers and advocates, to review and assess data and information regarding the identification of, the dispatch of, and response to calls for service involving individuals in crisis by OEMC telecommunicators. | IMR3 | **Ongoing** | | | | | | Policy Methodology | Policy Sources; CCMHE | Jobs Methodology | Jobs Sources, including individuals to conduct analysis | Data Methodology | Data Sources | |
| Crisis Intervention | 151 | **Within 180 days of the Effective Date**, and annually thereafter, OEMC will review and revise its intake and dispatch policies and protocols as necessary to meet the requirements of this Agreement. OEMC will consider any recommendations or feedback provided by the Advisory Committee when revising its policies. | IMR2 | August 28, 2019 | August 28, 2020 (**October 30, 2020**) | August 28, 2021 (**October 30, 2021**) | August 28, 2022 (**October 30, 2022**) | August 28, 2023 (**October 30, 2023**) | **Annually** | Assess whether the CPD reviewed its crisis intervention-related policies and considered any recommendations or feedback from the CIT Advisory Committee | Policy Sources; Data Sources, including communications between relevant CIT Advisory Committee, City, and CPD personnel; and Interviews with CIT officers and any other relevant City, CPD, and OEMC personnel | Assess whether, after considering the recommendations and feedback from the CIT Advisory Committee, the CPD sufficiently revised and issued its intervention-related policies | Policy Sources; Data Sources, including communications between relevant CIT Advisory Committee, City, and CPD personnel; and Interviews with CIT officers and any other relevant City, CPD, and OEMC personnel | Training Methodology; the CPD implemented its revised crisis intervention-related policies | Training Sources; interviews with CIT officers and any other relevant City, CPD, and OEMC personnel; Community Sources | |
| Crisis Intervention | 152 | 152. OEMC will ensure that the language used in policies, procedures, forms, databases, trainings, and by tele-communicators to communicate about calls involving individuals in crisis is appropriate, respectful, and consistent with industry-recognized terminology. OEMC will seek input from the Advisory Committee for recommendations to identify appropriate and respectful terminology. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including OEMC audio | |
| USE OF FORCE | 153 | 153. CPD's use of force policies, as well as its training, supervision, and accountability systems, must ensure that: CPD officers use force in accordance with federal law, state law, and the requirements of this Agreement; CPD officers apply de-escalation techniques to prevent or reduce the need for force whenever safe and feasible; when using force, CPD officers only use force that is objectively reasonable, necessary, and proportional under the totality of the circumstances; and any use of unreasonable or unnecessary force is promptly identified and responded to appropriately. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review policies to ensure they are in accordance with law and the Consent Decree and address use of de-escalation appropriately | Policy Sources; Data Sources, UOF policies, following community input and engagement in 2021, to include UOF working group input and Executive Steering Committee responses | Training Methodology, review UOF training sources regarding de-escalation, including survey monkey responses to review perceptions of training, lesson plans, and the training needs assessment; review number of officers who have completed UOF in-service training | Training Sources | Review local district supervision, TRED supervision, command, and COPA to determine if supervisions and accountability systems are effective (systems need to appropriately support the work of the TRED as well as make clear to all officers that UOF requirements of the Consent Decree are the responsibility of every CPD officer) | Community Sources; Data Sources TRED assessments and reports of all levels of force | |
| USE OF FORCE | 154 | 154. CPD adopted revised use of force policies on October 16, 2017 ("October 2017 Policies"). The October 2017 Policies incorporated multiple best practices that were not reflected in CPD's prior use of force policies. Building on these improvements, CPD will maintain the best practices reflected in the October 2017 Policies and make additional improvements to its policies consistent with the terms of this Agreement. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review policies—including foot pursuit policy—to ensure they reflect best practices and delineate who is responsible for identifying best practices, and for maintaining CALEA standards. | Policy Sources; Data Sources, UOF policies, following community input and engagement in 2021 | Training Methodology, review of UOF training sources for updates related to improvements to maintain best practices; and that CPD policies have mechanisms in place to identify and modify policies to best practices. Review number of officers who have completed UOF in-service training | Training Sources, including training materials and best practices standards, such as CALEA standards and publications and standards from PERF, IACP, and MCCA | Assess ongoing efforts by the CPD to identify best practices (including persons responsible and internal process to adhere to best practices, and to make necessary updates per CALEA certification requirements) | Community Sources; Data Sources Completed TRRs; TRED reports; interviews with CPD personnel, including District supervisors and officers, and the TRED | |
| USE OF FORCE | 155 | 155. CPD officers have the authority to use force, but that authority is limited by the law and Department policy. The provisions of this Agreement seek to facilitate compliance with the law and Department policy regarding the use of force to reduce the circumstances in which using force is necessary, and to ensure accountability when CPD officers use force that is not objectively reasonable, necessary, and proportional under the totality of the circumstances. | IMR6 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Assess (1) compliance with the law and CPD policy regarding use of force; (2) accountability for unreasonable, unnecessary, or disproportionate uses of force; and (3) efforts to reduce the circumstances in which using force is necessary. | Community Sources, including officer interviews; Data Sources, including audit of efficacy of TRED debriefings | |
| USE OF FORCE | 156 | 156. CPD's use of force policies and training, supervision, and accountability systems will be designed, implemented, and maintained so that CPD members: a. act at all times in a manner consistent with the sanctity of human life; b. act at all times with a high degree of ethics, professionalism, and respect for the public; c. use de-escalation techniques to prevent or reduce the need for force whenever safe and feasible; d. use sound tactics to eliminate the need to use force or reduce the amount of force that is needed; e. only use force that is objectively reasonable, necessary, and proportional under the totality of the circumstances; f. only use force for a lawful purpose and not to punish or retaliate; g. continually assess the situation and modify the use of force as circumstances change and in ways that are consistent with officer safety, including stopping the use of force when it is no longer necessary; h. truthfully and completely report all reportable instances of force used; i. promptly report any use of force that is excessive or otherwise in violation of policy; j. are held accountable, consistent with complaint and disciplinary policies, for use of force that is not objectively reasonable, necessary, and proportional under the totality of the circumstances, or that otherwise violates law or policy; and k. act in a manner that promotes trust between CPD and the communities it serves. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review policies and systems to determine if they are designed to meet paragraph 156. | Policy Sources; Data Sources, UOF policies, following community input and engagement in 2021, to include UOF working group input and Executive Steering Committee responses; TRED and FRB SOP | Training Methodology, review training sources for effectiveness and to determine if they address all issues noted in paragraph 156 (particular attention to de-escalation and duty to report excessive force). Review number of officers who have completed UOF in-service training | Training Sources | Determine whether current supervision and accountability systems effectively support an environment that achieve policy objectives. Determine what examples of accountability and supervision are encouraged by the CPD, and accountability roles and actions of the TRED, BIA, and COPA ; assess completion of TRRs and results of supervisions and accountability (particular attention to de-escalation and duty to report excessive force) | Community Sources; Data Sources Completed TRRs; TRED reports; interviews with CPD personnel, including District supervisors and officers, and the TRED | |
| USE OF FORCE | 157 | 157. CPD will collect and analyze information on the use of force by CPD members, including whether and to what extent CPD members use de-escalation techniques in connection with use of force incidents. CPD will use this information to assess whether its policies, training, tactics, and practices meet the goals of this Agreement, reflect best practices, and prevent or reduce the need to use force. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies and revisions to the TRR, TRR-R, and TRR-I forms to see if they are designed to capture de-escalation and other data in an extractable format | Policy Sources; Data Sources, UOF policies and TRR, TRR-R, and TRR-I forms | Training Methodology, review training specific to de-escalation/force mitigation techniques, and related to reporting use of these techniques in TRRs. Review number of officers who have completed UOF in-service training | Training Sources | Review the CPD's efforts to use de-escalation and the extent to which it is reported and analyzed | Community Sources; Data Sources UOF dashboard, TRED quarterly reports, TRED annual reports, special reports from the audit unit, and TRRs | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE OF FORCE | 158 | 158. CPD's use of force policies must comply with applicable law and this Agreement, reflect the objectives described above, and promote trust between CPD and the communities that it serves. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review of UOF policies, related community engagement, and efforts by the CPD to address suggestions from the community | Policy Sources; Data Sources UOF policies, engagement with community input (including from the UOF Working Group); plans for community engagement (including on foot pursuit policy) | Training Methodology, assess whether training complies with applicable law and the Consent Decree, promotes UOF behavior that promotes trust with the community, and how training reflects input/changes from community feedback on the UOF of policies. Review number of officers who have completed UOF in-service training | Training Sources | Review the CPD's efforts to promote trust with the community on the UOF policies (e.g., community input, number of meetings/working groups/focus groups, opportunities for comments, number of comments, dialogue with the community) | Community Sources; Data Sources Completed TRRs; TRED reports; interviews with CPD personnel, including District supervisors and officers, and the TRED | |
| USE OF FORCE | 159 | 159. CPD will conduct an **annual review** of its use of force policies consistent with accreditation requirements of the Commission on Accreditation for Law Enforcement Agencies ("CALEA"). In addition, **every two years,** CPD will conduct a comprehensive review of its use of force policies to assess whether CPD's use of force policies meet the requirements of this Agreement, incorporate best practices, address observed trends and practices, as necessary, and reflect developments in applicable law. | IMR3 | February 29, 2020 | **December 31, 2021; December 31, 2021** | **December 31, 2022** | **December 31, 2023; December 31, 2024** | **December 31, 2024** | **Annually and every two years** | Policy Methodology; Data Methodology; review of policies and SOPs related to completion of CALEA accreditation. Review the data sources/elements that are to be assessed during the comprehensive UOF policy review (this should include summaries and analysis of all data the CPD has captured in its UOF dashboard, an emphasis on de-escalation, patterns and trends, information about firearm pointings and foot pursuit, supervisory data on UOF, corrective actions taken by the CPD, findings of COPA) | Policy Sources; Data Sources. policies, SOPs, CALEA accreditation requirements | Training Methodology, assess whether training requirements are detailed, with attention paid to de-escalation efforts and the CPD's training adjustments based on the findings of UOF patterns and trends. Review number of officers who have completed UOF in-service training | Training Sources, review CALEA reports and the Comprehensive Report, and training sources | Review UOF policy, training, and practices updates taken as a result of the reviews (e.g., incorporation of best practices, corrective actions to address tends and practices) | Community Sources; Data Sources CALEA reports, Comprehensive Report, TRED reports | |
| USE OF FORCE | 160 | 160. CPD will establish and maintain clear channels through which community members can provide input regarding CPD's use of force policies and propose revisions or additions to those policies. CPD will regularly review the input received, including during the biennial review process. | IMR1 | | | | | | | Policy Methodology; Data Methodology; review that policies and procedures detail appropriate measures to obtain community input regarding the UOF policies; and subsequent changes (as appropriate) to the policies | Policy Sources; Data Sources; Community Sources; UOF policies, policies and procedures regarding community engagement | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies | Training Sources; Community Sources; including training materials, evaluations, and records | Determine whether the CPD has sufficiently implemented its policy and training; review recurring information and data on CPD's outreach related to UOF policy community engagement, including efforts of the UOF working group (e.g., process, total time spent, consideration/response to recommendations) | Community Sources; Data Sources Submitted public comments (online, email, or other forms), information and data about and developed from the UOF working group, information related to community meetings (attendance, subjects covered), interviews with working group members | |
| USE OF FORCE | 161 | 161. CPD recently adopted de-escalation as a core principle. CPD officers must use deescalation techniques to prevent or reduce the need for force whenever safe and feasible. CPD officers are required to de-escalate potential and ongoing use of force incidents whenever safe and feasible through the use of techniques that may include, but are not limited to, the following: a. using time as a tactic by slowing down the pace of an incident; b. employing tactical positioning and re-positioning to isolate and contain a subject, to create distance between an officer and a potential threat, or to utilize barriers or cover; c. continual communication, including exercising persuasion and advice, and providing a warning prior to the use of force; d. requesting assistance from other officers, mental health personnel, or specialized units, as necessary and appropriate; and e. where appropriate, use trauma-informed communication techniques, including acknowledging confusion or mistrust, or using a respectful tone. | IMR1 | | | | | | | Policy Methodology; Data Methodology; review that policies and TRRs address de-escalation requirements | Policy Sources; Data Sources, UOF policies and TRR, TRR-R, and TRR-I forms, following community input | Training Methodology, review training specific to de-escalation/force mitigation techniques, related to reporting use of these techniques in TRRs, and revisions/updates in policy | Training Sources, including training materials and eLearning training | Determine whether the CPD has sufficiently implemented its policy and training, including data and information on trends and patterns in de-escalation, and subsequent corrective actions taken by the CPD | Community Sources; Data Sources Completed TRRs; video footage; TRED reports; interviews with CPD personnel, including District supervisors and officers, and the TRED, UOF dashboard (data related to de-escalation, including whether and to what extent officers use de-escalation techniques in connection with UOF incidents) | |
| USE OF FORCE | 162 | 162. Consistent with CPD's commitment to preventing and reducing the need for force, CPD officers will allow individuals to voluntarily comply with lawful orders whenever safe and feasible (e.g., allowing individuals the opportunity to submit to arrest before force is used). | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies, community input | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies, to include prior and current training related to handling protests/civil unrest | Training Sources; training material/observation for recruit and in-service training, eLearning, roll call, or other training via delivery methods for CPD officers and for supervisors, evaluations, and training records | Determine whether the CPD has sufficiently implemented its policy and training, including on allowing voluntary compliance with lawful orders in various contexts like protests/civil unrest | Community Sources; Data Sources TRED assessments and reports of all levels of force, interviews with CPD officers | |
| USE OF FORCE | 163 | 163. CPD officers may only use force for a lawful purpose. CPD officers are prohibited from using force as punishment or retaliation, such as using force to punish or retaliate against a person for fleeing, resisting arrest, insulting an officer, or engaging in protected First Amendment activity (e.g., lawful demonstrations, protected speech, observing or filming police activity, or criticizing an officer or the officer's conduct). | IMR2 | | | | | | | Policy Methodology; Data Methodology Review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies, policies and procedures related to handling demonstrations, community input | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies (including training related to the prohibition of force as punishment, retaliation, or in response to the lawful exercise of First Amendment rights and training related to handling protests/civil unrest). Review number of officers who have completed UOF in-service training, and completion of special training related to protests | Training Sources, training material/observation for recruit and in-service training, eLearning, roll call, or other training via delivery methods for CPD officers and for supervisors, evaluations, and training records | Determine whether the CPD has sufficiently implemented its policy and training; review of TRRs for subjects fleeing on foot and in vehicles, and the number of complaints filed to COPA or BIA for First Amendment activity | Community Sources; Data Sources Completed TRRs, COPA complaint data, Office of Operational Compliance audit on foot pursuits, TRED reports | |
| USE OF FORCE | 164 | 164. CPD officers must only use force when it is objectively reasonable, necessary, and proportional under the totality of the circumstances. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources UOF policies, community input | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources, including lessons plans, scenarios, needs assessment, evaluations, and records | Determine whether the CPD has sufficiently implemented its policy and training; monitor compliance using data from UOF dashboard and TRRs; and compare/contrast with TRED findings in quarterly and annual reports and complaint data; examining the process of reporting force, investigations by supervisors, patterns and trends for UOF, and cases referred to COPA | Community Sources; Data Sources UOF dashboard, TRED quarterly reports, TRED annual reports, COPA findings, legal settlements and judgements, interviews with CPD officers | |
| USE OF FORCE | 165 | 165. CPD officers are prohibited from using deadly force except in circumstances where there is an imminent threat of death or great bodily harm to an officer or another person. CPD officers are not permitted to use deadly force against a person who is a threat only to himself or herself or to property. CPD officers may only use deadly force as a last resort. | IMR2 | | | | | | | Policy Methodology; Data Methodology Review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies, community input | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF training in 2020/2021 with latest policy changes | Training Sources, including lessons plans, scenarios, needs assessment, evaluations, and records | Determine whether the CPD has sufficiently implemented its policy and training; review number of deadly force incidents, process for submitting cases to COPA for determination of appropriateness, and COPA's findings | Community Sources; Data Sources Completed TRRs, video footage, witness statements, COPA materials and findings, UOF dashboard, FRB SOP, interviews with CPD and City personnel | |
| USE OF FORCE | 166 | 166. CPD officers are prohibited from using deadly force against fleeing subjects who do not pose an imminent threat of death or great bodily harm to an officer or another person. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources UOF policies, community input | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies, specific to foot pursuits (and appropriate training resulting from identified patterns and trends), and knowledge and commitment to sanctity of life, deadly force as a last record, and partner responsibility in foot pursuits. Review number of officers who have completed UOF training in 2020/2021 with latest policy changes | Training Sources, including lessons plans, scenarios, instructor qualifications, needs assessment, evaluations, and records | Determine whether the CPD has sufficiently implemented its policy and training; review dashboard data on foot pursuits result in Level 4 force; examine any available COPA findings on shootings against fleeing subjects | Community Sources; Data Sources TRED reports for analysis of foot pursuits, Office of Operational Compliance Audit Report on foot pursuits, UOF dashboard, COPA cases and findings | |
| USE OF FORCE | 167 | 167. CPD officers will operate their vehicles in a manner that is consistent with CPD policy and training and with the foremost regard for the safety of all persons involved. CPD will periodically include instruction regarding sound vehicle maneuvers in its in-service training regarding use of force. As appropriate, CPD will provide supplemental training guidance regarding dangerous vehicle maneuvers that should be avoided. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies and vehicle pursuit policy | Training Methodology, determine if training (recruit training, in-service training, and re-training) provides instruction on sound vehicle maneuvers, emergency operations and pursuits, during UOF in service training or other relevant training courses; review number of officers re-trained in the last three years. Training efforts to address poor driving (e.g. remands to training when necessary) | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review data from 2018, 2019, and 2020 with fatalities involving a vehicle, serious accidents, officers involved in 3 or more accidents in the past 3 years; and any findings related to the same; review remedial steps that the CPD has taken to address these actions and threshold for mandatory retraining (if it exists), including Traffic Review Board operation and how the CPD incorporates recommendations made by the CPD Audit Division | Community Sources; Data Sources, data on motor vehicle accidents, COPA findings over the last 3 years on officer-involved fatalities, needs assessment regarding identified problems and corrective actions, data on CPD supervisors terminating motor vehicle pursuits; Office of Operational Compliance Audit Report; Traffic Review Board records | |
| USE OF FORCE | 168 | 168. Starting **no later than January 1, 2019**, CPD will track and analyze the frequency with which CPD officers engage in foot pursuits of persons attempting to evade arrest or detention by fleeing on foot, regardless of whether the foot pursuit is associated with a reportable use of force incident. CPD will track foot pursuits associated with reportable use of force incidents through TRRs or any similar form of documentation CPD may implement. | IMR1 | January 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology, review training attendance records, pre- and post-tests, and evaluations of the 2020 in-service training, paying special attention to comprehension of the foot pursuit notification procedures | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review foot pursuit incidents, using the Tableau dashboard; CPD must measure the extent to which officers and supervisors are aware of and understand the training bulletin and its contents (regarding, e.g., officer separation, supervisor engagement, purpose of pursuit), and whether they are tracking and analyzing foot pursuit frequency; specifically, the CPD (via dashboard or otherwise) needs to identify districts and individual officers high share of pursuits, and should look at the following metrics: districts, shifts, injured officers, demographics of subjects; TRED recommendations need to be analyzed and addressed at least annually for training purposes; examine the following: training, TRED review of compliance, and a random review of body worn camera footage and TRRs for the types of incidents that often result in foot pursuits, but where no foot pursuit is reported; assess the CPD's actions to address issues identified by the Audit Division's review of foot pursuits, including foot pursuits that are reported only in narratives (not to OEMC or in TRRs) | Community Sources; Data Sources TRED reports, Office of Operational Compliance Audit Report, TRRs, video footage | |
| USE OF FORCE | 169 | 169. For foot pursuits associated with reportable use of force incidents, **by January 1, 2020**, CPD will review all associated foot pursuits at the headquarters level to identify any tactical, equipment, or training concerns. | IMR1 | January 1, 2020 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph. Review TRED SOP | Policy Sources; Data Sources, Community Sources, UOF and TRED policies | Training Methodology, review training and information supplied by the TRED regarding review of foot pursuits, including reviewing the nature of debriefings and supplemental training following the identification of patterns and trends | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review other data to verify the success of these policies and procedures, including the identification of patterns and trends on a timely basis related to foot pursuits and data points such as location, subject demographics, nature of incident/radio call, officer separation, uniform/plain clothes officer, weapons position, officer injury, and length of chase; CPD actions to address issues identified by the Audit Division's review of foot pursuits, including capturing all foot pursuits; whether the TRED and the CPD are appropriately recommending and acting on tactical, equipment, and training concerns and have capacity to address any unusual trends or training needs | Community Sources; Data Sources Foot pursuit dashboard, IRRs, TRED reports, Office of Operational Compliance report, interviews with CPD officers | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 170 | §491 | CPD recently issued a foot pursuit training bulletin. **By July 1, 2019**, CPD will develop and issue a supplemental foot pursuit training bulletin that reflects best practices from foot pursuit policies in other jurisdictions. The supplemental training bulletin will be subject to review and approval by the Monitor and OAG. The supplemental training bulletin will: a. Identify risks and tactical factors officers should consider prior to initiating and during the course of a foot pursuit; b. provide guidance to officers regarding radio communications during a foot pursuit; c. instruct officers to avoid, to the extent practical, separating from other officers in the course of a foot pursuit; d. provide guidance on circumstances when officers should consider appropriate, and e. inform officers that they must follow supervisors' instructions in the course of a foot pursuit, including instructions to alter tactics or discontinue the pursuit. | July 1, 2019 | Determine whether the CPD has developed and issued the requisite training bulletin | The training bulletin and underlying materials; Policy Sources, Data Sources | Determine whether the training bulletin complies with the requirements and whether the CPD receives the IMT's and the OAG's requisite approval | training bulletin and underlying materials; Policy Sources, Data Sources | Training Methodology; Review training attendance records, pre- and post-tests, and evaluations for the 2020/2021 in-service training; special attention to comprehension of the foot pursuit policies; Training Sources, Community Sources, Data Sources |
| 171 | §491 | CPD will provide scenario-based training regarding foot pursuits and the supplemental foot pursuit training bulletin during the first annual use of force training required by this Agreement. | | Determine whether the CPD has incorporated scenario-based training regarding foot pursuits into the annual UOF training. Whether the CPD looked at examples of how other jurisdictions may have done so | Training Bulletin; Fed pursuit training bulletin | Training Methodology, whether the scenario training complies with the requirements and whether the CPD reviews the IMT's and the OAG's requisite approval | Training Sources | Training Sources, Community Sources, Data Sources |
| 172 | §491 | **By no later than January 1, 2021**, the Monitor will complete an assessment of CPD data and information to determine whether CPD should adopt a foot pursuit policy. If the Monitor recommends that CPD should adopt a foot pursuit policy, CPD will adopt a foot pursuit policy no later than **July 1, 2021**. Any foot pursuit policy adopted by CPD will be subject to review and approval by the Monitor and OAG. | January 1, 2021 (March 6, 2021) (IMT) / July 1, 2021 (September 3, 2021) | | | Policy Methodology, determine whether the CPD and OEMC to create systems and policies that enable the IMT to make a determination of whether a foot pursuit policy should be adopted | | Policy Methodology, determine whether the CPD sufficiently implemented its policy and training; review outcomes of the foot pursuit audit to help make determine regarding adopting a foot pursuit policy, assess the ability of the CPD to address identified problems, patterns, or trends; if a foot pursuit policy is recommended, determine whether adopted policy is reviewed and approved by the Monitor and OAG | | Training Sources, Community Sources (For annual ICR Compliance audit report, UOF dashboard, TRED reports) |
| 173 | §492 | Following a use of force, once the scene is safe and as soon as practicable, CPD officers must immediately request appropriate medical aid for injured persons or persons who claim they are injured. | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF training in 2020/2021 with latest policy changes | Training Sources, including training materials, eLearning training | Determine whether the CPD has sufficiently implemented its policy and training; review of randomly selected TRRs and BWC videos regarding the need for medical aid; review data on how soon officers request medical assistance | Community Sources, Data Sources |
| 174 | §492 | **Before January 1, 2021**, CPD will ensure that all CPD officers receive Law Enforcement Medical and Rescue Training ("LEMART"). The LEMART training provided to CPD officers will incorporate scenario-based elements. Before January 1, 2021, CPD will equip all CPD officers engaged in patrol activities who have completed LEMART training with an individual first aid kit ("IFAK") (as defined in current CPD policy, UOP. | January 1, 2021 (March 6, 2021) | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently provided LEMART training, number and percentage of officers who have undergone training and received kits, regularly updated prior to the January 1, 2021 deadline | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources, Data Sources |
| 175 | §492 | **Starting January 1, 2021**, in use of force incidents involving CPD officers, CPD will require CPD officers to provide life-saving aid consistent with their LEMART training to injured persons as soon as it is safe and feasible to do so until medical professionals arrive on scene. CPD will replenish IFAKs, and the contents thereof, used by CPD officers as necessary to ensure officers have the equipment necessary to render aid consistent with their LEMART training. Subsequent to January 1, 2021, CPD will ensure that any officer regularly engaged in patrol activities who has no prior LEMART training receives LEMART training within one year of beginning his or her regular patrol activities. | January 1, 2021 (March 6, 2021) | Ongoing | | | Policy Methodology, including revisions to the policy from may provide aid to "must provide aid," effective January 1, 2021, policy must also address newly assigned officers to patrol be training within a year; Data Methodology | Training Methodology, determine whether the CPD has sufficiently provided LEMART training, number and percentage of officers who have undergone training and who have been trained within a year; Data Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess if there is a process for distributing and replenishing kits | |
| 176 | §492 | CPD officers must recognize and act upon the duty to intervene on the subject's behalf when another officer is using excessive force. | | | Policy Methodology; Data Methodology; Review UOF policies to ensure it addresses requirements specified in this paragraph | Training Methodology, assess whether training captures preparedness/best practices that have been successful. Completed UOF training in 2020/2021 UOF in-service training, training on policy revisions (specific to an officer may intervene verbally or physically to try to stop a violation) | Training Sources, including training materials, eLearning training | Determine whether the CPD has sufficiently implemented its policy and training; review of quarterly updates from various sources (TRED, BWC, COPA, city administration) to determine whether a culture of intervention is allegedly exists. Review TRRs and TRR-I and instances in which an officer allegedly failed to intervene. Review TRRs and TRR-I, and TRR interview or allegedly failed to intervene. | Community Sources, Data Sources; Input from different agencies on ways to identify issues that are not readily identified in data (TRED, COPA, reports), etc.; City Law Department, IG, reviews excessive force cases where officers did not intervene or allegedly failed to intervene |
| 177 | §492 | Consistent with CPD policy that force must be objectively reasonable, necessary, and proportional, CPD officers must generally not use force against a person who is handcuffed or otherwise restrained absent circumstances such as where the person's actions must be immediately stopped to prevent injury or escape or when compelled by other law enforcement objectives. | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources, including training materials, eLearning training | Determine whether the CPD has sufficiently implemented its policy and training; review number of incidents where force was used against a person who is handcuffed or otherwise restrained, and whether the CPD has a process that differentiates force against a person who is handcuffed or otherwise restrained, and review these cases COPA, review a random sampling of such incidents, including review of reviewing supervisor and TRED's findings on each; review whether force was used, case as to whether it was in compliance with policy | Community Sources, Data Sources; TRED reports, UOF dashboard, additional data from appropriate agencies on chokeholds, any supervisory audits, interviews with CPD personnel |
| 178 | §493 | CPD officers are prohibited from using carotid artery restraints or chokeholds (or other maneuvers for applying direct pressure on a windpipe or airway, i.e., the front of the neck, with the intention of reducing the intake of air) unless deadly force is authorized. CPD officers must not use chokeholds or other maneuvers for intentionally putting pressure on a person's airway or carotid artery restraints as take-down. | | | Policy Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources, including training materials, eLearning training | Determine whether the CPD has sufficiently implemented its policy and training; review of use of chokeholds, including TRED review of such incidents in quarterly and annual reports (all deadly force incidents, shootings, head strikes, and chokeholds) | Community Sources, Data Sources; TRED reports, UOF dashboard, additional data from appropriate agencies on chokeholds, any supervisory audits, interviews with CPD personnel |
| 179 | §494 | A CPD's use of force policies must guide officers on all force techniques, technologies, and weapons that CPD officers are authorized to use. CPD's use of force policies must clearly define and describe each force option and the circumstances under which such use of force is appropriate to deliver potential types of resistance. | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources, Data Sources; TRED reports, interviews with CPD officers |
| 180 | §495 | CPD will maintain policies for each of the following weapons, using the following guidelines. | | | Community Methodology, including assessing procedures to ensure policies are maintained and updated in accordance with **§§**150 and 160 | Community Sources | Community Sources | Determine whether the CPD has sufficiently implemented its policy and training; assess extent to which data drives policy changes | Data Sources |
| 181 | §492 | CPD will continue to require that only officers who are currently certified may be issued, carry, and use firearms. | | | Policy Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review records showing the percentage of officers who are and are not currently certified | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; ensure that officers are certified to issue, carry, and use firearms (including CPD active FOID cards and CPD firearms certifications) | Community Sources, Data Sources; Completed TRRs, TRED reports, interviews with CPD officers, firearm certification records |
| 182 | §492 | CPD will require officers to consider their surroundings before discharging their firearms and take reasonable precautions to ensure that people other than the target will not be struck. | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review records showing the percentage of officers who qualified at the range and passed the required UOF test | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; data on firearm discharges, nature of the incident and whether this section was an issue | Community Sources, Data Sources; Completed TRRs, TRED reports, UOF dashboard, any supervisory audits, interviews with CPD officers |
| 183 | §492 | CPD will require officers to issue a verbal warning prior to the use of any reportable force, including the use of firearms, when it is safe and feasible to do so. | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies, specifically emphasis on the importance of verbal warnings if safe and feasible. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Review of BWC data and TRED data/findings on how many times verbal warnings were given | Community Sources, Data Sources; Completed TRRs, TRED reports, UOF dashboard, any supervisory audits, interviews with CPD officers |
| 184 | §492 | When CPD officers discharge firearms, they must continuously assess the circumstances that necessitated the discharge and modify their use of force accordingly, including ceasing to use force when the circumstances no longer require it (e.g., when a subject is no longer a threat). | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies, specifically emphasis on the importance of verbal warnings if safe and feasible. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Review of TRR data/findings and BWC data, nature of the incident and disposition | Community Sources, Data Sources; TRRs, any supervisory audits, completed TRNs |
| 185 | §492 | CPD will continue to prohibit officers from firing warning shots. | | | Policy Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies, specifically emphasis on not firing warning shots. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Review of TRR data and TRED data/findings on how many times warning shots were fired, nature of the incident and disposition | Community Sources, Data Sources; Completed TRRs, TRED reports, UOF dashboard, any supervisory audits, interviews with CPD officers |
| 186 | §492 | CPD officers must not fire at moving vehicles when the vehicle is the only force used against the officer or another person, except in extreme circumstances when it is a last resort to preserve human life or prevent great bodily harm to a person, such as when a vehicle is intentionally being used to attack a person or group of people. CPD will continue to instruct officers to avoid positioning themselves or remaining in the path of a moving vehicle, and will provide officers with adequate training to ensure compliance with this instruction. | | | Policy Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; data on firearm discharges, nature of the incident and whether this section was an issue | Community Sources, Data Sources; Completed TRRs, TRED reports, UOF dashboard, any supervisory audits, interviews with CPD officers |
| 187 | §492 | CPD will prohibit officers from firing from a moving vehicle unless such force is necessary to protect against an imminent threat to life or to prevent great bodily harm to the officer or another person. | | | Policy Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; data on firearm discharges, nature of the incident and whether this section was an issue | Community Sources, Data Sources; Completed TRRs, TRED reports, UOF dashboard, any supervisory audits, interviews with CPD officers |
| 188 | §491 | **By January 1, 2019**, CPD will develop a training bulletin that provides guidance on weapons discipline, including circumstances in which officers should and should not point a firearm at a person. CPD will incorporate training regarding pointing of a firearm in the annual use of force training required by this Agreement **in 2019**. | January 1, 2019 | December 31, 2018 | | | Policy Methodology; review training bulletin, the training bulletin and underlying materials; Policy Sources, Data Sources | The training bulletin and underlying materials; the requirements and whether the CPD receives the IMT's and the OAG's requisite approval | Training bulletin and underlying materials; Policy Sources, Data Sources | Training Methodology; review training attendance records and data for UOF and 2020, as well as progress made by CPD to educate and appropriately train officers; the training bulletin to determine full compliance, to permit assessment of operational compliance, CPD will need to demonstrate that sufficient policy analysis of pointing incidents, including those not documented in TRRs or arrest reports; annual UOF training needs to sufficiently address TRED's recommendations on pointing incidents | Training Sources, Community Sources, Data Sources |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE OF FORCE | 189 | 189. CPD will clarify in policy that when a CPD officer points a firearm at a person to detain the person, an investigatory stop or an arrest has occurred, which must be documented. CPD will also clarify in policy that officers will only point a firearm at a person when objectively reasonable under the totality of the circumstances. | IMR1 | | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether officers understand the firearm-pointing policy, particularly the requirements of this paragraph | Training Sources; Community Sources; Data Sources | |
| USE OF FORCE | 190 | 190. Beginning July 1, 2019, CPD officers will, at a minimum, promptly after the incident is concluded, notify OEMC of investigatory stop or arrest occurrences in which a CPD officer points a firearm at a person in the course of effecting the seizure. The notification will identify which CPD beat(s) pointed a firearm at a person in the course of effecting the seizure. The City will ensure that OEMC data recording each such notification is electronically linked with CPD reports and body-worn camera recordings associated with the incident, and all are retained and readily accessible to the supervisor of each CPD beat(s) identified in the notification. | IMR1 | July 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology, determine whether a sufficient number of officers are trained and whether officers understand firearm pointing policies and procedures | Training Sources | Determine whether the CPD and OEMC have sufficiently implemented their policy and training and to ensure that OEMC records for firearm pointing notifications are properly linked to Police Computer Aided Dispatch reports and body worn camera videos; identify instances where officers did not notify OEMC, but the nature of the incident is such that firearm pointing was likely (do a random sampling review of officers with a firearm, shots fired calls, that resulted in an arrest); review BWC videos to see if all units of notifications occur (including linking issue) | Training Sources; Community Sources; Data Sources; firearm pointing data, video footage, OEMC notification data, interviews with CPD and city personnel | |
| USE OF FORCE | 191 | 191. OEMC will notify an immediate supervisor of the identified beat(s) each time the pointing of a firearm is reported. Notified CPD supervisors will ensure that the investigatory stop or arrest documentation and the OEMC recordation of the pointing of a firearm are promptly reviewed in accordance with CPD policy. CPD supervisors will effectively supervise the CPD members under their command consistent with their obligations set forth in the Supervision section of this Agreement. | IMR1 | July 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology, determine whether a sufficient number of officers are trained and whether officers understand firearm pointing policies and procedures | Training Sources | Determine whether the OEMC is making the required notifications and CPD has sufficiently implemented its policy and training; review TRED data on supervisor advisements and recommendations; and conduct a random sampling review of cases for appropriate supervisor response | Community Sources; Data Sources; firearm pointing data, video footage, TRRs, TRED reports, interviews with CPD and city personnel | |
| USE OF FORCE | 192 | 192. A designated unit at the CPD headquarters level will routinely review and audit documentation and information collected from all investigatory stop and arrest occurrences in which a CPD officer pointed a firearm at a person in the course of effecting a seizure. The review and audit will be completed within 30 days of each such occurrence. This review and audit will: a. identify whether the pointing of the firearm at a person allegedly violated CPD policy; b. identify any patterns in such occurrences and, to the extent necessary, ensure that any concerns are addressed; and c. identify any tactical, equipment, training, or policy concerns and, to the extent necessary, ensure that the concerns are addressed. The designated unit at the CPD headquarters level will, where applicable, make appropriate referrals for misconduct investigations or other corrective actions for alleged violations of CPD policy. At the completion of each review and audit, the designated unit at the CPD headquarters level will issue a written notification of its findings and, if applicable, any other appropriate actions taken or required to an immediate supervisor as described above. | IMR1 | March 31, 2019 | Ongoing | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; review CPD's training regarding the firearm pointing incident policy and procedures for the TRED; determine whether a sufficient number of officers have been trained | Training Sources | Review training, community, and data sources, including footage from body worn cameras, pointing data, and TRED review schedules and completion records to determine whether the CPD has sufficiently implemented its policy and training; examine whether concerns are adequately identified (both detected and evaluated), and whether the processes in place "ensure that concerns are addressed" at both the organizational and individual level | Training Sources; Community Sources; Data Sources, firearm pointing data, video footage, TRED reports, interviews with CPD and city personnel | |
| USE OF FORCE | 193 | 193. CPD will ensure that the designated unit at the CPD headquarters level responsible for performing the duties required by this Part has sufficient resources to perform them, including staff with sufficient experience, rank, knowledge, and expertise. | IMR1 | March 31, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; review CPD's training regarding the firearm pointing incident policy and procedures for the TRED; determine whether a sufficient number of officers have been trained | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Review training, community, and data sources—including TRED quarterly and yearly reports and data on TRED staffing levels and expertise—to assess the capacities and capabilities of the TRED (e.g., total number of days TRED officers reassigned for street duty, review officers credentials). Need to continually monitor TRED training, need to monitor whether TRED pointing unit has sufficient personnel to address their workload and consistently meet the 30-day completion period, access a number of pointing incidents to determine whether policy has been complied with and accurately categorized | Training Sources; Community Sources; Data Sources, including video footage, pointing data, and review scheduling; reoccurring request on staffing levels, workload per officer (for pointing and foot pursuits), TRRs | |
| USE OF FORCE | 194 | 194. CPD officers will not be required to notify OEMC of the pointing of a firearm at a person when the CPD officer is a SWAT Team Officer responding to a designated SWAT incident, as defined in CPD Special Order S05-05, or an officer assigned to a federal task force during the execution of federal task force duties. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources UOF policies, S05-05 | Training Methodology; determine whether a sufficient number of officers are trained and whether officers understand firearm pointing policies and procedures | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; determine if such notifications are tracked and if these exemptions result in complaints | Community Sources; Data Sources, firearm pointing data, video footage, TRRs, TRED reports, interviews with CPD and city personnel | |
| USE OF FORCE | 195 | 195. CPD officers will not be required to notify OEMC of any unholstering or display of a firearm or having a firearm in a "low ready" position during the course of an investigation, unless the firearm is pointed at a person. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies, community input | Training Methodology; determine whether a sufficient number of officers are trained and whether officers understand firearm pointing policies and procedures | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Determine if such notifications are tracked and if these exemptions result in complaints | Community Sources; Data Sources, firearm pointing data, video footage, TRRs, TRED reports, interviews with CPD and city personnel | |
| USE OF FORCE | 196 | 196. The City will ensure that all documentation and recordation of investigatory stop or arrest occurrences in which a CPD member points a firearm at a person, including OEMC data, is maintained in a manner that allows the Monitor, CPD, and OAG to review and analyze such occurrences. **Beginning January 1, 2020**, the Monitor will analyze these occurrences on an annual basis to assess whether changes to CPD policy, training, practice, or supervision are necessary, and to recommend any changes to the process of documenting, reviewing, and analyzing those occurrences. CPD will either adopt the Monitor's recommendations or respond in writing within 30 days. Any dispute regarding whether the Monitor's recommendations should be implemented will be resolved by the Court. | IMR2 | December 31, 2020 (IMT) | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **December 31, 2024** | **Annually** | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies | Training Methodology; determine whether a sufficient number of officers are trained and whether officers understand firearm pointing policies and procedures | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; determine practices for maintaining and reviewing firearm pointing incidents annually, and responses to recommendations regarding trends and patterns. Determine whether CPD produces data that allows the IMT to identify patterns and trends at district, shift and beat level in a timely fashion for all current pointing incidents, including the 12-15% with no associated ISR or arrest report | Training Sources; Community Sources; Data Sources, video footage, pointing data, review scheduling, and corresponding recommendations, TRED reports, TRRs, interviews with CPD and city personnel | |
| USE OF FORCE | 197 | 197. CPD will continue to require that only officers who are currently certified may be issued, carry, and use Tasers. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies, community input | Training Methodology, determine whether officers are properly certified with Taser use | Training Sources; a list of all CPD certified officers, their attendance for yearly qualifications, a corresponding list at district level of those officers who are certified and eligible to carry and any system established that notices districts officers have not been certified | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| USE OF FORCE | 198 | 198. CPD will instruct officers that Tasers can cause serious injury or death and, as a result, officers should use Tasers only after balancing relevant factors including the threat presented by the subject, the risk of injury if a Taser is used, and the seriousness of the suspected offense. Consistent with this standard, CPD officers should not use Tasers against persons who are reasonably perceived to be non-violent, unarmed, and suspected of low-level offenses, such as property-related misdemeanors, quality of life offenses, moving or traffic violations, or municipal code violations. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; number of officers currently certified and percentage have been certified within last two years | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review number of Taser incidents, nature of activity that necessitated the deployment, violations related Taser use | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, COPA findings | |
| USE OF FORCE | 199 | 199. CPD will clarify in policy that flight alone, without any other basis for reasonable articulable suspicion or probable cause, does not justify use of a Taser against a subject. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether a sufficient number of officers are trained and whether officers understand firearm pointing policies and procedures | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review of number of TRRs with Taser use, nature of activity that necessitated the deployment (use data from COPA and TRED regarding Taser use and violations) | Community Sources; Data Sources, TRRs, TRED reports, COPA findings | |
| USE OF FORCE | 200 | 200. When safe and feasible to do so, CPD officers must give verbal commands and warnings prior to, during, and after deployment of a Taser. When safe and feasible to do so, CPD officers will allow a subject a reasonable amount of time to comply with a warning prior to using or continuing to use a Taser, unless doing so would compromise the safety of an officer or another person. | IMR2 | | | | | | | Policy Methodology; Data Methodology, review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology, determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review number of Tasers and number of times, percentage of times, and if de-escalation/communication was checked and articulated in TRR; review compliance with Taser policies and remedial actions; conduct a random review of reports and videos | Community Sources; Data Sources; community input on Tasers, completed TRRs, TRED reports and debriefings, UOF dashboard, supervisor and COPA findings of compliance or non-compliance, video footage | |
| USE OF FORCE | 201 | 201. CPD will strongly discourage the use of Tasers in schools and on students. CPD will require officers to consider the totality of the circumstances, including a subject's apparent age, size, and the threat presented, in assessing the reasonableness and necessity of using a Taser in a school. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Review data from TRRs regarding Taser use, age of subjects, and location of incident | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 202 | 202. CPD officers will treat each application or standard cycle (five seconds) of a Taser as a separate use of force that officers must separately justify as objectively reasonable, necessary, and proportional. CPD will continue to require officers to, when possible, use only one five-second energy cycle and reassess the situation before any additional cycles are given or cartridges are discharged. In determining whether any additional application is necessary, CPD officers will consider whether the individual has the ability and has been given a reasonable opportunity to comply prior to applying another cycle. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review the number of times a TRR indicated 2nd or more discharges and any de -escalation/communication efforts; CPD must provide data on multiple applications or standard cycles for review | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 203 | 203. CPD will require that if the subject has been exposed to three, five-second energy cycles (or has been exposed to a cumulative 15 total seconds of energy) and the officer has not gained control, officers switch to other force options unless the officer can reasonably justify that continued Taser use was necessary to ensure the safety of the officer or another person, recognizing that prolonged Taser exposure may increase the risk of death or serious injury. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review TRRs for instances of more than three cycles and justification; CPD must provide data on multiple cycles for review | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE OF FORCE | 204 | 204. CPD officers must: a. determine the necessity, objective reasonableness, and proportionality of Taser use based on the totality of the circumstances, including the subject's apparent age, size, physical and mental condition, disability, and impairment; b. not use Tasers in drive-stun mode unless the subject is an assailant and other force options are not readily available or would otherwise be ineffective; c. when practicable, avoid the use of Tasers when it is reasonably evident that a deployment may cause serious physical injury, including if the subject is elevated above the ground, if the subject is operating or riding any mode of transportation, or if the subject may be less able to catch or protect themselves in a fall; d. not use Tasers in any environment that contains potentially flammable, volatile, or explosive material; e. not use Tasers on a subject who is at a greater risk of serious injury or death from Taser use, including, but not limited to, children, pregnant individuals, and the elderly, unless the subject is an assailant and other force options are not readily available or would otherwise be ineffective; f. target the Taser in probe mode at the lower center mass and avoid the head, neck, and genitalia; g. not activate more than one Taser at a time against a subject, unless an officer already attempted to use a Taser against the subject but the probes did not make contact with the subject; and h. keep Tasers in a weak-side holster. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training. | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Review whether the TRED identified any instances where any of the protected groups have been tased and the circumstances that warranted it; and the reviewing supervisor and TRED's compliance position | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 205 | 205. CPD officers must request medical aid for a person subjected to a Taser application. CPD officers must place any person subjected to a Taser application in a position that does not impair respiration, as soon as it is safe and feasible to do so. CPD officers must render life-saving aid to injured persons consistent with their training until medical professionals arrive on scene. Only trained medical personnel may remove Taser probes from a subject. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph; change policy from may to must provide medical aid in the policy | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review Taser use to determine if a request for aid is made and positioning issues | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 206 | 206. CPD will conduct Taser inspections on a periodic basis to perform information downloads, ensure Tasers are operable, and perform necessary maintenance or repairs. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review reports or audits to ensure compliance regarding inspection and maintenance of Tasers | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports, Taser maintenance reports or audits | |
| USE OF FORCE | 207 | 207. CPD officers may use OC devices only when such force is objectively reasonable, necessary, and proportional under the totality of the circumstances, and consistent with the objectives above. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review the number of times OC spray used and resulting supervisory review findings (reviewing supervisor/ TRED) as to compliance. Review any negative findings from COPA on OC spray | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports, COPA findings | |
| USE OF FORCE | 208 | 208. CPD officers may only use OC devices for crowd dispersal when such force is necessary, objectively reasonable, and proportional to the threat presented to public safety. CPD will continue to require that the Superintendent or his or her designee provides authorization before OC devices are used for noncompliant groups, crowds, or an individual taking part in a group or crowd. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review any instances of crowd control where OC deployed, and if authorization was obtained | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 209 | 209. When safe and feasible to do so, CPD officers must issue verbal commands and warnings to the subject prior to, during, and after the discharge of an OC device. When safe and feasible to do so, CPD will require officers to allow a subject a reasonable amount of time to comply with a warning prior to using or continuing to use an OC device, unless doing so would compromise the safety of an officer or another person. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review TRRs and BWC videos to ascertain compliance (e.g., the number of times officers checked communication box in TRR and included communication efforts in the narrative) | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, video footage | |
| USE OF FORCE | 210 | 210. Each individual application of an OC device (e.g., each spray of an officer's personal OC device) by a CPD officer must be objectively reasonable, necessary, and proportional under the totality of the circumstances, and consistent with the objectives above. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review number of times multiple applications of OC spray was used and the officer's efforts to provide medical assistance; CPD must provide data on multiple applications for review | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 211 | 211. CPD officers must assist subjects exposed to application of an OC device with decontamination and flushing when it is safe and feasible to do so. CPD officers must request the appropriate medical aid for a subject after the discharge of an OC device if the subject appears to be in any physical distress, or complains of injury or aggravation of a pre-existing medical condition (e.g., asthma, emphysema, bronchitis, or a heart ailment). | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review number of uses and assist with decontamination and request for medical aid | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 212 | 212. CPD officers may only use department-issued or approved OC devices. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review efforts of the CPD to ensure OC spray is Department authorized, inspected, audited, any documentation | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 213 | 213. CPD officers must not use impact weapons (e.g., baton, asp, improvised impact weapons) to intentionally strike a subject in the head or neck, except when deadly force is justified. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review the number of reported incident of head strikes and check with COPA, BIA, and legal department for any unreported incidents and subsequent findings | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports, COPA findings | |
| USE OF FORCE | 214 | 214. When safe and feasible to do so, CPD officers must give verbal commands and warnings prior to, during, and after using an impact weapon. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review the number of impact weapon strikes and number of times officers used communication from TRR | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 215 | 215. CPD officers must receive training on proper use of an impact weapon before being permitted to carry such weapon. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether officers are properly trained and permitted to carry impact weapons; and number trained | Training Sources; a list of all CPD certified officers, a corresponding list at district level of those officers who are certified and eligible to carry and any system established that notices districts officers have not been certified | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 216 | 216. CPD officers must request appropriate medical aid for a subject who experiences an impact weapon strike when the subject appears to be in any physical distress or complains of injury, or when the subject sustained a strike to the head from an impact weapon or a hard, fixed object. CPD officers must render life-saving aid to the subject consistent with the officers' training until medical professionals arrive on scene. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; Community Sources, UOF policies | Training Methodology; number of officers who have been trained on impact weapons by required time period | Training Sources; including lessons plans, scenarios, needs assessment, evaluations, and records; LEMART training records | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 217 | 217. To be effective, the foundation of CPD's accountability system must be CPD members. When CPD members use force, they must be able to demonstrate that the force used complies with the law and CPD policy. When a member's use of force does not comply with the law and CPD policy, the member's supervisors must be able to identify the non-compliance and take appropriate action to address it. To facilitate evaluation of how CPD members use force, CPD will ensure that members report incidents when they use force and that supervisors collect and review available information about the incidents. | IMR6 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including outcomes of supervisor reviews (such as training or other recommendations and timeliness of reviews and recommendations), and comparison to COPA, BIA, and Law Department data | |
| USE OF FORCE | 218 | 218. CPD members must report and document any reportable use of force. **Beginning January 1, 2019**, a reportable use of force will be defined as any use of force by a CPD member included in any of the following three levels: a. A level 1 reportable use of force is the use of any force by a CPD member to overcome the active resistance of a subject that does not rise to a level 2 or level 3 reportable use of force. This would include force that is reasonably expected to cause pain or an injury, but does not result in injury or complaint of injury. The following techniques are level 1 reportable uses of force when applied in response to active resistance: pressure point compliance techniques; joint manipulation techniques; wristlocks; armbars; and any leg sweep, weaponless defense techniques, or takedown that does not result in injury or complaint of injury. It is not a reportable use of force for a CPD member to escort, touch, or handcuff a person with no or minimal resistance. b. A level 2 reportable use of force is the use of any force by a CPD member that includes use of a less-lethal weapon or that causes an injury or results in a complaint of an injury, but that does not rise to a level 3 reportable use of force. Force options in this level include: discharge of an OC device; discharge of a Taser; impact weapon strikes to any part of the body other than the head or neck; use of impact munitions; any physical apprehension by a canine; any reportable use of force against a handcuffed subject; and any leg sweep, weaponless defense technique, or takedown resulting in an injury or complaint of injury. c. A level 3 reportable use of force is when a CPD member does any of the following: uses any force that constitutes deadly force, such as discharging a firearm or using an impact weapon to strike a person's head or neck; uses a chokehold or other maneuver for intentionally putting pressure on a person's airway or carotid artery; uses any force that causes the death of any person; or uses any force that causes injury to any person resulting in admission to a hospital. | IMR1 | January 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; Community Sources, UOF policies | Training Methodology; number of officers and Supervisors who have undergone the UOF 2020 training that created new levels | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review number of instances where levels of force had to be re-categorized from one level to another by TRED | Community Sources; Data Sources, UOF data and dashboard (reflecting uses of force that follow policy and do not follow policy), corresponding reports and forms, and misconduct complaints | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE OF FORCE | 219 | 219. Whenever a CPD member engages in a reportable use of force, the member must complete a TRR, or any similar form of documentation CPD may implement, prior to the end of his or her tour of duty. In addition to completing the TRR, officers must also document the reason for the initial stop, arrest, or other enforcement action per CPD policy. CPD may allow members requiring medical attention a reasonable amount of additional time to complete the required documentation. CPD may allow supervisors to complete the TRR for members who are unable to complete the report due to injury or in other extraordinary circumstances. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; number of officers and Supervisors who have undergone the UOF 2020 training that created new levels | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; determine from TRED quarterly and annual reports, when it identifies a narrative deficiency, if there is documentation that points to the area that is deficient (e.g., reason for stop, subjects actions); determine if all categories are identified and if there is a definition explaining these categories) | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 220 | 220. In completing the TRR, or whatever similar documentation CPD may implement, CPD members must include a narrative that describes with specificity the use of force incident, the subject's actions, or other circumstances necessitating the level of force used; and the involved member's response, including de-escalation efforts attempted and the specific types and amounts of force used. The narrative requirement does not apply to CPD members who discharged a firearm in the performance of duty or participated in an officer-involved death in the performance of duty. Any CPD member who observes or is present when another CPD member discharges a firearm or uses other deadly force must complete a written witness statement prior to the end of his or her tour of duty. CPD members will note in their TRRs the existence of any body-worn camera or in-car camera audio or video footage, and whether any such footage was viewed in advance of completing the TRR or any other incident reports. CPD members must complete TRRs, or whatever similar documentation CPD may implement, and other reports related to the incident, truthfully and thoroughly. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review TRED quarterly and annual reports for findings regarding narrative deficiency in these areas | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports | |
| USE OF FORCE | 221 | 221. Any CPD member who engages in a reportable use of force must immediately report the incident to OEMC. OEMC is required to notify the involved member's immediate supervisor and the Watch Operations Lieutenant of the district of occurrence. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies, community input, OEMC directives/procedures | Training Methodology; determine whether the CPD and OEMC have sufficiently trained related this the areas of this paragraph; review number of officers who have completed relevant training | Training Sources | Determine whether the CPD and the OEMC have sufficiently implemented their policy and training; determine if and how this is monitored by TRED monitor for compliance, and tracking of OEMC notification; the CPD has to assimilate data from different sources: BIA, COPA, City Law Department to identify all potential allegations of unreported force. TRED's reviews of TRRs should report on a routine basis if any reviews identify unreported force; IMT will review random TRRs to ascertain if non-reporting members use reportable force | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports, OEMC data regarding notifications to supervisors | |
| USE OF FORCE | 222 | 222. A CPD supervisor will immediately respond to the scene when a level 2 or level 3 reportable use of force occurs ("responding supervisor"). CPD supervisors may, at their discretion, respond to the scene when a level 1 reportable use of force occurs, but they are not required to do so. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review supervisor responses to uses of force (level 1, 2, and 3) | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 223 | 223. For level 2 and level 3 reportable use of force incidents, the duties of the responding supervisor will include, at a minimum: a. identifying known available witnesses to the use of force to the extent reasonably possible and documenting their identities and statements in a written report, except in incidents for which the Civilian Office of Police Accountability ("COPA") receives administrative notifications and responds to the scene; b. coordinating with COPA, as appropriate; c. gathering and preserving evidence related to the use of force; d. requesting the assignment of an evidence technician to photograph persons involved in the incident, including any injuries sustained; e. ensuring that members and subjects receive appropriate medical care; f. making notifications as required by CPD policy; and g. reviewing reports regarding the incident for legibility and completeness. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies, community input | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review if data can be examined regarding the percentage of times supervisors identify witnesses, percentage of times a reviewing supervisor notified COPA, and the percentage of times the reviewing supervisor requested evidence | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 224 | 224. In addition, for level 2 and level 3 reportable use of force incidents involving an injury or complaint of injury for which COPA does not have jurisdiction, the responding supervisor will undertake reasonable efforts to identify and interview additional witnesses beyond those that are known and available. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities. Review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training, including that CPD has process in place to identify and isolate applicable Level 2 & 3 UOF falling under this category and that CPD has remedial training in place for repeat offenders; IMT will review TRRs, TRR-I, TRR-R to determine whether efforts are being made to document efforts and the level of success, all efforts need to be documented including unsuccessful efforts, including for any mention in the narrative. Review of TRED recommendations as to supervisors efforts at | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 225 | 225. A supervisor who used force or ordered force to be used during a reportable use of force incident will not perform the duties assigned to the responding supervisor for that incident. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology, review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; random sampling review of supervisory ranks exempted | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 226 | 226. CPD will continue to require the responding supervisor to document information collected and actions taken in performing his or her investigatory duties in the supervisor's portion of the TRR, or in any other similar form of documentation CPD may implement. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources, including lessons plans, scenarios, needs assessment, evaluations, and records | Determine whether the CPD has sufficiently implemented its policy and training; review the number of TRED reports returned for more information, number of recommendations and advisements to responding supervisors on their investigation any retraining on this issue, any repeat offenders on poor investigation | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 227 | 227. Any CPD member who becomes aware of information indicating that a reportable use of force occurred but was not reported must immediately notify his or her supervisor. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of officers and supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review information from all potential sources (e.g., legal, COPA, BIA, TRED) | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts.; reports from BIA/COPA/OIG | |
| USE OF FORCE | 228 | 228. Supervisors play a critical role in ensuring that force is used legally, consistent with CPD policy, and in a manner that will promote community confidence in the Department. Supervisor reviews and investigations of uses of force are essential to identify necessary individual and departmental corrective action. | IMR2 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 229 | 229. All reportable uses of force by CPD members must be reviewed by CPD supervisors. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review of unreported force and in particular any reports TRED returned to a district because supervisors did not complete their responsibilities; random review of incidents with potential for force to determine if paragraph complied with; Monitor training for emphasis on reporting all levels and compliance with notifications procedures. Review of TRED reports for compliance | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 230 | 230. After a reportable use of force has occurred, required TRRs have been completed, and, in the case of level 2 and level 3 incidents, a responding supervisor has documented any investigatory information collected, the incident will be reviewed and evaluated by a CPD supervisor at least the rank of Lieutenant, and in all instances at least one rank level above that of the highest-ranking member who engaged in the reportable use of force, or by a command staff member, when designated ("reviewing supervisor"). | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 231 | 231. The reviewing supervisor will conduct an investigation into the reportable use of force incident by reviewing all information reasonably available regarding the incident, including written reports, video or audio recordings, and, in the case of level 2 and level 3 reportable use of force incidents, witness statements, photographs (if available), and other evidence or information collected by the responding supervisor. After advising the subject of his or her right not to answer questions and other applicable rights, and only if the subject voluntarily consents to an interview, the reviewing supervisor will interview the subject solely about the reportable use of force. In addition, the reviewing supervisor will visually inspect the subject and document any injuries observed. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; explore whether the reviewing supervisors are able to complete their responsibilities or level 2&3 using data from TRRs (percentage of times subjects agree to interviews regarding use of force, percentage of times visual inspections for injuries were not conducted); review TRED's findings in this area | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 232 | 232. For all reportable uses of force, the reviewing supervisor will determine, based on the information reviewed, if the use of force requires a notification to COPA and will assess whether the use of force was in compliance with CPD policy (except for incidents involving deadly force or an officer-involved death). The reviewing supervisor will also review the TRR, or any similar form of documentation CPD may implement, for sufficiency and completeness. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review number and percentage of times COPA notified, number and percentage of times not in compliance; assess if TRED and COPA perspective is different from above; review TRED findings on TRRs returned for sufficiency and completeness; conduct a random sampling review of sufficiency and completeness | Community Sources; Data Sources, UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE OF FORCE | 233 | 233. For all reportable use of force incidents, the reviewing supervisor will: provide timely, constructive feedback, where appropriate, to the officer who engaged in the reportable use of force, the officer's supervisor, or both; recommend additional training and/or support as necessary based on the incident; take appropriate action, including referring uses of force that may violate law or CPD policy to COPA. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; review from TRR-Is percentage of compliance and percentage of other action recommended, including referrals to COPA | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 234 | 234. CPD will continue to require the reviewing supervisor to document in a Tactical Response Report – Investigation ("TRR-I"), or in any other similar form of documentation CPD may implement, his or her detailed assessment of compliance with CPD policy, any constructive feedback, and any required or recommended action. In addition, the reviewing supervisor will include in the TRR-I or in any other similar form of documentation CPD may implement, the identities of CPD members on scene during the incident who are reasonably believed to have relevant knowledge or information regarding the reportable use of force. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; in addition to what called for in 233, review whether narrative identifies potential department members as witnesses and any instances, percentage of actions taken when reviewing supervisors failed to address | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 235 | 235. All district-level supervisory review documentation regarding a reportable use of force incident must be completed within 48 hours of the incident, unless an extension is approved by a command staff member. | IMR1 | March 1, 2019 | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies, community input | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed UOF in-service training and supervisor-specific | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| USE OF FORCE | 236 | 236. CPD will continue to develop, implement, and maintain a system of video recording officers' encounters with the public with body-worn cameras. The use of body-worn cameras will be designed to increase officer accountability, improve trust and CPD legitimacy in the community, and augment CPD's records of law enforcement-related | IMR4 | | | | | | | Policy Methodology; Data Methodology Review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph. Review related BWC policies and protocols | Policy Sources; Data Sources; UOF policies, community input; BWC policies and protocols | Training Methodology; determine whether the CPD has sufficiently trained on its UOF and BWC policies; review number of CPD officers who have completed related training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources TRRs, TRED reports, Office of Operational Compliance BWC audit, BWC video footage | |
| USE OF FORCE | 237 | 237. CPD will continue to require all officers assigned to patrol field duties to wear body-worn cameras and microphones with which to record law-enforcement related activities as outlined in the Illinois Law Enforcement Officer-Worn Body Camera Act (50 ILCS 706/10-1 et seq.), with limited exceptions, including, but not limited to, when requested by a victim or witness of a crime, or interacting with a confidential informant. CPD will develop and implement a written policy delineating the circumstances when officers will not be equipped with bodyworn | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph; review related BWC policies and protocols | Policy Sources; Data Sources; UOF policies, community input; BWC policies and protocols | Training Methodology; determine whether the CPD has sufficiently trained on its UOF and BWC policies review number of CPD officers who have completed related training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; TRRs, TRED reports, Office of Operational Compliance BWC audit, BWC video footage | |
| USE OF FORCE | 238 | 238. CPD will continue to maintain a policy regarding body-worn camera video and audio recording that will require officers to record their law-enforcement related activities, and that will ensure the recordings are retained in compliance with the Department's Forms Retention Schedule (CPD-11.717) and the Illinois Law Enforcement Officer-Worn Body Camera Act. At a minimum, CPD's body-worn camera policy will: a. clearly state which officers are required to use body-worn cameras and under which circumstances; b. require officers, subject to limited exceptions specified in writing, to activate their cameras when responding to calls for service and during all law enforcement-related activities that occur while on duty, and to continue recording until the conclusion of the incident(s); c. require officers to articulate in writing or on camera their reason(s) for failing to record an activity that CPD policy otherwise requires to be recorded; d. require officers to inform subjects that they are being recorded unless doing so would be unsafe, impractical, or impossible; e. address relevant privacy considerations, including restrictions on recording inside a home, and the need to protect witnesses, victims, and children; f. establish a download and retention protocol; g. require periodic random review of officers' videos for compliance with CPD policy and training purposes; h. require that the reviewing supervisor review videos of incidents involving reportable uses of force by a subordinate; and i. specify that officers who knowingly fail to comply with the policy may be subject to progressive discipline, training, or other remedial action. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph; review related BWC policies and protocols | Policy Sources; Data Sources UOF policies, community input; BWC policies and protocols | Training Methodology; determine whether the CPD has sufficiently trained on its UOF and BWC policies; review number of CPD officers who have completed related training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; TRRs, TRED reports, Office of Operational Compliance BWC audit, BWC video footage | |
| USE OF FORCE | 239 | 239. CPD officers must comply with the body-worn camera policy. CPD will impose progressive discipline, training, or other remedial action on officers who do not comply with the body-worn camera policy, as permitted by applicable law. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph; review | Policy Sources; Data Sources; UOF policies, community input; BWC policies and protocols | Training Methodology; determine whether the CPD has sufficiently trained on its UOF and BWC policies; review number of CPD officers who have completed related training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; TRRs, TRED reports, Office of Operational Compliance BWC audit, BWC video footage | |
| USE OF FORCE | 240 | 240. Any CPD officer required to wear a body-worn camera must: a. visually and physically inspect the body-worn camera and ensure that it is the member's assigned camera, fully charged, and operational at the beginning of each tour of duty; and b. notify a supervisor as soon as practical if, at any time, the member's assigned body-worn camera becomes inoperable (including when either or both of the audio or video recording functions is inoperable) or is damaged. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph; review related BWC policies and protocols | Policy Sources; Data Sources; UOF policies, community input; BWC policies and protocols | Training Methodology; determine whether the CPD has sufficiently trained on its UOF and BWC policies; review number of CPD officers who have completed related training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources: TRRs, TRED reports, Office of Operational Compliance BWC audit, BWC video footage | |
| USE OF FORCE | 241 | 241. CPD will ensure that any CPD officer who reports an inoperable or damaged body-worn camera is promptly provided with a temporary or replacement body-worn camera, which will in no event be later than the beginning of the member's next tour of duty. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph; review | Policy Sources; Data Sources UOF policies, community input; BWC policies and protocols | Training Methodology; determine whether the CPD has sufficiently trained on its UOF and BWC policies; review number of Department members who have completed related training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; TRRs, TRED reports, Office of Operational Compliance BWC audit, BWC video footage, BWC maintenance records | |
| USE OF FORCE | 242 | 242. CPD will ensure that CPD officers assigned to Department vehicles that are equipped with in-car cameras check that the cameras are fully functional at the beginning of each watch and make appropriate notifications when they are not. CPD will ensure that any nonfunctioning or malfunctioning in-car camera is repaired or replaced within two weeks of a CPD officer reporting that the in-car camera is not functioning | IMR6 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources, including average time to repair or replace in-car cameras and number of cars in service with non- or malfunctioning cameras | |
| USE OF FORCE | 243 | 243. CPD's pre-service and in-service training must provide officers with knowledge of policies and laws regulating the use of force; equip officers with tactics and skills, including de-escalation techniques, to prevent or reduce the need to use force or, when force must be used, to use force that is objectively reasonable, necessary, and proportional under the totality of the circumstances; and ensure appropriate supervision and accountability. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies. Review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; Assess CPD officer input on relevance and effectiveness of training, and reflection of training principles in practice. | Community Sources; Data Sources TRED reports, UOF dashboard, interviews with CPD officers, best practices | |
| USE OF FORCE | 244 | 244. CPD's training regarding the use of firearms, Tasers, OC devices, impact weapons, and other force options that CPD currently authorizes or may authorize in the future will be consistent with its commitment to de-escalation as a core principle. Any initial training, qualification, or requalification regarding these force options will incorporate scenario-based elements, including scenarios in which officers achieve resolution without employing force. CPD's training regarding these force options will also provide specific guidance to officers regarding required procedures and techniques after each of these force options are used, including procedures and techniques for limiting a subject's injuries. | IMR3 | **Ongoing** | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically review scenarios for effectiveness and best practices; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; determine ability of the CPD to identify patterns and trends and make changes to training, as appropriate | Community Sources; Data Sources; TRED reports, UOF dashboard, interviews with Department members, best practices | |
| USE OF FORCE | 245 | 245. CPD will provide all current CPD officers with in-service use of force training on **at least an annual basis**, and more frequently when necessitated by developments in applicable law and CPD policy. CPD will coordinate and review all use of force training to ensure quality, consistency, and compliance with federal and state law, CPD policy, and | IMR3 | December 31, 2019 | ~~**December 31, 2020**~~ **March 5, 2021** | **December 31, 2022** | **December 31, 2023** | **December 31, 2024** | **Annually** | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources, Community Sources, UOF policies | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; TRED reports, UOF dashboard, interviews with CPD officers, best practices | |
| USE OF FORCE | 246 | 246. The **annual use of force training will include** the following topics: a. CPD policies and Fourth Amendment law governing the use of force; b. proper use of force decision-making that utilizes a critical thinking framework in which officers gather relevant facts; assess the situation, threats, and risks; consider CPD policy; identify options and determine the best course of action; and act, review, and reassess the situation; c. role-playing scenarios and interactive exercises that illustrate proper use of force decision-making; d. ethical decision-making and peer intervention, principles of procedural justice, the role of implicit bias, and strategies for interacting with individuals in crisis; e. de-escalation techniques and tactics to prevent or reduce the need for force, including exercising persuasion and advice, and providing a warning; stabilizing the situation through the use of time, distance, or positioning to isolate and contain a subject; and requesting additional personnel to respond or make use of specialized units or equipment; the proper deployment of CPD-issued or -approved weapons or technologies, including firearms and Tasers; f. use of force reporting, investigation, and review requirements, including documenting reportable use of force incidents; and g. other topics as determined based on the training needs assessment required by this Agreement. | IMR3 | December 31, 2019 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies, community input | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically assess whether lesson plans cover issues identified by the Consent Decree, if instructors effectively relay information, if testing indicates information has been retained by officers, and if officers evaluate their training experiences as effective; review number of officers who have completed UOF in-service training | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; examine CPD UOF dashboards and TRED reports and COPA and PSIG reports to ensure that training reflects reality of the street officer experience. | Community Sources; Data Sources TRED reports, UOF dashboard, interviews with CPD officers, best practices, CALEA certification, COPA and PSIG Reports | |
| USE OF FORCE | 247 | 247. CPD will also provide initial training on all of the topics identified above, as well as others, to all recruits as part of its recruit training curriculum. | IMR3 | **Ongoing** | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies, community input | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies in recruit training, specifically assess whether lesson plans cover issues identified by the Consent Decree, if instructors effectively relay information, if testing indicates information has been retained by officers, and if officers evaluate their training experiences as effective; review number of officers who have completed UOF training in the Academy | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; examine CPD UOF dashboards and TRED reports and COPA and PSIG reports to ensure that training reflects reality of the street officer experience | Community Sources; Data Sources: TRED reports, UOF dashboard, interviews with CPD officers, best practices, CALEA certification, COPA and PSIG Reports | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE OF FORCE | 248 | 248. Supervisors of all ranks, as part of their initial pre-service promotional training and other identified supervisory training, will receive training on the following: a. conducting use of force reviews or investigations appropriate to their rank; b. strategies for effectively directing officers in de-escalation principles and acting to intervene on the subject's behalf when any use of force is observed that is excessive or otherwise in violation of policy; and c. supporting officers who report objectively unreasonable or unreported force, or who are retaliated against for attempting to prevent objectively unreasonable force. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review UOF policies, following community engagement/input, to ensure it addresses requirements specified in this paragraph | Policy Sources; Data Sources; UOF policies, community input | Training Methodology; determine whether the CPD has sufficiently trained on its UOF policies, specifically related to supervisor responsibilities; review number of supervisors who have completed pre-service promotion training/supervisory training that meets UOF training requirements in paragraph 248 | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; UOF dashboard, TRRs, TRED reports, Office of Operational Compliance supervisory audit reports, interviews with CPD Lts. and Sgts. | |
| RECRUITMENT | 249 | 249. Having a department that recruits, hires, and promotes officers who are qualified to meet the increasingly complex needs of law enforcement and that reflects a broad cross section of the Chicago community in which it serves is critical to accomplishing the following goals: running a professional police force; building community trust and confidence; increasing legitimacy and acceptance of CPD's supervision and accountability systems; and reducing perceptions of bias. | Not Monitorable | | | | | | | | | | | | | |
| RECRUITMENT | 250 | 250. The provisions of this Agreement are designed to ensure that CPD attracts, hires, retains, and promotes individuals who are equipped to perform their jobs safely, effectively, and in accordance with the law, CPD policy, and the terms of this Agreement. Further, this Agreement is designed to ensure that CPD promotes individuals who are capable of: providing effective supervision; guiding officers under their command on lawful, safe, and effective policing; and holding officers accountable for misconduct. | Not Monitorable | | | | | | | | | | | | | |
| RECRUITMENT | 251 | 251. The City and CPD's recruitment, hiring, and promotions policies and practices will show a commitment to attracting, hiring, and promoting qualified candidates at all ranks that reflect a broad cross section of the Chicago community the Department serves. | Not Monitorable | | | | | | | | | | | | | |
| RECRUITMENT | 252 | 252. The Parties acknowledge that the City and CPD are currently subject to the City of Chicago Police Department Hiring Plan for Sworn Titles ("Hiring Plan"), dated May 14, 2014, which may be subject to change in the future. | Not Monitorable | | | | | | | | | | | | | |
| RECRUITMENT | 253 | The City and CPD will ensure that its recruitment, hiring, and promotion policies and practices are lawful, fair, and consistent with best practices, anti-discrimination laws, and the terms of this Agreement. | IMR3 | | | | | | | Policy methodology; Data Methodology; to determine CPD guidance on policy and procedure related to recruiting, hiring, and promoting police officers | Policy Sources; Data Sources, including a review of the developed guidance for CPD members related to recruitment, hiring, and promotion | Policy Methodology; Data Methodology, determine whether CPD has sufficiently developed clear guidance on policies and procedures and have allocated related responsibilities | Policy Sources; Data Sources; records sufficient to show that CPD has sufficiently developed clear guidance on policies and procedures and have allocated related responsibilities | Policy Methodology; Data Methodology, determine whether CPD has sufficiently implemented clear guidance on policies and procedures and have allocated related responsibilities | Policy Sources; Data Sources; records sufficient to show that CPD has sufficiently implemented clear guidance on policies and procedures and have allocated related responsibilities | |
| RECRUITMENT | 254 | CPD will provide clear guidance on its policies and procedures for recruiting, hiring, and promoting police officers and will clearly allocate responsibilities for recruitment, hiring, and promotion efforts. | IMR3 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; determine whether CPD and the City have developed process to develop and publish job descriptions and requirements; review of job descriptions and evaluation of incorporated key concepts | Policy Sources; Data Sources; Jobs Sources, including a review of the developed job descriptions and requirements for each sworn member | Policy Methodology; Data Methodology; Jobs Methodology; reviewing CPD and City efforts to publish job descriptions and requirements for each sworn member; review of policy and standard operating procedures that guide process of periodical updates to job description | Policy Sources; Data Sources; Jobs Source; records sufficient to show that CPD and City have developed sufficient process to publish job descriptions | Policy Methodology; Data Methodology; Jobs Methodology; determine whether the CPD has sufficiently implemented process for developing, revising and publishing job descriptions for each sworn member; evaluation of CPD's systematic adherence to established policy and procedure | Policy Sources; Data Sources; Jobs Sources; records sufficient to show that CPD has sufficiently implemented process for developing, revising and publishing job descriptions for each sworn member; records that guide processes for this implementation and periodic review of descriptions | |
| RECRUITMENT | 255 | To further this goal, the City and CPD will publish job descriptions for each sworn member title code, specifying the current duties, responsibilities, and minimum qualifications for each position. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; determine whether the CPD and the City have developed policies and a process to ensure fairness, validity, and proper admiration of exams | Policy Sources; Data Sources; Jobs Sources, including a review of the related process, procedures, and review criteria | Policy methodology; Data Methodology; Jobs Methodology; determine whether the CPD and the City sufficiently has assessed the process to ensure fairness, validity, and proper admiration of exams | Policy Sources; Data Sources; Jobs Sources, including a review of the related policies, practices, and review criteria and process | Policy methodology; Data Methodology; Jobs Methodology; determine whether the CPD and the City has sufficient recourses allocated to continue to review and consider review findings to ensure exams are fair valid, and properly administered | Policy Sources; Data Sources; Training Sources; Jobs Source; related policies and records sufficient to show that City and CPD has sufficiently implemented process for reviewing exams to ensure fairness, validity, and proper admiration | |
| RECRUITMENT | 256 | The City and CPD will continue to review any hiring and promotional exams to ensure they are fair, validated, and properly administered. | IMR3 | | | | | | | Policy Methodology; Data Methodology; determine whether CPD has created a formal method of informing officers of OIG role | Policy Sources; Data Sources, including a review of the related materials and guidance to be shared with officers | Policy methodology; Data Methodology; determine whether CPD has informed at least 95% of CPD officers of OIG role (a 95% completion rate on training) | Policy Sources; Data Sources, including a review of the related materials and guidance that has been shared with officers; Training sources | Policy methodology; Data Methodology; Training methodology; determine whether CPD has sufficiently and fully developed and implemented a sustainable process to inform CPD officers of OIG role | Policy Sources; Data Sources; Training Sources, including a review CPD method of continuing to share materials, guidance, and other information on the role of the OIG with CPD Officers | |
| RECRUITMENT | 257 | CPD will inform officers of the role of the Office of the Inspector General ("OIG") in overseeing the hiring and promotions processes. | IMR4 | December 31, 2020 **(March 5, 2021)** | December 31, 2023 **(March 4, 2024)** | December 31, 2026 **(March 5, 2027)** | December 31, 2029 **(March 5, 2030)** | December 31, 2032 **(March 5, 2033)** | **Once every three years** | Policy Methodology; Data Methodology; review of CPD policy to regularly assessing recruitment and hiring processes in accordance to requirements | Policy Sources; Data Sources, including a review of the assessment criteria, plan, and process | Policy methodology; Data Methodology; determine whether the CPD has sufficiently assessed a method of regularly assessing recruitment and hiring processes in accordance to requirements | Policy Sources; Data Sources including a review of the assessment criteria, plan, process, practices, and third-part assessors and the supporting documentation | Policy methodology; Data Methodology; Training methodology; determine whether CPD has sufficiently implemented a method of regularly assessing recruitment and hiring processes in accordance to requirements every three years | Policy Sources; Data Sources; Training Source, including a review CPD policy, procedures, assessment plans, supporting documentation from third-party vendors | |
| RECRUITMENT | 258 | By December 31, 2020, and at least every three years thereafter, CPD will assess its recruitment and hiring processes to ensure that its policies and practices comply with the law, are transparent, and are consistent with this Agreement. | IMR4 | | | | | | | Policy methodology; Data Methodology; Jobs Methodology; review of the CPD's plan to conduct assessment for quality and completeness in accordance with paragraphs 258 & 259 | Policy Sources; Data Sources; Jobs Sources, including a review of the assessment method, criteria, plan, and process | Policy methodology; Data Methodology; determine whether the CPD has sufficiently assessed a recruitment and hiring processes in accordance to requirements | Policy Sources; Data Sources; Jobs Sources, including a review of the assessment | Policy methodology; Data Methodology; Training Methodology; Jobs Methodology; determine whether CPD has sufficiently implemented a method of regularly assessing recruitment and hiring processes in accordance to requirements every three years | Policy Sources; Data Sources; Training Sources; Jobs Methodology, including a review CPD policy, procedures, assessment plans, survey documentation, recruitment documentation, supporting documentation from third-party vendors | |
| RECRUITMENT | 259 | The recruitment and hiring assessment will identify and consider: a. the core set of characteristics and capabilities of qualified recruits; b. methods for consideration of discriminatory or biased behavior by the applicant against a member of a protected class in hiring decisions; c. barriers and challenges to successfully completing the recruit application process; d. Department strategies for attracting and hiring qualified applicants that reflect a broad cross section of the Chicago community; e. input, which could consider surveys, from successful and unsuccessful applicants, recruits and other CPD members, community members, community-based organizations, legal and law enforcement professionals, and internal and external subject matter experts regarding the strengths and weaknesses of the recruitment and hiring processes; f. recommendations for any modifications to the current recruitment and hiring processes that would enable CPD to satisfy the requirements of this section; and g. a plan for implementing any recommended modifications with a timeline for implementation. | IMR4 | **Moving** | | | | | | Policy methodology; Data Methodology; review of the CPD's plan to conduct assessment for quality and completeness in accordance with paragraphs 258 & 259 | Policy Sources; Data Sources, including a review of the assessment method, criteria, plan, and process | Policy methodology; Data Methodology; determine whether the CPD has assessed its recruitment and hiring processes in accordance to requirements within the specified timeline(s) | Policy Sources; Data Sources, including a review of the assessment method, criteria, plan, and process | Policy methodology; Data Methodology; Training Methodology; determine whether the CPD has sufficiently implemented a method of regularly assessing recruitment and hiring processes in accordance to requirements within the specified timeline(s) | Policy Sources; Data Sources; Training Sources, including a review CPD policy, procedures, assessment plans | |
| RECRUITMENT | 260 | CPD will implement the plan above in Paragraph 259 in accordance with the specified timeline for implementation. | IMR3 | September 1, 2020 **(November 3, 2020)** | September 1, 2023 **(November 3, 2023)** | September 1, 2026 **(November 3, 2026)** | September 1, 2029 **(November 3, 2029)** | September 1, 2032 **(November 3, 2032)** | **Once every three years** | Policy Methodology; Data Methodology; Jobs Methodology; review of CPD policy and plan for quality and completeness in accordance with paragraphs 258 & 259 | Policy Sources; Data Sources; Jobs Sources; including a review of the selection process for the independent expert, assessment criteria, plan, process, and alignment to requirements | Policy methodology; Data Methodology; determine whether the CPD has sufficiently implemented a method of regularly assessing its promotions processes for specified ranks including fully completing the first assessment cycle. | Policy Sources; Data Sources including a review of the assessment criteria, plan, process, and alignment with requirements | Policy methodology; Data Methodology; Training Methodology; determine whether CPD has sufficiently implemented a method of regularly assessing its promotions processes for specified ranks (every 3 years), have done so within the specified timeline, and completed one full three year cycle after the initial assessment and implementation. CPD must fully adopt a process to which it is followed as it is specified in policy. | Policy Sources; Data Sources; Training Sources including a review CPD policy, procedures, assessment plans and methods | |
| RECRUITMENT | 261 | **Within 18 months of the Effective Date**, and at least every three years thereafter, CPD will obtain an independent expert assessment of its promotions processes for the ranks of Sergeant and Lieutenant to ensure that its policies and practices comply with the law, are transparent, and are consistent with this Agreement. The independent expert will review the existing Hiring Plan, and any relevant collective bargaining agreements in order to conduct the assessment of the Sergeant and Lieutenant promotions processes. The Sergeant and Lieutenant promotions assessment, at a minimum, will identify: a. the processes by which CPD selects candidates for promotion to Sergeant and Lieutenant who possess a core set of competencies, characteristics, and capabilities and, when applicable, who are effective supervisors in compliance with CPD policy and this Agreement; b. methods for consideration of each candidate's disciplinary history in the selection process; c. Department strategies for promoting qualified applicants who reflect a broad cross section of the Chicago community; d. the frequency with which CPD should hold promotional exams; e. opportunities to increase transparency and officer awareness about the promotions process and promotions decisions, including, but not limited to, identifying criteria for promotions; and f. recommendations for any modifications to the current promotions processes, which would enable CPD to address the requirements of this section. | IMR4 | Moving (*see* 261) | Moving (60 days of receiving Monitor's approval) | | | | | Policy methodology; Data Methodology; Jobs Methodology; determine whether the CPD has developed policy to create an implementation plan from independent assessment recommendations | Policy Sources; Data Sources; Jobs Methodology, including a review of the assessment and the implementation plan and related policies | Policy methodology; Data Methodology; Jobs Methodology; determine whether CPD has sufficiently developed the implementation plan | Policy Sources; Data Sources; Jobs Methodology, including a review of the assessment and the implementation plan | Policy Methodology; Data Methodology; Jobs Methodology; determine whether CPD has sufficiently developed and implemented a full plan | Policy Sources; Data Sources; Jobs Sources, including a review CPD policy, procedures, plans, and related assessments and recommendations | |
| RECRUITMENT | 262 | **Within 60 days of the completion of the independent expert's promotions assessment**, CPD will develop an implementation plan to respond to any recommendations identified in the assessment, including any recommended modifications to the promotions processes and a timeline for implementation. Upon completion, CPD will share the results of the assessment and its implementation plan with the Monitor for review and approval. **Within 60 days** of receiving the Monitor's approval, CPD will begin to implement the plan. | IMR2 | February 29, 2020 | | | | | | Determine whether the CPD has allocated sufficient resources to identify the requisite criteria; Policy Methodology; Job Methodology, including scheduling a job task analysis and assigning and scheduling a working group | Policy Sources; Data Sources; Job Sources; CPD Policy, procedures, criteria and supporting documents | Policy Methodology (for quality and completeness), Data Methodology Job Sources; determine whether the CPD has identified the requisite criteria, as required, including a completed job task analysis and publishing revised job descriptions and eligibility criteria | Job Sources; criteria and supporting documents; Data Sources | Policy Methodology; determine whether the CPD has executed the process as designed and created accountability mechanisms and a feedback loop for identifying progress and identifying and implementing opportunities for improvement | Policy Sources; Data Sources; selection method for CPD positions, communicating materials including bulletins to CPD members | |
| RECRUITMENT | 263 | **Within 365 days of the Effective Date**, CPD will identify and publish, both internally and externally, for the ranks of Captain and Commander, the duties, eligibility criteria, knowledge, skills, and abilities considered to select qualified candidates who are effective supervisors in compliance with CPD policy and this Agreement. | IMR2 | February 29, 2020 | | | | | | Policy Methodology; Data Methodology; strategies also articulate criteria for promotions and promotions decisions | Policy Sources; Data Sources; including strategic plans, CPD policies, communication materials | Training Methodology, including meetings and communications within CPD; incorporation of required criteria for promotions into policy statement; review of internal communication strategic plans to evaluate effective outreach and transparency | Policy Sources; Training Sources; Data Sources, including strategic plans, CPD policies, communication materials | Policy Methodology; determine whether the CPD has fully implemented its policy, and strategies to increase transparency | Policy Sources; Data Sources, including strategic plans, CPD policies, communication materials | |
| RECRUITMENT | 264 | **Within 365 days of the Effective Date**, CPD will develop strategies to increase transparency and awareness about the promotions process for the ranks of Captain and Commander, including, but not limited to, criteria for promotions and promotion decisions. | IMR2 | Monthly | Monthly | Monthly | Monthly | Monthly | **Monthly** | Policy Methodology; Data Methodology; determine whether the requirements of this paragraph are written into policy; the structure of TOC is clearly outlined and understood by CPD members | Policy Sources; Data Sources, including meeting minutes and high-ranking members of the CPD | Training Methodology; review of whether meetings are occurring as required with required representatives in attendance; determine whether meetings are held monthly as required and meeting minutes produced following each meeting | Training Sources; records sufficient to show that meetings are occurring as required | Policy Methodology, Training Methodology, Data Methodology; determine whether the CPD has sufficiently implemented its policy and training; TOC exercises active oversight and operates in its roles as specified in this agreement | Community Sources; Data Sources; records sufficient to show that meetings are occurring as required and are structured as specified in this paragraph | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAINING | 265 | 265. CPD will enhance its recruit training, field training, in-service training, and preservice promotional training so that they are sufficient in duration and scope to prepare officers to comply with CPD directives consistently, effectively, and in accordance with the law, CPD policy, best practices, and this Agreement. | Not Monitorable | | | | | | | | | | | | | |
| TRAINING | 266 | 266. CPD training will reflect its commitment to procedural justice, de-escalation, impartial policing, and community policing. | Not Monitorable | | | | | | | | | | | | | |
| TRAINING | 267 | 267. CPD training will convey CPD's expectations that officers perform their jobs diligently and safely, and have an understanding of, and commitment to, the constitutional rights of the individuals they encounter. | Not Monitorable | | | | | | | | | | | | | |
| TRAINING | 268 | 268. The training required under this Agreement is set out in this section and, for specific topic areas, in the Community Policing, Impartial Policing, Crisis Intervention, Use of Force, Officer Wellness and Support, and Accountability and Transparency sections. | Not Monitorable | | | | | | | | | | | | | |
| TRAINING | 269 | 269. The Parties acknowledge that in late 2016, CPD established the Training Oversight Committee ("TOC"), which is responsible for overseeing the Department's training program. | Not Monitorable | | | | | | | | | | | | | |
| TRAINING | 270 | The TOC, or other similarly-structured oversight entity, will continue to review and oversee the Department's training program and will be chaired by the First Deputy Superintendent, or other high-ranking member of CPD's command staff. The TOC will also include, in some capacity, personnel from various units of the Department that are responsible for overseeing patrol field operations; administering training; providing legal advice; coordinating and exercising supervision over disciplinary matters; managing data, technology, and information systems; overseeing and coordinating the community relations strategy; and reviewing reportable use of force incidents. It will meet at least once a month and continue to record meeting minutes. | IMR2 | August 28, 2019 | August 28, 2020 (**October 30, 2020**) | August 28, 2021 (**October 30, 2021**) | August 28, 2022 (**October 30, 2022**) | August 28, 2023 (**October 30, 2023**) | **Annually** | Policy Methodology; policy requiring the needs assessment established; needs assessment template provided | Policy Sources; Data Sources, including the needs assessment, representatives from the TOC and the Education and Training Division | Data Methodology; determine whether the needs assessment sufficiently meets the requirements; evaluate if needs assessment addresses all required subparagraphs | Data Sources, including the needs assessment, representatives from the TOC and the Education and Training Division, documentation related to information gathering efforts relevant to this paragraph | Determine whether the CPD has allocated sufficient resources to conduct ongoing annual needs assessments, as required; determine whether the CPD demonstrates consistency in executing these processes | Data Sources, including the needs assessment, representatives from the TOC and the Education and Training Division; Community Sources; Policy Sources; Training Sources | |
| TRAINING | 271 | **Within 180 days of the Effective Date**, and on an annual basis thereafter, CPD's Education and Training Division will, under the supervision of the TOC, conduct a needs assessment, which will, among other things identify and consider: a. information collected from use of force reviews, discipline and civilian complaints, and reports of officer safety issues; b. input from CPD members of all ranks and their respective collective bargaining units, if applicable; c. input from members of the community; d. recommendations from CPD oversight entities, including, but not limited to COPA, the Deputy Inspector General for Public Safety ("Deputy PSIG"), and the Police Board; e. changes in the law, to the Illinois Law Enforcement Training and Standards Board requirements, and to CPD policy, if any; f. court decisions and litigation; g. research reflecting the latest in training and law enforcement best practices; h. information obtained from evaluation of training courses, instructors, and FTOs; and i. member reaction to, and satisfaction with, the training they received. | IMR2 | February 29, 2020 | February 28, 2021 (**May 2, 2021**) | February 28, 2022 (**May 2, 2022**) | February 28, 2023 (**May 2, 2023**) | February 28, 2024 (**May 2, 2024**) | **Annually** | Policy Methodology, including a review of the written Training Plan for completeness | Policy Sources; Data Sources, including the training plan, interviews with representatives from the TOC and the Education and Training Division | Data Methodology; determine whether the training plan sufficiently meets the requirements and that those requirements are executed; including all of the subparagraphs | Data Sources, including the training plan, representatives from the TOC and the Education and Training Division, needs assessment, and evaluations; Community Sources | Determine whether the CPD has allocated sufficient resources to develop, review, and approve the training plan, as required; determine whether these processes are sufficiently ensuring that CPD members are trained, as required; determine whether the Training Plan is systematically implemented, as required | Data Sources, including the needs assessment, representatives from the TOC and the Education and Training Division; Community Sources; Policy Sources; Training Sources | |
| TRAINING | 272 | **Within one year of the Effective Date,** and on an annual basis thereafter, the Education and Training Division will develop and the TOC will review and approve a written Training Plan for CPD's recruit, field, in-service, and pre-service promotional training to ensure that CPD members are trained to safely, effectively, and lawfully carry out their duties in accordance with the law, CPD policy, best practices, and this Agreement. CPD will implement the Training Plan in accordance with the specified timeline for implementation. The Training Plan will: a. identify training priorities, principles, and broad goals consistent with this Agreement; b. prioritize the needs identified during the needs assessment and identify those needs that will be addressed by the plan; c. include a plan and schedule for delivering all CPD training as necessary to fulfill the requirements and goals of this Agreement; d. identify subject areas for CPD training; e. determine the mandatory and elective courses, consistent with this Agreement, to be provided as part of the In-Service Training Program; f. develop a plan to inform officers about the In-Service Training Program, its course offerings, and its requirements; g. determine which aspects of the In-Service Training Program can be delivered in a decentralized manner, including e-learning, and which training requires more intensive, centralized delivery, to ensure effective delivery and comprehension of the material; h. address any needed modification of the Field Training and Evaluation Program to fulfill the requirements and goals of this Agreement; i. identify necessary training resources including, but not limited to, instructors, curricula, equipment, and training facilities; j. determine the content, consistent with this Agreement, to be provided as part of pre-service promotional training for Sergeants, Lieutenants, Captains, and command staff; k. develop a plan to implement and utilize a centralized electronic system for scheduling and tracking all CPD training; l. develop a plan to implement and utilize a system for assessing the content and delivery of all CPD training, including training provided by outside instructors or non-CPD | IMR3 | | | | | | | Policy Methodology; Training Methodology; review of CPD's plan to develop training in alignment with requirements | Policy Source; Training Source, including training curricula and lesson plans | Policy Methodology; Training Methodology; Data Methodology; determine if CPD has sufficiently developed training in alignment with requirements; evaluate the implementation of trainings related to this guidance | Policy Sources; Training Sources; Data Sources, including training curricula and lesson plans, special orders | Policy Methodology; Training Methodology; Data Methodology; determine whether the CPD has sufficiently developed, implemented, and delivered training in alignment with requirements | Policy Source; Training Source; Data Sources, including training curricula, lesson plans, and delivery | |
| TRAINING | 273 | 273. With oversight from the TOC, CPD will develop and implement recruit, field, in-service, and pre-service promotional training curricula and lesson plans that comport with CPD's Training Plan and that address the requirements and goals of this Agreement. | IMR3 | | | | | | | Policy Methodology; Training Methodology; review of CPD ETDs plan to review and approve training plans while ensuring consistency across subjects, quality, lawful, and within policy and best practices | Policy Source; Training Sources, including review criteria and plans | Policy Methodology; Training Methodology; determine whether the CPD ETD has reviewed and approved the training curricula, lesson plans, and course materials with TOC supervision, that they are consistent across subjects, quality, lawful, and within policy and best practices. | Policy Sources; Training Sources; including review criteria and plans, training attendance, TOC documents, observations of trainings | Policy Methodology; Training Methodology; determine whether the CPD ETD has sufficient method to regularly review and approve training plans in accordance to requirements | Policy Sources; Training Sources; including review criteria, plans, and processes | |
| TRAINING | 274 | 274. Under the supervision of the TOC, CPD's Education and Training Division, pursuant to the Training Plan, will develop and approve training curricula, lesson plans, and course materials that are (a) consistent across subjects; (b) of sufficient quality to adequately communicate the intended subject matter to CPD members; and (c) in accordance with the law, CPD policy, best practices, and this Agreement. | IMR3 | | | | | | | Policy Methodology; Training Methodology; Jobs Methodology; review plans for and policies requiring TOC to review and oversee training and ensure training has integrated concepts of procedural justice, de-escalation, impartial policing, and community policing | Policy Sources; Training Sources; Jobs Sources, including review criteria, plans, and process | Policy Methodology; Training Methodology; Job Methodology; determine whether the CPD has fully implemented TOC oversight of key concepts integration as required in consent decree; the integration of these concepts are consistent with CPD training plans | Policy Sources; Training Sources; Job Source, including review criteria, plans, and process; TOC minutes and directives. | Policy Methodology; Training Methodology; Jobs Methodology; determine if CPD has sufficiently developed method for TOC to sustain regular review and oversight of required concepts into training | Policy Sources; Training Sources; Jobs Sources, including review criteria, plans, and process | |
| TRAINING | 275 | 275. The TOC will oversee the integration of the concepts of procedural justice, de-escalation, impartial policing, and community policing into CPD training, including, but not limited to use of force, weapons training, and Fourth Amendment subjects, as appropriate. | IMR3 | | | | | | | Policy Methodology; Training Methodology; Jobs Methodology; review plans for TOC to review and oversee training strategies | Policy Sources; Training Sources; Job Sources, including review criteria, and plans | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the CPD has developed a method for how TOC reviews, oversees and ensures integration of instructional strategies | Policy Sources; Training Sources; Job Sources, including review criteria, plans, and process | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the CPD has fully developed systematic method for the TOC to sustain regular instructional strategies review and oversight following outlined requirements | Policy Sources; Training Sources; Jobs Sources, including review criteria, plans, and process | |
| TRAINING | 276 | 276. The TOC will oversee continued development and integration of instructional strategies that incorporate active learning methods such as problem-solving, scenario-based activities, and adult learning techniques—in addition to traditional lecture formats—into training delivery. | IMR3 | | | | | | | Policy Methodology; Job Methodology; CPD has plans/policies and standards for receiving, continuing and terminating SME assistance and expertise including outside experts | Policy Sources; Job Sources, including review police, procedure, plans and criteria for selection of SMEs | Policy Methodology; Jobs Methodology; determine whether the CPD has sufficiently taken steps to implement a plan to receive SME assistance, including outside experts | Policy Sources; Job Sources, including review police, procedure, plans and criteria for selection of SMEs | Policy Methodology; Jobs Methodology; determine whether the CPD has implemented plan to continue to receive SME assistance and standards to evaluate SME contributions for impact on training program quality and effectiveness | Policy Sources; Jobs Sources, including review police, procedure, plans and criteria for selection of SMEs | |
| TRAINING | 277 | 277. Where it would add to the quality or effectiveness of the training program, the Education and Training Division will seek the assistance of outside expertise, as feasible, practical, and appropriate, either in developing or reviewing CPD curricula and lesson plans, or reviewing pilot versions of CPD courses. | IMR3 | | | | | | | Policy Methodology; Jobs Methodology; Training Methodology; CPD has plans/policies for TOC to oversee process for incorporation of material changes in case law, statutes, and CPD policy into training | Policy Source; Jobs Source; Training Sources, including plans, policy, procedure, training materials, TOC minutes, and directives | Policy Methodology; Jobs Methodology; Training Methodology; TOC oversees process for incorporation of material changes in case law, statutes, and CPD policy into training. Evaluate: TOC meeting are discussing material changes | Policy Sources; Jobs Sources; Training Sources, including plans, policy, procedure, training materials, TOC minutes and agenda, and directives | Policy Methodology; Jobs Methodology; Training Methodology; determine if TOC sustains oversight of process for incorporating material changes in case law, statutes, and CPD policy into training in accordance with requirements | Policy Sources; Jobs Sources; Training Sources including plans, process, policy, procedure, training materials | |
| TRAINING | 278 | 278. The TOC will continue to oversee a process that effectively incorporates material changes in relevant case law, statutes, and CPD policy into recruit, field, in-service, and preservice promotional training in a timely and effective manner. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Whether the CPD has implemented a full process that ensures that training incorporates material changes into recruit, field, in-service, and preservice promotional training in a timely and effective manner | Policy Sources; Training Sources; Jobs Sources, including policy; procedure; training materials, communication materials | |
| TRAINING | 279 | 279. All training materials disseminated to CPD members and displayed at CPD facilities will reflect current CPD policy. | IMR2 | | | | | | | Policy Methodology; Training Methodology; Jobs Methodology; CPD has a policy that centralizes awareness of training materials disseminated to CPD members and displayed at every CPD facility and a methodology to review and ensure those materials reflect current CPD policy | Policy Sources; Training Sources; Jobs Sources, including policy and procedure | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the CPD has established a process to ensure that training materials disseminated to CPD members and displayed at every CPD facility reflect current CPD policy | Policy Sources; Training Sources; Jobs Sources, including policy and procedure, plans, and training materials, communication materials | Policy Methodology; Training Methodology; Jobs Methodology; CPD has implemented a full process that ensures that training materials disseminated to CPD members and displayed at every CPD facility reflect current CPD policy | Policy Sources; Training Sources; Jobs Sources, including policy; procedure; training materials, communication materials | |
| TRAINING | 280 | CPD will develop, implement, and utilize a centralized electronic system for scheduling and tracking all CPD training to allow the Education and Training Division to effectively plan and manage training schedules and instructor assignments for all training. | IMR3 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; review plans for CPD to determine and review appropriate instructor qualifications and ensure they use only approved lesson plans and curricula; the CPD has instructor recruiting and retention strategy to ensure there are sufficient qualified instructors to meet CPD needs and Training Plan requirements; this policy or procedure should include required qualifications for instructors | Policy Sources; Data Sources; Job Sources; Training Sources, including policy, procedure, qualifications, training plans | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine whether the CPD employs an instructor recruiting and retention strategy to ensure there are sufficient qualified instructors to meet CPD needs and Training Plan requirements | Policy Sources; Data Sources; Job Sources; Training Sources, including policy, procedure, qualifications, training plans | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; CPD systematically determines and reviews appropriate instructor qualifications and ensures instructors use only approved lesson plans and curricula. CPD's periodically refined instructor recruiting and retention strategy ensures there are sufficient qualified instructors to meet CPD needs and Training Plan requirements | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, qualifications, training plans | |
| TRAINING | 281 | 281. The City will be responsible for providing appropriate training facilities that offer adequate access to safe and effective training. | IMR5 | | | | | | | The City and the CPD have developed plans and other written guidance to provide appropriate training facilities according to requirements of ¶281 | Policy Sources | Policy Methodology; Training Methodology; Jobs Methodology; the City and the CPD have begun the implementation of plans to provide appropriate training facilities, including allocating sufficient resources | Policy Sources; Training Sources; Jobs Sources, including policy and procedure, plans, training materials and evaluations, and communication materials | Policy Methodology; Training Methodology; Jobs Methodology; evidence that the CPD provides adequate, safe, and effective training in their facilities according to requirements of ¶281 | Policy Sources; Training Source; Jobs Sources; policy, procedure, plans, processes, and demonstrations of system operations | |
| TRAINING | 282 | 282. All CPD training instructors must be appropriately qualified for their instructional roles and use only approved curricula and lesson plans. CPD will actively recruit and retain qualified instructors to ensure that CPD has sufficient qualified instructors to meet the needs of the Department and requirements of the Training Plan. | IMR3 | | | | | | | Policy Methodology; Jobs Methodology; Training Methodology; review plans and criteria for CPD to acquire experts to develop and instructed courses | Policy Sources; Jobs Sources; Training Sources, including policy, procedure, qualifications, training plans | Policy Methodology; Job Methodology; Training Methodology; determine if CPD has sufficiently taken steps to evaluate and acquire experts to develop and instruct courses | Policy Sources; Job Sources; Training Sources, including policy, procedure, qualifications, training plans | Policy Methodology; Jobs Methodology; Training Methodology; determine if the CPD sufficiently evaluated and acquired experts to initially and periodically develop and instruct courses in accordance to requirements | Policy Source; Jobs Sources; Training Sources; including policy, procedure, qualifications, training plans | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAINING | 283 | 283. As appropriate to accomplish the requirements and goals of this Agreement, CPD will incorporate experts and guest speakers to participate in the development and instruction of relevant courses, as feasible, practical, and appropriate, including, but not limited to: a. CPD members of all ranks; b. members of the community; c. legal and law enforcement professionals, such as judges, prosecutors, and public defenders; d. crime victims; and e. subject matter experts. | IMR2 | | | | | | | Policy Methodology; Data Methodology; determine whether the CPD has developed a strategy to comply with these requirements | Policy Sources; Data Sources; CPD policy, lesson plans, training plan, training schedules | Training Methodology; determine whether the CPD has implemented an approved strategy to fully comply with this requirement | Training Sources; CPD policy, lesson plans, training plan, training schedules | Policy Methodology; CPD has sufficiently implemented its policy and training and all instructor are in compliance with these requirements | Policy Sources; Data Sources; CPD policy, lesson plans, training plan, training schedules |
| TRAINING | 284 | CPD will require that all new and current Education and Training Division instructors and curriculum developers are certified by the Illinois Law Enforcement Training and Standards Board and, as appropriate to their roles, receive initial and annual refresher training on subjects including, but not limited to, effective teaching, adult-learning techniques, and curriculum development. CPD will further require that instructors are trained in the specific subject matter they are assigned to teach and are also cross-trained in other related subjects so that they are equipped to deliver effective interdisciplinary instruction. Instructor training will also include peer review. | IMR3 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; Training plan or related policies require CPD to develop and implement process for collection, analysis and review of course and instructor training evaluation, including member feedback and analysis of the extent to which such training is reflected in how members perform and how this information will be used in Needs Assessment | Policy Source; Data Source; Job Source; Training Source including policy, procedure, evaluation criteria, data collection and analysis | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; CPD has implemented process that develops process for course and instructor training evaluation, including member feedback and analysis of the extent to which such training is reflected in how members perform; this information is used in the Training Needs Assessment; determine whether the CPD has demonstrated that training is having the intended impact | Training Sources; Data Sources; CPD policy, lesson plans, training plan, training schedules, evaluation instruments | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; the CPD employs a process for course and instructor training evaluation that includes member feedback and analysis of the extent to which such training is reflected in how members perform; this information is used in conducting the annual needs assessment | Policy Sources; Training Source; Jobs Sources; CPD policy, lesson plans, training plan, training schedules, evaluation instruments |
| TRAINING | 285 | The Education and Training Division will conduct annual instructor performance reviews. Performance reviews will include classroom observations, member feedback, and inperson meetings with instructors to discuss performance and areas of improvement. These performance reviews will be considered in assessing whether instructors may continue to serve in that role | IMR5 | | | | | | | Policy Methodology; the City and the CPD have developed policies and procedures to conduct annual instructor performance reviews according to requirements of ¶285 | Policy Sources; including policy and procedure | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the ETD has established and implemented a process to conduct annual instructor performance reviews according to requirements of ¶285 | Policy Sources; Training Sources; Jobs Sources, including policy and procedure, plans, training materials, and communication materials | Policy Methodology; Training Methodology; Data Methodology; Jobs Methodology; has fully implemented annual instructor performance reviews according to requirements of this ¶285 | Policy Sources; Training Source; Data Source; Jobs Sources; policy, procedure, plans, processes, and demonstrations of system operations, reports, and audits |
| TRAINING | 286 | 286. The review and analysis of the content and delivery of training will enable CPD to determine whether the training provided to members effectively prepares them to police fairly, safely, and in accordance with the law, CPD policy, best practices, and this Agreement. | IMR5 | | | | | | | Policy Methodology; the City and the CPD have developed acceptable policies, procedures, and plans to conduct an analysis and review of the content and delivery of training according to requirements of ¶286 | Policy Sources; including policy and procedure | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the CPD has established and implemented a process to analyze and review the content and delivery of training according to requirements of ¶286 | Policy Sources; Training Sources; Jobs Sources, including policy and procedure, plans, training materials, communication materials, and meeting minutes, including but not limited to the TCAC and TOC | Policy Methodology; Training Methodology; Data Methodology; Jobs Methodology; has conducted an analysis and review of the content and delivery of training and CPD has determined if training is effective in preparing members according to the requirements of ¶286 | Policy Sources; Training Source; Data Source; Jobs Sources; policy, procedure, plans, processes, training materials, reports, and records |
| TRAINING | 287 | Pursuant to its Training Plan, CPD will develop and implement a process that provides for the collection, analysis, and review of course and instructor evaluations to document the effectiveness of existing training and to improve the quality of future instruction and curriculum. This process will include member feedback on the training they have received and analysis of the extent to which such training is reflected in how members perform. The Education and Training Division will consider this information in conducting its annual needs assessment. | IMR4 | | | | | | | Policy Methodology; Training Methodology; Jobs Methodology; review plans and controlling policies for ETD to develop and implement a process to maintain audits, reviews, assessments, or evaluations of the sufficiency or effectiveness of the training programs | Policy Sources; Training Sources; Jobs Sources including policy, procedure, review plans and process | Policy Methodology; Training Methodology; Job Methodology; determine whether the ETD has established a process to maintain audits, reviews, assessments, or evaluations of the sufficiency or effectiveness of the training programs | Policy Sources; Training Sources; Job Source including policy, procedure, review plans and process | Policy Methodology; Training Methodology; Jobs Methodology; ETD has fully developed and implemented a process that maintain audits, reviews, assessments, or evaluates the sufficiency or effectiveness of the training programs | Policy Sources; Training Sources; Jobs Sources; policy, procedures, plans, assessment related documentation |
| TRAINING | 288 | The Education and Training Division will develop and implement a process to maintain audits, reviews, assessments, or evaluations of the sufficiency or effectiveness of the training programs. | IMR4 | | | | | | | Policy Methodology; Training Methodology; Job Methodology; review plans for CPD to develop testing policies and procedures consistent with the requirements of the paragraph | Policy Source; Training Source; Job Source including policy, procedure, plans and process | Policy Methodology; Training Methodology; Job Methodology; determine if CPD has established a process to ensure that testing that is administered is reliable and fair, and uses both knowledge-based and performance-based tests that are designed, developed, administered, and scored according to best practices; all tests are designed to assess the knowledge and skills required for successful job performance and align with the materials delivered in training | Policy Sources; Training Sources; Job Source including policy, procedure, plans and process, testing materials | Policy Methodology; Training Methodology; Jobs Methodology; CPD's implemented testing policies and procedures that are reliable and fair, and use both knowledge-based and performance-based tests that are designed, developed, administered, and scored according to best practices; all tests assess the knowledge and skills required for successful job performance and align with the materials delivered in training | Policy Sources; Training Sources; Jobs Sources; including policy, procedure, plans and process, testing materials |
| TRAINING | 289 | CPD will develop and implement testing policies and procedures to ensure that any member testing that is administered is reliable and fair. To achieve this purpose, both knowledge-based and performance-based tests will be designed, developed, administered, and scored according to best practices. All tests will assess the knowledge and skills required for successful job performance and will align with the materials delivered in training. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; review policy and plans for the CPD to develop and implement electronic file system | Policy Sources; Data Sources; Jobs Sources including policy, procedure, plans and process | Policy Methodology; Data Methodology; Jobs Methodology; determine if CPD has established a process to implemented electronic file system in accordance with requirements | Policy Sources; Data Sources; Jobs Sources, including policy, procedure, plans and process, demonstrations of system operations | Policy Methodology; Data Methodology; Jobs Methodology; CPD's electronic file system is used as specified and meets the specified goals and requirements | Policy Sources; Training Source; Jobs Sources; policy, procedure, plans and process, demonstrations of system operations |
| TRAINING | 290 | CPD will develop, implement, and utilize a centralized electronic file system for assessing the content and delivery of all CPD training, including training provided by outside instructors or non-CPD entities. This system will allow the Education and Training Division to electronically track and maintain complete and accurate records of all training provided to CPD members, including curricula, lesson plans, training delivered, member feedback, assessments, and other training materials. This system will, at a minimum: a. maintain training records for each member of the Department; b. record the course description, duration, curriculum, date, location, and the members who completed the training; and c. identify members who did not complete required training and describe remedial training actions that were taken. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; review policy and plans for CPD to document all CPD training | Policy Sources; Data Sources; Jobs Sources; Training Sources including policy, procedure, training records | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has sufficiently established a process to document all CPD training | Policy Sources; Data Sources; Jobs Sources; Training Sources including policy, procedure, training records, training attendance records | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD is sufficiently documenting all CPD training in accordance to paragraph requirements | Policy Sources; Training Sources; Jobs Sources; policy, procedure, training records, training attendance records |
| TRAINING | 291 | 291. The Education and Training Division will document all training provided to or received by CPD members, whether required or not. Members will sign an acknowledgement of attendance or digitally acknowledge completion of training | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Whether the CPD has implemented the corresponding policy and training | Policy Sources; Training Sources; Data Sources |
| TRAINING | 292 | The Education and Training Division will, **on an annual basis**, report on training to the TOC and the Superintendent. At a minimum, this report will: a. contain a description of each course, including a summary of the subject matter; b. state the duration, date, location, and number of persons by rank who completed the training; c. identify whether the training was part of the recruit, in-service, or pre-service promotional training program; d. state whether the training was centralized or decentralized, and delivered in person or through electronic means; e. list whether the training was mandatory, elective, or remedial; and f. document the members who did not complete required training and any remedial training actions taken. | IMR3 | February 29, 2020 | ~~February 28, 2021~~ **May 3, 2021** | **February 28, 2022** | **February 28, 2023** | **February 28, 2024** | **Annually** | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has implemented a policy requiring annual report on training, as required | Policy Sources; Data Sources; Jobs Sources; Training Sources including policy, procedure, processes and plans | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has implemented provided annual report on training, as required | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, plans, reports | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has sustained annual report on training, in accordance with requirements | Policy Sources; Training Sources; Jobs Sources |
| TRAINING | 293 | 293. A solid foundation of recruit training is important for equipping new police officers with the skills, knowledge, and values to police fairly, safely, effectively, and in accordance with the law, CPD policy, best practices, and this Agreement | Not Monitorable | | | | | | | | | | | | |
| TRAINING | 294 | 294. CPD will ensure that upon graduation from the Academy, recruits demonstrate a firm grasp of the basic technical and tactical skills, critical thinking, problem-solving, and interpersonal skills that form the basis for safe and effective policing. In order to do so, CPD will rely on appropriate evaluation tools to measure recruits' skills and qualifications. | IMR4 | | | | | | | Policy Methodology; Training Methodology; review CPD policy and plans for modifying recruit training | Policy Source; Training Source, including policy, procedure, training curricula, plans, and delivery | Policy Methodology; Training Methodology; determine if CPD has established a process to modify recruit training | Policy Sources; Training Sources including policy, procedure, training curricula, plans, and delivery | Policy Methodology; Training Methodology; determine if CPD has sufficiently modified recruit training to align with requirements to training plan and agreement | Policy Sources; Training Sources, including policy, procedure, training curricula, plans, and delivery |
| TRAINING | 295 | 295. The Parties acknowledge that CPD, through its Recruit Curriculum Working Group, revised and updated the content and delivery of its recruit training curriculum in 2017. CPD will further modify the amount, content, and delivery of its recruit training to comport with its Training Plan and the requirements and goals of this Agreement. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; review CPD policy and plans for ensuring adequate staffing levels in academy | Policy Source; Data Source; Job Source; Training Source, including policy, procedure, processes, staffing levels, training schedules, materials for instructors | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has established a process to ensure adequate staffing levels in academy | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, staffing levels, training schedules, materials for instructors | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; CPD maintains sufficient staffing levels in academy and courses are scheduled with sufficient advance time in accordance with paragraph requirements | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, staffing levels, training schedules, materials for instructors, communication/ notification materials |
| TRAINING | 296 | CPD will ensure that the Academy is sufficiently staffed to effectively train recruits. CPD will further ensure that, except in extraordinary circumstances, courses are scheduled with sufficient advance time for instructors to be notified of the class and to properly prepare and deliver quality instruction | IMR3 | | | | | | | Policy Methodology; Data Methodology; determine whether the CPD has written the requirements of the paragraph into policy | Policy Sources; Training Sources; Data Sources, including policy and procedure | Evaluations are designed to assess knowledge and skills | Policy Sources; Training Sources; Data Sources; including policy, procedure, plans | Evaluations identify recruits with the requisite knowledge and skills to engage in policing activities safely, effectively, and lawfully | Training Sources; Data Sources; including policy, procedure, plans |
| TRAINING | 297 | 297. CPD will require end-of-course training evaluations of recruits that ensure they graduate with the requisite knowledge and skills to engage in policing activities safely, effectively, and lawfully. | IMR4 | | | | | | | Policy Methodology; Job Methodology; Training Methodology; review CPD policy and plans for reviewing and revising Field training and evaluation program | Policy Sources; Job Sources; Training Sources, including policy, procedure, plans | Policy Methodology; Job Methodology; Training Methodology; determine if CPD has established a process to review and revise Field training and evaluation program as necessary | Policy Sources; Jobs Sources; Training Sources, including policy, procedure, plans | Policy Methodology; Job Methodology; Training Methodology; determine if CPD has sufficiently reviewed and revised Field training and evaluation program in accordance with requirements | Policy Sources; Job Sources; Training Sources, including policy, procedure, plans, training plans, Field training program documents |
| TRAINING | 298 | An effective field training program is necessary for reinforcing the policies, practices, and skills taught in recruit training and instilling in new police officers the principles of safe, effective, and lawful policing that will guide them throughout their careers. CPD will sufficiently staff, supervise, and manage its field training program ("Field Training and Evaluation Program") to train and evaluate new officers in the necessary skills required to deescalate or use force in accordance with the sanctity of life, the law, CPD policy, and this Agreement. | IMR6 | | | | | | | Policy Methodology; City/CPD has developed acceptable policies, procedures, and plans to sufficiently staff, supervise, and manage its field training program according to requirements of ¶298; and "sufficiently staff" is clearly defined by objective criteria. | Policy Sources; including policy and procedure | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the City/CPD has established and implemented a process and applicable formulas to sufficiently staff, supervise, and manage its field training program according to requirements of ¶298 | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, job descriptions, and personnel allocation records that show how Field Training and Evaluation Program is staffed, supervised, and managed | Policy Methodology; Training Methodology; Data Methodology; Jobs Methodology; determine whether the City/CPD has fully implemented a policy and plan to sufficiently staff, supervise, and manage its field training program including making adjustments as need indicates, according to requirements of ¶298 | Policy Sources; Training Source; Data Source; Jobs Sources; policy, procedure, plans, processes, and demonstrations of system operations, reports, and audits |
| TRAINING | 299 | 299. CPD will revise, as necessary and appropriate, the Field Training and Evaluation Program to comport with CPD's Training Plan and this Agreement. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; review CPD policies and plans for following requirements for FTEP operation | Policy Sources; Data Sources; Job Sources; Training Sources, including policy, procedure, processes, staffing levels, training schedules | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has sufficiently taken steps to follow requirements for Field training and evaluation program operation | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, documents that show course completion for PPOs | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD is following the Field Training and Evaluation Program requirements as specified in the paragraph | Policy Sources; Data Source; Job Source; Training Sources, including policy, procedure, processes, training schedules, training plans |
| TRAINING | 300 | 300. The Field Training and Evaluation Program will follow recruit training and be at least 12 weeks in duration and include at least three training cycles. The Field Training and Evaluation Program will not designate probationary police officers ("PPOs") as "field qualified," as defined by this Agreement, until they have successfully completed the entire program | IMR3 | February 29, 2020 | ~~February 28, 2021~~ **May 3, 2021** | **December 31, 2022** | **December 31, 2023** | **December 31, 2024** | **Annually** | Policy Methodology; Data Methodology; Training Methodology; determine whether the CPD has written the requirements of the paragraph into policy; this should include guidance on how changes to training curriculum will be addressed | Policy Sources; Data Sources: training curricula, lesson plans training plans, policy | Training Methodology; determine whether the CPD has taken steps to deliver initial and refresher training in an effective manner | Training Sources; training plans, lessons, curriculum, policy documents | Training Methodology; FTOs routinely receive required initial and refresher training. CPD has fully incorporated all requirements of the consent decree paragraph | Training Sources; training curriculum, lesson plans training plans, policy |
| TRAINING | 301 | CPD will review and revise as necessary its FTO selection policies and procedures to establish and implement a program that effectively attracts and retains qualified FTOs. | IMR5 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; review CPD policies and plans for reviewing and revising its FTO selection policies and procedures to follow requirements of ¶301 | Policy Sources; Data Sources; Job Sources; Training Sources, including policy, plans, procedure, processes, reports | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has reviewed and revised its FTO selection policies and procedures and implemented an FTO program that follows the requirements of ¶301 | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, FTO, PPO and other evaluations, reports, NOJOs, job descriptions, and personnel allocation records that show course completion for PPOs | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD implemented a program that effectively attracts and retains qualified FTOs as specified in the paragraph | Policy Sources; Data Sources; Jobs Sources; Training Sources; training plans, policy, info on FTO data, field training program documentation, NOJOs, job descriptions, personnel allocation records |
| TRAINING | 302 | CPD's policies and procedures will continue to delineate the criteria and methodology for selecting FTOs. Subject to its collective bargaining agreements with the CPD unions, CPD will review and, as appropriate, revise its eligibility criteria and promotional practices to ensure that FTOs are selected based on their applications, previous performance as police officers, FTO training examination scores, and disciplinary histories | IMR6 | | | | | | | Policy Methodology; City/CPD has developed a process to review and revise eligibility criteria and promotional practices and has created acceptable policies, procedures, and plans to continue to delineate the criteria and methods for selecting FTOs according to requirements of ¶302 | Policy Sources; including policy and procedure | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the City/CPD has established and implemented a process to continue to delineate the criteria and methodology for selecting FTOs and the resultant policies and procedures, according to requirements of ¶302 | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, job descriptions, and personnel allocation records that show how the criteria and methodology for selecting FTOs is delineated | Policy Methodology; Training Methodology; Data Methodology; Jobs Methodology; determine whether the City/CPD has fully implemented a policy and plan to sufficiently delineate the criteria and methodology for selecting FTOs according to requirements of ¶302 | Policy Sources; Training Source; Data Source; Jobs Sources; policy, procedure, plans, processes, and demonstrations of system operations, reports, and records |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAINING | 303 | FTOs will receive initial and refresher training that is adequate in quality, quantity, scope, and type, and that addresses subjects including, but not limited to management and mentoring, community policing, effective problem-solving techniques, ethics, diversity, field communication, and any recent substantive changes made to the recruit training curriculum. FTOs will receive refresher training on an annual basis as part of the In-Service Training Program outlined in this Agreement. FTOs will be promptly notified of any substantive changes to policies and practices that affect their roles as mentors and trainers of PPOs. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; review CPD plans and policies for evaluating FTO proficiency in managing and mentoring PPOs, teaching key principles, and maintaining documentation of FTO training and evaluation | Policy Sources; Data Sources; Job Sources; Training Sources; training curriculum, lesson plans training plans, policy | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; determine if CPD has sufficiently taken steps to evaluate FTO proficiency in managing and mentoring PPOs, and maintain documentation of FTO training and evaluation | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, training and evaluation records | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; CPD has sufficiently, systemically, and consistently evaluates FTO proficiency in managing and mentoring PPOs, and maintains documentation of FTO training and evaluations | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, training and evaluation records |
| TRAINING | 304 | 304. FTOs will be required to maintain and demonstrate their proficiency in managing and mentoring PPOs, as well as modeling and teaching, by their example, procedural justice, de-escalation, impartial policing, and community policing. The Education and Training Division will maintain documentation of the training of FTOs. The Bureau of Patrol will maintain documentation of the evaluations of FTOs. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; review CPD plans to revise FTEP to meet requirements | Policy Sources; Data Sources; Job Sources; Training Sources; training plans, policy | Policy Methodology; Data Methodology; Jobs Methodology; FTEP revisions are completed and implemented | Policy Sources; Data Sources; Jobs Sources; Training Sources; training plans, policy, field training program documentation | Policy Methodology; Data Methodology; Jobs Methodology; 1:1 PPO/FTO ratio sustained through training cycles and requirements of this paragraph are fully implemented | Policy Sources; Data Sources; Jobs Sources; Training Sources; training plans, policy, info on FTO & PPO assignments and ratio, field training program documentation |
| TRAINING | 305 | 305. CPD will revise the Field Training and Evaluation Program to ensure that no more than one PPO is assigned to an FTO during each training cycle. The City will provide CPD with the necessary support and resources to designate a sufficient number of FTOs to meet the requirements of this Agreement. Officers performing FTO duties in a temporary capacity are considered FTOs under this Agreement so long as they meet the requirements set forth for FTOs in this Agreement, | IMR4 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; review CPD plans and policies for evaluating FTO proficiency in managing and mentoring PPOs, and maintaining documentation of FTO training and evaluation | Policy Sources; Data Sources; Job Sources; Training Sources; including policy, procedure, processes, training schedules, training and evaluation records | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; determine if CPD has sufficiently taken steps to evaluate FTO proficiency in managing and mentoring PPOs, and maintain documentation of FTO training and evaluation | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, training and evaluation records | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; CPD has sufficiently, systemically, and consistently evaluates FTO proficiency in managing and mentoring PPOs, and maintains documentation of FTO training and evaluations; the requirements of the decree have been fully implemented | Policy Sources; Data Sources; Jobs Sources; Training Sources; including policy, procedure, processes, training schedules, training and evaluation records |
| TRAINING | 306 | 306. CPD will ensure that PPOs in the Field Training and Evaluation Program train with different FTOs during each of their training cycles. | IMR4 | | | | | | | Policy Methodology; Data Methodology; Job Methodology; Training Methodology; review CPD policy and plans to revise FTEP to meet requirements | Policy Sources; Data Sources; Job Sources; Training Sources; policy, processes, PPO/FTO assignments, FTEP-related materials | Policy Methodology; Data Methodology; FTEP revisions are completed and implemented | Policy Sources; Data Sources; Job Sources; Training Sources; policy, processes, PPO/FTO assignments, FTEP related materials | Policy Sources; Data Sources; data confirms 1:1 PPO/FTO ratio sustained through training cycles. CPD has implemented a process that will ensure that PPOs assignments placed on assignments in the field without adequate supervision | Policy Sources; Data Sources; Jobs Source; Training Sources; policy, processes, PPO/FTO assignments, FTEP-related materials |
| TRAINING | 307 | 307. CPD will ensure that PPOs awaiting assignment to an FTO will not be placed on assignments in the field without adequate supervision. CPD will track and document all instances of PPOs placed in field assignments prior to starting the Field Training and Evaluation Program. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review CPD plans and policies for ensuring FTOs document PPOs progress and performance as specified in the paragraph | Policy Sources; Data Sources; Policy, training plan, observation reports | Policy Methodology; Data Methodology; Training Methodology; FTO Training on policy is completed and a full training cycle completed | Policy Sources; Data Sources; Job Sources; Training Sources; Policy, training plan, observation reports | Policy Methodology; Data Methodology; Training Methodology; FTO training on policy and methodology is completed. Multiple consecutive training cycles meeting these requirements are successfully completed | Policy Sources; Data Sources; Jobs Source; Training Sources |
| TRAINING | 308 | 308. The Field Training and Evaluation Program will continue to require that FTOs document PPO progress and performance each day in the Daily Observation Report, at the end of each of the first two cycles in the Cycle Summary Report, at the end of the third cycle in the Final Summary Report and, if necessary, at the end of any additional cycles in the Remedial Summary Report. FTOs will identify and document in those reports areas for PPO improvement. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review CPD plans and policies for ensuring FTO assessment and reporting as specified in this paragraph | Policy Sources; Data Sources; policy, processes, FTEP related materials | Policy Methodology; Data Methodology; Training Methodology; FTO Training on policy is completed and a full training cycle completed | Policy Sources; Data Sources; Jobs Sources; Training Sources; policy, training plan, FTEP related materials | Policy Methodology; Data Methodology; Training Methodology; FTO training on policy and methodology is completed. Multiple consecutive training cycles meeting these requirements are successfully completed | Policy Sources; Data Sources; Job Sources; Training Sources; policy, training plan, FTEP related materials, Cycle summary reports |
| TRAINING | 309 | 309. In each Cycle Summary Report, the FTO will assess whether the PPO should progress to the next cycle of training based on the PPO's performance and compliance with the Field Training and Evaluation Program standards. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review CPD plans and policies for PPOs to be "field qualified" before completing FTEP | Policy Sources; Data Sources; policy, processes, FTEP-related materials | Policy Methodology; Data Methodology; Training Methodology; FTO and supervisors training on policy is completed and a full training cycle completed | Policy Sources; Data Sources; Jobs Sources; Training Sources; policy, processes, FTEP-related materials | Policy Methodology; Data Methodology; Training Methodology; FTO training on policy and methodology is completed. Multiple consecutive training cycles meeting these requirements are successfully completed | Policy Sources; Data Sources; Jobs Source; Training Sources; policy, processes, FTEP related materials, training schedules |
| TRAINING | 310 | 310. A PPO must be deemed "field qualified" in order to complete the Field Training and Evaluation Program. For a PPO to be deemed "field qualified," all end-of-cycle reports must be completed by the FTO and reviewed and approved by the necessary supervisors. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review CPD plans and policies to ensure remedial training is provided promptly and is documented as required in the paragraph | Policy Sources; Data Sources; policy, training plans, FTEP-related materials | Policy Methodology; Data Methodology; Training Methodology; FTO and supervisors training on policy is completed and a full training cycle completed | Policy Sources; Data Sources; Jobs Sources; Training Sources; policy, processes, FTEP related materials, training plans, Final Summary Report or Remedial Summary Reports | Policy Methodology; Data Methodology; Training Methodology; FTO training on policy and methodology is completed. Multiple consecutive training cycles meeting these requirements are successfully completed | Policy Sources; Data Sources; Jobs Source; Training Sources; policy, processes, FTEP related materials, training plans, Final Summary Report or Remedial Summary Reports |
| TRAINING | 311 | 311. FTOs may recommend specific remedial field or classroom training for a PPO. Any recommendation for remedial training will be provided as promptly as possible to the necessary supervisors and must be documented in the PPO's training record, including, but not limited to, the Final Summary Report or Remedial Summary Report. Recommendations for remedial training must be reviewed by the necessary supervisors and, if approved, recommended training must be completed by the PPO before the PPO completes the Field Training and Evaluation Program. | IMR4 | | | | | | | Policy Methodology; Data Methodology; review CPD plans and policies to have the Field Training and Evaluation Review Board review a PPO's performance as required in this paragraph | Policy Sources; Data Sources; policy, training plans, FTEP related materials | Policy Methodology; Data Methodology; Training Methodology; FTO, supervisors and FTEPRB training on policy is completed and a full recruit training cycle completed | Policy Source; Data Source; Training Source; policy, training plans, FTEP-related materials | Policy Methodology; Data Methodology; Training Methodology; FTO, supervisors and FTEPRB training on policy and methodology is completed. Multiple consecutive training cycles meeting these requirements are successfully completed | Policy Sources; Data Sources; Training Sources; policy, processes, FTEP-related materials, training plans, related reports |
| TRAINING | 312 | 312. The Field Training and Evaluation Review Board, or other entity with similar responsibilities, will review a PPO's performance at the request of an assigned FTO or supervisor and have the power to recommend separation, re-training by the Academy, or additional field training. A request for review by the Board must be made, and the Board must convene, if a PPO is not deemed "field qualified" at the end of any remedial training cycle. The Field Training and Evaluation Review Board will provide all such referrals and recommendations for action to the Chief of the Bureau of Patrol. | IMR3 | | | | | | | Policy Methodology; Data Methodology; review CPD plans and policies to receive and review PPO feedback | Policy Sources; Data Sources; policy, training plans, FTEP-related materials, data collection instruments | Policy Methodology; Data Methodology; Training Methodology; FTO, supervisors and recruit training or orientation on policy is completed and a full recruit training cycle completed | Policy Sources; Data Sources; Training Sources; policy, training plans, FTEP-related materials, data collection instruments | Policy Methodology; Data Methodology; Training Methodology; FTO, supervisors and recruit training or orientation on policy is completed and multiple consecutive full recruit training cycles successful completed meeting requirements | Policy Sources; Data Sources; Training Sources; policy, training plans, FTEP-related materials, data collection instruments, training attendance records |
| TRAINING | 313 | 313. CPD will create a mechanism for PPOs to provide confidential feedback regarding their field training, including the extent to which their field training was consistent with what they learned at the Academy; whether their FTOs did or did not provide effective guidance and instruction; and suggestions for changes to recruit training based upon their experience in the Field Training and Evaluation Program. | IMR4 | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | **Quarterly** | Policy Methodology; Data Methodology; review CPD plans and policies to aggregate PPO feedback on a quarterly basis and document their responses as specified in this paragraph | Policy Sources; Data Sources; policy, training plans, FTEP related materials, data collection instruments | Policy Methodology; Data Methodology; Training Methodology; ETD, BOP, FTOs, FTO supervisors, and TOC training or orientation on policy is completed and a full recruit training cycle completed | Policy Sources; Data Sources; Training Sources; policy, training plans, FTEP related materials, data collection instruments | Policy Methodology; Data Methodology; Training Methodology; ETD, BOP, FTOs, FTO supervisors, and TOC training or orientation on policy is completed. PPO feedback is reviewed, documented, and shared as specified in this agreement. Multiple consecutive full recruit training cycles successful completed meeting requirements | Policy Sources; Data Sources; Training Sources; policy, training plans, FTEP-related materials, data collection instruments |
| TRAINING | 314 | 314. The Education and Training Division and Bureau of Patrol will review, consistent with their scope of responsibility within the Field Training and Evaluation Program, aggregate PPO feedback on a **quarterly basis**; document their responses, including the rationale behind any responsive action taken or decision to take no action; and share such feedback with the TOC and, as necessary, FTOs and FTO supervisors. | IMR3 | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | **Quarterly** | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources; FTEP-related documentation | Policy Methodology; Data Methodology; Training Methodology; ETD, BOP, FTOs, FTO supervisors, and TOC training or orientation on policy is completed and a full recruit training cycle completed. | Policy Sources; Data Sources; Training Sources; policy, training plans, FTEP-related materials, data collection instruments | Policy Methodology; Data Methodology; Training Methodology; ETD, BOP, FTOs, FTO supervisors, and TOC training or orientation on policy is completed and multiple consecutive full recruit training cycles successful completed meeting requirements. | Policy Sources; Data Sources; Training Sources; policy FTEP-related documentation, training plans |
| TRAINING | 315 | 315. CPD will create a mechanism for FTOs to provide feedback regarding the quality of the Field Training and Evaluation Program, including suggestions for changes to FTO training, the PPO evaluation process, and recruit training. The Education and Training Division and Bureau of Patrol will review, consistent with their scope of responsibility within the Field Training and Evaluation Program, FTO feedback on a **quarterly basis** and, as necessary and appropriate, share such feedback with the TOC, FTOs, and FTO supervisors. | IMR2 | February 29, 2020 | ~~February 28, 2021~~ **May 3, 2021** | **December 31, 2022** | **December 31, 2023** | **December 31, 2024** | **Annually** | Policy Methodology; Data Methodology; Training Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources; Training Sources; | Policy Methodology; Data Methodology; Training Methodology, including annual reviews and recommendations provided to the Superintendent. FTEPRB, ETD, BOP, FTOs, FTO supervisors, and TOC training or orientation on policy is completed and a full annual training cycle completed. CPD has documented the referrals and recommendations received. | Policy Sources; Data Sources; Training Sources; TOC meeting notes, special orders, Field training program documentation | Policy Methodology; Data Methodology; Training Methodology, including annual reviews and recommendations provided to the Superintendent. FTEPRB, ETD, BOP, FTOs, FTO supervisors, and TOC training or orientation on policy is completed and multiple consecutive full annual training cycles successfully completed | Policy Sources; Data Sources; Training Sources; TOC meeting notes, special orders, Field training program documentation |
| TRAINING | 316 | The TOC will **annually** review the Field Training and Evaluation Program and consider best practices in this area as well as feedback and recommendations from FTOs and PPOs. Additionally, the TOC will review referrals and recommendations by the Field Training and Evaluation Review Board to the Bureau of Patrol. Based on this information, the TOC will recommend to the Superintendent the implementation of any appropriate changes to policies or procedures related to the Field Training and Evaluation Program. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Policy Methodology; Data Methodology; Training Methodology; Training lesson plans and curricula across all in-service training and evaluations demonstrate requirements. | Policy Sources; Data Sources; Training Sources; training plans, lesson plans, special orders | Policy Methodology; Data Methodology; Training Methodology; Training lesson plans and curricula across all in-service training demonstrate requirements. Training delivery and evaluations reflect requirements. | Policy Sources; Data Sources; Training Sources; training plan, lesson plan, special orders, training attendance records |
| TRAINING | 317 | 317. Regular in-service training is critical to ensure that CPD officers continue to hone important policing skills and remain up-to-date on changes in the law, CPD policy, technology, community expectations, and developments in best practices. In-service training should, as appropriate, reinforce CPD's commitment to procedural justice, de-escalation, impartial policing, and community policing. | IMR3 | | | | | | | Policy Methodology | Policy Sources | Policy Methodology; Data Methodology; Training Methodology; Training lesson plans, instructor selections and curricula across all in-service training demonstrate requirements. | Policy Sources; Data Sources; Training Sources; training plans, lesson plans, training program related documents | Policy Methodology; Data Methodology; Jobs Methodology; Training Methodology; training lesson plans, instructors, resources and curricula across all in-service training demonstrate requirements. Training delivery and evaluations reflect requirements. | Policy Sources; Data Sources; Jobs Sources; Training Sources; policy, lesson plans, training plans |
| TRAINING | 318 | 318. The Parties recognize that CPD has begun to develop and implement an In-Service Training Program for its officers. The Parties acknowledge that CPD has developed a project plan establishing development and implementation of the In-Service Training Program from 2018 through 2019 that includes the following components: a. a list of planned courses, including the status of the development and approval of any new course curricula; b. the dates that CPD officers collectively will start and complete the planned courses; c. the identification of any need for additional instructors, equipment, and training facilities and a schedule for addressing the needs; and d. a list of CPD personnel responsible for overseeing each project plan task. | IMR6 | | | | | | | Policy Methodology; City/CPD has developed acceptable policies, procedures, and plans to transition from a project plan to develop and fully implement the In-Service Training Program according to requirements of paragraph | Policy Sources; including policy and procedure | Policy Methodology; Training Methodology; Jobs Methodology; determine whether the City/CPD has developed and fully implemented the In-Service Training Program according to requirements of paragraph | Policy Sources; Data Sources; Jobs Sources; Training Sources, including policy, procedure, processes, training schedules, job descriptions, and personnel allocation records that show the list courses, schedule, instructors, equipment, training facilities, survey and evaluation results, and list of personnel responsible for overseeing the In-Service Training Program | Policy Methodology; Training Methodology; Data Methodology; Jobs Methodology; determine whether the City/CPD has fully developed, implemented and institutionalized the In-Service Training Program according to requirements of paragraph | Policy Sources; Training Source; Data Source; Jobs Sources; policy, procedure, plans, processes, and demonstrations of system operations, reports, surveys, evaluations and audits |
| TRAINING | 319 | 319. CPD will implement the In-Service Training Program to comport with the Training Plan and the requirements and goals of this Agreement. | IMR1 | December 31, 2018 | December 31, 2019 | ~~December 31, 2020~~ **March 5, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy including all subparagraphs | Policy Sources; Data Sources | Training Methodology; Data Methodology; 95% of eligible personnel received training requirements | Training Sources; Data Sources; training records, training attendee, lesson plans | Training Methodology; Data Methodology; Community Methodology; secondary compliance has been sustained for at least two consecutive reporting periods | Training Sources; Data Sources; Community Sources; training records, training attendees, lesson plans |
| TRAINING | 320 | The In-Service Training Program will require that all non-probationary police officers who are active duty and available for assignment, including supervisors and command staff, receive, at a minimum, the following amount of in-service training each year: a. 16 hours **by the end of 2018**; b. 24 hours **by the end of 2019**; c. 32 hours **by the end of 2020**; and d. 40 hours **by the end of 2021**, and in each subsequent year. | IMR3 | December 31, 2019 | ~~December 31, 2020~~ **March 5, 2021** | **December 31, 2022** | **December 31, 2023** | **December 31, 2024** | **Annually** | Policy Methodology; requirements of this paragraph are written into policy including all subparagraphs | Policy Sources | Training Methodology; Data Methodology: 95% of eligible personnel received training requirements | Training Sources; Data Sources; training records, training attendees, lesson plans | Training Methodology; Data Methodology; Community Methodology; secondary compliance has been sustained for at least two consecutive reporting periods | Training Sources; Data Sources; Community Sources training records, training attendees, lesson plans |
| TRAINING | 321 | 321. CPD's In-Service Training Program will include specific courses that will be mandatory for every officer in that **training year**. | IMR3 | | | | | | | Policy Methodology; requirements of this paragraph are written into policy | Policy Sources | Training Methodology; Data Methodology; CPD documentation demonstrates elective and mandatory subjects approved by TOC and that TOC considered officer request | Training Sources; Data Sources; TOC meeting notes, special orders, training plans | Training Methodology; Data Methodology; Community Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; Community Sources TOC meeting notes, special orders, training plans |
| TRAINING | 322 | 322. CPD's In-Service Training Program may also offer specific courses as elective subjects. The elective subjects will be selected and approved by the TOC in accordance with the Training Plan. The TOC will solicit and consider officer requests and will rely on the Education and Training Division's needs assessments when selecting and evaluating elective subjects. | IMR1 | December 31, 2018 | December 31, 2019 | December 31, 2020 (**March 5, 2021**) | December 31, 2021 (**March 5, 2022**) | December 31, 2022 (**March 5, 2023**) | **Annually** | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy including all subparagraphs | Policy Sources; Data Sources; CPD Policy, training records | Training Methodology; Data Methodology; 95% of eligible personnel received training requirements | Training Sources; Data Sources; training records, training attendees, lesson plans | Training Methodology; Data Methodology; Community Methodology; CPD has fully implemented the requirements of the paragraph | Training Sources; Data Sources; Community Sources; training records, training attendees, lesson plans |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAINING | 323 | As part of the In-Service Training Program, mandatory and elective courses will be apportioned as follows: a. in 2018, CPD will require that each officer receive at least 16 hours of in person mandatory courses; b. in 2019, CPD will require that each officer receive at least 16 hours of in person mandatory courses, with the remaining 8 hours to be provided either as mandatory or elective courses, as determined by the TOC; c. in 2020, CPD will require that each officer receive at least 24 hours of in-person mandatory courses, with the remaining 8 hours to be provided either as mandatory or elective courses, as determined by the TOC; d. starting in 2021, and every year thereafter, CPD will require that each officer receive at least 24 hours of in-person mandatory courses with the remaining 16 hours to be provided either as mandatory or elective courses, as determined by the TOC; and e. this Agreement does not require CPD to provide more than 40 hours of annual department-wide in-service training. | IMR4 | January 1, 2021 (**March 5, 2021**) | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources; CPD policy, training plans, training records, lesson plans | Training Methodology; Data Methodology; Training lesson plans, instructor selections, training schedules and curricula across all in-service training demonstrate requirements. | Training Sources; Data Sources; training plans, lesson plans, training schedules | Training Methodology; Data Methodology; CPD has fully implemented the requirements of the paragraph. Training delivery has been initiated within the specified timeline and conditions. | Training Sources; Data Sources; training plans, lesson plans, course curriculum, training schedules | |
| TRAINING | 324 | Various sections of this Agreement contain in-service training requirements which require CPD to provide some or all of its members with training on specific topics. CPD retains the discretion to determine the sequencing, scheduling, and location of such training, unless otherwise specified by this Agreement, provided that: all in-service training identified herein **will begin no later than the 2021 calendar year**; is adequate in quantity, quality, type, and scope; and is consistent with the terms of this Agreement. | IMR4 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources; CPD policy, training plans, training records, lesson plans | Training Methodology; Data Methodology; determine if CPD has sufficiently taken steps to provide training following requirements of this paragraph | Training Sources; Data Sources; training plans, lesson plans, training schedules | Training Methodology; Data Methodology; CPD has fully implemented the requirements of the paragraph. Training delivery has been initiated within the specified timeline and conditions. | Training Sources; Data Sources; training plans, lesson plans, course curriculum, training schedules | |
| TRAINING | 325 | 325. The Parties acknowledge that CPD has begun to develop and implement decentralized training in CPD districts and units. To date, decentralized training instructors have been selected by CPD's Education and Training Division and have received instructor certification by the Illinois Law Enforcement Training and Standards Board. | Not Monitorable | | | | | | | | | | | | |
| TRAINING | 326 | 326. Training provided through the In-Service Training Program may take place at the Academy or in a decentralized manner, including at the district or unit level, so long as the training is: a. developed by the Education and Training Division; b. reviewed by the TOC and approved by the Education and Training Division before training is delivered; and c. taught by instructors pursuant to the requirements provided above Part D of this section | IMR4 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources; CPD policy, lesson plans, TOC meeting notes | Training Methodology; Data Methodology; determine if CPD has established a process to implement the requirements of this paragraph. | Training Sources; Data Sources; CPD policy, lesson plans, TOC meeting notes; related evaluation instruments | Training Methodology; Data Methodology; CPD has fully implemented the requirements of the paragraph. E-learning trainings receive the appropriate approvals and evaluations as specified under this paragraph. | Training Sources; Data Sources; CPD policy, lesson plans, TOC meeting notes; related evaluation instruments | |
| TRAINING | 327 | 327. Courses offered by CPD to fulfill the portion of the In-Service Training Program not required to be delivered in person may be provided through e-learning or other electronic means, so long as they are reviewed and approved by the TOC and are consistent with this Agreement. In considering e-learning courses for approval, the TOC will ensure that instructional objectives can be sufficiently achieved through e-learning. Following the completion of any e-learning course provided as part of the In-Service Training Program, CPD will test participants on their comprehension of the underlying subject matter. | IMR3 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources | Training Methodology; Data Methodology; determine if CPD has established a process to implement the requirements of this paragraph. | Training Sources; Data Sources; CPD policy, lesson plans, attendance records, training plans | Training Methodology; Data Methodology; CPD has fully implemented a process for addressing training non-compliance following the requirements specified in the paragraph | Training Sources; Data Sources; CPD policy, lesson plans, attendance records, training plans | |
| TRAINING | 328 | 328. CPD will develop and implement a process for addressing non-compliance with training requirements to ensure that all officers who are active duty and available for assignment, including supervisors and command staff, successfully complete all required training programs within the time frames set out in this Agreement. | IMR4 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources CPD policy, training plans | Training Methodology; Data Methodology; determine if CPD has established a process to require officers returning to active duty to meet the training requirements specified in the paragraph | Training Sources; Data Sources; CPD policy, training plans, lesson plans, training schedules | Training Methodology; Data Methodology; determine if CPD has sufficiently implemented the requirements for officers returning to active duty as specified in this paragraph, including subparagraphs. | Training Sources; Data Sources; CPD policy, training plans, lesson plans, training schedules, attendance records | |
| TRAINING | 329 | 329. Officers, including supervisors and command staff, returning to active duty after taking a leave of absence of a year or more must complete all mandatory training content required as part of the In-Service Training Program that was missed during the previous three years, in addition to the mandatory courses required in the current year. a. At a minimum: i. officers must complete training on the content required in Part F of the Use of Force section of this Agreement before returning to assignment; and ii. officers must complete training on all other mandatory content required during the previous three years within the first full year of resumed active duty. b. Where the same mandatory content has been updated or required multiple times during the period of inactivity, officers are only required to take the most recent offering. The training required in this paragraph will count towards the total amount of training required by the In-Service Training Program. | IMR3 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy and reflect specified obligations | Policy Sources; Data Sources | Training Methodology; Data Methodology; training aligns with requirements of paragraph | Training Sources; Data Sources | Training Methodology; Data Methodology; Community Methodology; training has been fully implemented. CPD has a process to continue to provide training as specified in the paragraph | Training Sources; Data Sources; Community Sources; training plans, training attendance records, lesson plans | |
| TRAINING | 330 | 330. Effective, comprehensive pre-service promotional and in-service training for supervisors is essential to successful supervision. | Not Monitorable | | | | | | | | | | | | |
| TRAINING | 331 | 331. CPD will require that every newly promoted supervisor, except those promoted to the rank of Commander and above, receives mandatory supervisory, management, leadership, and command accountability training, tailored to each level of supervision and command before assignment to a supervisory rank or assumption of supervisory responsibilities associated with a particular supervisory rank. | IMR3 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy and reflect specified obligations | Policy Sources; Data Sources | Training Methodology; Data Methodology; training aligns with requirements of paragraph | Training Sources; Data Sources | Training Methodology; Data Methodology; Community Methodology; training has been fully implemented. CPD has a process to continue to provide training as specified in the paragraph | Training Sources; Data Sources; Community Sources training plans, training attendance records, lesson plans | |
| TRAINING | 332 | 332. CPD will require that supervisors, upon their first promotion to the rank of Commander or above, receive mandatory supervisory, management, leadership, and command accountability training, tailored to command staff positions within six months of assignment to or assumption of supervisory responsibilities as a member of CPD's command staff | IMR3 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources: CPD Policy, training plans | Training Methodology; Data Methodology; CPD has taken sufficient steps to deliver the training according to the conditions specified in the paragraph | Training Sources; Data Sources; training plans, training curriculum, curriculum development processes | Training Methodology; Data Methodology; CPD has fully implemented a process to ensure training is delivered meeting the conditions specified in the paragraph | Training Sources; Data Sources; training plans, training attendance records, lesson plans | |
| TRAINING | 333 | 333. The amount of pre-service promotional training may differ according to rank and command, but all pre-service promotional training will be adequate in quality, quantity, type, and scope and will cover topics appropriate to the specific rank and command. | IMR2 | January 1, 2020 | | | | | Policy Methodology, including written assurances that training is tailored to rank and follows requirements of paragraph; Data Methodology | Policy Sources; Data Sources; training records, CPD policy | Training Methodology; training has been conducted. CPD achieved 95% attendees by eligible candidates | Training Sources; training plans, training records, attendance records | Training Methodology; Data Methodology; Community Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; Community Sources; training plans, training records, attendance records | |
| TRAINING | 334 | **By January 1, 2020**, as appropriate and tailored to the specific rank and command, pre-service promotional training will include, but not be limited to: a. an overview of CPD's department-wide crime reduction strategies; b. specific methods for developing district-level crime reduction strategies that are consistent with the principles of community policing, and tools and techniques on how best to communicate with officers on how to incorporate principles of community policing in implementing those crime reduction strategies; c. techniques for effectively guiding and directing officers and promoting effective and ethical police practices, including detecting and addressing bias based profiling and other forms of discriminatory policing; d. de-escalation strategies and the principles of force mitigation; e. intervening on a subject s behalf when observing a use of force that is excessive or otherwise in violation of policy; f. evaluating the completeness, correctness, and sufficiency of written reports; g. monitoring, reviewing, and investigating uses of force to ensure consistency with CPD policies; h. understanding the function and proper use of supervisory tools, such as Early Intervention System ("EIS") and body-worn cameras, at each rank; i. evaluating officer performance, informally and formally as part of CPD's annual performance evaluation process; j. CPD and COPA's disciplinary system requirements and available non-punitive corrective action; k. mentoring officers and fostering career development; l. responding to allegations of officer misconduct, including, but not limited to, excessive force and racial discrimination, for purposes of documenting the complaint and reporting it to COPA; m. building community partnerships and guiding officers on how to implement this requirement; and n. CPD policy and legal updates. | IMR3 | | | | | | Policy Methodology; requirements of this paragraph are written into policy including all subparagraphs | Policy Sources | Training Methodology Data Methodology; CPD has began to implement process to fulfill paragraph requirements | Training Sources; Data Sources; training records, CPD policy; training schedules, training plans, attendance records | Training Methodology; Data Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; CPD Policy, training records, lesson plans; training schedules | |
| TRAINING | 335 | 335. The pre-service promotional training for new Sergeants and Lieutenants will include a field training component to provide newly promoted supervisors with a better understanding of the requirements of the position to which they have been promoted. a. The field training component for new Sergeants will consist of two days of shadowing current Sergeants in districts: one day observing the activities of a District Station Supervisor and one day observing the activities of a Field Sergeant. b. The field training component for new Lieutenants will consist of one day of shadowing a current Lieutenant in a district and observing the activities of a Watch Operations Lieutenant. | IMR1 | March 30, 2019 | | | | | Policy Methodology; Data Methodology; CPD has developed formalized structure for the field training component of paragraph | Policy Sources; Data Sources; CPD Policy, training records | Training Methodology: CPD has began to implement process to fulfill paragraph requirements | Training Methodology; CPD Policy, training records, lesson plans | Training Methodology; Data Methodology; Community Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; Community Methodology; CPD Policy, training records, lesson plans | |
| TRAINING | 336 | **Within 30 days of the Effective Date**, CPD will develop a formalized structure for the field training component to ensure consistency across districts. This structure will include a process for selecting which supervisors will be shadowed and guidance materials to ensure that the topics and information regarding supervisor responsibilities covered during the field training component are consistent with CPD policy and this Agreement | IMR3 | | | | | | Policy Methodology; requirements of this paragraph are written into policy and reflect specified obligations | Policy Sources; Data Sources | Training Methodology; training has been delivered and training requirements are met | Training Sources; Data Sources; CPD Policy, training records, lesson plans, attendance records | Training Methodology; Data Methodology; Community Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; Community Sources CPD Policy, training records, lesson plans | |
| TRAINING | 337 | 337. CPD will ensure that all supervisors who are active duty and available for assignment also receive in-service training consistent with the requirements of CPD's In-Service Training Program. As part of the In-Service Training Program, supervisors will receive refresher training related to their supervisory duties and training that covers managerial and leadership skills. The in-service training for supervisors may include, but is not limited to, the topics identified above for pre-service promotional training | IMR3 | | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy | Policy Sources; Data Sources | Training Methodology; Data Methodology; CPD has taken sufficient steps to deliver the training according to the conditions specified in the paragraph as it relates to other relevant paragraphs in the consent decree | Training Sources; Data Sources; training plans, training records, lesson plans, training course curriculum | Training Methodology; Data Methodology; Community Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; Community Sources training plans, training records, lesson plans, training course curriculum | |

| Section | # | Description | Date | | | | | Policy | Data | Training Methodology | Training Sources | Community | Community |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TRAINING | 138 | Any training course offered as part of a pre-service promotional training, which is also a mandatory In-Service Training Program course, satisfies that mandatory In-Service Training Program requirement. Any other training course completed during a pre-service promotional training will count towards the total amount of training required by the In-Service Training Program requirement. | May 30, 2019 | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy and reflect specified obligations | Policy Sources; Data Sources | Training Methodology; Data Methodology; training has been conducted. CPD achieved 95% attendees by eligible candidates | Training Sources; Data Sources; training plans, training records, attendance records | Community Methodology; Data Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; training plans, training records, training course evaluation data, training records |
| TRAINING | 139 | Within 90 days of the Effective Date, CPD will require that all members who are active duty and available for assignment are provided with training on the requirements of this Agreement, together with its goals, implementation process, and timelines. | May 30, 2019 | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy and reflect specified obligations | Policy Sources; Data Sources | Training Methodology; Data Methodology; training has been conducted. CPD achieved 95% compliance on review of new policies | Training Sources; Data Sources; training plans, training records, | Community Methodology; Data Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; training plans, training records |
| TRAINING | 140 | In connection with issuing a policy or procedure pursuant to this Agreement, CPD will ensure that a. all relevant CPD members review their responsibilities pursuant to the policy or procedure, including the requirements that each member is held accountable for their compliance and is required to report violations of policy; b. supervisors of all ranks are informed that they will be held accountable for identifying and responding to policy or procedure violations by members under their direct command; and c. CPD can document that each relevant CPD officer or other employee has received and reviewed the | May 30, 2019 (see 339) | | | | | Policy Methodology; Data Methodology; requirements of this paragraph are written into policy and reflect specified obligations | Policy Sources; Data Sources | Training Methodology; Data Methodology; training has been conducted. CPD achieved 95% compliance on review of new policies | Training Sources; Data Sources; training plans, training records, | Community Methodology; Data Methodology; CPD has fully implemented and has established a full process that aligns with requirements of paragraph | Training Sources; Data Sources; training plans, training records |
| SUPERVISION | 341 | 341. Effective supervisors, who lead by example and actively engage with the subordinates under their direct command, play a critical role in ensuring lawful, safe, effective, and community-centered policing. To achieve this outcome, the Parties agree to the requirements set out below. | Not Monitorable | | | | | | | | | | |
| SUPERVISION | 342 | 342. The provisions of this Agreement are designed to ensure that CPD supervisors provide the effective supervision necessary for members to perform their duties lawfully, safely, and effectively and for members to improve and grow professionally. Further, the provisions of this Agreement are designed to allow supervisors to spend time mentoring and training members under their direct command so as to provide adequate opportunities to prevent, promptly identify, and promptly correct adverse behavior and encourage positive performance. This meaningful supervision will facilitate the establishment and re-enforcement of a culture of community policing, community and officer safety, and accountability. | Not Monitorable | | | | | | | | | | |
| SUPERVISION | 343 | 343. CPD should have the staffing necessary to promote lawful, safe, effective, and community-centered policing; provide effective supervision; ensure officer safety and accountability; and implement the terms of this Agreement. | Not Monitorable | | | | | | | | | | |
| SUPERVISION | 344 | 344. Immediate supervisors of all ranks are responsible for supervising, managing, and overseeing, as appropriate, the day-to-day work activities of members under their direct command. | Not Monitorable | | | | | | | | | | |
| SUPERVISION | 345 | 345. Supervisors of all ranks are accountable for the performance of subordinate members directly observed or under their direct command. | Not Monitorable | | | | | | | | | | |
| SUPERVISION | 346 | 346. Effective supervisors will a. engage in activities and conduct that support the mission and goals of the Department, including those set forth in this Agreement; b. model appropriate conduct, including abiding by high standards of integrity and adhering to the United States Constitution and other laws, CPD policy, and the terms of this Agreement; and c. consistently demonstrate professionalism, courtesy, and respect towards all people with whom they interact. | Not Monitorable | | | | | | | | | | |
| SUPERVISION | 347 | 347. CPD will require its supervisors, through policy and auditing, to consistently apply CPD policies and procedures from shift to shift, among all geographic areas of the city, and in all units of the Department. | ONGO | | | | | Policy Methodology; Data Methodology; evaluate whether CPD has a plan to track, measure, and show compliance with the requirements of this paragraph | Policy Sources; Data Sources | Training Methodology; Data Methodology | Training Sources; Data Sources | Community Methodology; Data Methodology; (obs Methodology) | Community Sources; Data Sources; |
| SUPERVISION | 348 | 348. By January 1, 2020, CPD will review and, as necessary, revise its policies for supervision to ensure that such policies set out clear responsibilities for supervisors to comply with the requirements of this Agreement. CPD will inform all supervisors of their specific duties and responsibilities that are required by CPD policies, including this Agreement. | January 1, 2020 | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology; Data Methodology | Training Sources; Data Sources, including demonstration of development of a system for tracking supervisory responsibilities in policies and trainings across all areas of the Consent Decree. | Community Methodology; Data Methodology; Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; |
| SUPERVISION | 349 | 349. CPD will require that all supervisors perform their specific duties and responsibilities in compliance with CPD policy, including the terms of this Agreement. | ONGO | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology; Data Methodology | Training Sources; Data Sources, including | Community Methodology; Data Methodology; Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources; |
| SUPERVISION | 350 | 350. CPD will regularly inform its members, including supervisors, of available training, professional development opportunities, and employee assistance resources. | AREA | | | | | Policy Methodology; CPD must develop an effective channel for communicating these opportunities to members. | Policy Sources; Data Sources that demonstrate the notification system is utilized consistently in time with the methods that have been used for notifying members of training, professional development opportunities, and employee assistance resources. | Policy Methodology | Policy Sources; Training Methodology | Policy Sources and data Sources that prove the notification system has operated consistently and effectively. | |
| SUPERVISION | 351 | 351. Supervisors of all ranks will effectively supervise the members under their command to ensure accountability across the Department. | ONGO | | | | | Policy Methodology; Training Methodology; CPD develops a plan to ensure supervisors of all ranks will effectively supervise the members under their command to ensure accountability across the CPD, including written guidance, training, tracking, and | Policy Sources; | Policy Methodology; Training Sources; Community Methodology | Policy Sources; Training Sources | Policy Sources, Training Sources, Community Sources and data Sources that demonstrate that supervisors' effective supervision of members under their command to ensure accountability. | |
| SUPERVISION | 352 | 352. Effective supervision requires that all supervisors, at a minimum, will: a. establish and enforce the expectation that members under their command perform their duties in a manner that complies with federal and state law, CPD policy, this Agreement, and that is consistent with the principles of procedural justice, de-escalation, impartial policing, and community policing; b. provide leadership, guidance, mentoring, direction, and support to members under their command to promote improved performance and professional development; and c. lead efforts to ensure that members under their command are working actively to engage the community and promote public trust and safety. | ONGO | | | | | Policy Methodology; Training Methodology; Community Methodology; evaluate whether CPD has a plan to track, measure, and show compliance with the requirements of this paragraph. | Policy Sources; Training Sources; Community Sources | Policy Methodology; Training Sources; Community Methodology | Policy Sources; Training Sources | Policy Methodology; Training Sources; Community Methodology; (obs Methodology) | Policy Sources; Training Sources; Community Sources that demonstrate the requirements for effective supervision as outlined in this paragraph. |
| SUPERVISION | 353 | 353. Additionally, effective supervision requires that immediate supervisors will, for members under their direct command: a. respond to, review, and investigate use of force and other incidents and conduct required by CPD policy and this Agreement; b. monitor, manage, and coordinate incident response; c. confirm the correctness, sufficiency, and completeness of written reports submitted for review and approval; d. identify any adverse behavior or misconduct and ensure that it is adequately addressed through corrective action, training, or referral for discipline, or required appropriately to each complaint of misconduct received, in accordance with CPD's complaint and disciplinary policies; f. review and respond to information regarding at-risk behavior by members under their direct command, as required by the Data Collection, Analysis, and Management section of this Agreement; g. advise members under their direct command of available training, professional development opportunities, and employee assistance resources; h. conduct annual performance evaluations and meet with members under their direct command on an ongoing basis as necessary to provide guidance, mentoring, direction, and support to the members regarding their performance and to identify areas for improvement; and i. document the performance of their supervisory duties as required by CPD policy and this Agreement using the appropriate records management system, the Performance Recognition System ("PRS"), and/or the EIS. | AREA | | | | | Policy Methodology; ensure that effective policies are developed to address supervisory responsibilities across the broad spectrum of administration and operations. | Policy Sources | Policy Sources; Training Methodology; Data Methodology; determination that policies are effective in addressing the requirements of this paragraph, that supervisors are being trained effectively and generally operating in compliance with policies, and that there are sufficient supervisors to perform the functions. | Training Sources; (obs Methodology); Community Methodology | Training Sources; including qualitative data captured during engagement with supervisors and officers working under their command. | Training Sources; data Sources; Community Sources |
| SUPERVISION | 354 | 354. During their tour of duty, immediate supervisors in the Bureau of Patrol will spend time interacting with, observing, and overseeing the members under their direct command, including time in the field, consistent with their duty assignment. | AREA | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources, including Disciplinary databases, EIS and performance evaluation systems. | Data Methodology; (obs Methodology); Training Methodology | Data Sources; including written documentation and interviews with supervisors and officers under their command; (obs Sources) ensure there are enough supervisors to achieve this requirement consistently. | Data Sources; data Methodology; Community Methodology | Data Sources; Community Methodology |
| SUPERVISION | 355 | 355. Immediate supervisors will be required to document their actions taken with members under their direct command, pursuant to CPD policy, this Agreement, and/or for any disciplinary or corrective actions, including, but not limited to, those taken pursuant to any internal or external review of the conduct of CPD officers or taken pursuant to the operation of any existing and future automated electronic case management systems. For the purposes of the Data Collection, Analysis, and Management section of this Agreement, b. disciplinary referrals; c. response to incident scenes as required by CPD policy; d. observations of member conduct, as required by CPD policy; and e. reviews and investigations of reportable uses of force and other reports required by CPD policy and this Agreement. | AREA | | | | | Policy Methodology; Training Methodology | Policy Sources; Training Methodology | Training Sources; enforce that the CPD has trained supervisors to comply with relevant policy, quantitative and qualitative Data Sources. Informative engagement with supervisors and those serving under their command. | Training Sources; data Sources; Community Methodology | Training Sources; Community Methodology | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISION | 356 | 356. As otherwise set out in this Agreement, CPD will ensure that it makes staffing and allocation decisions that provide for: a. the number of patrol field supervisors to ensure span of control and unity of command as required in this Part; b. the number of well-trained, qualified FTOs, as required in Part H of the Training section of this Agreement; c. the number of well-trained, qualified staff to train recruits and officers, as required in Part D of the Training section of this Agreement; d. the number of well-trained, qualified staff to conduct timely misconduct investigations, as required in the Accountability and Transparency section of this Agreement; e. the number of certified CIT Officers, as required in Part D of the Crisis Intervention section of this Agreement; and f. the number of officer assistance and wellness staff as required in the Officer Wellness and Support section of this Agreement. | IMR2 | | | | | | | Determine whether the CPD has a plan to ensure that the staffing and allocation decisions with the requisite considerations; demonstration of an actionable plan to ensure that all staffing and allocation decisions are made in a manner consistent with all the requirements of the paragraph; completion of a comprehensive staffing study to inform a realistic and effective staffing plan | Policy Sources; Data Sources | Determine whether the CPD's a plan will sustainably ensure that the staffing and allocation decisions with the requisite considerations | Community Sources; Data Sources | Determine whether the CPD's is making the staffing and allocation decisions with the requisite considerations | Community Sources; Data Sources; Policy Sources; Training Sources | |
| SUPERVISION | 357 | 357. The City and CPD will deploy a sufficient amount of qualified supervisors to provide effective supervision, as outlined in this section. | IMR6 | | | | | | | Policy Methodology; Jobs Methodology | Policy Sources; Jobs Sources | Determine whether the CPD's plan will sustainably ensure deployment of a sufficient amount of qualified supervisors to provide effective supervision. | Policy Sources; Jobs Sources; Data Sources | Determine whether the CPD is deploying a sufficient number of qualified supervisors to provide effective supervision, as outlined in this section. | Policy Sources; Jobs Sources; Data Sources | |
| SUPERVISION | 358 | 358. For purposes of this section, the following definitions apply: a. "District law enforcement" means the CPD patrol districts, which are currently organized into three police areas (North, Central, South), with the responsibility of general field operations, including but not limited to, the protection of life and property; enforcement of laws and ordinances; and response to dispatched calls for service. b. "Field units" means the primary beat cars, rapid response cars, and watch specialty cars (squadrol, traffic car, and park car), assigned to watch field operations in district law enforcement. c. "Sector" means a specific and contiguous grouping of geographic beats within a designated district or a Sergeant and a team of officers assigned to field units within district law enforcement. d. "Span of control" means the number of officers assigned to each immediate supervisor for a tour of duty. e. "Unity of command" means officers are supervised by a consistent and clearly identified immediate supervisor. Additionally, officers and their immediate supervisor will regularly have the same start time, the same day-off-group, and patrol the same geographic areas. | Not Monitorable | | | | | | | | | | | | | |
| SUPERVISION | 359 | 359. CPD will ensure that the principles of unity of command and span of control are realized for watch personnel assigned to field units within district law enforcement. | IMR6 | | | | | | | Policy Methodology; | Policy Sources; | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Policy Methodology; Data Methodology | Policy Sources; Data Sources | |
| SUPERVISION | 360 | 360. **By January 1, 2020**, CPD will develop a staffing model to achieve the principles of unity of command and span of control. CPD's staffing model will identify methods to implement unity of command and a span of control ratio of no more than ten officers to one Sergeant for all field units on each watch in each of CPD's patrol districts. To achieve this objective, CPD will maintain, at a minimum, one Sergeant for each sector. | IMR2 | January 1, 2020 | | | | | | Policy Methodology, including citations to data source requirements; Data Methodology | Policy Sources; Data Sources | Policy Methodology, including assessment of the unity of command and span of control pilot program, adjustments to ensure successful implementation of the program's requirements in the pilot districts, and establishment of the Evaluation Committee to oversee the pilot program; Data Methodology, including enhancement of tracking, data, and auditing systems to monitor staffing assignments and levels; Training Methodology; and Jobs Methodology, including the development and implementation of an optimal staffing model to allow for more consistent staffing of the pilot districts. | Policy Sources; Data Sources; Training Methodology; and Jobs Methodology. | Determine whether the CPD has sufficiently developed and implemented a staffing model to achieve the principles of unity of command and span of control, with a ratio of no more than ten officers to one Sergeant for all field units on each watch in each of CPD's patrol districts. | Policy Sources; Data Sources; Training Sources; Jobs Sources; and Community Sources. | |
| SUPERVISION | 361 | 361. In order to achieve unity of command and a span of control of no more than ten officers to one Sergeant in the field units on each watch in each patrol district, the staffing model may consider: a. staffing requirements for watch operations, including, but not limited to, watch personnel assigned to field duties and watch administration functions; b. staffing requirements for all other district law enforcement functions, including, but not limited to, district administration, community policing, and tactical teams; c. data-driven resource allocation methods incorporating district-specific factors, including, but not limited to, calls for service, public violence, and property crime; and d. any other considerations CPD deems relevant to achieving unity of command and a span of control ratio of no more than ten officers to one Sergeant in all field units on each watch of the City's patrol districts. | IMR5 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources | Policy Methodology; Data Methodology; Jobs Methodology; Community Methodology | Policy Sources; Data Sources; Jobs Sources; Community Sources | Determine whether the CPD has achieved unity of command and span of control of no more than ten officers to one Sergeant in the field units on each watch in each patrol district based on the staffing model considerations in this paragraph and any other considerations the CPD deems relevant to achieving this ratio. | Policy Sources; Data Sources; Jobs Sources; Community Sources | |
| SUPERVISION | 362 | 362. **By January 1, 2020**, CPD will develop a system and protocols to allow the Department to assess, both long-term and on a day-to-day basis, whether field units on each watch in each patrol district meet the requirements for unity of command and span of control. | IMR2 | January 1, 2020 | | | | | | Policy Methodology; Data Methodology, including a review of the system to determine the ease and reliability of tracking employee movements; identification of technical and resource barriers. | Policy Sources, including a system and protocols that work for all districts; Data Sources, including officers | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| SUPERVISION | 363 | 363. When calculating the span of control ratios for field units, CPD may not use department-wide averages or factor in span of control ratios for Bureau of Patrol units or functions that are not included in the definition of field units above. | IMR5 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Data Methodology | Data Sources | Determine whether the CPD has calculated the span of control ratios for field units in accordance with the requirements of this paragraph. | Data Sources | |
| SUPERVISION | 364 | 364. Beginning **no later than January 31, 2020**, CPD will begin to implement a staffing model to achieve unity of command and a span of control ratio of no more than ten officers to one Sergeant assigned to field units on each watch in each patrol district. | IMR2 | January 31, 2020 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources, including Computer-Aided Dispatch activity reports, rosters, patrol assignments, sergeant staffing report, and CPD budgets and forecasts | Training Methodology; Jobs Methodology; Data Methodology; review the effective and consistent implementation of the staffing model as it is rolled out into districts to ensure that staffing levels comport with the requirements of the consent decree (no more than ten officers to one sergeant for each watch); focus necessary resources so that the program can eventually be responsibly expanded to other districts. | Training Sources; Jobs Sources; Data Sources, including digitized rosters and data-keeping methods to ensure efficient and effective data management and continued to discussion with members regarding the staffing requirement and compliance therewith. | Determine whether the CPD has begun implementing a staffing model to achieve unity of command and a span of control ratio of no more than ten officers to one Sergeant assigned to field units on each watch in each patrol district, in accordance with the requirements of this paragraph. | Policy Sources; Community Sources; Jobs Sources; Data Sources, including a consideration of threat and risk model for deployment strategies | |
| SUPERVISION | 365 | 365. **By January 31, 2022,** CPD will fully implement and maintain a staffing model that achieves unity of command and a span of control ratio of no more than ten officers to one Sergeant for all field units on each watch in each of CPD's patrol districts. To achieve this objective, CPD will maintain, at a minimum, one Sergeant for each sector. | IMR6 | January 31, 2022 (**April 4, 2022**) | | | | | | Policy Methodology; Data Methodology; Jobs Methodology; evaluate whether CPD has identified the technical and resource barriers it is facing and shown its plans for addressing these barriers. | Policy Sources; Data Sources; Jobs Sources | Policy Methodology; Data Methodology; Jobs Methodology; evaluate whether CPD has identified the technical and resource barriers it is facing and shown its plans for addressing these barriers. | Policy Sources; Data Sources; Jobs Sources | Determine whether the CPD has fully implemented and maintained a staffing model that achieves unity of command and a span of control ratio of no more than ten officers to one Sergeant for all field units on each watch in each of CPD's patrol districts, in accordance with the requirements of this paragraph. | Policy Sources; Data Sources; Jobs Sources; Community Sources | |
| SUPERVISION | 366 | 366. CPD will continue to maintain unity of command and a span of control ratio of no more than ten officers to one Sergeant for district tactical teams and area saturation teams. | IMR6 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources | Determine whether the CPD has maintained unity of command and a span of control ratio of no more than ten officers to one Sergeant for district tactical teams and area saturation teams, in accordance with the requirements of this paragraph. | Policy Sources; Data Sources; Jobs Sources; Community Sources | |
| SUPERVISION | 367 | 367. CPD may review and revise its staffing model as necessary to ensure that all field units on each watch in each patrol district achieve unity of command and a span of control ratio of no more than ten officers to one Sergeant. | IMR6 | | | | | | | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources; Community Sources | |
| SUPERVISION | 368 | 368. **Beginning 365 days after the Effective Date**, and annually thereafter, the Monitor will review and assess CPD's progress toward achieving unity of command and a span of control ratio of no more than ten officers to one Sergeant. | IMR2 | February 29, 2020 | February 28, 2021 (**May 3, 2021**) | February 28, 2022 (**May 3, 2022**) | February 28, 2023 (**May 3, 2023**) | February 28, 2024 (**May 3, 2024**) | **Annually** | Receive sufficient information to review and assess the CPD's progress the first instance; compile and maintain reliable data regarding efforts aimed at compliance with Unity of Command and Span of Control principles outlined in the Consent Decree. | Policy Sources; Data Sources, including Computer-Aided Dispatch activity reports, rosters, patrol assignments, sergeant staffing report, and CPD budgets and forecasts | Receive sufficient information to review and assess the CPD's progress in multiple years; receive various data sources so that IMT can assess, using quantitative data, the CPD's compliance with this paragraph. | Policy Sources; Data Sources, including Computer-Aided Dispatch activity reports, rosters, patrol assignments, sergeant staffing reports, CPD budgets and forecasts, and other similar data. | Determine whether the CPD has sufficiently implemented unity of command and a span of control ratio, as required | Policy Sources; Data Sources, including Computer-Aided Dispatch activity reports, rosters, patrol assignments, sergeant staffing report, and CPD budgets and forecasts; Community Sources | |
| SUPERVISION | 369 | 369. A performance evaluation process will enable CPD to identify, support, and recognize members who perform their duties lawfully, safely, and effectively, as well as to identify and respond to members who perform poorly, demonstrate adverse behaviors, or engage in inappropriate conduct or conduct that otherwise undermines member or public safety and community trust. | IMR6 | | | | | | | Policy Methodology; Data Methodology; | Policy Sources; Data Sources; | Data Methodology; Training Methodology | Data Sources; Training Sources | Policy Methodology; Data Methodology; Training Methodology; Community Methodology | Policy Sources; Data Sources; Training Sources; Community Sources | |
| SUPERVISION | 370 | 370. CPD's performance evaluation process will identify, support, and recognize members' activity, performance, and conduct through an assessment of specific quantitative and qualitative performance dimensions, which will address, among other things, constitutional policing, community policing, problem-solving, and the effective use of de-escalation or specialized training. Although CPD may use quantitative measures in evaluating members to ensure that members are performing their required duties, CPD will not require members to achieve specific numerical thresholds, such as the number of arrests, investigatory stops, or citations. CPD will ensure that its performance evaluation process is consistent with the law and best practices. Within 18 months of the Effective Date, CPD will revise its performance evaluation policies and practices as necessary to meet the requirements of this Agreement. | IMR3 | September 1, 2020 (**November 3, 2020**) | | | | | | Policy Methodology, Data Methodology, finalize and submit policy for public comment; begin training on the Performance Evaluations System pilot program. | Policy Sources; Data Sources | Policy Methodology; Data Methodology; Training Methodology | Data Sources, indications that a performance evaluation process is in operation; Training Sources | Determine whether the CPD has implemented an effective performance evaluation process system that is being used consistently throughout the organization. | Community Sources; Data Sources | |
| SUPERVISION | 371 | 371. **Annual performance evaluations** for members of all ranks, excluding the Superintendent, will be based upon work performance completed during a specific rating period and will include a written description of performance dimension expectations; the member's proficiency in fulfilling the specific duties and responsibilities of the assigned position, unit, or team; any areas of particular growth and achievement; and areas where the member requires further support and/or supervision. The evaluation process will provide for support, feedback, communication of expectations, and, when appropriate, corrective actions. | IMR3 | December 31, 2019 | **December 31, 2020** | **December 31, 2021** | **December 31, 2022** | **December 31, 2023** | **Annually** | Policy Methodology; Data Methodology; finalize and submit policy for public comment. | Policy Sources; Data Sources | Data Methodology, Training Methodology | Training Sources; Data Sources, including observation of training and engagement with members at all ranks. | Determine whether the CPD completes annual performance evaluations as outlined by the paragraph to provide evaluated members appropriate and instructive support, feedback, and corrective actions | Data Sources, including interviews of personnel at all ranks | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUPERVISION | 372 | 372. CPD will require supervisors of all ranks to conduct timely, accurate, and complete performance evaluations. | IMR3 | | | | | | | Policy Methodology; Data Methodology; complete and implement policy in the pilot districts. | Policy Sources; Data Sources | Data Methodology, Training Methodology | Training Sources; Data Sources that demonstrate what performance evaluations have occurred, and the frequency and quality of those evaluations. | Determine whether CPD supervisors are consistently conducting performance evaluations | Community Sources; Data Sources | |
| SUPERVISION | 373 | 373. Supervisors may only conduct a performance evaluation of members they have directly supervised and observed during the specific rating period. | IMR3 | | | | | | | Policy Methodology; Data Methodology; finalize and submit policy for public comment. | Policy Sources; Data Sources | Data Methodology, Training Methodology | Training Sources; Data Sources demonstrating methods for ensuring that evaluations are completed by supervisors who have observed and actively supervised the member being evaluated. | Determine whether CPD Supervisors are consistently conducting performance evaluations of members whom they have supervised and observed during the specific rating period | Community Sources; Data Sources | |
| SUPERVISION | 374 | 374. In addition to the formal annual performance evaluation, supervisors will meet with members under their direct command on **an ongoing basis as necessary** to provide guidance, mentoring, direction, and support to the members regarding their performance and to identify opportunities for improvement | IMR3 | | | | | | | Policy Methodology; Data Methodology; finalize and submit policy for public comment; provide training on the pilot program. | Policy Sources; Data Sources | Data Methodology, Training Methodology | Training Sources; Data Sources, including written documentation and interviews with supervisors and those under their command | Determine whether CPD supervisors regularly meet with members under their command to provide necessary guidance, direction, and support to the members | Data sources, both qualitative and quantitative including interviews of personnel at all ranks. | |
| SUPERVISION | 375 | 375. Supervisors will recognize, when appropriate, formally (e.g., recommendation for commendation) and/or informally (e.g., public and private praise) subordinate members who demonstrate a commitment to procedural justice, de-escalation, impartial policing, and/or community policing | IMR3 | | | | | | | Policy Methodology; Data Methodology; finalize and submit policy for public comment. | Policy Sources; Data Sources | Training Methodology; Data Methodology | Data sources, both qualitative and quantitative. | Community Methodology; Determine whether CPD Supervisors are regularly recognizing subordinate members who demonstrate commitment to exemplary policing | Community Sources; Data sources, both qualitative and quantitative including interviews of personnel at all ranks. | |
| SUPERVISION | 376 | 376. CPD will maintain records of performance evaluations in the appropriate electronic data tracking system. | IMR3 | | | | | | | Policy Methodology; Data Methodology; Determine whether the CPD has acquired and implemented appropriate performance evaluation computer systems to track data required by the paragraph | Policy Sources; Data Sources | Data Methodology; Determine whether records maintained in the electronic tracking system reflect data integrity, efficiency, and analytical sophistication. | Data Sources | Determine whether CPD has a sufficient system for maintaining records of performance evaluations | Data Sources | |
| OFFICER WELLNESS | 377 | 377. In fulfilling their duties, CPD members expose themselves to significant danger, high stress, and a wide spectrum of human tragedy. There is growing recognition that psychological and emotional wellness are critical to officers' health, relationships, job performance, and safety. The City and CPD have an obligation to help CPD members cope with the consequences that come from their service to the public. | Not Monitorable | | | | | | | | | | | | | |
| OFFICER WELLNESS | 378 | 378. The City and CPD's obligation to CPD members includes providing adequate support systems to treat members experiencing mental health, substance abuse, and other emotional challenges. | Not Monitorable | | | | | | | | | | | | | |
| OFFICER WELLNESS | 379 | 379. The City and CPD's obligation to CPD members also includes equipping them in a manner that enables them to do their jobs as safely as reasonably possible. CPD will ensure that the safety of its members is not jeopardized by equipment and technology that is outdated, broken, or in need of repair or replacement. | Not Monitorable | | | | | | | | | | | | | |
| OFFICER WELLNESS | 380 | 380. The City and CPD will implement the following requirements in order to achieve a healthy, effective, and constitutionally compliant police force. | Not Monitorable | | | | | | | | | | | | | |
| OFFICER WELLNESS | 381 | CPD will provide its members with a range of support services that comport with mental health professional standards and that seek to minimize the risk of harm from stress, trauma, alcohol and substance abuse, and mental illness. These support services will include: readily accessible confidential counseling services with both internal and external referrals; peer support; traumatic incident debriefings and crisis counseling; and stress management and officer wellness training. | IMR4 | | | | | | | Policy Mythology; Data Methodology | Policy Sources; Data Sources | Training Methodology; Jobs Methodology | Training Sources; Jobs Sources | Data Methodology; determine whether the CPD has sufficient methods for tracking, analyzing, and responding to various data points regarding officer wellness services. | Community Sources; Data Sources, quantitative and qualitative | |
| OFFICER WELLNESS | 382 | CPD currently offers clinical counseling services, programs regarding alcoholism and other addictions, and a peer support program to help CPD members cope with the psychological and personal toll their jobs can impose. By September 1, 2019, CPD will complete a needs assessment to determine what additional resources are necessary to ensure the support services available to CPD members comport with best practices and mental health professional standards. | IMR2 | September 1, 2019 | | | | | | Policy Methodology, Data Methodology | Policy Sources; Data Sources | Data Methodology | Data Sources | Data Methodology | Community Sources; Data Sources | |
| OFFICER WELLNESS | 383 | The needs assessment should analyze, at a minimum: a. staffing levels in CPD's Professional Counseling Division; b. the current workload of the licensed mental health professionals and drug and alcohol counselors employed by CPD; c. how long it takes CPD members requesting counseling services to be seen by a licensed mental health professional or drug and alcohol counselor; d. the professional specialties of CPD's licensed mental health professionals; e. the frequency and reasons for referrals of CPD members to clinical service providers external to CPD and the quality of those services; f. CPD member feedback, through statistically valid surveys that ensure anonymity to participants consistent with established Professional Counseling Division guidelines, regarding the scope and nature of the support services needs of CPD members and the quality and availability of services and programs currently provided through the Employee Assistance Program; g. similar mental health services offered in other large departments, including the ratio of licensed mental health professionals to sworn officers and the number of counseling hours provided per counselor per week; h. guidance available from law enforcement professional associations; i. the frequency and adequacy of CPD's communications to CPD members regarding the support services available to them; j. the frequency, quality, and demand for in-service trainings related to stress management, officer wellness, and related topics; and k. the quality of recruit training related to stress management, officer wellness, and related topics. | IMR2 | September 1, 2019 (*see* 382) | | | | | | Whether the CPD has allocated sufficient resources to conduct a needs assessment, as required | Data Sources | Whether the CPD has conducted the needs assessment, as required under 383 | Data Sources, including the needs assessment and supporting materials | Whether the needs assessment is sufficient, including citations, baselines, clearly defined operational enhancements, and budgetary scheduling; determine whether the CPD has technology necessary to accurately collect and report data regarding services provided by the PCD and the staffing levels of the PCD to allow the CPD to continually assess and adapt to CPD needs | Community Sources; Data Sources | |
| OFFICER WELLNESS | 384 | **Within 60 days of the completion of the needs assessment,** CPD will develop a plan, including a timeline for implementation, to prioritize and address the needs identified through the needs assessment required by the immediately preceding paragraph ("Officer Support Systems Plan"). CPD will implement the Officer Support Systems Plan in accordance with the specified timeline for implementation. | IMR2 | October 30, 2019 | | | | | | Whether the CPD has developed a sufficient Officer Support Systems Plan to prioritize and address the needs assessment | Data Sources, including needs assessment and Officer Support Systems Plan | Whether the Officer Support Systems Plan is sufficient | Community Sources; Data Sources | Whether the CPD has implemented the Officer Support Systems Plan; determine whether CPD is adequately and appropriately using technology to sustainably track and identify trends, emerging needs, and appropriate allocation of resources | Community Sources; Data Sources | |
| OFFICER WELLNESS | 385 | As a component of CPD's Officer Support Systems Plan, CPD will develop and implement a communications strategy. The objectives of this communications strategy will be: a. to inform CPD members of the support services available to them; b. to address stigmas, misinformation, or other potential barriers to members using these services; and c. to emphasize that supporting officer wellness is an integral part of CPD's operations. | IMR2 | | | | | | | Determine whether the CPD has developed a sufficient Officer Support Systems Plan to develop and implement a communications strategy | Data Sources, including the Officer Support Systems Plan and supporting documents | Determine whether the Officer Support Systems Plan's communication strategy is sufficient and meets the requisite objectives | Community Sources; Data Sources | Whether the CPD has implemented the Officer Support Systems Plan's communication strategy that effectively disseminate information, dispel misinformation and emphasize the CPD's commitment to Officer Wellness; also consider whether the CPD is continuously assessing its communication strategy and making adjustments as appropriate | Community Sources; Data Sources; Policy Sources; Training Sources | |
| OFFICER WELLNESS | 386 | As part of this communications strategy, CPD will, at a minimum: a. make information about the support services available, on a continuing basis, to members on its internal websites; b. post information, including pamphlets and posters, in each CPD facility in areas frequented by officers; c. issue wallet-sized cards to every CPD member with contact information for the CPD support services available; d. inform and remind members about the CPD support services offered, including providing handouts with contact information, at the annual use of force training required by this Agreement, during Academy training of new recruits, and at in-service trainings relating to stress management and officer wellness; e. provide training to supervisory personnel regarding available CPD officer support services and strategies for communicating with officers about these services in a manner that minimizes any perceived stigma; and f. seek to identify and correct misperceptions among CPD members about receiving counseling services. | IMR2 | | | | | | | Policy Methodology, Data Methodology, Training Methodology | Policy Sources; Data Sources; Training Sources | Data Methodology | Data Sources, qualitative and quantitative including engagement with staff and personnel of all ranks | Data Methodology; determine whether the CPD sufficiently continues efforts in outreach and communication to increase and maintain awareness of PCD services | Data sources, both qualitative and quantitative including interviews of personnel at all ranks to determine the awareness of PCD services and officers' perceived ease of access to information | |
| OFFICER WELLNESS | 387 | **Within 180 days of the Effective Date**, CPD will develop and implement a roll call training to explain and address the effects on Firearm Owners Identification ("FOID") card eligibility, if any, when a CPD member seeks or receives CPD support services, including, but not limited to, counseling and mental health treatment. | IMR1 | August 28, 2019 | | | | | | Determine whether the CPD has developed a sufficient roll call training | Training Sources; Data Sources | Whether the roll call training is sufficient | Community Sources; Data Sources | Whether the CPD has implemented a roll call training, as required and has maintained/continued to provide this training as necessary to ensure in-service and recruits are aware of the effects, if any, of receipt of support services on FOID card eligibility | Community Sources; Data Sources; Policy Sources; Training Sources | |
| OFFICER WELLNESS | 388 | As a component of the Officer Support Systems Plan, **by January 1, 2020**, CPD will develop and implement a comprehensive suicide prevention initiative ("Suicide Prevention Initiative"). In designing the Suicide Prevention Initiative, CPD will examine similar initiative implemented in other large departments and incorporate guidance available from law enforcement professional associations. The Suicide Prevention Initiative will be overseen by a licensed mental health professional working in conjunction with a command staff member. | IMR2 | January 1, 2020 | | | | | | Determine whether the CPD has developed a sufficient Officer Support Systems Plan to develop and implement a Suicide Prevention Initiative | Data Sources, including the Officer Support Systems Plan and supporting documents | Determine whether the Officer Support Systems Plan's communication strategy is sufficient and meets the requisite objectives; determine whether the CPD implemented, reviewed and assessed the Officer Wellness Support plan to ensure that the plan meets the requisite objectives | Community Sources; Data Sources, including feedback from clinicians and CPD members to determine whether the Services provided are proactively and reactively meeting the wellness needs of members | Whether the CPD has implemented the Officer Support Systems Plan's communication strategy; determine the extent to which the CPD has created and can maintain a feedback loop from members of all ranks to ensure that the CPD is aware of mental health needs of CPD officers | Community Sources; Data Sources; Policy Sources; Training Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICER WELLNESS | 389 | At least **annually,** the Director of the Professional Counseling Division will provide a written report to the Superintendent, through his or her chain of command, that includes anonymized data regarding support services provided to CPD members, how long it takes CPD members requesting counseling services to receive them, and other metrics related to the quality and availability of these services. This report will also contain resource, training, and policy recommendations necessary to ensure that the support services available to CPD members reasonably address their identified needs and comply with the Officer Support Systems Plan. | IMR2 | February 29, 2020 | ~~**February 28, 2021**~~ **May 3, 2021** | **May 3, 2022** | **May 3, 2023** | **May 3, 2024** | **Annually** | Determine whether the Director of the Professional Counseling Division provided a written report to the Superintendent, as required; Policy Methodology | Data Sources, including the Director of the Professional Counseling Division and the report; Policy Sources | Determine whether the CPD has allocated sufficient resources to submit an annual report, which meets the requirements of the paragraph; Training Methodology | Data Sources, including the Director of the Professional Counseling Division, gap analyses with best practices, and the report; Training Sources | Determine whether the CPD is reviewing and addressing recommendations from the report to ensure the support services available to CPD members are sufficient | Community Sources; Data Sources | |
| OFFICER WELLNESS | 390 | 390. CPD currently employs three licensed mental health professionals and a supervising psychologist who serves as the Director of CPD's Professional Counseling Division. CPD offers free counseling services to CPD members through the Professional Counseling Division and through external referrals in certain circumstances. CPD will expand its capacity to provide the counseling services to CPD members as set forth in this Agreement. | IMR3 | | | | | | | Policy Methodology, Data Methodology | Policy Sources; Data Sources | Data Methodology; Jobs Methodology | Data Sources; Jobs Sources | Determine whether the CPD has sufficiently expanded its capacity to provide counseling services to CPD members as required by the Consent Decree; Data Methodology | Data Sources | |
| OFFICER WELLNESS | 391 | CPD will initially increase the staffing level in its Professional Counseling Division to at least ten full-time licensed mental health professionals (or a combination of full- and part-time licensed mental health professionals capable of providing an equivalent amount of weekly clinical therapy hours) **by January 1, 2020**. CPD may contract with licensed mental health professionals external to CPD on an interim basis while CPD completes the process for creating these new positions and hiring individuals to fill them. Additional changes to staffing levels will be made consistent with the results of the needs assessment and Officer Support Systems Plan. | IMR2 | January 1, 2020 | | | | | | Determine whether the CPD has sufficient staffing levels, including contractors; Jobs Methodology | Data Sources; Jobs Sources | Determine whether the CPD has sufficient staffing levels without contractors | Data Sources; Jobs Sources | Determine whether the CPD has made changes to staffing levels consistent with the results of the needs assessment and Officer Support Systems Plan; determine whether staffing levels and assignments are maintained, assessed and addressed—informed by a fully implemented software solution to adequately track necessary data—so as to determine if staffing and other resources meet demand for services. | Community Sources; Data Sources; Policy Sources; Training Sources | |
| OFFICER WELLNESS | 392 | CPD will ensure that its staff of licensed mental health professionals includes individuals with specialized training in one or more of each of the following subjects: posttraumatic stress disorder, domestic violence, alcohol and substance abuse, anger management, depression, and anxiety. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Data Methodology; Jobs Methodology | Data Sources; Jobs Sources | Determine whether CPD's licensed mental health professionals have the requisite specialized training | Data Sources | |
| OFFICER WELLNESS | 393 | In order to provide support services that are culturally appropriate, sensitive to differing circumstances, and attentive to the issues facing all CPD members, including, but not limited to, women, people of color, religious minorities, and LGBTQI individuals, CPD will ensure that: a. the licensed mental health professionals and counselors employed by CPD are trained and equipped to provide services in a manner respectful of these diverse experiences and perspectives; b. CPD members receiving services have the opportunity to provide feedback regarding whether such services are culturally appropriate and adapted to diverse experiences and perspectives; and c. appropriate corrective action is taken to the extent necessary based on feedback received. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources; Job Sources | Training Methodology; Data Methodology | Training Sources; Data Sources; Job Sources | Determine whether CPD has sufficient services in place to provide diverse support to all members; Job Methodology | Data Sources; Community Sources, including interview with service providers and CPD members; Job Sources | |
| OFFICER WELLNESS | 394 | CPD will offer members referrals for counseling services by external clinical service providers, including, but not limited to, private therapists, specialists, outside agencies, or hospitals, when a member requires specialized counseling that is beyond the training and expertise of CPD's licensed mental health professionals or certified counselors. | IMR4 | | | | | | | Policy Methodology, Data Methodology | Policy Sources; Data Sources | Data Methodology | Data Sources | Determine whether CPD sufficiently offers members referrals to external clinical service providers for specialized counseling when necessary | Data Sources; Community Sources | |
| OFFICER WELLNESS | 395 | CPD will ensure that CPD members have access to: a. non-emergency, generalized counseling sessions with CPD's licensed mental health professionals within two weeks of a member's request; and b. generalized emergency counseling by CPD's licensed mental health professionals within 24 hours of a member's request. | IMR4 | | | | | | | Policy Methodology, Data Methodology | Policy Sources; Data Sources | Data Methodology | Data Sources | Determine whether the CPD is able to consistently offer counseling sessions with licensed mental health professionals in a timely manner | Data Sources; Community Sources | |
| OFFICER WELLNESS | 396 | CPD will continue to ensure that any mental health counseling services provided to CPD members remain confidential in accordance with state law, federal law, and current CPD policy. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether CPD ensures confidentiality regarding mental health counseling services provided to members in a manner consistently with applicable laws and policies | Data Sources; Community Sources | |
| OFFICER WELLNESS | 397 | CPD will continue to ensure that licensed mental health professionals employed by the Professional Counseling Division do not participate in fitness for duty evaluations, which will be conducted exclusively by third-party licensed mental health professionals. | IMR4 | | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Data Methodology | Data Sources | Ensure that CPD excludes mental health professionals employed by PCD from fitness for duty evaluations and that evaluations are conducted exclusively by third-party licensed professionals | Data Sources; Community Sources | |
| OFFICER WELLNESS | 398 | CPD currently employs five drug and alcohol counselors, all of whom are sworn CPD officers operating under the supervision of the Director of the Professional Counseling Division. These counselors provide free counseling for alcohol and substance abuse. CPD will continue to offer counseling services to CPD members for alcohol and substance abuse. | IMR4 | | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Data Methodology; Jobs Methodology | Data Sources; Jobs Sources | Determine whether CPD sufficiently continues to provide drug and alcohol counseling to members | Data Sources; Community Sources | |
| OFFICER WELLNESS | 399 | CPD will ensure the number of drug and alcohol counselors available, either on staff or through referrals, meets the needs of CPD members consistent with the needs assessment and the Officer Support System Plan. | IMR4 | | | | | | | Policy Methodology, Jobs Methodology, Data Methodology | Policy Sources, Jobs Sources, Data Sources | Data Methodology; Jobs Methodology | Data Sources; Jobs Sources | Determine whether CPD actively works to maintain the number of drug and alcohol counselors necessary to serve members | Data Sources; Community Sources | |
| OFFICER WELLNESS | 400 | CPD will ensure that its drug and alcohol counselors are certified in Illinois as Certified Alcohol and Other Drug Abuse Counselors. | IMR4 | | | | | | | Policy Methodology, Data Methodology | Policy Sources; Data Sources | Data Methodology; Jobs Methodology | Data Sources; Jobs Sources | Determine whether CPD systematically ensures that counselors have necessary certifications | Data Sources; Community Sources | |
| OFFICER WELLNESS | 401 | CPD currently offers anonymous support groups and programs for alcoholism and other addictions. CPD will ensure that a licensed mental health professional assigned to the Professional Counseling Division oversees any such programs offered by CPD, that the programs adhere to generally accepted practices in the field of addiction treatment (e.g., 12-step addiction treatment program), and that each program is reviewed at least **annually** by the Director of the Professional Counseling Division. | IMR2 | February 29, 2020 | ~~**February 28, 2021**~~ **(May 5, 2021)** | ~~**February 28, 2022**~~ **(May 5, 2022)** | ~~**February 28, 2023**~~ **(May 5, 2023)** | ~~**February 28, 2024**~~ **(May 5, 2024)** | **Annually** | Determine whether the CPD has a licensed health professional, as required, or whether the CPD's programs adhere to generally accepted practices, as required (whichever is first); Policy Methodology; Jobs Methodology | Data Sources; Policy Sources; Jobs Sources | Determine whether the CPD has a licensed health professional, as required, or whether the CPD's programs adhere to generally accepted practices, as required—whichever is last | Data Sources; Policy Sources; Jobs Sources | Determine whether the CPD has allocated sufficient resources to ensure that the Director of the Professional Counseling Division is reviewing the each program annually | Community Sources; Data Sources; Policy Sources; Training Sources | |
| OFFICER WELLNESS | 402 | 402. CPD will train all supervisors regarding recognizing signs and symptoms of alcoholism and substance abuse, how to recommend available support services to CPD members experiencing alcoholism and substance abuse issues, and their obligations under CPD policy to report members exhibiting signs of alcohol or drug impairment. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology, Data Methodology | Training Sources, Data Sources | Determine whether CPD sufficiently trains and provides ongoing education to supervisors regarding recognizing sings of alcohol and substances abuse and how to effectively address related issues | Data Sources; Community Sources | |
| OFFICER WELLNESS | 403 | 403. CPD currently has a peer support program consisting of specially trained volunteer officers ("Peer Support Officers"). A well-run peer support program can provide an important access point for CPD members encountering challenging emotional or personal circumstances. | Not Monitorable | | | | | | | | | | | | | |
| OFFICER WELLNESS | 404 | 404. CPD will maintain a peer support program, ensuring that: a. a licensed mental health professional assigned to the Professional Counseling Division oversees and adequately manages the program; b. Peer Support Officers receive initial training in stress management, grief management, officer wellness, obligations and limitations regarding confidentiality and privacy, communication skills, common psychological symptoms and conditions, suicide assessment and prevention, dependency and abuse, and support services available to CPD members; c. Peer Support Officers are trained to recommend the services offered by the Professional Counseling Division in situations that are beyond the scope of their training; d. CPD offers Peer Support Officers the opportunity to meet at least annually to share successful strategies and identify ways to enhance the program; e. Peer Support Officers receive and comply with a written procedures manual approved by a licensed mental health professional assigned to the Professional Counseling Division; f. Peer Support Officers are offered sufficient non-monetary incentives and recognition to ensure broad recruitment of volunteers and widespread access to peer support services; and g. the scope and quantity of peer support services provided to CPD members are identified in a manner that facilitates effective management of the program and that preserves the anonymity and confidentiality of members receiving peer support services. | IMR2 | February 29, 2020 | ~~**December 31, 2020**~~ **March 5, 2021** | **December 31, 2022** | **December 31, 2023** | **December 31, 2024** | **Annually** | Determine whether the CPD has allocated sufficient resources to maintain the peer support program, as required; determine whether the CPD offers Peer Support Officers the opportunity to meet at least annually, as required; Policy Methodology | Data Sources, including records sufficient to show annual meetings; Community Sources; Policy Sources | Training Methodology | Training Sources, including direct observations | Determine whether the CPD has sufficiently implemented the requirements of the peer support program and whether the CPD has allocated sufficient resources to make that implementation sustainable | Community Sources; Data Sources | |
| OFFICER WELLNESS | 405 | 405. CPD maintains a Chaplains Unit consisting of CPD officers and non-CPD volunteers, operating under the supervision of a Director, who reports directly to a command staff member. | Not Monitorable | | | | | | | | | | | | | |

| # | Text | Date | | | | | | | | | | | | | |
|---|------|------|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 406 | By January 1, 2020, CPD will develop and adopt a standard operating procedure ("SOP") outlining the roles and responsibilities of the Chaplains Unit. The Chaplains Unit SOP will identify that: a. the purpose of the Chaplains Unit is to i. support the wellness of CPD members who voluntarily seek consultation with representatives of the Chaplains Unit; ii. make referrals to licensed mental health professionals and other service providers, when appropriate; iii. provide pastoral care to CPD members who voluntarily seek such services; iv. conduct voluntary preventive programs for the purposes of supporting, encouraging, and affirming CPD members in their professional and family lives; and v. provide support in moments of crisis as requested by CPD members. b. when acting in the official capacity of a CPD Chaplain, representatives of the Chaplains Unit will identify from actions or statements that are inconsistent with CPD policy. c. representatives of the Chaplains Unit, including CPD members and non-CPD members, will receive training regarding the roles and responsibilities of the Chaplains Unit. | January 1, 2020 | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training. Determine whether the Chaplains Unit is operating in a manner consistent with the policy and training, and determine whether the CPD has mechanisms in place to regularly assess whether the Chaplains Unit is operating in accordance with the SOP | Community Sources, Data Sources | |
| 407 | CPD will continue to ensure that whenever a CPD member has experienced a duty-related traumatic incident, the member must attend counseling with a licensed mental health professional. The Director of the Professional Counseling Division or his or her designee will be responsible for documenting that a CPD member has attended the mandatory counseling and has completed the requirements of the Traumatic Incident Stress Management Program prior to the member returning to regular duty assignment. CPD will require any CPD member who has experienced a duty-related traumatic incident, unless medically unable to do so, to meet with a licensed mental health professional within seven days of the incident, and will ensure that it has an adequate staff of licensed mental health professionals who can accommodate this timing requirement. | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Training Methodology, Data Methodology | Training Sources, Data Sources | Determine whether CPD has systems in place to ensure that CPD members facing duty-related traumatic incidents attend necessary counseling | Data Sources, Community Sources | |
| 408 | In addition to providing mandatory initial consultations and additional consultations as appropriate or as requested by CPD members, CPD's licensed mental health professionals will follow up with members who have experienced a duty-related traumatic incident within six months to offer additional support services. | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Training Methodology, Data Methodology | Training Sources, Data Sources | Determine whether CPD has sufficient systems in place to ensure follow up counseling service to members who experience duty-related traumatic incident | Data Sources, Community Sources | |
| 409 | CPD has also implemented a mandatory program for members who have experienced an officer-involved firearms discharge that consists of peer group discussions and other components. CPD will ensure that this program is overseen by a licensed mental health professional assigned to the Professional Counseling Division, reflects best practices, and comports with CPD's use of force policies and training. | March 1, 2019 | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Training Methodology, Data Methodology | Training Sources, Jobs Sources | Community Methodology, Data Methodology | Community Sources, Data Sources | |
| 410 | CPD will continue to place any CPD member who has discharged a firearm, excluding training discharges, unintentional discharges, or discharges for the destruction of an animal where no person was injured, on mandatory administrative duty assignment for a minimum period of 30 days. Prior to permitting the member to return to regular field duties, CPD will require the member to (a) complete the Traumatic Incident Stress Management Program and any training determined by CPD to be appropriate; and (b) receive authorization from the First Deputy Superintendent. Authorization to return to regular field duties may be withheld pending the outcome of any administrative or criminal | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Data Sources | Data Sources | Determine whether CPD sufficiently places members who discharge a firearm on administrative duty assignment for a minimum of 30 days and requires members to complete TISMP and appropriate trainings | Community Sources, Data Sources | |
| 411 | At least annually, CPD will determine whether members who have experienced a duty-related traumatic incident have attended the mandatory counseling sessions and have completed the Traumatic Incident Stress Management Program. | February 29, 2020 (May 3, 2021) | February 28, 2021 (May 3, 2021) | February 28, 2022 (May 3, 2022) | February 28, 2023 (May 3, 2023) | February 28, 2024 (May 3, 2024) | Annually | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Training Methodology, Data Methodology | Training Sources, Data Sources | Determine whether the CPD has sufficiently implemented its policy and training to make annual determinations | Community Sources, Data Sources | |
| 412 | Where it would add to the quality or effectiveness of the training, CPD will involve mental health professionals, as feasible, practical, and appropriate, in developing and reviewing recruit and in-service training on stress management, alcohol and substance abuse, officer wellness, and the support services available to CPD members. | | | | | | Policy Methodology | Policy Sources | Training Methodology, Data Methodology | Training Sources, Data Sources, including observation of training and engagement with members on all ranks. | Determine whether CPD adequately involves mental health professionals in developing and reviewing training on mental health related topics and the support services available to members | Data Sources, Community Sources | |
| 413 | CPD will involve experts, such as psychologists and cognitive and behavioral scientists, in developing training on use of force where their expertise would enhance the effectiveness of the training. The training topics that may benefit from such expertise could include: a. peer intervention to fellow officers to stop the use of excessive force; b. the interaction of human perception and threat assessment; and c. de-escalation and defusing techniques, including psychological methods of situation control, verbal control and communication, conflict resolution, and anger management. | | | | | | Policy Methodology, Training Methodology | Policy Sources, Training Sources | Training Methodology, Data Methodology | Training Sources, Data Sources | Determine whether CPD sufficiently involves experts in development of training on use of force | Data Sources, Community Sources | |
| 414 | 414. CPD will ensure that all CPD members are provided in-service training on stress management, alcohol and substance abuse, and officer wellness at least every three years. CPD will include training on recognizing the warning signs of stress, including chronic stress, regarding stress management, alcohol and substance abuse, and officer wellness, and support services in the recruit training program. | | | | | | Training Methodology, Data Methodology | Training Sources, Data Sources | Training Methodology, Data Methodology, Determine whether CPD offers sufficient recruit training and in-services training on stress management, substance abuse, and officer wellness | Community Sources, Training Sources, Data Sources | |
| 415 | By July 1, 2020, and periodically thereafter, CPD will conduct a department-wide equipment and technology audit to determine what equipment is outdated, broken, or otherwise in need of repair or replacement. During such audit, CPD will solicit feedback from representatives of the collective bargaining units representing CPD members. | July 1, 2020 (September 1, 2020) | Ongoing | | | | Policy Methodology, Data Methodology | Data Methodology, Community Methodology | Data Sources, Community Sources | Determine whether CPD conducts sufficient and timely technology audits to determine state of equipment | | |
| 416 | Within 90 days of the completion of the initial audit, CPD will develop a plan, including a timeline for implementation, to prioritize and address the needs for repair or replacement of equipment and technology as identified through the needs assessment ("Equipment and Technology Audit Response Plan"). CPD will implement the Equipment and Technology Audit Response Plan in accordance with the specified timeline for implementation. | Missing: December 1, 2020 (September 3, 2021) February 1, 2021 | | | | | Policy Methodology, Data Methodology | Data Methodology | Data Methodology | Determine whether CPD sufficiently responds to audit data by developing a plan to address equipment needs | Data Sources, Community Sources | |
| 417 | As a component of the Equipment and Technology Audit Response Plan, CPD will develop a schedule for future periodic audits. The schedule will specify the time period within which future periodic audits will occur. The time period may vary for different equipment types to account for differences in the expected useful life of different equipment types. CPD will perform the periodic audits in accordance with the schedule. | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Data Sources | Determine whether CPD has created a reasonable schedule for equipment audits as required by paragraph 417 and consistently follows the created audit schedule | Data Sources, Community Sources | |
| 418 | CPD will strive to ensure its members are provided with appropriate safety equipment to perform their jobs safely and effectively. CPD will ensure its members have access to exercise equipment at CPD facilities in geographically dispersed areas throughout the City. | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | Data Methodology; determine whether the city has Data Sources conducted a survey to ensure that equipment is dispersed throughout the city to satisfy the demand present in different locations | Data Methodology; determine whether CPD has developed an ongoing plan for inventory to ensure well maintained sufficient exercise equipment is available to meet demand throughout the city | Data Sources, Community Sources | |
| 419 | 419. Holding public servants accountable when they violate law or policy is essential to ensuring legitimacy and community confidence. | | Not Monitorable | | | | | | | | | | |
| 420 | 420. A robust and well-functioning accountability system in which CPD members are held to the highest standards of integrity is critical to CPD's legitimacy and is a priority of CPD. A culture of accountability also promotes employee safety and morale, and improves the effectiveness of CPD operations. Organizational justice also plays an important role in ensuring that CPD members have confidence in the legitimacy of the system that holds them accountable. | | Not Monitorable | | | | | | | | | | |
| 421 | 421. In order to foster public trust and receive critically important community feedback, and promote confidence in CPD, the City and CPD will ensure the process for submitting and pursuing complaints that allege violations of CPD policy or the law by CPD members is open and accessible for all individuals who wish to file complaints. | | Not Monitorable | | | | | | | | | | |
| 422 | 422. Meaningful community involvement is imperative to CPD accountability and transparency. Nothing in this Agreement should be construed as limiting or impeding community participation in CPD's accountability system, including the creation and participation of a community safety oversight board. CPD and the City acknowledge the significant work many of Chicago's community organizations have undertaken and are continuing to undertake, including work alongside CPD, in the area of police reform and accountability, and OAG and the City know this critical work will continue. | | Not Monitorable | | | | | | | | | | |
| 423 | 423. The City, CPD, and COPA will ensure that all complaints of misconduct, whether from internal or external sources, are thoroughly, fairly, timely, and efficiently investigated in accordance with this Agreement; that all investigative findings are supported by the appropriate standard of proof and documented in writing; and that all CPD members who commit misconduct are held accountable pursuant to a disciplinary system that is fair, timely and consistent, and provides due process. | | Not Monitorable | | | | | | | | | | |

| # | | Date | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Data Methodology; Community Methodology; | Community Sources; Data Sources | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training such that community members are able to track the status of investigations into their complaint | Community Sources; Data Sources | |
| 425 | IMR1 | May 30, 2019 | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 426 | IMR1 | May 30, 2019 | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 427 | IMR3 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 428 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| 429 | IMR1 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 430 | IMR2 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether COPA has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| 431 | IMR2 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources, including information regarding modification to the CPD's process for receiving and investigating complaints of officer misconduct | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 432 | IMR3 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 433 | IMR3 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented its policy and training | Community Sources; Data Sources | |
| 434 | IMR1 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 435 | IMR3 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| 436 | | May 30, 2019 | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented its policy and training | Community Sources; Data Sources, including officer complaints | |
| 437 | IMR3 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology; Data Sources including BIA coercion, or adverse action against any person who reports misconduct or cooperates with an administrative investigation | Training Sources, including that the approved training has been provided | Determine whether the City, the CPD, and COPA have sufficiently implemented its policy and training | Community Sources; Data Sources | |
| 438 | IMR3 | June 30, 2020 (September 1, 2020) | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policy, training, and a CMS system that fulfills the requirements of this paragraph | Community Sources; Data Sources | |
| 439 | IMR3 | June 30, 2020 (September 1, 2020) | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policy, training, and a CMS system that fulfills the requirements of this paragraph | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 440 | 440. The City, CPD, and COPA will ensure that all non-confidential complaints are processed by COPA as follows: a. all non-confidential complaints of alleged misconduct received by CPD, including BIA and CPD supervisors, are documented and submitted to COPA within 24 hours of receipt; b. all complaints of alleged misconduct submitted to the anonymous reporting website and all non-confidential complaints of alleged misconduct received by the OIG will be submitted to COPA by the end of the next business day after the complaint was received; c. upon receipt of a complaint, COPA will promptly assign the complaint a unique tracking number, make an initial determination of the classification(s) of the alleged misconduct, and will either retain the complaint for investigation or transfer the complaint to BIA for investigation; d. COPA, pursuant to its ordinance and this Agreement, will have the jurisdiction to conduct administrative investigations of all allegations of misconduct that involve: i. excessive force; ii. domestic violence; iii. improper search or seizure of individuals or property; iv. coercion; v. verbal abuse as defined under Municipal Code of Chicago, § 2-78-100, including any unwelcome sexual advances or requests for sexual favors; or vi. unlawful denial of access to counsel. e. COPA, pursuant to its ordinance and this Agreement, will receive immediate administrative notification of and have jurisdiction to conduct administrative investigations of all incidents, including those in which no allegation of misconduct has been made, involving: i. firearm discharges by CPD officers that could potentially strike an individual ("officer-involved shooting"); ii. Taser or stun gun discharges by CPD officers that result in death or serious bodily injury; iii. any person who dies or sustains serious bodily injury while in CPD custody, or as a result of CPD actions; iv. "officer-involved deaths," as that term is defined in 50 ILCS 727/1-5; and v. other weapons discharges and other uses of CPD-issued equipment as a weapon that results in death or serious bodily injury, at the COPA Chief Administrator's discretion; f. the City, CPD, and COPA will ensure that all allegations are | IMR4 | | | | | | | Policy Methodology; Data Methodology to show that the City, CPD, and COP have policies that ensure all non-confidential complaints are processed by COPA according to the requirements of ¶440 | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training. Full compliance requires that all stakeholder entities - including CPD, BIA, OIG, and COPA have sufficiently implemented their policies and training. | Community Sources; Data Sources | OIG (each reporting period): (1) spreadsheets of all COPA notifications made by OIG and 2) memorandum detailing summary statistics each reporting period. |
| A & T | 441 | The City will undertake best efforts to ensure that COPA has jurisdiction to conduct administrative investigations of allegations of sexual misconduct, as defined by this Agreement. | IMR1 | | | | | | | Policy Methodology for a draft ordinance | Policy Sources; Data Sources | Data Methodology | Data Sources, including relevant City representatives | Determine whether the City has ensured that COPA has the requisite jurisdiction or that the City has exhausted its best efforts to achieve that result. | Data Sources, including relevant City representatives | |
| A & T | 442 | The City will ensure COPA has appropriately trained and experienced staff to conduct sexual misconduct investigations. | IMR1 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and COPA have sufficiently implemented their policies and training such that sexual misconduct investigations are conducted by trained and experienced staff | Community Sources; Data Sources including sample data regarding investigations into sexual misconduct who conducted those investigations, and evidence that the investigations were completed in compliance with policy | |
| A & T | 443 | Consistent with COPA's jurisdiction, after conferring about the details of a particular criminal sexual misconduct investigation involving a CPD member, COPA and BIA may jointly agree that BIA may conduct the administrative investigation into allegations of sexual misconduct when they jointly determine that doing so avoids unnecessary disruption to the complainant. | IMR1 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 444 | Within ten days of the final disciplinary decision of each complaint of sexual misconduct against a CPD member alleging conduct against a non-CPD member, the City will provide the Deputy PSIG with the complete administrative investigative file, subject to applicable law. The Deputy PSIG will review and analyze each administrative investigative file and, **on an annual basis,** the Deputy PSIG will publish a report: a. assessing the quality of the sexual misconduct administrative investigations reviewed; b. recommending changes in policies and practices to better prevent, detect, or investigate sexual misconduct; and c. providing aggregate data on the administrative investigations reviewed, including: i. the volume and nature of allegations investigated, broken down by investigating agency; ii. the percentage of investigations referred to the Cook County State's Attorney's Office ("CCSAO") for criminal review; iii. the percentage of investigations criminally prosecuted; iv. the percentage of investigations closed after the preliminary investigation; v. the percentage of investigations closed for lack of a signed complainant affidavit; and vi. the investigative findings and recommendations, including a summary breakdown of discipline recommended for investigations with sustained findings. | IMR1 | Annually | Annually | Annually | Annually | Annually | Annually | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and the Deputy PSIG have sufficiently implemented their policies and training; determine whether the City has a process in place to ensure that PSIG is provided with the complete administrative investigative file for each complaint of sexual misconduct against a CPD member alleging conduct against a non-CPD member; determine whether the Deputy PSIG's annual reports satisfy each sub-paragraph | Community Sources; Data Sources; including but not limited to OIG's annual report on BIA's and COPA's sexual misconduct investigations | PSIG (annually): the annual report on sexual misconduct investigations by BIA and COPA |
| A & T | 445 | The City will use best efforts to initiate and undertake a process with the CCSAO, United States Attorney's Office, Cook County Public Defender's Office, and the Federal Defender's Office to share information on **at least a quarterly basis** regarding any affirmative judicial findings made during the course of criminal proceedings that a CPD member was untruthful, including any findings made at suppression hearings. Upon receipt of information from the CCSAO, United States Attorney's Office, Cook County Public Defender's Office, and the Federal Defender's Office that may suggest misconduct COPA will initiate the intake process. | IMR2 | Quarterly | Quarterly | Quarterly | Quarterly | **Quarterly** | **Quarterly** | Policy Methodology; Data Methodology to show that the requirements of ¶445 are understood and mandated by the City and not just COPA | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 446 | In the course of investigating a complaint, the City, CPD, and COPA will ensure: a. within five business days of receipt of a non-confidential complaint COPA or BIA will send non-anonymous complainants or their representatives a written notice of receipt. The notice will include the unique tracking number assigned to the complaint. The notice will advise the complainant or his or her representative whether BIA or COPA will be investigating the complaint, and how the complainant or his or her representative may inquire about the status of the investigation. The notice will not contain any language discouraging participation in the investigation. b. within 60 days of the final disciplinary decision the complainant will be provided a copy of the Administrative Summary Report. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 447 | The City and CPD will require that all COPA and BIA personnel and Accountability Sergeants communicate with complainants and involved CPD members in a professional and respectful manner. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 448 | If COPA, BIA, or the district does not arrive at the investigative findings and recommendations within 180 days, COPA, BIA or an Accountability Sergeant will, thereafter, periodically, but not less than once every 60 days, attempt contact with the complainant or his or her representative to provide status updates until the investigative findings and recommendations are issued. Such contacts will be documented in the administrative investigative file. **By 2020**, this requirement will be satisfied by providing complainants and their representatives the ability to track the status of non-confidential unique tracking numbers from the intake process through final disposition online. | IMR1 | | ~~January 1, 2020~~ ~~December 31, 2020~~ **March 6, 2021** | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 449 | The City and CPD will notify the complainant in writing if an officer elects to file a labor grievance relating to any discipline imposed as a result of the complainant's complaint. Upon reaching the final disposition, the City and CPD will advise the complainant in writing of the final disposition. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 450 | CPD will develop and implement policies to ensure that a CPD member who is alleged to be involved in misconduct (the "involved member") receives notice that he or she is under administrative investigation. The policies will provide, at a minimum: a. CPD members under investigation will not receive such notice of confidential investigations, but will receive notice prior to being formally interviewed by COPA, BIA, or an Accountability Sergeant; b. such notice will comport with due process and the law, and will describe the nature of the complaint made against the involved member, and the involved member's rights, but will not contain any information that is part of a confidential investigation; and c. once a CPD member has been notified or otherwise becomes aware that he or she is the subject of an administrative investigation, the CPD member will not review the following documents and evidence related to an incident under administrative investigation, until notified by BIA that he or she is permitted to do so, or as may be required to testify as a witness in criminal or civil proceedings: i. any investigative files; ii. any reports (except for reports about the incident authored by the CPD member); or iii. any other evidence, from any source, including body and dashboard camera footage (except as permitted for purposes of completing incident reports or other documentation). | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 451 | A CPD member who reviews audio or video evidence for purposes of completing an incident report will document in writing that he or she reviewed the evidence in each relevant incident report. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 452 | 452. Consistent with the applicable collective bargaining agreements, CPD will require members to cooperate with administrative investigations, including appearing for an administrative interview when requested by COPA, BIA, or an Accountability Sergeant and will provide all requested documents and evidence under the CPD member's custody and control. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 453 | If a criminal investigation of a CPD member's conduct has commenced, COPA, BIA, or the Accountability Sergeant will continue the administrative investigation, absent specific circumstances that would jeopardize the criminal investigation. In such circumstances, the determination to postpone the administrative investigation, along with the rationale for doing so, will be documented by COPA, BIA or the district in writing. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 454 | COPA, BIA, and the districts will conduct objective, comprehensive, and timely investigations of complaints. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 455 | All investigative findings will be based on the appropriate standard of proof. This standard will be clearly delineated in COPA and BIA policies, training, and procedures. | IMR1 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 456 | The City will ensure that the disciplinary histories of current and former CPD members are reviewed prior to employment with COPA, or assignment within BIA or as an Accountability Sergeant. | IMR1 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 457 | **Within 90 days of the Effective Date**, CPD will create a written policy regarding the circumstances under which BIA will retain and investigate complaints itself and under which BIA will transfer complaints to a CPD district for investigation. The policy will include as factors in that decision: consideration of the involved CPD member's complaint and disciplinary history and the seriousness of the alleged misconduct. It will be designed to ensure that all investigations are completed in a timely and thorough manner and in compliance with this Agreement. | IMR1 | May 30, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 458 | 458. Nothing in this Agreement is intended to overrule paragraph 1 of the Arbitrator's Award in City of Chicago v. Policemen's Benevolent & Protective Assoc. of Illinois, Unit 156A – Sergeants and Unit 156B – Lieutenants, Gr. Nos. SGTS 14-023 and LTS 14-004 (Aug. 21, 2015) (Roumell, Jr., Arb.), that OIG may investigate any alleged misconduct on the part of CPD members. | Not Monitorable | | | | | | | | | | | | | |
| A & T | 459 | 459. Within 30 days of receiving an allegation: a. COPA and BIA will assess the allegation to determine whether the complainant has alleged potential misconduct; and b. if potential misconduct is alleged, COPA, BIA, or the district will initiate a preliminary investigation into the complaint. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 460 | Preliminary investigations will take all reasonable steps to discover any and all objective verifiable evidence relevant to the complaint or administrative notification through the identification, retention, review, and analysis of all available evidence, including, but not limited to: all time-sensitive evidence, audio and video evidence, physical evidence, arrest reports, photographic evidence, GPS records, computer data, and witness interviews. All reasonable steps will be taken to preserve relevant evidence identified during the preliminary investigation. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 461 | Allegations of misconduct based on verbal abuse will be preliminarily investigated to determine whether it is appropriate to continue the investigation. Anonymously submitted misconduct allegations will be preliminarily investigated to determine whether it is appropriate to continue the investigation, in accordance with the applicable collective bargaining agreements in effect at the time of the allegation is made. | IMR1 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 462 | A signed complainant affidavit will not be required to conduct a preliminary investigation. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 463 | The City, CPD, and COPA will ensure that, within 30 days of receiving a complaint, COPA, BIA, and Accountability Sergeants initiate and make reasonable attempts to secure a signed complainant affidavit, including in-person visits, phone calls, and other methods. Such attempts will reasonably accommodate the complainant's disability status, language proficiency, and incarceration status. a. If COPA, BIA, or the Accountability Sergeant is unable to obtain a signed complainant affidavit despite having made reasonable attempts to do so, COPA or BIA (for investigations conducted by both BIA and Accountability Sergeants) will assess whether the evidence collected in the preliminary investigation is sufficient to continue the investigation. b. If the preliminary investigation reveals objective verifiable evidence suggesting it is necessary and appropriate for the investigation to continue, BIA (for investigations conducted by BIA and Accountability Sergeants) will seek written approval for an override affidavit executed by the Chief Administrator of COPA, and COPA (for investigations conducted by COPA) will seek written approval for an override affidavit executed by the Chief of BIA. c. The Chief Administrator of COPA or the Chief of BIA will provide an override affidavit if there is objective verifiable evidence suggesting it is necessary and appropriate, and in the interests of justice, for the investigation to continue. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 464 | In the course of conducting thorough and complete misconduct investigations, COPA, BIA, and the districts will: a. take all reasonable steps to promptly identify, collect, and consider all relevant circumstantial, direct, and physical evidence, including officer-recorded audio or video taken with body-worn cameras or other recording devices; b. take all reasonable steps to locate and interview all witnesses as soon as feasible, including non-CPD member witnesses, and attempt to interview any complainant or witness in-person at a time and place that is convenient and accessible for the complainant or witness, when feasible; c. determine whether there are any other open administrative investigations involving the same involved member, and monitor or combine the investigation(s), as appropriate; d. audio record non-CPD member interviews subject to the interviewee's consent, or promptly prepare summaries of interviews when the interview is not recorded; e. take all reasonable steps to identify the involved and witness CPD member(s) if the complainant was unable do so; f. determine if there may have been additional misconduct beyond that initially alleged. COPA, BIA, or the district will take all reasonable steps to ensure that such identified misconduct is fully and fairly documented, classified, and investigated; g. as applicable, consider a CPD member's behavior based on the available training records and disciplinary history, including complaints in which allegations were not sustained, as permitted by law and any applicable collective bargaining agreement; and h. identify and take into account known relevant evidence gathered in parallel criminal investigation or criminal or civil litigation, if available. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 465 | When conducting an administrative interview of any CPD member, COPA, BIA, and the districts will: a. ask the identity of other persons with whom he or she has communicated regarding the incident in question, and the date, time, place, and content of such communication, subject to any evidentiary privilege recognized under Illinois or federal law; b. ask whether he or she has reviewed any audio or video footage of the incident in question, and, if so, the date, time, and place the video or audio was reviewed; c. ask whether he or she is aware of any media or social media coverage of the incident in question, and, if so, the content and source of such known media coverage; d. note on the record of the interview anytime the CPD member seeks or obtains information from his or her legal or union representative, as well as the length of any "off the record" discussion between the CPD member and his or her legal or union representative and ensure that the CPD member's counsel or representative does nothing to disrupt or interfere with the interview; e. document, and make part of the investigative file, all requests made on behalf of a CPD member to reschedule an interview; and f. audio record all CPD member in-person interviews. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 466 | When assessing credibility, COPA, BIA, and the districts will: a. make credibility determinations of statements made by complainants, involved CPD members, and witnesses based on independent, unbiased, and credible evidence, taking into account any known record or final determination of deception or untruthfulness in legal proceedings, administrative investigations, or other investigations; and b. critically evaluate all statements, like any other evidence, giving no automatic preference to, or discounting, any statement solely due to its source, including statements made by CPD members. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 467 | For each allegation associated with a misconduct investigation, COPA, BIA, or the districts will explicitly identify and recommend one of the following findings: a. "Sustained," where it is determined the allegation is supported by a preponderance of the evidence; b. "Not Sustained," where it is determined there is insufficient evidence to prove the allegations by a preponderance of the evidence; c. "Unfounded," where it is determined, by clear and convincing evidence, that an allegation is false or not factual; or d. "Exonerated," where it is determined, by clear and convincing evidence, that the conduct described in the allegation occurred but is lawful and proper. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 468 | COPA, BIA, and the districts will ensure that investigators do not: a. ask leading questions that suggest legal justifications for the CPD member's conduct during interviews of witnesses, complainants, or the involved CPD member; b. make statements that could discourage a CPD member or non-CPD member witness from providing a full account of the specific allegations; c. close an administrative investigation solely because of findings in a related criminal proceedings; d. consider findings in a related criminal investigation to solely determine whether a CPD member engaged in misconduct; e. disregard a witness's statement solely because the witness has some connection to either the complainant or the CPD member or because the witness or complainant has a criminal history; or f. close an investigation solely because the complainant seeks to withdraw the complaint or is unavailable, unwilling, or unable to cooperate with an administrative investigation. If the complainant is unable or unwilling to provide information beyond the initial complaint, the administrative investigation will continue based on the available evidence in accordance with this Agreement, applicable law, and any applicable collective bargaining agreements. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 469 | The City, COPA, and CPD recognize the negative impact of actual bias or the appearance of bias on the legitimacy of administrative investigations. For that reason, conflicts of interest in administrative investigations will be identified and prohibited. The City, COPA, and CPD will ensure the following: a. COPA, BIA, and district personnel will not be assigned to conduct any investigation that could create a conflict of interest; b. an investigation may not be conducted by any supervisor or CPD member who allegedly authorized, engaged in conduct that led to, witnessed, or otherwise allegedly participated in the incident giving rise to the complaint, or who has a conflict of interest as defined by CPD policy or this Agreement. No such person may participate in making any disciplinary recommendations with respect to the investigation; c. no CPD member who has an external business relationship or close personal relationship with an involved CPD member or witness in an administrative investigation will conduct or review the administrative investigation. No such person may participate in making any disciplinary recommendations with respect to the misconduct investigation including in the determination of any applicable grievance or appeal arising from any discipline; and d. no CPD member will participate in making any disciplinary decisions or recommendations with respect to any person to whom he or she directly reports to in his or her chain of command. In cases where CPD is unable to meet this requirement, the investigation must be transferred to OIG. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 470 | The City will ensure that COPA arrives at the investigative findings and recommendations within 180 days of the initiation of the investigation. Any request for an extension of time must be approved in writing by the Chief Administrator of COPA, or his or her designee, who must provide a short explanation of the reason(s) for granting or denying the extension. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 471 | The City and CPD will ensure that BIA arrives at the investigative findings and recommendations within 180 days of the initiation of the investigation. Any request for an extension of time must be approved in writing by the Chief of BIA or his or her designee | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 472 | The City and CPD will ensure that the districts arrive at the investigative findings and recommendations within 90 days of the initiation of an investigation. Any request for an extension of time must be approved in writing by the appropriate District Commander. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 473 | The City will ensure that if COPA does not arrive at the investigative findings and recommendations within 180 days, the Chief Administrator of COPA, or his or her designee, will notify, within five days after the end of the 180-day period, the Mayor or his or her designee, the Superintendent, the Chairman of the City Council Committee on Public Safety, the complainant or his or her representative, and the involved CPD member, or his or her counsel (unless such notification would compromise the integrity of the investigation). Such notification will include the reasons the administrative investigation has not concluded within 180 days. COPA will update such notice every 180 days until the administrative investigation is completed. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 474 | 474. CPD will ensure that if BIA does not arrive at the investigative findings and recommendations within 180 days, or an Accountability Sergeant does not arrive at the investigative findings and recommendations within 90 days, BIA will notify, within five days of the end of the designated timeframe, the complainant or complainant representative, and the involved CPD member, or his or her counsel (unless such notification would compromise the integrity of the investigation). Such notification will include the reasons for the inability to complete the administrative investigation within the designated timeframe. BIA or the Accountability Sergeant will update such notice every 90 days until the administrative investigation is completed. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 475 | The City and CPD will undertake best efforts to ensure that the identities of complainants are not revealed to the involved CPD member prior to the CPD member's interrogation | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 476 | The City, CPD, and COPA will require that COPA and BIA supervisors regularly communicate with the investigators under their supervision, including Accountability Sergeants, to evaluate the progress of administrative investigations | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 477 | The City and CPD will undertake best efforts to ensure that all complaints, including anonymous complaints, can be the subject of a misconduct investigation | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 478 | **Within 120 days of the Effective Date**, CPD and COPA will each review and revise its policies regarding preliminary investigations, including preliminary investigations of anonymous complaints, and the process for seeking an override affidavit in the absence of a signed complainant affidavit | IMR1 | June 29, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 479 | **Within 120 days of the Effective Date**, CPD and COPA will each adopt or review and, to the extent necessary, revise its policy establishing investigative timelines, benchmarks, and goals by which the progress of investigations will be measured | IMR1 | June 29, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 480 | **Within 120 days of the Effective Date**, the City, CPD, and COPA will each develop a policy establishing procedures for COPA, BIA, and Accountability Sergeant's review and consideration of evidence from civil and criminal litigation | IMR1 | June 29, 2019 | | | | | | Policy Methodology for development; Data Methodology | Policy Sources; Data Sources | Policy Methodology for implementation; Data Methodology; Training Methodology | Policy Sources; Data Sources; Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 481 | 481. The City, CPD, and COPA will ensure that if CPD, COPA, or the OIG requests the Superintendent's authorization to open an investigation concerning incidents that allegedly occurred more than five years before the date that COPA, CPD, or the OIG became aware of the allegations, the Superintendent will respond within 30 days. | IMR1 | | | | | | | Policy Methodology; Data Methodology, including, for COPA, a policy that explains the process for requesting the Superintendent authorize opening an investigation for incidents alleged to have occurred more than five years ago. | Policy Sources; Data Sources | Training Methodology | Training Sources, including CPD, COPA, and OIG training on drafting request to Superintendent and monitoring for timely response and feedback from CPD, COPA, and OIG regarding Superintendent's responses to requests to open an investigation older than 5 years | Determine whether the City, the CPD, COPA, and the OIG have sufficiently implemented their policies and training such that CPD< COPA, and the OIG receive responses from Superintendent within 30 days | Community Sources; Data Sources including but not limited to all five-year letters the OIG submits to the Superintendent , and the Superintendent's response. | PSIG (each reporting period): any five-year letters the OIG submitted to the superintendent, along with any responses from the Superintendent |
| A & T | 482 | 482. The City and CPD will ensure that BIA regularly conducts proactive investigations and integrity tests. | IMR5 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology, including proof that appropriate BIA staff should be trained to conduct investigations and integrity tests in line with policy; the City and CPD should implement a system to monitor and ensure BIA is completing investigations and tests as required | Training Sources; Data Sources | Community Methodology; Data Methodology, including examples of the integrity tests and investigations and data to show the results of the tests and investigations | Community Sources; Data Sources | |
| A & T | 483 | 483. The City and CPD will ensure there are regularly conducted satisfaction surveys relating to the complaint intake and investigation processes. The City and CPD will evaluate trends and training opportunities identified as a result of information received from such quality control surveys. | IMR5 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Determine whether individuals responsible for conducting surveys are aware of expectations set by policy and are provided means to conduct surveys and identify additional training needs | Data Sources | Community Methodology; Data Methodology, Determine whether satisfaction surveys are regularly conducted to identify trends in complaint intake feedback, and whether additional training needs are identified to continually improve the complaint intake and investigation processes | Community Sources; Data Sources | |
| A & T | 484 | 484. If at any time during the intake or investigation of a complaint, COPA, BIA, or Accountability Sergeants find evidence indicating criminal conduct by any CPD member, the Chief Administrator of COPA or Chief of BIA will refer the investigation to the appropriate prosecuting agency. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 485 | 485. The City will continue to provide the Chief Administrator of COPA the discretion to direct COPA to review and investigate the facts of individual civil lawsuits and criminal proceedings involving alleged misconduct in order to identify and investigate incidents of misconduct. | IMR6 | | | | | | | Policy Methodology, including proof of ordinance that provides discretion to direct COPA reviews and investigations to the Chief Administrator of COPA; | Policy Sources; | Data Methodology; Policy Methodology, demonstrate intention to maintain the Chief Administrator of COPA's discretion despite other changes that might be made to the ordinance in which this authority is granted | Data Sources | Data Methodology; Community methodology; through candid discussion, determine whether the City has adequately continued to provide COPA's Chief Administrator with discretion to investigate allegations of misconduct in practice in accordance with policy | Data Sources; Community Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 486 | The City, CPD, and COPA will ensure that CPD and COPA maintain thorough and complete administrative investigative files. Such administrative investigative files will include: a. documentation of all evidence that was gathered, including names, phone numbers, and addresses of witnesses to the alleged misconduct. In situations in which there are no known witnesses, the file will specifically state this fact. In situations in which witnesses were present but circumstances prevented the investigator from collecting information from those witnesses, the investigative file will state the reasons why. The investigative file also will include all available identifying information for anyone who refuses to provide a statement; b. documentation of each interview conducted and the recording of those interviews, if available; c. the names of all CPD members who have been identified as witnesses to the alleged misconduct; d. COPA's, BIA's, or the district's narrative description and evaluation of the alleged misconduct, based on its review of the evidence gathered, including a determination of whether the CPD member's actions appear to be within CPD policy, procedure, regulations, orders, or other standards of conduct required of CPD members; e. in cases where material inconsistencies exist between complainant, CPD member, and witness statements, explicit identification of the inconsistencies, including a description of the evidence reviewed and written credibility findings; f. if a CPD member deployed a weapon, documentation of whether the CPD member's certification and training for the weapon were current; g. all CPD member original statements, as well as any amendments or clarifications to the original statement, and any subsequent statements; and h. an explicit identification of each allegation and the recommended finding for each allegation of misconduct in an investigation. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 487 | Investigators will consider all original statements, and any subsequent statements, including amended or modified statements, for purposes of determining whether a CPD member willfully made a false statement about a fact material to the incident under investigation. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 488 | In addition to the general investigative requirements established in this Agreement, with respect to the investigation of officer-involved shootings and deaths, the City and CPD will ensure that: a. COPA investigators be provided the opportunity to participate in the preliminary assessment during the immediate aftermath of an officer-involved shooting or death to the same extent as any CPD member or any other law enforcement agency investigating the incident; b. the Chief Administrator of COPA, or his or her designee, is present for the first viewing by CPD of available video or audio material related to the incident and when any audio or video material is collected and preserved at or near the scene from CPD or third-party surveillance systems. i. the requirements of subparagraph (b), above, will not apply if: (1) the Chief Administrator of COPA, or his or her designee, has been informed of the incident and is not available; and (2) COPA is not on scene and there is a public safety need to review or listen to certain available audio or video prior to the COPA arrival on scene. c. there is written documentation identifying each CPD member who viewed video evidence or listened to audio evidence at the scene; d. **within 30 days of the Effective Date**, CPD issues a policy providing that: i. involved and witness CPD members do not discuss the facts relating to the incident with any witness until interviewed by COPA, except to the extent necessary to ensure public safety, as instructed by counsel in relation to civil or criminal proceedings, or participating in CPD officer wellness programs; ii. COPA may extend the prohibition on discussion to the extent necessary to preserve the integrity of the investigation; and iii. in no event may this prohibition extend beyond the final disciplinary decision, if any. e. involved and witness CPD members will be separated, transported separately from the scene, and monitored to avoid contact or communications relating to the incident until released by the responding supervisor at or above the rank of Commander; f. administrative interviews of involved and witness CPD members will be audio recorded | IMR1 | March 31, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 489 | 489. The City recognizes that officer-involved shootings are traumatic incidents. The City and CPD are committed to treating all impacted with dignity and respect | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 490 | 490. The City and CPD are committed to ensuring their actions do not unreasonably impede access to information for families of the injured and deceased | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 491 | 491. In addition to the investigative requirements set forth in this Agreement, with respect to officer-involved shootings and officer-involved deaths, the City and CPD will ensure that CPD members act in a manner that is consistent with CPD's commitment to the principle of the sanctity of life, and will treat the deceased with respect, including the prompt screening from public view or covering of the deceased and, following timely evidence collection procedures, removal of the deceased | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 492 | 492. Criminal investigations into the actions of any CPD member relating to any "officer-involved death" will comply with the Police and Community Relations Improvement Act, 50 ILCS 727/1-1 et seq. ("PCRIA"). The City will use best efforts to ensure that a "law enforcement agency," as that term is defined under PCRIA, will conduct such investigations. The "law enforcement agency" conducting criminal investigations into the actions of any CPD member relating to any "officer-involved death" will have substantial experience and expertise in criminal homicide investigations. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 493 | OAG acknowledges that, in many districts, CPD has designated Accountability Sergeants whose responsibilities include receiving, processing, and investigating complaints made against CPD members, which are referred to the districts by BIA. **Within 120 days of the Effective Date**, CPD will develop a policy outlining the responsibilities of Accountability Sergeants, their respective Commanders, and the BIA Lieutenants responsible for supervising the Accountability Sergeant's investigations ("BIA Lieutenants"). The policy will provide, among other things, a process by which: a. within 72 hours of receiving a complaint from BIA for investigation, an immediate supervisor will be provided a summary of the complaint allegations concerning the involved CPD member; b. within seven days of the final disciplinary decision, the Commander and an immediate supervisor will be provided with the investigative findings, recommended discipline or corrective action, if any; and c. an immediate supervisor of the involved CPD member and the Accountability Sergeant will meet with the involved CPD member regarding the investigative findings, recommended discipline or corrective action, if any, unless the CPD member declines to meet. | IMR1 | June 29, 2019 | | | | | | Policy Methodology; Jobs Methodology; Data Methodology | Policy Sources; Jobs Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources, including records from multiple sources reflecting timelines | |
| A & T | 494 | CPD will require that: a. investigations completed by Accountability Sergeants are held to the same investigative standards as those completed by BIA; b. **beginning in 2020**, and **by January 31, 2022**, each District Commander designates at least two Accountability Sergeants who will report to the District Commander, and whose primary responsibility is receiving, processing, and investigating complaints against CPD members; c. before a Sergeant is designated an Accountability Sergeant, his or her name will be provided by his or her District Commander to BIA for BIA's review; d. each Accountability Sergeant is provided with the name of and contact information for the BIA Lieutenant responsible for reviewing the Accountability Sergeant's work; e. BIA Lieutenants provide regular case-related and overall performance feedback to each of the Accountability Sergeants and his or her respective District Commander; f. BIA Lieutenants review and approve all of the Accountability Sergeant's proposed investigative findings and disciplinary recommendations; g. all Accountability Sergeants and BIA Lieutenants have access to the PRS or any system replacing the PRS; h. all Accountability Sergeants have access to BIA policies, directives, protocols, and training materials; and i. all Accountability Sergeants receive the initial and in-service training provided to BIA investigators as provided for in this Agreement. | IMR3 | January 1, 2020 | ~~January 31, 2022~~ (**April 4, 2022**) | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 495 | Supervisory reviews of investigations will be conducted as follows: a. Accountability Sergeants will forward the administrative investigative file through his or her chain of command to the BIA Lieutenant: i. the Accountability Sergeant's chain of command will ensure that the proposed investigative findings and recommendations are complete, meet the requirements of law, CPD policy, and this Agreement, and that findings are supported by the appropriate standard of proof; ii. BIA Lieutenants will review the proposed investigative findings and recommendations for accuracy and completeness, and will order additional investigation when it appears that there is additional relevant evidence that may assist in resolving inconsistencies or improving the reliability or credibility of the findings; and iii. whenever a higher ranking officer orders additional investigation, it will be documented in writing. b. all investigations conducted by COPA or BIA, once complete, will be forwarded through the investigator's chain of supervision/command to the Chief Administrator of COPA or the Chief of BIA, respectively: i. COPA and BIA will each ensure that their respective administrative investigative files are complete, meet the requirements of law, COPA and CPD policy, and this Agreement; and that findings are supported by the appropriate standard of proof; ii. the Chief Administrator or the Chief of BIA, or his or her designee, will order additional investigation when it appears that there is additional relevant evidence that may assist in resolving inconsistencies or improving the reliability or credibility of the findings; and iii. whenever COPA or BIA orders additional investigation, the request and resulting investigation will be documented in writing. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 496 | 496. The City and CPD will ensure that interfering with an administrative investigation, including being untruthful in an investigation into misconduct or colluding with other individuals to undermine such an investigation, or intentionally withholding requested evidence or information from an investigator, will result in disciplinary action and/or criminal prosecution based on the seriousness of the conduct. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 497 | 497. COPA and CPD will review and revise, as necessary, the policies governing COPA and CPD to ensure the processes for prevention of CPD member collusion and witness contamination comply with the terms of this Agreement. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 498 | The City and CPD will ensure that any command channel review conducted is complete within 30 days. **Within 30 days of the Effective Date**, CPD may draft a policy that provides, for the most serious administrative investigations, the circumstances under which up to 45 days will be provided for command channel review. The draft policy will be provided to the Monitor for review and approval. | IMR1 | March 31, 2019 | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether the City and the CPD have sufficiently implemented their policies and training | Community Sources; Data Sources, including records from multiple sources reflecting timelines | |
| A & T | 499 | When COPA, BIA, or the investigating district has arrived at the investigative findings and recommendations, it will promptly finalize a summary report ("Administrative Summary Report"). The Administrative Summary Report will include: a. a description of the CPD members and individuals involved in the alleged misconduct; b. the date, time, and location of the alleged misconduct; c. a description of the allegations and applicable policies; d. a narrative summary of the alleged misconduct; e. a narrative summary of the investigation; and f. the investigating body's findings and conclusions for each allegation of misconduct, including any discipline recommended. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 500 | For all misconduct investigations, BIA or COPA will publish the Administrative Summary Report within 60 days of the final disciplinary decision. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 501 | Within 60 days of the final disposition, the City will publish: the charges filed and the discipline recommended; the written decision(s), if any, related to the final disposition; and the discipline imposed. When available, the City will publish the date on which the discipline is scheduled to be imposed. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 502 | 502. Information contained in the Administrative Summary Report that is legally exempt from disclosure for privacy or other purposes will be redacted prior to electronic publication. | IMR5 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether CPD and COPA have implemented measures to investigate allegations of misconduct involving multiple policy violations and obtain data to demonstrate that exoneration of the most serious allegations does not prevent other appropriate corrective measures from being undertaken. | Community Sources; Data Sources | |
| A & T | 503 | 503. When an allegation of misconduct contains multiple separate potential policy violations, all applicable violations will be identified and investigated. Exoneration for the most serious allegations of misconduct will not preclude the recommendation of discipline, training, or other corrective measures for less serious misconduct stemming from the same set of allegations. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Community Methodology; Data Methodology; Determine whether CPD and COPA have implemented measures to investigate allegations of misconduct involving multiple policy violations and obtain data to demonstrate that exoneration of the most serious allegations does not prevent other appropriate corrective measures from being undertaken. | Community Sources; Data Sources | |
| A & T | 504 | As soon as feasible, but **by no later than January 2020**, upon arriving at the final disciplinary decision, CPD and COPA will ensure that the Administrative Summary Report is provided to the involved CPD member and the Department. CPD will ensure that the Administrative Summary Report is provided to the involved CPD member's District or Unit Commander and immediate supervisor. | IMR2 | January 31, 2020 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 505 | 505. The CMS will have the following capacities: a. maintain accurate and reliable data regarding the number, nature, and status of all complaints and administrative notifications, from the intake process to final disposition; b. identify the status of administrative investigations; c. identify caseloads for investigators; and d. maintain all documents and investigative materials—including audio and video—in a digital format, accessible via the CMS. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy, training, and a CMS system that fulfills the requirements of this paragraph | Community Sources; Data Sources | |
| A & T | 506 | 506. COPA, BIA, and the Accountability Sergeants will have access to the CMS as necessary to undertake their respective duties. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies, training, and a CMS system that fulfills the requirements of this paragraph | Community Sources; Data Sources | |
| A & T | 507 | 507. Administrative investigative files will be electronically preserved within the CMS. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies, training, and a CMS system that fulfills the requirements of this paragraph | Community Sources; Data Sources | |
| A & T | 508 | 508. The City and CPD will undertake best efforts to ensure that all administrative investigation files, disciplinary history card entries, COPA and BIA disciplinary records, and any other disciplinary record or summary of such record, are retained electronically, and indefinitely, for purposes of historical trend analysis, non-disciplinary EIS, and public transparency. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 509 | 509. For each complaint, the CMS will separately track, and have capacity to conduct searches and generate reports sufficient to identify and analyze trends relating to, at a minimum, the following: a. allegations of discriminatory policing based on an individual's membership or perceived membership in an identifiable group, based upon, but not limited to: race, physical or mental disability, gender, gender identity, sexual orientation, religion, and age; b. allegations of unlawful stop, search, citation, or arrest practices; c. allegations of excessive force; d. allegations of misconduct arising during an interaction with individuals in crisis; e. allegations of retaliation against non-CPD members; f. allegations of conduct alleged to have occurred in retaliation for engaging in First Amendment protected activities, such as lawful demonstrations, protected speech, observing or filming police activity, or criticizing an officer or the officer's conduct; g. allegations of officer-involved gender-based violence, domestic violence, or sexual misconduct; h. allegations of CPD member substance and/or alcohol abuse; and i. the self-reported demographic information of complainants, including race, physical or mental disability, gender, gender identity, sexual orientation, religion, and age. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies, training, and a CMS system that fulfills the requirements of this paragraph | Community Sources; Data Sources | |
| A & T | 510 | 510. Mediation can be a valuable tool for expediting the resolution of complaints, building trust between community members and police, and fostering mutual respect. | Not Monitorable | | | | | | | | | | | | | |
| A & T | 511 | 511. In order to develop a new mediation policy governing the resolution of disciplinary actions by the agreement of the CPD member and non-CPD member complainant, the City will solicit public input, through community engagement efforts, regarding the methods by which mediation will most effectively build trust between community members and police and foster mutual respect. | IMR3 | | | | | | | Policy Methodology; Community Methodology | Policy Sources; Community Sources | Training Methodology; Community Methodology | Training Sources; Community Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented a mediation policy, training, and process that builds trust between community members and police and fosters mutual respect | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 512 | The City will ensure that **within 365 days of the Effective Date**, COPA and BIA have developed parallel policies regarding the mediation of misconduct complaints by non-CPD members. The policies will govern mediation of misconduct complaints involving non-CPD member complainants. The policies will specify, at a minimum, (a) the criteria for determining incidents eligible for resolution through mediation; (b) the goals of mediation, including efficiency, transparency, procedural justice, restorative justice, and strengthening public trust; (c) the steps in the mediation process; and (d) methods of communication with complainants regarding the mediation process and the opportunity to participate. Items (a) through (d) above will be consistent between the CPD and COPA mediation policies. | IMR2 | February 29, 2020 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 513 | 513. COPA and CPD will ensure that the recommended level of discipline for findings is consistently applied in a fair, thorough, and timely fashion, based on the nature of the misconduct. COPA and CPD will also ensure that mitigating and aggravating factors are identified, consistently applied, and documented. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 514 | The City, COPA, and CPD will use best efforts to ensure that the level of discipline recommended for sustained findings is applied consistently across CPD districts and without regard for the race of the complainant or the race of the involved CPD member. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 515 | 515. All disciplinary decisions and discipline imposed will be documented in writing, maintained in the administrative investigative file and the CPD member's disciplinary history, and reported within the CMS consistent with CPD policy and this Agreement. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 516 | 516. Each sustained finding contained within a CPD member's disciplinary history will be considered for the purposes of recommending discipline for a subsequent sustained finding for a period of up to five years after the date of the incident or the date on which the violation is discovered, whichever is later. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 517 | 517. The City, CPD, and COPA will ensure that findings of "Sustained – Violation Noted, No Disciplinary Action": a. may not be used in any investigation in which the conduct resulted in injury to any person; and b. will only be used for investigations that warrant a sustained finding, but were a result of unintentional violations of policy or law. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 518 | 518. CPD will provide the required notice regarding disciplinary matters to the Illinois Law Enforcement Training and Standards Board, including when an officer resigns while a misconduct investigation or disciplinary charges are pending. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 519 | 519. The failure to complete an administrative investigation within the timeframes set forth in this Agreement will not invalidate, impair, or otherwise negatively impact CPD's ability to issue discipline for sustained findings. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 520 | 520. OAG acknowledges that the City has spent considerable time and resources to create and staff COPA and the Deputy PSIG. | Not Monitorable | | | | | | | | | | | | | |
| A & T | 521 | 521. The City, CPD, and COPA will continue to build on these critical efforts by ensuring that BIA, COPA, the Police Board, and the Deputy PSIG have sufficient funding and an adequate number of qualified staff to fulfill their respective missions as required by law, each entity's policies, and this Agreement. | IMR6 | | | | | | | Policy Methodology; Data Methodology; determine whether the City, CPD, and COPA have collected assessments and/or created means to assess funding and staffing needs of BIA, COPA, Police Board and the Deputy PSIG. | Data Sources | Data methodology including documents to demonstration that the City, CPD, and COPA are providing necessary funding to and making efforts to ensure adequate staffing of BIA, COPA, the Police Board, and the Deputy PSIG | Data Sources | Jobs Methodology; Community Methodology; Data Methodology; Determine whether the City, CPD, and COPA have a system in place to re-evaluate funding and staffing needs of BIA, COPA, Police Board, and the Deputy PSIG, and respond to changes in needs of those entities | Jobs Sources; Community Sources; Data Sources | |
| A & T | 522 | **Within 365 days of the Effective Date**, COPA, the Deputy PSIG, and BIA will create separate staffing and equipment-needs plans. Such plans will include analyses setting forth the basis for the plans' staffing requirements and equipment needs assessments. CPD will implement the staffing and equipment-needs plans in accordance with the specified timeline for implementation. | IMR2 | February 29, 2020 | | | | | | Determine whether COPA, the Deputy PSIG, and BIA have created separate staffing and equipment-needs plans | Data Sources, including the plans and underlying records | Review COPA's, the Deputy PSIG's, and BIA's separate staffing and equipment-needs plans for completeness and sufficiency | Data Sources, including the plans and underlying records | Determine whether CPD has implemented the staffing and equipment-needs plans as required; determine whether COPA, the Deputy PSIG, and BIA communicated those needs plans | Community Sources; Data Sources | |
| A & T | 523 | On an **annual basis**, COPA, the Deputy PSIG, and BIA will review and revise, if needed, each entity's respective staffing and equipment-needs plans. | IMR3 | December 31, 2019 | December 31, 2020 **March 5, 2021** | December 31, 2021 **March 5, 2022** | December 31, 2022 **March 5, 2023** | December 31, 2023 **March 4, 2024** | **Annually** | Determine whether COPA, the Deputy PSIG, and BIA have completed separate staffing and equipment-needs assessments | Data Sources, including the plans and underlying records | Review COPA's, the Deputy PSIG's, and BIA's separate staffing and equipment-needs plans for completeness and sufficiency such that the plans address needs identified by the assessments | Data Sources, including the plans and underlying records | Determine whether the staffing and equipment-needs plans are implemented as required, and determine whether COPA, PSIG, and BIA have each developed processes for assessing staffing and equipment needs, updating staffing and equipment needs plans on an annual basis, and annually communicate those needs plans | Community Sources; Data Sources; Annually revised plans or memorandum detailing of annual review of staffing and equipment-needs plan by COPA, Deputy PSIG, and BIA.; | PSIG (annually): a memorandum detailing the process by which PSIG reviewed and revised its staffing and equipment needs plan |
| A & T | 524 | 524. BIA's staffing and equipment-needs plans will include the investigation staffing and equipment needs of the districts. | IMR3 | | | | | | | Determine whether COPA, the Deputy PSIG, and BIA have created separate staffing and equipment-needs plans | Data Sources, including the plans and underlying records | Review COPA's, the Deputy PSIG's, and BIA's separate staffing and equipment-needs plans for completeness and sufficiency | Data Sources, including the plans and underlying records | Determine whether the staffing and equipment-needs plans are implemented as required | Community Sources; Data Sources | |
| A & T | 525 | **Within 60 days of the Effective Date**, the City will propose a permanent method of selecting the Chief Administrator of COPA. In creating the permanent selection method for COPA's Chief Administrator, the City will consider the views and recommendations of community stakeholders. | IMR1 | April 30, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources; Community Sources | Determine whether the set method for selecting chief administrator of COPA is easily knowable to those involved in the selection process | Training Sources; including documentation detailing the screening and hiring process that was used to fill the COPA Chief vacancy | Determine whether the City has sufficiently implemented its policy and training | Community Sources; Data Sources including indication that the outlined method for selecting the COPA Chief Administrator is followed, when necessary. | |
| A & T | 526 | Within 180 days of being assigned to BIA or being hired by COPA, all new BIA personnel and COPA employees will receive initial on-boarding training that is adequate in quality, quantity, scope, and type. **Within 120 days of the Effective Date**, COPA and BIA will verify that all existing personnel received training that is consistent with this Agreement. | IMR1 | June 29, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources; Community Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 527 | **Within 180 days of the Effective Date**, COPA and BIA will begin providing all investigation staff members with at least eight hours of annual, comprehensive, in-service training. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources; Community Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and COPA have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 528 | The **initial** and **annual** in-service training for COPA and BIA investigators will include instruction in: a. how to properly handle complaint intake, and the consequences for failing to take complaints; b. best practices in procedural justice, including techniques for communicating with complainants and members of the public; c. the collection of objective verifiable evidence; d. the process for seeking an override affidavit in the absence of a signed complainant affidavit; e. for COPA investigators, techniques for conducting impartial investigations of domestic violence and sexual misconduct; f. for BIA investigators, techniques for conducting impartial investigations of sexual misconduct; g. investigative skills, including proper interrogation and interview techniques, gathering and objectively analyzing evidence, and data and case management; h. the challenges of law enforcement administrative investigations, including identifying alleged misconduct that is not clearly stated in the complaint or that becomes apparent during the investigation; i. properly weighing the credibility of witnesses against CPD members; j. using objective evidence to identify and resolve inconsistent statements; k. implicit bias; l. the proper application of the relevant standards of proof; m. relevant COPA and CPD rules, policies, and protocols including the requirements of this Agreement; n. relevant state and federal law; o. relevant CPD Rules of Conduct, including Rules 14, 21, and 22; p. the CMS; q. the applicable collective bargaining agreements; and r. how to access and use the PRS or information available on the PRS. | IMR1 | August 28, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources; Community Sources | Determine whether COPA and BIA have the requisite initial and annual in-service training curriculum | Training Sources; Community Sources; Data Sources | Whether COPA and BIA provide the requisite training, as required | Training Sources; Community Sources; Data Sources | |
| A & T | 529 | **Within 180 days of the Effective Date**, CPD will begin providing training to all CPD members on the terms of this Agreement and COPA's and CPD's revised or new policies related to administrative investigations and discipline. To the extent appropriate and necessary based upon a CPD member's duties, and contact with members of the public and/or individuals in custody, this training will include instruction on: a. identifying and reporting misconduct, the consequences for failing to report misconduct, and the consequences for retaliating against a person for reporting misconduct or participating in an investigation; b. use of the City's anonymous reporting website; c. for CPD supervisors: i. the proper initiation of the intake process, including providing COPA's contact information and the consequences for failing to initiate the intake process; and ii. techniques for turning the initiation of a complaint into a positive police community member interaction. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Data Methodology to show that the CPD is committed to training members as required | Policy Sources; Data Sources; Community Sources | Determine whether the CPD's has the requisite training curriculum | Training Sources; Community Sources; Data Sources | Whether the CPD provides the requisite training, as required | Training Sources; Community Sources; Data Sources | |
| A & T | 530 | **Within 90 days of the Effective Date**, COPA and BIA will create separate initial and in-service training plans. | IMR1 | May 30, 2019 | | | | | | Determine whether COPA and the CPD have allocated sufficient resources to create separate initial and in-service training plans | Data Sources | Determine whether COPA's and CPD's training plans are sufficient | Training Sources; Community Sources; Data Sources | Determine whether the COPA and the CPD are implementing the initial and in-service training plans | Training Sources; Community Sources; Data Sources | |
| A & T | 531 | 531. In order to function effectively, CPD's accountability system must protect the due process rights of involved CPD members. In order to build public trust and credibility, CPD must provide opportunities for meaningful community engagement that extends beyond the complaint process. The Police Board strives to play the important dual roles of protecting CPD members' due process rights and providing a platform for regular community feedback. The City will ensure that the Police Board has adequate resources, training, and institutional support to fulfill its important duties. | IMR6 | | | | | | | Policy Methodology including Police Board's needs assessment and written guidance ensure it identifies and lists its needs to the City, and written guidance or plans from the CPD regarding the provision of opportunities for meaningful community engagement beyond the complaint process. | Policy Sources; Data Sources | Data Methodology; determine whether the City has a plan to provide Police Board Adequate, resources to fulfill duties, as identified by Police Board (This will require the City plan to provide sufficient funding as required by ¶521). Determine whether the CPD has sufficiently informed members about how the CPD will create opportunities for meaningful community engagement being the complaint process. | Data Sources including plans or budgets demonstrating an intent to sufficiently support Police Board; and any training or informational material provided to CPD members regarding community engagement. | Determine whether the Police Board has developed a system to continually assess and identify needs so the City can ensure that adequate resources are provided and that the City adequately supports Police Board (See ¶521.); determine whether the CPD is consistently creating opportunities for community engagement outside of the complaint process. | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 532 | **Within 180 days of the Effective Date**, the City will draft selection criteria for Police Board members with the objective of identifying individuals who possess sufficient experience, judgment, and impartiality to perform the duties of members of the Police Board. Selection criteria may include prior work in law or law enforcement, and service with Chicago based community and non-profit organizations. The draft selection criteria will be published on the Police Board's website for a period of 30 days for public review and comment. Following the 30-day public review and comment period, the City will provide the draft criteria to OAG for review and comment. The final selection criteria will be published and maintained on the Police Board's website. The City will ensure that the selection criteria are the basis for future selection of Police Board members. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 533 | **Within 180 days of the Effective Date**, the Police Board will submit selection criteria for Police Board hearing officers to the Monitor and OAG for review and comment. The criteria will be drafted to help identify individuals who possess sufficient competence, impartiality, and legal expertise to serve as hearing officers. The selection criteria will be published on the Police Board's website. The City and the Police Board will ensure that the selection criteria are the basis for future selection of Police Board hearing officers. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | Police Board (each reporting period): a letter indicating whether any hearing officer vacancies arose during the past six months, and if so, evidence demonstrating the Police Board followed its Officer Selection Criteria |
| A & T | 534 | 534. In any disciplinary action requiring the vote of the Police Board, the City will ensure: a. a hearing officer will preside over the disciplinary proceedings; and b. disciplinary hearings will be videotaped in their entirety. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | Police Board (each reporting period): a letter detailing the number of cases requiring a vote of the Police Board in the last six months, and confirming whether a hearing officer presided over each proceeding and whether the hearings were videotaped. The Police Board will submit a sample of these recordings and will make available other records upon request. |
| A & T | 535 | Prior to any vote by the Police Board following any disciplinary hearing, the City will ensure: a. all Police Board members are required to watch and certify that they have watched the videotape of the entire evidentiary hearing; b. all Police Board members are provided copies of the complete record, including demonstrative exhibits; c. hearing officers will prepare a written report that sets forth evidence presented at the hearing: (i) in support of the charges filed; (ii) in defense or mitigation; and (iii) in rebuttal, including evidence and aggravation, if any; the hearing officer's report will also include information relating to witness credibility; d. the Police Board may, at its discretion, ask a hearing officer to additionally prepare a written report and recommendation that sets forth findings of fact and conclusions of law, including any findings relating to witness credibility; e. the parties before the Police Board will have 14 days to review the hearing officer's report, and recommendation, and file any written objections; and f. all Police Board members will review de novo the hearing officer's report and any recommendation, and the parties' written objections to the same. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | Police Board (each reporting period): a letter detailing the number of disciplinary hearings held in the last six months and indicating whether the sub-requirements of (a)-(f) were met in each hearing. Police Board will identify any hearing in which any of the sub-paragraphs were not complied with and provide an explanation for any instance of non-compliance. The Police Board will provide a sample of materials demonstrating compliance and will make other relevant records available for review upon request. |
| A & T | 536 | As part of the Police Board proceedings, the parties to the Police Board case (the Superintendent and the involved CPD member) will be given access to the CPD member's complete disciplinary file and will have the opportunity to move for entry into the record of proceedings any relevant aspect of the CPD member's disciplinary file, as permitted by law and any applicable collective bargaining agreements. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether the City, the CPD, and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | Police Board (each reporting period): a letter detailing the number of proceedings held in the last six months and indicating whether, for each of the proceedings held, the parties to the Police Board case were given access to the CPD member's complete disciplinary file and had the opportunity to move to enter any relevant aspect of the CPD member's disciplinary file into the record of the proceeding. The Police Board will provide a sample of records that demonstrate compliance with the paragraph and will make available other materials upon request. |
| A & T | 537 | All regular meetings convened by the Police Board that are open to the public will be attended by the CPD Superintendent or his or her designee; the Chief Administrator of COPA or his or her designee; the Deputy PSIG or his or her designee; and the Chief of BIA or his or her designee. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources; Specifically CPD, COPA, BIA, and Deputy PSIG policy document indicating who is to attend from each entity) | Training Methodology | Training Sources, including notices of policy updates reflecting policies requiring attendance | Determine whether the City, the CPD, COPA, the Deputy PSIG, and the Police Board have sufficiently implemented their policies and training to ensure that each Police Board meeting open to the public will always be attended as specified in the Consent Decree paragraph | Community Sources; Data Sources; Attendance records for Police Board Meetings | Police Board (each reporting period): will submit a letter detailing the number of regular meetings held in the past 6 months and whether the CPD Superintendent, the COPA Chief Administrator, and the Deputy PSIG (or their designees) attended each of the meetings. The Police Board will also submit for review the attendance sheet for each meeting |
| A & T | 538 | **Within 90 days of the Effective Date**, the City will create a policy for collecting, documenting, classifying, tracking, and responding to community input received during the Police Board's regular community meetings. The policy will outline the methods for: (a) directing community input to the appropriate responding entity, agency, or office; and (b) documenting and making public, all responses to community input. | IMR1 | May 30, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | Police Board (each reporting period): materials to demonstrate that Police Board has, over the past six months, followed relevant policies to collect, document, classify, track, and respond to community input, including community input reports and transcripts and video recordings of Police Board public meetings at which community input is received. |
| A & T | 539 | The Police Board will make best efforts to streamline discovery efforts in all pending proceedings. | IMR4 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training, using "best efforts" as defined by Paragraph 729 | Community Sources; Data Sources | Police Board (each reporting period): Police Board will submit a letter summarizing the efficiency and effectiveness of discovery efforts in pending proceedings from the past 6 months. If the Police Board has identified areas of improvement or made any changes to better streamline discovery efforts, these areas of improvement or changes should be described in the letter. |
| A & T | 540 | **Within 180 days of the Effective Date**, Police Board members and hearing officers will receive initial and annual training that is adequate in quality, quantity, scope, and type and will cover, at minimum, the following topics: a. constitutional and other relevant law on police-community encounters, including law on the use of force and stops, searches, and arrests; b. police tactics; c. investigations of police conduct; d. impartial policing; e. policing individuals in crisis; f. CPD policies, procedures, and disciplinary rules; g. procedural justice; and h. community outreach. | IMR2 | August 28, 2019 | August 28, 2020 (**October 30, 2020**) | August 28, 2021 (**October 30, 2021**) | August 28, 2022 (**October 30, 2022**) | August 28, 2023 (**October 30, 2023**) | **Annually** | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 541 | 541. The trainings will be provided by sources both inside and outside of CPD, as needed, to provide high quality training on investigative techniques, and CPD policies, procedures, and disciplinary rules. | IMR3 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 542 | 542. Within 90 days of the Effective Date, the City will create a training policy for Police Board members and hearing officers. | IMR1 | May 30, 2019 | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the City and the Police Board have sufficiently implemented their policies and training | Community Sources; Data Sources | |
| A & T | 543 | 543. With regard to the promulgation or adoption of CPD rules and regulations, the Police Board's authority will be limited to issuing policy recommendations in the manner set forth in this Agreement. | IMR5 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Determine whether the Police Board operates within the limitations of its authority to provide recommendations on CPD rules and regulations as Police Board sees fit. | Community Sources; Data Sources | |
| A & T | 544 | 544. The City, CPD, and COPA recognize the importance of transparency to improving CPD-community relations, and the City, CPD, and COPA have taken important steps to increase transparency about their operations, including how they conduct investigations into CPD member misconduct. The City, CPD, and COPA will continue to take steps to increase transparency, including the implementation of the requirements set forth below. | IMR6 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Data Methodology, including Quarterly and Annual Report Productions that comply with the policy intended to promote transparency; and engagement with the community as it relates to policies and directives | Data Sources | Community Methodology; Data Methodology; Determine whether the City, CPD, and COPA have continued to prioritize and takes steps toward increasing transparency, including but not limited to continuing efforts to timely produce reports, providing information to the community, and identifying on their own means to increase transparency. | Community Sources; Data Sources | |
| A & T | 545 | To the extent permissible by law, within 60 days of its implementation, each CPD policy and directive, including those created pursuant to this Agreement, will be posted online and otherwise made publicly available. Any exception will be limited to documents that must remain confidential to protect public safety, and as approved by the Superintendent. | IMR3 | | | | | | | Policy Methodology ; Data Methodology | Policy Sources; Data Sources to show all requirements of the paragraph are incorporated into a single CPD policy | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| A & T | 546 | **Within 180 days following the expiration of each calendar year of the term of this Agreement,** the City will produce and publish an annual report describing CPD activity during the previous calendar year ("CPD Annual Report"). The purpose of the CPD Annual Report will be to inform the public of the City's law enforcement achievements and challenges, as well as new programs and steps taken to address challenges and build on successes. The CPD Annual Report will further provide information regarding the City's implementation and status of this Agreement. The CPD Annual Report will not include any specific information or data by law that may not be disclosed. Subject to applicable law, the CPD Annual Report will provide data and program updates analyzing: | IMR3 | June 28, 2020 (**August 30, 2020**) | June 28, 2021 (**August 30, 2021**) | June 28, 2022 (**August 30, 2022**) | June 28, 2023 (**August 30, 2023**) | June 28, 2024 (**August 30, 2024**) | **Annually** | Determine whether City has developed the annual report within 180 days following the expiration of each calendar year; IMT review of report for sufficiency, accuracy, and completeness for requirements of this paragraph; Policy Methodology | Policy Sources; Data Sources | Determine whether the City has allocated sufficient resources to submit an annual report, which meets the requirements of the paragraph | Data Sources, including City representatives; Community Sources | Determine whether the City's annual report sufficiently captures annual achievements, challenges, new programs, and steps taken to address challenges and build on successes; IMT review of annual report for sufficiency, accuracy, and completeness for requirements of this paragraph for prior to publication | Community Sources; Data Sources | |
| A & T | 547 | CPD will regularly analyze the information it collects regarding reportable uses of force to identify significant trends. CPD will include information about any such trends in the CPD Annual Report. | IMR3 | June 28, 2020 (**August 30, 2020**) | June 28, 2021 (**August 30, 2021**) | June 28, 2022 (**August 30, 2022**) | June 28, 2023 (**August 30, 2023**) | June 28, 2024 (**August 30, 2024**) | **Annually** | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Jobs Methodology | Jobs Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A & T | 548 | **Within 180 days following the expiration of each calendar year of the term of this Agreement,** the City will produce and publish an annual report describing certain legal activity involving CPD during the previous calendar year ("CPD Annual Litigation Report"). The CPD Annual Litigation Report will not include any specific information or data that may not be disclosed pursuant to applicable law. Subject to applicable law, the CPD Annual Litigation Report will address: a. a list of civil lawsuits in which the plaintiff(s) seek(s) to hold the City responsible for the conduct of one or more current or former CPD members and information that either (i) the lawsuit was concluded by final order and all opportunities for appellate review were exhausted, or (ii) any judgment was satisfied during the prior calendar year. This list will include civil lawsuits handled by the City's Department of Law's ("DOL's") Federal Civil Rights Division, as well as lawsuits handled by DOL's Torts Division if the complaint seeks relief associated with a vehicle pursuit, only. b. for each case identified in (a) above, the following information will be provided in spreadsheet or open-data format: i. case name; ii. case number; iii. the date the trial court entered the final order; iv. a list of the parties at the time the final order was entered; v. the nature of the order (e.g., dismissal with prejudice, summary judgment for plaintiff(s)/defendant(s), judgment of not liable, judgment of liable); vi. the amount of the compensatory and punitive damages awarded (if applicable); and vii. the amount of attorney's fees and costs awarded (if applicable). c. a list of civil lawsuits in which the plaintiff(s) seek(s) to hold the City responsible for the conduct of one or more current or former CPD members and a settlement was reached (including approval by City Council, if applicable) during the prior calendar year. This list will include civil lawsuits handled by DOL's Federal Civil Rights Division, as well as such lawsuits handled by DOL's Torts Division if the complaint seeks relief associated with a vehicle pursuit, only. d. for each case identified in (c) above, the following information | IMR3 | June 28, 2020 (**August 30, 2020**) | June 28, 2021 (**August 30, 2021**) | June 28, 2022 (**August 30, 2022**) | June 28, 2023 (**August 30, 2023**) | June 28, 2024 (**August 30, 2024**) | **Annually** | Determine whether City has developed the annual report within 180 days following the expiration of each calendar year; IMT review of report for sufficiency, accuracy, and completeness for requirements of this paragraph; **Policy Methodology** | **Policy Sources; Data Sources** | Determine whether the City has allocated sufficient resources to submit an annual report, which meets the requirements of the paragraph | **Data Sources**, including City representatives; **Community Sources** | Determine whether the City's annual report sufficiently captures legal activity involving CPD during the previous calendar year; IMT review of annual report for sufficiency, accuracy, and completeness for requirements of this paragraph for prior to publication | **Community Sources; Data Sources** | |
| A & T | 549 | As part of the CPD Annual Litigation Report, the City will analyze the data and trends collected, and include a risk analysis and resulting recommendations. | IMR3 | June 28, 2020 (**August 30, 2020**) | June 28, 2021 (**August 30, 2021**) | June 28, 2022 (**August 30, 2022**) | June 28, 2023 (**August 30, 2023**) | June 28, 2024 (**August 30, 2024**) | **Annually** | Determine whether City has developed an annual report within 180 days following the expiration of each calendar year that includes data and trends collected and a risk analysis and resulting recommendations; IMT review of report for sufficiency, accuracy, and completeness for requirements of this paragraph; **Data Methodology** | **Data Sources** | Determine whether the City has allocated sufficient resources to analyze the data and trends collected, and include a risk analysis and resulting recommendations to meet the requirements of the paragraph | **Data Sources**, including City representatives; **Community Sources** | Determine whether the City's annual report sufficiently captures data and trends including risk analysis and resulting recommendations of legal activity involving CPD during the previous calendar year; IMT review of annual report for sufficiency, accuracy, and completeness for requirements of this paragraph for prior to publication | **Community Sources; Data Sources** | |
| A & T | 550 | **By April 2020,** CPD and COPA will electronically publish **quarterly and annual reports** that will include, at a minimum, the following: a. aggregate data on the classification of allegations, self-reported complainant demographic information, and complaints received from anonymous or third party complainants; b. aggregate data on complaints received from the public, specified by district or unit of assignment and subcategorized by classification of allegations; c. aggregate data on the processing of investigations, including: i. The average time from the receipt of the complaint by COPA, BIA, or the district to the next or initial contact with the complainant or his or her representative; ii. the average time from the investigative findings and recommendations to the final disciplinary decision; iii. the average time from the investigative findings and recommendations to a final disposition; and iv. the number of investigations closed based on the absence of a complainant affidavit, including the number of attempts (if any) to obtain an override affidavit in the absence of a signed complainant affidavit; d. aggregate data on the outcomes of administrative investigations, including the number of sustained, not sustained, exonerated, and unfounded allegations; the number of sustained allegations resulting in a non-disciplinary outcome; and the number resulting in disciplinary charges; e. aggregate data on discipline, including the number of investigations resulting in written reprimand, suspension, demotion, and termination; f. aggregate data on grievance proceedings arising from misconduct investigations, including: the number of cases grieved; the number of cases that proceeded before the Police Board; the number of cases that proceeded to arbitration; and the number of cases that were settled prior to a full evidentiary hearing, whether before the Police Board or in arbitration; g. aggregate data on outcomes of misconduct investigations by classification of allegations, broken down by self-reported race, gender, and age of the complainant and the CPD member; h. aggregate data on (i) the number of CPD | IMR3 | March 31, 2020 (**June 2, 2020**) | **Quarterly & Annually** | **Quarterly & Annually** | **Quarterly & Annually** | **Quarterly & Annually** | **Quarterly & Annually** | Determine whether CPD and COPA have developed quarterly and annual reports; IMT review of report for sufficiency, accuracy, and completeness for requirements of this paragraph; **Policy Methodology** | **Policy Sources; Data Sources** | Determine whether the CPD and COPA have allocated sufficient resources to submit quarterly and annual reports, which meets the requirements of the paragraph | **Data Sources**, including City, CPD, and COPA representatives; **Community Sources** | Determine whether CPD's and COPA's quarterly and annual reports sufficiently capture the requirements of this paragraph; IMT review of quarterly and annual reports for sufficiency, accuracy, and completeness for requirements of this paragraph for prior to publication | **Community Sources; Data Sources** | |
| A & T | 551 | BIA's quarterly and annual reports will include data reflecting investigations conducted by the districts. | IMR3 | Quarterly & Annually | **Quarterly & Annually** | **Quarterly & Annually** | **Quarterly & Annually** | **Quarterly & Annually** | **Quarterly & Annually** | Determine whether CPD's quarterly and annual reports include data reflecting investigations conducted by the districts; **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | Determine whether the CPD has allocated sufficient resources to include data reflecting investigations conducted by the districts on a quarterly and annual basis | **Data Sources**, including BIA representatives; **Community Sources** | Determine whether the CPD's quarterly and annual reports sufficiently capture data reflecting investigations conducted by the districts | **Community Sources; Data Sources** | |
| A & T | 552 | For non-disciplinary purposes, including historical trend analysis, CPD will track, for each CPD member, for every misconduct investigation: the nature of allegations, the outcome of the investigation, and the disposition of discipline | IMR2 | | | | | | | **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | **Training Methodology** | **Training Sources** | Determine whether the CPD has sufficiently implemented its policy and training | **Community Sources; Data Sources** | |
| A & T | 553 | **Beginning in 2020,** CPD will audit, on at least an annual basis, the investigation and disciplinary process involving complaints investigated by BIA and the districts to ensure that the investigations are conducted in accordance with BIA policies and this Agreement. The audits will include completed investigations and the recommendations of discipline. CPD will make public any of the audit findings, ensuring that any personally identifiable information is redacted. | IMR3 | Quarterly & Annually | **Annually** | **Annually** | **Annually** | **Annually** | **Annually** | **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | **Training Methodology** | **Training Sources** | Determine whether the CPD has sufficiently implemented its policy and training | **Community Sources; Data Sources** | |
| A & T | 554 | 554. OAG acknowledges that the City adopted a policy relating to the public release of video footage capturing weapons discharges and incidents involving death or serious bodily injury. Consistent with applicable law, the City will continue to ensure COPA publicly releases such video footage pursuant to the June 2016 Video Release Policy for the City of Chicago. The Video Release Policy will not supersede or otherwise limit the City's legal obligations pursuant to state and federal transparency laws, including the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq. | IMR4 | | | | | | | **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | **Training Methodology** | **Training Sources** | Determine whether the City and COPA have sufficiently implemented their policies and training | **Community Sources; Data Sources** | **Policy Sources; Community Sources; Data Sources** |
| A & T | 555 | **On an annual basis**, the Police Board will track and publish case-specific and aggregate data about Police Board decisions. Such publications will contain and include, at minimum, the following: a. the date on which the investigating agency (COPA, BIA, district, or OIG) received the complaint or notification for investigation; b. the date of the Police Board hearing over which the hearing officer presided; c. the disciplinary recommendations and/or decisions (where applicable) made by COPA, BIA, the Superintendent, and the Police Board; d. the average time between the filing of disciplinary charges with the Police Board and the first day of hearing; e. the average time between the filing of disciplinary charges with the Police Board and the Police Board's decision; f. the average time between the date on which the investigating agency (COPA, BIA, district, or OIG) received the complaint for investigation and the Police Board's decision; g. the date of the alleged misconduct; h. the average time between the date of the alleged misconduct giving rise to the complaint or notification and the Police Board's decision; and i. whether any Police Board decision has been appealed to any state court and, if so, the court's final judgment. | IMR3 | **December 31, 2020** | **December 31, 2021 (March 5, 2022)** | **December 31, 2022 (March 5, 2023)** | **December 31, 2023 (March 4, 2024)** | **December 31, 2024 (March 5, 2025)** | **Annually** | Determine whether the Police Board has tracked and published on an annual basis case-specific and aggregate data publications to meet the requirements of this paragraph; **Policy Methodology** | **Policy Sources; Data Sources** | Determine whether the Police Board has allocated sufficient resources to develop and publish the case-specific and aggregate data on an annual basis, which meets the requirements of the paragraph | **Data Sources**, including Police Board representatives; **Community Sources** | Determine whether the Police Board's annual publications sufficiently capture case specific and aggregate data about Police Board decisions | **Community Sources; Data Sources** | |
| A & T | 556 | The Deputy PSIG will conduct periodic analysis and evaluations, and perform audits and reviews as authorized by Municipal Code of Chicago § 2-56-230 | IMR3 | | | | | | | **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | **Training Methodology** | **Training Sources** | Determine whether the Deputy PSIG has sufficiently implemented its policy and training | **Community Sources; Data Sources** including OIG's memorandum detailing PSIG's audits and reviews provided each reporting period | PSIG (each reporting period): a memorandum detailing PSIG's performance of audits and reviews. |
| A & T | 557 | The Deputy PSIG's audits and reviews will be conducted pursuant to the Association of Inspectors General Principles and Standards for Offices of Inspector General. | IMR3 | | | | | | | **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | **Training Methodology** | **Training Sources** | Determine whether the Deputy PSIG has sufficiently implemented its policy and training; this determination shall be made independently from the AIG Standards Board determination, but shall take that tri-annual report into account | **Community Sources; Data Sources** | PSIG (each reporting period): a memorandum detailing how audits and reviews completed in the reporting period conformed to the Association of Inspectors General Principles and Standards for Offices of Inspector General. |
| A & T | 558 | **Within 60 days of the Effective Date**, the Deputy PSIG will develop policies for regularly, and **at least annually**, conducting data-driven reviews and audits to measure the effectiveness of the City and CPD's accountability practices. These reviews and audits will be designed to measure whether members of the community can readily make a complaint alleging misconduct and whether such complaints are investigated and adjudicated consistently with CPD policy, this Agreement, and the law. Reviews and audits will include: a. analysis of the number of complaints received, the disposition of complaints by complaint type, the timeliness and average length of administrative investigations, and disciplinary actions taken; b. analysis of complaint trends; c. analysis of CPD's enforcement of its Rule 14, Rule 21, and Rule 22; d. analysis of the thoroughness of administrative investigations, and of the justifications for terminating investigations before the investigative findings and recommendations; e. analysis of disciplinary grievance procedures and outcomes; and f. analysis of complainant-involved mediations. | IMR1 | **April 30, 2019** | **December 31, 2020 (March 5, 2021)** | **December 31, 2021 (March 5, 2022)** | **December 31, 2022 (March 5, 2023)** | **December 31, 2023 (March 4, 2024)** | **Annually** | **Policy Methodology; Data Methodology** | **Policy Sources; Data Sources** | **Training Methodology** | **Training Sources** | Determine whether the Deputy PSIG has completed the audits and reviews required by each subparagraph and performed these audits and reviews according to the Green Book; determine whether PSIG's policy manual reflect a requirement that it continue to do these audits and reviews at a frequency that complies with the paragraph and is consistent with their capabilities | **Community Sources; Data Sources; Policy Sources** | PSIG (each reporting period): a memorandum detailing PSIG's progress on reviews and audits contained in PSIG's policy on paragraph 558; additionally, each annual plan required by ¶563 will include PSIG's discussion of plans for and the status of work specifically responsive to ¶558. |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 559 | The Deputy PSIG will conduct reviews of individual closed COPA and CPD administrative investigative files for thoroughness, fairness, and objectivity, and will make recommendations and facilitate reforms, including the recommendation that an investigation be reopened upon a finding of a deficiency that materially affects the outcome of the investigation. | | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | | Training Methodology | Training Sources | Determine whether the Deputy PSIG has sufficiently implemented its policy and training, and whether the Deputy PSIG reviews from its own personnel, CPD, and COPA regarding the closures for sampling, reviews, and follow-up. | Community Sources, including PSIG Personnel, COPA, and CPD, Data Sources including DOJ's submitted recommendations to reopen, inform, and improve disciplinary investigations | OIG and PSIG; any recommendations to reopen and recommendations to inform and improve disciplinary investigations; a short memorandum containing summary statistics regarding PSIG's case review work. |
| 560 | The Deputy PSIG will have timely and full access to all information in the possession or control of COPA, CPD, the Police Board, and any other City departments or agencies in order to conduct any review or audit within the Deputy PSIG's jurisdiction. | | | | | | | Policy Methodology, Data Methodology; to demonstrate that COPA, CPD, Police Board, and any other City entity provide access to information to PSIG | Policy Sources, Community Sources | | | | Look for evidence that listed entities are aware of obligations to provide information to the Deputy PSIG and that each COPA, CPD, the Police Board, and Other City entities develop systems to share information and communicate with PSIG regarding information needs. | Determine whether information is adequately shared with the Deputy PSIG in accordance with policy | |
| 561 | The Deputy PSIG will hire a full time staff member responsible for diversity and inclusion issues, who will have specific authority to review CPD actions for potential bias, including racial bias, and advise the Deputy PSIG's statutory authority. The Deputy PSIG will regularly publish reports on diversity and inclusion issues, no less frequently than annually, and will contain findings and analysis. | December 31, 2020 (March 5, 2021) | December 31, 2021 (March 5, 2022) | December 31, 2022 (March 5, 2023) | December 31, 2023 (March 4, 2024) | December 31, 2024 (March 5, 2025) | Annually | Policy Methodology, Data Methodology; Jobs Methodology | Policy Sources, Data Sources; Jobs Sources | | Training Methodology; Jobs Sources | Training Sources; Jobs Sources | Determine whether the Deputy PSIG has sufficiently implemented its policy and training and memorandum re: potential bias in CPD actions. | Community Sources, Data Sources including DOJ's memorandum on potential bias in CPD actions | PSIG (each reporting period); a memorandum detailing the reviews of the CPD's actions for potential bias. |
| 562 | The Deputy PSIG will provide all staff members with comprehensive initial onboarding training and annual in-service training. The Deputy PSIG will create initial and in-service training plans and submit these plans to the Monitor and the City for review and comment. | December 31, 2020 | December 31, 2021 (March 5, 2022) | December 31, 2022 | December 31, 2023 | | Annually | Policy Methodology | Policy Sources | | Training Methodology | Training Sources | Determine whether the Deputy PSIG has sufficiently implemented its policy and training. | Community Sources, Data Sources including DOJ's summary of ongoing training efforts. | PSIG (each reporting period); a memorandum detailing PSIG's ongoing training efforts (including attendance records), along with new training presentations that have been developed |
| 563 | At least 60 days prior to publishing its annual audit plan, the Deputy PSIG will provide the Monitor with a draft of its audit plan for review and comment. | February 29, 2020 | November 2, 2020 (January 4, 2021) | November 2, 2021 (January 4, 2022) | November 2, 2022 (January 4, 2023) | November 2, 2023 (January 4, 2024) | Annually | Determine whether the Deputy PSIG provides the Monitor with a draft of its audit plan as required. | Policy Sources, including PSIG representatives | | Training Methodology | Training Sources | Determine whether the Deputy PSIG's audit plan is sufficient. | Community Sources, Data Sources | PSIG (annually); a draft of PSIG's annual audit plan for review and comment. |
| 564 | 564. The Deputy PSIG will exercise his or her discretionary and oversight responsibilities without interference from any person, group, or organization, including CPD, COPA, the Police Board, and City officials. Any person who has knowingly interferes with the Deputy PSIG's performance of his or her duties will be subject to the penalties set forth in Municipal Code of Chicago Sections 2-56-140, 145, 170. | | | | | | | Policy Methodology, Data Methodology | Policy Sources, Data Sources | | | | Determine whether the relevant entities have allocated sufficient resources to ensure that the meetings continue quarterly | Data Sources, including records sufficient to show interference with the Deputy PSIG | Determine whether CPD, COPA, Police Board, and the City have systems in place to detect any interference with the Deputy PSIG's oversight responsibilities, and to determine whether appropriate action is taken upon discovering any interference. |
| 565 | 565. At least quarterly, COPA, the Deputy PSIG, and the President of the Police Board, or his or her designee, will meet to confer and share information regarding trends and analysis of data relating to CPD. They will jointly or separately provide any resulting recommendations for changes in CPD policy or rules, in writing, to the Superintendent. Thereafter: a. the Superintendent will respond to any such recommendation within 60 days of receipt; b. the Superintendent's response will include a description of the actions that the Superintendent has taken or plans to take with respect to the issues raised in the recommendations; and c. all policy recommendations and the Superintendent's response will be published on a City website. | Quarterly | Quarterly | Quarterly | Quarterly | Quarterly | Quarterly | Determine whether the relevant representatives are meeting quarterly | Data Sources, including records sufficient to show quarterly meetings | | Data Sources, including records sufficient to show quarterly meetings | Determine whether the relevant entities have allocated sufficient resources to ensure that the meetings continue quarterly | Data Sources, including records sufficient to show quarterly meetings; whether policy recommendations follow the requisite processes | Community Sources, Data Sources including Police Board documents; Police Board (each reporting period); records relevant to the quarterly meetings held in the past six months that demonstrate that COPA, the Deputy PSIG, and the Police Board President met and exchanged information regarding CPD-related trends and data analysis; any resulting recommendations for CPD policy or rules changes made to the Superintendent should be provided to the IMT along with the Superintendent's responses, if any. |
| 566 | 566. Data can empower CPD to engage in the type of critical self-examination essential to instilling and maintaining constitutional policing. CPD can leverage data to ensure constitutional policing by systematically collecting enough data to have a broad-based understanding of officers' interactions with the public; auditing the data to ensure it accurately reflects those interactions; analyzing the data to identify trends or areas of concern; developing tailored support and interventions to address behavior that is or may become problematic; and assessing the effectiveness of attempts to modify officers' behavior. | | | | | | | | | | | | | | |
| 567 | 567. In addition to enhancing CPD's capacity for internal accountability, CPD can use data to promote accountability to the public by regularly and accurately evaluate its use of force practices and to facilitate transparency and accountability regarding those practices. | | | | | | | Policy Methodology | Policy Sources | | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| 568 | 568. CPD will collect and maintain the data and records necessary to accurately evaluate its use of force practices and to facilitate transparency and accountability regarding those practices. | | | | | | | Policy Methodology | Policy Sources | | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| 569 | 569. CPD must collect, track, and maintain all available documents related to use of force incidents, including: a. TRRs, or any other similar form of documentation CPD may implement to document supervisor reportable use of force incidents; b. TRRs, or any other similar form of documentation CPD may implement to document review or auditing of reportable use of force incidents; c. arrest reports, original case incident reports, and investigatory step reports associated with a reportable use of force incident; d. administrative investigative files, including investigative Reports – Review ("TRR-R"), or any other similar form of documentation CPD may implement for misconduct allegations or certain complaints; and f. all reasonably available documentation and materials relating to any reportable use of force, in custody injury or death, or misconduct allegation, including body-worn, in-car, or known third party camera recordings, and statements, notes, or recordings from witness and officer interviews. | March 1, 2019 | | | | | | Policy Methodology, Data Methodology; determine whether CPD's forms exist in a final format | Policy Sources, Data Sources | | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; determine whether forms may be reviewed to ensure associated records related to an incident are easily accessible | Community Sources, Data Sources | |
| 570 | 570. The City will ensure that reasonably available documents related to reportable uses of force that are or become subject to misconduct investigations are promptly provided to the appropriate investigative entity (e.g., COPA, BIA). The City will ensure that any reasonably available documents related to reportable uses of force subject to misconduct complaints or investigations, except for open confidential investigations, are accessible in the CMS the City is working to implement. Within **30 days** of the receipt of a misconduct complaint or the initiation of an administrative investigation, whichever occurs first, the City will identify any available reportable use of force documentation associated with the incident and ensure such documentation is accessible via the CMS or similar system. By **June 30, 2020**: Within **seven days** of the receipt of a misconduct complaint or the initiation of an administrative investigation, whichever occurs first, the City will identify any available reportable use of force documentation associated with the incident and ensure such documentation is accessible via the CMS within **three days** of the initiation of the investigation. | June 30, 2020 (September 1, 2020) | June 30, 2020 (September 1, 2020) | | | | | Policy Methodology | Policy Sources | | Jobs Methodology | Jobs Sources | Data Methodology | Data Sources | |
| 571 | 571. CPD must have an electronic system that accurately and reliably tracks all data derived from reportable use of force incidents, including: a. the response by CPD members during the incident, including the type(s) of force used; b. the date, time, location, and district of the incident; c. whether a foot or vehicle pursuit occurred that is associated with the incident; d. the actual or, if unavailable, perceived race, ethnicity, age, and gender of the subject; e. the name, employee number, and unit and bureau of assignment of any CPD member(s) who used force; f. CPD units identified in the incident report as being on the scene of the use of force incident; g. whether the incident occurred during an officer-initiated contact or a call for service; h. the subject's mental health or medical condition, use of drugs or alcohol, ability to understand verbal commands, or disability, as perceived by the CPD member(s) at the time force was used; i. the subject's actions that led to the CPD member's use of force; j. whether the CPD member perceived that the subject possessed a weapon and, if so, what type(s); l. whether the subject possessed a weapon and, if so, what type(s); l. whether reportable force was used against a subject that was handcuffed or otherwise in physical restraints, m. any injuries sustained by CPD members; n. any injuries sustained or alleged by the subject(s) and any medical treatment that was offered or performed on the scene of the incident; o. for each weapon discharged by an officer, including firearms, Tasers, and OC devices, the number of discharges per weapon; and p. whether the subject was charged with an offense and, if so, which offense(s). | | | | | | | Jobs Methodology; determine whether CPD has the qualified people to build the dataset. Determine whether the database exists and that all forms/information may be stored within it | Jobs Sources | | Training Methodology; determine whether all members are adequately trained on completing each of these forms | Training Sources | Data Methodology; audit the system using rules to see whether all forms and data accessible and accurate | Data Sources | |
| 572 | 572. CPD will regularly review citywide and district-level data regarding reportable uses of force to: a. assess the relative frequency and type of force used by CPD members against persons in specific demographic categories, including race or ethnicity, gender, age, or perceived or known disability status; and b. identify and address any trends that warrant changes to policy, training, tactics, equipment, or Department operations, practices, or protocols. | Ongoing | | | | | | Policy Methodology | Policy Sources | | Jobs Methodology; Training Methodology; a mechanism to ensure the regular review described in ¶572 | Jobs Sources; Training Sources | | Data Methodology, Community Methodology | Data Sources, Community Sources | |
| 573 | 573. Prior to conducting the initial assessment required by Paragraph 572, CPD will share its proposed methodology, including any proposed factors to be considered as part of the assessment, with the Monitor for review and approval. The Monitor will approve CPD's proposed methodology provided that the Monitor determines that CPD's methodology comports with published, peer-reviewed methodologies and relevant social science. | Ongoing | | | | | | Policy Methodology; CPD's proposed methodology | Policy Sources, Data Sources | | | | Data Methodology; CPD's revised methodology | Data Sources | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA | 574 | 574. A designated unit at the CPD headquarters level will routinely review and audit documentation and information collected regarding each level 2 reportable use of force incident, a representative sample of level 1 reportable use of force, and incidents involving accidental firearms discharges and animal destructions with no human injuries to ensure: a. CPD members completely and thoroughly reported the reason for the initial stop, arrest, or other enforcement action, the type and amount of force used, the subject's actions or other circumstances necessitating the level of force used, and all efforts to de-escalate the situation; b. the district-level supervisory review, investigation, and policy compliance determinations regarding the incident were thorough, complete, objective, and consistent with CPD policy; c. any tactical, equipment, or policy concerns are identified and, to the extent necessary, addressed; and d. any patterns related to use of force incidents are identified and, to the extent necessary, addressed. | IMR3 | Ongoing | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Training Methodology | Jobs Sources; Training Sources | Data Methodology; ability to replicate the work of the TRED | Data Sources; audit of methodologies, data, and findings | |
| DATA | 575 | 575. CPD recently established a Force Review Unit ("FRU") and tasked the FRU with certain responsibilities described in the preceding paragraph. CPD will ensure that the FRU or any other unit tasked with these responsibilities has sufficient resources to perform them. CPD will ensure that the FRU or any other unit tasked with these responsibilities is staffed with CPD members, whether sworn or civilian, with sufficient experience, rank, knowledge, and expertise to: effectively analyze and assess CPD's use of force practices and related reporting and review procedures; conduct trend analysis based on use of force data; identify tactical, equipment, training, or policy concerns based on analysis of use of force incidents and data; and develop recommendations regarding modifications to tactics, equipment, training, or policy as necessary to address identified practices or trends relating to the use of force. | IMR3 | | | | | | | Jobs Methodology | Jobs Sources | Training Methodology | Training Sources | Data Methodology; ability to replicate the work of the TRED | Data Sources; audit of methodologies, data, and findings | |
| DATA | 576 | 576. CPD will conduct random audits of body-worn and in-car camera recordings of incidents that involved civilian interactions to assess whether CPD officers are complying with CPD policy. CPD will take corrective action to address identified instances where CPD officers have not complied with CPD policy as permitted by law, and will identify any trends that warrant changes to policy, training, tactics, equipment, or Department practice. | IMR2 | | | | | | | Policy Methodology; Data Methodology; determine whether the CPD has developed an adequate framework (new app) that includes valid selection criteria for the videos | Policy Sources; Data Sources | Training Methodology; body-worn-camera and in-car-camera hardware works adequately and CPD members are consistently and reliably tagging videos to facilitate reviews | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training; determine whether the CPD is conducting random audits correctly and determine whether the CPD is using the results for operational review/change | Community Sources; Data Sources | |
| DATA | 577 | 577. CPD will create a Force Review Board ("FRB") to review, from a Department improvement perspective: (a) any level 3 reportable use of force incident, except for accidental firearms discharges and animal destructions with no human injuries, and (b) any reportable uses of force by a CPD command staff member. | IMR2 | April 30, 2019 | | | | | | Policy Methodology; Data Methodology; Jobs Methodology | Policy Sources; Data Sources; Jobs Sources | Training Methodology; resolution of decision-point analysis recommendation | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources, including records reflecting timeliness of review | |
| DATA | 578 | 578. For any reportable use of force incident subject to an ongoing investigation by COPA, COPA will be exclusively responsible for recommending disciplinary action relating to the incident. The purpose of FRB's review will be to: a. evaluate if actions by CPD members during the incident were tactically sound and consistent with CPD training; and b. if applicable, identify specific modifications to existing policy, training, tactics, or equipment that could minimize the risk of deadly force incidents occurring and the risk of harm to officers and the public. | IMR2 | April 30, 2019 | | | | | | Policy Methodology | Policy Sources | Training Methodology; resolution of decision-point analysis recommendation | Training Sources | Data Methodology | Data Sources | |
| DATA | 579 | 579. The FRB will be chaired by the Superintendent, or his or her designee, and will include, at a minimum, the Chief of the Bureau of Patrol, or his or her designee, and CPD members at the rank of Deputy Chief, or above, who are responsible for overseeing policy development, policy implementation, training, and misconduct investigations. CPD's General Counsel, or his or her designee, will also serve on the FRB. | IMR2 | April 30, 2019 | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Training Methodology; resolution of decision-point analysis recommendation | Jobs Sources; Training Sources | Data Methodology | Data Sources | |
| DATA | 580 | 580. The FRB will review each incident within its purview promptly, which will in no event be more than 96 hours after the incident occurs. **Within 30 days after its review of an incident**, the FRB will issue recommendations, if appropriate, to the Superintendent regarding any need for additional training or modifications to policies, tactics, equipment, or Department practices. Upon review and approval by the Superintendent, or his or her designee, the FRB will assign each approved recommendation to a specific CPD command staff member for implementation. CPD will promptly implement each approved recommendation. | IMR2 | April 30, 2019 | | | | | | Policy Methodology | Policy Sources | Training Methodology; resolution of decision-point analysis recommendation | Training Sources | Data Methodology | Data Sources | |
| DATA | 581 | 581. **Beginning within 180 days of the Effective Date**, CPD will publish on at least a monthly basis aggregated and incident-level data, excluding personal identifying information (e.g., name, address, contact information), regarding reportable use of force incidents via a publicly accessible, web-based data platform. | IMR2 | August 28, 2019 | Monthly | Monthly | Monthly | Monthly | **Monthly** | Policy Methodology; Data Methodology, including the requisite publicly accessible web-based platform | Policy Sources; Data Sources, including website | Training Methodology; Community Methodology; creating online dashboard tutorials, providing an avenue for community member feedback regarding the Dashboard, and responding appropriately to feedback | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training with the requisite user-friendly monthly postings based on verified data | Community Sources; Data Sources, including data by district, neighborhood, and ward level | |
| DATA | 582 | 582. The publicly accessible, web-based data platform will enable visitors to: a. identify where reportable uses of force occur through interactive maps depicting incident frequencies at a citywide, district, neighborhood, and ward level; b. identify the frequency, in the aggregate and by type, of reportable uses of force at the citywide, district, neighborhood, and ward level through graphs, charts, and other data visualizations; and c. review aggregate demographic information about the race, ethnicity, age, and gender of persons subjected to reportable uses of force at the citywide, district, neighborhood, and ward level through graphs, charts, and other data visualizations. | IMR2 | August 28, 2019 | | | | | | Policy Methodology; Data Methodology, including the requisite publicly accessible web-based platform | Policy Sources; Data Sources, including website | Training Methodology; Community Methodology; creating online dashboard tutorials, providing an avenue for community member feedback regarding the Dashboard, and responding appropriately to feedback | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training with the requisite user-friendly monthly postings based on verified data | Community Sources; Data Sources, including data by district, neighborhood, and ward level | |
| DATA | 583 | 583. CPD must collect and provide information to supervisors that enables them to proactively identify at-risk behavior by officers under their command, and to provide individualized interventions and support to address the at-risk behavior. CPD must provide supervisors with an automated electronic system that provides this information and equips supervisors to perform these duties. | IMR4 | | | | | | | Policy Methodology; Jobs Methodology | Policy Sources; Jobs Sources | Training Methodology; determine whether supervisors are trained on how to use these tools; this comment relates to all paragraphs related to TMS and EIS | Training Sources | Data Methodology; determine whether the CPD is ensuring that (1) supervisors are using the systems and (2) the systems are beneficial to supervisors; the IMT will discuss with supervisors these points as an audit of full compliance; this comment relates to all paragraphs related to TMS and EIS | Data Sources | |
| DATA | 584 | 584. The automated electronic system must be: a. data-driven and developed with statistical methods and analytic techniques; b. customizable to CPD's particular needs; c. adaptive as new information becomes available; d. capable of being audited and evaluated to improve accuracy; and e. able to generate sufficient data that enables assessment of the effects, if any, of support provided and interventions undertaken. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; memorialize a process for ensuring the elements of ¶584 are being followed, such as a training framework for conducting audits and evaluating the system for accuracy | Jobs Sources | Data Methodology | Data Sources | |
| DATA | 585 | 585. The automated electronic system must perform these primary functions: a. using statistical methods to identify officers who are at elevated risk of engaging in conduct leading to at-risk behavior; b. identifying and facilitating support and interventions that prevent or reduce the occurrence of the identified at-risk behavior; c. providing supervisors with a dashboard of relevant information about members under their direct command to facilitate appropriate supervisory intervention and support; and d. performing peer group analysis with comparative data to account for differences in Jobs assignments, and to identify group- and unit-level patterns of activity. | IMR4 | | | | | | | Policy Methodology; determine whether the system, via the system code, is capable of performing the required tasks; evaluate CPD's currently doing a pilot; review the results of the pilot; determine the utility of the system; this comment applies to all paragraphs related to EIS | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| DATA | 586 | 586. A primary goal of the automated electronic system will be to facilitate early identification of officers at elevated risk of being involved in certain types of events so that the officers can receive tailored interventions intended to reduce such risk. The types of events sought to be avoided could include, depending upon the feasibility of identifying these events using statistical methods and analytic techniques, examples such as any instance in which a CPD member is: directly involved in an excessive force incident; subject to a sustained finding in a misconduct investigation; a defendant in a civil lawsuit resulting in an adverse judgment or settlement; suspended more than five days; the subject of a recommendation of employment termination by COPA, BIA, or the Superintendent; a direct participant in an officer-involved shooting or death determined to be unjustified or out of policy by COPA, BIA, the Superintendent, the Police Board, or a court of law; convicted of a crime; or subject to an increased risk of suicide or alcohol and/or substance abuse. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA | 587 | **[prior version had text of 586 here]** 587. The automated electronic system must include a computerized relational database that will be used to collect, maintain, integrate, analyze, visualize, and retrieve data for each CPD officer. The information collected and maintained must include but is not limited to: a. all reportable uses of force; b. all arrests by CPD personnel; c. all injuries to and deaths of persons in CPD custody; d. all injuries and deaths resulting from conduct by CPD personnel; e. all vehicle pursuits and traffic collisions involving CPD equipment or personnel; f. all misconduct complaints and investigations involving CPD officers, including the disposition of each allegation; g. all civil or administrative claims initiated against the City or CPD, or CPD officers for Jobs-related conduct; h. all criminal proceedings initiated against a CPD officer, which CPD will require officers to report; i. all instances in which CPD is notified that a court has made a negative credibility determination regarding a CPD officer; j. instances in which CPD learns through the Cook County State's Attorney's Office that an affirmative finding was made during the course of a criminal proceeding that a CPD member was untruthful, including any findings made at suppression hearings; k. all instances in which CPD learns through the Cook County State's Attorney Office, the United States Attorney's Office for the Northern District of Illinois, or other prosecutorial authority that prosecution was declined based in whole or in part on concerns about a CPD officer's credibility; l. judicial proceedings where an officer is the subject of a restraining or protective order, which CPD will require officers to report; m. disciplinary history for all CPD members; n. all non-disciplinary corrective action retained electronically; o. all violations of CPD's body-worn and in-car camera policies; p. all awards and commendations received by CPD officers; q. officer sick leave usage; r. missed court appearances; s. training history; and t. rank, assignment, and transfer history. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Data Methodology, data reliability | Data Sources | Data Methodology, utilization of data | Data Sources | |
| DATA | 588 | 588. CPD will collect and maintain all information reasonably necessary to identify patterns of behavior that are indicative of a future instance of at-risk behavior. The automated electronic system must employ specific criteria to identify officers who will be subject to an intervention or targeted support. The criteria may be based on a single indicator, such as the number of misconduct complaints against an officer, a combination of multiple indicators, or an algorithmic scoring model. CPD will adjust the criteria as necessary based on data and experience to ensure interventions and support are optimally targeted. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Data Methodology, data reliability | Data Sources | Data Methodology, utilization of data | Data Sources | |
| DATA | 589 | **[prior version had text of 588 here]** 589. CPD will ensure that all required information is entered into the automated electronic system in a timely, accurate, and complete manner. All information captured within the automated electronic system will be accessible in an organized manner that facilitates identification of at-risk officer conduct. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Data Methodology, review reliability of data; Training Methodology, determine whether all members have been trained in completing the forms/documents that will put the data into the system. | Jobs Sources; Data Sources | Data Methodology, utilization of data | Data Sources | |
| DATA | 590 | 590. CPD will require unit commanding officers to review the automated electronic system data regarding all officers who are transferred to their command within 14 days of the transfer. CPD will require supervisors to conduct monthly reviews of the automated electronic system data regarding officers under their direct command. The purpose of these reviews will be for supervisors to identify and address patterns of behavior by officers under their direct command that are indicative of a future instance of at-risk behavior. CPD will also require supervisors to review the automated electronic system data together with officers under their direct command during the annual performance evaluation process. | IMR3 | Monthly | Monthly | Monthly | Monthly | Monthly | **Monthly** | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| DATA | 591 | 591. The automated electronic system will employ push notifications and similar mechanisms to alert supervisors when patterns of conduct indicative of a future instance of at risk behavior are identified. CPD will provide appropriate interventions and support in a timely manner. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| DATA | 592 | 592. CPD will ensure that any CPD member required to receive counseling after being identified through the automated electronic system has the opportunity to participate in an initial counseling session within 14 days of the member being notified of the requirement. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology, adequate resources to meet 14-day timeline | Jobs Sources | Data Methodology | Data Sources | |
| DATA | 593 | 593. CPD will ensure that command staff regularly use the automated electronic system data to effectively manage CPD officers and supervisors across all ranks, watches, beats, and districts. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| DATA | 594 | 594. CPD will provide training to all officers, supervisors, and command staff regarding the automated electronic system to ensure proper understanding and use of the system. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology, trainers proficient with system; Training Methodology | Jobs Sources; Training Sources | Data Methodology | Data Sources | |
| DATA | 595 | 595. CPD will train all supervisors to use the automated electronic system as designed, to interpret the outputs, to perform appropriate interventions and support, to address underlying stressors to promote officer well-being, and to improve the performance of officers under their direct command. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology, trainers proficient with system; Training Methodology | Jobs Sources; Training Sources | Data Methodology | Data Sources | |
| DATA | 596 | 596. CPD will conduct **annual audits** of the automated electronic system. The audits will: a. assess the overall effectiveness of the automated electronic system and the support and interventions prompted by the system; b. assess whether and to what extent supervisors are completing monthly reviews of the automated electronic system information regarding officers under their direct command; c. assess whether and to what extent CPD is providing interventions and support in a timely manner; d. assess whether the interventions and support provided are appropriate and effective; and e. identify any recommended changes to improve the effectiveness of the automated electronic system. | IMR3 | ~~December 31, 2020~~ **March 5, 2021** | ~~December 31, 2021~~ **March 5, 2022** | ~~December 31, 2022~~ **March 5, 2023** | ~~December 31, 2023~~ **March 4, 2024** | ~~December 31, 2024~~ **March 5, 2025** | **Annually** | Policy Methodology | Policy Sources | Jobs Methodology; Training Methodology | Jobs Sources; Training Sources | Data Methodology | Data Sources | |
| DATA | 597 | 597. CPD will provide timely and appropriate interventions and support to officers identified through the automated electronic system. Interventions and support will be designed to assist officers in avoiding and correcting at-risk behavior. All interventions and support will be documented in the automated electronic system. CPD will review, evaluate, and document in the automated electronic system the progress and effectiveness of the intervention or support strategy for each officer. | IMR6 | | | | | | | Policy Methodology, including demonstration of the technical capabilities of OSS to allow supervisors to review, evaluate, and document interventions. | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| DATA | 598 | 598. In seeking to provide improved support and wellness to its officers, CPD will seek to identify which supports and interventions are most helpful to officers and develop support and training based on CPD feedback and best practices. The types of support services offered to CPD officers may include, but not be limited to: counseling; training; coaching and mentoring; and additional supervision or monitoring. | IMR4 | | | | | | | Policy Methodology | Policy Sources | Jobs Methodology; Training Methodology | Jobs Sources; Training Sources | Data Methodology | Data Sources | |
| DATA | 599 | 599. CPD currently maintains a PRS, which is modeled on first-generation attempts by other large departments to develop early intervention systems to identify and address at-risk conduct by officers. CPD has partnered with the University of Chicago's Crime Lab ("Crime Lab") to develop a next-generation EIS that will improve on early intervention systems implemented in other jurisdictions. | Not Monitorable | | | | | | | Policy Methodology, reflecting that the CPD must maintain PRS as long as appropriate | Policy Sources | Training Methodology, reflecting that the CPD is adequately training on maintaining PRS as long as appropriate | Training Sources | Data Methodology, reflecting that the CPD is effectively maintaining the PRS in practice for as long as is appropriate | Data Sources | |
| DATA | 600 | 600. CPD will maintain its partnership with the Crime Lab or another similarly qualified service provider until such time as an EIS consistent with the requirements of this Agreement has been implemented department-wide, and CPD has developed sufficient technical competency to maintain and improve the EIS as necessary. | IMR6 | | | | | | | Demonstration of ongoing agreement with Crime Lab | MOU or equivalent | Jobs Methodology; Training Methodology | Jobs Sources; Training Sources | CPD demonstrates technical competency to maintain and improve EIS as needed | Data Sources | |
| DATA | 601 | 601. CPD will continue to solicit input and feedback from representatives of its collective bargaining units during the development and implementation of the EIS. | IMR3 | | | | | | | Initial engagement of unions | Policy Sources | Re-engagement of unions after pilot test | Jobs Sources | Ongoing engagement with unions | Data Sources | |
| DATA | 602 | 602. Prior to beginning the phased implementation of the EIS, CPD will develop and implement new or revised policies and procedures for using the EIS and, if applicable, the updated PRS and information obtained from them. The policies and procedures will address data storage, data retrieval, data analysis, reporting, pattern identification, supervisory use, intervention and support options and procedures, documentation and audits, access to the system, and confidentiality of personally identifiable information. | IMR2 | | | | | | | Policy Methodology; Data Methodology | Policy Sources; Data Sources | Training Methodology | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| DATA | 603 | 603. After the completion of the development of the EIS, CPD will implement the EIS through a phased rollout that incorporates pilot testing to identify and address any technical or design issues. **CPD will begin phased implementation of the EIS within 18 months of the Effective Date**, and will **complete full implementation of the EIS by no later than 24 months after the Effective Date**. | IMR4 | September 1, 2020 (**November 3, 2020**) | March 1, 2021 (**May 3, 2021**) | | | | | Policy Methodology | Policy Sources | Jobs Methodology, pilot test evaluations; Training Methodology | Jobs Sources; Training Sources | Data Methodology | Data Sources | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATA | 604 | 604. Prior to full implementation of the EIS, CPD will continue to use the PRS as well as other existing tools and resources to identify patterns of conduct by officers that warrant support and intervention. Following the development and implementation of the EIS, the functions required of the automated electronic system described above may be performed by a combination of the EIS and the PRS as long as all required functions are performed and supervisors are using the system(s) as required by CPD policy. To the extent CPD continues utilizing PRS to perform any of the functions required by this Agreement, CPD will update the PRS to enhance the system's effectiveness, usability, and accuracy by **no later than January 1, 2020**. | IMR2 | January 1, 2020 | | | | | | Policy Methodology; Data Methodology, including an assessment of CPD's ability to update PRS to meet the requirements of the Consent Decree before launching the EIS | Policy Sources; Data Sources | Training Methodology; Data Methodology, including an assessment of CPD's use of PRS and/or EIS to meet the requirements of the Consent Decree before launching the EIS | Training Sources | Determine whether the CPD has sufficiently implemented its policy and training | Community Sources; Data Sources | |
| DATA | 605 | 605. The City will ensure CPD has adequate funding to develop, implement, and maintain the EIS and, if necessary, the updated PRS, including ongoing hardware and support requirements and officer support services. | IMR6 | | | | | | | CPD conducts a needs assessment to determine EIS funding. | Demonstrates they provided reasonable amount of funding to develop, implement, and maintain the EIS based on their assessment. | Policy Methodology; Design an iterative process to reassess funding needs for the EIS on a regular basis. | Policy Sources | Iterative process in place to continuously reassess funding required to maintain the EIS. | Data Sources | |
| DATA | 606 | 606. **Within 365 days of the Effective Date**, CPD will conduct an assessment of current information collection mechanisms and data management technology to identify: a. what data CPD currently collects and what additional data is required to be collected to comply with this Agreement; b. the manner of collection (e.g., electronic or paper); c. the frequency with which each type of data is updated; d. the quality control mechanisms in place, or the need for such mechanisms, to ensure the accuracy of data collected; e. what software applications or data systems CPD currently has and the extent to which they are used or accessed by CPD members; f. redundancies or inefficiencies among the applications and systems currently in use; and g. the extent to which the applications and systems currently in use interact with one another effectively. | IMR2 | February 29, 2020 | | | | | | Determine whether the CPD has allocated sufficient resources to conduct the required assessment; Data Methodology; Policy Methodology | Data Sources | Determine whether the CPD has completed the assessment; Data Methodology, including a "quality test" on existing data, an assessment of redundancies, and a plan to remedy redundancies | Data Sources | Determine whether the CPD has used the findings of the assessment to make organizational changes. | Community Sources; Data Sources | |
| DATA | 607 | 607. Within 90 days of completion of the assessment described in the preceding paragraph, CPD will develop a plan, including a timeline for implementation, to prioritize and address the needs identified to enhance CPD's information collection mechanisms and data management technology ("Data Systems Plan"). CPD will implement the Data Systems Plan in accordance with the specified timeline for implementation. | IMR3 | Moving (*See* 606) | | | | | | Jobs Methodology; data systems plan to reflect the assessment from ¶606 | Jobs Sources; Policy Sources | Development of Plan; Policy Methodology | Data Sources; Policy Sources | Implementation of Plan | Data Sources | |
| DATA | 608 | 608. CPD will continue to maintain an Information Systems Development Group ("ISDG"). The ISDG will continue to be chaired by the Chief of the Bureau of Technical Services or other high-ranking member of CPD's command staff. The ISDG will also include, in some capacity, personnel from various units of the Department that are responsible for overseeing patrol field operations; conducting criminal investigation and processing juvenile offenders; initiating and conducting investigations of organized crime; overseeing the administrative aspects of CPD; managing data, technology, and information systems; coordinating and exercising supervision over disciplinary matters; administering training; providing legal advice; developing and publishing department policies and procedures; and overseeing and coordinating CPD's budget and fiscal responsibilities. The ISDG will be responsible for: a. ensuring implementation of the Data Systems Plan; b. ensuring CPD's information collection mechanisms and data management technologies are in the best long-term interests of the Department for improving operations and management consistent with the terms of this Agreement; and c. recommending strategies to promote the development, sharing, and reporting of relevant information to the Superintendent, the public, the FRB, COPA, BIA, and OIG. | IMR3 | | | | | | | Jobs Methodology | Jobs Sources | Training Methodology; framework for how ISDG will fulfill its responsibilities | Training Sources | Data Methodology; demonstrated ability to provide sound guidance on data system integrity as well as assisting in the implementation of recommendations born out of the ¶606 review | Data Sources | |
| DATA | 609 | 609. On an **annual** basis, to improve the accuracy, reliability, and efficiency of its data collection, CPD will review and, as necessary, revise departmental forms relating to: use of force, arrests, interactions with individuals in crisis, and the disciplinary process. | IMR3 | December 31, 2019 | ~~December 31, 2020~~ **March 5, 2021** | ~~December 31, 2021~~ **March 5, 2022** | ~~December 31, 2022~~ **March 5, 2023** | ~~December 31, 2023~~ **March 4, 2024** | **Annually** | Policy Methodology | Policy Sources | Training Methodology | Training Sources | Data Methodology | Data Sources | |
| Monitoring | 610 | 610. The Parties will jointly select an independent monitor who will assess and report whether the requirements of this Agreement have been implemented, and whether implementation is resulting in constitutional policing and increased community trust of CPD. The independent monitor will be assisted by a team of individuals (collectively, "Monitor") with the knowledge, skills, and expertise necessary to accomplish the Monitor's duties under this Agreement. | Not Monitorable (IMT) | | | | | | | | | | | | | |
| Monitoring | 611 | 611. The Monitor will be the agent of the Court and subject to the supervision and orders of the Court, consistent with this Agreement. The Monitor will only have the duties, responsibilities, and authority conferred by this Agreement. The Monitor will not, and is not intended to, replace or assume the role or duties of any CPD or City official. The Superintendent of CPD continues to be in charge of the Department. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 612 | 612. In order to assess and report on whether the requirements of this Agreement have been implemented and its objectives are being achieved, the Monitor will conduct the reviews, audits, and assessments specified below, and such additional audits, reviews, and assessments as the Monitor reasonably deems necessary to determine whether the Agreement has been implemented as required. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 613 | 613. The Parties will jointly select a Monitor, acceptable to both. The Monitor will have expertise in: policing and law enforcement practices, monitoring and oversight, preparation of reports or other written materials for diverse audiences on complex topics, law and civil rights, project management, data analysis and information technology, communication, and budgeting. The Monitor will also have a demonstrated ability to collaborate with government entities, and members of the monitoring team should have knowledge of Chicago communities and experience working in Chicago with various constituencies. The Monitor and personnel assisting the monitor will act in accordance with standards of integrity, and will consistently demonstrate professionalism and respect in all interactions with the community, CPD members, and all others with whom they interact in the course of performing the Monitor's duties. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 614 | 614. In selecting the Monitor, the Parties have established a mutually agreed process in which the public has opportunities to provide input. a. Request for Proposals: The Parties have issued a Request for Proposals ("RFP") from candidates interested in serving as the Monitor. Responses to the RFP will be due no earlier than 39 days after issuance. Representatives of the Parties will form an Evaluation Committee, which will include representation from OAG and the City and will be authorized to conduct the selection process on behalf of the Parties. b. Evaluation of Proposals and Public Comment: Following the RFP submission deadline, the Parties will publicly identify the RFP respondents and publicly post RFP responses for all respondents. The Parties will establish a public comment period during which members of the public can review the submissions and provide feedback about the applicants to the Parties. The Evaluation Committee will evaluate the RFP Respondents' written submissions, conduct due diligence on the applicants, review and consider the public comments, and use that information to reach agreement on a subset of the teams to interview as finalists. c. Interviews of Finalists: After the Evaluation Committee narrows the pool of candidates to a group of finalists, those finalists will be invited to participate in a series of interviews with the Parties and various engaged community stakeholders. All interviews will be in person and conducted in Chicago. d. Public Forum: The Parties will also provide an opportunity for finalists to present and respond to questions and concerns from the Chicago community. The Evaluation Committee will host a public meeting during which finalists will make short presentations and respond to written questions submitted by members of the public in attendance at the forum. The public will be given an opportunity to provide additional feedback on the finalists at the end of the inperson forum. e. Selection and Recommendation to the Court: The Parties will review and consider all information gathered by the Evaluation Committee regarding each finalist and work to jointly select a Monitor. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 615 | 615. The Parties' Monitor selection will be subject to the Court's approval. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 616 | 616. If the Parties are unable to agree on a Monitor, each Party will submit the name of one individual or one group of individuals, along with resumes and cost proposals, to the Court, and the Court will choose a candidate or candidate team proposed by one of the Parties. When deciding between the Parties' preferred candidates, the Court may consider submissions from the Parties in making its determination. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 617 | 617. The City will bear all reasonable fees and costs of the Monitor. During the selection process for the Monitor, the Parties agreed to an annual cap of $2.85 million per year. | Not Monitorable | | | | | | | | | | | | | |

| # | Provision | Status | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 618 | 618. The Parties recognize the importance of ensuring that the fees and costs borne by the City are reasonable. Accordingly, the Monitor will submit a proposed budget annually to the Court for approval. Upon a motion by the Monitor or either Party, or sua sponte, the Court may revise the Monitor's annual budget consistent with the terms of this Agreement if it finds that the increase is necessary for the Monitor to fulfill its duties under the Agreement and the increase is not due to a failure in planning, budgeting, or performance by the Monitor. | Not Monitorable | | | | | | |
| 619 | 619. In the event that any dispute arises regarding the reasonableness or payment of the Monitor's fees and costs, the Parties and the Monitor will attempt to resolve such dispute cooperatively prior to seeking the assistance of the Court. | Not Monitorable | | | | | | |
| 620 | 620. The City will provide the Monitor with office space and reasonable office support, such as furniture, telephones, computers, internet access, information technology support, secure document storage, and document scanning and copying capabilities. | Not Monitorable | | | | | | |
| 621 | 621. At any time after being selected, the Monitor may request to be allowed to hire, employ, or contract with such additional persons or entities as are reasonably necessary to perform the tasks assigned to the Monitor by this Agreement. Any person or entity hired or otherwise retained by the Monitor will be subject to the provisions of this Agreement, including the cap and annual budget provisions set out in this Section. The Monitor will notify the Parties in writing if the Monitor wishes to hire or retain such additional person or entity. The notice will identify and describe the qualifications of the person or entity to be hired or retained, as well as the monitoring task to be performed. If the Parties agree with the Monitor's proposal, the Monitor will be authorized to hire or retain such additional person or entity. The Parties will have 21 days to object to any such proposal after being notified of it. If the Parties and the Monitor are unable to reach agreement regarding... | Not Monitorable | | | | | | |
| 622 | 622. At least annually, the Parties will submit written feedback to the Monitor, the Parties, and the Court regarding the Monitor. The feedback may address such topics as the Monitor's overall effectiveness in carrying out the Monitor's duties, suggestions for enhancing the Monitor's effectiveness, the Monitor's ability to work cost-effectively and on budget, and whether the Monitor is adequately engaging the community and relevant stakeholders. Upon receiving the Parties' feedback, the Court may convene the Parties and the Monitor to discuss. | Not Monitorable | February 29, 2020 | February 28, 2021 | February 28, 2022 | February 28, 2023 | February 28, 2024 | Annually |
| 623 | 623. At any time, on motion by either of the Parties or the Court's own determination, the Court may remove the Monitor for good cause. | Not Monitorable | | | | | | |
| 624 | 624. In the event the Monitor is removed, resigns, or is no longer able to fulfill its responsibilities under this Agreement, the Court will appoint a replacement, acceptable to both Parties. The selection of the new Monitor will be made pursuant to a method agreed to by the Parties. If the Parties are unable to agree on a method of selection or make a selection within 45 days of the Monitor's removal, resignation, or incapacitation, each Party will submit the names of one individual or one group of individuals, along with resumes and cost proposals, to the Court, and the Court will choose a candidate or candidate team proposed by one of the Parties. In the event of the Monitor's removal, resignation, or incapacitation, the Court may appoint an interim Monitor to serve until such time as the replacement selection process has been completed. | Not Monitorable | | | | | | |
| 625 | 625. Except for the period in which a new or replacement Monitor is being selected, there will be a Monitor in place at all times while this Agreement is in effect. | Not Monitorable | | | | | | |
| 626 | 626. CPD will develop, revise, implement, and maintain policies and procedures as required by this Agreement consistent with the timelines identified herein. CPD will ensure that its policies and procedures are plainly written, logically organized, and use clearly defined terms. | NONE | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status |
| 627 | 627. The City and CPD will submit all policies and procedures required to be implemented or maintained by this Agreement to the Monitor and OAG for review, comment, and, subsequently, if necessary, objection. When the City and CPD have developed the draft of a new or revised policy or procedure required by this Agreement, they will consult in a collaborative manner at the earliest feasible time with the Monitor and OAG, with the goal of developing consensus on the substance of the policy or procedure, and make any necessary and appropriate revisions based on those consultations. The City and CPD will submit the final draft of any new or revised policy or procedure subject to review and comment by the Monitor and OAG to the Monitor and OAG for review and comment at least 30 days before its intended effect, unless the Parties and the Monitor agree that a shorter period of time is appropriate under the circumstances. The Parties and the Monitor will work collaboratively on developing and revising policies and procedures related to this Agreement. | NONE | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status |
| 628 | 628. In the event that the Monitor and OAG fail to comment on submitted policies or procedures within the 30-day period, the policy or procedure will be deemed to be non-objectionable by the Monitor and OAG, unless the Monitor, OAG, or both state in writing that additional time is necessary to complete an adequate review and the reason why additional time is necessary. In such writing, the Monitor, OAG, or both will specify how much additional time is necessary, which will not exceed 15 additional days. Any additional time required by the Monitor or OAG beyond the initial 30-day review period will extend CPD's deadline for implementing the policy or procedure. The Parties may seek relief from the Court to the extent the process of reviewing and approving a particular policy or procedure has become unreasonably delayed. | Not Monitorable | | | | | | |
| 629 | 629. To the extent the Parties and the Monitor have unresolved disagreements regarding a particular policy or procedure after attempting to resolve them for at least 30 days, the Monitor or OAG may provide a written notice of outstanding objections to the City and CPD ("objection notice"). The Monitor or OAG may object only if a policy or procedure does not incorporate the requirements of this Agreement or is inconsistent with the goals and objectives of this Agreement or contradicts the... | NONE | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| 630 | 630. In the event the Monitor or OAG provides an objection notice, the Monitor will convene the Parties and attempt to resolve the identified objections within 30 days of the objection notice being received by the City ("workout period"). The Monitor will issue a proposed resolution of remaining objections in writing at the conclusion of the workout period. If either Party disagrees with the Monitor's resolution of an objection, either Party may ask the Court to resolve such dispute. Subject to the limited extraordinary circumstances exception set out below, CPD will not publish or implement new or revised policies or procedures required by this Agreement until the Monitor and OAG have reviewed and commented on such policies or procedures, or until the workout period and related resolution processes have occurred. | NONE | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| 631 | 631. If extraordinary circumstances demand an immediate revision or clarification (e.g., due to a change in law or other urgent circumstances), CPD may issue a temporary policy or procedure. CPD must provide prompt notice of the temporary policy or procedure to the Monitor and OAG, and the temporary policy or procedure will only remain in effect until the adoption of a revised policy or procedure pursuant to the review, comment, and objection process set forth above. This paragraph does not permanently exempt any new or revised policy or procedure from the review and comment process. | NONE | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| 632 | 632. The Parties and the Monitor will work collaboratively and cooperatively to establish and adhere to a schedule that ensures policies and procedures required by this Agreement are reviewed adequately, efficiently, and expeditiously. | NONE | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |

| | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitoring | 633 | 633. CPD will ensure that its officers and the public have a meaningful opportunity to review and comment on material changes to CPD policies and procedures required by this Agreement. CPD will provide upcoming opportunities for CPD member and/or community input, involvement, or engagement that relate to the material requirements of this Agreement. After the Monitor and OAG comment on a proposed policy or procedure, or all workout period processes described above have been completed, CPD will publish the proposed policies and procedures on its public website and provide its officers and the public with an opportunity to comment for a period of not less than 15 days. There will be reasonable exceptions to the posting requirement for policies and procedures that are law enforcement sensitive, such as procedures regarding undercover officers or operations. In response to public comments received, CPD will consider whether any further revisions to the proposed policy or procedure are appropriate. Changes implemented in response to public or officer comment will be subject to consultation among the Parties, and review and comment by the Monitor and OAG prior to publication and implementation. | | | | | | | | | | | |
| Monitoring | 634 | 634. CPD will post final and published department-wide directives, policies, and procedures on CPD's public website, subject to reasonable exceptions for policies and procedures that are law enforcement sensitive. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 635 | 635. CPD will provide a mechanism to electronically access approved and published department-wide directives in a usable, organized, and searchable format. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 636 | 636. CPD will periodically review each policy required to be revised or developed by this Agreement. CPD will conduct an initial review of each such policy no later than two years after the policy's implementation as provided for in this Agreement. CPD will conduct subsequent reviews every two years thereafter, although the Parties may modify the timeframe for the review of a specific policy. The purpose of the initial and subsequent reviews is to evaluate whether the policy provides effective guidance and direction to CPD members and is consistent with the requirements of this Agreement and current law. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 637 | 637. CPD will make any necessary updates to its policies and training based on changes in the law that are relevant to CPD's law enforcement activities and will promptly communicate to its members such changes in the law and related policies. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 638 | 638. CPD will submit the following plans required by this Agreement to the Monitor and OAG for their review and approval: a. the Crisis Intervention Plan referenced in Part G of the Crisis Intervention section of this Agreement; b. the CIT Officer Implementation Plan referenced in Part D of the Crisis Intervention section of this Agreement; c. the Training Plan referenced in Part B of the Training section; d. the plan regarding span of control and unity of command referenced in Part C of the Supervision section of this Agreement; e. the recruitment, hiring, and promotion plan referenced in Parts C and D of the Recruitment, Hiring, and Promotion section of this Agreement; f. the Officer Support Systems Plan referenced in Part B of the Officer Wellness and Support section of this Agreement; g. the Equipment and Technology Audit Response Plan referenced in Part C of the Officer Wellness and Support section of this Agreement; h. the Training Plan for COPA, the Deputy PSIG, and BIA referenced in Part H of the Accountability and Transparency section of this Agreement; and i. the Data Systems Plan referenced in Part E of the Data Collection, Analysis, and Management section of this Agreement. | | | | | | | | | | | |
| Monitoring | 639 | 639. When the City and CPD have developed the draft of a plan, they will consult at the earliest feasible time with the Monitor and OAG, with the goal of developing consensus on the substance and timetable for the plan, and make any necessary and appropriate adjustments based on those consultations. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 640 | 640. CPD will submit the final draft of each plan required by this Agreement and subject to review and approval by the Monitor and OAG to the Monitor and OAG at least 30 days prior to the proposed date for initial implementation. In the event that the Monitor and OAG fail to comment on a submitted plan within the 30-day period, the Monitor and OAG will be deemed to have no objection to the plan, unless the Monitor, OAG, or both state in writing that additional time is necessary to complete an adequate review. Requests for additional time to review plans will be subject to the same standard and process set forth above for requesting additional time to review policies and procedures. The Parties and the Monitor will adhere to the dispute resolution process described in Part C of this Section to resolve objections as necessary. The Monitor or OAG may object if a proposed plan does not incorporate the requirements of this Agreement or is inconsistent with the goals and objectives of this Agreement. Final versions of the plans will be made public. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 641 | 641. CPD will submit all new or revised curricula, lesson plans, and course materials related to trainings required by this Agreement to the Monitor and OAG for their review, comment, and, subsequently, if necessary, objection. When the City and CPD have developed the draft of any such materials required by this Agreement, they will consult at the earliest feasible time with the Monitor and OAG, with the goal of developing consensus on the substance of the materials, and make any necessary and appropriate adjustments based on those consultations. CPD will provide final drafts of curricula, lesson plans, and course materials subject to review and comment by the Monitor and OAG to the Monitor and OAG at least 30 days prior to instituting the applicable training. In the event that the Monitor and OAG fail to comment on submitted training materials within the 30-day period, the Monitor and OAG will be deemed to have no objection to the training materials, unless the Monitor, OAG, or both state in writing that additional time is necessary to complete an adequate review. Requests for additional time to review training materials will be subject to the same standard and process set forth above for requesting additional time to review policies and procedures. The Parties and the Monitor will adhere to the dispute resolution process to resolve objections as necessary. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 642 | 642. The Monitor will conduct reviews or audits as necessary to determine whether the City and CPD have substantially complied with the requirements of this Agreement. Compliance with a requirement means that the City and CPD: (a) have incorporated the requirement into policy; (b) have trained all relevant personnel as necessary to fulfill their responsibilities pursuant to the requirement; and (c) are carrying out the requirement in actual practice. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 643 | 643. CPD members who violate policies, procedures, orders, or directives that are required by this Agreement or that implement its provisions will be held accountable by CPD and the City, including through CPD's progressive discipline process. The Monitor may review and audit whether CPD is enforcing the policies, procedures, orders, or directives required by or implementing this Agreement. | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 644 | 644. The Monitor will conduct compliance reviews in a fair manner with reliable means and methods. The Monitor may use sampling and compilation data based on standard and reliable methodologies, to be shared with the Parties, in conducting compliance reviews and audits. These methodologies will be shared with the Parties in advance of their use. | Not Monitorable | August 28, 2019 | August 28, 2022 (October 30, 2022) | August 28, 2024 (October 30, 2024) | August 28, 2026 (October 30, 2026) | August 28, 2023 (October 30, 2026) | Every two years | | | | |
| Monitoring | 645 | 645. Within 180 days of being appointed by the Court, and every two years thereafter, the Monitor will conduct reliable, representative, and comprehensive surveys of a broad cross-section of members of the Chicago community regarding CPD. | Not Monitorable | August 28, 2019 | August 28, 2022 (October 30, 2022) | August 28, 2024 (October 30, 2024) | August 28, 2026 (October 30, 2026) | August 28, 2023 (October 30, 2026) | Every two years | | | | |
| Monitoring | 646 | 646. The surveys will seek to assess perceptions of, and satisfaction with, CPD. The surveys will examine perceptions of CPD's overall police services, trustworthiness, community engagement, effectiveness, responsiveness, handling of misconduct complaints and investigations, and interactions with members of the Chicago community, including interactions with individuals who are people of color, LGBTQI, in crisis, youth, members of religious minorities, or have disabilities. | Not Monitorable | | | | | | | | | | |
| Monitoring | 647 | 647. Analysis of the results of the surveys may be used as assessments to demonstrate sustained and continuing improvement in constitutional policing and community trust of CPD. | Not Monitorable | | | | | | | | | | |

| | | | August 28, 2022 (October 30, 2022) | August 28, 2024 (October 30, 2024) | August 28, 2026 (October 30, 2026) | August 28, 2028 (October 30, 2028) | Every two years | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitoring | 648 | 648. To assist the Monitor in conducting the survey, and only if the Monitor's team does not include a person or entity capable of conducting the survey, the Monitor will retain an individual or entity, approved by the City and OAG, and timely included in the Monitor's annual budget submission, that will: a. design, conduct, and analyze the survey in a statistically-reliable manner; b. develop a baseline of measures on community satisfaction with policing, attitudes among CPD officers, and the quality of police-community interactions; c. ensure that the surveys are designed to capture a representative sample of Chicago residents drawn from its many diverse communities; d. conduct the surveys required by this Agreement in English, Spanish, and other languages, as necessary, to ensure appropriate representation from the sample group; e. solicit input from CPD officers and command staff, OAG representatives, and community members to identify emerging issues or concerns related to policing in Chicago; f. consult with CPD and OAG regarding the development and methodology of the survey; and g. prepare a report of the findings, including pattern and trend analysis, for each survey conducted. | Not Monitorable | | | | | | | | | |
| Monitoring | 649 | 649. CPD and the City will cooperate with the design and delivery of the surveys, including by allowing CPD officers to confidentially respond. | Not Monitorable | Annually | Annually | Annually | Annually | Annually | Annually | | | | |
| Monitoring | 650 | 650. The results of the survey will be provided to the Court and be publicly distributed and posted on CPD's and the Monitor's websites. | Not Monitorable | | | | | | | | | | |
| Monitoring | 651 | 651. CPD will consider the results of the surveys in reviewing CPD policies, training, and practices as necessary and appropriate. | Not Monitorable | May 30, 2019 | May 30, 2020 (June 1, 2020) | May 30, 2021 (June 1, 2021) | May 30, 2022 (June 1, 2022) | May 30, 2023 (June 1, 2023) | | | | | |
| Monitoring | 652 | 652. Within 90 days of being appointed by the Court, the Monitor will develop a plan for conducting compliance reviews and audits ("Monitoring Plan") for the first year of implementation. The Monitor will submit a draft Monitoring Plan to the Parties for their review and approval within 75 days of the selection of the Monitor. The Parties will have 15 days following receipt of a draft to review it, and provide comment or notice of any objections to the Monitor and the other Party; in subsequent years, the Monitor will, in consultation with the Parties and pursuant to the process outlined in this paragraph, prepare an annual Monitoring Plan for each year this Agreement remains in effect. The Monitoring Plans will be made public. | AMEJ (IMT) | Annually | Annually | Annually | Annually | Annually | Annually | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status |
| Monitoring | 653 | 653. Each Monitoring Plan will clearly delineate the requirements of this Agreement to be assessed for compliance, indicating which requirements will be assessed together. | Not Monitorable | Annually | Annually | Annually | Annually | Annually | Annually | | | | |
| Monitoring | 654 | 654. Monitoring Plan will create a tentative schedule for conducting compliance reviews or audits of applicable requirements. | Not Monitorable | July 17, 2019 | January 16, 2020 (November 9, 2020) | July 17, 2020 (November 9, 2020) | January 16, 2021 (May 17, 2020) | July 17, 2021 (November 11, 2021) | Semiannually | | | | |
| Monitoring | 655 | 655. At least 45 days prior to the initiation of any compliance review or audit, the Monitor will submit a proposed methodology for the review or audit to the Parties. The Parties will submit any comments or concerns regarding the proposed methodology to the Monitor no later than 30 days prior to the proposed date of the review or audit. The Monitor will modify the methodology as necessary to address any concerns or will inform the Parties in writing of the reasons it does not modify its proposed methodology. | Not Monitorable | | | | | | | | | | |
| Monitoring | 656 | 656. The Monitor may, at the request of the City, CPD, or OAG, or on its own initiative, provide technical assistance and make recommendations to the Parties regarding measures that may facilitate timely full and effective compliance with this Agreement and achievement of its underlying objectives. Such technical assistance and recommendations may include suggestions to change, modify, or amend a provision of this Agreement; to develop or amend policy; to provide additional training in any area related to this Agreement; or to modify the content or form of existing training. | Not Monitorable | | | | | | | | | | |
| Monitoring | 657 | 657. Three years after the Effective Date, the Monitor will conduct a comprehensive assessment to determine whether and to what extent the City and CPD are in compliance with this Agreement, whether the outcomes intended by this Agreement are being achieved, and whether any modifications to this Agreement are necessary in light of changed circumstances or unanticipated impact (or lack of impact) of the requirements. | Not Monitorable | | | | | | | | | | |
| Monitoring | 658 | 658. This comprehensive assessment will also address areas of greatest progress and achievement, and the requirements that appear to have contributed to these achievements, as well as areas of greatest concern, including strategies for accelerating full and effective compliance. | Not Monitorable | | | | | | | | | | |
| Monitoring | 659 | 659. Based upon this comprehensive assessment, the Monitor will recommend any modifications to this Agreement necessary to achieve and sustain intended results. Where the Parties agree with the Monitor's recommendations, the Parties will move the Court to modify this Agreement accordingly. In the event of a disagreement, the Parties will submit their positions to the Court for resolution. This provision in no way diminishes the Parties' ability to move to modify this Agreement subject to the Court's approval. Nothing in this Agreement will empower the Monitor to unilaterally modify the terms of this Agreement. | Not Monitorable | | | | | | | | | | |
| Monitoring | 660 | 660. The Monitor will be appointed for an initial period running from the Monitor's appointment by the Court through the completion of the comprehensive assessment. At the conclusion of the comprehensive assessment, there will be an evaluation by the Court to determine whether to renew the Monitor's appointment until the termination of this Agreement. The Court will renew the Monitor's appointment unless there is substantial evidence that the Monitor has: materially exceeded the Monitor's authority under this Agreement; engaged in misconduct or unethical behavior; demonstrated a lack of competence to perform its responsibilities under this Agreement. | Not Monitorable | | | | | | | | | | |
| Monitoring | 661 | 661. On a semiannual basis, the Monitor will file with the Court written public reports regarding the status of compliance with this Agreement, which will include, but not be limited to: the following information: a. a description of the work conducted by the Monitor during the reporting period; b. a description of each Agreement requirement assessed during the reporting period, indicating which requirements have been, as appropriate: i. incorporated into policy; ii. the subject of sufficient training of relevant CPD or City personnel, and iii. carried out in actual practice; c. the methodology and specific findings for each compliance review conducted; d. for any requirements that were reviewed or audited and found not to have been implemented, the Monitor's recommendations, if any, regarding necessary steps to achieve compliance; e. a projection of the work to be completed during the upcoming reporting period; and f. a summary of principal challenges or concerns related to the City's achieving full and effective compliance with this Agreement. | Not Monitorable | Annually | Annually | Annually | Annually | Annually | Annually | | | | |
| Monitoring | 662 | 662. For the final semiannual report for each calendar year, the Monitor will also include a summary of all Agreement requirements indicating which requirements have been incorporated into policy, the subject of sufficient training for all appropriate CPD or City personnel, and carried out in actual practice. | AMEJ (IMT) | September 18, 2019 | March 1, 2020 | September 29, 2020 (January 29, 2020) | March 1, 2021 (July 29, 2020) | September 29, 2021 (January 29, 2021) | Semiannually | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status |
| Monitoring | 663 | 663. The Monitor will provide a copy of the semiannual reports to the Parties in draft form no more than 30 days after the end of each reporting period. The Parties will have 15 days following receipt of a draft report to comment on the draft report, and provide those comments to the Monitor and the other Party. The Monitor will consider the Parties' comments and make appropriate changes, if any, before filing the report with the Court. | AMEJ (IMT) | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status |
| Monitoring | 664 | 664. The Monitor will maintain a public website and publish each semiannual report, together with the Parties' comments on the draft report, on the website immediately after filing the report with the Court. | Not Monitorable | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | | | | |
| Monitoring | 665 | 665. In addition to the mandatory semiannual reports, the Monitor may, at any time, prepare written reports on any issue or set of issues covered by the Agreement. The process for commenting on and publishing these additional reports will be the same as the process applicable to semiannual reports. | AMEJ (IMT) | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status |
| Monitoring | 666 | 666. As an agent of the Court, the Monitor may raise any issue related to this Agreement with the Court at any time. | Not Monitorable | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitoring | 667 | 667. In conducting compliance reviews, and audits, and in developing its monitoring plan and review methodologies, the Monitor may coordinate and confer with the OIG for the City to avoid duplication of effort. However, it is the exclusive role of the Monitor and OAG to assess compliance with this Agreement. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 668 | 668. The Monitor will maintain regular contact with the Parties in order to ensure effective and timely communication regarding the status of compliance with this Agreement. To facilitate this communication, the Monitor will conduct monthly meetings, which will include, at a minimum, participation by the CPD Superintendent, counsel for the City, other CPD personnel designated by the Superintendent to implement this Agreement, and OAG. | IMR1 (IMT) | Monthly | Monthly | Monthly | Monthly | Monthly | Monthly | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 669 | 669. The Parties have entered into a Memorandum of Agreement ("MOA") with certain community organizations that have established a broad-based community coalition ("Coalition") committed to monitoring, enforcing, and educating the community about this Agreement. No less frequently than quarterly, the Monitor will participate in meetings with the Coalition, as provided in Paragraph 9 of the MOA. | IMR1 (IMT) | Quarterly | Quarterly | Quarterly | Quarterly | Quarterly | Quarterly | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 670 | 670. The Monitor will hold public meetings to explain the Monitor's reports and inform the public about this Agreement's implementation process, as well as to hear community perspectives on police interactions. The Monitor will notify the Parties in advance of the date, time, and location when such meetings are scheduled. | IMR1 (IMT) | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 671 | 671. The Monitor will periodically meet with CPD officers to provide them with information about the Agreement and its implementation, and to respond to their questions, concerns, and suggestions. The Monitor will also periodically meet with the collective bargaining representatives of CPD officers. | IMR1 (IMT) | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 672 | 672. Except as required or authorized by the terms of this Agreement, or when authorized jointly by the Parties, or by the Court, the Monitor will not make any public statements or issue findings with regard to any act or omission of the Parties, or their agents, representatives, or employees, or disclose confidential, non-public information and materials received by or reviewed by the Monitor pursuant to this Agreement. | Not Monitorable | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | Ongoing | | | | | | | |
| Monitoring | 673 | 673. The Monitor will not testify in any other litigation or proceeding with regard to any act or omission of the City, CPD, or any of their officials, officers, agents, or employees related to this Agreement or regarding any matter or subject that the Monitor may have received knowledge of as a result of the Monitor's performance under this Agreement without an order issued by the Court. This paragraph does not apply to any proceeding before the Court related to performance of contracts or subcontracts for monitoring this Agreement. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 674 | 674. Unless such conflict is disclosed and waived by the Parties, the Monitor and members of his or her team will not accept employment or provide consulting services that would present a conflict of interest with the team member's responsibilities under this Agreement, including being retained (on a paid or unpaid basis) by any current or future private litigant or claimant, or such litigant's or claimant's attorney, in connection with a claim or suit against the City, CPD, or their officials, officers, agents, or employees. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 675 | 675. The Monitor is an agent of the Court and not a state or local agency, or an agent thereof. Accordingly, the records maintained by the Monitor will not be deemed public records subject to public inspection under the Illinois Freedom of Information Act, or subject to discovery in any litigation. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 676 | 676. The Monitor will not be liable for any claim, lawsuit, or demand arising out of the Monitor's performance pursuant to this Agreement brought by non-parties to this Agreement. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 677 | 677. The City and CPD agree to hire, retain, or reassign current City or CPD employees to form a unit with the knowledge, skills, and abilities necessary to facilitate compliance with this Agreement. | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 678 | 678. At a minimum, CPD will designate personnel to be responsible for: a. coordinating the City's and CPD's compliance and implementation activities; b. facilitating the provision of data, documents, materials, and access to the City's and CPD's personnel to the Monitor and OAG, as needed; c. ensuring that all data, documents, and records are maintained as provided in this Agreement; and d. assisting in assigning implementation and compliance related tasks to CPD personnel, as directed by the Superintendent or the Superintendent's designee. | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 679 | 679. The City and CPD agree to collect and maintain all data and records necessary to document compliance with this Agreement, including data and records necessary for the Monitor to conduct reliable compliance reviews and audits. | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 680 | 680. Beginning with the Monitor's first report filed with the Court, and for each subsequent semiannual report by the Monitor, the City agrees to file a status report one month before each of the Monitor's reports is due for the duration of this Agreement. The City's status report will delineate the steps taken by CPD during the reporting period to comply with this Agreement, and CPD's assessment of the status of its progress implementing this Agreement. | IMR5 | August 31, 2019 | February 29, 2020 | August 31, 2020 **(December 31, 2020)*** | February 28, 2021 **(June 30, 2021)*** | August 31, 2021 **(December 31, 2021)*** | **Semiannually** | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 681 | 681. To facilitate the Monitor's work, the Monitor may conduct on-site visits and assessments with or without prior notice to the City or CPD. While the Monitor has the right to conduct on-site visits and assessments without prior notice at any time, in order to facilitate the efficiency and effectiveness of its monitoring activities, the Monitor will make good faith efforts to provide advance notice of its on-site visits and activities to the City and CPD to the extent practicable and appropriate. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 682 | 682. The Monitor will have access to all individuals, facilities, trainings, meetings, disciplinary proceedings, reviews, and incident scenes that the Monitor reasonably deems necessary to carry out the duties assigned to the Monitor by this Agreement. The City will ensure that it facilitates the Monitor's access in a prompt, cooperative, and unobstructive manner. | IMR6 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 683 | 683. CPD will notify the Monitor as soon as practicable, and in any case within 24 hours, of any officer-involved shootings, any death of a person in CPD custody, or any arrest of a CPD member. In the event a CPD member is arrested by a law enforcement agency other than CPD, CPD will notify the Monitor as soon as practicable, and in any case within 24 hours of receiving notice of the arrest. The Monitor will cooperate with the City to obtain access to people and facilities in a reasonable manner that, consistent with the Monitor's responsibilities, minimizes interference with daily operations. | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 684 | 684. The City and CPD will ensure that the Monitor has prompt access to all City and CPD documents and data related to the Agreement that the monitor reasonably deems necessary to carry out the duties assigned to the Monitor by this Agreement, except any communications, documents, or data to which access is limited or precluded by court order, or protected by the work product doctrine or the attorney-client privilege (collectively, "privilege"). | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 685 | 685. Privilege may not be used to prevent the Monitor from observing training sessions, disciplinary hearings, or other CPD, COPA, or Police Board activities or proceedings that do not involve the provision or receipt of legal advice. The City is not required to provide the Monitor with access to documents or data that is privileged. Should the City or CPD decline to provide the Monitor with access to communications, documents, or data based on privilege, the City or CPD will inform the Monitor and OAG that documents or data are being withheld on the basis of privilege which may, but need not be, in the form of a privilege log. If the Monitor or OAG objects to an assertion of privilege, the Monitor or OAG may challenge the propriety of the privilege assertion before the Court. | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitoring | 686 | 686. In coordination with the City's legal counsel, OAG and its consultants and agents will have access to all City and CPD personnel, facilities, training, documents, and data related to this Agreement, except any documents or data protected by privilege. OAG and its consultants and agents will coordinate with the City's legal counsel to access personnel, facilities, training, documents, and data in a reasonable manner that is consistent with OAG's right to seek enforcement of this Agreement and that minimizes interference with daily operations. The City is not required to provide the Monitor with access to communications, documents, or data that is privileged. Should the City or CPD decline to provide OAG with access to documents or data based on privilege, the City or CPD will inform OAG that that documents or data are being withheld on this basis, which may, but need not be, in the form of a privilege log. If OAG objects to a privilege assertion by the City or CPD, OAG may challenge the propriety of the privilege assertion before the Court. | IMR3 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 687 | 687. The Monitor and OAG will provide the City and CPD with reasonable notice of a request for documents or data. Upon such request, the City and CPD will provide the documents or data (in electronic format, where readily available) in a timely manner, unless withheld based on privilege. | IMR6 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 688 | 688. Nothing in this Agreement is intended to conflict with the Illinois Freedom of Information Act. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 689 | 689. The Monitor and OAG will maintain all confidential or non-public information provided by the City and CPD in a confidential manner. Other than as expressly provided in this Agreement, disclosure to the Monitor will not be deemed a waiver of any privilege or right the City or CPD may assert, including those recognized at common law or created by statute, rule, or regulation, against any other person or entity with respect to the disclosure of any document or data. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 690 | 690. This Agreement will become effective upon Court approval and entry as an order of the Court. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 691 | 691. This Court has jurisdiction over the action that led to this Agreement pursuant to 28 U.S.C. §§ 1331 and 1367. The Court is adopting and entering this Agreement as a judgment of the Court pursuant to 42 U.S.C. § 1983 and the Constitution and laws of the United States; the Illinois Constitution; the Illinois Human Rights Act, 775 ILCS 5/5-102(C); and the Illinois Civil Rights Act of 2003, 740 ILCS 23/5. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 692 | 692. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391, because the City is located in the Northern District of Illinois. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 693 | 693. The Court will retain jurisdiction of this action for all purposes until such time as the Court finds that the City has achieved full and effective compliance with this Agreement and maintained such compliance for no less than two consecutive years. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 694 | 694. The State, through OAG, acknowledges the good faith of the City and CPD in trying to take actions necessary to ensure constitutional policing and improve community trust in CPD. However, the State, through OAG, reserves the right to seek enforcement of the provisions of this Agreement as set forth herein if OAG determines that the City and CPD have failed to comply with any provision of this Agreement. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 695 | 695. Prior to initiating enforcement proceedings before the Court, the State, through OAG, will notify the City in writing of the provisions of this Agreement for which Court enforcement will be sought. The State will not initiate enforcement proceedings until at least 90 days after providing the notice required by this paragraph to the City ("cure period"). During the cure period, the State, the City, and CPD will make a good faith attempt to resolve the issues underlying the planned enforcement proceedings without intervention from the Court. In the event OAG provides notice of enforcement in accordance with this paragraph, at the request of either Party, the Monitor will convene the Parties and attempt to resolve the identified issues within 45 days of the written notice to the City. If the Monitor's efforts are unsuccessful, either Party may ask the Court to attempt to resolve such dispute. If the Parties are unable to resolve the identified issues or to reach agreement regarding a plan for resolution during the cure period, the State, through OAG, may initiate enforcement proceedings with the Court after the conclusion of the cure period. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 696 | 696. OAG and the City may jointly agree to make changes, modifications, and amendments to this Agreement, which will be effective if approved by the Court. Such changes, modifications, and amendments to this Agreement will be encouraged when the Parties agree, or where the Monitor's reviews or audits demonstrate that an Agreement provision as drafted is not furthering the purpose of this Agreement or that there is a preferable alternative that will achieve the same purpose. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 697 | 697. At any time, the City, OAG, or the Monitor may propose substituting alternative requirements for one or more requirements of this Agreement. In any case when such a proposal is made, the Parties may agree to suspend the current Agreement requirement for an agreed-upon time period while the alternative is being considered. If the Parties and the Monitor agree that the alternative requirements are as effective or more effective at achieving the purpose of the original requirements, the alternative requirements will be adopted and submitted to the Court for incorporation in the Agreement. If the Parties and the Monitor cannot agree on the proposed alternative, either Party or the Monitor can submit the matter to the Court for resolution. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 698 | 698. The Parties agree to defend the provisions of this Agreement. The Parties will notify each other of any proceeding in which a non-party challenges a provision or provisions of this Agreement. In the event any provision of this Agreement is challenged in any state court, the Parties will seek removal to federal court and consolidation with this action. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 699 | 699. The City agrees to require compliance with this Agreement by its officers, officials, employees, agents, agencies, assigns, or successors. | IMR6 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 700 | 700. The City will be responsible for providing necessary and reasonable financial resources necessary through steps or processes that can include the budget process to fulfill its obligations under this Agreement, subject to the terms and conditions set forth herein. | IMR5 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 701 | 701. The City's entry into this Agreement is not an admission by the City, CPD, or any agent or employee of either entity that it has engaged in any unconstitutional, illegal, or otherwise improper activities or conduct. The City's entry into this Agreement is not an admission of any of the findings or conclusions contained in the DOJ's Report. | IMR6 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| Monitoring | 702 | 702. This Agreement resolves all claims in the State's Complaint filed in this case. This Agreement also constitutes a full and complete settlement of any and all civil claims, known or unknown, the State may have, as of the Effective Date of this Agreement, against the City regarding any alleged pattern or practice of unconstitutional conduct, civil rights violations, or other unlawful conduct by the City as referenced in the DOJ Report, the PATF Report, or the Complaint. | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 703 | 703. This Agreement was reached as a result of the authority granted to the State under the doctrine of parens patriae, the Illinois Human Rights Act, and pursuant to the State's proprietary interests under 42 U.S.C. § 1983, to seek declaratory or equitable relief to remedy a pattern or practice of conduct by law enforcement that deprives individuals of rights, privileges, or immunities secured by the Constitution or Illinois | Not Monitorable | | | | | | | | | | | | | |
| Monitoring | 704 | 704. This Agreement is binding upon all Parties hereto, by and through their officials, employees, agents, representatives, agencies, assigns, and successors. If the City establishes or reorganizes a government agency or entity whose function includes overseeing, regulating, investigating, or otherwise reviewing the operations of CPD or any aspect thereof, the City agrees to ensure that these functions and entities are consistent with the terms of this Agreement and will incorporate the terms of this Agreement into the oversight, regulatory, investigation, or review functions of the government agency or entity as necessary to ensure consistency. | IMR6 | | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |

| | | | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 705 | Nothing in this Agreement is in any way present or limit the City's right to adopt future measures that exceed or surpass the obligations contained herein, as long as the terms of this Agreement are satisfied. | N/A | | | | | | | | | | |
| 706 | The City is responsible for providing necessary support and resources to CPD to enable CPD to fulfill its obligations under this Agreement. | N/A | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| 707 | No person or entity is or is intended to be a third-party beneficiary of this Agreement for the purposes of any civil, criminal, or administrative action. The Parties agree that this Agreement is not, and will not be construed as, an admission of liability by the City or CPD, or any of their departments, entities, officers, agents, or employees. Nothing in this Agreement will be used by any third party to create, establish, or support a claim of liability by or against the City or CPD or any of their officers, agents or employees under any federal, state or municipal law, including, but not limited to, 42 U.S.C. § 1983, the U.S. Constitution, the Illinois Constitution, the Illinois Civil Rights Act of 2003, or the Illinois Human Rights Act. | Not Monitorable | | | | | | | | | | |
| 708 | This Agreement is an integrated agreement. It contains the entire understanding and agreement of the Parties, and supersedes all prior agreements, understandings, negotiations, and discussion of the Parties, whether oral or written, relating to its contents. There are no other agreements, understandings, restrictions, representations, or warranties other than as set forth in this Agreement. No prior drafts or prior or contemporaneous communications, oral or written, will be relevant or admissible for purposes of determining the meaning of any provisions herein in any litigation or any other proceeding. | Not Monitorable | | | | | | | | | | |
| 709 | As set forth in the MOA regarding the Coalition, the Parties have conferred certain rights on the Coalition relating to the enforcement of this Agreement (which is referred to in the MOA as the "Consent Decree"). a. Notwithstanding any other provision of this Consent Decree, the Consent Decree is enforceable by the Court upon a motion by the Coalition subject to the conditions in subparagraphs (a) through (b) herein. Prior to filing any enforcement motion the Coalition will (i) meet and confer in good faith with the Parties to attempt to resolve issues identified by the Coalition without the need for intervention by the Court, and (ii) follow the dispute resolution procedures set forth in Paragraph [x] above. The Coalition is defined as the plaintiff organizations in the Campbell lawsuit and the plaintiffs in the Communities United lawsuit (collectively "Coalition Founders"), as well as other civil rights and community organizations in the City of Chicago who are members of the Coalition. The Coalition's rights set forth in Paragraph [x] above will not apply to any individual or organization that is not a member of the Coalition, including but not limited to individuals or organizations that were once members of the Coalition but subsequently left or were removed from the Coalition. The Coalition Founders are the sole arbiters of the Coalition's objectives, composition, and structure. | Not Monitorable | | | | | | | | | | |
| 710 | The Parties acknowledge the City has entered into four collective bargaining agreements effective July 1, 2012 (individually, and collectively, the "CBAs") with unions representing sworn police officers ("Unions"). The Parties further acknowledge that the City and the Unions are currently negotiating successor agreements to the CBAs ("Successor CBAs"). The Parties further acknowledge that the Unions and the City have certain rights and obligations under the Illinois Public Labor Relations Act, 5 ILCS 315 ("IPLRA") and that the IPLRA contains provisions for the City and the Unions to enforce their respective rights and obligations, including a process, set forth in Section 14 of the IPLRA and Section 26.3 of the current CBAs, for resolving bargaining impasse between the City and the Unions over issues subject to a bargaining obligation under the IPLRA ("Statutory Impasse Resolution Procedures"). | Not Monitorable | | | | | | | | | | |
| 711 | Nothing in this Consent Decree is intended to (a) alter any of the CBAs between the City and the Unions; or (b) impair or conflict with the provisions of applicable law or rights of employees in those units under the IPLRA. Nothing in this Consent Decree shall be interpreted as obligating the City or the Unions to violate (i) the terms of the CBAs, including any Successor CBAs resulting from the negotiation process (including Statutory Impasse Resolution Procedures) mandated by the IPLRA with respect to the subject of wages, hours and terms and conditions of employment unless such terms violate the U.S. Constitution, Illinois law or public policy, or (ii) any bargaining obligation under the IPLRA and/or waive any rights or obligations thereunder. In negotiating Successor CBAs and during any Statutory Resolution Impasse Procedures, the City shall use its best efforts to secure modifications to the CBAs | N/R2 | | | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| 712 | Nothing in this Agreement alters or incorporates any provision in the August 6, 2015 Investigatory Stop and Protective Pat Down Settlement Agreement between the City and the American Civil Liberties Union of Illinois ("ACLU Agreement") for the duration of the ACLU Agreement. Nor does this Agreement involve the Monitor reviewing the reforms mandated by the ACLU Agreement or assessing compliance with it. | Not Monitorable | | | | | | | | | | |
| 713 | Nothing in this Part X is intended to otherwise modify the City's obligations under this Agreement. | Not Monitorable | | | | | | | | | | |
| 714 | The City will endeavor to achieve full and effective compliance within five years of the Effective Date. On or about five years from the Effective Date, the Court will hold a hearing to assess whether the Agreement should be terminated. This Agreement will terminate when the Court finds that the City has achieved full and effective compliance with this Agreement and has maintained such compliance with the material requirements for at least one year for the sections delineated as Group A below, and for at least two years for the sections delineated as Group B below. a. Group A: Recruitment, Hiring, and Promotions; Training; and Officer Wellness and Support. b. Group B: Community Policing; Impartial Policing; Crisis Intervention; Use of Force; Supervision; Accountability and Transparency; and Data Collection, Analysis, and Management. | N/R2 | February 28, 2022 | February 28, 2023 | February 28, 2024 | | Compliance Status | Compliance Status | Compliance Status | Compliance Status | Compliance Status | |
| 715 | Upon request by the City, the Court will determine whether the City is in full and effective compliance regarding any of the material requirements of the Agreement. The Court's determination of full and effective compliance will start the relevant one- or two- year compliance periods detailed in Paragraph 714 above. | Not Monitorable (Court) | | | | | | | | | | |
| 716 | If the City and CPD have achieved compliance with some requirements, but not others, the Court may terminate the Agreement as to those requirements for which compliance has been achieved. The Monitor will not review, assess, or audit requirements that are so terminated. At any time prior to the full termination of this Agreement, the Court may reinstate previously terminated requirements upon a showing that compliance with such requirements has materially lapsed. | Not Monitorable (Court) | | | | | | | | | | |
| 717 | Full and effective compliance with this agreement means sustained compliance with all material requirements of this Agreement. No specific numerical threshold will be required to demonstrate full and effective compliance. Non-compliance with mere technicalities, or temporary or isolated failure will not constitute failure to achieve full and effective compliance. However, temporary compliance during a period of otherwise sustained noncompliance will not constitute full and effective compliance with this Agreement. | Not Monitorable | | | | | | | | | | |
| 718 | In order for the City to seek to terminate this Agreement or portions of this Agreement, the City must file a motion with the Court. Prior to filing a motion to terminate, the City agrees to notify OAG and the Monitor in writing when the City believes that it is in full and effective compliance with this Agreement and that such compliance has been maintained for the required time period. Within 14 days of notification, the Parties will meet and confer at a mutually agreeable time as to the status of compliance. If, after a period of 30 days of consultation, the Parties cannot resolve any compliance issues, the City may file a motion to terminate all or part of the Agreement. | Not Monitorable | | | | | | | | | | |

| # | Provision | Status | | | | | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 718 | 719. If the City moves to terminate the Agreement, OAG will have 60 days after the receipt of the City's motion to file an objection to the motion. The Monitor will have 60 days after the receipt of the City's motion to certify whether it agrees that the City is in compliance with the Agreement using methods for assessing compliance contemplated by a Monitoring Plan or this Agreement. If the Monitor requests additional time, the Court may extend the Monitor's deadline to so certify if it determines that additional time is required by the Monitor to determine compliance using methods for assessing compliance contemplated by a Monitoring Plan or the Agreement. The Court will hold a hearing on the motion. To terminate the Agreement, the Court must find that that portion of the Agreement is sufficiently severable from other requirements of the Agreement such that partial termination would not impede the Monitor's ability to assess the City's compliance with other requirements of this Agreement. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 720 | 720. At all times, the City will bear the burden of demonstrating by a preponderance of the evidence it has achieved full and effective compliance with the requirements of this Agreement. | IMPO | | | | | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | |
| 721 | 721. Prior to termination of this Agreement, CPD will develop a plan, in consultation with the Monitor and OAG, to conduct compliance reviews, audits, and community surveys deemed necessary and appropriate following the termination of the Consent Decree. CPD will publish the plan for continuing assessments, if any, on CPD's website. | | | | | | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | | Compliance Status | |
| 722 | 722. The following terms—in their singular and plural forms and regardless of their capitalization—and definitions apply to this Agreement: | Not Monitorable | | | | | | | | | | | | | | | | | |
| 723 | 723. "Academy" means CPD's central training facility or the CPD staff assigned to the Education and Training Division of CPD. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 724 | 724. "Accountability Sergeant" means a CPD member at the rank of Sergeant assigned to a district who is responsible for receiving, processing, and investigating complaints made against CPD members, which are referred to the district by BIA. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 725 | 725. "Administrative investigation" means the non-criminal investigation related to misconduct or the actions of a CPD member. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 726 | 726. "Administrative investigation files" means the materials collected during the course of an administrative investigation and maintained in the investigative file. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 727 | 727. "Administrative notification" means the notification of COPA of one or more of the incidents set forth in Chicago Municipal Code Section 2-78-120(c)(xi) or a domestic violence incident involving a CPD officer. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 728 | 728. "Anonymous reporting website" means a website available to CPD members for the purpose of anonymously reporting member misconduct. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 729 | 729. "Best efforts" require a party, in good faith, to take all reasonable steps to achieve the stated objective. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 730 | 730. "Best practices" means any guidelines, standards, policies, procedures, or methods that are consistent with the requirements and goals of this Agreement, and are either supported by research or empirical evidence or are accepted by industry-recognized professionals, agencies, or organizations in the relevant subject area. In case of any conflict or inconsistency between industry-recognized professionals, agencies, or organizations regarding a best practice, CPD is entitled to adopt the practice it prefers, provided that the practice is consistent with the requirements and goals of this Agreement. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 731 | 731. "BIA" means CPD's Bureau of Internal Affairs. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 732 | 732. "BIA Lieutenant" means a CPD member in the rank of Lieutenant assigned to BIA and responsible for supervising investigations conducted by Accountability Sergeants in accordance with this Agreement. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 733 | 733. "Body-worn camera" means audio-visual recording equipment that is worn affixed to an officer's person, uniform, or equipment, with the capability of capturing, recording, and storing audio and/or visual information for later viewing. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 734 | 734. "Case Management System" or "CMS" means an electronic case management system meeting, at a minimum, the requirements of this Agreement. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 735 | 735. "Child" means an individual under the age of 13. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 736 | 736. "City" means the City of Chicago, an Illinois municipal corporation, and any agent, agency, officer, employee, assignee, or successor thereof. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 737 | 737. "Command channel review" means the process by which one or more supervising CPD officers at or above the rank of Commander review the investigative findings and recommendations. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 738 | 738. "Command staff" means sworn officers at the rank of Commander or above (e.g., Commander or Superintendent) and civilian members (e.g., Director) assigned at the discretion of the Superintendent and charged with holding strategic leadership positions within CPD. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 739 | 739. "Complainant" means any person, including a CPD member, who makes a Complaint against a CPD member. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 740 | 740. "Complaint" means one or more allegations of misconduct reported to COPA, CPD, or OIG. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 741 | 741. "COPA" means the Civilian Office of Police Accountability. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 742 | 742. "CPD" or "Department" means the Chicago Police Department and its agents, officers, and employees (both sworn and civilian) in their official capacities. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 743 | 743. "CPD member" or "member" means any sworn CPD member or any civilian employee of CPD. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 744 | 744. "CPD officer" or "officer" means any sworn CPD member at any rank. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 745 | 745. "Crisis intervention Team" or "CIT" means a first responder model of policing that involves the collaboration of community, health care, and advocacy groups committed to improving the way law enforcement and the community responds to individuals in crisis. The Crisis Intervention Team provides CPD members with support, resources, education, and training to safely and effectively interact with individuals in crisis. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 746 | 746. "Days" means calendar days unless otherwise specified. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 747 | 747. "Decentralized training" means training approved by the Education and Training Division or the Training Oversight Committee, with a uniform curriculum, that takes place at the district or unit level rather than at the Academy or other centralized location and is not necessarily required to be received by all members of the Department. | Not Monitorable | | | | | | | | | | | | | | | | | |
| 748 | 748. "Deputy PSIG" means the Deputy Inspector General for Public Safety of the City of Chicago Office of Inspector General. In the event the Office of the Deputy PSIG is vacant, its obligations under this Agreement run to the Officer of the Inspector General for the City of Chicago. | Not Monitorable | | | | | | | | | | | | | | | | | |

| # | Definition | Status | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 749 | "District" means one of the geographic subdivisions designated by CPD, currently numbering 22 in total, which together cover the entirety of the City and are each led by a member of the command staff. | Not Monitorable | | | | | | | | | | | | |
| 750 | "Duty-related traumatic incident" means any police incident or action that a CPD member is involved in or observes that has the potential to result in the member experiencing emotional or psychological distress, ranging from mild to severe. For the purposes of the CPD Traumatic Incident Stress Management Program, the following incidents have been identified as traumatic incidents: a. A firearms discharge incident, except for the destruction of an animal. b. On-duty traffic crashes involving serious personal injury. c. Other serious personal injury incidents involving CPD members occurring while in the performance of duty. d. Any other grave bodily harm or death incidents based on the actions or use of force of a CPD member while in the performance of duty in their capacity as a CPD member. e. Any other incident where a CPD member sustains serious physical or emotional trauma from a duty-related activity may be designated as a traumatic incident by the appropriate CPD supervisor. | Not Monitorable | | | | | | | | | | | | |
| 751 | The "Effective Date" will be set by subsequent order of the Court. | Not Monitorable | | | | | | | | | | | | |
| 752 | "Exonerated" means a finding where it is determined, by clear and convincing evidence, that the conduct described in the allegation occurred but is lawful and proper. | Not Monitorable | | | | | | | | | | | | |
| 753 | "Field qualified" means a designation required for a probationary police officer to successfully complete the Field Training and Evaluation Program. | Not Monitorable | | | | | | | | | | | | |
| 754 | "Field Training Officer" or "FTO" means a sworn member responsible for providing field training to probationary police officers pursuant to CPD's Field Training and Evaluation Program. | Not Monitorable | | | | | | | | | | | | |
| 755 | "Final disciplinary decision" means the final decision of the Superintendent or his or her designee regarding whether to issue or recommend discipline after review and consideration of the investigative findings and recommendations, including after any additional investigation conducted as a result of such review. For COPA investigations, the final disciplinary decision occurs after the conclusion of the process described in Chicago Municipal Code Section 2-78-130(a). | Not Monitorable | | | | | | | | | | | | |
| 756 | "Final disposition" means the status of a misconduct investigation after the final disciplinary decision, and any grievance process, arbitration, Police Board proceeding, or appeal relating to the final disciplinary decision. | Not Monitorable | | | | | | | | | | | | |
| 757 | "Guiding Principles" refers to the paragraphs included in the "Guiding Principles" sections of this Agreement. They are not intended to impose substantive requirements subject to compliance audits or assessments on either of the Parties. "Guiding Principles" are intended to provide the Court, the Monitor, and the public with the context for the subsequent substantive requirements of this Agreement and the overall goals for each section. | Not Monitorable | | | | | | | | | | | | |
| 758 | "Immediate supervisor" means a CPD officer at the rank of sergeant or above (or anyone acting in those capacities) and civilian CPD members with day-to-day oversight responsibility for the CPD members under their direct command. | Not Monitorable | | | | | | | | | | | | |
| 759 | "Individual in crisis" means an individual who exhibits symptoms of known, suspected, or perceived behavioral and mental health conditions, including, but not limited to, mental illness, intellectual or developmental disability, or co-occurring conditions, such as substance use disorders. | Not Monitorable | | | | | | | | | | | | |
| 760 | "Intake process" means the system for processing all non-confidential complaints and administrative notifications by COPA. | Not Monitorable | | | | | | | | | | | | |
| 761 | "Investigative findings and recommendations" means following a misconduct investigation, COPA, BIA or the district's issuance of investigative findings and recommendations to the Superintendent of CPD, or his or her designee. | Not Monitorable | | | | | | | | | | | | |
| 762 | "Involved member" means a CPD member who is alleged to be involved in misconduct. | Not Monitorable | | | | | | | | | | | | |
| 763 | "Juvenile" means an individual under the age of 18. | Not Monitorable | | | | | | | | | | | | |
| 764 | "Law Enforcement Medical and Rescue Training" or "LEMART" means training designed to provide tactical medical and self-rescue capabilities, including the ability to identify and tactically treat otherwise critical wounds and provide hemorrhage control. | Not Monitorable | | | | | | | | | | | | |
| 765 | "LGBTQI" means lesbian, gay, bisexual, transgender, queer, and intersex. Gender nonconforming, while not included in the LGBTQI acronym, is included wherever the LGBTQI acronym is used in this Agreement. | Not Monitorable | | | | | | | | | | | | |
| 766 | "Licensed mental health professional" means any of the following as defined by 59 Ill. Admin. Code 132.25: (a) a Licensed Practitioner of the Healing Arts (LPHA); (b) a Licensed Social Worker (LSW) possessing at least a master's degree in social work and licensed under the Clinical Social Work and Social Work Practice Act, 225 ILCS 20; with specialized training in mental health services or with at least two years' experience in mental health services; or (c) a Licensed Professional Counselor (LPC) possessing at least a master's degree and licensed under the Professional Counselor and Clinical Professional Counselor Licensing Act, 225 ILCS 107, with specialized training in mental health services or with at least two years' experience in mental health services. | Not Monitorable | | | | | | | | | | | | |
| 767 | "Misconduct" means any violation of CPD policy or the law by a CPD member. | Not Monitorable | | | | | | | | | | | | |
| 768 | "Misconduct investigation" means the administrative investigation of a complaint or an administrative notification that progresses past a preliminary investigation. | Not Monitorable | | | | | | | | | | | | |
| 769 | "Not sustained" means a finding where it is determined there is insufficient evidence to prove the allegations by a preponderance of the evidence. | Not Monitorable | | | | | | | | | | | | |
| 770 | "OAG" means the Office of the Attorney General of the State of Illinois[.] | Not Monitorable | | | | | | | | | | | | |
| 771 | "OEMC" means the Office of Emergency Management and Communications. | Not Monitorable | | | | | | | | | | | | |
| 772 | "Officer-involved shooting" means a firearm discharge by a CPD officer that could potentially strike an individual. | Not Monitorable | | | | | | | | | | | | |
| 773 | "Oleoresin capsicum device" or "OC Device" means any Department-authorized implement capable of dispensing a nonflammable propellant, containing inflammatory agents that occur naturally in cayenne peppers (oleoresin capsicum). | Not Monitorable | | | | | | | | | | | | |
| 774 | "Parties" means the State of Illinois, acting through the Office of the Attorney General of the State of Illinois, and the City of Chicago. | Not Monitorable | | | | | | | | | | | | |
| 775 | "Performance Recognition System" or "PRS" means the electronic assessment tool for assisting Department supervisors in recognizing and addressing job performance of members under their command. | Not Monitorable | | | | | | | | | | | | |
| 776 | "Probationary police officer" or "PPO" means a new CPD officer who has completed recruit training at the Academy and is receiving field training or is otherwise employed on a provisional basis. | Not Monitorable | | | | | | | | | | | | |
| 777 | "Procedural justice" refers to a concept involving four central principles designed to build public confidence in the police: (1) treating people with dignity and respect; (2) giving individuals a chance to be heard during encounters; (3) making decisions fairly and transparently, based on facts; and (4) conveying goodwill and trustworthiness. | Not Monitorable | | | | | | | | | | | | |

| # | Definition | | |
|---|---|---|---|
| 778 | "Require" means make mandatory, demand, compel, and enforce | Not Monitorable | |
| 779 | "Responding supervisor" means a CPD supervisor who immediately responds to the scene when a least 2 or level 3 reportable use of force occurs. | Not Monitorable | |
| 780 | "Roll-call training" means in-service training that takes place at the district or unit level during the beginning of a tour of duty. | Not Monitorable | |
| 781 | "Safe and feasible" means conditions that are objectively safe and feasible under the totality of the circumstances, consistent with law and CPD policy. | Not Monitorable | |
| 782 | "Sexual misconduct" means any behavior by a CPD member that takes advantage of the member's position in law enforcement to misuse authority and power (including force) in order to commit a sexual act, initiate sexual contact with another person, or respond to a perceived sexually motivated cue (from a subtle suggestion to an overt action) from another person; any sexual communication or behavior by a CPD member that would likely be construed as lewd, lascivious, inappropriate, or conduct unbecoming of a member; any attempted or completed act by a CPD member of nonconsensual sexual conduct or nonconsensual sexual penetration, as defined in Section 11.0.1 of the Illinois Criminal Code of 2012; any attempted or completed act by a CPD member of criminal sexual assault, as defined in Sections 11-1.20 through 11-1.40 of the Illinois Criminal Code, or any attempted or completed act by a CPD member of criminal sexual abuse, as defined in Sections 11-1.50 and 11-1.60 of the Illinois Criminal Code of 2012. | Not Monitorable | |
| 783 | "Squadrol" means a unit assigned to a district vehicle that has the primary function of transportation of arrestees in addition to field patrol duties. | Not Monitorable | |
| 784 | "State" means the State of Illinois acting through the Office of the Attorney General of the State of Illinois. | Not Monitorable | |
| 785 | "Superintendent" means the Superintendent of CPD or a properly designated Acting or Interim Superintendent. | Not Monitorable | |
| 786 | "Supervisor" means a sworn CPD member at the rank of Sergeant or above (or anyone acting in those capacities) and non-sworn CPD members with oversight responsibility for other CPD members. | Not Monitorable | |
| 787 | "Sustained" means a finding, where it is determined the allegation is supported by a preponderance of the evidence[.] | Not Monitorable | |
| 788 | "Taser" means any Electronic Control Weapon, regardless of whether such weapon is sold or manufactured under the brand-name "Taser." | Not Monitorable | |
| 789 | "Tele-communicators" means the Police Communication supervisors, call-takers, and dispatchers employed by OEMC. | Not Monitorable | |
| 790 | "Tour of duty" means the period of time during which a CPD member is considered to be on duty. It may be a scheduled or unscheduled period, including periods assigned to members in advance of the scheduled tour, and periods covering the intervals when the regular tours of duty overlap. Tour of duty does not include periods assigned to members in advance of the performance of work (i.e., watches or shifts) or time spent on work performed outside of the assigned watch. | Not Monitorable | |
| 791 | "Trauma-informed crisis intervention techniques" means appropriate strategies, approaches, or tactics that consider symptoms of trauma and mental health conditions when determining how to respond to and de-escalate incidents involving individuals in crisis. | Not Monitorable | |
| 792 | "TRR" means the CPD form titled Tactical Response Report. | Not Monitorable | |
| 793 | "TRR-I" means the CPD form titled Tactical Response Report – Investigation. | Not Monitorable | |
| 794 | "TRR-R" means the CPD form titled Tactical Response Report – Review. | Not Monitorable | |
| 795 | "Unfounded" means a finding where it is determined, by clear and convincing evidence, that an allegation is false or not factual[.] | Not Monitorable | |
| 796 | "Unique tracking number" means a number assigned to a complaint or administrative notification, including a Log Number, linked with all phases of the administrative investigation and disciplinary recommendation, grievance process, arbitration, Police Board proceedings, and remedy therefrom. | Not Monitorable | |
| 797 | "Unit" means any bureau, group, section, organizational segment, or other subset of CPD that is officially established within CPD's organizational structure and commanded by supervisory Department members. | Not Monitorable | |
| 798 | "Will" means that the relevant provision imposes a mandatory duty. | Not Monitorable | |
| 799 | "Youth" means an individual of the age 13 through 24. | Not Monitorable | |

| | | In General | Methodology | Assessment Sources |
|---|---|---|---|---|
| **Policy** (i.e., sufficient written guidance) | | The IMT will assess whether the City developed policies, written in plain language, with the proper procedures, including research and distribution. For our purposes, "policy" includes all forms of applicable written guidance, such as standard operating procedures, general orders, special orders, directives, memoranda from leadership, plans, and training materials. We will consult with the OAG, the City, the CPD, and the other relevant entities to develop new or revised policies. | The IMT will review the City's, the CPD's, and the other relevant entities' policies, regarding the Consent Decree requirements, including applicable best practices. For policies required by the Consent Decree, the IMT will follow the policy process described in the Consent Decree (¶626–41), which delineates applicable consultation, resolution, workout, and public comment periods. Paragraph 626, for example, requires policies to be "plainly written, logically organized, and use clearly defined terms."<br>The IMT will review the City's, the CPD's, and the other relevant entities' policies, regarding the Consent Decree requirements, including applicable best practices. For policies required by the Consent Decree, the IMT will follow the policy process described in the Consent Decree (¶626–41), which delineates applicable consultation, resolution, workout, and public comment periods. Paragraph 626, for example, requires policies to be "plainly written, logically organized, and use clearly defined terms."<br>When assessing policies, the IMT will consider whether the City developed policies with proper procedures; whether they include sufficient accountability mechanisms for policy violations; received input from the requisite stakeholders, experts, and community members (the IMT will continue to work with the Parties and community stakeholders to ensure that community engagement is sufficiently nuanced to achieve the goals of the Consent Decree); considered applicable best practices (¶730); wrote the policies in clear language; made the policies easily accessible to the relevant communities; included all of the Consent Decree's requirements; and has developed a sufficient feedback loop for future revisions, as appropriate. For each element, the IMT needs to see sufficient proof that these steps were taken.<br>Some paragraphs do not explicitly require policies, but some form of written guidance may be required to sustainably implement the required reforms, such as strategies and plans. In these instances, the IMT will review whether the City, the CPD, or the other relevant entities have created any written "policy" that conforms to best practices and assists the IMT and the Parties to measure compliance. | For policies, the IMT may consider the following assessment sources, among others: all relevant policies (including drafts, General Orders, Standard Operating Procedures (SOPs), and any other rules or directives), underlying materials and primary sources for applicable best practices; public postings, communications with representatives from the City, the CPD (such as personnel from the Research and Development Unit), COPA, the Police Board, and the community; City, the CPD, and other relevant City entity websites and public postings; and materials from or meetings with various internal and community working groups. |
| **Training** | | The IMT will assess whether the City has developed training plans and curriculum and delivered that training to the relevant personnel during the necessary intervals. | The IMT will review the City's, the CPD's, and the other relevant entities' training development, implementation, and evaluation (¶286). We will rely upon the "ADDIE model" of curriculum development and implementation as our evaluation standard, which typically incorporates the following elements: training needs assessment, curriculum design, curriculum development, training implementation (training delivery), and training evaluation. Each of these five elements is considered an essential component of effective training. Training evaluation includes student and trainee evaluations—both formative and summative evaluations—as well as measurements of how specific training goals are implemented at the organizational level. We will also assess whether training is evidenced based and conforms to best practices, as applicable. We will also use this model to measure the effectiveness of the trainers (¶¶283–85). When applicable, we will also assess whether the City, the CPD, and the other relevant entities adequately sought, received, and incorporated community input and participation. The IMT will also seek to verify sufficient attendance records (i.e., 95% of relevant personnel), including hours attended. | For training, the IMT may consider the following assessment sources, among others: communications with representatives from the City, the CPD, COPA, the Police Board, and the community; input from trainers and trainees; trainer qualifications; applicable training plans, reports, evaluations, and materials, including presentations, videos, images, handouts, bulletins, and electronic-learning modules; curricula (e.g., in classroom, scenario-based, and eLearning); student learning objectives; student and instructor training materials; presentations; videos; course agendas; training rosters; tracking data; attendance records; direct observations of training courses (classroom, scenario-based training, and field training); course evaluations; and pre- and post-course learning surveys. |

| | | | |
|---|---|---|---|
| **Data** | The IMT will assess whether the City is collecting, tracking, and maintaining data as required. The IMT will make reasonable efforts to ensure that data are reliable before we use it to measure compliance at any level. We will, for example, compare multiple sources to "triangulate" the data, such as CPD data from various units, footage from body worn cameras, footage from dashboard cameras, community feedback, complaints, and others. | The IMT will review data sources that are sufficient to show compliance with the requirements of each paragraph of the Consent Decree and consider all available data that the IMT considers necessary or helpful to identify, verify, and sustain reform efforts. We will use the following principles to monitor data collection, analysis, and management requirements: 1) consistent use of data for analysis, 2) assessment of measurement properties (reliability and validity), 3) use of appropriate statistical techniques with graphic representations of data where appropriate, 4) integrating improvements in the measurement properties of data as appropriate, and 5) the use of measures derived from best practices in other analyses. We will, for example, compare multiple data sources, such as CPD data from various units, footage from body worn cameras, community feedback about their experiences with the CPD, community complaints, and others to "triangulate" the data, providing the IMT with a more robust understanding of the requirement under assessment. We will also consider whether CPD data is sufficient to allow the IMT to evaluate compliance (i.e., whether important data points are missing from CPD's data systems). | For data, the IMT may consider the following assessment sources, among others: data bases and systems; interactive presentations of data (such as Tableau dashboards), spreadsheets, and any other data sources whether electronic or paper; video from body worn cameras, vehicle dashboard cameras, and members of the community; plans, gap analyses, reports, surveys, audits (internal and external), and training materials; communications with representatives from the City, the CPD, COPA, OIG, the Police Board, OEMC, and the community; incident reports; formal and informal complaints; and the random review of files. |
| **Jobs** | The IMT will assess whether the City has created the requisite positions and staffed those positions with qualified personnel. | The IMT will review records that are sufficient to show that the City, the CPD, and the other relevant entities have qualified personnel fulfilling the responsibilities to achieve the goals of the Consent Decree. The IMT will also review whether the City, the CPD, and other relevant entities have assessed needs, such as a job task analysis appropriate; created the job positions and descriptions required by the Consent Decree; allocated sufficient resources to create and staff those positions with qualified personnel; and does so. We will also determine whether the City, the CPD, and the other relevant entities are making the required efforts to fill those positions, and whether the City, the CPD, and the other relevant entities follow fair selection processes (as detailed in the City's Hiring Plan). We will also review whether the City staffs those positions with qualified personnel. | For jobs, the IMT may consider the following assessment sources, among others: City "Notices of Job Opportunity" (NOJOs); position descriptions; applications; résumés; any additional applicant screening tools; interviews with appropriate personnel, which may include the particular personnel and their supervisors; selection criteria; staffing plans; and standard operating procedures. |
| **Community** | The IMT will assess whether the City has engaged the community as required, including outreach, engagement in meaningful dialogue, and inclusion in effective policing (i.e., community policing strategies). | We will assess the City, the CPD's, and the other relevant entities efforts to engage with the community members, community-based organizations, and other stakeholders regarding requisite policy, training, and operations (i.e., community policing) development and implementation. The Consent Decree contains many specific references to the importance of and need for consistent, state-of-the-art, community engagement, community policing, and problem-solving policies and practices. The references apply to all members of the CPD (¶10), and cover such topic areas as engagement with youth (¶12), use of social media (¶46), impartial policing (¶¶49, 52), crisis intervention team matters (¶¶115, 129), community mediation of complaints, community mediation of complaints (¶511), the Police Board (¶531), and the CPD engagement of community members in policy development (¶633). For monitoring community engagement, community policing, and problem solving, the IMT will incorporate standards and principles from several sources. Most notably, we will incorporate standards and principles from the DOJ Office of Community Oriented Policing Services (COPS), the community engagement and collaboration principles developed by the DOJ Bureau of Justice Assistance's Strategies for Policing Innovation initiative, and other recognized sources of "best practices" (¶730) (e.g., International Association of Chiefs of Police, the Commission on Accreditation for Law Enforcement Agencies, the Center for Problem-Oriented Policing, and the Task Force on 21st Century Policing). The IMT will refer to the three pillars of community oriented policing espoused by COPS: community-police partnerships, problem-solving, and organizational transformation. | For community engagement, the IMT may consider the following assessment sources, among others: attending and hosting community events; existing policies, directives, memoranda, and other documents related to community policing, problem solving, and community engagement; communications with representatives from the City, the CPD, COPA, the Police Board, and the community; stakeholder websites; community input systems, such as advisory committees and working groups; meeting minutes and attendance records from such input systems; samples of feedback, such as recommendations, sufficient to measure the effectiveness of the community input system; community complaints; training curricula regarding community engagement, community policing, and problem solving along with training delivery methods and trainer qualifications; training classes; training attendance records; training evaluations; observations of CPD employees in action; community survey of Chicago community members; data gathered from community members through interviews, focus groups, and questionnaires (see ¶55); data gathered from the CPD Community Engagement Management System (CEMS); and records related to the District Community Policing Strategic Plans regarding problem-solving projects and activities. |

In general, the IMT will recognize five key dimensions of community engagement in our overall approach to monitoring the City's compliance with the community engagement mandates and expectations in the Consent Decree: 1) outreach; 2) meetings and interactions; 3) problem-solving and decision making; 4) follow-up and sustainability of partnerships, community policing, and problem-solving activities; and 5) general police-community interactions, regardless of context. These five dimensions provide an overall framework for examining community engagement activities required by the Consent Decree. The IMT recognizes that each paragraph referencing a requirement for community contact or input has its own context and specific language. Monitoring compliance will be customized for each paragraph, while adhering to this overall approach.

1. **Outreach.** This dimension encompasses the City's efforts to reach out to the community proactively, meaningfully, and consistently in an inviting way that encourages dialogue with the City and police officers, problem identification, problem solving, relationship building, trust development, and feedback and participation regarding policies, training, and strategies, as applicable. As appropriate, the CPD's outreach should include Chicago community residents, stakeholder and advocacy groups, and members of identified groups in the Consent Decree (see, e.g., ¶55). For this dimension, the IMT may assess the following, among other things: 1) outreach to general community members (at various levels, including city-wide, regionally, by district, beat, or neighborhood); 2) outreach to communities that have experienced previous challenges with access to police services; 3) the methods of outreach; and 4) frequency of outreach strategies or techniques.

2. **Meetings and Planned Interactions.** This dimension encompasses the results of outreach, such as the following: 1) how City personnel interact and communicate with Chicago residents and members of marginalized groups when they attend community policing-oriented meetings and events; 2) whether communications and interactions reflect the spirit of community policing, community engagement, and problem-solving; and 3) whether communications reflect bias. This dimension also encompasses the structure of police-community meetings and events, agenda-setting practices, meeting facilitation and participation, meeting documentation, information sharing, and other aspects of effective meetings.

3. **Problem Solving and Decision Making.** This dimension encompasses collaboration between the police and the community regarding problem-solving, crime prevention and reduction, community quality of life improvement, and other local priorities based on the outreach and meeting activities noted above. It also encompasses the extent to which the City shares responsibilities with community members regarding all aspects of problem-solving.

4. **Follow Up and Sustainability.** This dimension encompasses how the City and community members maintain action and activity on their problem-solving efforts and other community engagement activities (*e.g.*, meetings, working groups, special projects, and problem solving); how the City incorporates sustainability measures into its policies and practices; how the City supports, documents, sustains, and improves its district community policing and crime prevention priorities and plans; and how the City develops and maintains meaningful partnerships with the communities they serve.

5. **General Police-Community Interactions.** This dimension encompasses the bulk of the City's interactions with the Chicago community that do not fall within any of the many planned meetings and community events. We stress that all police-community interactions should be characterized by civility, respect, fairness, transparency, helpfulness, lack of bias, and procedural justice.

| | | The IMT and its Community Engagement Team will engage community members, community-based organizations, police officers, other relevant City and CPD personnel, and other stakeholders to assess the frequency, quality, effectiveness, and sufficiency of the City's community engagement efforts. We will compare input with the information provided by the City, the CPD, and other relevant entities. | |