# EXHIBIT 3

# POLICE BOARD
# CITY OF CHICAGO

## Hearing Officer Selection Criteria[1]
## December 10, 2019

The Police Board will use the following criteria when selecting hearing officers to conduct disciplinary hearings:

1. Attorney licensed to practice in the State of Illinois, with a minimum of five years' experience;

2. Extensive trial experience;

3. Hearing officer or quasi-judicial experience (preferred, but not required);

4. In-depth knowledge of the law and procedure;

5. Excellent oral- and written-communication skills;

6. Ability to be impartial when conducting disciplinary proceedings;

7. Ability to present complex legal and factual issues clearly and impartially to the Board members;

8. Professional and personal integrity and good character;

9. Not be a current employee of the City of Chicago Law Department, Police Department, or Civilian Office of Police Accountability, or an employee of one of these agencies within the last three years.

To ensure that the Board has sufficient information to evaluate hearing officer candidates on the above criteria, the Board's selection process will include completion of an extensive application form, submission of a writing sample, two rounds of in-person interviews, conversations with references and others in the legal community, and a background check.

---

[1] These criteria are created to fulfill the requirements of Paragraph No. 533 of the Consent Decree entered in *Illinois v. Chicago*:

> 533. Within 180 days of the Effective Date, the Police Board will submit selection criteria for Police Board hearing officers to the Monitor and OAG for review and comment. The criteria will be drafted to help identify individuals who possess sufficient competence, impartiality, and legal expertise to serve as hearing officers. The selection criteria will be published on the Police Board's website. The City and the Police Board will ensure that the selection criteria are the basis for future selection of Police Board hearing officers.