# EXHIBIT 4



CITY OF CHICAGO

POLICE BOARD

# STANDARD OPERATING PROCEDURES AND POLICIES

26 May 2021

2 NORTH LASALLE STREET, SUITE M800, CHICAGO, ILLINOIS 60602
312.742.4194 • WWW.CHICAGOPOLICEBOARD.ORG

# Police Board
# City of Chicago

## STANDARD OPERATING PROCEDURES AND POLICIES

## 26 May 2021

**Section 1: Introduction** .................................................................................................... 1
    Section 1.1 Police Board's Powers and Responsibilities ................................................ 1
    Section 1.2 Purpose of this Publication ........................................................................... 1

**Section 2: Police Disciplinary Cases** ................................................................................ 2
    Section 2.1 Hearing Officers .......................................................................................... 2
        Subsection 2.1.1 Hearing Officer Selection Criteria ...................................................... 2
        Subsection 2.1.2 Hearing Officer Selection Process ...................................................... 2
        Subsection 2.1.3 Hearing Officer Orientation ................................................................ 3
    Section 2.2 Policy Regarding Data About Police Board Decisions ................................ 4
        Subsection 2.2.1 Case-Specific Data ............................................................................. 4
        Subsection 2.2.2 Aggregate Data ................................................................................... 4

**Section 3: Police Board Meetings** ................................................................................... 5
    Section 3.1 Regular Public Meetings .............................................................................. 5
        Subsection 3.1.1 Notice of Meetings ............................................................................. 5
        Subsection 3.1.2 Policy Regarding Public Attendance and Participation ..................... 5
        Subsection 3.1.3 Policy Regarding Community Input ................................................... 6
    Section 3.2 Executive Sessions ....................................................................................... 6
        Subsection 3.2.1 Notice of Meetings ............................................................................. 6
        Subsection 3.2.2 Providing Police Disciplinary Case Material to Board Members .... 7

**Section 4: Meetings with Other Agencies** ....................................................................... 8
    Section 4.1 Quarterly Meetings with COPA and PSIG .................................................. 8

# Section 1: Introduction

## §1.1 Police Board's Powers and Responsibilities

The Police Board ("Board") derives its authority from city ordinance and state law, and its primary powers and responsibilities include:

- Deciding disciplinary cases when the Superintendent of Police files charges to discharge a sworn officer from the Police Department;

- Ruling on matters in which the Chief Administrator of the Civilian Office of Police Accountability and the Superintendent of Police disagree regarding discipline of an officer.

- Holding monthly meetings that provide an opportunity for all members of the public to present questions and comments directly to the Board.

- Adopting the rules and regulations governing the Chicago Police Department, and making recommendations for changes in Chicago Police Department policy and operating procedures.

## §1.2 Purpose of this Publication

The purpose of this publication is to document the procedures and policies regarding the operations of the Board and its staff.

Chicago Police Board  
Standard Operating Procedures and Policies

26 May 2021  
Page 1 of 8

17-cv-06260

MONITOR00237164

## Section 2: Police Disciplinary Cases

**§2.1 Hearing Officers**

Section 2-84-030 of the Municipal Code of Chicago grants the Board the power to designate hearing officers to conduct disciplinary hearings.

§2.1.1 Hearing Officer Selection Criteria

The Board will use the following criteria when selecting hearing officers to conduct disciplinary hearings:

1. Attorney licensed to practice in the State of Illinois, with a minimum of five years' experience;

2. Extensive trial experience;

3. Hearing officer or quasi-judicial experience (preferred, but not required);

4. In-depth knowledge of the law and procedure;

5. Excellent oral- and written-communication skills;

6. Ability to be impartial when conducting disciplinary proceedings;

7. Ability to present complex legal and factual issues clearly and impartially to the Board members;

8. Professional and personal integrity and good character;

9. Not be a current employee of the City of Chicago Law Department, Police Department, or Civilian Office of Police Accountability, or an employee of one of these agencies within the last three years.

To ensure that the Board has sufficient information to evaluate hearing officer candidates on the above criteria, the Board's selection process will include completion of an extensive application form, submission of a writing sample, two rounds of in-person interviews, conversations with references and others in the legal community, and a background check.

§2.1.2 Hearing Officer Selection Process

The Board will use the following process for selecting new hearing officers.

Chicago Police Board  
Standard Operating Procedures and Policies  
26 May 2021  
Page 2 of 8

17-cv-06260  
MONITOR00237165

The Board's executive director will post a position announcement on the Board's website, notify local bar associations of the announcement, and place an advertisement in the Chicago Daily Law Bulletin.

The application deadline will be no sooner than three weeks after the posting of the position announcement. To be considered for the position, an applicant must submit: (1) an application form that includes detailed information on the applicant's education, legal practice, litigation experience, hearing officer experience, and references; (2) a résumé; and (3) one writing sample.

The Board will authorize a search committee to review applications and conduct a first round of interviews. The search committee will consist of two Board members, current Police Board hearing officers, the Board's legal counsel, and the Board's executive director. The search committee will use the criteria in §2.1.1 above to select applicants for an interview with the committee and to recommend a short list of candidates to the Board. The Board will then review their applications and interview these candidates. The Board will use the criteria in §2.1.1 above to select one or more finalists for the position.

The Board's legal counsel and executive director will: (1) contact each finalist's references and others in the legal community to discuss the finalist's qualifications; (2) have a background check of each finalist conducted; and (3) report to the Board the results of their discussions and the background checks.

The Board will take final action at a public meeting to designate one or more new hearing officers.

The Board's president, executive director, and new hearing officer will sign a letter of understanding regarding the terms of service.

§2.1.3 Hearing Officer Orientation

The Board's executive director will provide each new hearing officer with relevant sections of the Illinois Compiled Statutes, the Municipal Code of Chicago, and the Board's Rules of Procedure. Each new hearing officer will meet with the executive director and current hearing officers to discuss this material and to ensure that each new hearing officer understands that the requirements set forth in this material apply to the Board's process for handling police disciplinary cases.

Each new hearing officer will review records of proceedings and observe status hearings, pre-hearing conferences, and evidentiary hearings of cases currently before the Board, and will observe executive sessions at which the Board considers cases.

The Board's hearing officers, executive director, and legal counsel will meet at least twice per year to discuss changes to procedures and issues pertaining to the handling of cases.

Chicago Police Board
Standard Operating Procedures and Policies

26 May 2021
Page 3 of 8

17-cv-06260

MONITOR00237166

**§2.2 Policy Regarding Data About Police Board Decisions**

The executive director of the Board shall track and publish case-specific and aggregate data about Police Board decisions, as follows.

§2.2.1 Case-Specific Data

The executive director shall publish on the Police Board website a spreadsheet of case-specific data about Police Board decisions and shall update the spreadsheet each month. The spreadsheet shall contain and include, at a minimum, the following data on each case decided since January 1, 2019:

1. the date of the alleged misconduct;

2. the date on which the investigating agency (COPA, BIA, district, or OIG) received the complaint or notification for investigation;

3. the date(s) of the Police Board hearing over which the hearing officer presided;

4. the disciplinary recommendations and/or decisions (where applicable) made by COPA, BIA, the Superintendent, and the Police Board; and

5. whether any Police Board decision has been appealed to any state court and, if so, the court's final judgment.

§2.2.2 Aggregate Data

No later than March 31 of each year, the Executive Director shall publish on the Police Board website aggregate data about Police Board decisions made during the previous calendar year. The publication shall contain and include, at a minimum, the following data:

1. the average time between the filing of disciplinary charges with the Police Board and the first day of hearing;

2. the average time between the filing of disciplinary charges with the Police Board and the Police Board's decision;

3. the average time between the date on which the investigating agency (COPA, BIA, district, or OIG) received the complaint for investigation and the Police Board's decision; and

4. the average time between the date of the alleged misconduct giving rise to the complaint or notification and the Police Board's decision.

## Section 3: Police Board Meetings

### §3.1 Regular Public Meetings

Section 2-84-020 of the Municipal Code of Chicago requires the Board to hold a regular public meeting at least once a month.

§3.1.1 Notice of Meetings

At each public meeting, the Board will provide notice of the next month's regular public meeting. In addition, the Board's staff will provide notice of the next regular public meeting on the Board's website.

The Board's staff will post the agenda for each regular public meeting at least 48 hours in advance of the meeting.

§3.1.2 Policy Regarding the Attendance of and Participation by the Public at Board Meetings

The Police Board values the attendance of the public at its meetings and the opportunity to receive comments and questions on matters concerning the Board or the Police Department. The Board will treat members of the public with courtesy and respect, and expects that the public will treat Board members and Department members in a similar manner.

Toward that end, the Board has adopted the following rules governing conduct at Board meetings:

1. An individual wishing to address the Board must sign-up in advance by contacting the Board's office no later than 3:00 p.m. of the day of the meeting, or by signing up in person at the meeting location up to 15 minutes before the meeting begins.

2. When called upon to address the Board, each speaker is to identify him/herself and speak clearly so that all in attendance may hear and so that the court reporter may make an accurate record of the proceedings.

3. Due to time constraints, each speaker is limited to two minutes and must conclude when asked to do so by the Board member acting as parliamentarian.

4. Personal attacks, obscene language, fighting words, threats, conduct intended to disrupt or interfere with the meeting, and comments not related to matters within the Board's or the Department's jurisdiction, by a speaker or any person in attendance, are strictly prohibited.

Chicago Police Board  
Standard Operating Procedures and Policies  
26 May 2021  
Page 5 of 8

17-cv-06260  
MONITOR00237168

Violation of any of the above rules may result in the removal of the violator from the meeting room, or in the immediate adjournment of the meeting; in addition, repeated violations may result in the violator not being permitted to attend or participate in future Board meetings.

§3.1.3 Policy Regarding Community Input Received at Police Board Public Meetings

The City values the attendance of the public at monthly Police Board meetings and the opportunity to receive comments and questions concerning police-related matters. The following policy is created to ensure responsiveness to community input received at the meetings.

1. Each Police Board public meeting shall be transcribed by a court reporter. The transcript of the meeting shall include a complete report of each speaker's remarks, and shall be posted on the Police Board website.

2. Within seven business days of the public meeting, the executive director of the Police Board shall review the transcript of the meeting, classify the community input received, and direct the community input to the appropriate responding agency (Police Department, Civilian Office of Police Accountability, Police Board, Deputy Inspector General for Public Safety, and/or any other appropriate agency).

3. Each responding agency shall make best efforts to respond fully to the community input. (As defined in Paragraph No. 729 of the Consent Decree entered in *Illinois v. Chicago*, "'Best efforts' require a party, in good faith, to take all reasonable steps to achieve the stated objective.")

4. Within ten business days of receiving the community input from the executive director of the Police Board, each responding agency shall provide the executive director with a written report documenting its response to the community input to date. The executive director of the Police Board shall track all community input and responses.

5. The executive director of the Police Board shall post on the Police Board website prior to the next public meeting: (a) a report of the tracking of community input and responses (if no response is received, this will be noted on the report), and (b) each responding agency's written report of its response to the community input.

**§3.2 Executive Sessions**

The Board meets in executive session (closed meeting) to consider police disciplinary cases and other matters, as authorized by the Illinois Open Meetings Act.

§3.2.1 Notice of Meetings

At each executive session, the Board's executive director will provide notice of the next executive session.

The Board's staff will post the agenda for each executive session at least 48 hours in advance of the meeting.

§3.2.2 Providing Police Disciplinary Case Material to Board Members

Approximately three weeks in advance of an executive session at which a police disciplinary case will be considered, or as soon as practical, the Board's staff will provide the Board members with the video recording of the entire evidentiary hearing and the record of proceedings of the disciplinary case (see Appendix C of the Board's Rules of Procedure a listing of the contents of the record of proceedings that shall be provided to the Board members).

Chicago Police Board
Standard Operating Procedures and Policies

26 May 2021
Page 7 of 8

17-cv-06260

MONITOR00237170

## Section 4: Meetings with Other Agencies

### §4.1 Quarterly Meetings with COPA and PSIG

At least quarterly, the president of the Police Board, or his or her designee, will meet with the Civilian Office of Police Accountability and the Deputy Inspector General for Public Safety to confer and share information regarding trends and analyses of data relating to the Chicago Police Department. They will jointly or separately provide any resulting recommendations for changes in CPD policy or rules, in writing, to the Superintendent.

All policy recommendations from the president of the Police Board along with the Superintendent's responses will be published on the Board's website.

Chicago Police Board
Standard Operating Procedures and Policies

26 May 2021
Page 8 of 8

17-cv-06260

MONITOR00237171