# EXHIBIT 5



DEPARTMENT OF LAW
CITY OF CHICAGO

August 30, 2019

**VIA EMAIL**
Maggie Hickey
Independent Monitor
233 South Wacker Drive
Suite 7100
Chicago, Illinois 60606
MHickey@schiffhardin.com

Shareese Pryor
Chief, Civil Rights Bureau
Office of the Attorney General of Illinois
100 W Randolph, 11th Floor
Chicago, IL 60601
SPryor@atg.state.il.us

Re: *State of Illinois v. City of Chicago*, Case No. 17-cv-6260
Par. 533, Police Board Hearing Officer Selection Criteria

Dear Ms. Hickey and Ms. Pryor:

Consent Decree Paragraph 533 requires the Police Board to submit selection criteria for Police Board hearing officers to the IMT and OAG for review and comment. Attached for your compliance review are the initial draft criteria [**MONITOR14903**], which the Police Board created on June 20, 2019, and the most recent draft criteria [**MONITOR14886**].

In order to solicit community feedback, the draft criteria were posted to Police Board's website and open for public comment from June 26 through August 22, 2019; the Board also notified several community organizations of this posting. To assist with your compliance review, attached are the comments Police Board received (a letter from the ACLU of Illinois is attached [**MONITOR14887-14888**]; the Board also received from several individuals comments identical to those in the ACLU letter).

In addition, the Board solicited feedback from the Chicago Police Department, the Civilian Office of Police Accountability, the Deputy Inspector General for Public Safety, the Labor Division of the City's Law Department (which represents the Superintendent in

disciplinary proceedings before the hearing officer), and attorneys who frequently represent accused officers in these proceedings. The Board received no questions or comments from these agencies or attorneys.

Please let us know whether any additional documents would be of assistance in your compliance review. To allow Police Board to timely finalize and implement the policy, the City kindly requests that IMT and OAG provide any written comments **as soon as possible but no later than September 30, 2019**.

***********************

The City requests that the entirety of this production be afforded confidential treatment under the Freedom of Information Act ("FOIA"), 5 U.S.C. Section 552, the Illinois Freedom of Information Act, 5ILCS 140/1 and other applicable law, rule or regulation. As the production of these materials is subject to the confidentiality orders entered in the above-captioned case, such production is not intended to, and does not, waive any applicable privilege, work product protection or other legal protection. Any transmission of protected information shall be considered inadvertent and covered by the Order of the District Court under Federal Rule of Evidence 502(d). Finally, the materials contain confidential information covered by the Illinois Juvenile Court Act, which are being provided subject to the requirements of Administrative Special Order 19-04 entered by the Circuit Court of Cook County, Illinois, on April 25, 2019.

Sincerely,

Tyeesha Dixon
Deputy Corporation Counsel
Public Safety Reform
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
(312) 744-1806
tyeesha.dixon@cityofchicago.org