# EXHIBIT 7



CITY OF CHICAGO

CHICAGO POLICE BOARD

1 December 2021

Maggie Hickey
Independent Monitor
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606

Chris Wells
Chief, Public Interest Division
Office of the Attorney General of Illinois
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601

Re: State of Illinois v. City of Chicago, Case No. 17-cv-6260
    Consent Decree Paragraph No. 533, Hearing Officer Selection Criteria

Dear Ms. Hickey and Mr. Wells:

Consent Decree Paragraph No. 533 requires the Police Board to draft selection criteria for its hearing officers, and requires these criteria to be the basis for the future selection of hearing officers to preside over police disciplinary cases. The Board's hearing officer selection criteria became effective on 10 December 2019 (see MONITOR00023846, previously produced).

The Board has no vacant hearing officer positions and has not conducted a hearing officer search during the current monitoring period. The most recent hearing officer search concluded on 21 January 2021.

Sincerely,

*Max A. Caproni*

Max A. Caproni
Executive Director