# EXHIBIT 10



22 February 2022

Zoe Jones
Assistant Corporation Counsel
Public Safety Reform Division
City of Chicago Department of Law
121 North LaSalle Street
Chicago, Illinois 60602

Re: State of Illinois v. City of Chicago, Case No. 17-cv-6260
Consent Decree Paragraph No. 535, Police Board Disciplinary Hearings

Dear Ms. Jones:

I write to provide information on the on-boarding process for new Police Board members.

Soon after City Council confirmation of the Mayor's appointment of a new Board member, I meet with the new Board member to discuss in detail the Board's powers and duties, including the Rules of Procedure for police disciplinary cases and the Consent Decree requirements pertaining to the Police Board. Below are materials that I make available to new Board members and which we discuss at our meeting:

- Sections of the Municipal Code of Chicago and the Illinois Compiled Statutes regarding the Police Board;
- Police Board Rules of Procedure;
- Sections of the Consent Decree pertaining to the Police Board; and
- Chicago Police Department Rules and Regulations.

I specifically discuss with all new Board members the requirements that they watch the video recording of the entire evidentiary hearing and review the complete record of the case, including any demonstrative exhibits, the hearing officer's report, and any objections to the report.

Sincerely,

Max A. Caproni
Executive Director