# EXHIBIT 11 (PART 1)



CITY OF CHICAGO

✶

CHICAGO POLICE BOARD

1 December 2021

Maggie Hickey
Independent Monitor
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606

Chris Wells
Chief, Public Interest Division
Office of the Attorney General of Illinois
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601

Re:    State of Illinois v. City of Chicago, Case No. 17-cv-6260
       Consent Decree Paragraph No. 536, Disciplinary Files

Dear Ms. Hickey and Mr. Wells:

Consent Decree Paragraph No. 536 requires parties to the Police Board case (the Superintendent and the involved CPD member) will be given access to the CPD member's complete disciplinary file and will have the opportunity to move for entry into the record of proceedings any relevant aspect of the CPD member's disciplinary file.

I am producing for your review the following items for the first three police disciplinary cases filed with the Board after the Board's Rules of Procedure were amended on 18 February 2021 to set forth requirements pertaining to the respondent's complete disciplinary file:

- Transcripts of status hearings and pre-hearing conferences that document that the procedures in Appendix A and Section II.J.10. of the Rules of Procedure are being followed. (See the highlighted text on pages 15, 39, 44, 66, 168, 169, 212, 234, 236, and 237 of the file that includes the transcripts.)

Thank you very much for your consideration.

Sincerely,

*Max A. Caproni*

Max A. Caproni
Executive Director

Report of Proceedings
April 26, 2021

BEFORE THE POLICE BOARD
OF THE CITY OF CHICAGO


IN THE MATTER OF CHARGES  )
FILED AGAINST             )  Case No. 21 PB 2988
P.O. REGINALD MURRAY      )


REPORT OF PROCEEDINGS (Via teleconference)

had at the status in the above-entitled matter before

MR. MICHAEL PANTER, HEARING OFFICER, taken on April

26, 2021, at the hour of 10:50 o'clock a.m.

\* \* \* \* \* \* \* \*


TELEPHONIC REMOTE APPEARANCES:


MS. MARIA VUOLO-MILAN,
(Via teleconference),
MS. JUDITH DEVER,
(Via teleconference),

on behalf of the Superintendent;

MR. ALAN BERNSTEIN,
(Via teleconference),

on behalf of Respondent Murray;


POLICE BOARD OF THE CITY OF CHICAGO
MR. MAX CAPRONI, Executive Director,
(Via teleconference.)

Report of Proceedings
April 26, 2021

```
1        HEARING OFFICER PANTER:  All right, so on the

2    record.  This is Hearing Officer Panter.  I'm calling

3    Case Number 21 PB 2998, Officer Reginald Murray, and

4    let's have everybody introduce themselves and who

5    they represent and spell their names for the

6    Superintendent.

7        MS. VUOLO-MILAN:  Yes, good morning.  This is

8    Maria Vuolo-Milan; V, like Victor, u-o-l-o, dash,

9    M-i-l-a-n, on behalf of the Superintendent.

10            And I think the case number that I have for

11   the Officer Murray matter is 21 PB 2988.

12       HEARING OFFICER PANTER:  Yep, you're right.

13       MS. DEVER:  And this is Judy Dever, D-e-v, as in

14   Victor, e-r, representing Superintendent.

15       MR. BERNSTEIN:  For the record, Alan Bernstein on

16   behalf of Officer Reginald Murray.

17            I do have one quick disclosure request, your

18   Honor.  Your name is not Michael Panter, is it?

19       HEARING OFFICER PANTER:  Yes, it is.

20       MR. BERNSTEIN:  Okay.  Did we not once work

21   together many years ago in the same suite?

22       HEARING OFFICER PANTER:  It's possible.  I do

23   recall you, Mr. Bernstein.  I don't recall if we were

24   there at the same time or not.
```

Report of Proceedings
April 26, 2021

1       MR. BERNSTEIN:  I don't think we were, but I just

2    wanted to make sure.  That's why I brought it out

3    there for full disclosure.  When I heard your last

4    name of Panter, I wanted to make sure.

5          I think I came into that firm about a couple

6    of months after you left.  I just wanted to make

7    sure, that's all.  I wanted everyone to be aware.

8       HEARING OFFICER PANTER:  That was around 1970 --

9       MR. BERNSTEIN:  Yes, yes, but I just wanted full

10   disclosure, that's all; I just wanted full

11   disclosure, that's all.

12      HEARING OFFICER PANTER:  Okay, thank you very

13   kindly.

14         Counsel for the Superintendent, does that

15   cause any questions, any thoughts?

16      MS. DEVER:  No, we don't have any objection.  I

17   might tell you we're cutting out the year, but.  That

18   was very tricky on both of your parts.

19      MR. BERNSTEIN:  Well, he was old then, and I

20   think I was 14.  No, no.

21      MS. DEVER:  Excellent, a prodigy.

22      HEARING OFFICER PANTER:  Exactly.  It's been

23   quite a long time.

24      MS. DEVER:  Regardless, no objection from the

Report of Proceedings
April 26, 2021

```
 1    Superintendent then.
 2        HEARING OFFICER PANTER:  Thank you, Counsel,
 3    thank you very kindly.
 4            So since we're proceeding by Zoom because of
 5    the pandemic, let's all be sure to say our names as
 6    we speak so we know who's talking.
 7            Are any of the officers present on the
 8    phone?
 9        MR. BERNSTEIN:  Officer Murray is not present,
10    no.
11        HEARING OFFICER PANTER:  Okay.  And
12    Mr. Bernstein, I know you filed your appearance.
13    Thank you kindly.  Can you confirm that the
14    Respondent did receive the charges on April 16th, at
15    least five days before the hearing?
16        MR. BERNSTEIN:  He certainly did, and he provided
17    them to me, yes.
18        HEARING OFFICER PANTER:  Okay, great.  And has
19    the Superintendent tendered the CR files?
20        MS. VUOLO-MILAN:  The Superintendant -- this is
21    Maria speaking.  The Superintendant has not yet
22    tendered the CR file.
23            We did file a motion for a protective order.
24    The CR file, just like most other CR files, contain
```

Report of Proceedings
April 26, 2021

1      some sensitive information, dates of birth, driver's

2      license numbers, et cetera, and in this particular

3      case, as noted in our motion, there are also a number

4      of DCFS records as well.  This matter does involve a

5      minor, so before we produce anything we are seeking a

6      protective order.

7              Again, the Superintendents filed a motion.

8      If it would be easier, I would be happy to work with

9      Mr. Bernstein to see if we can come up with an agreed

10     protective order, but regardless, once we do have a

11     protective order entered and on file in this case, I

12     should be able to produce the CR file probably that

13     same day.

14          MR. BERNSTEIN:  This is Alan Bernstein.

15          HEARING OFFICER PANTER:  Have you seen the

16     motion?  Any objection?

17          MR. BERNSTEIN:  I have seen the motion.  Well, I

18     just wanted to make sure that the witness' names were

19     not redacted.  I actually represented Officer Murray

20     at the DCFS -- at two different DCFS hearings several

21     years ago, so I actually have their file, so yes, I'm

22     sure we can easily work out an agreed protective

23     order within a day or two.

24          HEARING OFFICER PANTER:  Okay.

Report of Proceedings
April 26, 2021

```
1          MR. BERNSTEIN:  And yes, I do have their
2     document.
3          HEARING OFFICER PANTER:  You've seen the motion
4     for protective order, and it sounds as though you
5     don't have any objection to it, is that --
6          MR. BERNSTEIN:  That is correct.
7          HEARING OFFICER PANTER:  Okay.  So can we enter
8     that motion today as an order?
9          MR. BERNSTEIN:  I have no problem with that, that
10    is fine.
11         HEARING OFFICER PANTER:  Okay.
12         MR. BERNSTEIN:  I believe I already told Counsel
13    in an e-mail I would have no objection.
14         HEARING OFFICER PANTER:  Okay, great.  So that
15    order is granted, that motion is granted.
16              And then Superintendent, can you produce the
17    CR file in how long would you say?
18         MS. VUOLO-MILAN:  I will likely -- this is Maria.
19    I will likely get that over to Counsel this
20    afternoon.
21              And Mr. Bernstein, just due to the size of
22    the file, it's not something that I can just send via
23    e-mail, but I can send you an e-mail with a One Drive
24    link so you can download it online.  Alternatively if
```

Report of Proceedings
April 26, 2021

1    you'd prefer hard copies, I can arrange that as well.

2        MR. BERNSTEIN:  This is Attorney Bernstein.

3    Since I have four girls in our family, I know how to

4    do One Drive, not a problem, they taught me, they

5    taught me.  They even changed -- in fact, one of them

6    is changing our logo on our Zoom so that when we have

7    Zoom -- they didn't like the way I had it.

8            No, I do not need the hard copies.  I have

9    enough paper in my office for many forests, so One

10   Drive would be perfect.

11       HEARING OFFICER PANTER:  This is Panter.  It

12   sounds like the order is granted, and the file will

13   be produced you say by tomorrow?

14       MS. VUOLO-MILAN:  This is Maria.  Yes, I'll ask

15   for a copy.  I understand the order has been granted.

16   If we can have a copy of the entered order in our

17   hands, I think that would make me more comfortable

18   with that just before we go ahead and produce

19   anything.

20       HEARING OFFICER PANTER:  Sure.

21       MS. VUOLO-MILAN:  But I've got it pretty much

22   ready to go, so I would say today or tomorrow as soon

23   as we get a stamped copy of that order.

24       HEARING OFFICER PANTER:  All right, so we'll say

Report of Proceedings
April 26, 2021

 1    tomorrow.  I'm sure that we'll get you the order

 2    right away.

 3           Superintendant, what about the timeline,

 4    when is that going to be done?

 5       MS. VUOLO-MILAN:  This is Maria Vuolo-Milan

 6    again.  So we've prepared, we've drafted a timeline,

 7    but there is another individual that we'd like to

 8    take a look at that who would have knowledge of the

 9    dates contained in that timeline.

10           That individual has been out of the office

11    for several days, and I understand she'll return

12    tomorrow, so just for the sake of ensuring that

13    everything is accurate, if we could have until

14    perhaps Thursday or Friday to file that or sooner

15    perhaps if possible.

16       HEARING OFFICER PANTER:  Sure.

17       MR. BERNSTEIN:  Alan Bernstein here.  No

18    objection.

19       HEARING OFFICER PANTER:  Great.  So by Friday the

20    Respondent will have the timeline and the CR files.

21    Does that sound reasonable, everybody?

22       MS. VUOLO-MILAN:  Yes.

23       HEARING OFFICER PANTER:  By the 30th.

24           And then what about motions for discovery,

Report of Proceedings
April 26, 2021

1     Mr. Bernstein, have you filed --

2         MR. BERNSTEIN:  Yes, I'm going to.  I believe

3     what I did is since Officer Murray didn't give us the

4     documents until nearly the last minute, I believe in

5     my e-mail I had said that we were going to be

6     requesting discovery.  I did not file a formal

7     motion, but I will.  I should have it, they'll be out

8     probably by next Wednesday.

9         HEARING OFFICER PANTER:  You need that long to

10    file just a motion?  Can you file it by the --

11        MR. BERNSTEIN:  Oh, no, no, no, no, the motion,

12    no, the motion will be filed tomorrow.  I'll have the

13    discovery out I meant, I apologize, by next

14    Wednesday.  No, the formal motion will be tomorrow.

15        HEARING OFFICER PANTER:  Okay, and the discovery

16    is going to take you until Wednesday you think to get

17    the discovery out?

18        MR. BERNSTEIN:  Correct, correct, correct.

19        HEARING OFFICER PANTER:  Okay.  And then

20    Superintendent, how long do you think, do you think

21    maybe two, three weeks to answer that discovery?

22    Mr. Bernstein, is there anything unusual?

23        MR. BERNSTEIN:  No, oh, no, absolutely not, no.

24        HEARING OFFICER PANTER:  The usual stuff.

Report of Proceedings
April 26, 2021

1        MR. BERNSTEIN:  Yeah.

2        HEARING OFFICER PANTER:  So Superintendent, how

3    long to answer?

4        MS. VUOLO-MILAN:  This is Maria.  Two to three

5    weeks is reasonable, so looking at the calendar, I

6    think three weeks out, that puts us at May 17th?

7        HEARING OFFICER PANTER:  May 17th, okay.  So May

8    17th to answer the discovery.

9            And then I am just wondering if there are

10    any issues, can we say that the two of you will

11    confer within how long after that, a few days?

12        MR. BERNSTEIN:  I'm looking at my schedule.

13        MS. VUOLO-MILAN:  This is Maria.  Are you

14    requesting that the parties confer about discovery by

15    the 21st, does that work?

16        HEARING OFFICER PANTER:  I think that sounds

17    reasonable.

18        MR. BERNSTEIN:  Yeah, that's fine, yeah, that's

19    fine.

20        HEARING OFFICER PANTER:  So you'll confer by the

21    21st if there are any issues on discovery.

22            And then I know that Mr. Caproni has sent

23    out the report of review of charges, the filing of

24    charges and the complimentary-disciplinary history.

Report of Proceedings
April 26, 2021

```
1          Mr. Bernstein, do you have those?

2      MR. BERNSTEIN:  I certainly do, Alan Bernstein

3   here, I do and I've reviewed them, yes.

4      HEARING OFFICER PANTER:  Beautiful, okay.  And

5   you know how to get the complete discovery file if

6   you desire it?

7      MR. BERNSTEIN:  Correct, yes.

8      HEARING OFFICER PANTER:  Okay.  Are there any

9   other motions pending?

10     MS. VUOLO-MILAN:  This is Maria for the

11  Superintendent.  No other motions pending on behalf

12  of the Superintendent.

13          And just on the point of discovery, one

14  other request that I'll make on the record is that if

15  the Respondent is subpoenaing any records or

16  documents, then I'll just ask for copies of those

17  subpoenas in case I have a motion to quash or

18  anything if necessary.

19     HEARING OFFICER PANTER:  Sure.  Mr. Berstein, is

20  that okay?

21     MR. BERNSTEIN:  Certainly, no objection, of

22  course.

23     HEARING OFFICER PANTER:  Okay, good.  And does

24  anyone anticipate any motions at this point?
```

17-cv-06260                                          MONITOR00264575

Report of Proceedings
April 26, 2021

1           MR. BERNSTEIN:  I do not.

2           HEARING OFFICER PANTER:  And Superintendent,

3     Maria?

4           MS. VUOLO-MILAN:  This is Maria.  At this time I

5     do not anticipate any motions, of course, subject to

6     change as we go through discovery and begin speaking

7     with witnesses and preparing our case, so.

8           HEARING OFFICER PANTER:  Sure, of course.  All

9     right, so any reason why we should not set our next

10    status for May 27th?

11              Max, is that a good date?

12          MR. CAPRONI:  Yes, that works.  10:00 a.m.?

13          HEARING OFFICER PANTER:  Maria, what do you say?

14          MS. VUOLO-MILAN:  This is Maria.  The 27th works

15    for me.

16              Judy, does that work for you?

17          MS. DEVER:  It works for me.

18          MR. BERNSTEIN:  10:00 a.m. is fine with me, Alan

19    Bernstein, yes.

20          HEARING OFFICER PANTER:  Okay.  So our next

21    status is May 27 at 10:00 o'clock.

22              I'm going to ask if there's a supplemental

23    motion for discovery, can that be filed by let's say,

24    I don't know, the 24th or the 25th?  Let's call it

Report of Proceedings
April 26, 2021

1    the 25th.

2              Mr. Bernstein, sound okay?

3         MR. BERNSTEIN:  That is fine with me.

4         HEARING OFFICER PANTER:  And you'll have

5    conferred before then anyway, right?

6         MR. BERNSTEIN:  Of course, yes, correct.

7         HEARING OFFICER PANTER:  Okay.  And if there are

8    any other motions, can they be filed, let's say all

9    the motions that are ready at that time filed by the

10   25th?

11             Maria and Judy?

12        MS. VUOLO-MILAN:  Yes, noted, thank you.

13        HEARING OFFICER PANTER:  Okay.  At our next

14   status we're going to talk about setting a prehearing

15   conference date and discovery cutoff.

16             Superintendant, do you anticipate any

17   experts?

18        MS. VUOLO-MILAN:  Possibly in this case.  We're

19   working through our witnesses right now, but it is

20   quite possible that we will be bringing an expert for

21   this case, and we will make the appropriate

22   disclosures.

23        HEARING OFFICER PANTER:  Okay.  So is there

24   anything to talk about, Superintendant, with regard

Report of Proceedings
April 26, 2021

1    to your experts before our next status?

2        MS. VUOLO-MILAN:  Again, this is Maria.  I don't

3    believe so.  If there's anything that we need to

4    reach out to Counsel about, we can go ahead and do

5    that in advance of the next status or if any other

6    motion practice becomes necessary, of course, we can

7    get that on file.

8        MR. BERNSTEIN:  Great.

9        HEARING OFFICER PANTER:  Very well.  Okay,

10   Mr. Bernstein, you think you may have a witness, an

11   expert witness?

12       MR. BERNSTEIN:  Yes -- do I think -- at this time

13   I don't think we are going to, but I obviously want

14   to see who their expert is first, so we'll --

15       HEARING OFFICER PANTER:  Yes, sure.  Okay, okay,

16   so then at our next status we'll discuss disclosure

17   of experts' reports and anything further that we have

18   to talk about with the experts, and we'll talk about

19   exhibits and everybody's position about proceeding by

20   Zoom.

21           So these are things that we want to talk

22   about when we set the prehearing conference, witness

23   availability, how long each witness is going to take,

24   so please start thinking about those issues before

Report of Proceedings
April 26, 2021

1    our next status.

2              Superintendant, can you think of anything

3    else we should talk about today?

4         MS. VUOLO-MILAN:  This is Maria.  Nothing else

5    from my end.

6         HEARING OFFICER PANTER:  Okay.  Mr. Bernstein,

7    anything further?

8         MR. BERNSTEIN:  None, none whatsoever.

9         HEARING OFFICER PANTER:  Okay.  So we are going

10   to talk again on May 27th at 10:00.

11             Max, anything you can think of?

12        MR. CAPRONI:  Just one thing that I'm not sure, I

13   had to step away just for a second, but I just wanted

14   to make sure the parties are aware of Appendix A of

15   the Police Board Rules of Procedure on accessing the

16   Respondent's complete disciplinary file, so I just

17   wanted to make sure that's on the record, but other

18   than that, I think we covered everything.

19        MR. BERNSTEIN:  Thank you.

20        HEARING OFFICER PANTER:  Thank you.  All right,

21   so then we will adjourn this status and talk again on

22   the 27th at 10:00.

23             (WHICH WERE ALL THE PROCEEDINGS HAD.)

24

Report of Proceedings
April 26, 2021

```
1        STATE OF ILLINOIS     )
                               )  ss:
2        COUNTY OF W I L L     )

3

4               I, NANCY DECOLA EATINGER, a Certified

5        Shorthand Reporter, do hereby certify:

6               That said proceedings were taken remotely

7        before me at the time and places therein set forth

8        and were taken down by me in shorthand and thereafter

9        transcribed into typewriting;

10              I further certify that I am neither

11       counsel for, nor related to, any party to said

12       proceedings and not in any way interested in the

13       outcome thereof.

14              In witness whereof, I have hereunto

15       subscribed my name.

16       Dated:  April 29, 2021

17       Nancy Eatinger

18       _____
         Nancy DeCola Eatinger
19       CSR No. 084-003451

20

21

22

23

24
```

HEARING
September 27, 2021

BEFORE THE POLICE BOARD
OF THE CITY OF CHICAGO

IN THE MATTER OF CHARGES  )
FILED AGAINST             )   Case No. 21 PB 2988
P.O. REGINALD MURRAY      )


REPORT OF PROCEEDINGS (via Zoom conference)

had at the prehearing conference in the

above-entitled matter before MR. MICHAEL PANTER,

HEARING OFFICER, taken on September 27, 2021, at the

hour of 10:00 o'clock a.m.

\* \* \* \* \* \* \* \* \*

HEARING
September 27, 2021

1     REMOTE APPEARANCES:

2

3          CITY OF CHICAGO
           DEPARTMENT OF LAW - LABOR DIVISION
           MS. MARIA VUOLO-MILAN,
4               (Appeared via Zoom)
           MS. HELENA TAMRAT,
5               (Appeared via Zoom)
           MS. MELINA ROZZISI,
6               (Appeared via Zoom)
           30 North LaSalle Street
7          Suite 1020
           Chicago, Illinois  60602

8
                appeared on behalf of the Superintendent;
9
           LAW OFFICES OF ALAN J. BERNSTEIN, LTD.,
10         MR. ALAN J. BERNSTEIN,
                (Appeared via Zoom)
11         10 South LaSalle Street
           Suite 1420
12         Chicago, Illinois  60603

13              appeared on behalf of Respondent Murray.

14

       POLICE BOARD OF THE CITY OF CHICAGO
15     MR. MAX CAPRONI, Executive Director,
       (Via Zoom.)

16

17

18

19

20

21

22

23

24

HEARING
September 27, 2021

1          REPORTED REMOTELY FROM WILL COUNTY, ILLINOIS

2           MONDAY, SEPTEMBER 27, 2021, 10:00 a.m.

3          HEARING OFFICER PANTER:  On the record.

4              Good morning, everyone.  We are here on case

5     21 PB 2988 in the matter of charges filed against

6     Police Officer Reginald Murray.

7              Would everybody, Mr. Bernstein, do you want

8     to identify yourself?

9          MR. BERNSTEIN:  Certainly, your Honor.  For the

10    record, Alan Bernstein for the Respondent, Reginald

11    Murray.

12         HEARING OFFICER PANTER:  Is the Respondent on

13    with us?

14         MR. BERNSTEIN:  He is not.

15         HEARING OFFICER PANTER:  Okay, that's fine.

16             Ms. Vuolo-Milan?

17         MS. VUOLO-MILAN:  Yes, good morning, Hearing

18    Officer and Mr. Bernstein.  Maria Vuolo-Milan on

19    behalf of the Superintendent.

20         HEARING OFFICER PANTER:  Ms. Tamrat?

21         MS. TAMRAT:  Good morning.  Helena Tamrat on

22    behalf of the Superintendent.

23         HEARING OFFICER PANTER:  And I'm sorry,

24    Ms. Rozzisi?

HEARING
September 27, 2021

1      MS. ROZZISI:  Yes, my name is Melina Rozzisi, and

2   I am an Assistant Corporation Counsel with the City

3   of Chicago just observing today.

4      HEARING OFFICER PANTER:  Okay, sounds good.

5         Well, we are here for our pre-hearing.  We

6   have had I counted, let's see, I think three or four

7   statuses already on the matter.

8         Maybe it would be helpful, Maria, if you

9   could just -- why don't you say a few words about

10   what is this case, and I don't mean to go into it in

11   great detail, but just give us a summary.

12      MS. VUOLO-MILAN:  Yes, absolutely.  The

13   Superintendent is seeking Officer Reginald Murray's

14   discharge in this case stemming from an incident that

15   happened in 2015 involving Officer Murray's then

16   minor son whose name is Austin, A-u-s-t-i-n.

17         There are two primary issues that the

18   Superintendent will call witnesses and introduce

19   exhibits to prove at this hearing, both of which, of

20   course, stem from the charges that are at issue in

21   this case.

22         Number one, the Superintendent intends to

23   show at hearing again through witnesses and exhibits

24   that Officer Murray returned home from an evening out

HEARING
September 27, 2021

1    and upon coming home had an incident involving his

2    son, Austin, that became physical, and Officer Murray

3    struck his son about the body with either his hand

4    and/or an object.

5            And then stemming from that, that incident

6    ended up evolving, and the -- well, what was then the

7    Independent Police Review Authority, IPRA, and is now

8    COPA, the Civilian Office of Police Accountability,

9    initiated an investigation, and during the course of

10   that investigation Officer Murray was called in to

11   provide statements, and during the course of one of

12   those statements, he commented, I did not, I didn't

13   touch my son whatsoever, which it would be

14   Superintendent's position that that is a false

15   statement, which violates Rule 14 of the Chicago

16   Police Department's rules and regulations.

17       HEARING OFFICER PANTER:  Okay.  Mr. Bernstein,

18   Alan, you want to say a word or two about the nature

19   of the defense?

20       MR. BERNSTEIN:  Certainly.  As Counsel stated,

21   this is a Rule 14.  We've been going through this for

22   six years now.

23           This was first brought up at a DCFS hearing

24   that ended up with a DCFS trial for which I

HEARING
September 27, 2021

1    represented Officer Murray back in 2017, in fact,

2    being completed July 21, 2017 on the DCFS hearing.

3            There was a subsequent hearing with the

4    Board on February 22, 2019 at 1615 West Chicago

5    Avenue and March 19, 2020, last year during COVID.

6            We've tendered statements and documents

7    dating back to February 28, 2020, and we believe that

8    there was no wrongdoing, that the City is going to be

9    unable to prove that there was a violation of Rule

10   14.

11           We've had consistent interviews with the

12   Board dating back, as I stated, July of 2017, 2019,

13   2020 let alone August 14, 2015.

14       HEARING OFFICER PANTER:  Alan, you keep referring

15   to Rule 14, but there are also charges for other

16   rules, 2, 8 and 9, for example, is that right?

17       MR. BERNSTEIN:  That is correct, your Honor, that

18   is correct, yes.

19       HEARING OFFICER PANTER:  Got it.

20       MR. BERNSTEIN:  And our defense is as to all of

21   them.

22       HEARING OFFICER PANTER:  Yep.  All right, well,

23   this has been going on quite a while, and I'm glad

24   that we have December 8, 9 and 10 set for our hearing

HEARING
September 27, 2021

1      dates.

2              Is that still good for you, Maria?

3          MS. VUOLO-MILAN:  Yes, Ms. Tamrat and I are

4      available.  We have been reaching out to our

5      witnesses over the last several days.  We have

6      touched base with some of them and confirmed, for

7      example, an officer is not on furlough.

8              I'm waiting to hear back from a couple of

9      people just to confirm that they're not going to be

10     vacationing in Greece or something during that time

11     period.

12             If anything comes up I'll reach out to

13     Mr. Bernstein and, of course, would notify the Board,

14     but it is certainly our hope to proceed as scheduled.

15         HEARING OFFICER PANTER:  Okay.

16         MR. BERNSTEIN:  From my end, for the record, if

17     Maria wishes for me to interview one of her witnesses

18     in Greece, I will gladly go because I'm a very

19     courteous guy.

20             I did notify Maria --

21         MS. VUOLO-MILAN:  Appreciate that.

22         MR. BERNSTEIN:  I did notify Maria that I should

23     have provided her with my witness list two weeks ago.

24     I've asked my client for it on numerous occasions.  I

1    am hoping that I will have it for her this week.

2            I have locked in those three dates for a

3    hearing, and they are still fine with me.

4            I also wanted to state there was supposed to

5    be an expert witness, and Plaintiff has decided not

6    to provide one.

7         HEARING OFFICER PANTER:  Okay, good.

8         MR. BERNSTEIN:  And we have no expert witness, of

9    course.

10        HEARING OFFICER PANTER:  All right, so let's

11   start at the beginning.  We are all set for 8, 9, 10

12   of December, and that's our date, and we're going

13   ahead.

14            Are we starting at 9:00 o'clock did we

15   decide?

16        MR. BERNSTEIN:  I believe we are, yes.

17        HEARING OFFICER PANTER:  Okay.

18        MR. BERNSTEIN:  I had actually today at 9:00

19   o'clock because this was supposed to be the original

20   hearing, so I believe we have 9:00 o'clock, but

21   whatever Counsel wants and whatever your Honor wants

22   is fine.

23        HEARING OFFICER PANTER:  Maria, what do you want?

24        MS. VUOLO-MILAN:  I'm amenable to starting at

HEARING
September 27, 2021

1      9:00 or 10:00 o'clock.  I think I had 10:00 o'clock

2      in my calendar for those dates, but I could be --

3          MR. BERNSTEIN:  I definitely had 9:00 o'clock,

4      but I also had 9:00 o'clock for today, so.

5          HEARING OFFICER PANTER:  Max, do you want to

6      break the tie?

7          EXECUTIVE DIRECTOR CAPRONI:  I'm coming in a

8      little bit late, but yeah, I think we have what, two

9      days set aside for the hearing?

10         HEARING OFFICER PANTER:  Three.

11         EXECUTIVE DIRECTOR CAPRONI:  Three.  So if you

12     think that's sufficient, then I'd say recommend

13     starting at 10:00, but if there's a good reason to

14     start at 9:00, we can do that.

15         HEARING OFFICER PANTER:  Well, the only reason

16     I'd like to -- I think we should think about 9:00 is

17     because you just never know what's going to happen.

18             I mean, if there's some particular reason we

19     should start at 10:00 I'm happy to accommodate you

20     guys, but I would say it's always better to be safe

21     than sorry.

22             So Maria, what do you think about starting

23     at 9:00 on each of those days?  We can change as we

24     go, obviously.

HEARING
September 27, 2021

1       MS. VUOLO-MILAN:  I'm amenable to that unless I

2   speak to witnesses who for some reason that doesn't

3   work out.  I'm sure -- that's fine with me.

4       HEARING OFFICER PANTER:  Max, can we start at

5   9:00?

6       EXECUTIVE DIRECTOR CAPRONI:  Absolutely.

7           And you may get to this later on, but a

8   discussion of what, if any, parts of the proceeding

9   are going to be by Zoom as opposed to in person.

10          I know other hearing officers have started

11  with opening statements by Zoom and then convened in

12  the hearing room for certain witness testimony, and

13  the purpose there is just to reduce the amount of

14  time in the hearing room, especially with opening

15  statements where one tends to, you know, project

16  one's voice.

17          You know, it could be a good idea to do

18  openings and closings by Zoom, and so that makes it

19  easy to start at 9:00 as well because you start by

20  9:00 at Zoom, and then when you get done, everyone

21  has a little bit of a chance to reconvene in the

22  hearing room a little bit later in the morning.

23      HEARING OFFICER PANTER:  Well, let's tackle that.

24  So we're going to start at 9:00 on December 8, and I

1     would say we're going to talk about witnesses in a

2     few minutes, but if there are any witnesses who are

3     not available, perhaps the two of you can come to

4     some agreement upon video depositions to be presented

5     at the hearing so that we, you know, make sure that

6     we get everybody who you want to have there testify.

7                I'm going to hear from each of you in a

8     moment, but I'll tell you that my preference given

9     what's happening in the world is still to do it by

10    Zoom.

11               I've been doing a lot of mediations and

12    arbitrations by Zoom, and they've gone absolutely

13    fine, but I do want to hear from each of you.

14               So Maria, what are your thoughts?

15      MS. VUOLO-MILAN:  The Superintendent's preference

16    would be to proceed via Zoom.  Just I know things are

17    still a little bit uncertain, and I'm not sure what

18    the public health landscape is going to look like,

19    especially come the -- a little bit deeper into the

20    winter months come December.

21               And I will say I know at some point we will

22    get into the weeds on our witnesses.  We are also

23    calling a couple of witnesses who work in the

24    healthcare industry, and just out of consideration of

HEARING
September 27, 2021

1    their professional schedules, which I presume are

2    quite challenging right now, I think it would be a

3    little bit easier to proceed over Zoom for a number

4    of our witnesses as well.

5           So the Superintendent's position is to

6    proceed over Zoom.  And I've done Police Board

7    hearings over Zoom before, and I think it's run very

8    smoothly, and I'd be happy to proceed that way again.

9         HEARING OFFICER PANTER:  Okay, thanks, Maria.

10          Alan, what do you say?

11       MR. BERNSTEIN:  I usually like court, but I will

12   acquiesce to Zoom, that's fine.

13       HEARING OFFICER PANTER:  It's okay with you?

14       MR. BERNSTEIN:  Yes, that's fine.

15       HEARING OFFICER PANTER:  Max, is there any reason

16   why we should not proceed by Zoom?

17       EXECUTIVE DIRECTOR CAPRONI:  No, if there's

18   agreement and that's everyone's preference or your

19   preference and everyone's okay with that, that's

20   great.

21       HEARING OFFICER PANTER:  Okay.  So we're going to

22   start August 8 at 9:00 --

23       MR. BERNSTEIN:  December 8, December 8.

24       HEARING OFFICER PANTER:  Yeah, exactly.  Thank

HEARING
September 27, 2021

1    you very much.

2          We're going to start December 8 at 9:00

3    o'clock and proceed by Zoom, and of course, if

4    anything changes speak up as we go, and we'll tackle

5    it then.

6        EXECUTIVE DIRECTOR CAPRONI:  If I can just make

7    one comment?

8        HEARING OFFICER PANTER:  Sure.

9        EXECUTIVE DIRECTOR CAPRONI:  I don't know if

10   Mr. Bernstein has had a case before the Police Board,

11   and he may already be aware of this, but we are

12   required to video record all of our proceedings, so

13   when we have it by Zoom, we'll be recording the

14   entire Zoom meeting.

15       MR. BERNSTEIN:  Yeah.

16       EXECUTIVE DIRECTOR CAPRONI:  I just wanted to

17   make sure.

18       HEARING OFFICER PANTER:  That's so all the Board

19   Members will be able to watch it for other reasons as

20   well.

21       EXECUTIVE DIRECTOR CAPRONI:  Correct, yes.

22       HEARING OFFICER PANTER:  So let's start talking

23   about the witnesses.

24          Maria, how many witnesses do you think

HEARING
September 27, 2021

1    you're going to have?  Can you give us who you're

2    going to call, and let's make sure that Alan knows

3    about all of them.

4        MS. VUOLO-MILAN:  Yes, of course.  So right off

5    the bat, as Mr. Bernstein noted, there has been some

6    discussion at our prior status hearings about the

7    Superintendent possibly calling an expert witness and

8    tendering an expert report.

9            We ran into a hiccup with the expert that we

10   had been conversing with for some time.  She felt

11   that there was a conflict in this case and that she

12   needed to recuse herself and that upon further review

13   it is at this point in time no longer the

14   Superintendent's intention to call an expert in our

15   case in chief, so I will just confirm that for the

16   record.

17           I know there was some discussion and a

18   motion that was filed, so I just will note in our

19   case in chief we are not planning on calling an

20   expert witness regarding child abuse and related

21   matters at this time.

22       HEARING OFFICER PANTER:  Okay.  So nobody is

23   having experts, it will only be lay testimony, is

24   that right, Maria and Alan both?

HEARING
September 27, 2021

1       MR. BERNSTEIN:  Yes.

2       HEARING OFFICER PANTER:  Okay.

3       MS. VUOLO-MILAN:  That's correct.

4       HEARING OFFICER PANTER:  Okay.  All right, so

5   keep going.  How many --

6       MS. VUOLO-MILAN:  Yes.

7       HEARING OFFICER PANTER:  -- witnesses do you

8   propose, Maria?

9       MS. VUOLO-MILAN:  Off the -- I have 12 witnesses

10  on my list right off the bat.  Some of those

11  witnesses right now I would put more in the may call

12  rather than will call category.

13          For example -- so up to I believe 12 at this

14  point in time.  I'm also happy to reach out to

15  Mr. Bernstein in the event that there's a possible

16  stipulation that we can reach regarding some of the

17  testimony.

18          I do have a witness list and an exhibit list

19  prepared that I --

20      HEARING OFFICER PANTER:  Would you like to read

21  the names of the possible witnesses knowing that you

22  may not actually call all of them just to make sure

23  that Alan has got them all?

24      EXECUTIVE DIRECTOR CAPRONI:  If you want to share

HEARING
September 27, 2021

1    your screen, feel free to do that too.

2        MS. VUOLO-MILAN:  Right, and we are prepared with

3    that list today.  I'm just, I'm wondering if -- I

4    understand that Mr. Bernstein is still waiting on

5    some information from his client to kind of assemble

6    his witness list as well.

7            I don't know if everybody's preference would

8    be to kind of go through all of the witnesses and

9    exhibits at one time and sort of reconvene to talk

10   about witnesses and exhibits now that we've got a lot

11   of the logistical matters out of the way, you know,

12   timing, Zoom and all of that other stuff.

13           I think that -- again, the Superintendent is

14   prepared to proceed.  We have our list together, but

15   just out of interest of exchanging, you know, similar

16   information between the parties at the same time, I

17   don't know if it --

18       HEARING OFFICER PANTER:  Right.

19       MS. VUOLO-MILAN:  -- might make sense to

20   reconvene.

21       HEARING OFFICER PANTER:  Well, before we do that,

22   Alan, do you know all the people that you might call?

23       MR. BERNSTEIN:  I know that there are not --

24   including Mr. Murray, Officer Murray, there would be

HEARING
September 27, 2021

1       five.

2           HEARING OFFICER PANTER:  Okay.  My preference

3       would be let's see what we can get done today, and if

4       we need to reconvene, we will, but -- and I do

5       understand -- by the way, is it okay if I use first

6       names with everyone, is that okay?

7           MS. VUOLO-MILAN:  Of course.

8           HEARING OFFICER PANTER:  Okay.  Maria, so I

9       understand what you're saying, that everybody should

10      disclose at the same time, and I think that Alan

11      should tell you everybody he might call today, and

12      then we can work to fine-tune it as we go.

13          And you know what, you guys are getting --

14      you lawyers are getting along so well that I think

15      you just don't need a lot of help from me to get this

16      ready, so I'm very confident that you're going to

17      have this case well prepared and it's going to go

18      smoothly.

19          Let's see what we can get done today.  Why

20      don't you just read off the names of all of the 12

21      that you have, and then we can just make sure that

22      Alan has them all.

23          MS. VUOLO-MILAN:  Yes.  Would it be helpful if I

24      screen share it?  I have a PDF prepared with our

HEARING
September 27, 2021

1      list.

2           HEARING OFFICER PANTER:  Whichever you'd like.

3      Did we get somebody else joining us?

4           MS. VUOLO-MILAN:  I'm going to mute myself for

5      one second just to chat with my Co-Counsel.

6           HEARING OFFICER PANTER:  Sure.

7           MS. VUOLO-MILAN:  Thank you so much.  Sorry, I'm

8      just making sure that I'm sharing the correct screen

9      with everybody.  There we go.

10          HEARING OFFICER PANTER:  Okay.

11          MS. VUOLO-MILAN:  Okay.

12          HEARING OFFICER PANTER:  Okay, good job.

13          MS. VUOLO-MILAN:  I think everybody should just

14     be able to see a single PDF on the screen right now,

15     right?

16          HEARING OFFICER PANTER:  It's kind of hard to

17     read.  Maybe you can just read them out loud.  Oh,

18     that's good, thank you.

19          MS. VUOLO-MILAN:  There we go.

20               So for the Superintendent's case in chief we

21     intend to call Officer Reginald Murray as an adverse

22     witness.

23               Marissa Bethea, who is Officer Murray's now

24     ex-wife but at the time of the incident he was at

HEARING
September 27, 2021

1       that point married to.

2               Crystal Carey is a nurse at Loretto

3       Hospital, which was the treating hospital that Austin

4       Murray, the victim, went to the day following this

5       incident.

6               Dr. Lois Clarke also is the treating ER

7       physician who tended to Austin Murray the day after

8       the incident.

9               Tracey Ivory is Ms. Bethea's cousin, who the

10      Superintendent understands Officer Murray was out

11      with the evening of the incident, and he made some

12      statements to COPA regarding his observations that

13      evening, and our hope would be that he would testify

14      consistently with that.

15              Officer Victoria Marzullo, I put formerly

16      known as Victoria Zupan, I presume she has gotten

17      married since then since her last name has changed,

18      but she was one of the responding officers on the

19      scene when the police were subsequently called the

20      morning or afternoon following the incident.

21              Lillian Norwood and Ruby Pete are both DCFS

22      employees who were assigned to this matter including

23      Ruby Pete who initially came to the scene of the

24      incident upon being called.

HEARING
September 27, 2021

1          Sergeant Adrian Perez is a sergeant with the

2     Chicago Police Department who is also one of the

3     responding Chicago Police Department members.  We

4     anticipate that he would testify about a statement

5     that Officer Murray made to him while they were on

6     the scene.

7          Bonnie Thompson is Austin Murray's, the

8     victim's, maternal grandmother who was what I would

9     call an outcry witness in this case who I believe

10    could testify to Austin Murray's demeanor and initial

11    contact with her following the incident that

12    unfolded.

13         Officer Thomas Zaccone is another one of the

14    responding officers for this incident.  Officer

15    Zaccone accompanied Austin Murray to Loretto

16    Hospital, and I believe, if I'm remembering

17    correctly, he was the officer responsible for calling

18    in the evidence technician to photograph injuries

19    that Austin Murray had sustained.

20         And I put Rule 14 witness on here.

21    Typically for the years that I have been handling

22    these Police Board cases, it is common -- the

23    Superintendant generally calls the witness to talk

24    about -- from the Chicago Police Department to talk

HEARING
September 27, 2021

1       about what Rule 14 is and essentially why it's so

2       significant, why an officer with a Rule 14 --

3       sustained Rule 14 in their background is so

4       problematic when that individual wishes to remain a

5       member of the Chicago Police Department.

6              On a number of occasions we've proceeded by

7       stipulation on this testimony.  This is something

8       that I can reach out to Mr. Bernstein about, and

9       maybe we can work it out, and if not, we will

10      identify the name of that particular witness that we

11      would call.

12             And then I don't anticipate anyone above and

13      beyond this.

14             We don't have very many exhibits either, and

15      I anticipate that the witnesses we have here will lay

16      the foundation for our exhibits, but I put just

17      another note at the bottom in case we need anyone to

18      lay a foundation for something.

19      HEARING OFFICER PANTER:  I'm going to go through

20      the same, all the same things with Alan, but Maria,

21      in terms of exhibits, is there anything that -- do

22      you want to just -- do you have an exhibit list, by

23      the way?

24      MS. VUOLO-MILAN:  I do.

HEARING
September 27, 2021

1          HEARING OFFICER PANTER:  Okay.  Let's tackle

2     that, and then we'll talk to Alan.

3               So you have three group exhibits, is that

4     right?

5          MS. VUOLO-MILAN:  Yes.  Superintendent's Exhibit

6     1, the Superintendent intends to present medical

7     records from Loretto Hospital regarding the treatment

8     that Officer -- I'm sorry, that Austin Murray

9     received as a result of the incident with Officer

10    Murray.

11              It does -- and Mr. Bernstein, just for ease

12    of reference on your end, the medical records are

13    Bates Numbers -- or Bates Pages 71 through 90 that we

14    tendered in discovery.

15         MR. BERNSTEIN:  Thank you.

16         MS. VUOLO-MILAN:  There are also photographs of

17    Austin Murray, in particular the injuries, of

18    injuries that he had sustained.  Those photos were

19    taken at Loretto Hospital by an evidence technician.

20              Mr. Bernstein, those are Bates Pages 91 to

21    106.

22              Exhibit 3 that we have on here, it's a

23    supplementary report prepared by Sergeant Adrian

24    Perez, who is listed on our exhibit list.  It's Bates

HEARING

September 27, 2021

```
 1      Pages I believe it's 335, 336.  It might be 334 to

 2      335, I apologize.  It's the one that Sergeant Perez

 3      prepared.

 4              We may or may not offer that.  It would be

 5      our intention to have -- simply have Sergeant Perez

 6      testify to a statement that Officer Murray made, but

 7      it is also documented contemporaneously in the

 8      supplementary report if we needed to go past

 9      recollection route or something to that effect.  Our

10      primary exhibits would be Nos. 1 and 2.

11              HEARING OFFICER PANTER:  Do you intend to use any

12      of the disciplinary file?

13              MS. VUOLO-MILAN:  At this time I do not believe

14      so.  We are still reviewing to double check to see if

15      that's something that we would offer in I suppose

16      what would be aggravation.

17              HEARING OFFICER PANTER:  Okay.  All right, thank

18      you very much.  So that's the Superintendent's case,

19      outline of the case pretty much, correct?

20              MS. VUOLO-MILAN:  That's correct, unless

21      Ms. Tamrat has anything to add?

22              HEARING OFFICER PANTER:  Helena, anything that

23      Maria missed?

24              MS. TAMRAT:  No.  She gets an outstanding from
```

HEARING
September 27, 2021

1      me.

2          HEARING OFFICER PANTER:  So far?

3          MS. TAMRAT:  So far so good.

4          HEARING OFFICER PANTER:  Melina, any other

5      thoughts on behalf of the Superintendent?

6          MS. ROZZISI:  No, thank you.

7          HEARING OFFICER PANTER:  All right, thanks.

8              Alan, do you have a list of witnesses?

9          MR. BERNSTEIN:  This is what I will state.

10     Maria, you're filing that today, you'll send me a

11     copy, of course?

12         MS. VUOLO-MILAN:  Yes, I'll send a copy to Max,

13     Jazmyne and make sure you're cc'd on that, but we'll

14     tender a copy today.

15         MR. BERNSTEIN:  Thank you.

16             I do not have anything at present, your

17     Honor.  I can tell you the names that we have.

18         HEARING OFFICER PANTER:  Sure.

19         MR. BERNSTEIN:  As I stated before, I'll also

20     state one other thing.  I thought this was at 9:00

21     o'clock.  I have a hearing in chancery court by Zoom

22     with Judge Atkins at 10:30.  I notified Judge Atkins'

23     coordinator about 9:05 when I found out this was at

24     10:00 through my mistake that I may be a little late

1    for Judge Atkins I just wanted to say, but I didn't

2    want to be too late.

3        HEARING OFFICER PANTER:  Judge Atkins is a good

4    friend of mine, and if you just tell them that you're

5    here with me and you need a little bit more time, I'm

6    sure he'll accommodate you.

7        MR. BERNSTEIN:  Okay.  And if he says who is

8    that, then I know you're not telling me the truth,

9    okay.

10        HEARING OFFICER PANTER:  Then you'll know that

11    somewhere along the line it wasn't quite the way I

12    thought, but I don't think that's going to happen.

13        MR. BERNSTEIN:  Okay.

14        HEARING OFFICER PANTER:  Do you have a list of

15    witnesses or do you want to just read to us so that

16    -- you know, the whole object here is to prevent

17    surprise, so.

18        MR. BERNSTEIN:  Certainly, and as I stated --

19        HEARING OFFICER PANTER:  It doesn't make any

20    difference to me who they are, I just want to make

21    sure that the Superintendent knows and doesn't have

22    any problem, so.

23        MR. BERNSTEIN:  I agree, and I will provide them

24    to Maria as soon as I possibly can from my client.

1           However, I will say in terms of

2     coordination, besides Officer Murray, we were going

3     to call his ex-wife, Marissa Bethea, who is on the

4     Superintendent's list; we were going to call Bonnie

5     Thompson, his ex mother-in-law, who is the maternal

6     grandmother of the child, on our witness list; we

7     were going to call Austin, who is currently in

8     college; we were going to call Jamaal Brown,

9     J-a-m-a-a-l, Brown as a character witness; and we

10    were going to call Officer Mohammed, I am still

11    awaiting his last name, I do not have it, who has

12    been the officer with Officer Murray not only the

13    night of the occurrence in July of 2015, but

14    throughout Officer Murray's career.

15           In terms of the Superintendent's witnesses,

16    we've already had Lillian Norwood testify at the DCFS

17    hearing, which is part of the exhibits I believe.

18           Officer Adrian Perez testified and was

19    cross-examined at the DCFS hearing and Officer

20    Victoria Zupan, who I believe was not only at the

21    DCFS hearing, but was also at one of the hearings at

22    1615 West Chicago that also testified and was

23    cross-examined.

24           So I'm familiar with most of her witnesses,

HEARING

September 27, 2021

1    none of which I have an objection to.

2         HEARING OFFICER PANTER:  Okay.  So you have no

3    objection to any of her witnesses, any of the

4    Superintendent's witnesses?

5         MR. BERNSTEIN:  Well, subject to the last two

6    that didn't have a name, but yes, correct, correct.

7         HEARING OFFICER PANTER:  Sure, I understand.  And

8    do you think that that's a fairly complete list of

9    witnesses you intend to call?

10        MR. BERNSTEIN:  I do, I do.

11        HEARING OFFICER PANTER:  Okay.  And how about --

12   and I suppose that when you say they've testified

13   before, are you implying that you might be using

14   transcripts from other proceedings?

15        MR. BERNSTEIN:  Correct, that have already been

16   provided to me by the Superintendent's office.

17        HEARING OFFICER PANTER:  And is it your idea that

18   you would use them as impeachment?

19        HEARING OFFICER PANTER:  Yes.

20        MR. BERNSTEIN:  Okay.  And then so how about

21   exhibits, anything that you can tell Maria so that

22   she can start getting ready?

23        MR. BERNSTEIN:  Not at present other than what

24   we've previously tendered Maria.  I don't have anyone

HEARING
September 27, 2021

1          -- I don't have any other documentation.

2                    Most likely it was going to be Officer

3      Murray's past record that he has with his 54

4      accommodations and recommendations that he's had.

5      That's it.

6          HEARING OFFICER PANTER:  Okay.

7          MR. BERNSTEIN:  I don't believe there was any

8      disciplinary action against Officer Murray throughout

9      his career.

10         HEARING OFFICER PANTER:  So is there anything

11     that you have, Alan, that has not been disclosed?

12         MR. BERNSTEIN:  Oh, no, no, no.

13         HEARING OFFICER PANTER:  Okay.  Maria, do you

14     have any objections to anything Alan has mentioned so

15     far?

16         MS. VUOLO-MILAN:  I think we would reserve

17     objection on just any exhibits in particular until we

18     see the final exhibit list to see what's in there.  I

19     mean, I, of course, acknowledge receiving any

20     discovery from Mr. Bernstein.  We'll go ahead and

21     re-review that to make sure, but once we have the

22     exhibit list, I would reserve any objection subject

23     to what's on there.

24                  We can raise those if we're convening again

1    or if that's something we should do in writing,

2    whatever your Honor prefers, but we would reserve our

3    objections until we receive the exhibit list.

4        HEARING OFFICER PANTER:  Yeah, of course, nobody

5    is -- objections are never closed, so you can make

6    objections at any time, but just as we sit here now,

7    anything comes to mind?  Are you surprised by

8    anything?  Has everything Alan said already been

9    disclosed?

10       MS. VUOLO-MILAN:  I don't think anything

11   surprising.  I need to just double check and make

12   sure that I have -- I know Mr. Bernstein mentioned

13   transcripts.  I do just want to double check and make

14   sure that I have those.  I have a file.  I just need

15   to go back and double check that.  If for some reason

16   I find that I don't have that, I will contact

17   Mr. Bernstein to make sure we're in receipt of

18   everything.

19       HEARING OFFICER PANTER:  Good, and if you need

20   any help from us, make sure you notify Max and we'll

21   get involved, but the two of you get along so great

22   that I'm confident you can exchange whatever one or

23   the other of you is missing.

24            But as you sit here now, Maria, those are

1    your witnesses, those are your exhibits.  Things can

2    change, of course, but that's how this hearing looks

3    to you, would that be fair to say?

4         MS. VUOLO-MILAN:  Yes, that's correct.

5         HEARING OFFICER PANTER:  Alan, same?

6         MR. BERNSTEIN:  Yes.

7         HEARING OFFICER PANTER:  Okay.  So then in terms

8    of availability, I just want to make sure that we get

9    everything done on those three days we have.

10            If, Maria, you might be calling as many as

11   12 witnesses, and Alan, you have some witnesses, you

12   know, we're going to get into transcripts, and

13   actually, we are talking about expert, possible

14   expert testimony with the doctors and nurses, just

15   not retained experts, would that be fair to say,

16   Maria?

17        MS. VUOLO-MILAN:  I anticipate that Dr. Clarke

18   and Ms. Carey from Loretto Hospital will be

19   testifying about their observations and conclusions

20   regarding Austin Murray, especially with regard to

21   both of them in particular what's documented -- both

22   from memory and then what's documented in the medical

23   records that we've identified as Exhibit 1 on our

24   list.

17-cv-06260                                          MONITOR00264610

HEARING
September 27, 2021

1      I mean, certainly I would expect them to

2   both speak to their training and experience just by

3   way of introducing them and providing foundation for

4   their testimony, but I would not classify them as

5   expert witnesses.  They are, you know, occurrence

6   witnesses about their contemporaneous observations of

7   Austin Murray at the time and how that was documented

8   in the medical records.

9      HEARING OFFICER PANTER:  In the Rules of Civil

10   Procedure we call those (f)(2) witnesses as opposed

11   to (f)(3) retained experts.  Alan, you're familiar

12   with that, right?

13      MR. BERNSTEIN:  Hopefully after 41 years.

14   Otherwise I better increase my malpractice insurance,

15   but yes, they're (f)(2), not (f)(3).

16      HEARING OFFICER PANTER:  Okay.  And so Maria, is

17   there anything else in terms of witnesses, exhibits,

18   materials for cross-examination that you can think of

19   that you haven't mentioned that might not have

20   already been otherwise disclosed?

21      MS. VUOLO-MILAN:  Nothing that I can think of.

22   If I am somehow in receipt of additional

23   documentation, I'll make sure to supplement our

24   discovery disclosure to Mr. Bernstein.

HEARING
September 27, 2021

1     HEARING OFFICER PANTER:  Perfect.

2     MR. BERNSTEIN:  Judge, can you please tell her to

3     stop calling me Mr. Bernstein?  I feel like an old

4     man.

5     HEARING OFFICER PANTER:  Mr. Bernstein, I hate to

6     inform you of this, but ...

7     MR. BERNSTEIN:  I am?  Thanks, thanks to

8     everybody.  I am sure that if Counsel --

9     HEARING OFFICER PANTER:  I mean, you're sort of a

10    -- almost a contemporary of mine.  That makes you I

11    guess almost an old man, but anyway.

12    MR. BERNSTEIN:  I can't win.

13    MS. VUOLO-MILAN:  It's a force of habit and

14    nothing else.

15    HEARING OFFICER PANTER:  Anyway, so Alan, is

16    there anything else that you can think of that Maria

17    may not have that may not have been disclosed?  You

18    know, again, we want those three days to go really

19    smoothly and everybody is working with the same basic

20    materials.

21    MR. BERNSTEIN:  Correct.  And frankly, they're

22    right across the street from me.  If there was any

23    problems I know that Maria would send them to me, we

24    would communicate.  We already have two months and a

HEARING
September 27, 2021

1     week, actually two months and almost two weeks away.

2     I don't anticipate any problems whatsoever.

3         HEARING OFFICER PANTER:  Okay.  That sounds good.

4             Maria, any motions that you can think of?

5         MS. VUOLO-MILAN:  Not at this time.  Again, we'll

6     reserve the right, any objections or motions in

7     limine based on -- you know, upon receipt of the

8     final witness and exhibit list, we'll reserve the

9     right to file if we feel something is necessary.

10        HEARING OFFICER PANTER:  Yeah, you don't have to

11    reserve.  You can make motions and objections at any

12    time, but have you prepared any motions in limine or

13    do you intend to file any motions in limine as you

14    sit here now?

15        MS. VUOLO-MILAN:  Not at this time, no.

16        HEARING OFFICER PANTER:  Alan?

17        MR. BERNSTEIN:  None, none.

18        HEARING OFFICER PANTER:  No motions, no motions

19    in limine.

20        MR. BERNSTEIN:  No.

21        HEARING OFFICER PANTER:  Okay.

22        MS. VUOLO-MILAN:  There is -- I apologize, I

23    didn't mean to interrupt.  There is one point.  I

24    don't think it really warrants or requires a motion

HEARING
September 27, 2021

1    in limine to file, but we have had preliminary

2    conversations with our -- the individuals on our

3    witness list from DCFS, which has also included an

4    attorney from DCFS that, you know, has been looped in

5    on this, and the attorney from DCFS did note, of

6    course, this is a very sensitive case.

7         The allegations in this case are very

8    sensitive in nature.  They involve a minor, they

9    involve a minor, they involve DCFS proceedings.  The

10   Superintendent is very much aware of the sensitive

11   nature of that.

12        And to be clear, the attorney for DCFS, one

13   of his concerns was about witnesses from DCFS being

14   asked about who the reporter was.  He indicated

15   that's just not information that they would be

16   permitted to provide, so I just wanted to put that on

17   the record.

18        It's not something that I plan to elicit

19   testimony on from them.  I don't think whether the

20   DCFS folks are able to say this is who specifically

21   reported it to us makes a difference one way or the

22   other in this case, but that is just a concern that

23   the attorney for DCFS raised about not inquiring

24   about that.

HEARING
September 27, 2021

1          I suspect if the question were asked they
2     would not answer anyway and that they're not
3     permitted to, but I just wanted to make a note for
4     the record of that.
5          HEARING OFFICER PANTER:  Thanks, Maria.  That's a
6     good point, and I'm glad you raised it.
7               Alan, response?
8          MR. BERNSTEIN:  I believe that asking who is the
9     reporter of a DCFS is a violation of the statute, so
10    I wouldn't be asking that anyway, so not a problem.
11         HEARING OFFICER PANTER:  Okay, good.
12              All right, well, I'm trying to think of
13    anything else we have to do to get ready for December
14    8th.  Before I turn to Max, let's see what we can
15    think of.  He'll make sure that we've covered
16    everything.
17              Maria, can you think of anything else we
18    need to do before December 8?
19         MS. VUOLO-MILAN:  Nothing on my end unless Helena
20    has anything?
21         HEARING OFFICER PANTER:  Helena?
22         MS. TAMRAT:  No, I think everything has been
23    covered.
24         HEARING OFFICER PANTER:  Okay.  And just to be --

HEARING
September 27, 2021

1    try to be inclusive and make sure we haven't missed

2    anything, Melina, have these two missed anything or

3    have they done a fairly good job?

4         MS. ROZZISI:  They did a wonderful job.

5         HEARING OFFICER PANTER:  Okay, glad to hear that.

6              And Alan, can you think of anything else we

7    need to do before our hearing?  Are we ready to go?

8         MR. BERNSTEIN:  I believe we are all ready to go.

9         HEARING OFFICER PANTER:  Okay.  Now I'm going to

10   turn to Max.  Max, can you think of anything else

11   that needs to be done before December 8th?

12        EXECUTIVE DIRECTOR CAPRONI:  I think we've

13   covered everything.  I just ask a reminder, if there

14   are going to be documents that are offered into

15   evidence that are confidential, if those could be

16   clearly labeled confidential just so we in our office

17   are, you know, extra sure that we know that, so

18   that's my one request.

19        MS. VUOLO-MILAN:  Thank you.

20        HEARING OFFICER PANTER:  I'd like to say

21   something to both lawyers.  You're both very

22   experienced, and you've done more of these than me.

23             This will probably be my first hearing, and

24   I just want to mention that you both obviously

HEARING
September 27, 2021

 1    understand that I will not be the decision maker,

 2    that the decision is being made by our incredibly

 3    qualified and very distinguished Board, and so when

 4    you speak, remember that I'm going to try to make

 5    sure that our case for both of you is presented in a

 6    way that makes it as easy for the Board to understand

 7    and follow, but please make sure that you are making

 8    your case simple and clear, that your points are

 9    going to be easy to follow and that you start with

10    your important points and you emphasize your

11    important points so that the Board when they go

12    through this and look at the video that they can get

13    to your important points right away.

14            And you know, I think that given the idea

15    that they're not here with us as we do this, you've

16    got to use extra care to make sure that everything

17    you want them to understand and feel and know is

18    really presented clearly and simply.

19            So that's just a piece of advice to both of

20    you I would say.

21            Maria, can you think of anything else before

22    December 8th or do you have any advice for me in

23    conducting this hearing seeing as how this would be

24    my first?

HEARING
September 27, 2021

1      MS. VUOLO-MILAN:  I don't know that I can think
2  of any advice off the top of my head.  I'm sure
3  you're very well positioned to lead us through a
4  hearing here.  I cannot think of anything else at
5  this time.
6          Again, if we think of something else, if we
7  come in possession of something else we will contact
8  Mr. Bernstein.
9          If there's anything that we think the
10  parties might be able to work out in advance of the
11  hearing and reduce into a written stipulation, we'll
12  work with, I'll call him Alan instead of
13  Mr. Bernstein this time, we'll work with Alan on
14  that.
15          Otherwise if there's any other concerns
16  we'll reach out to Alan, and if there's anything we
17  need to file, we'll go ahead and get it on file and
18  make sure and circulate that promptly.
19      HEARING OFFICER PANTER:  Maria, I would say this.
20  I think stipulations are particularly important in
21  proceedings like these where the determiner, the
22  people who are going to determine this, they want to
23  know what the actual issues are and what the actual
24  points are, so any peripheral points that can be

HEARING
September 27, 2021

1    stipulated out, do it because it will clarify and let

2    them understand what you're trying to say.

3            And the same for you, Alan, you know,

4    anything that you can stipulate to.  Three days of

5    testimony, that's a lot of testimony and a lot of

6    witnesses, and even though we have really super good

7    people hearing this, that's still quite a lot of data

8    to be processed.

9            So you want to make sure that what you are

10   really trying to bring out comes forward, and that's

11   why stipulations are really, really good.  Whatever

12   you can stipulate to will help clarify and bring

13   forward the main points you want to make.

14           Alan, anything else you can think of, any

15   advice for me on my first hearing?

16       MR. BERNSTEIN:  Always rule for the Respondent.

17   No, other than that.

18           No, I am sure based upon all our

19   personalities this will not be an acrimonious

20   hearing.  We're just going to be representing our

21   clients zealously but within, you know, the grounds

22   of being fair.  Nothing else, none.

23       HEARING OFFICER PANTER:  All right, that sounds

24   great.  I'm really looking forward to this, to see

HEARING
September 27, 2021

1   you all on December 8.

2          Max, is there anything else you can think

3   of?

4       EXECUTIVE DIRECTOR CAPRONI:  No.  Thank you very

5   much.

6       HEARING OFFICER PANTER:  Okay, hearing no further

7   motions, I'm going to adjourn the meeting.  If you

8   are unable to work anything out, please bring it to

9   Max's attention right away.  Otherwise we will

10  reconvene for the hearing at 9:00 o'clock on December

11  8 by Zoom.

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1        STATE OF ILLINOIS     )
                                )  ss:
 2        COUNTY OF W I L L      )

 3

 4                  I, NANCY DECOLA EATINGER, a Certified

 5        Shorthand Reporter, do hereby certify:

 6                  That said proceedings were taken remotely

 7        before me at the time and places therein set forth

 8        and were taken down by me in shorthand and thereafter

 9        transcribed into typewriting;

10                  I further certify that I am neither

11        counsel for, nor related to, any party to said

12        proceedings and not in any way interested in the

13        outcome thereof.

14                  In witness whereof, I have hereunto

15        subscribed my name.

16        Dated:  October 11, 2021

17

18        _____
          Nancy DeCola Eatinger
19        CSR No. 084-003451

20

21

22

23

24
```

BEFORE THE POLICE BOARD
OF THE CITY OF CHICAGO

IN THE MATTER OF CHARGES  )
FILED AGAINST             )  Case No. 21 PB 2989
P.O. LIVIUS TOMESCU       )


        REPORT OF PROCEEDINGS (Via teleconference)

had at the status in the above-entitled matter before

MS. APRIL PERRY, HEARING OFFICER, taken on April 26,

2021, at the hour of 10:40 o'clock a.m.

              * * * * * * * *

REMOTE APPEARANCES:


MS. JOHANNA TRAN,
(Via teleconference),
MS. MARIA VUOLO-MILAN,
(Via teleconference),

          on behalf of the Superintendent;

MR. JAMES McKAY,
(Via teleconference),

          on behalf of Respondent Tomescu;

POLICE BOARD OF THE CITY OF CHICAGO
MR. MAX CAPRONI, Executive Director,
(Via teleconference.)

HEARING
April 26, 2021

1    HEARING OFFICER PERRY:  The next case up is

2    Police Board Case Number 21 PB 2989 regarding the

3    charges against Respondent Officer Livius Tomescu.

4    That's, L-i-v-i-u-s; Tomescu, T-o-m-e-s-c-u.  This is

5    April Perry, the Hearing Officer assigned to the

6    case, and we're proceeding via conference call due to

7    the pandemic.

8         Counsels for the Superintendant, could you

9    please introduce yourselves spelling your name for

10   the court reporter.

11   MS. TRAN:  Good morning.  This is Johanna Tran,

12   T-r-a-n, on behalf of the Superintendent.

13   MS. VUOLO-MILAN:  Good morning.  This is Maria

14   Vuolo-Milan, V-u-o-l-o, dash, M-i-l-a-n, also on

15   behalf of the Superintendent.

16   HEARING OFFICER PERRY:  Counsel for the

17   Respondent?

18   MR. McKAY:  Good morning, your Honor.  This is

19   James McKay, M-c-K-a-y.  I'm appearing on behalf of

20   Officer Livius Tomescu.

21   HEARING OFFICER PERRY:  Thank you, Mr. McKay.  Is

22   Officer Tomescu present on the line?

23   MR. McKAY:  I don't believe so, your Honor.

24   Actually I advised him I would handle it for him.  I

HEARING
April 26, 2021

1    could get him if need be.

2         HEARING OFFICER PERRY:  No, certainly fine for

3    him not to appear, we just like to know if we can for

4    the record whether or not they appear.

5              I want to thank you, Mr. McKay, for filing

6    your appearance on behalf of Officer Tomescu at least

7    two days prior to the hearing in accordance with the

8    rules.  And I see I think, Mr. McKay, the Respondent

9    was personally served the charges on April 8th, is

10   that right?

11        MR. McKAY:  I believe so, yes, Judge.

12        HEARING OFFICER PERRY:  Thank you.  And you also

13   filed a motion for discovery, so thank you for filing

14   that.

15        MR. McKAY:  You're welcome.

16        HEARING OFFICER PERRY:  Counsel for the

17   Superintendant, have you tendered the CR file to

18   Counsel for Respondent or do you have it available to

19   tender?

20        MS. TRAN:  This is Johanna Tran.  The CR file is

21   currently being redacted.  There are some things that

22   I'm going to try to work through I think with

23   Mr. McKay, but it should be ready for tendering by

24   the end of the week.

HEARING
April 26, 2021

```
1        HEARING OFFICER PERRY:  All right.  If you could

2   please work with Mr. McKay on that and get it

3   tendered by Friday, that would be great.  And thank

4   you for filing yours online with the Board already.

5        Ms. Tran, how long do you need to respond to

6   Respondent's motion for discovery?

7        MS. TRAN:  If I could, can I have a little bit

8   longer just because I do have a hearing this week,

9   and then I do have another motion next week, if I can

10  have maybe until May 12th, some time like that?

11       HEARING OFFICER PERRY:  All right.  May 12th to

12  respond to the motion for discovery is fine.

13       MS. TRAN:  Thank you.

14       HEARING OFFICER PERRY:  And let's go ahead and

15  set the status for about a week after that so that

16  everyone can review what's been tendered and come

17  with any other issues that next week.  How does May

18  18th sound for the next status?

19       MR. McKAY:  Judge, this is Jim McKay.  A couple

20  things.  I have no objection if Johanna needs more

21  time to tender the complete CR file, but I would ask

22  this; if we by agreement can enter a protective

23  order, I would ask that the records be tendered

24  whenever she can and have these records tendered in
```

HEARING
April 26, 2021

1    an unredacted form.

2         The protective order in place would protect

3    anybody named in these reports from dissemination to

4    third parties, so I would just ask for protective

5    order and ask that these reports be unredacted, and

6    I'm certainly agreeable in allowing Johanna to do

7    this in plenty of time, certainly past May 12th.

8         HEARING OFFICER PERRY:  Well, she was actually

9    looking I think to tender the CR investigative file

10   to you by Friday, that's what I heard, is that right?

11        MR. McKAY:  Yes, but what I'm asking for, your

12   Honor, is unredacted reports.  Joanna indicated she

13   wants to redact them.  I ask that we don't do that,

14   we just enter an agreed protective order, which makes

15   that point moot.

16        HEARING OFFICER PERRY:  What types of material

17   are you planning to redact out, Ms. Tran?

18        MS. TRAN:  Thank you, so at this time -- I'm just

19   going off the list now if I could just have one

20   second.

21        At this time, regarding redactions would be

22   social security numbers, employee numbers, driver's

23   license numbers, driver's license numbers, license

24   plate numbers, financial information and medical

1      records.

2            The reason that I was hoping to speak with

3      Mr. McKay regarding the redactions is because we have

4      to address this issue on a few other cases that

5      Mr. McKay and I are working on.

6            The Superintendant's position is that we are

7      in agreement with tendering unredacted some

8      information, but the information that I just

9      indicated, we are planning to continue to redact that

10     information as there's no purpose or use that

11     Mr. McKay can make for it.

12            There are various documents that I've cited

13     to previously regarding why the Superintendent takes

14     that position regarding the CR files, so that's the

15     information that we're currently seeking to redact.

16        HEARING OFFICER PERRY:  Mr. McKay, do you have a

17     problem with social security numbers being redacted?

18        MR. McKAY:  Social, maybe not.  The only reason,

19     the only reason, your Honor, that I need unredacted

20     reports is to locate or my investigator locate these

21     witnesses so we can interview them before the

22     hearing, that's it.

23            A protective order makes all of this moot

24     because it bars myself, my investigator, Johanna and

HEARING
April 26, 2021

1       her staff from disseminating this information to

2       third parties.

3               And more importantly, the Supreme Court

4       Rules that are in place regarding information that is

5       private only applies to filings, so you know, as far

6       as discovery, it is to be kept by the parties and the

7       parties keep it private, but there's to be no filings

8       which can be made a matter of public record that

9       would include this personal contact information.  So

10      that's the only reason.

11              A social security number may be necessary to

12      locate a witness.  If there's addresses and phone

13      numbers, then maybe not, but it's just hard to say at

14      this point since this is the first time up and I

15      don't know yet how many witnesses, if any, we need to

16      interview before the hearing.

17      HEARING OFFICER PERRY:  Well, I believe

18      Ms. Tran's original suggestion was that you and she

19      talk off line and see what you can agree on and what

20      you can't.  Why don't we let you have some time to do

21      that.  I suspect there's going to be common ground

22      here that you'll be able to reach.

23              If you find that you have not gotten the

24      information that you need, we can certainly revisit

 1    it when we talk next.

 2         MR. McKAY:  Sounds good, fair enough.  Thank you.

 3         HEARING OFFICER PERRY:  How about May 12th for

 4    the date by which anyone can file any additional

 5    discovery motions.  If we still have problems

 6    proceeding, Ms. Tran will plan to get you everything

 7    by Friday, which gives you two weeks to review it and

 8    work out with her any problems that may still exist.

 9    And then a status on May 17th -- I'm sorry, May 18th

10    at 10:00 a.m.

11              Is there anything else we'd like to work out

12    today?

13         MR. McKAY:  How about an agreed protective order?

14         MS. TRAN:  I have no objection to a protective

15    order, Jim.  I can draft one.

16         MR. McKAY:  Thanks, Johanna.

17         MS. TRAN:  No problem.

18              I did want to advise you, Madam Hearing

19    Officer, I do have a hearing on May 18th, so what

20    time is the status going to be?

21         HEARING OFFICER PERRY:  Well, what time do you

22    want it to be?

23         MS. TRAN:  My hearing starts at 11:00 a.m., so if

24    we can do it before then.

HEARING
April 26, 2021

1      HEARING OFFICER PERRY:  10:00 a.m. would be

2   great.

3      MS. TRAN:  Thank you.

4      HEARING OFFICER PERRY:  All right.  Just a couple

5   of housekeeping matters before we conclude.  I'd like

6   to note for the record that Mr. Caproni has sent both

7   parties the Report of Review of Suspension of

8   Respondent accompanied by the filing of charges as

9   well as the reports of Respondent's complimentary and

10  disciplinary history that were generated just prior

11  to charges in this case were filed.

12      I assume because you are both repeat players

13  here that you are familiar with Appendix A to the

14  Rules of Procedure and how you can get the complete

15  disciplinary files for Officer Tomescu if you want

16  it, so I would encourage you to work together on that

17  as well.

18      I'm sure you both know, if you want to use

19  experts, it's better to start getting those in line

20  sooner rather than later since our cases tend to move

21  very quickly, so if anyone does want an expert,

22  please start working on that now.

23      Max, did I get everything I was supposed to

24  get here?

HEARING
April 26, 2021

1          MR. CAPRONI:  I believe you did, yes.  Thank you.

2          HEARING OFFICER PERRY:  Anything else from

3     Counsels for Superintendent?

4          MS. TRAN:  Not from Johanna.  I'm not sure if my

5     partner, Maria, has anything to add.

6          MS. VUOLO-MILAN:  This is Maria.  Nothing from my

7     end either.  Thank you.

8          HEARING OFFICER PERRY:  Thank you both.

9               Counsel for Respondent?

10         MR. McKAY:  Nothing on behalf of Officer Tomescu.

11         HEARING OFFICER PERRY:  All right.  And I will be

12    happy to review any protective orders that you all

13    agree on, and anytime you want to submit those is

14    fine.  Thanks to everyone.

15         MS. TRAN:  Thank you so much.  Have a good day

16    everyone.

17         MR. McKAY:  Thank you, have a nice day.

18              (WHICH WERE ALL THE PROCEEDINGS HAD.)

19

20

21

22

23

24

HEARING
April 26, 2021

```
1      STATE OF ILLINOIS    )
                            )   ss:
2      COUNTY OF W I L L    )

3

4              I, NANCY DECOLA EATINGER, a Certified

5      Shorthand Reporter, do hereby certify:

6              That said proceedings were taken remotely

7      before me at the time and places therein set forth

8      and were taken down by me in shorthand and thereafter

9      transcribed into typewriting;

10             I further certify that I am neither

11     counsel for, nor related to, any party to said

12     proceedings and not in any way interested in the

13     outcome thereof.

14             In witness whereof, I have hereunto

15     subscribed my name.

16     Dated:  April 28, 2021

17

18     _____

19     Nancy DeCola Eatinger
       CSR No. 084-003451

20

21

22

23

24
```

BEFORE THE POLICE BOARD
OF THE CITY OF CHICAGO

IN THE MATTER OF CHARGES )
FILED AGAINST )Case No. 21-PB-2986
P.O. LIVIUS TOMESCU. )
)

THE WEBCONFERENCE REPORT OF

PROCEEDINGS had at the Pre-hearing conference in

the above-entitled matter before Ms. April Perry,

Hearing Officer, on October 13th, 2021, at the

hour of 1:00 p.m.

- - - - - - - - - - - - - - - -

APPEARANCES:

    CITY OF CHICAGO
    DEPARTMENT OF LAW
    BY:  MS. MARIA VUOLO-MILAN
        MS. MARYEM ABDULLA
        (Via Video Conference)
        30 North LaSalle Street
        Suite 1020
        Chicago, Illinois  60602,

        On behalf of the Superintendent;

    MR. JAMES McKAY
    (Via Video Conference),

        On behalf of Respondent;

    POLICE BOARD OF THE CITY OF CHICAGO
    MR. MAX CAPRONI

MONITOR00264633

April Perry Hearing Officer CORRECTED
October 13, 2021

```
 1        HEARING OFFICER PERRY:  This is Police Board

 2    case number 21 PB 2989 regarding the charges

 3    against respondent Officer Livius Tomescu.

 4    L-I-V-I-U-S.  T-O-M-E-S-C-U.

 5                   I'm April Perry, Hearing Officer

 6    assigned to the case, and we are proceeding via

 7    Zoom due to the ongoing pandemic.

 8                   Can I ask respondent counsel to

 9    introduce yourself and spell your name for the

10    court reporter?

11        MR. McKAY:  Good afternoon, your Honor.  My

12    name is James McKay, M-C-K-A-Y.  I'm the attorney

13    on behalf of Officer Livius Tomescu.

14        HEARING OFFICER PERRY:  It does not appear

15    Mr. Tomescu is present.  That appropriate for

16    today?  Did you want him here?

17        MR. McKAY:  No, your Honor.  He is not

18    present now.  He's been advised of this Zoom

19    conference.  He may be available, but not until

20    1:30, and that's assuming we're still going at

21    that time.  He is not here at this point.

22        HEARING OFFICER PERRY:  Okay.

23    Superintendent counsel, could you also please

24    introduce yourself and spell your names for the
```

April Perry Hearing Officer CORRECTED
October 13, 2021

 1   court reporter.

 2       MS. VUOLO-MILAN:  Yes.  Good afternoon.

 3   Maria Vuolo-Milan on behalf of the

 4   Superintendent.

 5       MS. ABDULLA:  And Maryem Abdulla on behalf

 6   of the Superintendent.  A-B-D-U-L-L-A.

 7       HEARING OFFICER PERRY:  Thank you.  Let's

 8   just start first.  Respondent filed a motion to

 9   dismiss the charges on the basis of double

10   punishment.

11              I'm assuming the Superintendent

12   would like to file a written response?

13       MS. VUOLO-MILAN:  Yes, that's correct.  We

14   believe the appropriate matter of addressing

15   what's in Respondent's motion to dismiss is by

16   briefing it.  We'd like to file a written

17   response.  I would request 28 days to prepare our

18   response.  I believe that was filed on Thursday

19   the 7th, so that puts us at November 4th.

20              Actually, I'm just trying to think.

21   We're changing supervisors on this case.  The

22   supervisor who is currently on this case, he's

23   moving on to a different department at the City,

24   and I know he is leaving on Friday.

April Perry Hearing Officer  CORRECTED
October 13, 2021

1           In the interest of also just giving

2    personnel on our end a little bit more time,

3    typically I would say 28 days would be enough,

4    but, perhaps, we can have until November 11th.

5    That would be 35 days.

6           Also, upon an initial review of the

7    response, to the extent that we need to request

8    any additional information or documents from our

9    client, the extra time might help.

10           Would November 11th be the

11    appropriate response time?

12      HEARING OFFICER PERRY:  That's fine.  I

13    would anticipate this is going to be taken under

14    advisement and then presented to the Police Board

15    for the ultimate decision.

16           If you could get your response on

17    file by the 11th, that will work.

18           Just so we're all on the same page

19    about today, I'm going to ask each party to give

20    a very brief overview of what they anticipate

21    their evidence will show in the case, just two to

22    three minutes so I've got a good understanding

23    where you think we're headed.  Then I'm going to

24    ask the respondent to go through each of the

April Perry Hearing Officer - CORRECTED
October 13, 2021

1    witnesses on your list one by one and tell me a

2    little bit about each of them as well as the

3    exhibits you plan to admit with each one of them.

4              We will then talk about whether or

5    not there are any possible stipulations or ways

6    we can streamline the witnesses' testimony.

7              We will go ahead and do the same

8    thing on the other side.  And we'll deal with --

9    I know a couple of specific motions were filed.

10   We'll deal with the Zoom hearing motion at the

11   end once I have a better understanding who all

12   the witnesses are going to be.  And as well as

13   the motion that was filed under seal at the very

14   end, so we can place that portion of the

15   proceeding under seal as well.  Does that sound

16   like a good plan?

17             If you can start, one of the

18   counsel for the Superintendent, with what you

19   anticipate the evidence will show.

20      MR. McKAY:  Judge, I hate to interrupt.

21   Before we go into that, the respondent would like

22   a little bit of time to reply to whatever

23   response the City makes with regard to a motion

24   to dismiss.  At the same time we have this matter

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    set for trial on November 18th.  We are not

2    asking to extend that trial date.  I don't need a

3    lot of time to reply, but if the City is going to

4    get their 35 days, can I have at least until

5    November the 16th or 17th to file a reply?  I

6    understand the Board can rule on this matter

7    later, perhaps at the same time we're hearing the

8    case, but I would ask for some time to reply.

9         HEARING OFFICER PERRY:  Yes, you can

10   absolutely have until the 16th or 17th to

11   respond.  And it is my understanding that the

12   Board is going to want to take them both

13   together.

14        MR. McKAY:  Thank you.

15        HEARING OFFICER PERRY:  Thank you for

16   bringing that up.

17             From the Superintendent, a brief

18   summary of the charges and what the evidence will

19   show, please.

20        MS. VUOLO-MILAN:  Good afternoon, Hearing

21   Officer.  This case involves Officer Tomescu who

22   at the time was working in the Chicago Police

23   Department's human resources division.  One of

24   his tasks was conducting background

April Perry Hearing Officer CORRECTED
October 13, 2021

1    investigations for recruits.  Separate from his

2    employment -- or, well, I guess in accordance

3    with his employment, but he was not assigned to

4    her background information investigation.

5              Officer Tomescu met an applicant

6    named Rafia Iqbal, R-A-F-I-A, I-Q-B-A-L, when she

7    was going through the application process.

8              Some months later when she

9    completed the application process and would be

10   starting as a recruit for the Police Department

11   in the academy, they began what ultimately became

12   a relatively short dating relationship.

13             And that is roughly when the

14   allegations and the charges start to pick up.

15             I think we can divide the issues in

16   this case effectively into sort of three

17   categories.  Category number one would be

18   comments and statements and -- harassing

19   statements and threatening statements that

20   Officer Tomescu made to formerly recruit Iqbal,

21   now Officer Iqbal, in conjunction with the end of

22   their -- towards the end of their dating

23   relationship.  That relates to paragraph number

24   eight of the charges.

April Perry Hearing Officer CORRECTED
October 13, 2021

1           I think category number two --
2    sorry.  And that also would apply to statements
3    made to two other recruits who were in the
4    academy at the time with Officer Iqbal that would
5    relate to charges six and seven.
6                 Category number two would be
7    Officer Tomescu's -- what I would classify as
8    misuse of his position at the Chicago Police
9    Department effectively.  He improperly accessed
10   Police Department data and particularly through
11   the LEADS platform to conduct inquiries that had
12   nothing to do with his employment with the Police
13   Department and were completely personal.
14                In addition to conducting LEADS
15   inquiries, he accessed the background file of
16   Officer Iqbal and provided that to her.  And he
17   also made phone calls to, for example, Officer
18   Iqbal's ex-boyfriend.
19                And in that -- I believe it will
20   come out at hearing that the ex-boyfriend
21   perceived this to be somebody from the Police
22   Department calling him, not simply a current
23   boyfriend calling to chat with an ex-boyfriend.
24   So things to that effect will come up.

April Perry Hearing Officer  CORRECTED
October 13, 2021

1           The third category, we do have two

2   Rule 14 allegations, false statements allegations

3   against Officer Tomescu.  Those are charges

4   numbers 10 and 11.  Statements made in the course

5   of his interviews with the Bureau of Internal

6   Affairs.  Falsely stating that he obtained

7   Officer Burckel's phone number from Officer

8   Iqbal's phone.

9           I believe you will hear from

10  Officer Iqbal that she did not have Burckel's

11  number in her phone.

12          And also falsely denying accessing

13  Officer Iqbal's personnel or background files

14  when -- as included on our exhibit list there are

15  e-mails that he did, in fact, do just that.

16          You will hear from these various

17  witnesses at the hearing, including the recruits

18  to whom Officer Tomescu spoke.  They're all

19  police officers of the Police Department now.

20  Along with other witnesses who will talk about

21  sort of the sequence of events that unfolded and

22  the timeline of contacts that were made and

23  information that was accessed.

24          Unless my co-counsel has anything

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    to add, I think that's a pretty broad-brush

2    overview.

3        MS. ABDULLA:  I think you covered

4    everything.  Thank you.

5        HEARING OFFICER PERRY:  Thank you.  Mr.

6    McKay.

7        MR. McKAY:  Thank you, Judge.  Officer

8    Livius Tomescu denies each and every allegation

9    that he is charged with.  And I got to say, just

10   when you thought the Police Board had enough work

11   on its hands, here comes the Superintendent with

12   an over-zealous and I submit incompetent internal

13   affairs officer who now wants to bring in a

14   police officer's personal life before this Board.

15            The facts will show, your Honor,

16   that Officer Livius Tomescu and Officer Iqbal had

17   a romantic relationship.  Indeed he helped her

18   get an apartment or a home up on the northwest

19   side.  And there is a great deal of personal

20   communication going back and forth between them,

21   as is the case in every normal relationship.

22            And what the evidence will show,

23   your Honor, is that while Officer Iqbal was at

24   the police training academy, she was called a

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    vulgar name by one of the recruits there.  She

2    shared that with Officer Tomescu in personal

3    communication.  And like any gentleman trying to

4    defend the honor of his girlfriend, was reaching

5    out to this man to ask why he is calling his

6    girlfriend a vulgar name.  That is shared with

7    another man at the police academy.  Both of these

8    men, your Honor, we submit lied to Internal

9    Affairs when they're being questioned about this

10   name calling going on between these two men and

11   Officer Iqbal.

12            We believe, your Honor, that while

13   the relationship did terminate between Ms. Iqbal

14   and Officer Tomescu, she was also disingenuous

15   with Internal Affairs investigators.

16            And it is besides the point why

17   Officer Tomescu is sitting in this position where

18   the Superintendent is seeking to terminate him

19   for personal matters when the three main

20   witnesses against him clearly are on record

21   giving false statements.

22            Officer Tomescu is looking forward

23   to this trial.  We look forward to

24   cross-examining all of the witnesses presented by

April Perry Hearing Officer CORRECTED
October 13, 2021

1    the Superintendent, and we believe that if this

2    trial even does go forward, despite the motion to

3    dismiss that was filed prior to today, there is

4    overwhelming -- overwhelming mitigation and a

5    stellar career by Officer Tomescu that should

6    compel this Board not to agree to the

7    Superintendent with termination should the Board

8    even believe that these charges have been proven

9    by the Superintendent.

10              So for all those matters, your

11   Honor, we are looking forward to the hearing.

12      HEARING OFFICER PERRY:  Thank you, Mr.

13   McKay.

14              We'll start with the

15   Superintendent's witnesses.  I saw you filed a

16   list today.  Thank you for doing that.  We can

17   just go through those one by one and give a brief

18   overview.  This is going to be especially helpful

19   when we have to decide which portions, if not all

20   of it, will be held in person.

21              So it looks like your first witness

22   up is Officer Tomescu.  Give me a brief overview

23   what you would expect the evidence will show and

24   whether or not you plan to use any exhibits with

April Perry Hearing Officer CORRECTED
October 13, 2021

1    Officer Tomescu.

2        MS. VUOLO-MILAN:  Adversely he is an

3    opposing party, so we plan to call him as an

4    adverse witness.

5                We plan to effectively walk through

6    the various allegations in the charges, different

7    statements and conversations he had with officer

8    -- there's two different Iqbals in this case.

9    I'm going to refer to Rafia Iqbal.  Her sister

10   makes an appearance on the witness list as well.

11   Her name is Rabia.  So they are two different

12   people.

13               But effectively we walk through the

14   charges with the Respondent and walk through the

15   chain of events of what happened with respect to

16   exhibits that we would speak with Respondent

17   about.  I expect that Superintendent's -- there

18   are a number of exhibits, including e-mails and

19   correspondence, text messages, phone records,

20   involving Officer Tomescu that we would discuss

21   those with Officer Tomescu.

22               There are also what's called A & A,

23   or assignment and attendance, records on our

24   exhibit list.  Those are significant.  And I

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    understand we'll get to the exhibits later, but

2    those show that Officer Tomescu was working on

3    particular days that are relevant to the charges,

4    particularly when certain information of --

5    Police Department information was accessed as

6    alleged in the charges by Officer Tomescu.

7    Talking through the A & A records with him

8    confirming certain dates on which he was working.

9    Again, on the e-mails, the text messages.  Also a

10   voicemail that Officer Tomescu left for Officer

11   Iqbal.  And we also have a transcript of that.  I

12   think we'll have a fair bit to talk about with

13   Officer Tomescu.

14             Again, just going to the charges on

15   that.  And the exhibits we have in which he was

16   involved, particularly as a party involving

17   communication.

18        HEARING OFFICER PERRY:  Okay.  Thank you.

19   Have you, Mr. McKay, gotten all of these text

20   messages, phone records, e-mails, and A & A

21   records that Superintendent's counsel is

22   referring to?

23        MR. McKAY:  Not A and A records.  I'd like

24   to see them.

April Perry Hearing Officer CORRECTED
October 13, 2021

1          Regarding the other exhibits, I do

2     have some.  As far as phone records, I don't know

3     about any phone records regarding any calls, but

4     I do have some screenshots of text messages.

5          So if there are additional exhibits

6     that were not contained in the CR file that has

7     been provided, I would like -- now, I must say,

8     your Honor as an officer of the court, I have

9     been in communication with Jazmyne as late as

10    today regarding the sharing of discovery that

11    I've been unable to open.  Perhaps it's that.

12    And this is not an issue if all of that is

13    contained in that recent sharing.

14       HEARING OFFICER PERRY:  Can I ask

15    Superintendent's counsel?  You got 19 exhibits

16    listed on your exhibit list.  Have all those been

17    tendered, first of all?

18          Secondly, could you get us a file

19    that has all of those numbered and everything at

20    some point?

21       MS. VUOLO-MILAN:  Yes.  Exhibits 5 through

22    19, those are all contained as attachments in the

23    CR file which was tendered.

24          I believe when the CR file was

April Perry Hearing Officer - CORRECTED
October 13, 2021

1    tendered via OneDrive, that was my former

2    co-counsel that handled that.

3              Of course, Mr. McKay, if there is

4    anything you can't access or find that you don't

5    have, I am happy to work with you on that.  If it

6    means we have to print out a hard copy, we can do

7    that.  Obviously we want to make sure there are

8    no issues accessing the documents we tendered.

9              When we go through the exhibits, I

10   will be happy to point out which attachments they

11   relate to, if that would be helpful for counsel.

12             Exhibits 1, 2, and 3, those are

13   Department directives.  I did just before the

14   prehearing send copies of those over to Mr. McKay,

15   and they are also available online on the

16   Department's website.

17             Exhibit No. 4, again, we tendered a

18   courtesy copy today, effectively it is a courtesy

19   copy.  I find it easier to put it on our exhibit

20   list of a particular provision of the

21   administrative code that Officer Tomescu is

22   charged with violating, that we would be asking

23   the Board to take administrative notice of.  But

24   everything else that's not a directive from --

April Perry Hearing Officer CORRECTED
October 13, 2021

```
 1   that's pulled from CPD website and raised in the

 2   charges, those are all attachments to the CR file.

 3              Again, I can identify the attachments

 4   by number as we go through our list.  If there are

 5   any issues accessing any portion of the file, you

 6   know, Counsel, please let us know and we will make

 7   sure that gets worked out.  I thought everything

 8   was under control.

 9              So, again, if there are any issues,

10   please let me know.

11      MR. McKAY:  I appreciate it.

12      HEARING OFFICER PERRY:  And Sohail Bhati?

13      MS. VUOLO-MILAN:  Yes, he is the

14   brother-in-law of Officer Rafia Iqbal.  Mr.

15   Bhatti, B-H-A-T-T-I, was applying to be a Chicago

16   Police Department police officer roughly around

17   the time that Officer Iqbal was doing so.

18              I believe it will come out at

19   hearing that Officer Tomescu became assigned to

20   Mr. Bhatti's background file and background

21   investigation.  And it's alleged in the charge,

22   in charge number nine -- let me pull them up.

23   That Officer Tomescu used the information that he

24   obtained while conducting that background
```

1    information, including personal telephone numbers

2    and e-mail addresses, to contact Bhatti and his

3    wife, Officer Iqbal's sister, Ms. Rabia Iqbal,

4    for personal purposes.  So using Department

5    information for personal purposes.

6            And so we expect Mr. Bhatti will

7    testify about the contact that was done with

8    Officer Tomescu, particularly as it relates to

9    personal -- completely non-work-related things,

10   despite the fact that Officer Tomescu would have

11   been holding himself out as a police officer

12   there.

13           I will say for Mr. Bhatti, his wife

14   Rabia, and there's one other witness at the bottom

15   of our witness list, Mr. Usmani, I understand

16   we're supposed to talk to our witnesses about

17   their availability.  We have made efforts to reach

18   out to them.  Mr. Bhatti and his wife Rabia Iqbal

19   were served yesterday with subpoenas.  We are

20   attempting to contact them.  I hope there will be

21   no hiccups.  But just for the sake of disclosing

22   that, they are under subpoena and we are also

23   subpoenaing Mr. Usmani.

24           These individuals also gave

17-cv-06260                                          MONITOR00264650

April Perry Hearing Officer  CORRECTED
October 13, 2021

1   statements to the Bureau of Internal Affairs.  And

2   we anticipate they will testify consistently with

3   those statements.

4                Witness number three is Officer Mark

5   Burckel, B-U-R-C-K-E-L.  Now Officer Mark Burckel

6   was an individual who was a recruit in the academy

7   at the same time as Officer Iqbal.

8                I understand that as Mr. McKay

9   referenced in his summation of the case, Mister,

10  now Officer Burckel, had allegedly made a comment

11  to Officer Iqbal who became the class secretary,

12  something to the effect like, You're so and so's

13  bitch.  That is the comment Rafia called and

14  exposed to Officer Tomescu.

15               Following that, again as counsel

16  pointed out in his summation of the case, Officer

17  Tomescu contacted then recruit Burckel and

18  effectively confronted him about this.

19               There are a number of documents that

20  are on our exhibit list that will show that this

21  contact that Officer Tomescu had with now Officer

22  Burckel, then recruit Burckel, was not appropriate

23  contact.

24               It's alleged in the charges, under

April Perry Hearing Officer CORRECTED
October 13, 2021

1    charge number six, that on October 1st, 2018,

2    Officer Tomescu left a voicemail for him and made

3    telephone calls to Officer Burckel, during which

4    Officer Tomescu actually identified himself as a

5    police officer from human resources within CPD

6    and effectively threatened to have him expelled or

7    terminated if Burckel would not go publicly

8    apologize for this comment to Officer Iqbal.

9              Again, holding himself out as a

10   police officer for a matter involving his

11   girlfriend that was personal.

12             And you'll find for -- jumping down

13   our exhibit list to Officer Colton Sodt, S-O-D-T,

14   both similar purposes.

15     HEARING OFFICER PERRY:  Are these mostly

16   oral conversations or mostly voicemails and texts

17   and other recorded statements or a little bit of

18   both?

19     MS. VUOLO-MILAN:  Little bit of both.  I can

20   point out for you on our exhibit list.  Exhibit

21   No. 12 is a screenshot from Officer Burckel's

22   cell phone showing call logs and that's what I

23   meant when I said phone records.

24             I don't mean that I subpoenaed

April Perry Hearing Officer CORRECTED
October 13, 2021

 1    Verizon for phone records, I mean screenshots

 2    from his phone and text messages, including an

 3    October 1st, 2018, text from Officer Tomescu.

 4        HEARING OFFICER PERRY:  Thank you.  Sergeant

 5    Fiedler.

 6        MS. VUOLO-MILAN:  We've included him on our

 7    list.  I do not anticipate we will need to call

 8    him.  Again, as we sort of go through the

 9    chronology how these things play out.  Different

10    incidents that have occurred over time come up.

11    Again, I don't think we're going to need to call

12    him.  He had given Officer Tomescu a direct order

13    to have no further contact with Officer Iqbal.  I

14    anticipate we would ask Officer Tomescu about

15    that.  I don't think it will be in dispute, but

16    just preserving our ability to call him.  I don't

17    think we need to call Sergeant Fiedler.

18        HEARING OFFICER PERRY:  Fair to say he would

19    be called to prove up an impeachment?

20        MS. VUOLO-MILAN:  I guess to prove up

21    impeachment, or if we need to get the point on

22    the record and it's not something that Officer

23    Tomescu can testify to, we would call him for a

24    very limited purpose.

April Perry Hearing Officer CORRECTED
October 13, 2021

1          Again, I don't expect that he's

2     somebody we would call, but it is a possibility,

3     so I wanted -- we wanted to make sure to include

4     him on our list.

5          HEARING OFFICER PERRY:  All right.  Who is

6     next?

7          MS. VUOLO-MILAN:  The next on our list is

8     Rabia Iqbal-Bhatti.  I will let my co-counsel

9     speak to that.

10         MS. ABDULLA:  Thank you, Maria.  Our next

11    witness, as Maria just mentioned, Rabia

12    Iqbal-Bhatti, which is Rafia's sister, and she is

13    married to Mr. Bhatti who Maria spoke about a few

14    witnesses ago.

15              So we anticipate that Rafia will

16    speak to Tomescu's contact with her via phone and

17    e-mail.  This was for personal purposes and using

18    the Department's CPD information for personal and

19    non-work-related purposes, as he was holding

20    himself out on -- in his official CPD capacity.

21              We also anticipate that she'll

22    testify consistently with her BIA investigation

23    interview.  And testify to what Officer Tomescu

24    had stated to her via phone and e-mail and how it

April Perry Hearing Officer CORRECTED
October 13, 2021

1  was unrelated to her husband's background

2  investigation, which, as mentioned before,

3  Tomescu was assigned to work on.

4           This goes to charge nine under the

5  charges which cover Rules 2, 3, and 4.

6     HEARING OFFICER PERRY:  Who's next?

7     MS. ABDULLA:  We have Officer Rafia Iqbal

8  here who will be our star witness in this case.

9  She is going to be speaking under a variety of

10  charges, including charge 1, 2, possibly 5, 6,

11  and 7, 8, 9, which encompass rule violations 2,

12  4, 6, 8, and 41.  She will be testifying or we

13  anticipate she will be testifying about the

14  timeline of her romantic relationship with

15  Officer Tomescu, which includes how she met

16  Officer Tomescu, when they started dating, her

17  relationship, as far as was Officer Tomescu's

18  inappropriate use of his of CPD resources towards

19  her, specifically with respect to disseminating

20  documents from her CPD personnel file and

21  background investigation file, which was sent to

22  Officer Iqbal.  And also how Officer Tomescu used

23  his official capacity to question her

24  ex-boyfriend, Mr. Usmani, regarding Iqbal's

April Perry Hearing Officer CORRECTED
October 13, 2021

1    relationship with him, again as used in his

2    official CPD HR capacity.

3                We anticipate she will testify this

4    was done after she was hired as a PPO and how she

5    learned of this communication, when this

6    happened, and the circumstances that led to this

7    communication.

8                Again, this goes to rule violations

9    2, 3, and 4.

10               We also anticipate she will

11   corroborate Officer Burckel and Sodt's version of

12   events with respect to the disrespectful or name

13   calling in the homeroom and how she did not take

14   that as an insult, and she did not want Officer

15   Tomescu to insert himself into that issue.

16               We anticipate that she will testify

17   how she learned that the way in which Officer

18   Tomescu contacted Officer Sodt and Burckel, how

19   she felt regarding the, quote unquote, "bitch"

20   statement, and Tomescu's actions after she told

21   him about the incident, how she believes he

22   obtained Officer Burckel's and Sodt's phone

23   numbers.  And that also goes to rule violations 2,

24   3, 4, and 8.

April Perry Hearing Officer  CORRECTED
October 13, 2021

```
 1              Finally we anticipate that Officer

 2    Iqbal will testify to the text that Officer

 3    Tomescu sent her which was threatening, harassing,

 4    and included derogatory statements, which also

 5    included threats to tell CPD's Internal Affairs

 6    Division that she -- he believed she lied on her

 7    CPD application regarding her age.

 8              She'll testify to the contents of the

 9    texts, when she received these texts, how she

10    felt, and her subsequent actions after this.

11    Again, that goes to rule violations 2, 3, and 8.

12       HEARING OFFICER PERRY:  Thank you.

13       MS. ABDULLA:  Maria, if you have anything to

14    add on that.

15              Oh, one last thing before I let

16    Maria jump in.  I also anticipate that Officer

17    Iqbal will testify to her feelings towards

18    Officer Tomescu now and how it impacts her

19    ability to do her job currently.

20              Maria, if you have anything to add,

21    feel free to jump in.

22       MS. VUOLO-MILAN:  Thank you very much,

23    Maryem, I appreciate that.

24              I agree, to walk through sort of
```

April Perry Hearing Officer - CORRECTED
October 13, 2021

```
 1    the sequence of events and the chronology of the

 2    relationship, and then throughout that we'll find

 3    how things that relate to the charges that are at

 4    issue here.

 5                  Regarding the last comment that you

 6    made, Maryem, about kind of how Officer Iqbal,

 7    you know, is feeling about this situation now,

 8    even a few years removed and the extent to which

 9    it has or can impact her ability to effectively

10    perform her job as a Chicago police officer, on

11    that point, there's one thing in particular that

12    we do anticipate that she will testify to; that

13    since these incidents unfolded, she encountered a

14    scenario at work in which she needed to get what

15    is called a dog bite card, I believe, as a part

16    of doing her job.  And when she called the phone

17    number to effectuate that part of her job, the

18    individual who answered the phone was Officer

19    Tomescu, and how she felt about that and how

20    ultimately how uncomfortable she was, and that

21    somebody else in the Department ended up handling

22    that task for her.  So we do anticipate she will

23    testify about how this has impacted her not only

24    personally but, importantly, because this is a
```

April Perry Hearing Officer CORRECTED
October 13, 2021

1    discharge case, her employment wise as well

2    within the Department.

3        HEARING OFFICER PERRY:  All right.  Thank

4    you.  Who's next?

5        MS. VUOLO-MILAN:  Next on the list we have

6    Sergeant Karla Johnson.  This is another witness

7    that we've put Sergeant Johnson on our list.  We

8    don't anticipate we will need to call her.

9    Sergeant Johnson had given a direct order to

10   Officer Tomescu to stop communicating with

11   recruits.  Of course this would be relevant to

12   recruits Burckel and Sodt.  And at that time,

13   Officer Tomescu explained to her that he was

14   doing it because he felt they were harassing

15   another recruit or harassing another recruit.

16   And that Sergeant Johnson then reiterated her

17   direct order to stop communicating with recruits.

18               I anticipate this is something that

19   we would ask Officer Tomescu about, but if

20   necessary, we can bring in Sergeant Johnson if we

21   need to plug a gap, I suppose, in the testimony

22   if it doesn't come out otherwise.  But I would

23   put her on the may-call list.  I think it's very

24   unlikely that we would need her to come in.

April Perry Hearing Officer  CORRECTED
October 13, 2021

```
1        HEARING OFFICER PERRY:  Commander Moore?

2        MS. VUOLO-MILAN:  Commander Moore, Timothy

3    Moore, works in the Police Department.  He's

4    provided testimony, or at least by way of

5    stipulation, to this Board before regarding Rule

6    14.

7                 Of course, Officer Tomescu is

8    charged with two counts of violating Rule 14 of

9    the Chicago Police Department's rules and

10   regulations, which prohibits making false

11   statements.

12                Commander Moore would have the

13   ability to come in and, again, as it's often the

14   case in Rule 14 cases pending before this Board,

15   and talk about the significance of Rule 14 and

16   really why it has such an impact on the

17   Department when there is a Rule 14 at issue,

18   particularly an impact on the officer's ability

19   to fully carry out their functions as a

20   fully-employed police officer within the Chicago

21   Police Department.

22                Commander Moore would not be

23   testifying about the facts of this case in

24   particular, nor would he be opining on the facts
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

1   of this case in particular, but he would provide

2   valuable information for the Board and any

3   reviewing court to understand the significance of

4   a Rule 14 violation for the Chicago Police

5   Department and why discharge is so commonly

6   recommended in Rule 14 cases.

7       HEARING OFFICER PERRY:  So let's pause for a

8   moment.  This is the first time I see the

9   possibility of some type of stipulation as to

10  what the testimony would be.

11          Mr. McKay, what say you about the

12  proposed testimony?  Obviously you wouldn't be

13  agreeing it's accurate, just that that's what he

14  would say if called to testify.  Could you

15  envision a world in which you would stipulate to

16  something like that?

17      MR. McKAY:  Perhaps not, Judge.  I've been

18  in discussion with Maria about Commander Moore,

19  and one of my exhibits is a long list of people

20  still active in the Police Department who had

21  Rule 14 violations sustained against them.

22          I would like to cross-examine

23  Commander Moore how he can reconcile how serious

24  Rule 14 violations are, yet there are over 100

April Perry Hearing Officer CORRECTED
October 13, 2021

```
 1    people in the Chicago Police Department who have

 2    14s sustained against them who are still working.

 3                    Now, in other cases, I've been able

 4    to work out a stipulation regarding Commander

 5    Moore, if that list is included in the

 6    stipulation.

 7                    Maria and I have not gotten there

 8    yet regarding our conversation.  So at this

 9    point, Judge, I would have to tell this court

10    that I'm looking forward to cross-examining

11    Commander Moore.

12        HEARING OFFICER PERRY:  Well, it seems as

13    though that would be a completely fair topic for

14    cross-examination if Commander Moore were to talk

15    about how important Rule 14 is to the Department.

16    The facts may or may not be within his personal

17    knowledge, but I would think that you would be

18    able to at least ask those questions.  So I think

19    that is a fair ask.

20                    I would encourage you both to

21    continue to work together on this one, because

22    this seems like the kind of witness that should

23    not be too hotly disputed on either side, both

24    what Rule 14 is that the Department views it as
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

```
 1   important and also Mr. McKay's point that every

 2   Rule 14 is not subject to discharge.  Those seem

 3   to be not terribly disputed subject areas.  So if

 4   you could work something out, I think that would

 5   be helpful.  Obviously that's up to the two of

 6   you.

 7                  Officer Susie Ortiz.

 8     MS. VUOLO-MILAN:  Thank you.  Officer Ortiz,

 9   I think, is our third and possibly final witness

10   that we are unlikely to call.  She is a may call,

11   might call, depending on how things went.

12                  Officer Susie Ortiz was also

13   assigned to the Chicago Police Department's human

14   resources division.

15                  She, similarly to Officer Tomescu,

16   conducted background investigations of CPD police

17   officer applicants.

18                  Officer Ortiz was assigned to

19   Raphael Iqbal's file, so, of course, in the

20   course of her official capacity could at certain

21   points have had legitimate work-related reasons

22   to access Officer Iqbal's file.

23                  She would primarily be called -- I

24   anticipate that Officer Tomescu would testify
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

1  that he was not assigned to Officer Iqbal's file,

2  and that is important because one of the charges

3  alleges that he accessed her file and

4  disseminated contents of it back to Officer

5  Iqbal.

6          Again, I don't really anticipate

7  that -- I suppose anything is possible.  I don't

8  really anticipate that's something that would

9  necessarily come into dispute.  But if for some

10  reason it does or there's some sort of

11  insinuation that Officer Ortiz was somehow

12  responsible for disseminating some sort of

13  information, I don't think that would be the

14  case, but we would like to preserve our ability

15  to call her if it becomes necessary.

16     HEARING OFFICER PERRY:  Thank you.  Officer

17  Sodt.

18     MS. ABDULLA:  Officer Colton Sodt will

19  testify -- well, we anticipate that he will

20  testify consistently with his BIA investigation

21  interview.

22          He was a witness to Officer

23  Burckel's comments to Officer Iqbal that she was,

24  quote unquote, "The homeroom instructor's bitch."

April Perry Hearing Officer   CORRECTED
October 13, 2021

1    And he also received a phone call from Officer

2    Tomescu in his capacity as a CPD officer in HR

3    threatening to have him terminated from the CPD

4    training academy if he did not apologize to

5    Officer Iqbal publicly in front of the entire

6    homeroom class.

7            We anticipate that Officer Sodt

8    will testify as to when and how Officer Tomescu

9    contacted him, why and for what purpose, as well

10   as how he interpreted the phone call and the

11   threats of having Officer Sodt terminated and how

12   it does not -- if he were not to comply with

13   Officer Tomescu's apology demands.

14        HEARING OFFICER PERRY:  Is this the

15   ex-boyfriend I heard about earlier?

16        MS. ABDULLA:  No, this is Officer Sodt.  He

17   was in Officer Iqbal's homeroom class.  He was

18   witness to Officer Burckel's statements about

19   Officer Iqbal being, quote unquote, "a bitch."

20        HEARING OFFICER PERRY:  Thank you.

21        MS. ABDULLA:  This goes to charge seven.

22        HEARING OFFICER PERRY:  Thanks.  Who is up

23   next?

24        MS. ABDULLA:  We have Sergeant Kevin Spisak.

April Perry Hearing Officer CORRECTED
October 13, 2021

 1   We were able to get into contact with Sergeant

 2   Spisak.  He is on medical leave right now.  He

 3   sustained an injury while on duty, and he

 4   anticipates being on medical leave until early

 5   November.  So we will be in contact with him to

 6   make sure that he is available and ready to

 7   testify.  But his testimony will go to Officer

 8   Tomescu's e-mail to him stating that Officer

 9   Tomescu tried to address the issue -- the

10   homeroom issue with Sodt and Burckel himself, and

11   he will testify to the contents of this e-mail,

12   for example, when he received it.  We may not

13   have to call him, depending on Officer Tomescu's

14   testimony.  But, again, as Maria stated before

15   with other witnesses, we would like to reserve

16   our right to do so.

17       HEARING OFFICER PERRY:  Who's up next?

18       MS. VUOLO-MILAN:  Next witness, Arqum

19   Usmani.  Mr. Usmani is Officer Rafia Iqbal's

20   ex-boyfriend.  I anticipate that he will testify

21   again consistently with the statement that he's

22   given to the Bureau of Internal Affairs during

23   the course of the underlying investigation, which

24   I understand that the Board is not going to get

April Perry Hearing Officer  CORRECTED
October 13, 2021

```
 1    that, but just for sake of clarity for counsel, I

 2    note that.

 3              Mr. Usmani we anticipate will come

 4    in and testify that he received a phone call from

 5    Officer Tomescu after Officer Iqbal had already

 6    been hired by the Police Department and was

 7    already in the academy.  And that throughout the

 8    course of that phone call, it was understood by

 9    Mr. Usmani that Officer Tomescu was somebody that

10    was calling him, not as a current boyfriend

11    calling a former boyfriend to ask some questions,

12    but as a Chicago Police Department employee

13    contacting somebody about now Officer Iqbal.

14              So, again, this goes to the sort of

15    over-arching issue that I had mentioned; we

16    divided this case into three separate issues in

17    particular of Officer Tomescu holding himself out

18    as a police officer or doing things under the

19    guise of his professional responsibilities that

20    really had nothing to do with his job and

21    misusing that.

22              Mr. Usmani's testimony is relevant

23    to charges three and five in particular.

24              In charge three -- and this is
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

1  another significant charge.  It is alleged that

2  Officer Tomescu accessed LEADS, the LEADS system,

3  and obtained information regarding Mr. Usmani as

4  well.  So Mr. Usmani is relevant to that.

5          And then on charge five, that

6  relates to the contact of Officer Tomescu

7  contacting Mr. Usmani by telephone, identifying

8  himself as a police officer, and asking Usmani

9  questions about Officer Iqbal.

10    HEARING OFFICER PERRY:  And Sergeant Welch.

11    MS. VUOLO-MILAN:  Sergeant Welch, again,

12  somebody hopefully we don't have to call.

13  Sergeant Welch was the investigator on this case.

14  He works in the Department's Bureau of Internal

15  Affairs.

16          I understand that by the time the

17  case has gone through the investigative process

18  and charges have been drafted and it's before the

19  Board, these are effectively de novo hearings.

20          The course of investigation

21  generally is not something that we get into and

22  not something we would plan on getting into with

23  respect to Sergeant Welch.

24          To the extent that we need somebody

April Perry Hearing Officer  CORRECTED
October 13, 2021

1   to lay the foundation for any documents, if

2   they're unable to come in somehow through Officer

3   Tomescu or otherwise, for example the A & A

4   records or the LEADS records, Sergeant Welch

5   would be able to lay a foundation for that.

6               We also put him on here in case we

7   need to perfect impeachment.  And in my seven

8   years here, I have had one case where somebody

9   has been confronted with a prior statement and

10  has simply said they don't remember saying what

11  was on the transcript in front of them, and I had

12  the investigator come in and say, Yes, I asked

13  them that question and they gave me that answer.

14  So to perfect impeachment, if necessary.

15              I'm hoping that we don't need to call

16  him to come in.  I think we should be able to

17  pretty much streamline things through other

18  witnesses.  In the event it becomes necessary for

19  that limited purpose, again not getting into the

20  course of investigation, because that's not

21  something that's at issue in this case, we would

22  call Sergeant Welch for that.

23      HEARING OFFICER PERRY:  Thank you.  And then

24  we have kind of foundational witnesses at the end

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    here.

2                 Have you and Mr. McKay gotten

3    together to try to discuss foundation for the

4    exhibits and whether or not you might be able to

5    stipulate to those types of things?

6       MS. VUOLO-MILAN:  That is something that I

7    would be happy to discuss with Mr. McKay or if

8    there's no objections today, perhaps we can reach

9    some agreement.

10                I will say witness number 14, I

11   would qualify as more than just a foundational

12   witness.  We have been working with our contacts

13   in the Police Department to identify the

14   appropriate person to talk about this.  Likely

15   somebody from the academy or possibly somebody

16   from the IT Department.  Basically to talk about

17   what LEADS is, how LEADS works, the type of

18   information that one can obtain in LEADS.  And

19   importantly, and this is in conjunction with the

20   general and special orders listed on our exhibit

21   list, why misusing LEADS is such a big deal and a

22   big problem.  The way LEADS information is

23   obtained, the way the Department has access to

24   it, and issues that can arise when individuals

April Perry Hearing Officer  CORRECTED
October 13, 2021

1   within the Department misuse their access to

2   LEADS, as it is alleged that Officer Tomescu did

3   in this particular case.

4            So as soon as we have that name --

5   I'm making another phone call after our prehearing

6   conference today.  That name will be tendered to

7   Mr. McKay.

8            So I think a little bit more than

9   just a foundational witness.  But, of course, as

10  soon as I have that name, I will tender it to

11  counsel.

12     HEARING OFFICER PERRY:  I have actually seen

13  these witnesses testify in these types of cases,

14  so I understand that there is a little more meat

15  on the bone.  I also think, perhaps, a lot of

16  that would be agreed, things like this is what

17  type of information is stored in LEADS, this is

18  what it's used for, this it is how folks are

19  trained to use LEADS.  Doesn't seem all that

20  controversial.  Mr. McKay might disagree with me.

21  But I would encourage you to try to work

22  something out on that, even again if called to

23  testify, this witness would say X type of

24  agreement.

April Perry Hearing Officer   CORRECTED
October 13, 2021

```
 1              In terms of the importance of using

 2   LEADS, I'm assuming Mr. McKay won't agree to

 3   anything about the importance of using LEADS

 4   correctly.  But I think you also will have plenty

 5   to argue from if you can get a stip about what

 6   it's used for and what type of information it

 7   contains.

 8              But I would encourage you guys to

 9   put your heads together for the foundational

10   witnesses.

11              Mr. McKay, what do you think?

12   Anything here we get an agreement on?

13     MR. McKAY:  Your Honor, as far as foundation

14   for exhibits, I'm willing to stipulate to that.

15   We don't need to call any record-keepers, whether

16   it's phone records, whatever it may be.  Maybe we

17   can stipulate to this LEADS witness.  If Maria

18   can give me a proposed stipulation I can review

19   before the trial, maybe we can work this out.

20              If we talk about the why something

21   exists witness, kind of like Commander Moore, I

22   would need an offer of proof from Maria before I

23   can agree to stipulate.

24              I don't think it's going to be
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

```
1   anything that's going to be a game-changer and

2   not something that's going to compel a long cross

3   if we have to hear the witness live.  But I can

4   certainly work with Maria on this one.

5       MS. VUOLO-MILAN:  I can review, especially

6   once we identify the particular witness that we

7   would need to call, and discuss with them and my

8   client and see if this is something that at least

9   in part we can reach some sort of stipulation to

10  as you both had mentioned, at least regarding

11  some of the background, the basics, what is

12  LEADS?  What can you find in LEADS?  How do you

13  access LEADS?  Maybe some of the background

14  stuff.  That's something we can talk to our

15  potential witnesses about and our client as well.

16  And if it warrants drafting something up and

17  sending it over to Mr. McKay, we can do that.

18      HEARING OFFICER WOOD:  Great.  For both this

19  witness and Commander Moore, I guess, just keep

20  in mind that the Police Board hears a lot of

21  these cases, so explanations about why Rule 14 is

22  important and why LEADS is important and all

23  those types of things probably not as necessary

24  as it would be with a raw civilian jury who knows
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    nothing about nothing.

2              So I don't want to prevent you from

3    putting on a case you want to put on that, but

4    that type of thing helps a lot more with

5    civilians than people that have heard a lot of

6    these cases before.

7              Okay.  There's a lot of people.

8    Seems like about five or six you won't need to

9    call.

10             Is this the order you are hoping to

11   call them in or can we adjust things a little if

12   we -- some of those folks I can tell you Mr.

13   McKay is going to want to have the opportunity to

14   cross live, and I think he is entitled to cross

15   live.  Some of these I think are a lot less

16   important that we all be together in the

17   courtroom.  I haven't decided how we're going to

18   rule on the Zoom portion yet.  Can you envision a

19   world in which your occurrence witnesses, who Mr.

20   McKay, I believe, termed the liars, go first or

21   on a day where we are all going to be in person

22   and the other folks are later?

23      MS. VUOLO-MILAN:  I would disagree with that

24   qualification of our witnesses.  I expect that we

April Perry Hearing Officer  CORRECTED
October 13, 2021

 1   will be arguing that they are quite credible when

 2   they testify at hearing and plenty --

 3       HEARING OFFICER PERRY:  I didn't mean to

 4   name call.

 5       MS. VUOLO-MILAN:  I understand.  Between the

 6   witnesses and the exhibits, I expect that there

 7   will be plenty of corroboration and ask the Board

 8   to find them credible.

 9               With that said, I do expect that we

10   would call Respondent Officer Tomescu as our

11   first witness.  And likely Officers Iqbal,

12   Burckel, and Sodt probably shortly thereafter.

13           We do have some flexibility when it

14   comes to the occurrences witnesses, the

15   individuals who received contact from Officer

16   Tomescu, et cetera.  I think we have flexibility

17   in the order that we do that.  And that's really

18   the bulk of our witnesses.

19               We kind of start weeding out the

20   ones we're not likely to call.  I think we have

21   some flexibility there and we can talk about

22   that.

23       HEARING OFFICER WOOD:  Are you still

24   envisioning a world in which this all happens in

                                                    MONITOR00264675

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    one day?

2        MS. VUOLO-MILAN:  I do not.  I anticipate

3    that Officer Tomescu and Officer Iqbal's

4    testimony will take a little while.  I think

5    we're working on a compressed time frame in terms

6    of the start-to-finish dates in the charges, but

7    there is still a lot to talk about.  There's a

8    lot of different types of issues that we have in

9    this case again.

10            I would expect the Superintendent's

11    case -- I think before we anticipated that will

12    spill over into two days.  I anticipate that's

13    still the case.  I understand you set three days

14    for this case.

15        HEARING OFFICER PERRY:  Correct.  And I'm

16    told by Mr. Caproni the way this has been done so

17    far is where cases that are splitting their time

18    between Zoom and in-person, which I think is

19    where we're going to land here, they have been

20    doing opening statements remotely first thing in

21    the morning and then giving everybody a break to

22    get to the hearing room.  So we're not in-person

23    for the openings.  We then all head to the

24    hearing room for the first day of testimony, the

April Perry Hearing Officer  CORRECTED
October 13, 2021

1   live portion, and then the next day or next

2   portion is resumed via a Zoom conference.  I

3   think that's probably where we'll land.  But

4   let's talk through Mr. McKay's witnesses, too.

5               As far as your exhibit list goes, I

6   know we are having some dispute about whether Mr.

7   McKay has all these things.  Is there any

8   possibility that you can share your screen and

9   show us where all these things are?

10      MS. VUOLO-MILAN:  Absolutely.  Can everybody

11  see the general order on my screen right now?

12      HEARING OFFICER PERRY:  Yes.

13      MS. VUOLO-MILAN:  Wonderful.  So

14  Superintendent's Exhibit 1, this is --

15  Superintendent's Exhibits 1, 2, and 3 are general

16  orders and special orders referenced in the

17  charges.  And I did right before we started

18  today -- I'm not sure Mr. McKay likely didn't see

19  this.  It was right before we started today.  I

20  did tender this exact PDF.  It is a bookmarked

21  PDF with all the exhibits.  It's basically the

22  equivalent of the exhibit binder that I would

23  tender to the hearing officer and copies for the

24  Board, counsel, and witnesses the day of the

April Perry Hearing Officer  CORRECTED
October 13, 2021

```
 1   hearing.  We've got that prepared already,

 2   subject to any rulings that happen today.

 3                 Exhibits 1, 2 and 3 --

 4      HEARING OFFICER PERRY:  And who is going to

 5   put these in or are you envisioning stipulations

 6   to get those in?

 7      MS. VUOLO-MILAN:  Typically I believe we ask

 8   the Board to take administrative notice.  They

 9   are Department directives.  I do anticipate some

10   testimony on them, and in particular when we're

11   looking at special order like computer data.  I

12   think this goes more to argument.  The reference

13   in the charges we would ask the Board to take

14   administrative notice of Exhibits 1, 2, 3, and 4.

15   There might be some testimony on this from the

16   witness that testifies about LEADS.  Again, if

17   that's something we're able to work out

18   beforehand, that's something we're able to work

19   out beforehand.  But Exhibits 1, 2, 3, and 4 I

20   think are appropriate for administrative notice.

21   And 1, 2, and 3 are Department directives.

22                 Exhibit 4, which is on the screen

23   right now, it's the provision of Illinois

24   Administrative Code with which Officer Tomescu is
```

April Perry Hearing Officer  CORRECTED
October 13, 2021

1  charged with violating.

2      HEARING OFFICER PERRY:  So I think that's

3  appropriate for those to be entered that way.

4  Will you then be questioning witnesses beyond the

5  Respondent about those?

6      MS. VUOLO-MILAN:  Possibly the LEADS witness

7  who I think is number 13 on -- number 14 on our

8  list.  We're having a LEADS witness testify.

9  It's possible some brief cross-examination.  I

10  think the language of the orders are pretty

11  straightforward and lend themselves to argument.

12          I would anticipate asking Officer

13  Tomescu about them.  They are things which he is

14  charged.  I expect that's a conversation that we

15  would have during his adverse direct examination

16  at the hearing.  Again, possibly the LEADS

17  witness.

18          Regarding Exhibit 4, same thing.

19          Same thing for 1, 2, 3, and 4.

20  Some possible minimum testimony about that --

21  those exhibits at hearing.  Certainly something

22  for arguing and closings.

23      HEARING OFFICER PERRY:  Great.

24      MS. VUOLO-MILAN:  Exhibit 5.  Again, Officer

April Perry Hearing Officer  CORRECTED
October 13, 2021

1   Tomescu is charged with accessing Officer Iqbal's

2   personal history questionnaire.  Basically

3   information from her background file and

4   tendering that information to her, but still

5   accessing the file and tendering it back to

6   somebody.

7              So Exhibit 5, it's an e-mail from

8   Officer Tomescu to Officer Iqbal regarding -- in

9   which on July 31st, 2018, he is e-mailing a copy

10  of her personal history questionnaire.

11             There are two different e-mails

12  that are contained in here just showing that the

13  personal history questionnaire was sent to

14  Officer Tomescu and forwarded to Officer Iqbal.

15             I will say this is more heavily

16  redacted than the version that we tendered in

17  discovery.  And, Mr. McKay, for your reference

18  this is attachment 146 in the CR file.

19             What's at issue here that he

20  accessed it and tendered it, and it is the

21  personal history questionnaire and parts of her

22  background investigation.

23             I see no reason to include in the

24  public record Officer Iqbal's actual background

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    information.  I don't think her high school that

2    she went to and the license plate of the car that

3    she drives and her answers to these questions

4    have any bearing on this case, so we have

5    redacted as appropriate the substance that's not

6    relevant to this case.

7              To the extent that there is

8    information on here that might be relevant,

9    contact information for individuals who Officer

10   Tomescu is alleged to have contacted, we've left

11   that in.

12             For the most part, we heavily

13   redacted the information that has nothing to do

14   with the charges against Officer Tomescu.

15     HEARING OFFICER PERRY:  Are you going to be

16   objecting to those redactions?

17     MR. McKAY:  Maybe not.  Probably not.  I

18   don't think at this point her personal

19   information about things in her life 20 years ago

20   are relevant.  I can't say at this point.  But,

21   you know, I don't think we have an objection.

22   Just reserve my position at least until I have

23   time to look at all of these exhibits.

24             I appreciate the attachment number,

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    Maria.

2               Right now, Judge, if I had to tell

3    you, I'd say no, I don't have an objection to the

4    redactions, but I'd like to reserve my position

5    for trial.

6        HEARING OFFICER PERRY:  Thanks.

7        MS. VUOLO-MILAN:  Exhibit No. 6, there are a

8    couple of attendance and assignment records that

9    we would seek to put into evidence.  This Exhibit

10   No. 6 is from July 31st, 2018.  Mr. McKay,

11   attachment 173 in the file.  Again, July 31st is

12   the date on the e-mail that we just reviewed in

13   Exhibit 5 in which Officer Tomescu is alleged to

14   have accessed Officer Iqbal's file.  Effectively

15   this shows that he was at work on this day and

16   the officer who was actually assigned to Officer

17   Iqbal's background investigation was not at work

18   on that day.  So just corroborating.

19              Exhibit 7 is an August 7th, 2018,

20   e-mail to Officer Tomescu containing -- and it's

21   sent from the Chicago Police e-mail address.  It's

22   an e-mail to Officer Tomescu on August 7th, and

23   attached to that e-mail you will find additional

24   background investigation documents of Officer

April Perry Hearing Officer  CORRECTED
October 13, 2021

1    Iqbal.

2              And, counsel, Exhibit 7 relates to

3    attachments 147 and 148.

4      MR. McKAY:  Thank you.

5      MS. VUOLO-MILAN:  Exhibit 8, this is another

6    A & A, attendance and assignment record.  Again,

7    just corroborating the dates he was, indeed, at

8    work on the day that he is alleged to have

9    accessed and sent himself that file.

10             Exhibit No. 9 -- if I am going too

11   quickly, anybody, please tell me to slow down.

12   I've looked at these enough, that I'm ready to

13   cruise through them.  I can slow down.

14             Exhibit No. 9 is a September 17,

15   2019, report.  The title is Hot Desk Search for

16   Inquiries on Arqum Usmani, and Mr. Usmani is

17   Officer Iqbal's ex-boyfriend.

18             This exhibit will be offered to show

19   that it was Officer Tomescu who on July 31st,

20   2018, under his log-in used LEADS to obtain

21   information regarding Officer Iqbal's

22   ex-boyfriend.

23             Similarly to the background

24   information regarding Officer Iqbal, we have