# EXHIBIT 12
# (PART 1)



JOSEPH M. FERGUSON
INSPECTOR GENERAL

CITY OF CHICAGO
OFFICE OF INSPECTOR GENERAL
740 NORTH SEDGWICK STREET, SUITE 200
CHICAGO, ILLINOIS 60654
TELEPHONE: (773) 478-7799
FAX: (773) 478-3949

## MEMORANDUM

TO:        Margaret A. Hickey, Independent Monitor

FROM:   Deborah Witzburg, Deputy Inspector General for Public Safety, Office of Inspector
           General

DATE:    April 25, 2021

RE:        Consent Decree Paragraph 537

---

*537. All regular meetings convened by the Police Board that are open to the public will be attended by the CPD Superintendent or his or her designee; the Chief Administrator of COPA or his or her designee; the Deputy PSIG or his or her designee; and the Chief of BIA or his or her designee.*

The Deputy Inspector General for Public Safety (PSIG) submits the following materials to demonstrate full compliance with Paragraph 537 of the consent decree entered in *Illinois v. Chicago*. This submission was described in the agenda for the April 8, 2021 meeting between PSIG, the Independent Monitoring Team (IMT), and the Office of Attorney General (OAG) that PSIG circulated prior to that meeting. During that April 8, 2021 meeting, PSIG sought guidance on the IMT's methodology for assessing compliance; neither IMT nor OAG identified any additional materials that PSIG should submit to meet full compliance with Paragraph 537; the IMT declined to provide further guidance until after it had reviewed the materials which PSIG proposed for possible submission, and declined to provide guidance on whether Paragraph 537 required the submission of any training materials or what the nature of such materials might be. *See* **OIG ¶ 557 Submission Exhibit A** (April 8, 2021 agenda). On the basis of the IMT's representation that it would review submitted materials as quickly as possible and provide feedback on whether it would require any further records, PSIG submits the following additional materials.

## Preliminary Compliance

PSIG provides its policy manual, updated in April 2021, to include specific reference to the requirements of Paragraph 537, at page 9. *See* **Exhibit A.**

---

Consent Decree Paragraph 557
April 25, 2021

## Secondary/Full Compliance

The Police Board has separately produced records of Police Board proceedings sufficient to demonstrate the attendance of the Deputy PSIG or their designee at all regular meetings of the Police Board.

# Exhibit A

MONITOR00235122

# CITY OF CHICAGO
# Office of Inspector General



# Public Safety Section
# Policies Manual

*April 19, 2021*

# TABLE OF CONTENTS

I.    GENERAL PROVISIONS ................................................................................................................. 4

   A.   Purpose ............................................................................................................................... 4
   B.   Authority & Scope .............................................................................................................. 4
   C.   Mission ............................................................................................................................... 4
   D.   Powers and Duties ............................................................................................................. 4
   E.   Standards ............................................................................................................................ 5
   F.   Ethics ................................................................................................................................. 5
      1.   Individual Independence ............................................................................................. 5
   G.   Values ................................................................................................................................. 6
   H.   Organizational Structure ................................................................................................... 6
   I.   Staff Roles & Duties ........................................................................................................... 8
      1.   Section Positions & Duties ........................................................................................... 8
      2.   Competencies ............................................................................................................. 11
      3.   On-Boarding & Orientation of New Staff Members .................................................. 12
      4.   Training ....................................................................................................................... 12
   J.   Confidentiality ................................................................................................................. 12
   K.   Illinois FOIA ...................................................................................................................... 13
   L.   Other Relevant Authorities ............................................................................................. 13
   M.   Misconduct & Illegal Acts ................................................................................................ 17
   N.   Coordination .................................................................................................................... 17
   O.   Data Analysis ................................................................................................................... 17
      1.   How to work with CITA ............................................................................................. 18
   P.   Work Products .................................................................................................................. 18
   Q.   Research .......................................................................................................................... 18
   R.   Quality Control ................................................................................................................. 19

II.   PROVISIONS FOR EVALUATIONS AND REVIEWS ................................................................... 20

   A.   Guiding Concepts ............................................................................................................. 20
   B.   Project Selection .............................................................................................................. 21
      1.   Mandated Areas of Inquiry ....................................................................................... 21
      2.   Opinion Surveys ........................................................................................................ 22
      3.   Project Ideas .............................................................................................................. 22
   C.   Evaluation & Review Project Procedures ........................................................................ 23
      1.   Initiation of Projects .................................................................................................. 23
      2.   Project Design ............................................................................................................ 27
      3.   Fieldwork ................................................................................................................... 30
      4.   Findings ...................................................................................................................... 31
      5.   Recommendations ..................................................................................................... 32
      6.   Milestone Meetings .................................................................................................. 33
      7.   Report & Publication .................................................................................................. 35
      8.   Departmental Response, Exit Conference, and Publication ....................................... 37
      9.   Debrief & Close Out .................................................................................................. 38
      10. Follow-ups .................................................................................................................. 38

III.  PROVISIONS FOR INSPECTIONS ........................................................................................... 38

   A.   Unit Responsibilities ........................................................................................................ 38
   B.   Coordination with OIG Investigations Section ................................................................. 39
   C.   Inspections of Closed Disciplinary Investigations ........................................................... 39
      1.   Intake Procedures ..................................................................................................... 39
      2.   Case Selection ........................................................................................................... 40

      3.    Review Process.................................................................................................42

      4.    Additional Investigative Steps...........................................................................43

   **D.**    **Data Collection & Analysis** ...............................................................................**44**

   **E.**    **Written Products**..............................................................................................**45**

   **F.**    **Responsibilities of Co-Assignment** .................................................................**45**

**IV.**     **COMMUNITY OUTREACH & ENGAGEMENT** ..............................................................**46**

**V.**      **REVISION & CONTINUOUS IMPROVEMENT LOG**.......................................................**48**

17-cv-06260                                                MONITOR00235125

## I.    **GENERAL PROVISIONS**

### A.    **Purpose**

This Manual provides a framework for the City of Chicago Office of Inspector General's (OIG or Office) Public Safety section staff to skillfully, adeptly, and effectively fulfill the Office's and the section's mission in adherence to applicable law, rules, policies and procedures, and standards.[1] As described in Section V, this Manual is a living document that shall be changed as necessary to improve the PS Section's operations and outputs or as future circumstances dictate. All section staff members are expected to adhere to the processes and directions provided in this Manual but are encouraged to communicate ideas for improvement to section management at any time.[2]

### B.    **Authority & Scope**

This Manual:
- applies to all section activities;
- may, within the scope of applicable laws, vary from one OIG inquiry to another based on operational contingency; and
- does not confer any rights upon a subject of, witness in, or third-party to a PSIG inquiry.

### C.    **Mission**

OIG is an independent, non-partisan oversight agency whose mission is to promote economy, efficiency, and integrity in the administration of programs and operations of the City of Chicago (City) government.

Housed within OIG, the Public Safety section contributes to OIG with a dedicated focus on public safety oversight. Consistent with the City of Chicago Municipal Code (MCC) and OIG rules, the mission of the Public Safety section is to inspect, evaluate, and review the policies and programs of the Chicago Police Department (CPD), the Civilian Office of Police Accountability (COPA), and the Chicago Police Board (Police Board), with the goal of enhancing their effectiveness, increasing public safety, protecting civil liberties and civil rights, and ensuring the accountability of the police force, thus building stronger police-community relationships.

### D.    **Powers and Duties**

The Public Safety section's powers and duties are established, in part, in MCC § 2-56-230, and include:
- Subject to applicable law, having full access to all information in the possession or control of CPD, COPA, and the Police Board, as well as from any employee, elected or appointed officer, department, (including CPD, COPA, and the Police Board), agency, contractor, subcontractor, agent or licensee of the city, and every applicant for certification of

---

[1] Additional detail on applicable law, regulations, and office-wide policies and procedures is found in Sections I.C, D, F-I, and G and greater specificity on standards is available in Section I.J.
[2] Section V outlines the process for amending this Manual.

eligibility for a city contract or program as necessary in order to conduct any inspection, evaluation or review within the Section's jurisdiction[3];

- Making recommendations:
  - o to CPD, COPA, and the Police Board with respect to changes in policies, procedures, practices, operations, directives, training, etc. to address any deficiencies or problems or implement any improvements identified by its evaluations, inspections, and reviews; and
  - o to such other City departments and agencies with operations or programs that may impact public safety.
- Engaging community groups and informing the public about the section;
- Conducting public hearings.

### E.    Standards

To fulfill its duties enumerated above, the Public Safety section shall complete its inspections, evaluations, and reviews in a manner that comports with the Association of Inspectors General's "Quality Standards for Inspections, Evaluations, and Reviews" (Green Book).[4]

### F.    Ethics

Section staff shall adhere to the City of Chicago Ethics Ordinance, the OIG Code of Ethics detailed in the OIG Administrative Policies and Procedures, and the "Quality Standards for Inspections, Evaluations, and Reviews" in the Green Book.

#### 1.    Individual Independence

The Public Safety section and each individual staff member shall maintain independence of mind and of appearance in all matters relating to their work. It is paramount that the staff be free from influences that could impair their objectivity, as well as any appearance of compromised objectivity. To that end, all section staff shall complete an *annual* Independence Statement to evaluate and record any potential threats.[5]

It is the responsibility of each individual to inform the Deputy Inspector General for Public Safety (DIG-PS) of potential threats to independence in fact or appearance, and it is the DIG-PS's responsibility, in consultation with the OIG Ethics Officer, to determine if and how the threats can be mitigated through application of safeguards.[6] The DIG-PS records this determination in a memorandum retained with the Independence Statement.

---

[3] It is, moreover, the "duty of every officer, employee, department, and agency of the City to cooperate with" the Public Safety section, (MCC § 2-56-260)

[4] See Sections I.D & E above. PS staff may also consult the "Generally Accepted Government Auditing Standards" (Yellow Book) for further context and explanation of the requirements and criteria contained in the Green Book.

[5] Staff, moreover, shall execute a *project-specific* Independence Statement before taking on a new project, and a *case-specific* Independence Statement before taking on a new closed-case review.

[6] There may be fact-specific circumstances where a Section employee's recusal- and conflicts-related concerns are best initiated through the Ethics Officer. See, e.g., Administrative Policies and Procedures 1.3 at Section 4.b.

## G. Values

The following values guide the work of the PS Section:

- <u>Accessibility:</u> Present work in digestible and accessible formats to allow a broad range of community stakeholders to access Section materials, striving for content to be transparent, jargon-free, readable, and accessible.
- <u>Communication:</u> Maintain accessible, open communications with departments or agencies under inspection, evaluation, or review. Communicate in a professional, objective, respectful manner.
- <u>Cooperation:</u> Value the diverse contributions of each staff member and treat each other with consideration, dignity, and respect. Value clear and open internal communications.
- <u>Objectivity:</u> Gather and report data and information in a fair, unbiased manner.
- <u>Organization and Hard Work:</u> Endeavor to make efficient use of time and resources.
- <u>Professional Development:</u> Seek to improve our knowledge, skills, and abilities through training and relevant work experiences. Provide a stimulating and rewarding place to work.
- <u>Professionalism:</u> Be honest, considerate, respectful, and work to maintain a high level of credibility with management and the public by ensuring that our work is accurate, objective, fair, and constructive.
- <u>Relevance:</u> Focus on significant, timely, and useful information for the public, the Mayor, City management, and City Council.
- <u>Timeliness:</u> Conduct inspections, evaluations, and reviews in a timely manner while recognizing the individual complexities of each project. Use a variety of reporting mechanisms to ensure the timely communication of urgent findings, including but not limited to reports, management alerts, advisories, notifications, information portal dashboards, and visualizations.

## H. Organizational Structure

The Public Safety section is comprised of: (1) an Evaluations Unit, which has as its primary focus conducting program- and systems-focused evaluations and reviews of CPD, COPA, and the Police Board; and (2) an Inspections Unit, which has as its primary focus conducting inspections and reviews of the operations, systems and policies of police accountability functions, including most notably CPD Bureau of Internal Affairs (BIA) and COPA investigations.[7] Both units focus most frequently on CPD, COPA, and the Police Board, but may, as warranted, either alone or in

---

[7] Broadly, the section's work is comprised of evaluations, inspections, and reviews:

  • Inspections (e.g., analyses of closed disciplinary investigations) are critical appraisals that typically involve examination, measurement, testing, gauging, and comparison of governmental disciplinary investigations related to police and police accountability operations, policies, programs, and practices;

  • Evaluations (e.g., program evaluations) typically result from inquiries applying audit, research, and analysis procedures in assessing the conceptualization, design, implementation, and utility of government organizations, programs, activities, and functions; and

  • Reviews (e.g., policy reviews) typically result from legal, regulatory, or policy-based inquiries that provide observations concerning impediments to the effective and efficient use of governmental operations and programs, and areas of potential liability or risk.

collaboration with other Sections of OIG also conduct inquiries and make recommendations regarding other City department programs functions operating coordinately with CPD, COPA, and the Police Board. While certain types of inquiries may fall within the core activities of either the Evaluations or Inspections Unit, staff members from either unit may be assigned as appropriate, depending on subject matter, competencies, staffing needs, etc.

The Evaluations Unit's primary activities include but are not limited to conducting:
- Evaluations and reviews of:
  - particular policies, procedures, or practices of CPD, COPA, and the Police Board:
    - with respect to police disciplinary investigations and hearings
- Evaluations and reviews:
    - of CPD's policies, practices, programs, and training (i) with respect to constitutional policing, discipline, and use of force; or (ii) that affect CPD's integrity, transparency, and relationship with City residents; and
    - to make recommendations to the Superintendent and the Chair of the City Council Committee on Public Safety to address problems or deficiencies or make improvements in such policies, practices, programs, and training.

The Inspections Unit's primary activities include but are not limited to conducting:
- Periodic analysis of the results of all closed disciplinary investigations conducted by BIA and COPA to:
  - identify trends and summarize the number and results of such investigations; and
  - issue an annual report concerning this analysis, and the performance of the police disciplinary system more generally;
- Inspections of individual closed CPD and COPA disciplinary investigations to make findings and recommendations based on those findings to (i) inform and improve future investigations and ensure that they are complete, thorough, objective, and fair; and (ii) if it finds a deficiency that it concludes materially affected the outcome of the investigation, recommend that the investigation be reopened;
- Analysis of:
  - all sustained findings, disciplinary recommendations, and decisions made by CPD, COPA, and the Police Board; and
  - any subsequent arbitration decisions, for the purpose of assessing trends and determining whether discipline is consistently and fairly applied, and determining whether final disciplinary decisions are being carried out.

The section shall also review and analyze civil judgments and settlements of claims against members of CPD and make recommendations to inform and improve or correct deficiencies in CPD's conduct or operation.[8]

---

[8] Working closely with the AGC and assigned members of the Legal Section, PS section staff shall review settlements concerning and judgments against CPD and its members. As appropriate, staff shall make recommendations to inform and improve or correct deficiencies in the conduct, or operation of CPD based on the

Pursuant to paragraph 558 of the consent decree entered in *Illinois v. Chicago*, in addition to its other work, regularly, and at least annually, the section will conduct data-driven evaluations, inspections, and reviews to measure the effectiveness of the accountability practices of CPD and the accountability agencies. These evaluations, inspections, and reviews will be designed to measure whether the public can readily make a complaint alleging misconduct and whether such complaints are investigated and adjudicated consistently with CPD policy, the consent decree entered in *Illinois v. Chicago*, and the law. Topics will include:

- analysis of the number of disciplinary complaints received, the disposition of complaints by complaint type, the timeliness and average length of administrative investigations, and disciplinary action taken;
- analysis of complaint trends;
- analysis of CPD's enforcement of its Rule 14, Rule 21, and Rule 22;[9]
- analysis of the thoroughness of administrative investigations, and of the justifications for terminating investigations before the investigative findings and recommendations;
- analysis of disciplinary grievance procedures and outcomes; and
- analysis of complaint-driven mediations.

Additionally, pursuant to paragraph 565 of the consent decree entered in *Illinois v. Chicago*, the section will publish reports on diversity and inclusion issues, no less frequently than on an annual basis, with will contain findings and analysis.

## I.      Staff Roles & Duties

The work of the Public Safety section shall be conducted in a collaborative, team-based, and cross-disciplinary manner. All staff assigned to a project should constructively review, debate, and take joint responsibility for the quality of a project team's work. This approach is intended to leverage the different skills, knowledge, training, and experience of section staff for maximal benefit, productivity, and product integrity.

### 1.      Section Positions & Duties

The Public Safety section is operationally integrated with and draws upon the personnel and resources of the OIG.  The following positions are dedicated to the Public Safety section:

---

review and analysis of any individual matter and may also prompt broader data-based pattern and/or trend analysis.

[9] CPD's Rule 14 prohibits "[m]aking a false report, written or oral." Rule 21 prohibits "[f]ailure to report promptly to the Department any information concerning any crime or other unlawful action." Rule 22 prohibits "[f]ailure to report any violation of Rules and Regulations or any other improper conduct which is contrary to the policy, orders, or directives of the Department."

(a).    Deputy Inspector General for Public Safety

The Deputy Inspector General for Public Safety (DIG-PS) formulates the strategic vision, objectives, and performance goals for the section. This includes providing day-to-day supervisory leadership, coordination, and guidance for the work of the Chief Performance Analysts and the Chief Investigator including training, evaluation, and the assignment of work. The DIG-PS is the final decision-maker in regard to matters of section policy, practice, and operation. The DIG-PS communicates information to and with the section's management team respecting the section's activities. As needed, the DIG-PS coordinates the Section's work with that of other OIG sections and external stakeholders, while keeping other section heads and the Inspector General (IG) informed about project progress and potential and actual issues. Pursuant to Paragraphs 537 and 565 of the consent decree, the DIG-PS or their designee will attend all regular public meetings of the Police Board and, further, will attend quarterly meetings with COPA and the Police Board to confer and share information regarding trends and analyses of data relating to CPD. The DIG-PS assures quality control for all Public Safety section outputs.

(b).    Performance Analyst

Performance Analysts (PAs) conduct and lead evaluations and reviews of selected police and police accountability operations, policies, programs, and practices. This work includes but is not limited to identifying project topics, criteria, and objectives; collecting, analyzing, and interpreting data related to program performance; interviewing City employees and other stakeholders; developing recommendations for police and police accountability reforms; conducting site visits and other observations; maintaining organized workpapers and other records; and composing clear, concise, and objective reports. PAs may also conduct other work as directed by the DIG-PS and Chief Performance Analysts.

PAs are assigned to work with other staff on projects and may serve in both project lead and non-lead capacities as assigned. Each person is expected to apply their unique skills and experience to the project and to identify and actively seek the contributions of staff with other skills/experience relevant to the project from colleagues across OIG, including other sections.

(c).    Senior Performance Analyst

Senior Performance Analysts (SPAs) perform all tasks described under "Performance Analyst" (above), with the additional expectation of providing professional peer-to-peer mentoring of PAs as well as providing secondary support to Public Safety section management in the provision of guidance and support to PAs.

(d).    Investigative Analyst

Investigative Analysts (IAs) conduct comprehensive reviews of closed disciplinary investigations completed by CPD and COPA. This work includes but is not limited to inspecting closed police disciplinary investigations to identify materially deficient investigations and recommend that they be re-opened by the investigating agency; making programmatic recommendations to improve future investigations; and reviewing, analyzing, and reporting on data and systems respecting disciplinary investigations and resulting punishments. IAs may also be assigned to

review and analyze civil judgments and settlements of claims against CPD members, for the purpose of making recommendations to inform, improve, or correct deficiencies in CPD's operations. From time to time, IAs may additionally be co-assigned to evaluations or investigations.

### (e). Chief Performance Analyst

Chief Performance Analysts supervise and provide guidance to SPAs and PAs individually and in project teams, help facilitate the day-to-day operations of the Evaluations Unit, and coordinate with the Inspections Unit and other OIG sections where appropriate. This work includes but is not limited to supervising and actively monitoring project teams to provide necessary guidance and support. Chiefs are responsible for reviewing and editing written work products. A Chief assigns work; ensures all quality control processes are properly executed; trains and evaluates staff; and keeps the DIG-PS, the Associate General Counsel for Public Safety (AGC), and other Chiefs informed of project timelines, progress, and issues.

### (f). Chief Investigator

The Chief Investigator supervises the IAs, helps oversee the day-to-day operations of the Inspections Unit, and coordinates with the Evaluations Unit and other OIG sections where appropriate. This work also includes but is not limited to directing and advising IAs in the conducting of all duties described under "Investigative Analyst."

The duties of the Chief Investigator may also include supervising certain evaluations and reviews; collecting, analyzing, and interpreting data to identify areas of concern and where improvements are needed; developing recommendations arising out of Public Safety section work; conducting site visits to observe operations and interview City staff and other stakeholders; drafting, reviewing, and editing reports. The Chief assigns work; ensures quality control; trains and evaluates staff; and keeps the DIG-PS, the AGC, and other Chiefs informed of project timelines, progress, and issues.

### (g). Diversity, Equity, and Inclusion Director

The Diversity, Equity, and Inclusion (DEI) Director, reporting directly to the DIG-PS, is responsible for diversity and inclusion issues, with specific authority to review CPD actions for potential bias, including racial bias, pursuant to Paragraph 561 of the consent decree. The DEI Director will both author and manage project teams producing public reports on diversity and inclusion issues, which will contain findings and analysis, and will provide counsel to and liaise with OIG's Community Outreach Coordinator and the Communications Unit. Further, the DEI Director will provide advice and counsel on DEI issues to other components of OIG, and with serve as OIG's point for contact with and for DEI-related initiatives and projects elsewhere in the City.

### (h). Community Outreach Coordinator (Communications Unit)

Under the direction of OIG's Director of Communications and Outreach, the Community Outreach Coordinator interacts with community and advocacy groups, City residents, and other key stakeholders regarding issues relevant to the Public Safety section's work. This work includes

attending community meetings (including some nights and weekends) to promote the work of the section; building and maintaining relationships with members of the community; coordinating community events; and creating content for social media platforms and the OIG website.

### (i). Associate General Counsel for Public Safety (Legal Section)

Under the direction of the General Counsel (GC), the AGC provides specialized legal counsel to the DIG-PS, the Chiefs, and Public Safety section staff on matters related to the section's oversight functions. This includes identifying legal issues and areas of potential risk for management consideration; providing counsel on legal issues arising in the Section's work, coordinating with OIG's Legal and Investigations sections as needed; and representing the Section in engagements with external entities.

### 2. Competencies

Each Public Safety section staff member should possess or soon in their tenure develop the following competencies:
- Knowledge of and ability to adhere to applicable standards;
- Awareness and consciousness of diversity, equity, and inclusion challenges across communities, and especially historically neglected, as well as underserviced and underrepresented communities and populations in Chicago
- Project management and organizational skills;
- Basic knowledge of the organizational structure, budgeting system, and legal framework of City government;
- Knowledge of CPD, including BIA; COPA; and the Police Board;
- Strong interviewing and oral communication skills;
- Attention to detail;
- Evidence-based reasoning and critical thinking skills;
- Ability to write clearly and concisely for a general audience;
- Ability to collaborate with co-workers in a team-based environment;
- Facility with office software and basic electronic data analysis techniques; and
- Working knowledge of and facility with internal and external Information Portal Dashboards.

In order to produce high quality work on a wide variety of topics, the section should collectively possess the following additional competencies:
- Facility with advanced data analysis techniques and specialized software;
- Knowledge of business operations principles and methods;
- Knowledge of performance measurement, program evaluation, and general social science research principles and methods;
- Knowledge of specialized City databases, including databases used by CPD, COPA, and the Police Board;
- Knowledge of specific City programs, including programs implemented by CPD, COPA, and the Police Board;

- Facility with statistical sampling principles and methods; and
- Facility with interviewing City employees, witnesses, survivors, and other individuals.

### 3. On-Boarding & Orientation of New Staff Members

All new Public Safety section staff members will be provided comprehensive initial onboarding training, to include OIG and Public Safety section policies and procedures, review of office and section manuals, and other information to facilitate their orientation. A folder containing all on-boarding and orientation materials can be found on the share drive at S:\Public Safety\Administration\Orientation.

### 4. Training

The DIG-PS, in close coordination with the Chief Performance Analysts, Chief Investigator and AGC, shall ensure that Public Safety section staff maintain professional proficiencies and achieve growth through continuing education and training. As part of OIG's annual budget process, the DIG-PS and Chiefs shall plan the allocation of funds from the section's annual training budget to meet individual and section-training needs, in coordination with Office-wide training needs and opportunities.

Public Safety section staff shall meet the continuing professional education (CPE) requirements set out in the Green Book. The Green Book requires staff to complete at least 40 hours of CPE and training every two years. In addition, at least 12 of the 40 hours of CPE shall be completed in subjects directly related to the staff member's responsibility (i.e., inspection, evaluation, or review), the government environment, or the specific environment on which the Section focuses (e.g., policing, public safety, or policing oversight). In consultation with their Chief, section staff shall identify potential learning opportunities that augment and address knowledge and skills needed to conduct their work. Each staff member shall complete sufficient hours of training to meet the requirements described above, as well as those required for retaining any applicable certification. In addition, each staff member shall record CPE hours earned using the Training Spreadsheet Template.

### J. Confidentiality

Consistent with various legal requirements, all OIG files and reports shall be kept confidential and shall not be divulged to any person or agency without approval of the GC. If any disclosure is contemplated, outside of those allowed and provided for in the Manual, Public Safety staff shall first consult with OIG Legal.

Inspection Unit files related to closed case reviews shall be treated as confidential. The Section's evaluation- and review-related files may contain confidential information, the disclosure of which may constitute or result in a breach of personal privacy or jeopardize the security of a sensitive data system or database. The Public Safety section's duties of confidentiality will be executed with full consideration of the public interest in timely and accurate information about its work. The section also recognizes that some individuals who

have had police contact may have privacy interests that warrant, and in some circumstances legally require, consideration.

Staff shall have access to files, reports, and other confidential, privileged, or personal information in the possession, custody, or control of OIG solely in connection with official and duly authorized matters as are relevant to the performance of their duties.

### K.  Illinois FOIA

Disclosure of information by OIG to outside entities is strictly regulated. Staff shall follow OIG's policies related to outside requests for documents and and/or information and shall never promise that any documents will be provided. OIG's Legal Section shall evaluate each request to determine whether the records can be released and a response shall be made in accordance with established law.

The Illinois Freedom of Information Act (Illinois FOIA) provides the public the right to access state and local government records, including certain OIG records. Public Safety staff must be on alert for Illinois FOIA requests; these requests are time-sensitive (as OIG must respond within five business days). Unless a requester has indicated otherwise, any *written* request for records can be an Illinois FOIA request. The law does not require the requester to state that it is an Illinois FOIA request.

When speaking with persons requesting records from OIG, Public Safety section staff shall inform them that, pursuant to FOIA law, all requests for OIG records must be made in writing.[10] Because critical deadlines accompany many requests for records, section staff who receive a written request for information or records or who review other products that seeks records must immediately forward the request to OIGFOIA@igchicago.org, the AGC, and the DIG-PS.  When speaking with persons requesting information from OIG, PS Section staff shall refrain from commenting on whether or not specific documents are subject to possible production or will in fact be provided.

For more information about OIG's obligations under Illinois FOIA more generally, consult with OIG's FOIA Officer and the AGC.

### L.  Other Relevant Authorities

The following is a list of additional relevant laws, regulations, and policies. The list is not intended to be all inclusive or exhaustive. Legal questions or considerations arising during an evaluation, inspection, or review should be raised promptly with the DIG-PS, AGC, and/or the assigned Assistant Inspector General (AIG).

---

[10] Requests for records under Illinois FOIA should be submitted as follows:
- E-mail: OIGFOIA@igchicago.org
- Fax: (773) 478-3949
- Mail: FOIA Officer, Office of Inspector General, 740 N. Sedgwick, Suite 200, Chicago, IL 60654.

| City of Chicago Municipal Code | |
|---|---|
| Office of Inspector General, City of Chicago MCC § 2-56 | Establishes the OIG and its powers; authorizes OIG to administratively and criminally investigate City officials, employees, functions, and programs "to detect and prevent misconduct, inefficiency and waste within the programs and operations of city government." |
| Government Ethics, City of Chicago MCC § 2-156 | Establishes ethical guidelines for City of Chicago employees, including campaign finance rules. |
| **Other City of Chicago Authorities** | |
| Office of Inspector General Rules (as amended) | OIG rules and regulations promulgated to ensure compliance with the law, promote the use of best practices, foster accuracy in the performance of OIG activities, and provide transparency regarding the procedures and standards for the conduct of those activities. |
| Office of Inspector General Administrative Policies and Procedures | OIG policies and procedures that represent the standards governing the conduct of OIG personnel. |
| City of Chicago Personnel Rules | Rules governing the conduct of City of Chicago employees. |
| City of Chicago Board of Ethics Amended Rules | Rules and Regulations governing proceedings involving the Board of Ethics. |
| City of Chicago Hiring Plan, Chicago Fire Department Hiring Plan, Chicago Police Department Hiring Plan, Department of Law Hiring Process, and Office of Inspector General Hiring Procedures | Plans which set forth the general principles governing most hiring by the City of Chicago, Chicago Fire Department, Chicago Police Department, Department of Law, and OIG, respectively. |
| Collective Bargaining Agreements | Agreements between the City of Chicago and specific public sector unions that set out conditions of employment, including work rules and disciplinary processes. |

| | |
|---|---|
| Executive Orders | Official directives from the Mayor that carry the force of law. Executive Orders cover a wide range of topics including several directly relevant to OIG investigations such as rules governing campaign contributions and City hiring. |
| Chicago Police Board Rules and Procedures | The Police Board's Rules of Procedure govern the handling of disciplinary matters before the Board. |
| Rules and Regulations of the Chicago Police Department | The Rules and Regulations are adopted by the Police Board for the governance of the Chicago Police Department. Includes the Rules of Conduct (Article V), which set forth expressly prohibited acts. The alleged violation of these Rules forms the basis of charges filed in Police Board disciplinary cases. |
| **Illinois State Law** | |
| Powers of Home Rule Units, Article VII, Section 6 of the Illinois Constitution | Provides that local governmental units may exercise any power and perform any function pertaining to its government and affairs except where limited. |
| Searches, Seizures, Privacy and Interceptions, Article I, Section 6 of the Illinois Constitution | Prohibits the government from conducting unreasonable searches, seizures, invasions of privacy or interceptions of communications by eavesdropping devices or other means. |
| Illinois Freedom of Information Act, 5 Ill. Comp. Stat. 140 | Provides access to public records. See Section I.F. for more. |
| Illinois Personal Information Protection Act, 815 Il. Comp. Stat. 530 | Requires "data collectors," which include government agencies, to implement reasonable security measures to protect records with personal information about Illinois residents and to provide notice in cases of breach of security, unauthorized access, or unauthorized disclosure. |

| Illinois Local Records Act, 50 Il. Comp. Stat. 205 | Regulates retention and disposal of the public records of all local government units in Illinois. |
| --- | --- |
| **Federal Law** | |
| First Amendment of the U.S. Constitution | Protects freedom of religion, expression, press, assembly, and freedom to petition the government. |
| Fourth Amendment of the U.S. Constitution | Protects people from unreasonable searches and seizures by the government. |
| Fifth Amendment of the U.S. Constitution | Provides that no person will be required to testify against himself or herself in a criminal case and that no person will be subjected to a second trial for an offense for which he or she has been duly tried previously. Provides the right of due process. |
| Sixth Amendment of the U.S. Constitution | Affords criminal defendants several personal liberties: the right to a speedy and public trial with an impartial jury, the right to be informed of pending charges, the right to confront witnesses, the right to compel witnesses to testify, and the right to legal counsel during trial. |
| Fourteenth Amendment of the U.S. Constitution | Provides that no state shall deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the law. |
| Health Insurance Portability and Accountability Act, 42 U.S.C. § 1320d-6; 45 C.F.R. Part 160 and Subparts A and E of Part 164 | Provides privacy for individually identifiable health information held by covered entities and their business associates. |
| Freedom of Information Act, 5 U.S.C. § 552 | Provides access to public records. OIG is *not* subject to federal FOIA, but it may be relevant to the extent that OIG makes FOIA requests to federal agencies. |

| Consent Decree, *State of Illinois vs. City of Chicago* | An agreement reached between the State of Illinois and the City of Chicago to mandate certain reforms of CPD and Chicago's police accountability agencies, including OIG and the Public Safety section. |
|---|---|
| **Other Authority** | |
| Green Book | Principles and quality standards established by the Association of Inspectors General. |
| Yellow Book | Principles and quality standards established by the Comptroller General of the United States. |

### M. Misconduct & Illegal Acts

In the event that Public Safety section staff uncover evidence of possible misconduct or illegal acts, or violations of provisions of contracts or grant agreements they shall inform the DIG-PS and AGC immediately. The DIG shall consult with the IG and GC on whether the PS Section project may proceed or whether the matter should be referred in whole or part to another entity, including OIG's Investigations Section.

### N. Coordination

Section staff are highly encouraged and, as specified elsewhere in this Manual, at times required to coordinate, collaborate, and consult with staff in other OIG sections. Section staff members should be cognizant of any specific confidentiality-related restrictions arising out of these occasions. If there are any questions about confidentiality, distribution of information, etc., staff members should consult with their Chief, the DIG-PS, and/or the AGC.

### O. Data Analysis

The Center for Information Technology and Analytics (CITA) uses data-driven methods to support OIG's mission and manages OIG's structural and operational information technology infrastructure. CITA informs OIG's decision-making and supports all of OIG's work through data analysis, data forensics, statistical analysis, predictive modeling, data mining, and reporting.

CITA is staffed and operated to assure that its technical and analytical tools, knowledge, and expertise inform and support PS Section projects. Any time an inspection, evaluation, or review involves data-intensive analysis or results, PS Section staff shall consult with their Chief about when and how to engage CITA to enhance the achievement of project objectives. Initial consultation should occur as early as possible.

1.      How to work with CITA

CITA uses a Ticketing Portal to monitor, manage, and prioritize OIG's technology-related requests. Once a request has been approved by their Chief, PS Section staff should open a ticket through this portal for data, forensic, and technology requests, including data analysis projects, email processing, access to a department's database/application, modifications to OIG applications, and requests for new software assessment. Public Safety section staff should include the date on which a Chief approved the ticket when entering it into the portal.

When a CITA analyst is assigned to a Public Safety section project, Section staff shall brief them about the specific work being requested, as well as the nature of the project for which the work is to be conducted, and the project's objectives to be achieved through the work the CITA analyst will perform. As part of that discussion, when applicable, CITA analysts may suggest alternative or additional methods of analysis based on their specialized knowledge of data sets and their possible uses. CITA may, in some instances, offer guidance and instruction to staff on how to perform the necessary analysis themselves, while also being available for questions and to troubleshoot any issues. If CITA will conduct the analysis, section staff shall provide sufficient context to CITA and be responsible for understanding the data inputs and the basic methodology used by CITA. The CITA analysts will be responsible for providing a full explanation of the analysis and methodology to section staff.

P.      **Work Products**

The Section produces formal, public-facing products that can take a variety of forms, including but not limited to: reports, management alerts, advisories, notifications, information portal dashboards, and visualizations.

In addition, the Section shall issue and support the production of other public products, including:

- Annual Reports, to summarize the inspections, evaluations, and reviews concluded during the prior calendar year, to include analysis of patterns and trends, and to report on the status of target agencies' adoption of the Public Safety section's recommendations.
- Quarterly Reports, as a component part of OIG's quarterly reports.

All public products shall comply with OIG style guidance. Drafts of written products to be issued from the office shall be generated to conform to OIG style guidance, including but not limited to the use of document templates as and in the manner specified by the OIG style guidance.

Section staff members may also produce internal reports and products designed to enhance OIG's institutional knowledge of City operations. Such products may include but are not limited to: descriptive reports and workpapers, maps, data displays, training presentations, and instructions on how to locate or analyze information.

Q.      **Research**

In conducting research to develop and document institutional expertise on specific public safety functions, policies, procedures, programs, and practices, Section staff should consult with the

Audit and Program Review (APR) Section's public safety portfolio team, the Investigations Section, and the Legal Section (including the Hiring Oversight team), as appropriate. Public Safety section staff should take steps to ensure that information gathered by the Section is available to other OIG sections as needed, including by way of presentations, as directed by OIG management.

Research folders and sub-folders shall be saved to OIG's shared drive and labelled and organized in such a way as allows for interested OIG staff members to locate and use the material therein.

### R.      Quality Control

The Manual describes general procedures for conducting Public Safety section work and assuring quality. In addition to the guidance that follows specific to the Evaluations Unit and the Inspections Unit, the Public Safety section shall follow the quality control steps described below.

## II. PROVISIONS FOR EVALUATIONS AND REVIEWS

This section of the Manual describes the general procedures for evaluations and reviews. Such evaluations and reviews are conducted primarily (but not exclusively) by the Evaluations Unit.

### A. Guiding Concepts

Section staff shall plan and conduct projects with three overarching concepts in mind:

- **Reasonable assurance that evidence is sufficient and appropriate to support any findings:** Staff shall ensure that they collect and test enough evidence and that the evidence is suitably related to the project objectives.

- **Significance:** Staff shall consider the relative importance of a matter (evidence, finding, background, community impact, etc.) in the context of the project objectives.

- **Adaptability:** Staff shall remain flexible and continually take steps to reduce the likelihood that they will fail to detect a mistake, inconsistency, significant error, or fraud during fieldwork. Such steps may include obtaining additional peer or supervisory review, increasing the scope of the project, changing the elected methodology, or choosing another form of data analysis.

Most evaluations and reviews will have descriptive and/or evaluative qualities:

- **Descriptive:** Descriptive aspects of projects tell "what is" through the process of defining, explaining, and/or validating. These descriptive portions of projects shall not be used to determine cause and effect. Both qualitative and quantitative data may be used.

- **Evaluative:** Evaluative aspects of projects critically examine a program and/or its components through the collection and analysis of data about the program's activities, characteristics, and outcomes. Similar to descriptive aspects of projects, both qualitative and quantitative data can be used. Evaluative aspects of projects should seek to improve program design and implementation and/or demonstrate program impact. Evaluative aspects of projects can be either formative or summative:

  - **Formative evaluations** are conducted during program development and implementation and are to be used to determine how best to achieve goals or improve the program.

  - **Summative evaluations** should be completed once programs are well established and have been fully implemented as they serve to determine the extent to which a program is achieving its intended goals.

The following visual helps illustrate the above concepts:



[Source: Evaluation: What is it and why do it?][11]

## B. Project Selection

### 1. Mandated Areas of Inquiry

The Public Safety section is required to conduct regular monitoring and assessment of various subject matters and specific topics. Section management should ensure that, at all times, the section is engaged in work in each required area.

Pursuant MCC § 2-56-210, the Section is to "initiate reviews and audits of the Police Department, [COPA] and the Police Board with the goal of enhancing the effectiveness of the Police Department, [COPA] and the Police Board; increasing public safety, protecting civil liberties and civil rights; and ensuring the accountability of the police force, thus building stronger police-community relations." Further, pursuant to MCC § 2-56-230, the specific subject matter of those projects is to include:
- Policies, procedures, or practices of CPD, COPA, and the Police Board with respect to disciplinary investigations and hearings;
- CPD's policies, practices, programs, and training, (i) with respect to constitutional policing, discipline, and the use of force; or (ii) that affect CPD's integrity, transparency, and relationship with City residents; and

Pursuant to the consent decree entered in *Illinois v. Chicago*, the Public Safety section shall conduct data-driven projects, at least annually, which measure the effectiveness of the City's and CPD's accountability practices. Public Safety section management and staff should remain

---

[11] Michaela Zint, MEERA, "Evaluation: What is it and why do it?", n.d., accessed May 17, 2018.

cognizant of applicable provisions of the consent decree when proposing and selecting projects to develop and launch.[12]

### 2.   Opinion Surveys

In consultation with the DEI Director and the Community Outreach Coordinator, the Public Safety section may conduct periodic opinion surveys of members of the public and CPD members, to reflect the different experiences of these groups with policing in Chicago, in order to solicit input and suggestions to inform the Section's priorities. Surveys will ask respondents, both from the community and within CPD, to identify their areas of greatest concern with policing in Chicago and to suggest issues for the Public Safety section to address in its work.

The results of the Public Safety section's periodic surveys will be analyzed, distributed, and reported publicly as determined by Public Safety section and OIG management.

### 3.   Project Ideas

Ideas for Public Safety section project topics come from a variety of sources. They may come from, among other sources:
- direct community input;
- information received through the Investigation Section's complaint intake process;
- information collected, and patterns and trends identified, by the DEI Director;
- media reporting; academic, policy, and industry research; and police oversight-related releases from other jurisdictions;
- inspections, evaluations, and reviews either previously conducted or currently being executed by the Public Safety section, including closed case reviews and data analysis performed by the Inspections Unit;
- performance audits and advisories either previously conducted or currently being executed by other sections of OIG; and
- referrals and requests from other City department and agencies, the City Council, or other institutional stakeholders.

In addition to regularly developing and proposing project ideas internally, the Public Safety section shall also receive and solicit project ideas from Section management, OIG's senior management, the Community Outreach Coordinator, and OIG staff in other sections.

### (a).   Project Development Process

Public Safety section staff should generate and develop proposed project topics during the course of each year. Staff may also be assigned a topic for development and proposal. Potential project topics will be recorded and developed in the Project Proposal template. In developing a project proposal, section staff shall consult with the DEI Director to identify and explore issues related to diversity, equity or inclusion that may impact or potentially be impacted by the proposed project.

---

[12] See Section I.H for the applicable provisions of the consent decree.

Public Safety section staff will present project proposals at a section-wide meeting, where they will be assessed by the section. With those assessments in considerations, the DIG-PS shall create a draft project plan for the following year, and present that draft for feedback by OIG management. A revised draft plan reflecting that feedback and as approved by the IG, shall be submitted for comment by members of the public and as required by the consent decree entered in *Illinois v. Chicago*. Following appropriate comment periods, the DIG-PS will finalize the annual project plan, and it will be published on OIG's website.

The annual project plan will service as a guiding document and will be subject to change; it will not prohibit the Public Safety section from initiating other projects over the course of the year, and the Public Safety section may not undertake all of the projects listed in the annual plan.

Further details on the project development process may be found at ..\..\..\Administration\Project Development.

C.      Evaluation & Review Project Procedures

Evaluations and reviews shall be conducted by a team of Public Safety section staff members or by individual staff members. Whether working with a team or working alone, PS staff are expected to:
- contribute fully to the achievement of the goals of the assigned project or task;
- work cooperatively with and provide assistance to other team members, the Chief overseeing the project, the DIG-PS, the assigned AIG, and the AGC; and
- adhere to timelines and meet deadlines.

Further details on the stages and steps through which evaluations and reviews progress may be found at ..\..\..\Administration\Templates and Guidelines\Public Safety Processes.

1.      Initiation of Projects

(a).      Project Launch

In preparation for the launch of a project, an assigned Public Safety section staff member will further develop and finalize the project proposal as necessary and appropriate. The proposal will then be submitted to the IG, and a Project Proposal Meeting scheduled with the IG for discussion.

(b).      Project Staffing

Following the IG's approval of a project for launch, Public Safety section management will facilitate staffing of the project team. This shall include requesting a CITA analyst as needed; and working with the AGC to facilitate the assignment of an AIG. In assigning projects, Chiefs shall consider project origination, priority, current staff workloads, capabilities, interests, and other relevant considerations. PAs and SPAs who propose project ideas will typically be assigned to projects that evolve thereafter; the originator, however may not be assigned in all instances, particularly where the existing project workload of the originator and/or the priority of the project may be in tension with current operational needs and priorities of the section. Staff

assigned to develop a Project Proposal will typically remain assigned to a project for the duration of the project.

In general, two analysts shall be assigned to each project, but more may be assigned as needed for timely completion. In making assignments, Chiefs shall consider the collective skills and knowledge needed to successfully complete the project, the number of staff needed for timely completion, opportunities for professional development, and the possible need for outside expertise.

Responsibilities of assigned AIGs may include, but are not limited to:
- Identification of relevant legal issues, including:
  - Applicable laws, regulations, or collective bargaining agreements (at various levels of government);
  - Relevant cases law; and
  - Legal liabilities or risk areas;
- Proper interpretation of relevant laws and regulations and their application;
- Performance of legal research, as appropriate;
- Identification of relevant OIG investigations, or Hiring Oversight work (past or present);
- Drafting legal analysis and assessments for placement in project reports; and
- Reviewing project report drafts to ensure accurate description of legal matters.

For more information on the role of AIGs and the AGC regarding PS Section work, see here.

Documents written by AIGs, the AGC, or the GC for Public Safety section project purposes may become part of the project file ("workpapers") but shall not be footnoted in final project reports as legal opinions. Internal drafts may cite them simply to track the team's basis for knowledge. Project teams shall invite their assigned AIG to project-related interviews, particularly when legal expertise is needed or when another lawyer will be in attendance. The project leads shall keep the assigned AIGs informed about the project status throughout the project. Assigned AIGs shall consult with the AGC as appropriate.

If a CITA analyst is to be assigned to a project team, the Chief should request this assignment via a CITA ticket. Project teams shall invite the assigned CITA analyst to project-related interviews, particularly when CITA-based data and technical expertise is needed to effectively discuss and spot a complex data matter with the interviewee. Project teams shall keep the assigned CITA analyst informed about the project status through the life of the project.

Each project shall be staffed with a designated "lead" PA/SPA assigned by the Chiefs, in consultation with the DIG-PS. The lead shall be primarily responsible for developing the specialized knowledge required to complete the project, allocating project responsibilities in consultation with the Chief, serving as a point of contact for follow-up inquiries from external agencies, updating the Chief on project status and progress, scheduling interviews and sending meeting invites, ensuring professional and timely communication among all team members,