# EXHIBIT 12 (PART 2)

leading Milestone meetings, driving the report drafting and editing process, maintaining project documents and files, leading the response to the IR process, working with the Communications Team to prepare the report for publication, and supporting the Communications Team in preparing press materials.

The Chief shall be responsible for general project administration, including, but not limited to, submitting initial entrance conference letters and production requests to external agencies, making final determinations in project assignments, keeping the project on schedule and adapting the timeline as necessary, tracking project timelines in the "Project Timelines" spreadsheet, checking the names of external interviewees in Remedy for conflicts, making sure that the Project Plan is followed while also ensuring that the team remain flexible and can make adjustments to the project plan when required to do so, providing institutional knowledge and support to the project lead and team, assuring that issues or concerns that implicate broader institutional or relational considerations and equities – or that arise from obstacles or differences of perspective within the project teams on important project matters – are elevated to the DIG-PS when necessary, and regularly updating the DIG-PS on project status. The Chiefs shall ensure that the project is opened in Remedy in order to obtain an OIG case number and shall assign all project team members to the project in Remedy.

Decision-making shall be collaborative and consensus-based among the staff assigned to a project. The project lead shall serve as the primary point of contact for subject matter and administrative issues and shall be responsible for ensuring that any disagreements not resolved by the team are elevated to the assigned Chief, who should facilitate compromise or consensus. If a question or disagreement cannot be resolved by the Chief, the team will bring the issue to the DIG-PS for resolution. All project team members are jointly responsible for the quality of the final product.

(c).     Project Setup

Once the project is launched, the project team:

- Updates data and citations in the Project Proposal before carrying this information into a Project Plan;

- Creates a project folder on the shared drive. When creating project folders on the shared drive and saving documents, staff should adhere to the Section's file naming conventions, as described in PS Project Folder Organization Overview.xlsx.

- Saves the standard working papers templates in the appropriate subfolder;

- Begins completing the Project Plan;

- Meets with the DEI Director for identification and treatment of any DEI issues in the contemplated scope;

- Meets with the assigned CITA analyst (if applicable) to identify relevant databases and other resources; and

- Meets to discuss the project with Communications and Outreach. The teams should discuss community interest and engagement (whether there will be a community conversation or roundtable to inform early research, etc.), and begin to identify potential stakeholders. Potential stakeholders should be tracked in the appropriate workpaper, found here.[13]

(d). External Notification

An engagement letter notifies a subject agency's management that the Public Safety section is initiating a project and briefly describes the general topic areas of the project. The project team shall draft the engagement letter, with the Chief sending the approved letter to the appropriate recipients upon final approval by the DIG-PS. The project lead shall be listed as the point of contact in an engagement letter, unless circumstances dictate otherwise. The Engagement Letter Template is in the Templates and Guidelines Folder.

The engagement letter usually requests an entrance conference with management of the subject departments or agencies.[14] The entrance conference provides an in-person opportunity to describe the broad goals of the project, establish a working relationship with department management, identify a primary contact person at the department, and permit the department to provide operational and subject matter information and insights that may inform the determination and refinement of objectives as well as methodology. While an entrance conference is typically sought, one need not be held in all instances, and some project work may, with approval of the Chief in consultation with the DIG-PS, be initiated prior to an entrance conference.

Generally, at the entrance conference, the project team should:
- Introduce OIG staff assigned to the project;
- Explain the purpose and general scope of the project;
- Explain the overall project process and what the department or agency can expect to happen during the planning, fieldwork, and reporting phases of the project;
- Explain a general timeline for the project;
- Explain how management will be kept informed during the project;
- Arrange for access to department or agency facilities and information systems, as appropriate;
- Request input from the attendees on areas of special concern to them;
- Request any data or documentation known at the time to be required for the project, if appropriate; and
- Determine the departmental or agency contact person and obtain contact information.

---

[13] See *infra*; the project team shall meet again with Communications after the Findings meetings to discuss graphics in the report, etc., and again at the time of publication to discuss a rollout plan.

[14] The DIG-PS, in consultation with the team, may choose to forgo the entrance conference.

17-cv-06260                                                                                              MONITOR00235148

2. Project Design

Key to a project's design are its objectives, scope, and methodology. Objectives are the specific questions that a project is intended to answer (or a statement of what is intended to be accomplished). To ensure that they are specific and answerable, objectives should generally be framed as questions that can be answered "yes," "no," or "to some extent."

Scope defines the boundaries of the project and is determined by the objectives. Scope identifies the subject matter, entity, problem, documents, time period, and/or locations that the project will encompass. Scope is set at the beginning of a project but may be refined as the work proceeds.

Methodology consists of the procedures used to gather and analyze evidence needed to address the objectives within the selected scope. Methodology should be specified to provide reasonable assurance that the evidence obtained is sufficient and appropriate to support the project's findings or conclusions. The methodology shall also be designed to reduce the risk of incomplete, inaccurate, or unsound conclusions. Methodology is planned at the beginning of the project but is refined as the project proceeds, as the team learns more about the available evidence, and/or as the team revises the project's scope.

(a). Evidence

Evidence is the information needed to answer the project objectives. The three primary types of evidence are: (1) physical; (2) documentary; and (3) testimonial. Public Safety section staff shall collect evidence through a variety of means, including but not limited to observation, interviews, and data/document requests.

When planning and conducting fieldwork, staff shall use methods that will yield sufficient and appropriate evidence to address the objectives.

- **Sufficient**: Sufficiency refers to the *quantity* of the evidence. Staff shall judge whether enough evidence is gathered to persuade a knowledgeable person that the project findings are reasonable.

  Project findings shall be based upon evidence sufficient to outweigh all countervailing evidence. Staff shall actively seek, and the project report shall incorporate, any extenuating circumstances, reasonable management explanations, mitigating factors, or other pertinent information. Failure to consider or address all significant facts can lead to unsound conclusions, weaken credibility, and/or create the appearance that OIG lacks objectivity.

  Some considerations in judging the sufficiency of the evidence are:

  o More evidence is needed when risk of error is higher;

  o When strong evidence is available, less evidence may be sufficient; and

   o A large quantity of evidence does not necessarily compensate for a lack of appropriate evidence.

- **Appropriate**: Appropriateness refers to the *quality* of the evidence. Evidence may be obtained by observation, inquiry, or inspection. Each type of evidence has its own strengths and weaknesses.

Evidence relied upon in Public Safety section projects, shall be relevant, valid, and reliable. Evidence is relevant to the extent that it has a clear, logical, and important relationship to the issue being addressed. Evidence is valid if it is a meaningful and reasonable basis for measuring that which the project sets out to measure. Reliability is the consistency of results in measuring and testing information and shall be established by methods such as statistical testing and obtaining corroborating evidence.

   (b). Testing Methodology

A test is a comparison of information to criteria. When designing testing methodology, Public Safety section should determine in advance how the test results will be evaluated and how the results answer the project objective.[15]

   (c). Data Collection Methods

Appropriate data collection methods include, but are not limited to:
- Questionnaires, surveys, checklists
- Interviews
- Document review
- Focus groups
- Field observation
- Ethnography and oral history
- Case studies
- Open-source research
- Social media information collection
- Review and analysis of departmental data
- Review of best practices

   (d). Factors to be Considered in Data Collection Design

Factors to be considered in data collection design include, but are not limited to:
- Appropriateness – Is this the right methodology to answer the objective/question?
- Adequacy – Will this methodology provide the necessary data?
- Feasibility – Is this methodology cost effective, organizationally acceptable, and technologically possible?

---

[15] For example, if a project objective asks whether the efficiency of a process has improved compared to prior performance, section staff shall decide when designing the test what result will constitute "improvement."

- Utility – Will this methodology provide useful data to the public beyond what is already available?
- Communication to all stakeholders – Will this methodology provide data that will allow us to effectively communicate our findings to all stakeholders?

### (e). Computer-Processed Information

Public Safety section staff shall assess the completeness and accuracy of computer-processed information, whether it is generated by the Section, presented by CITA, or provided by a department or agency. The appropriate assessment procedures may depend on the nature of the information and its relation to the project objectives, but the assessment shall be documented in workpapers and noted in the methodology section of the project report.[16]

### (f). Sampling

When feasible, it may be preferable to study an entire population of data within a project's scope. In some instances, however, given topic-specific considerations, resources, etc., it may be more appropriate to sample the available data. A decision to do so should be made in consultation with the Chief and DIG-PS. Samples may be statistical or non-statistical.

Statistical sampling (probability sampling) is a mathematics-based method for drawing inferences about a population through analysis of a representative subset of that population. Public Safety section projects shall employ statistical sampling when its aim is to generalize test results from a sample to the entire population in order to estimate the overall impact of a finding. Statistical sampling guidelines are as follows: [17]

1. Consider the variable(s) being analyzed. Understanding the nature of the variable is critical to sample design because it affects both the sampling and testing methodology. See APR's Statistics Manual, located in the Statistics Appendix folder, for a detailed explanation of the impact of variable type on sample size estimation.
2. Use the appropriate calculator to estimate the sample size needed for a 95% confidence level and 5% margin of error.[18]
3. Import the data into Excel to select a random sample.
4. Conduct the test.
5. Using testing results, calculate the actual confidence level and margin of error.
6. Extrapolate testing results to the population.

Staff shall thoroughly document all steps and related decisions.

---

[16] See GAO's "Assessing the Reliability of Computer-Processed Data" (GAO 09-690G) for more guidance.

[17] This is a list of basic principles. For more detailed and technical instructions, see APR's Statistics Manual housed with the APR Statistics Appendix Folder.

[18] If these parameters are impracticable due to difficulty with the data, the project team shall discuss this problem with the Chief and the DIG-PS and document any justification for using alternative parameters in the Project Plan.

Non-statistical sampling relies on staff knowledge and experience, rather than probability, to select both the sample size and the items to sample. Depending on the parameters of the project, non-statistical (risk-based judgmental) sampling can be an efficient alternative and may be even more effective. For example, if a project team seeks to identify the occurrence and/or cause of a rare but costly error, test results from a risk-based judgmental sample may provide more assurance than a simple random sample of the entire population. Judgmental samples can also be less costly in terms of staff time because they are simpler to design.[19] If the project team elects risk-based judgmental sampling, they should keep in mind that testing results cannot be extrapolated to the entire population and cannot be used to quantify the overall impact (e.g., in dollars) of an identified performance issue.

Alternative procedures to statistical sampling, such as risk-based judgmental sampling, shall be approved by the Chief and the DIG-PS.

   (g).   Requesting Additional Data & Analyses from CITA

CITA analysts are available to pull data from City databases and to perform certain types of complex and typically large dataset analysis to support Public Safety section projects.[20] Public Safety section staff shall consult with CITA during project planning phase to determine the availability of relevant data and to identify the most appropriate type(s) of analysis to address the project objectives.

Requests for CITA to execute data extractions or analyses shall be approved by the Chief and submitted through the CITA request portal with sufficient detail regarding the nature and urgency of the request.

   3.   Fieldwork

As a project progresses, the project team should stay current on any relevant developments, and on an ongoing basis refine the project's objectives, scope, and potential methodology; teams should be mindful of potential adjustments to a project's design which might enhance its mission value or improve its cost-effectiveness. The project team should continue to coordinate with CITA to develop and refine methodology, as appropriate. Decisions about or changes to the project design should be appropriately documented, as indicated in the Project Plan.

Fieldwork is the process of obtaining sufficient, appropriate evidence, defined *supra*, to address the objectives and provide a reasonable basis for findings and conclusions. It includes collecting data, conducting analyses, developing the findings, and performing other activities designed to answer the project objectives. Fieldwork is planned and shall be documented in the Project Plan

---

[19] For more detail on the use of sampling in audits, see APR's Stratified Random Sampling Summary Chart, housed within APR's Sampling Folder, which summarizes discussions between OIG staff and five municipal audit organizations.

[20] The project team is responsible for ensuring that *all* analyses are accurate, properly documented, and saved in the appropriate project folder.

and workpapers. Project teams should consult with the DEI Director when designing and planning fieldwork to ensure that DEI issues are given appropriate consideration in fieldwork design.

Information collected and created during a project shall be documented and retained in the form of "workpapers." The process of creating and organizing workpapers helps staff produce high quality projects and assist others in reviewing the project work. Workpapers should be designed to assist staff in conducting and supervising the project, facilitate quality control review, and provide a record of the evidence supporting the report conclusions. For more on the purpose, characteristics, and format of workpapers, see Workpaper Procedures.

Following all meetings and interviews, including entrance conferences, the lead note-taker shall write meeting notes, and solicit and include feedback from other staff in attendance in order to ensure accuracy and completeness. Section staff shall complete meeting notes within three business days of each meeting. The recollection of the lead note-taker shall control what is formally recorded in the final version of the meeting notes. The Meeting Report Template is located in the Templates and Guidelines Folder.

4.    Findings

Findings are conclusions based on the evidence that answer the project's objectives. They collectively address the results (both positive and negative) of the project procedures and shall be supported by sufficient, appropriate evidence. These should be considered "tentative findings" until the IG has approved the final report.

(a).    Elements of a Finding

Public Safety section staff shall use the following four elements to develop findings:

1)  Criteria - ("What should be") Criteria are standards used to measure performance. They shall be objective and credible.

2)  Condition - ("What is") Condition is the existing state of affairs as determined and documented during the course of the project. A project evaluates conditions against criteria. The condition may be expressed as the extent to which the criteria are achieved.

3)  Effect or potential effect - ("What is the impact?") Effect is the impact or consequences of the relationship between condition and criteria. It may be quantified as dollars or other units, or may be a logical expression of potential consequences (e.g., no actual deviation from established policy, but a risk to safety, civil liberties, or privacy was present). If criteria are being met or exceeded, the effect is positive. The effect is the answer to the "so what" question and expresses the significance of the finding.

4) <u>Cause</u> - ("Why did it happen?") Cause is the explanation for why the condition occurred and is usually only pursued when the condition does not meet criteria.[21] Identifying cause is important for determining what action is necessary to correct a problem, and thus what recommendations OIG should make. There are usually two levels of cause: an immediate cause (e.g., someone made a mistake) and a root or management cause (e.g., lack of oversight or quality control procedures). Staff shall attempt to identify both levels of cause and make recommendations to address the root cause. It may be possible to identify causes through observation or analysis, but it is prudent to explore causes through interviews and confirm them with a department's or agency's management.

5) <u>Recommendations</u> - ("What should be done?") Recommendations are typically the inverse of the cause(s).

(b).    Support for Findings

When any evidence or element of a finding depends on communication from a department or agency, Public Safety section staff shall corroborate the information, preferably through written confirmation. For example, if a department explains the cause of a condition orally, it may be prudent to follow-up the conversation with an e-mail to confirm and document our understanding. At a minimum, staff shall document critical information that was communicated orally in meeting notes.

5.    Recommendations

As the project team develops findings, they shall also begin to craft recommendations to address any finding for which corrective action is needed. When developing recommendations, staff shall be alert to the threat of "self-review" (i.e., providing such specific and narrowly tailored recommendations that one could not in accordance with best practices and the principles of objectivity later return to assess the effectiveness of those measures) and the threat of "management participation" (i.e., taking on the role of management or otherwise performing management functions on behalf of the entity under evaluation or review). The recommendations should provide general actions for remediation but cannot be so specific that, if implemented, the Public Safety section would risk reviewing its own work if it were to review the program again in the future. The recommendations shall not suggest a situation in which OIG would perform a management function of CPD, COPA, or the Police Board.

(a).    Conclusions

Conclusions are the overall answers to the project objectives. Report conclusions are logical inferences about the program based on the project team's findings, not merely a summary of the findings and they shall be included in the project report. During fieldwork, staff shall ensure that the evidence and findings they are developing will enable them to draw conclusions about the objectives. Conclusions are typically stated in the Executive Summary of a report.

---

[21] There may be cases when it is appropriate to determine and describe the causes of good performance.

(b).    Minor Issues

If the project team discovers something during the course of the project that is not significant enough to be a finding but would be useful for management to know, the issue shall be communicated to management in writing.

(c).    Interim Communication with Department

The project team shall weigh the severity of any performance or policy deficiencies or control gaps they encounter and, with the guidance and approval of the DIG-PS, communicate potentially serious findings to the department or agency immediately so that steps may be taken to address the problem. Such communication, which shall be oral or written, is not a substitute for a final report, but it does alert officials to matters needing immediate attention and permits them to take corrective action before the final report is completed. An account of any such actions taken shall be included in the final report.

6.    Milestone Meetings

The provisions below set out general provisions for planning and holding milestone meetings. If the circumstances of a specific project, however, necessitate or give rise to alternative approaches to scheduling and soliciting feedback at various stages of the project, the team, Chief, and DIG-PS may elect to modify these provisions as appropriate.

(a).    Public Safety Section Objectives & Methodology Meeting

Once the team and the Chief are satisfied with the objectives, scope, and proposed methodology, the lead shall schedule a section-wide Objectives & Methodology (O&M) meeting to review the objectives and methodology. The purpose of this meeting shall be for section staff to provide constructive feedback on the project's objectives, scope, and proposed methodology. In conjunction with the Chief and DIG-PS, a team may decide to split the section-wide O&M meeting into two separate meetings.  This option is available when the team feels it would benefit from a more focused discussion on the project objectives prior to developing a methodology.

Whether the section-wide objectives and methodology milestones are done together or separately, the meeting or meetings should be attended by all Public Safety section members including the DEI Director, the assigned AIG, the AGC, the Community Outreach Coordinator, and the Administrative Assistant. A copy of the Project Plan should be attached to the meeting invitation.

Following this section-wide meeting(s), the project team shall discuss with the Chief and the DIG-PS any changes that need to be made to the Project Plan and make revisions as appropriate.

(b).    Senior Staff Objectives & Methodology Meeting

Once any changes have been made resulting from input from Public Safety section staff, the Chief shall schedule a Senior Staff-level O&M meeting to solicit and receive input and feedback from

senior members of OIG management, including the IG. As is the case with the section-level meeting, a team may decide to split the Senior Staff O&M meeting into two separate meetings.

Invitees to the Senior Staff meeting or meetings should include: all project team members, the assigned AIG, a CITA representative or the team's CITA analyst team member (as needed), the project Chief, the DIG-PS, the IG, the Deputy Inspector General for Technology and Operations (DIG-T&O), the GC, the AGC, the DEI Director, the Director of Communications and Outreach, the Deputy Inspector General-APR (DIG-APR), and the Deputy Inspector General-Investigations (DIG-I). A copy of the Project Plan should be attached to the meeting invitation.

Following this Senior Staff meeting, the project team shall make changes to the Project Plan as needed. Once the team has made these changes (and before any other changes have been made to the Project Plan), the project lead should save a separate copy of the Project Plan as a PDF to preserve a record of the IG-approved objectives and methodology.

(c)    Public Safety Section and Senior Staff Findings Meetings

Once the team and the Chief are satisfied with their tentative findings, the lead shall schedule a section-wide Findings Meeting to solicit input from Public Safety section members. Invitees should include: all Public Safety section members including the DEI Director, the assigned AIG, the AGC, the Community Outreach Coordinator, and the Administrative Assistant.

Following the section Findings Meetings, the project team, in consultation with the Chief and the DIG-PS, shall make any necessary edits to the project plan prior to the Senior Staff Findings Meeting.

Once the changes have been made, the Chief shall schedule the Senior Staff Findings Meeting to solicit and receive input from senior members of OIG's management. Invitees shall include: All project team members, the assigned AIG, a CITA representative or the team's CITA analyst team member (as needed), the project Chief, the DIG-PS, the IG, the DIG-O&T, the GC, the AGC, the DEI Director, the Director of Communications and Outreach, the DIG-APR, and the DIG-I. A copy of the Project Plan should be attached to the meeting invitation.

Following this Senior Staff Finding Meeting, the project team shall make any necessary changes to the Project Plan. Once the team has made these changes (and before any other changes are made to the Project Plan), the lead shall save a separate copy of the Project Plan as a PDF to preserve a record of the IG-approved findings.

At this stage, the project team shall meet with Communications to discuss any questions or issues related to the drafting and formatting of the report, including any graphics or visualizations to be included. Community engagement may also be considered to share and glean additional perspectives on the project's findings.

7.      Report & Publication

After the IG has approved the tentative findings in the Findings Milestone Meeting, the project team shall draft the remainder of the Report. The project team should meet and coordinate with the Communications and Outreach team in order to develop a plan for public dissemination of the results of the project. In the drafting process, the project team shall provide the AIG an opportunity to review the draft and submit edits. Each version of the draft should be saved in the 4000 folder. For more details on project folder structure and naming conventions, see (PS Project Folder Organization Overview.xlsx).

(a).     Draft Report Referencing

Once the project team is satisfied with the Draft Report, and the Chief has approved the draft, the team "references" it. Referencing is the practice of noting the sources for all information in the Draft Report, including findings and background information. All statements in the Draft Report shall be supported by evidence documented in workpapers. Referencing is done electronically, by inserting hyperlinks to the source workpaper in the Draft Report. These hyperlinks will be removed later. All text in a Draft Report shall be referenced.

(b).     DIG-PS and AGC Review

Once the Draft Report has been referenced with workpapers, the DIG-PS, AGC, and DEI Director shall review the draft and provide feedback to the project team. Once this feedback is incorporated and the draft is approved by the DIG-PS, the IG may, at his or her discretion, review the draft and provide feedback to the DIG-PS. Once the IG's feedback is incorporated into the draft, the Independent Review process will commence.

(c).     Independent Review

Once the AGC and DIG have reviewed the referenced Draft Report and the team has responded to the AGC and DIG-PS's feedback, the lead shall notify the Chief that the project is ready to be reviewed by an Independent Reviewer (IR).[22] The purpose of an independent review is to provide reasonable assurance that the Draft Report and project documentation are complete, accurate, and in compliance with applicable standards. The Public Safety section achieves this goal by requiring an IR to review the draft Report and referenced workpapers using the Independent Review Checklist as a guide (WP 4010)). The assigned IR must check "Yes," "No," or "N/A" for

---

[22] Chiefs typically will begin considering whom to select as IR shortly before or after the Findings Meeting is held, but for larger, more complex projects are encouraged to do so at an earlier stage to allow for planning that will better assure the timely availability of staff at the appropriate time. The IR should be a PS staff member with no previous connection to the project. In the event that the DIG-PS directs that work be performed while an IR is reviewing a report, the project lead shall be responsible for clearly communicating to the IR what work has been directed and is being undertaken.

each item on the checklist, as appropriate. However, an IR should not check an item as "Yes" until the statement is entirely true.[23]

As directed by the IR Checklist, an IR reviews the Project Plan, the draft Report, and individual workpapers. The IR shall document all questions, comments and corrections in the Draft Report, using the Track Change and Comment functions. The assigned IR also edits for grammar directly into the text of the Draft Report using Track Changes and Comment. The IR is discouraged from editing for style *except* for consistency with the OIG Style Guide, and where necessary to assure comprehension. Further, the assigned IR is responsible for validating each fact/assertion referenced in the draft report with a notation (e.g., the IR's initials).

In the Review Notes tab of WP 4010, the assigned IR shall explain everything marked "No" on the IR Checklist. The IR shall also provide other review comments and general questions, if any, about the project in the Review Notes.

Once the IR has finished reviewing all documents, the assigned IR shall determine if all review items on the IR Checklist are marked "Yes" or "N/A."

- If one or more review items are marked "No," the assigned IR shall notify the project team lead that the project is ready to be cleared by the project team. The project team lead shall save a new version of the Draft Report for the project team to edit. When considering the IR's feedback, the project team shall review the Draft Report and the Review Notes and make any necessary changes. Once the team has addressed all issues and/or documented all areas of disagreement, the project team lead shall notify the Chief that the Draft Report, Review Notes, and comments therein are ready for the Chief's review. The Chief shall resolve any outstanding issues, including any areas of disagreement between the IR and the project team.[24]

- If, however, all Review Items in the IR Checklist are marked "Yes" or "N/A," the IR is finished, and the assigned IR shall finalize the IR Checklist and the Review Notes and notify the project team lead that the draft report is ready for the Chief's review (subject to any project team edits that may be indicated by the IR process).

### (d). Management & Front Office Review

Upon completion of the Independent Review process, the Chief shall review the draft Report and determine whether to send it up the chain for further review or back to the team for revisions. The Chief shall document all edits, comments and questions, through the use of a Review Form

---

[23] For example, if one single, seemingly minor point in the Draft Report is not accurately referenced to a workpaper, an IR shall mark "No" to the Review Item "Is the report completely and accurately referenced to workpapers?"

[24] If legal interpretation and/or legal authority questions remain, the Chief shall discuss them with the DIG-PS and/or the AGC.

and/or Track Changes and Comment functions and return them to the project lead for review before they are transmitted up the chain for the next stage of review. Once the Chief has discussed any unresolved IR issues with the AGC and DIG-PS and is satisfied with the draft Report, the team shall replace the workpaper citations with the final report references. The Chief shall then send this version to the DIG-PS, who will arrange for further review by the DEI Director and/or the AGC as necessary.

Either immediately before or after review by the IG, the Director of Communications and Outreach shall edit the draft for style, clarity, and structure, and conduct final formatting of the document.

8.    Departmental Response, Exit Conference, and Publication

The DIG-PS shall send the draft Report to the department or agency head requesting an Exit Conference, as appropriate, and inviting a written response. There may come occasions where reports are not sent to departments or agencies in draft form. Further, the DIG-PS may opt to make the Exit Conference optional.

The DIG-PS shall set a due date for the response. In consultation with the IG, the DIG-PS may extend the deadline upon the request of the department or agency.

Project staff shall summarize the Exit Conference in the appropriate work paper, found here.

Once the Public Safety section receives a written response from the subject department or agency, the project team shall insert this material into the final Report. The DIG-PS, in consultation as needed with the AGC, DEI Director, and Director of Communications and Outreach, shall review the final Report and obtain final approval from the IG for publication. The DIG-PS shall review any accompanying press release.

Following the department's response and the team's assessment of the response, the project team shall meet with the DEI Director and Communications and Outreach team to provide additional context in support of the Communications Director's development of a rollout plan in preparation for the release of the report. As part of this meeting, the project team shall provide the Communications and Outreach team with a list of relevant stakeholders (WP4950) and discuss the requirements for a Public Safety Committee briefing. The DDEIC will monitor responses from subject departments and agencies for purposes of tracking patterns and assessing department culture.

The Communications and Outreach Team shall publish the report in accordance with OIG publication protocols and OIG's language access policy. Consistent with MCC §§ 2-56-245 and -250, the Communications Team shall also share the published report with the Chairman of the City Council Committee on Public Safety. The Chairman will also be offered an aldermanic briefing on the report and findings, for which the DIG-PS and Chief will draft a PowerPoint presentation. The DIG-PS and IG shall be available to present testimony on the findings and recommendations to the Mayor or City Council upon request.

9.    Debrief & Close Out

The project staff shall complete the following tasks after the final Report is published:
- Complete the Project Plan timeline sections (Actual Duration, Actual Completion) and note the reasons for any deviations from targets.
- Ensure the Project Plan is complete and include notes for future follow-up at the end (if none insert "none").

The Chief shall schedule a Project Debrief Meeting with project team members, all other Public Safety section staff, the IG, the AGC, the Community Outreach Coordinator, the assigned AIG, and CITA (as appropriate) to discuss the team's experience in working on the project, including (1) what went well; (2) what did not go well; and (3) what lessons learned should be applied to future work. The project team shall summarize and document the Debrief Results in WP4990. The Chief, in consultation with the project lead, shall upload the project files to Remedy and close the case in Remedy.

10.    Follow-ups

Five months after report publication, the DIG, the AGC, the project's Chief, the project team, and the assigned AIG and CITA analyst shall discuss: (1) whether to follow-up with the department or agency at the six-month mark or wait an additional up to six months; and (2) what format the follow-up should take (e.g., request for documentation of corrective action, re-testing).

If follow-up is pursued in the form of a request for documentation ("inquiry-only"), the Follow-Up Report shall be clear about the extent to which the corrective action was verified. An inquiry-only follow-up shall require IG approval to launch, and shall not require all of the steps and milestone approvals needed for a full project.

A follow-up report with testing shall follow the same process as a regular project and include a statement of compliance with applicable standards.

## III.    PROVISIONS FOR INSPECTIONS

The Inspection Unit portion of the Manual describes the general procedures for inspections, conducted primarily (but not exclusively) by the Inspections Unit.

### A.    Unit Responsibilities

The Inspections Unit bears the primary responsibility for fulfilling the following duties assigned to the PS Section by its enabling ordinance:
- periodic analysis of the results of all closed disciplinary investigations conducted by BIA and COPA;
- analysis of all sustained findings in disciplinary investigations, disciplinary recommendations, and decisions made by COPA, BIA, and the Police Board, as well as any subsequent arbitration decisions; and
- inspections of individual closed BIA and COPA disciplinary investigations.

B.      **Coordination with OIG Investigations Section**

The Inspections Unit does not conduct frontline investigations of individual wrongdoing. If potential bad actors (whether police officers, BIA officers, COPA investigators, etc.) are identified throughout the course of its work, the Inspections Unit shall refer all appropriate information to other parties with jurisdiction, including the OIG Investigations Section. Investigative Analysts (IAs) may, from time to time, be co-assigned or provide support to any such referred matter if the disposition of the Investigations Section complaint intake process results in it being opened as an OIG investigation. Such assignments shall be determined through consultation between the DIG-I, the DIG-PS, and Inspections Unit Chief. When the Investigations Section receives information and/or complaints related to CPD or a COPA or BIA investigation, it shall forward all appropriate information to the Inspections Unit.

C.      **Inspections of Closed Disciplinary Investigations**

1.      Intake Procedures

Upon receipt of notice that BIA or COPA has completed a disciplinary investigation, the Inspections Unit shall process that investigation in accordance with the Unit's case intake process.

Closed disciplinary investigations ("cases") shall be screened by a member of the Inspections Unit for appraisal of whether they should be opened for a full case review. In addition to Inspections Unit staff, such screenings may be assigned to and conducted by staff members from the Evaluations Unit, Legal Section, and Investigations Section, as needed. The OIG staff member assigned to perform this screening shall read the investigating agency's summary report and conduct a summary review of any supporting evidence as necessary. When a case is assigned for screening, the Chief Investigator shall create a corresponding complaint in Remedy.

The PS Section shall hold regular Case Intake Meetings, to be attended by:
- The IG, at the IG's discretion;
- The DIG-PS;
- The AGC;
- The DEI Director;
- Public Safety section Chiefs;
- Inspections Unit staff;
- Senior Performance Analysts;
- Investigations Sections Chiefs, at their discretion, and
- an AIG, as assigned.

At the Case Intake Meeting, the staff member who screened each case shall present their recommendation as to whether a closed case review should be opened, and whether the case presents potential Evaluation Unit project ideas. A decision shall be made at that meeting as to whether a case review will be opened, and the Chief Investigator shall record the decision in Remedy.

A case review may also be initiated based on information or complaints received from the public or a City employee. If OIG receives a complaint regarding a closed BIA or COPA investigation, an the Inspections Unit shall appraise that investigation to determine whether a review should be opened. Because OIG may receive complaints long after an investigation is closed, legal and institutional considerations including but not limited to administrative double jeopardy, tolling of limitations, or staleness of evidence may preclude a recommendation that an investigation be re-opened. If a complaint-driven case review is opened outside of the time frame in which an investigation would normally be re-opened, it shall be for the purpose of determining whether the case gives rise to programmatic recommendations.

When a case is selected for review, the Chief Investigator shall convert the corresponding Remedy complaint to a Remedy case and assign it to an IA.

An AIG may be assigned to attend each weekly Case Intake Meeting on a rotating basis. The AIG assigned to attend a meeting may be assigned in an advisory capacity to any closed case reviews arising out of that meeting. If necessary, based on capacity as determined by the Legal Section, a closed case review may be assigned to an AIG other than the one attending the originating meeting. AIGs may also be assigned to complete case reviews, based on capacity and the nature and complexity of legal issues raised in a case.

    2.    Case Selection

In making case selection decisions, the Inspections Unit shall be guided by the mission, priorities, and capacity of the Public Safety section, informed by public concerns, and mindful of the categories of police misconduct which directly impact public safety and the relationship between the police and the community. Cases shall be selected for review on the basis of a variety of criteria, including but not limited to the following:

- Impact on the quality of police-community interactions and CPD's legitimacy
  - The alleged misconduct implicates the motivations of CPD leadership, CPD's administrative competence, or the quality of its performance of its duties[25]

---

[25] See Anthony Braga, "Focused Deterrence and the Promise of Fair and Effective Policing," *Criminology & Public Policy* 14, no. 3 (2015); Margaret Levi, et al., "Conceptualizing Legitimacy, Measuring Legitimating Beliefs," *American Behavioral Scientist* 53, no. 3 (November 2009); Tracey Meares, "The Legitimacy of Police Among Young African-American Men," *Marquette Law Review* 92, no. 4 (Summer 2009); Tom R. Tyler, "Enhancing Police Legitimacy," *Annals of the American Academy of Political and Social Science* 593 (May 2004); Tom R. Tyler, "Psychological Perspectives on Legitimacy and Legitimation," *Annual Review of Psychology* 57 (2006); Tom R. Tyler, "Trust and Legitimacy: Policing in the USA and Europe," *European Journal of Criminology* 8, no. 4 (2011); Tom Tyler, "Legitimacy and Procedural Justice: A New Element of Police Leadership," *Subject to Debate: A Newsletter of the Police Executive Research Forum* 28, no. 1 (January/February 2014); Wesley G. Skogan, "Citizen Satisfaction with Police Encounters," *Police Quarterly* 8, no. 3 (September 2005): "[P]olice seem to be judged by how much effort they apparently put into an encounter. One consistent finding of research is that people are less outcome oriented than they are process oriented; that is, they are less concerned about someone being caught or (in many instances) getting their stolen property back than they are in how promptly and responsibly they are treated by the authorities. . . . Police are judged more by what physicians might call their 'bedside manner.'" (Skogan at 310).

- o The misconduct alleged includes having treated a member of the public improperly or unfairly[26]
- o The alleged misconduct or the resulting investigation implicate the ability of members of the public to effectively report to and communicate with the police[27]

- Integrity of the investigation
  - o Evidence suggests the investigation may not have been conducted in a fair, impartial, and thorough manner[28]
  - o Evidence suggests that fact-finding techniques used to gather information used to prove or disprove an allegation may have been improper
  - o Indications of the existence of material evidence or information which could lead to the impeachment of investigators, witnesses, or subjects
  - o Indications of possible conflicts of interest with the original investigating agency and/or its assigned investigator, detective, or officer

- The nature and circumstances of the alleged misconduct
  - o The Public Safety section's jurisdiction is established
  - o The subject of the underlying investigation holds a leadership position, and therefore may have a significant impact on organization morale and reputation
  - o Identifiable violation of law, policy, rule, or procedures (including internal COPA and CPD procedures and regulations)

- The frequency of occurrence/allegation
  - o Prior complaints/allegation involving the same sworn officers or investigators, or units or supervisory personnel, to include lawsuits, which suggest a pattern of misconduct

Additionally, pursuant to Paragraph 444 of the consent decree entered in *Illinois v. Chicago*, the Inspections Unit will review all investigations involving complaints of sexual misconduct against a CPD member alleging conduct against a non-CPD member.[29]

---

In its 2017 report on CPD, the U.S. Department of Justice (DOJ) noted that "a striking feature of [their] conversations with members from Chicago's challenged communities was the consistency with which they expressed concern about the lack of respect in their interactions with police." United States Dept. of Justice Civil Rights Division and United States Attorney's Office Northern District of Ill., "Investigation of the Chicago Police Department" (January 13, 2017), at 14.

[26] *See* Braga 2015; Meares 2017; Christopher Moraff, "Will New 'Respect' Strategy Improve Police-Community Relations?," NextCity.org. https://nextcity.org/daily/entry/new-police-strategy-respectstat-compstat (accessed May 30, 2018); Skogan 2005.

[27] See Braga 2015; Meares 2017; Rosenbaum (cited in Moraff 2015); Skogan 2005: "[P]eople are more satisfied when they can exercise their voice. Being able to explain their situation and communicate their views to the police is linked to the legitimacy of resulting police actions." (Skogan at 318).

[28] The 2017 DOJ report notes that the review of investigative files in misconduct investigations "revealed consistent patterns of egregious investigative deficiencies that impede the search for truth." DOJ at 47.

[29] The consent decree defines "sexual misconduct" as "any behavior by a CPD member that takes advantage of the member's position in law enforcement to misuse authority and power (including force) in order to commit a sexual

3.     Review Process

(a).     Overview

Once a case has been selected for review, the Chief Investigator shall assign it for review to an IA. An AIG may be assigned to the review in an advisory capacity.

The assigned IA shall review all information contained within a BIA or COPA investigative case file when conducting a closed case review to assess whether the investigation was materially deficient and should be re-opened. The IA shall also seek to determine whether recommendations can be made to inform and improve future investigations.

Upon assignment, the Chief Investigator may identify a specific deadline for completion of the review, which shall be determined in part by the projected timeline for CPD's internal review of the investigation and accompanying disciplinary recommendations.

The assigned IA shall review the case consistent with the Closed Case Assessment (CCA) document, located in the Inspections Unit CCA folder.

Upon completion of the CCA, the IA shall draft, as needed, a Recommendations Memorandum (RM). Any recommendations, whether case-specific or programmatic, shall be memorialized in an RM.

Throughout the review process and as needed, the IA shall consult with the Chief Investigator and the assigned AIG, if any.

If a case review results in a finding that the investigation was deficient in a way materially affecting its outcome, the assigned IA shall draft a letter communicating a recommendation to the investigating agency that it be reopened. If a case review results in a recommendation to inform and improve future investigations, the IA shall draft a letter communicating that recommendation. In either case, a letter containing a recommendation or recommendations shall be approved by the DIG-PS and IG, and transmitted as appropriate by the DIG-PS.

(b).     Closed Case Assessment

The CCA contains questions and points of analysis derived, in part, from the investigative policies and procedural requirements set out by BIA and COPA, and is designed to aid in the measurement of sufficiency in several categories, specifically:

---

act, initiate sexual contact with another person, or respond to a perceived sexually motivated cue (from a subtle suggestion to an overt action) from another person; any sexual communication or behavior by a CPD member that would likely be construed as lewd, lascivious, inappropriate, or conduct unbecoming of a member; any attempted or completed act by a CPD member of nonconsensual sexual conduct or nonconsensual sexual penetration, as defined in Section 11-0.1 of the Illinois Criminal Code of 2012; any attempted or completed act by a CPD member of criminal sexual assault, as defined in Sections 11-1.20 through 11.1.40 of the Illinois Criminal Code; or any attempted or completed act by a CPD member of criminal sexual abuse, as defined in Sections 11.1.50 and 11.1.60 of the Illinois Criminal Code of 2012."

- timeliness;
- professional standard of care;
- interviews;
- evidence collection and analysis;
- internal oversight; and
- case disposition.[30]

The CCA is accompanied by a cover sheet, located in the Inspections Unit CCA folder, used to collect discrete data points about the case for use in data analysis and review.

For sexual misconduct investigations reviewed pursuant to Paragraph 444 of the consent decree entered in *Illinois v. Chicago*, the Sexual Misconduct Investigations section of the CCA shall be completed as well.

#### (c). Memoranda

The RM is to lay out any recommendations for re-opening, recommendations for programmatic improvements to future investigations, and suggestions or recommendations for topics for further research.

#### 4. Additional Investigative Steps

Should an IA find it necessary to conduct additional investigatory steps in completing a case review, such as document requests or interviews, they shall obtain approval from the Chief Investigator. IAs shall also consult as necessary with the Investigations Section Manual, the AGC, and/or the assigned AIG.

Depending on the contents of a BIA or COPA file and circumstances, IAs may employ a variety of methods to obtain relevant facts, information, and evidence throughout the course of a closed case review. Such information may come from a variety of sources including, but not limited to:

- CPD records other than those included in the original investigative file;
- City records;
- open-source media[31] and other public records;
- requests for information from entities obligated to cooperate;[32]
- subpoenas;
- other law enforcement agencies;
- media published or broadcast for public consumption;
- materials available on request to the public;
- materials available to the public by subscription or purchase;

---

[30] The CCA was developed in consultation with publications of the Council of the Inspectors General on Integrity and Efficiency (CIGIE), which has developed standards for the peer review of closed cases.

[31] Open source research includes but is not limited to agency websites, existing reports, relevant local and national news articles, government publications, peer-reviewed journal articles, and other easily obtainable materials. See Section II.A.3, which provides a non-exhaustive discussion of other open sources.

[32] See MCC § 2-56-90 and § 2-56-260.

- materials made available at a meeting open to the public;
- materials obtained by visiting any place or attending an event that is open to the public; and
- anything observed, detected, or obtained in public and does not involve unconsented intrusion into private places.

If these materials, or others, are identified as needed, the appropriate procedure to obtain them shall be determined in consultation with the Chief Investigator and the AGC.

IAs shall obtain approval from the Chief Investigator and consult with the AGC before reviewing any social media material in the course of a case review. OIG's use of social media as an investigative resource must comply with all applicable laws, regulations, and City and OIG policies. Any such use must fully comport with OIG's Use of Social Media for Investigative Purposes policy.

If an IA determines that a case review requires the interview of any City employee, contractor, or licensee, the IA shall consult with the Chief Investigator and ensure that appropriate procedures are followed, including the provisions of any appropriate advisements of rights. Specific guidance on interview procedures and advisements may be found in OIG Rules and Regulations and the Investigations Section Manual. If an IA determines that a case review requires the interview of an individual who is not a City employee, contractor, or licensee, the IA shall consult with the Chief Investigator to determine how best to arrange that interview.

Any additional investigative steps taken during a case review shall be memorialized in an Investigative Activity Report. In order to ensure proper authentication and, possibly, admissibility in adversarial proceedings of any information gathered through additional investigatory steps, it is important for IAs to properly document any steps taken and any resulting information, including its source and relevance. The IA shall write the report in a straightforward and concise narrative format, in compliance with the OIG style guidance. It shall be in the third-person, objective, and unbiased. IAs shall endeavor to write using active voice wherever possible. The IA shall submit completed Investigative Activity Reports to the Chief Investigator for approval.

## D. Data Collection & Analysis

Pursuant to the Public Safety section's obligations under MCC §§ 2-56-230(a) and 2-56-230(f), Section staff shall, at times in consultation with CITA, collect certain data from closed disciplinary investigations for analysis and reporting. Specifically, the Section shall perform:

- periodic analysis of the results of all closed disciplinary investigations conducted by CPD and COPA to identify trends and summarize the number and results of such investigations; and
- analysis of all sustained findings in disciplinary investigations, disciplinary recommendations, and decisions made by COPA, BIA, and the Police Board, as well as any subsequent arbitration decisions, for the purpose of assessing trends and determining

whether discipline is consistently and fairly applied, and determining whether final disciplinary decisions are being carried out.

Pursuant to MCC § 2-56-230(a), the Public Safety section shall publish annual public reports on the analysis and evaluation of the results of all closed disciplinary investigations.

### E. Written Products

The Inspections Unit shall produce a variety of written products, the form of which shall be determined by their intended purpose and audience. Where the Inspections Unit is making programmatic recommendations, the form of the written product shall be further informed by the nature and urgency of those recommendations.[33]

### F. Responsibilities of Co-Assignment

When Inspections Unit staff are co-assigned to or are working in support of audit-based evaluations, they shall follow the provisions of this Manual which apply to the Evaluations Unit. Similarly, when Inspections Unit staff are co-assigned to or are working in support of OIG investigations, they shall follow the provisions of the Inspections Section's Manual.

---

[33] In addition to other reporting, for sexual misconduct investigations reviewed pursuant to Paragraph 444 of the consent decree entered in *Illinois v. Chicago*, the Public Safety section shall report annually as required by that paragraph.

## IV.    COMMUNITY OUTREACH & ENGAGEMENT

A core component of the Public Safety section's mission is to "address community groups and inform the public on the mission, policies and ongoing operations of the Public Safety Deputy."[34] The section therefore shall be operationally committed to a robust community outreach and engagement strategy that involves not only conducting projects that are relevant to the public's concerns about policing and police accountability in Chicago, but to set its priorities at the section- and project-level based on insights received from front-end direct engagement with the community (including responses to opinion surveys) and providing transparency about the results of its work once concluded.[35] The DIG-PS will meet with the Communications and Outreach Team to assess the Public Safety Engagement Strategy every six months, to develop and promote upcoming projects and programming.

The Public Safety section views the communities across Chicago as essential partners in achieving its mission. The section recognizes that listening to and learning from the experiences of community members is important for understanding the nature of policing in Chicago and for identifying community priorities regarding police accountability. One way the section incorporates community input is to closely work with the office's Director of Communications and Outreach and Community Outreach Coordinator to build and maintain relationships with diverse members of the community. Section staff may be asked to or offered the opportunity to attend community events identified by the Communications Section, as directed by the DIG-PS in order to, among other things, receive and report first-hand observations of public events relating to policing and police accountability and, from time to time, participate in the development of community relationships and partnerships as well as to educate Chicagoans on the City's police accountability systems, how to submit complaints, and the functions of the OIG and the Public Safety section.

As appropriate, the section shall publish its final work products on the OIG website.[36] In accordance with its enabling ordinance, the section shall publish an annual report that:

> summarizes its reviews and audits conducted during the previous calendar year, and that reports on the Public Safety Deputy's analysis of information, including patterns and trends, during the prior calendar year, the outcomes of individual reviews or audits, and its recommendations during the prior calendar year. The annual report shall also report on the status of the [CPD], the Police Board's, [COPA]'s, and any other City department's or agency's adoption of the Public Safety Deputy's previous recommendations.[37]

The annual report will also include a statement by the DEI Director on how the section's work each year reflects on and reaches DEI issues. The section, through Communications staff, shall also forward its reports and recommendations, along with any department or agency responses,

---

[34] City of Chicago Municipal Code § 2-56-230.
[35] City of Chicago Municipal Code § 2-56-030, -240, -241, and -250.
[36] City of Chicago Municipal Code § 2-56-250.
[37] City of Chicago Municipal Code § 2-56-230.

to the Mayor or the Mayor's designee and the Chairman of the City Council Committee on Public Safety.[38] The Section, through the Communications staff, shall also forward these materials to the City Clerk, the City Treasurer, and other members of the City Council. The IG and the DIG-PS shall be available to appear at aldermanic briefings scheduled by the Public Safety Committee Chairman and hearings of the City Council Public Safety Committee to respond to questions concerning any Section report.[39] Last, OIG may also organize public events to present and discuss the results of its work with members of the community.

---

[38] City of Chicago Municipal Code § 2-56-250.
[39] City of Chicago Municipal Code § 2-56-241.

## V. <u>REVISION & CONTINUOUS IMPROVEMENT LOG</u>

The Public Safety section shall be committed to improving its operations and processes on a continuous basis, and staff members are encouraged to suggest revisions.

This Manual may be revised at any time.

As discussed *supra*, project team members and project Chiefs shall review project procedures at the close of each project. Staff members are also encouraged to discuss changes to the Manual and/or any section process during the close out of a project and as they encounter them.

**Revision Log**

| Date | Change |
|---|---|
| 3/1/2018 | • Updated checklist added to Section II.<br>• Updated visuals, depicting a project's launch and a project's path to release, added to Section II.<br>• Made edits to reflect 63 staff-wide questions and comments.<br>• Added available hyperlinks. |
| 6/22/2018 | • Added process for short-term evaluations and reviews to Section II.<br>• Added the provisions applicable to the Inspections Unit work at Section III.<br>• Added available and refreshed hyperlinks.<br>• Made edits to align positions and team lead responsibilities with practices<br>• Made reconciling edits. |
| 8/14/2019 | • Clarified the distinction between processes and products to Section I.<br>• Added required analysis from the consent decree to Section I.<br>• Added the Project Development process to Section II.<br>• Added the Community and CPD Member Surveys to Section II.<br>• Added the option to split Objectives and Methodology Milestone meetings in Section II.<br>• Added language on Timeliness, Objectivity, and Data Methods to comport with Green Book requirements<br>• Removed WP procedures and file/folder naming conventions to separate hyperlinked documents<br>• Removed references to short term projects and exploratory research. Exploratory research is still covered in the project development section.<br>• Refreshed hyperlinks |
| 07/13/2020 | • Updated position titles<br>• Modified project development process<br>• Updated documentation process/templates for closed case reviews<br>• Incorporated requirements of consent decree paragraph 444 |

| | |
|---|---|
| | • Incorporated functions of DDEIC<br>• Refreshed hyperlinks |
| 08/17/2020 | • Clarified language of II.C.7.(d). |
| 04/19/2021 | • Clarified role and responsibilities of DEI Director<br>• Added certain consent decree-mandated duties to description of DIG-PS position<br>• Updated provisions on internal project management tools and review chains |