# EXHIBIT 13

## Consent Decree Paragraph 537

**Maurice Classen** <Maurice.Classen@cityofchicago.org>
Thu 12/31/2020 1:36 PM

**To:** David Brown2 <David.Brown2@chicagopolice.org>; Sydney Roberts <Sydney.Roberts@chicagocopa.org>; Joe Ferguson <joeferguson1@chicagoinspectorgeneral.org>
**Cc:** Karen Konow <Karen.Konow@chicagopolice.org>; Deborah Witzburg <dwitzburg@chicagoinspectorgeneral.org>; Tyeesha Dixon <Tyeesha.Dixon@cityofchicago.org>; Norman Kerr <Norman.Kerr@cityofchicago.org>; Angela Weis <Angela.Weis@cityofchicago.org>; Max Caproni <Max.Caproni@cityofchicago.org>; Ghian Foreman <ghian.foreman@emeraldsouth.org>; ghianforeman <ghianforeman@gmail.com>; Slagel, Allan T. <aslagel@taftlaw.com>; Alyssa Broxton <Alyssa.Broxton@cityofchicago.org>

1 attachments (48 KB)
Police Board Mtg P537 12.31.20 Signed.pdf;

Superintendent Brown, Chief Administrator Roberts, and Inspector General Ferguson,

Attached to this message please find a letter from the Mayor regarding compliance with Paragraph 537 of the federal Consent Decree entered in *State of Illinois v. City of Chicago*. Please let me know if you have any questions about this communication.

Have a great holiday weekend.

**Maurice Classen | Chief of Staff, Office of the Mayor** | w 312-758-1827



This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.



## OFFICE OF THE MAYOR
### CITY OF CHICAGO

**LORI E. LIGHTFOOT**
MAYOR

December 31, 2020

Dear Superintendent Brown, Chief Administrator Roberts, and Inspector General Ferguson:

This letter provides written notice that consistent with the requirements of Paragraph 537 of the federal Consent Decree entered in *State of Illinois v. City of Chicago*, Case No. 17-cv-6260, all regular meetings convened by the Police Board that are open to the public attendance, including virtual meetings, must be attended by:

- The Chicago Police Department Superintendent, or designee;
- The Chief of Bureau of Internal Affairs, or designee;
- The Chief Administrator of the Civilian Office of Police Accountability, or designee; and
- The Deputy Public Safety Inspector General, or designee.

The Police Board will continue to record attendance.

If you are unable to comply with this mandate for any given meeting, you must provide reasonable advance notice and written justification to the President of Police Board.

I appreciate your attention to this matter.

Sincerely,

Mayor Lori. E Lightfoot

Cc: Ghian Foreman, Police Board President