# EXHIBIT 15

# POLICE BOARD
# CITY OF CHICAGO

## Policy Regarding the Attendance of and Participation by the Public at Board Meetings

July 23, 2019

The Police Board values the attendance of the public at its meetings and the opportunity to receive comments and questions on matters concerning the Board or the Police Department. The Board will treat members of the public with courtesy and respect, and expects that the public will treat Board members and Department members in a similar manner.

Toward that end, the Board has adopted the following rules governing conduct at Board meetings:

1. An individual wishing to address the Board must sign-up in advance by contacting the Board's office no later than 3:00 p.m. of the day of the meeting, or by signing up in person at the meeting location up to 15 minutes before the meeting begins.

2. When called upon to address the Board, each speaker is to identify him/herself and speak clearly so that all in attendance may hear and so that the court reporter may make an accurate record of the proceedings.

3. Due to time constraints, each speaker is limited to two minutes and must conclude when asked to do so by the Board member acting as parliamentarian.

4. Personal attacks, obscene language, fighting words, threats, conduct intended to disrupt or interfere with the meeting, and comments not related to matters within the Board's or the Department's jurisdiction, by a speaker or any person in attendance, are strictly prohibited.

Violation of any of the above rules may result in the removal of the violator from the meeting room, or in the immediate adjournment of the meeting; in addition, repeated violations may result in the violator not being permitted to attend or participate in future Board meetings.