# EXHIBIT 16



CITY OF CHICAGO

✶

CHICAGO POLICE BOARD

March 18, 2021

Maggie Hickey
Independent Monitor
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606

Christopher G. Wells
Chief, Public Interest Division
Office of the Attorney General of Illinois
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601

Re:     State of Illinois v. City of Chicago, Case No. 17-cv-6260
        Consent Decree Paragraph No. 538, Community Input at Police Board Meetings

Dear Ms. Hickey and Mr. Wells:

Consent Decree Paragraph No. 538 requires the City to have a policy for collecting, documenting, classifying, tracking, and responding to community input received during the Police Board's community meetings. The Board's Community Input Policy became effective on June 20, 2019 (see MONNITOR00014901, previously produced).

Enclosed with this letter are the following items:

1. The Board's Community Input Policy that includes a footnote that was added in response to comments from the IMT and OAG;
2. Transcripts of the past three Police Board public meetings that document all community input received at each meeting; and
3. Community input reports for the past three Police Board public meetings, which track community input and responses, and include each responding agency's written report of its response to the community input.

In addition, transcripts and community input reports going back to June 2019 are available on the Board's website at https://www.chicago.gov/city/en/depts/cpb/provdrs/public_meetings.html.

I kindly request that you let me know by April 30, 2021, of any comments or questions you have on this information.  Thank you very much for your consideration,

Sincerely,

Max A. Caproni
Executive Director

## CITY OF CHICAGO

## Policy Regarding Community Input Received at Police Board Public Meetings[1]
## June 20, 2019

The City values the attendance of the public at monthly Police Board meetings and the opportunity to receive comments and questions concerning police-related matters. The following policy is created to ensure responsiveness to community input received at the meetings.

1. Each Police Board public meeting shall be transcribed by a court reporter. The transcript of the meeting shall include a complete report of each speaker's remarks, and shall be posted on the Police Board website.

2. Within seven business days of the public meeting, the Executive Director of the Police Board shall review the transcript of the meeting, classify the community input received, and direct the community input to the appropriate responding agency (Police Department, Civilian Office of Police Accountability, Police Board, Deputy Inspector General for Public Safety, and/or any other appropriate agency).

3. Each responding agency shall make best efforts[2] to respond fully to the community input.

4. Within ten business days of receiving the community input from the Executive Director of the Police Board, each responding agency shall provide the Executive Director with a written report documenting its response to the community input to date. The Executive Director of the Police Board shall track all community input and responses.

5. The Executive Director of the Police Board shall post on the Police Board website prior to the next public meeting: (a) a report of the tracking of community input and responses (if no response is received, this will be noted on the report), and (b) each responding agency's written report of its response to the community input.

---

[1] This policy is created to fulfill the requirements of Paragraph No. 538 of the Consent Decree entered in Illinois v. Chicago:

> 538. Within 90 days of the Effective Date, the City will create a policy for collecting, documenting, classifying, tracking, and responding to community input received during the Police Board's regular community meetings. The policy will outline the methods for: (a) directing community input to the appropriate responding entity, agency, or office; and (b) documenting and making public, all responses to community input.

[2] As defined in Paragraph No. 729 of the Consent Decree, "'Best efforts' require a party, in good faith, to take all reasonable steps to achieve the stated objective." (Footnote added on October 18, 2019)

MONITOR00228059

, MEETING
12/17/2020                                                          Page 1

```
 1                      POLICE BOARD
                       CITY OF CHICAGO
 2
                       PUBLIC MEETING
 3
               Thursday, December 17, 2020
 4                      7:30 p.m.

 5             (VIA VIDEO and AUDIO CONFERENCE)

 6        - - - - - - - - - - - - - - - - - - -

 7   APPEARANCES:

 8   POLICE BOARD MEMBERS
     GHIAN FOREMAN, President
 9   PAULA WOLFF, Vice President
     MATTHEW CROWL
10   REVEREND MICHAEL EADDY
     STEVE FLORES
11   JORGE MONTES
     JOHN P. O'MALLEY, JR.
12   RHODA D. SWEENEY
     ANDREA L. ZOPP
13

14   ALSO PRESENT:
     DAVID BROWN, Superintendent of Police;
15   SYDNEY ROBERTS, Chief Administrator of the
     Civilian Office of Police Accountability;
16   DEBORAH WITZBURG, Deputy Inspector General for
     Public Safety;
17   KAREN KONOW, Chief of Bureau of Internal
     Affairs, Chicago Police Department;
18   DANA O'MALLEY, General Counsel to the
     Superintendent of Police;
19   BRIAN MCDERMOTT, Chief of the Chicago Police
     Department's Office of Operations;
20   BRENDAN DEENIHAN, Chief of the Chicago Police
     Department's Bureau of Detectives;
21   MAX CAPRONI, Executive Director of the Police
     Board;
22   MEMBERS OF THE PUBLIC.

23

24
```

```
 1            PRESIDENT FOREMAN:  Welcome.  I'm Ghian

 2    Foreman, and I am the president of the Chicago

 3    Police Board, and I am calling the Board's

 4    December 17th public meeting to order.

 5                    To protect the public's health in

 6    response to the COVID-19 outbreak and as

 7    permitted by Governor Pritzker's Executive

 8    Orders 2020-07 and 2020-74, this meeting is

 9    taking place remotely.

10                    This meeting is open to the

11    public via audio conference and is being

12    carried live by CAN-TV.  Those participating by

13    phone are on mute in order to reduce background

14    noise and disruption.  We have a court reporter

15    making a transcript of this meeting.

16                    I will begin by taking attendance

17    so it is clear who is participating in this

18    meeting.  Please say here after I read your

19    name.

20                    Police Board Vice President Paula

21    Wolff.

22        VICE PRESIDENT WOLFF:  Here.

23        PRESIDENT FOREMAN:  Police Board Member

24    Matthew Crowl.
```

```
 1                After considering this matter, it
 2    is my opinion that the Superintendent did not
 3    meet the burden of overcoming the Chief
 4    Administrator's recommendation for discipline.
 5                    Based on the facts and
 6    circumstances of this matter, an evidentiary
 7    hearing before the Police Board is necessary to
 8    determine whether Officer Matthews violated any
 9    of the Police Department's rules of conduct.
10                    A copy of the written decision
11    will be posted on the Board's website as
12    required by the Municipal Code.
13    PRESIDENT FOREMAN:  Thank you very much.
14    As we move to the public comment section of the
15    meeting, I want to remind everyone of the
16    Board's policy on participation at these
17    meetings.
18                    We value your comments and
19    questions on police-related matters and we will
20    treat you with courtesy and respect.  We expect
21    all members of the public to treat everyone at
22    this meeting in a similar manner.  Please note
23    that personal attacks and obscene language are
24    strictly prohibited and that repeated
```

```
 1    violations of the Board's policy may result in

 2    the violator not being permitted to participate

 3    in future board meetings.

 4                  I will now call upon members of

 5    the public who signed up in advance to speak.

 6    Each speaker will be unmuted after I call his

 7    or her name.

 8                  Bear with me for one second.  The

 9    first speaker is Elena G.  If you can unmute

10    yourself.

11                  Max, is there something they have

12    to press?  I don't remember.

13       EXECUTIVE DIRECTOR CAPRONI:  They may need

14    to press *6 to unmute themselves.

15       MS. GORMLEY:  Hello.  Can you hear me?

16       PRESIDENT FOREMAN:  Yes.

17       MS. GORMLEY:  Thank you.  My name Elena

18    Gormley.  I'm a resident of the 49th Ward in

19    Rogers Park and I am an MSW student at the

20    University of Illinois at Chicago, Jane Adams

21    College of Social Work, and I'm commenting

22    tonight just because I am so completely

23    horrified at the experience of Anjanette Young,

24    also a graduate of UIC Jane Adams who is a
```

1   social worker who has devoted her career to

2   providing mentoring opportunities to other

3   black social workers which is so needed in this

4   field.  And the terror that she experienced and

5   just even myself observing these videos is

6   completely unconscionable.

7             The CPD had every opportunity to

8   follow up to verify that the information that

9   they received was accurate and they failed to

10  do so.

11            And just like in my opinion,

12  smashing down someone's door and handcuffing

13  someone who is naked is never acceptable,

14  regardless if they had gotten to the, air

15  quotes, "right home," because everyone is

16  entitled to constitutional due process.

17            We have these fundamental

18  protections written into our constitution, not

19  just to protect outstanding citizens, but to

20  protect the people that the state and that a

21  lot of the public frequently deem undeserving

22  of fundamental rights.  These are fundamental

23  rights.  You don't get them just by being a

24  good person, you get them because you are a

```
 1    person.
 2              And this is really personal to me
 3    because social work has had its own
 4    extraordinarily shameful history of causing
 5    harm to marginalized groups.
 6              If I ever became aware of a
 7    social work colleague who restrained a naked
 8    person, I would frankly move heaven and earth
 9    and would risk my professional career to ensure
10    they were held accountable for their actions
11    and would work to repair the harm they caused.
12              I fully expect real
13    accountability and concrete changes in policy
14    to ensure that what happened to Anjanette Young
15    never happens to anyone else in Chicago.  It
16    has to be more than just the words that
17    Superintendent Brown has said tonight at this
18    meeting.
19              I have an ethical mandate to end
20    all forms of oppression, and I take that really
21    seriously.  And I'm just so disappointed that
22    CPD continues to fail to meet basic benchmarks
23    of the Consent Decree and -- but so many of the
24    -- so many of the officers hold such open
```

, MEETING
12/17/2020                                                                          Page 43

1   contempt for the citizens that they are sworn

2   to protect and serve.  Thank you.

3       PRESIDENT FOREMAN:  Thank you very much.

4   Next speaker, Nicole Johnson.  If you can press

5   *6.

6       MS. JOHNSON:  Hello?  Hi.  Good evening,

7   everybody.  Can you hear me?

8       PRESIDENT FOREMAN:  Good evening.

9       MS. JOHNSON:  Good evening, President

10  Foreman and Vice President Wolff and remaining

11  Board members.  My name is Nicole Jeannine

12  Johnson.  I am a proud Englewood resident where

13  I grew up.  I'm a very active, concerned and

14  committed public servant.  And tonight I'm

15  speaking up for black women.

16              On Monday, November 14th, 1842,

17  the first slave auction in Chicago was held on

18  the southeast corner of LaSalle and Randolph

19  Streets, right where City Hall stands today.

20              On February 21st, 2019, just a

21  few days shy of the new administration -- for

22  the turning over of new administration here in

23  the City of Chicago, police officers raided the

24  home of my fellow sister in Christ, Anjanette

```
 1    Young.   Nine white officers bombarded her

 2    bedroom, handcuffed her as she stood there in

 3    horror, naked and alone.  It wasn't until much

 4    time passed until she was given a blanket to

 5    cover her body, but that was ineffective to

 6    cover her as her hands were handcuffed.

 7                   These images are quite triggering

 8    and reminiscent of enslaved black women

 9    standing on the auction block, similar to what

10    happened on November 14th, 1842.

11                   My message is simple.  When the

12    Board is tasked to administer disciplinary

13    actions against the officers that not only

14    ordered the raid but those that conducted it, I

15    ask that you have -- you bear this image in

16    your head.  Be mindful that the experiences

17    that black Chicagoans and black people across

18    the entire diaspora experience with police date

19    back to slavery.

20                   As we are now 401 years since

21    the first slaves came to this country, it would

22    behoove us to move swiftly on this and ensure

23    justice is served.

24                   If the uprisings of June 2020
```

1   taught us anything, justice and retribution

2   must be served to black people or we will all

3   perish.

4            Some may say this happened in the

5   previous administration, but the calls for

6   justice, whether the harm has been done now or

7   later, they're responsible now.  Thank you.

8      PRESIDENT FOREMAN:  Thank you very much.

9   Next speaker, Linda Hudson.  Press *6 to

10  unmute.

11     MS. HUDSON:  Good evening.  My name is

12  Linda Hudson and I live in the 8th Ward.  In

13  October, I attended a Coffee with the Commander

14  event at a McDonald's restaurant with Commander

15  Rubio.  I told Commander Rubio about illegal

16  activity on my block that included high-end

17  cars and I later found out guns as well were

18  involved.

19            Commander Rubio gave me his

20  e-mail address and asked that I forward any

21  information to him, which I did.  I also

22  included license plate numbers and a picture of

23  the suspects.  Never heard anything else from

24  Commander Rubio.

, MEETING
12/17/2020                                                    Page 46

1          On November 5th at around 1:45

2     p.m., I witnessed a drug deal from these same

3     neighbors and I called 911.  I gave the

4     dispatcher a description of the van, including

5     the license plates number and a description of

6     the people involved.  The suspects completed

7     their transaction at 2:30.  Mind you, I called

8     at 1:45.

9               I waited by my window another

10    fifteen minutes to make sure that it was

11    exactly one hour from the time that I called

12    and no one from the 4th District showed up.

13              We're constantly being bombarded

14    with the message of, If you see something, say

15    something.  I saw something, I said something

16    and no one showed up.

17              What do you do when you see

18    something and no one shows up?

19       PRESIDENT FOREMAN:  Thank you.

20    Superintendent.

21       SUPERINTENDENT BROWN:  I have Chief of

22    Patrol over all of the districts, Brian

23    McDermott, on this Police Board meeting, and he

24    just heard that.  And, Brian, let's get a

1    follow-up.  And, Mr. President, if we can get

2    the contact information of the recent speaker

3    so we can get Rubio and the Chief of Patrol

4    Brian McDermott to respond and get an answer to

5    why we didn't do what she asked and what we can

6    do to correct that problem there in her

7    community.  We would appreciate it.

8       PRESIDENT FOREMAN:  Yes, sir.  Ms. Hudson,

9    is it okay if I ask Max Caproni to pass the

10   information to CPD?

11      MR. HUDSON:  Sure.

12      PRESIDENT FOREMAN:  Thank you very much.

13      MS. HUDSON:  Thank you.

14      PRESIDENT FOREMAN:  Next speaker, Celia

15   Colon.  If you can press *6 to unmute.  Celia

16   Colon.

17              I'll come back and see just to

18   ensure.

19              Next speaker, Jennifer Edwards.

20      MS. EDWARDS:  Good evening.

21      PRESIDENT FOREMAN:  Good evening.

22      MS. EDWARDS:  Hope everybody is okay this

23   evening.  I e-mailed prior to the meeting our

24   narratives, so I'll be brief.

```
 1                      We thank you for attending the --

 2     the numerous crime issues in our districts.  We

 3     are organizing residents in the 6th, 20th, 7th,

 4     8th and 9th wards.  In organizing our

 5     neighbors, we're getting them into the habit of

 6     reporting crimes, and if not possible, to

 7     communicate the situation with us.

 8                      In organizing, we connected with

 9     the commanders and CAPS staff of the 3rd, 6th,

10     7th and 4th Districts.  We understand that the

11     commanders of the 3rd, 6th and 7th Districts

12     have changed recently, and we hope that the

13     Superintendent will connect us with a new

14     command staff so we may continue to

15     collaborate.

16                      We also appreciate working with

17     Commander Novalez and he, in turn, connecting

18     us with Chief McDermott.

19                      We will continue collaboration

20     with them and the Cook County Sheriff

21     initiatives.

22                      We'd ask community members to

23     give descriptions of problem areas, most having

24     to do with drug activity in the 3rd and the 6th
```

```
 1    Districts.  I'll briefly just read off some of
 2    the addresses.  You guys can contact me with a
 3    little bit more about the narrative.  3rd
 4    District, 7330 South Saint Lawrence.  702 East
 5    72nd Street.  72nd Street between Saint
 6    Lawrence and Champlain at the mouth of the
 7    alley.  73rd block of Champlain.  72nd Street,
 8    7217 Saint Lawrence.  75th and Cottage Grove,
 9    Saint Lawrence, Langley, these are all drug
10    sales.  72nd to 75th and Eberhart.  Especially
11    74th and Eberhart.  And I have the times listed
12    in our narrative.  That's the 3rd District.
13              6th District, 7701 South State
14    Street.  It's a car wash.  The Mobil station at
15    7601 South State.  The BP station at 7559 South
16    State Street, a carjacking.
17        PRESIDENT FOREMAN:  Ms. Edwards, if I can
18    ask if you can give me the -- all the
19    specifics, I can pass it along.  We're at time
20    now, but I will be sure to pass specifics
21    along.
22        MS. EDWARDS:  Okay.  Thank you.
23        PRESIDENT FOREMAN:  Thank you for your
24    continued participation.
```

```
 1                    Next speaker, Helena Haley.

 2                    Next speaker Lori Burns.

 3        MS. BURNS:  Can you hear me?  Thank you for

 4    addressing our concerns.  CAPS is the only

 5    police resident interface that I know of, but

 6    we're struggling to make this connection

 7    effective in the 6th District.

 8                    For example, between Friday

 9    December 11th and Tuesday December 15th, four

10    different phone calls were made to our CAPS

11    office to order to gather information about a

12    home invasion murder that occurred on the next

13    block, the 500 block of East 89th Street.

14    Twice no one answered and the voicemail was

15    full.  Third call, the officer would not say

16    who the detective is, but said that I would get

17    a call back with whatever information could be

18    shared.  The fourth call, the officer took a

19    handwritten message for our CAPS liaison

20    officer, and then I later learned he was on

21    vacation, so I don't expect to get a call back

22    from anybody.

23                    And, I'm sorry.  My neighbor was

24    murdered at home, and we think that's a big
```

```
 1    deal.  We're not used to having just murdered

 2    people on our block every day.

 3                 Unfortunately, this is one

 4    example of many.  In response to the third and

 5    violent crime and carjacking just last week,

 6    the Deputy Chief told us, our residents, CPD

 7    will catch these offenders from community tips.

 8    Well, I regularly endure our beat meetings, and

 9    I'm just learning to keep just trying.  But

10    what about those residents who can't or won't

11    because they shouldn't have to just keep

12    trying?

13                 So, specifically, how are people

14    in the CAPS offices trained and evaluated?  If

15    people in the CAPS office don't have the

16    technical or soft skills that they need, what

17    is the fix?

18                 There are residents who are

19    ready, willing and able and capable of helping.

20    How can we help CAPS be better?

21                 As taxpaying, law-abiding

22    residents, we deserve better.  So this is a

23    complaint.  It's an offer to help.  And it's a

24    request for specific solutions.  Thank you very
```

1    much.

2        PRESIDENT FOREMAN:  Thank you.  Next

3    speaker, Eunice Chatman-Regis.

4        MS. CHATMAN-REGIS:  Hello, can you hear me?

5        PRESIDENT FOREMAN:  Yes, ma'am.

6        MS. CHATMAN-REGIS:  Good evening.  I'm

7    continuing my report I wasn't able to finish

8    last month.

9              I'm an active member of the 79th

10   and Eberhart Block Club and my complaint still

11   involves Family Market Fresh Meat Market, 457

12   East 79th Street, 519 East 79th Street.

13             I'm grateful that you guys

14   reached out to me, somebody from Superintendent

15   Brown's office and 6th District CAPS office,

16   but they just -- CAPS office just reached out

17   to me recently before this meeting.  And I am

18   still concerned because we're still calling 911

19   and getting FAR numbers from 311 regarding

20   people congregating inside 457, on that corner

21   wearing black and red, we're concerned about

22   that.  We've had roll call by the Sheriff's

23   Department two years ago.  Is that going to

24   happen again?  6th Ward, complaining to the

, MEETING
12/17/2020                                                    Page 53

```
 1   Alderman Sawyer does no good.

 2               The owner of the store -- the

 3   renter of the store 457 says he is never going

 4   to leave.  Why does he say that?  There's

 5   currently loitering in front of the store, down

 6   the block, alongside the store, even in

 7   inclement weather with loud profanity and

 8   boisterous activity.  The drug activities and

 9   gang activities is the reason why they refuse

10   to leave.  And we've had unprecedented home

11   invasions that had never occurred before.

12               I thank you for listening to me,

13   but it is concerning that Commander Mohammad's

14   only been here two years and he's gone already.

15               We never have a regular person --

16   police officers in our district because it is

17   considered a training district.

18               How can we establish a

19   relationship with the public and build our

20   camaraderie if they keep changing and this is a

21   heavy crime and now we got spiraling

22   carjackings in our area.

23               I thank you for your time and

24   have a blessed evening and holiday season.
```

, MEETING
12/17/2020                                                    Page 54

1    Thank you.

2         PRESIDENT FOREMAN:  Thank you very much.

3    The next speaker is Gale Saulsberry.

4         MS. SAULSBERRY:  Thank you very much.  I

5    appreciate it.  This is Gale Saulsberry.  I

6    reside in the 6th District, beat 624.

7                   For decades, I have lived at 7917

8    South Evans and am having a problem and I truly

9    need your assistance.

10                  Happy Liquors has contributed to

11   the public intoxication occurring at 79th and

12   Cottage Grove.  The patrons of Happy Liquors

13   sit at the T of the alley on 79th Street on the

14   west side of Cottage Grove sharing the alley

15   with Evans Avenue.  Not only do the patrons

16   practice public intoxication daily but public

17   urination is also practiced in the alley and

18   also behind 7915 and my address 7917 South

19   Evans.  It's frequent that when I go out to go

20   into the garage, that I have to wait for people

21   to be in front of my garage with public

22   urination.

23                  Sitting in my backyard to enjoy

24   peace and quite is rare as the patrons from

```
 1    Happy Liquors speak loudly and disrupt my peace

 2    in the area.  Calling 911 to complain is a

 3    daily occurrence.  Sometimes I see the police

 4    respond to calls; however, many calls do

 5    not -- they go unrepresented.

 6                   The security cameras that I have

 7    on my garage have not deterred this activity.

 8    I'm at wit's end.  And at one point I was

 9    steadfast and said I would turn around the area

10    and change the poor quality of life and now I

11    feel it's a losing battle and should move to

12    experience a better quality of life that is

13    promised to Chicagoans.

14                   Suggestions to rectify the

15    problem is, one, to vote the street from 79th

16    Street from King Drive to Greenwood dry of

17    alcoholic beverages; and B is to remove the

18    wooden fence surrounding the Gift of Life

19    parking lot to allow visibility between Cottage

20    Grove and Evans at 79th Street.

21                   In addition to that, police are

22    often nonresponsive to calls for cars parked at

23    the fire hydrant at 7930 South Evans, as we do

24    have residential zone parking 7, 8, 9.  And
```

```
 1    when I call, I don't get -- often times the

 2    police don't come to write tickets as well.

 3        PRESIDENT FOREMAN:  I apologize, Ms.

 4    Saulsberry, you're at time.  Any other points,

 5    if you can get them to Max or to me, I can make

 6    sure that I can relay that over to CPD.

 7        MS. SAULSBERRY:  Thank you.  Those are my

 8    only points.  I just want to know what I should

 9    do at this point.

10        PRESIDENT FOREMAN:  Okay.  Superintendent.

11        SUPERINTENDENT BROWN:  Yes, I appreciate

12    you making us aware.  My office and the Chief

13    of Patrol is on this meeting, Zoom, and we'll

14    get you a response.  And I've been e-mailing

15    while these calls have been going on.  This is

16    not acceptable and this has to improve.  Our

17    community response and these concerns need to

18    improve immediately.  So thank you for making

19    me aware.  I really appreciate it.

20        MS. SAULSBERRY:  Thank you very much.

21        PRESIDENT FOREMAN:  Thank you.  June

22    Norfleet.  Ms. Norfleet, if you can press *6.

23    Ms. Norfleet.

24              Next speaker, Matt Brandon.
```

```
1        MS. NORFLEET:  Hello.

2        PRESIDENT FOREMAN:  Ms. Norfleet?

3   Wonderful.

4        MS. NORFLEET:  Greetings to all of my

5   Chicago neighbors and sincere best wishes that

6   the heart of season will abide gently with you

7   and your loved ones.

8                 I can tell you without a doubt

9   this has been an unprecedented year of civic

10  education.  And in my years -- in my year

11  presenting to the Board, I have seen the public

12  participation grow.  That is good.  And I

13  joyously commend my neighbors in voicing their

14  concern.

15                Good evening, Superintendent.

16  I'm sure you are getting an earful.  Even those

17  whose perspective I may differ with, I have

18  learned so much.  And as we settle in to watch

19  that seasonal favorite, The Wizard of Oz, let

20  me reflect that this year has shown that we are

21  the voice and the power behind the curtain.

22  Therefore, Superintendent, with our voice we

23  are telling you about our challenges.  We are

24  asking that you use our resources, that is the
```

```
 1    CPD, for response to these crimes.  Our request

 2    is strong and it is firm.  Continuous criminal

 3    activity in the areas that have been identified

 4    is unacceptable and must be halted.

 5                    Superintendent, we have presented

 6    you with a litany of troubled spots, hot spots.

 7    We need you to require the local districts to

 8    address these concerns and these crimes, and we

 9    further ask that a full report of a specific

10    request for each of these hot spots of criminal

11    activity is provided for us at the next Police

12    Board meeting and in the interim to local

13    citizens in the affected area.

14                    On another issue, Superintendent,

15    we encourage you and the CPD staff to continue

16    with all due diligence in developing and

17    uncover all material to support the charges

18    brought forth by Cook County State's Attorney

19    Kim Fox against the perpetrators and the

20    homicides of our valued slained firefighter

21    Lieutenant Duane Williams.

22                    We believe that the excellent

23    work that CPD can do will support the State's

24    Attorney's charges and even upgrade them two
```

```
 1   charges to adult status.  And we here now

 2   support such an upgrade.

 3              Additionally, we ask that any

 4   accomplice are similarly identified and

 5   appropriately charged.  No slip-ups, okay, guys

 6   and ladies.

 7              May we all transition into joy

 8   and peace in the near future and I leave you in

 9   communique infinity.  My name is June Norfleet.

10   Thank you.

11     PRESIDENT FOREMAN:  Thank you, Ms.

12   Norfleet.

13              Next speaker, Matt Brandon.

14     MR. BRANDON:  Good evening.  First of all,

15   I would like to ask everybody on this call not

16   to paint the entire Chicago Police Department

17   with one brush.  Every profession has its

18   problems and it's up to the leaders to fix it

19   and we are asking that they do.

20              President Foreman, we, the

21   Communities Organized to Win, want to first

22   thank the men and women of the Chicago Police

23   Department for their continued dedication to

24   duty during this deadly pandemic.  You remain
```

, MEETING
12/17/2020                                                    Page 60

```
 1   in the thoughts and prayers of many of our
 2   communities.  Stay safe.
 3              COW has had the opportunity to
 4   meet via Zoom and speak with Commander Angel
 5   Novalez of the CAPS program.  Commander Novalez
 6   took 90 minutes from his busy schedule to
 7   address questions and recommendations that were
 8   presented to him for his review prior to our
 9   meeting.
10              Superintendent Brown is to be
11   congratulated on the selection of Commander
12   Novalez to lead the CAPS program.
13              We look forward to working with
14   the Commander and trust in his commitment to
15   building the bridge between the police
16   department and the community.
17              We will continue to meet monthly
18   and introduce community leaders in our network
19   to Commander Novalez.
20              Congratulations to the new
21   commanders of the 3rd, 6th and 7th District.
22              COW works with many community
23   members and groups in those districts and looks
24   forward to meeting and working with these new
```

, MEETING
12/17/2020                                                    Page 61

1   leaders.

2                 Congratulations to former

3   Commander Snelling and Mohammad on their

4   promotions.  They will be missed.

5                 COW is continuing to enlist

6   members of the various community partners

7   with -- partners we partner with in preparation

8   to the implementation of the Superintendent's

9   Neighborhood Policing Initiative.  COW also

10  works closely with the Cook County Sheriff's

11  unit assigned here on the south side in support

12  of CPD.

13                As this is the season of giving,

14  COW commits to giving our full support to the

15  efforts of law enforcement that follows policy,

16  procedure, and general orders and engages with

17  the communities they serve.

18                We wish all of you and your

19  family a happy and safe holiday season.  Thank

20  you.

21     PRESIDENT FOREMAN:  Thank you very much.

22  Next speaker, Robert More.

23     MR. MORE:  Mr. Foreman, can you hear me?

24     PRESIDENT FOREMAN:  Yes, sir.

```
 1      MR. MORE:  I got to get off this other
 2   phone.  I can only use one, right?
 3      PRESIDENT FOREMAN:  Yes, sir.
 4      MR. MORE:  Hold on just a second.  Real
 5   quick here.
 6              Mr. Superintendent, my
 7   understanding -- can you hear me, Mr. Foreman?
 8      PRESIDENT FOREMAN:  Yes, sir, we can.
 9      MR. MORE:  Okay.  I want to make sure this
10   phone is still on, right?
11              Superintendent, I need to know,
12   your e-mail address is DMB@ChicagoPolice.org,
13   correct?
14      SUPERINTENDENT BROWN:  No, that is not.
15   No, it is not DMB.  I will have that sent to
16   you through the Board.
17      MR. MORE:  Thank you.
18              Next issue is I got to get
19   moving.  I'm complaining of 5Gs being installed
20   in Chicago that constitute reckless
21   endangerment.  Research's got to be conducted
22   investigation's got to be conducted on 5G.
23   Okay?  It's -- the whole thing is part of a
24   weaponization to the population reduction
```

```
 1    without having to worry about backfire from

 2    sabotage from inside of the police entities and

 3    the military.

 4               I'm getting remote control

 5    commandeering of electronic devices on all

 6    different devices continually in different

 7    situations.  I need to get a police report

 8    made.  I need an investigation.

 9               Also, there's a wrongful

10    death/murder/attempted murder fund for myself

11    and all people who fit the same profile that's

12    been established at the institute of St.

13    Michael the Archangel on the website.  I

14    provided that information, the URL before.  And

15    then there is separate one which my brother put

16    up for myself.  So I need to get protocols if

17    my body should be found or bodies of other

18    patriots are found so that we can get

19    legitimate investigations and make sure that --

20    because patriots are getting knocked off and

21    are going to be getting knocked off coming up

22    here with -- coming with Trump evidently.

23    NaturalNews.com, Mike Adams, and also Robert

24    David Steele are talking about this election
```

, MEETING
12/17/2020

1    was definitely stolen, and it might come down

2    to use the Insurrection Act and use the

3    military on the streets of at least the five

4    states and then probably go nationwide then.

5    And that's going to be a real huge problem.

6              We're in an ambush.  The country

7    is in an ambush.  And we need to get legitimate

8    investigation by the Chicago Police Department

9    of the rioting, the looting, the mayhem of the

10   last seven months, that it reaches not to just

11   what's called the deep state but the super

12   cloud cover global plantation owners.

13   PRESIDENT FOREMAN:  Thank you, Mr. More.

14   At this time, all of the members of the public

15   who signed up in advance to speak have been

16   called upon.

17             Before I call -- ask for a motion

18   to adjourn, I just wanted to publicly state

19   thank you -- Queen Sister, if you will stop for

20   a second, perhaps it's an oversight.  We are in

21   the time of Zoom.  Maybe it passed us.  I will

22   call on you.

23             Queen Sister, if you would like

24   to speak.  Please unmute, Queen Sister.  Queen

, MEETING
12/17/2020

```
 1    Sister?
 2        EXECUTIVE DIRECTOR CAPRONI:  *6 to unmute.
 3        MS. QUEEN SISTER:  Can you hear me?
 4        PRESIDENT FOREMAN:  Yes, ma'am.
 5        MS. QUEEN SISTER:  Okay.  Hello, I'd like
 6    to pay homage to Titus, Titus Moore, officer of
 7    the CPD.  That he will be well missed in these
 8    streets.  He was a genuine officer.  And I
 9    think that has gone overlooked.
10                   Allow me to say that we -- the
11    women and mothers and legal citizens of the
12    City of Chicago have some genuine concerns
13    regarding your determining factors in formulas
14    as it applies to the reward eligibility for
15    intervention with our victims of gun violence.
16    We are asking that a real-time reward
17    availability for an account be established,
18    Ghian, to recognize one's efforts and
19    achievements as they apply to providing
20    information to you all as these bodies are
21    dropping in these streets.
22                   There should be a reward for
23    juveniles under the age of 13.  You know, we
24    don't understand your eeny meeny miny moe
```

1    practice in determining who is eligible for

2    rewards and who is not.  It needs to be

3    clarified if you are seriously considering

4    catching these assailants that are eliminating

5    these young black bodies of -- from the City.

6              Now, we're truly asking that you

7    honor this real-time reward availability with

8    expeditious authority and a collaboration

9    effort and a genuine expression of good faith

10   towards crime reduction and the preservation of

11   young life here in the City of Chicago.

12             Now let me also say towards

13   Anjanette Young.  You all have created a

14   modern-day Sarah Baartman.  And at some point

15   "I'm sorry" is inefficient.  And "I'm sorry" is

16   just not enough, Ghian.  That's all I'm going

17   to say here.

18             Superintendent Brown, you need to

19   call me.  One love, one village.

20       PRESIDENT FOREMAN:  Thank you, Queen

21   Sister.

22             Celia Colon.

23       MS. NOEL:  This is Krista.  I was on the

24   list along with one of the GoodKids MadCity,

```
 1    Alycia.  So I'm not sure why you guys don't

 2    have us, but I'm going to let you go on and --

 3        PRESIDENT FOREMAN:  No, no, no.  For the

 4    record, this is Krista Noel.  Ms. Noel.

 5        MS. NOEL:  Yeah.  I'm going to let you call

 6    on.  You call Celia.  You can come back to me.

 7        PRESIDENT FOREMAN:  Okay.  Celia Colon.

 8    Ms. Colon, if you can press *6.  Ms. Colon?

 9                 Krista, Ms. Noel, if you would

10    like to speak now.  We'll try to see if we can

11    work out the technical difficulties with Ms.

12    Colon.

13        MS. NOEL:  Hold on.  Okay.  Can you still

14    hear me?

15        PRESIDENT FOREMAN:  Yes, ma'am.

16        MS. NOEL:  Well, you know, I am beyond PO'd

17    when it comes to what happened to Anjanette.

18    And I would guess that you all would expect me

19    to have felt this way.

20                 There are no words to describe I

21    think the shock that every black woman

22    experienced when she found out that this had

23    happened to a black woman.  Now, this is an

24    educated black woman.  But I don't care if
```

```
 1    she's educated or not, because it shouldn't
 2    have happened.
 3              I expect the movement on this
 4    case, on this investigation to be swift.  I
 5    don't think it's needed, or it shouldn't have,
 6    it should be, you know, in investigative mode.
 7    There should have been a decision on this.  And
 8    those cops that allowed a woman, a black
 9    woman -- like the baby said, it goes back, it
10    goes way back.  We cannot allow for this
11    anymore.  We cannot allow you to dehumanize us
12    like this.  She's a human being.  Always has
13    been, always will be.  African people in
14    America and across the world are human beings,
15    and we need to start being treated like we're
16    human beings.
17              Now, if I have to tell you 43
18    times you're in the wrong place, there's
19    something wrong with you.  But you know what it
20    reflects?  It reflects how police officers,
21    cops, don't respect us when we open our mouths
22    and tell you, You wrong.
23    PRESIDENT FOREMAN:  Thank you.
24    MS. NOEL:  Why do we have to continue down
```

, MEETING
12/17/2020

1   this path?

2      PRESIDENT FOREMAN:  Ms. Noel, thank you.

3      MS. NOEL:  Start treating us the way we

4   need to be treated.  We need to be treated like

5   human beings.

6      PRESIDENT FOREMAN:  Ms. Noel, thank you.

7   Your time is up.

8               You also indicated that there was

9   someone else who was on the line who signed up.

10  I don't have a name for the person.  Do you

11  have a name?

12     MS. NOEL:  Yes.  Alycia from GoodKids

13  MadCity should be on the line.  And I'm not

14  sure if Celia can get on.  But, yeah, Alycia

15  from GoodKids MadCity.

16     PRESIDENT FOREMAN:  Alycia, if you are on,

17  if you can press *6.  Alycia?  Celia?  Not

18  hearing them, I'm going to move on.

19               So I was saying that I wanted to

20  thank all of the members of the public who

21  routinely and continuously participated in this

22  Police Board process.  It's an important

23  process.

24     MS. COLON:  This is Celia Colon.

```
1        PRESIDENT FOREMAN:  Wonderful.

2        MS. COLON:  It kept saying it wouldn't

3   allow me to unmute.  Can I speak now or are you

4   going to somebody else?

5        PRESIDENT FOREMAN:  Yes, please.

6        MS. COLON:  Thank you.  Give me one second.

7   So when I say defund the police, that means

8   invest in community.

9             The trauma that we've been

10  experiencing (Technical interference) in the

11  communities -- (Technical interference) we

12  cannot continue to fight violence with more

13  violence --

14       PRESIDENT FOREMAN:  Ms. Colon, we're losing

15  you.

16       MS. COLON:  -- harming us and not killing

17  us.  When it comes to Latinx community, we're

18  not even thought of.  We're not even engaged at

19  all by the CPD.  No outreach is ever done.

20  Especially when it came to being a part of the

21  use-of-force workforce group, there was never

22  any outreach at all done to the Latinx

23  community that does not speak English, and that

24  was pure slap-in-the-face structural violence
```

1    against the Latinx community.

2                     The fact that the racist

3    structural violence against black and brown

4    women continue in this community and go

5    undisregarded (sic) about our lives needs to

6    stop.  There needs to be more investment in the

7    communities to stop all the violence.  Thank

8    you.

9       PRESIDENT FOREMAN:  Thank you very much.

10   So I was saying thank you very much to the

11   members of the public who participate.  Your

12   voice is very important.  The feedback does not

13   go unheard.  You know, we ensure that CPD

14   reports back to us based on the feedback that

15   we hear.

16                     And to CPD and to the

17   Superintendent, Superintendent Brown, was not

18   the plan for your new job to start like this,

19   but we're grateful for you and the work that

20   you've been putting in and the changes that

21   you've been making.

22                     Same thing Chief Roberts, the

23   work that your team has been putting in.  We're

24   grateful.  And the police, we're grateful.  And

```
 1    OIG, Deborah, your team.

 2                 So we're looking really to 2021

 3    to continue this process of what we've been

 4    doing.  It is not our normal process.  Zoom is

 5    our new normal.  But together we continue to

 6    work like this.  We'll continue to make

 7    changes.  And the changes are not going to be

 8    easy and they're not going to be quick.  But

 9    when we continue to work together like this as

10    one Chicago, I think that we ultimately will

11    start to see some of the changes we all want to

12    see.

13                 With that said, let me go to

14    my -- at this point I'm going to ask is there a

15    motion to adjourn?

16       VICE PRESIDENT WOLFF:  I so move.  And I

17    also second your last comments.  This is Paula

18    Wolff.

19       PRESIDENT FOREMAN:  Okay.  Is there a

20    second?

21       BOARD MEMBER EADDY:  Second.

22       PRESIDENT FOREMAN:  All in favor, please

23    signify by saying aye.

24                 (CHORUS OF AYES.)
```

```
 1        PRESIDENT FOREMAN:  The motion passes and

 2   the meeting is adjourned.

 3               Happy holidays to everyone and

 4   please, everyone, stay safe.  Thank you so

 5   much.

 6

 7               (WHEREUPON, the proceedings were

 8               adjourned at 8:49 p.m.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

, MEETING
12/17/2020

1   STATE OF ILLINOIS )
                     )   SS:
2   COUNTY OF C O O K )

3

4           MAUREEN A. WOODMAN, C.S.R., being first

5   duly sworn, says that she is a court reporter

6   doing business in the City of Chicago; that she

7   reported in shorthand the proceedings had at

8   the hearing of said cause; that the foregoing

9   is a true and correct transcript of her

10  shorthand notes, so taken as aforesaid, and

11  contains all the proceedings of said hearing.

12

13

14

15
                        MAUREEN A. WOODMAN,CSR
16                      License No. 084.002740

17

18

19

20

21

22

23

24

POLICE BOARD
CITY OF CHICAGO

REPORT OF COMMUNITY INPUT RECEIVED
AT THE PUBLIC MEETING ON DECEMBER 17, 2020
Date of Report: January 20, 2021

Thirteen members of the public spoke during the public comments portion of the meeting. See the transcript of the meeting, posted on the Board's website, for a complete report of each speaker's remarks.

The Chicago Police Department responded to the remarks of Linda Hudson, Jennifer Edwards, Lori Burns, Gail Saulsberry, June Norfleet, and Matt Brandon  (see below).

The Office of the Police Board determined that the remarks made by the other speakers did not require a response in addition to that provided at the meeting.

MONITOR00228098

**Office of the Superintendent**                                         **19 January 2021**
Office of Community Policing


**To:**            David O'Neal Brown
                   Superintendent
                   Office of the Superintendent
                   Chicago Police Department

                         Leslie, Silletti
                         Chief of Staff
                         Office of the Superintendent

**From:**          Angel Novalez
                   Commander
                   Office of Community Policing
                   Office of the Superintendent

**Subject:**       **Police Board Complaints in the 006th District**


      Commander Angel Novalez, working in tandem with Commander Sonora Ben of the 006th District attempted to address the issues concerning resident Lori Burns.
      R/Commander attempted to contact citizen Lori Burns at the number furnished with negative results. Due to these results; R/Commander submitted an e-mail with contact information to attempt to address any further issues citizen Lori Burns may have.
      R/Commander supports the responses provided by Commander Ben and will monitor and assist any efforts made to address Lori Burns' concerns in the future. R/Commander will submit updates on issues or progress made in the concerns of citizen Burns.


Angel Novalez
Commander
Office of Community Policing


Approvals on the following page


1

**BUREAU OF PATROL**
003rd District

**19 JANUARY 2021**

TO:      Brian P. McDermott
             Chief
             Bureau of Patrol

FROM:   Roderick S. Watson
             Commander
             003rd District

SUBJECT: 003rd District Police Board Report

        Responding Commander is submitting this report for 003rd District in response to Community Concerns addressed at the Police Board Meeting held 17 December 2020.

        Responding Commander has an ongoing dialogue with Jennifer Edwards via telephone and residents via community engagements in-person and virtual, who have reported the below concerns to help work with the community on a more collaborative approach to problem solving strategies with the police.  Ms. Edwards is working hand in hand with the 003rd District to help improve reporting of criminal activity.

        We have discussed identifying neighbors who would be interested in starting a block club, neighborhood watch group with our Community Organizer in the 003rd District Community Policing Office and provided information on how to use the Community Concern Database on the Chicago Police Website.

**Beat 323 (71-75 / South Chicago – State St) :**_CALLS FOR SERVICE_:   443
_CRIME_:     35   _SHOOTINGS_:  4    _HOMICIDES_: 0

- **7330 S. St. Lawrence (BEAT 323)** – (0) Calls for Service / Crime Complaints

  - This concern has been entered into our Community Concern Database and assigned to our Tactical Team for further investigation of narcotic sales

  - Increased patrols by Beat officers.

  - Community Policing Officers have conducted Positive Community Interaction Mission in the area connecting with residents on the block.

- **702 E. 72nd Street** – (1) Call for Service / (0) Crime Complaints

  - Tactical Team has been assigned to conduct observation and enforcement for suspect narcotic sales
  - Increased patrols by Beat Officers.

MONITOR00228100

- **72nd Street between St. Lawrence and Champlain** – Residents are concerned about abandoned buildings & drug activity surrounding the properties
  - Identified all abandoned buildings in the area

  - Follow-up conducted by Community Policing to identify owners and enroll in the Trespass Affidavit Program as a tool to mitigate this issue

  - Tactical Team has been assigned to conduct observation and enforcement for suspect narcotic sales

  - Increased patrols by Beat Officers.

  - 6th Ward Alderman has been notified to assist with clean up

    | | |
    |---|---|
    | 7221 S. St. Lawrence | 7216 S. St. Lawrence |
    | 7219 S. St. Lawrence | 7211 S. St. Lawrence |
    | 7215 S. St. Lawrence | 7207 1/2 S. St. Lawrence |
    | 7220 S. Champlain | |

- **7300 Block of South Champlain** – Residents concerned about shootings

  Beat 323: Shootings (4) since last Police Board Meeting

  648 E. 75th Street
  122 E. 75th Street
  7419 S. St. Lawrence
  752 E. 75th Street

- **72$^{nd}$St. Lawrence** – (7217) Residents concerned about double parking

  - Beat Officers conducted parking enforcement mission

  - Community Policing entered community concern in database for special attention

- **75th , Cottage Grove, Langley, St. Lawrence** – Residents concerned about narcotic sales

  - Tactical Team assigned to location for observation and enforcement

  - Increased patrols on ALL Watches

  - Community Policing Conducted joint outreach mission with 006th District

  - Joint community engagement "Quality of Life" Walk has been scheduled with 003rd and 006th District Tactical Team, residents and community members to identify and provide resources as a problem solving strategy (Friday, 22 January 2021 – See Attached Flyer)

MONITOR00228101

- **72nd – 75th Block of South Eberhart** – Residents concerned about Narcotic Sales primarily on 74th Street between the hours of 1100 – 2200.

  - Tactical Team assigned to location for observation and enforcement

  - Increased patrols on ALL Watches due to reported hours of criminal activity

  - Community Policing Office conducted an outreach engagement on Eberhart connecting residents with resources, information on how to connect with the District, and CPD Tip flyer on reporting crime

Roderick S. Watson
Commander
003rd District

APPROVED:

Brian P. McDermott
Chief
Bureau of Patrol

MONITOR00228102

Bureau of Patrol                                                19 January 2021
Area Two/004th District

TO:       Brian P. McDermott
          Chief
          Bureau of Patrol

FROM:     Robert A. Rubio
          Commander
          004th District

SUBJECT:  **RESPONSE TO POLICE BOARD MEETING 12/17**

The undersigned is respectfully submitting the attached report along with the
initial response to the Police Board complaint, #1. See the attached Police Board
Complaint from 17 December 2020, p.45-47.

The failure of communication between the complainant, Linda Hudson, and the
undersigned was discovered on today's date at 1330 hours via phone in an attempt
to garner any further information regarding the complaint from the Police Board
Meeting. It was discovered that the complaint had the incorrect email address to
Commander Rubio, therefore none of her emails were ever received. This has
been rectified and an open line of communication has been established through
email and phone correspondence as well.

The undersigned has attached the Service Call search related to the complaint, #2.
The search revealed that the call came in at 1408 hours and was closed as a
Disturbance/No Person found at 1525 hours. GPS confirms Beat 423 response to
scene.

The 004th District had direct correspondence with the complainant on 06 January
2021 at a Town Hall Zoom meeting. This Zoom meeting was attended by Linda
Hudson, however, she did not disclose any new community concerns at this time.
On the contrary, positive feedback was received on the information provided at
the meeting.

At this time, Linda Hudson resent her initial email to the correct address. The
004th District CAPS and TACT offices will follow up immediately.

For Robert A. Rubio
    Commander
    004th District

**Bureau of Patrol**                                                                 19 January 2021
006th District


TO:          Brian P. McDermott
             Chief
             Bureau of Patrol

FROM:        Senora Ben
             Commander
             006TH District

SUBJECT:     Police Board Complaints in the 006th District


Several citizens made complaints at the Police Board meeting about issues within the 006th District. The complaints are quality of life issue that Happy Liquors contributing to public intoxication, public urination and that the wooden fence surrounding the Gift of Life parking lot should be removed.


R/Commander has investigated the following complaints which are unfounded. Happy Liquors owners met with the previous Commander and have made significant strides in working with the Chicago Police Department in being a better partner in the community. Happy Liquors is on the Southeast corner of 79th and Cottage Grove, not the Westside of Cottage Grove. With further investigation, it was revealed that the citizen that called made only 4 calls to 911 YTD, for burglary in progress & disturbance music/noise calls. These calls were cleared with either a 19P or 14P. Which include Happy Liquors signed on with the affidavit program, which also include the following actions taken:

- **They signed complaints when required**

- **increased security within their establishment**

- **increased the lighting in and outside**

- **removed all posters covering windows for better visibility into the establishment**

- **Happy Liquor's made 197 Calls of Service YTD**

- **Cook County Sheriffs police are deployed upon our request down the Cottage Grove corridor from 75th – 87th street. They have recovered several handguns with multiple arrest and several are pending federal approval.**

- **Several Operation Clean Slates have been conducted with Alderman Harris & Alderman Sawyer in that same corridor.**

R/Commander also investigated the complaints of public intoxication and public urination behind the locations of 7915 & 7917 S. Evans. R/Commander finds that there were 33 calls for service YTD.

- **9 calls for Domestic Distance**

Bureau of Patrol                                                              19 January 2021
006th District

-3 calls for burglary

-4 calls for violation of order of protect

-2 call for suspicious person

-2 persons with a knife

-2 auto accident

-2 selling narcotics

-CAPS officers have conducted knock and talks in the area

-Narcotics have been made aware of the location of narcotic sells.

-25 arrest YTD 7900-8000 S. Cottage Grove

R/Commander made contact with Ms. Jennifer Edwards on January 11, 2021 we had a length discussing about the location of 75th Cottage Grove/ St. Lawrence. R/Commander related to Mrs. Edwards that this location would be forward to our Narcotic Unit for further investigation. R/Commander will have the 006th Tactical team to run mission in the area.

R/Commander spoke with Ms. Gale Saulsberry on today's date January 19, 2021. R/Commander informed Ms. Saulsberry the CAPS officers will conduct quality of life mission on 79th Cottage Grove. Also Ms. Saulsberry stated she will react out to Alderman Sawyer on facilitating effects on speaking with the Gift of Hope on removing the wooden fencing in order to have the east alley of Evans more visible. This will deter citizens from loitering in that alley.

R/Commander wasn't able to reach Mrs. Lori D. Burns but  messages were left for Mrs. Burns.

The 006th District will continue to monitor the location and take the appropriate actions towards quality of life issues. The Commander and officers of the 006th District are committed to serve the citizens of the Gresham community.


Senora Ben
Commander
006th District


APPROVED:



Larry Snelling
Deputy Chief
Area Two

**Bureau of Patrol**
006th District

19 January 2021

**SIGNATURE PAGE ONLY**

Brian P.  McDermott
Chief
Bureau of Patrol

MONITOR00228106

MEETING
January 21, 2021

```
                    POLICE BOARD
                  CITY OF CHICAGO

                  PUBLIC MEETING

          Thursday, January 21, 2021
                    7:30 p.m.

          (VIA VIDEO and AUDIO CONFERENCE)


        - - - - - - - - - - - - - - - - - -
```

APPEARANCES:

POLICE BOARD MEMBERS
GHIAN FOREMAN, President
PAULA WOLFF, Vice President
MATTHEW CROWL
REVEREND MICHAEL EADDY
STEVE FLORES
JORGE MONTES
JOHN P. O'MALLEY, JR.
RHODA D. SWEENEY
ANDREA L. ZOPP


ALSO PRESENT:
DAVID BROWN, Superintendent of Police;
SYDNEY ROBERTS, Chief Administrator of the
Civilian Office of Police Accountability;
DEBORAH WITZBURG, Deputy Inspector General for
Public Safety;
KAREN KONOW, Chief of Bureau of Internal
Affairs, Chicago Police Department;
SCOTT SPEARS, Assistant General Counsel to the
Superintendent of Police;
BRIAN MCDERMOTT, Chief of the Chicago Police
Department's Office of Operations;
BRENDAN DEENIHAN, Chief of the Chicago Police
Department's Bureau of Detectives;
MAX CAPRONI, Executive Director of the Police
Board;
MEMBERS OF THE PUBLIC.

MEETING
January 21, 2021

```
1       PRESIDENT FOREMAN:  Good evening.  My name

2   is Ghian Foreman.  I am the president of the

3   Chicago Police Board.  I'm calling the Board's

4   January 21st public meeting to order.

5               To protect the public's health in

6   response to the COVID-19 outbreak, and as

7   permitted by Governor Pritzker's Executive

8   Orders 2020-07 and 2021-01, this meeting is

9   taking place remotely.  This meeting is open to

10  the public via audio conference and is being

11  carried live by CAN-TV.  Those participating by

12  phone are on mute in order to reduce background

13  noise and disruptions.  We have a court

14  reporter making a transcript of this meeting.

15              I will begin by taking attendance

16  so it is clear who is participating.  Please

17  say here after I read your name.

18              Police Board Vice President Paula

19  Wolff.

20      VICE PRESIDENT WOLFF:  Here.

21      PRESIDENT FOREMAN:  Board Member Matthew

22  Crowl.

23      BOARD MEMBER CROWL:  Here.

24      PRESIDENT FOREMAN:  Board Member Michael
```

MEETING
January 21, 2021

```
 1    which includes a detailed explanation for the

 2    reasons for the Board's action.

 3                    I will now call upon those

 4    members to speak.  In fact, Max, if I can ask

 5    you or Jazmyne to call it, because I'm not sure

 6    that I have this list.

 7       EXECUTIVE DIRECTOR CAPRONI:  Yes, I'd be

 8    happy to do that.

 9                    So the first speaker on the list

10    is Oneal Johnson.  And, again, please press *6

11    to unmute yourself.

12       PRESIDENT FOREMAN:  Oneal Johnson.  Max, go

13    to the second speaker.

14       EXECUTIVE DIRECTOR CAPRONI:  The next

15    speaker is Steven Belstra.

16       PRESIDENT FOREMAN:  Next speaker.

17       EXECUTIVE DIRECTOR CAPRONI:  Attorney

18    Zedrick Braden.

19       PRESIDENT FOREMAN:  Next speaker, please.

20       EXECUTIVE DIRECTOR CAPRONI:  Fourth speaker

21    is Enunice Chatman-Regis.

22       PRESIDENT FOREMAN:  You can press *6.  Next

23    speaker.  Okay.  I saw some of these speakers.

24    Perhaps they're having trouble unmuting.
```

                                        MONITOR00228109

MEETING
January 21, 2021

1        EXECUTIVE DIRECTOR CAPRONI:  The next

2    speaker, Lori Burns.

3        MS. BURNS:  Hello?

4        PRESIDENT FOREMAN:  Ms. Burns.  Ms. Burns

5    Welcome back to you.  We have Ms. Enunice

6    Chatman-Regis, I believe.

7        MS. CHATMAN-REGIS:  Sorry.  There was

8    something wrong with my connection.  I am so

9    sorry.

10        PRESIDENT FOREMAN:  No worries.

11        MS. CHATMAN-REGIS:  Good evening.  Thank

12    you for your past concerns to the issues

13    regarding our community.

14                Unfortunately, the problem

15    continues to persist despite the repeated

16    efforts of the Eberhart 79th Block Club members

17    and our numerous 911 calls.

18                Family Fresh Market located at

19    457 East 79th Street continues to be a haven of

20    illegal drug sales, loitering on the public way

21    outside the store by ten or more persons who

22    block the sidewalk.

23                They do not practice social

24    distancing or wear masks as requested by Mayor

MEETING
January 21, 2021

1  Lightfoot and Governor Pritzker and numerous

2  health professionals.

3              Inclement weather has not

4  hindered their activity.  They still loiter,

5  have illegal drug sales, et cetera.

6              When the police are called and

7  respond, the loiterers disperse momentarily

8  only to return later that same day.

9              They flee and hide in the foyer

10  of the multi-unit apartment buildings located

11  at 7905 and 7909 South Eberhart.

12              The owner of those buildings has

13  been contacted.  He says he will have the

14  custodian take care of it; however, that

15  individual is complicit in the behavior of the

16  loitering because he engages in the same

17  activity he is asked to diffuse.

18              Several tenants have moved out

19  out of concern for their safety and livelihood

20  and refusal of the custodian to address the

21  complaints regarding suspicious activity,

22  loitering and drug sale that the tenants

23  witnessed.

24              Recently a building at the 7900

MEETING
January 21, 2021

```
 1   block of Eberhart was purchased and is

 2   currently being rehabbed.

 3              As I was returning home in the

 4   afternoon, the new owner asked me what was

 5   going on at the store at 457 East 79th Street.

 6   I explained the above issues, that our block

 7   club has been trying to combat for several

 8   years.  He felt that case was -- that was the

 9   case, because his workers keep going back and

10   forth to that store, coming back smelling like

11   marijuana, acting like they're under the

12   influence of something that's not alcoholic.

13              Is there no remedy or relief from

14   this?  There are many children on our block,

15   and we continue to have our quality of life

16   jeopardized by these miscreants.

17              The 6th District police efforts

18   have been ineffective.  It is winter now where

19   we'd expect in the coming months warmer

20   weather.  Today with the warm weather, we had

21   to call 911 because of the bigger crowd that

22   congregated there, including men and women.

23              Thank you for your time and have

24   a blessed evening.
```

MEETING
January 21, 2021

1    PRESIDENT FOREMAN:  Thank you very much.

2   Superintendent, this was -- Ms. Chatman was

3   speaking kind of fast, but basically 79th and

4   Eberhart, and we've heard of this before.

5   Would you like to make a comment?

6    SUPERINTENDENT BROWN:  Yes, I certainly

7   would.  I anticipated the 6th District being on

8   point and I have that leadership here directly,

9   and they were given word that this has been a

10   pervasive issue for some time.

11          And, Chief McDermott, would you

12   like to call on the commander or do you got it?

13    CHIEF McDERMOTT:  No, I got to talk to

14   Commander Ben.  She'd like to address this for

15   the speaker.

16    COMMANDER BEN:  Good evening to Ms.

17   Chatman.  Can you guys hear me?

18    PRESIDENT FOREMAN:  Yes.

19    COMMANDER BEN:  We were given this

20   information and we are working on this.  We do

21   have our CAPS officers doing quality-of-life

22   missions over here at that store, and we gave

23   the address of 7905 and 09 that will be given

24   to our Troubled Buildings to take a look at as

MEETING
January 21, 2021

1   well.  And licenses will be given information

2   about the Fresh Mart store.

3       PRESIDENT FOREMAN:  Thank you very much.

4   Ms. Lori Burns, if you can unmute now.  Thank

5   you.

6       MS. BURNS:  Thanks so much.  Good evening.

7   Thank you for addressing our concerns.  The

8   communication problems raised last month with

9   our 6th District CAPS team hasn't been resolved

10  yet but have been acknowledged.  So, thank you,

11  Commander Sonora Ben, Officer Tatum and Beverly

12  Williams.

13              Residents look forward to

14  partnering with our new commander and the CAPS

15  community team to support excellent effective

16  communications and results.

17              Secondly, is there a protocol for

18  carjacking victims and CPD to follow?  If so,

19  how is it being communicated?

20              My elderly neighbor was a victim

21  of this terror last Wednesday, January 13th, at

22  1:00 p.m.  The 911 operator said a car would

23  not be sent and they were instead transferred

24  to a phone number that was never answered.

MEETING
January 21, 2021

```
 1   They made an in-person report at the police

 2   station but were not given a follow-up contact

 3   to share the security video footage with.

 4                    Within the last hour, our CAPS

 5   officer shared a phone number with me for the

 6   vehicle carjacking task force.

 7                    So when and how will this

 8   information be shared with the public so that

 9   victims can be empowered and that we're

10   operating with consistency?

11                    Lastly, please find that Mr.

12   Catanzara should be terminated.  Chicago and

13   our democracy deserve better.  Thank you very

14   much.

15      PRESIDENT FOREMAN:  Thank you.  I see

16   speaker number three here, but I can't quite

17   see the name.  Zedrick perhaps.  Is there a

18   Zedrick?  We'll pass on that one.

19                    We're going to go to Jennifer

20   Edwards.  If you can unmute, Ms. Edwards.

21      MS. EDWARDS:  Good evening, everyone.  Can

22   you hear me?

23      PRESIDENT FOREMAN:  Yes, ma'am.

24      MS. EDWARDS:  Okay.  We are so pleased that
```

MEETING
January 21, 2021

1    the 3rd and 6th Districts are collaborating on

2    their crime-fighting efforts.  Both of the new

3    commanders and their staff have reached out to

4    community members many times.  They have

5    planned a neighborhood walk-about, that's my

6    name for it, for tomorrow, Friday, where many

7    neighbors will be attending.  The walk-about is

8    in one of the areas of concern with numerous

9    crime problems.  We will be addressing east

10   75th Street from the 500 block to Cottage Grove

11   where numerous illegal parties have been

12   reported.

13              Can we call attention to a party

14   reported last night on the 623, 624 CAPS beat

15   call?  The address is 7533 South Evans.

16              The community person reports

17   numerous calls are constantly made and the

18   police just drive by.

19              We again hope that the

20   collaboration and our reporting will show the

21   need for more police assigned to the 3rd and

22   6th Districts.

23              Also, can you push for COVID-19

24   vaccines for the essential workers and officers

MEETING
January 21, 2021

1   in these districts?  They face the general

2   public on a daily basis.  Thank you.

3      PRESIDENT FOREMAN:  Thank you very much.

4   Superintendent, before I call the next speaker,

5   can you comment -- this is being viewed on

6   CAN-TV.  For carjackings, where should someone

7   call?  Is it just a regular 911?  What is it

8   that people should do specifically since this

9   is something that we're seeing a lot of right

10  now?

11     SUPERINTENDENT BROWN:  Call 911 if you are

12  the victim of a carjacking and report your car

13  stolen immediately.  The sooner the car is put

14  in the system, the best chance we have catching

15  the offenders.  The offenders, once they

16  carjack someone, we found they only keep those

17  cars a few hours before they dump them and move

18  on to something else.  So we have a short

19  window.  So any delay in reporting that to 911

20  really is -- makes it very difficult for us to

21  catch the carjacking offender.

22              Secondly, you can always contact

23  your district, either the CAPS office or the

24  front desk of your district, to report any kind

MEETING
January 21, 2021

1    of suspicious behavior.  I would encourage you

2    to attend beat meetings.  I would encourage you

3    to become familiar with your DAC chairs so that

4    we can be part of the crime tips and awareness

5    campaign as it relates to carjackings as well.

6              So it's not to go to the

7    district.  If you're carjacked, call 911 if

8    you're carjacked or your vehicle is stolen or

9    otherwise so that we can capture the offender

10   as soon as possible.  But also become part of

11   the crime tip and awareness campaign at your

12   district level.

13       PRESIDENT FOREMAN:  Thank you.  Next

14   speaker, Matthew Brandon.

15       MR. BRANDON:  Good evening, President

16   Foreman, members of the Board, Superintendent

17   Brown, Command Staff and Chief Roberts.

18              Communities Organized to Win

19   continues its work of bringing police and

20   community together so that we, as partners, can

21   develop strategies and solutions to the issues

22   that plague our communities.

23              No doubt about it, people are

24   afraid.  This past summer of public unrest,

MEETING
January 21, 2021

```
 1   which led to the reduction of manpower in our

 2   police districts, did not go unnoticed.

 3                 Our communities felt, and

 4   rightfully so, frustrated by lack of response

 5   to their calls for service.  Recent comments

 6   made by the current president of FOP have

 7   served notice to our communities that if they,

 8   FOP-supportive officers, cannot police like

 9   they want to, then they won't police.

10                 Some of the issues raised this

11   evening support that notice, no cars responding

12   to numerous calls, a car showing up and just

13   passing by without stopping or officers getting

14   out of their vehicles.

15                 We want you to know that we want

16   to support the police, but we want to support

17   the police who want to serve our communities.

18   If they don't want to be here, get them out.

19                 We will not go back to the knees

20   on our necks or the shots in our backs or

21   I-thought-it-was-a-gun defense.

22                 Policing must change and we stand

23   ready to achieve that change.

24                 We also acknowledge that we, the
```

MEETING
January 21, 2021

```
 1    communities, have to do our parts.  We know it
 2    takes two.
 3                  I want to say to all on this
 4    call, I want you to know the recent promotions
 5    made by Superintendent Brown have given us a
 6    new hope that change is coming.  I encourage
 7    you all to work with your commanders and CAPS
 8    teams because change can come to your
 9    communities, too.
10                  In our 6th and 3rd police
11    districts, change is real.  In the 3rd
12    District, Commander Watson and his staff, along
13    with Sergeant Wilson and her CAPS team, have
14    reached out to us personally.
15                  We are updated on initiatives and
16    strategies being developed that will directly
17    confront the issues we bring forward.
18                  The same can be said for
19    Commander Ben and her staff, along with
20    Sergeant Hughes and her CAPS team.
21                  These leaders also take from
22    their busy schedules to speak directly to
23    members of the --
24        PRESIDENT FOREMAN:  Sorry.  I know I'm
```

MEETING
January 21, 2021

1   going to get in trouble, Mr. Brandon, for

2   muting you, but we have over 5,000 speakers

3   tonight, so we're holding firm to our time

4   limits today.  Thank you very much for your

5   comments.

6              I think one of the things,

7   Superintendent, you heard me say this before,

8   that we certainly tell you when things are not

9   going right, and I think it's important that

10  your team also hears the positive improvements.

11  So thank you very much to your team.  Mr.

12  Brandon just spoke very specifically about some

13  of those.

14              Next speaker, Brad Redrick.

15     MR. REDRICK:  Good evening and thank you

16  for letting me speak.  I'd like to say hear,

17  hear to that last speaker indeed.

18              So I want to bring to your

19  attention the community organizing position of

20  the 4th District that has recently been vacated

21  due to retirement by the former organizer

22  Antonio Salazar who did a very fine job before

23  he retired.

24              In the 4th District before we had

MEETING
January 21, 2021

1    no organizer for about three years, and it has

2    really yielded pretty tragic results.  We're

3    really behind in our organizing and working

4    with the police department.

5              We need to get that filled.  And

6    we've been told that an impediment to that is

7    the -- there's a freeze on hiring in the City.

8              The 4th District is a huge

9    district.  It also has a sizable

10   Spanish-speaking population, as well as the

11   rest.  And so, in fact, it needs two

12   organizers.  But it has no organizer now.

13             We're not able to position

14   ourselves to help the Police Department in ways

15   that the Superintendent just expressed, needing

16   to help in connections with the youth and

17   whatnot.

18             So our quality of life in the 4th

19   District is supremely hampered by this vacancy,

20   and we hope that you all will do everything

21   that you can to get that position filled so we

22   can work in team with the Police Department to

23   drive down this violence.  Thank you for

24   hearing me.

MEETING
January 21, 2021

1        PRESIDENT FOREMAN:  Thank you very much.
2   Superintendent, any comment?
3        SUPERINTENDENT BROWN:  Yes.  I'll have
4   Chief McDermott, Chief of Patrol, follow up
5   through the Board and contact you directly on
6   how we can take care of filling that position.
7   Even if there isn't a budget for that
8   particular position, there may be some other
9   things we can do.  Let Chief McDermott, Chief
10  of Patrol, follow up with you here in the next
11  couple of days.
12       PRESIDENT FOREMAN:  Max, if you can make
13  sure to get Chief McDermott Mr. Redrick's
14  contact information, that would be great.
15       EXECUTIVE DIRECTOR CAPRONI:  Will do.
16       PRESIDENT FOREMAN:  Next speaker, Mr. John
17  Perryman.
18       MR. PERRYMAN:  Yes.  Before my time begins,
19  I'd like a report -- good evening, everyone.
20  I'm sorry.  I'd like a report from the
21  Superintendent regarding the drug market next
22  to Garfield Park.
23       PRESIDENT FOREMAN:  Do you want to make
24  your comment?

MEETING
January 21, 2021

1      MR. PERRYMAN:  I'd like to hear what the

2   Superintendent has to say first.

3      PRESIDENT FOREMAN:  Superintendent?

4      SUPERINTENDENT BROWN:  Sure.  Mr. Perryman,

5   I have, I believe, the commander of the 11th

6   District here now, and we have talked about

7   this.  Obviously, you know, we've had several

8   Police Board meetings where you brought these

9   same issues -- similar issues up, and we have

10   a new commander there, and I'm going to turn it

11   over to him directly to answer your questions.

12      COMMANDER McKENZIE:  Good evening, Mr.

13   Perryman.  This is Commander McKenzie.  We

14   spoke earlier today.  I spoke to you last week.

15   And in regards to the conversation about the

16   drug sale on Lake Street by St. Louis, I spoke

17   to the commander of narcotics today and

18   regarding that -- the mission -- the mission

19   over there is almost complete.  Without

20   jeopardizing the mission that's almost in its

21   final stages, they're waiting -- they have

22   already identified 20 targets, which they are

23   going to make an arrest, and they're just

24   waiting for approval.  Once that is complete,

MEETING
January 21, 2021

1    I'll give you a call and inform you of that.

2                    Also, in that area, this summer,

3    what we have done to prevent issues over there,

4    we have enforced parking permit -- parking

5    restrictions on Lake Street from Hamlin all the

6    way to Central Park from 6:00 p.m. to 6:00 a.m.

7    on Friday through Monday mornings.  Also 1133

8    is going to give special attention to that

9    area.

10                   Last summer we had a fixed post

11   on St. Louis and Walnut.  What we're going to

12   do is continue our dialogue with the community

13   and collaborate with the community as well.

14   The DCOs are going to engage with the citizens

15   in there.  And, also, like we said today, you

16   and I when we spoke, I'm going to personally

17   meet with you next Wednesday and we're going to

18   actually walk the park like you requested.

19      MR. PERRYMAN:  Okay.  Thank you.  It's nice

20   to meet a new commander in the 11th.  I hope it

21   goes better than the previous commander who

22   ignored this issue.

23                   I would like to bring up that

24   last week -- you know, I brought this up last

MEETING
January 21, 2021

1    April, so a long time ago, almost nine months

2    now, and the Superintendent is saying they used

3    a lot of resources.  I would say all the

4    strategies so far have been a complete failure.

5                   I went for a walk with my dog the

6    other day and I was offered drugs.  You can't

7    even walk down the street without someone

8    offering you drugs in this area.  This is on

9    the edge of a park.  We want to use our park

10   for our families.  It's a real problem.

11                  So I'm going to let the

12   Superintendent know I am going to keep coming

13   back to these meetings.  I'm not giving up on

14   this.  And I do expect to see effective

15   strategies.

16                  I think a big part of this

17   problem is that strategies are completely

18   ineffective.  And the Superintendent needs to

19   know that what's going on is not working.

20                  And I've said this pretty much

21   every other month for eight months.  And we

22   need to see results soon.  And you say you hear

23   our voices, I don't feel heard.  You promised

24   me many things.  I don't see the results of

MEETING
January 21, 2021

1    those promises.

2              So I guess my final ask is that

3    Mr. Foreman, if it's okay with you, I would

4    like to have a sit-down with you and the

5    Superintendent in the next week, if that's

6    possible.  It doesn't have to be long.

7         PRESIDENT FOREMAN:  Sure.  I'm not too sure

8    what I can do in terms of a sit-down.  I don't

9    develop policing strategies.  But if you would

10   like me to join the meeting, I am more than

11   willing to do so.

12        MR. PERRYMAN:  Well, Mr. Foreman, I did

13   meet with the Superintendent a long time ago,

14   and I talked about specific strategies that

15   work and things that don't work, and I feel

16   like that was completely disregarded.  So I

17   would like another ear in the room to help hold

18   everyone in the room accountable.

19        PRESIDENT FOREMAN:  Okay.  I will make

20   myself available.

21              The next speaker is Flora Suttle.

22   If you can press *6, Ms. Suttle.  Ms. Suttle?

23   I'll come back to you, Ms. Suttle.  I can see

24   you are on and perhaps you're having a hard

MEETING
January 21, 2021

1  time unmuting.

2           Next speaker, June Norfleet.  Ms.

3  Norfleet, if you can press *6.  All right.

4     MS. NORFLEET:  Hello.  I know time is

5  short.  My point is what I call low-hanging

6  fruit.

7           Good evening, everyone.  You

8  know, there are two parts of a tree that have

9  to be carefully tended to and that is the top,

10  because if you do not prune the top of a tree

11  and the fruit stays up there too long, it gets

12  no light and everything becomes diseased, and

13  the bottom, the low-hanging fruit.

14           Well, last week I took a walk out

15  on 75th Street and there was a lot of

16  low-hanging fruit out there.  There were things

17  that were strewn all over 75th Street, just

18  like liter.  There were cars without license

19  plates, vehicles with expired temporary plates,

20  they look like blank sheets of paper.  These

21  are low-hanging fruit.  Stores with windows

22  papered over and obscured, low-hanging fruit.

23           We need to stop the illegal

24  gatherings that are beyond the number of

MEETING
January 21, 2021

1    attendees as prescribed by current ordinances,

2    low, low-hanging fruit.  We can -- our police

3    department can work with auto industry

4    professionals to advance and improve vehicle

5    security platforms.  Make that a priority.

6    That's a low-hanging fruit.

7                    Answering the phone in a positive

8    and professional manner.  I understand you are

9    police officers and you work in a hectic

10   environment, but you're still professional

11   public servants.  Articulate, say your name,

12   your station and handle the citizen's business.

13                    As my neighbor, Ms. Burns,

14   already indicated, that can be a challenge

15   sometimes.  These are things that can be done

16   now.  These are things that can be fixed.

17                    I do want to say that on 75th

18   Street today when I walked -- this is why I

19   know low-hanging fruit can be handled, it was a

20   different place, because Commander Watson had

21   already started to imbue a sense of

22   professionalism, a committed, dedicated effort.

23                    Thank you very much for doing

24   that and we look forward to working with you.

MEETING
January 21, 2021

```
 1    Don't forget the fruit.
 2        PRESIDENT FOREMAN:  Thank you.
 3    Superintendent?
 4        SUPERINTENDENT BROWN:  I just love her
 5    comments.  And I'm excited as I've heard some
 6    of the community members say about not just
 7    Commander Watson and Commander Ben, but in the
 8    eight months I've been here, I've been able to
 9    have the opportunity because of retirements to
10    make several promotions of people who are very
11    talented and I really have high confidence in,
12    and so I'm looking forward to them engaging
13    more and our emphasis is on community
14    engagement, quality of life, being responsive,
15    being professional.  So, you know, kudos to the
16    last commentator.  It's right on point.
17        PRESIDENT FOREMAN:  Thank you.  Next
18    speaker, Crista Noel.
19        MS. NOEL:  Hello, everyone.  How are you?
20    Hi.  I'm a little concerned about that mass
21    shooting that happened with Jason Nightengale
22    and has ended in the death of two women, Marta
23    Torres and -- let me get her name.  Aisha
24    Nevell.  And there are three women right now
```

MEETING
January 21, 2021

1    fighting for their lives, Shirley Hinton,

2    Virginia McAllister and Dania Smith, ranging

3    from 15 to 81 years old.

4                    I have known for a while that

5    mass shootings were connected to domestic

6    violence and this was not unusual.  Right?

7    They say that as the number of victims go up,

8    the more likely it is that the shootings are

9    going to have some connection to domestic

10   violence.

11                   Jason Nightengale had a domestic

12   violence charge in Evanston.

13                   One of the problems I have with

14   the shooting is not only that he shot five

15   women, it's the fact that Jason was able to go

16   from the south side of Chicago to the north

17   side of Chicago in Evanston where he had a

18   domestic violence charge.  So it's almost as if

19   you knew he was coming, because he kept going

20   places that he knew.  Right?  It was clear that

21   Jason was going to kill people until somebody

22   killed him.  So although I wasn't there and I

23   can't quite be sure that he could have been

24   taken alive, I know that Jason's plan was not

MEETING
January 21, 2021

1   to be taken alive or he wouldn't have shot a

2   woman to death about five minutes before he was

3   shot to death.  But I do have a problem with

4   the fact that we have these -- an increase in

5   violence against women.  We have women being

6   shot while they're driving their --

7        PRESIDENT FOREMAN:  Sorry, Ms. Noel.  With

8   the amount of speakers we have tonight, I

9   apologize that I have to cut you off.

10                Superintendent, can you speak to

11  some of the domestic violence issues and what

12  CPD is doing to try to address some of that?

13       SUPERINTENDENT BROWN:  This particular

14  shooting case has some domestic violence, but

15  the more prominent underlying issue was mental

16  health, as expressed by Mr. Nightengale's

17  family, that had been spiraling out of the

18  control.  And these acts of violence were

19  random, with no notice from anyone that we've

20  become aware of in the preliminary

21  investigation.

22                We'll continue our investigation,

23  but the speaker is correct that there's some

24  domestic violence, but likely mental health

MEETING
January 21, 2021

1   issues being the more prominent motives behind

2   this.

3       PRESIDENT FOREMAN:  Thank you.  As I

4   mentioned earlier today, we had over 5,000

5   people signed up to speak and most of those

6   callers were calling regarding John Catanzara.

7                    The next two speakers I've asked

8   if they could take a little bit more time and

9   represent some of the 5,000 people who did sign

10  up to speak.  So with the Board's permission,

11  I'm going to allow them a couple additional

12  minutes to speak on behalf of the 5,000 people

13  who signed on.

14                   So the next speaker is Ahmed

15  Rehab.

16      MR. REHAB:  Thank you, Mr. President and

17  Mr. Superintendent and everyone else, for this

18  opportunity to speak to you tonight.  My name

19  is Ahmed Rehab, and I am the executive director

20  of the Council on American-Islamic Relations

21  here in Chicago.  We are the Chicago office of

22  the largest Muslim civil rights organization in

23  the United States.  And I have let our views be

24  known to the public via media appearances on

MEETING
January 21, 2021

1   the comments made by Officer John Catanzara,

2   and I'm here tonight to let them be known to

3   you and urge you to take action swiftly,

4   specifically calling on Mr. Superintendent

5   Brown to speed up filing charges and bringing

6   them to the desk of the Chicago Police Board so

7   that the process can continue and a hearing can

8   take place.

9                   I have respect for the

10  Superintendent, but I have no idea why there

11  has been such a delay.  And I'd like him to

12  address that and to promise us a time frame

13  which he can move on these charges.

14                  I wanted to make this ask in

15  advance before I got into some of our concerns

16  with Mr. Catanzara in case I ran out of time.

17  I will get into that now.

18                  As some of you have seen in the

19  media, and as I am sure you have heard

20  internally, some of these comments are plain

21  disgusting and prejudiced against large

22  segments of the Muslim community.  And some of

23  his social media posts he has implied that

24  Muslims are savages and that they all deserve a

MEETING
January 21, 2021

1    bullet.  There are two particular posts, one in

2    which he discusses a crime that was committed

3    in Detroit by one individual who happened to be

4    Muslim, what they called female genitalia

5    mutilation, it's female circumcision, but it is

6    a violent act and it's illegal and a crime and

7    not accepted in our Muslim faith by the great

8    overwhelming majority of Muslims.  And he said

9    what he said about her, which I have no problem

10   with and I agree with him on, but his extending

11   his outrage and disparaging all Muslims for the

12   crime of one individual is precisely what

13   defines Islamophobia and bigotry.

14                Imagine if I were to look at a

15   case of somebody in the Catholic church who

16   committed pedophilia and I'm calling all

17   Catholics pedophiles, or I'm looking at a case

18   of a lynching in the south, which unfortunately

19   still happens, and I'm calling all white

20   Americans racists and murderers.  That's

21   precisely that extension.  And he tried to

22   backtrack and he tried to focus back on that

23   individual crime, which we agree on, but it is

24   the extension and extrapolation to a large

MEETING
January 21, 2021

1  segment to use his own words.  This is the

2  reason many Americans are weary of a large

3  segment of Muslims.  This is the life many want

4  to bring to the country.  Deny reality all you

5  want.  It is that generalization that is at the

6  core of racism and prejudice and it puts a mark

7  on our backs and it puts us in danger.  And

8  this is a man who walks the street with a gun

9  and a mandate, and for him to be so misinformed

10  and to be so prejudiced is a problem.

11          He also talks about a case in

12  Afghanistan which a woman was brutally attacked

13  by a mob.  Something any sane person, let alone

14  an average Muslim, would condemn.  Again, it's

15  that extrapolation to everyone else, picking

16  one crime, sensational situation, and seeming

17  it to average, making it look average among

18  Muslims is precisely the problem we faced since

19  9/11 in this country where a terrorist attack

20  happens and suddenly we're all suspects.

21  There's a mark on all of our backs.

22          He is a policeman.  He should

23  know better.  He has admitted himself that he

24  tends to be easily misinformed when he made

MEETING
January 21, 2021

```
 1    these problematic remarks supporting the attack

 2    on our nation's Capitol recently and our

 3    democracy.  Came out guns blazing, no pun

 4    intended, defending this outrageous attack and

 5    later backtracked and said he was misinformed.

 6              If he is so easily misinformed --

 7    he had the same information you and I had.  We

 8    all knew what it is.  We all had a problem with

 9    it from day one.  He needed backlash to

10    backtrack.

11              If he has a problem with gaining

12    the information the right way, if he has some

13    cognitive issue, if he has some judgment issue,

14    whether it's on the Capitol situation or

15    Muslims or on Mayans, which he asserted are

16    engaged in human sacrifices and shouldn't come

17    to this country, again this type of racism and

18    prejudice --

19        PRESIDENT FOREMAN:  Sorry.  Mr. Rehab, I

20    had to cut you at that point.  Gave you double

21    the two minutes.  Thank you for your comments.

22              Before I ask the Superintendent

23    to respond, I'm going to call the next speaker,

24    Mr. Abdullah Mitchell.  If you can press *6.
```

MEETING
January 21, 2021

1      MR. MITCHELL:  Good evening.  My name is

2   Abdullah Mitchell.  I'm the executive director

3   of the Council of Islamic Organizations of

4   Greater Chicago.  We represent 68 different

5   Muslim organizations in the greater Chicago

6   area and many are residents and work in the

7   City of Chicago.

8               The public statement made by

9   Officer John Catanzara is appalling.  Calling

10  Muslims savages and deserving a bullet is

11  racist and it's an incitement for violence

12  against Muslims.

13              This statement in our mind

14  reflects a level of bigotry that cannot be

15  tolerated for any Chicago police officer.

16              So regardless of the

17  circumstances under which he made this

18  statement, for him to use a public forum to

19  express his views encourages violent behavior

20  against Muslims.  This is not the behavior we

21  demand of a police officer.  And we call on the

22  Chicago Police Department and the

23  Superintendent to institute proceedings to

24  terminate Officer Catanzara.  Thank you.

1      PRESIDENT FOREMAN:  Thank you.

2   Superintendent, before I turn it over to you

3   for any comment, again, just reiterating at

4   this point in time, the Police Board, we have

5   not received any charges yet.  Once we receive

6   charges, there will be a hearing.  Again, if

7   you go to the Police Board's website,

8   ChicagoPoliceBoard.org, we have a short video

9   kind of explaining this process.

10              So last month, one member of the

11  public made a recommendation that this case go

12  before the full board.

13              The Superintendent will file

14  charges with the Board.  Once those charges are

15  filed, there will be a hearing, at which point

16  the Board will have a hearing, we'll review the

17  case, make a decision, we'll make that decision

18  publicly.  The hearings are open to the public,

19  and we absolutely encourage members of the

20  public to attend, and we can provide the

21  details on how that will be made available in

22  the world of Zoom today.

23              So, again, I definitely recommend

24  taking a look at ChicagoPoliceBoard.org and

MEETING
January 21, 2021

1   where we put detailed explanations.

2               So, Superintendent, I'll turn it

3   over to you for comment.

4       SUPERINTENDENT BROWN:  That particular case

5   is in the Department of Law with charges being

6   prepared.  As soon as they're done, they will

7   be forwarded to the Police Board.

8               It is not in the Superintendent's

9   office, in my office at all.  I've made my

10  recommendation, made my comments.  So that case

11  then goes to the Department of Law to prepare

12  charges.  Once the charges are prepared, as I

13  mentioned, they'll go to the Police Board for

14  the rendering of a decision.

15              There are other charges coming

16  through that -- on Catanzara that also will go

17  through this similar process.

18              There's no way to speed up.

19  Department of Law should take the appropriate

20  due process in presenting charges like they do

21  in other cases so there won't be reasons for

22  appeal or anything overturned.

23              I think it is prudent in my

24  opinion to follow the steps you normally would

1    and not fast-track based on anything outside of

2    the facts of the case.

3        PRESIDENT FOREMAN:  Final speaker, Mr.

4    Robert More.  Mr. More, if you can press *6 to

5    unmute one of your phones.

6        MR. MORE:  Yeah, Mr. Foreman, can you hear

7    me?

8        PRESIDENT FOREMAN:  Yes, sir.

9        MR. MORE:  Hello?  Okay.  Very good.  The

10   only thing I can say very good is you can hear

11   me, other than that -- this is the January

12   meeting of 2021.  A catastrophe has befallen,

13   the non-counterfeit version of the Rule of Law.

14   The -- whatever you want to call them, the

15   genocidists (sic), the global plantation

16   owners, have seized complete control of the

17   nominal government entities of the United

18   States.

19            It is now time for all people who

20   are not completely incorrigible, who are not

21   willing to accept satanic worship and

22   pedophilia being imposed upon them to gather

23   together amongst ourselves, make a nationwide

24   chain network and prepare for the worst because

MEETING
January 21, 2021

```
 1   they are coming for us.  Who's they?  The

 2   minions, the instruments of the global

 3   plantation owners.  The whole agenda has been

 4   for all of these years to set up the basis to

 5   get rid of us, because once we're gone, those

 6   of us with some fear of God and a commitment to

 7   keep the Commandments, there's nothing between

 8   them and total world domination.

 9             The dominos have fallen.  It is a

10   disastrous situation.

11             Here are proposed stipulations

12   from Robert J. More to the City of Chicago and

13   David Brown.  They've been posted -- they will

14   be posted as soon as I can get them to

15   21-15PROPCTR.tripod.com/CPD

16   POLBDMPGPROPSTIPRJMSZB0121.Html.

17             I'm going to try to read as much

18   as I can.  I've had numerous interactions with

19   the City of Chicago Police Department, and we

20   got to get this thing on to solid ground, which

21   is what?  The objectively reasonable reliance

22   interest referenced by the United States

23   Supreme Court in Illinois versus Krull is

24   constituting necessity for the enforcement of
```

MEETING
January 21, 2021

1   any law.  Enforcement of these mal-prohibitive

2   laws that is --

3       PRESIDENT FOREMAN:  Thank you, Mr. More.

4   So since we had a lot of speakers and,

5   Superintendent, I heard your response about the

6   law department, the Board will also -- we will

7   reach out to the Law Department and we will

8   make sure that we get back and report publicly

9   to members of the public at next month's Board

10  meetings where those charges stand.  So we'll

11  take that upon ourselves as well to insert

12  ourselves into the process to ensure that we

13  can get timely information back to members of

14  the public.

15              At this time, all members of the

16  public who signed up in advance to speak or who

17  were on the call have been called.  Is there a

18  motion to adjourn?

19      BOARD MEMBER WOLFF:  This is Paula.  I move

20  to adjoin.

21      BOARD MEMBER EADDY:  Michael Eaddy.

22  Second.

23      PRESIDENT FOREMAN:  All in favor, please

24  signify by saying aye.

MEETING
January 21, 2021

1                   (CHORUS OF AYES.)

2         PRESIDENT FOREMAN:  The motion passes.

3     The meeting is adjourned.

4                        Thank you very much for your

5     attendance and your participation.  Please stay

6     safe.  Thank you.

7

8                        (WHEREUPON, the proceedings

9                        were adjourned at 8:35 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MEETING
January 21, 2021

```
 1   STATE OF ILLINOIS )
                      )  SS:
 2   COUNTY OF C O O K )

 3

 4        MAUREEN A. WOODMAN, C.S.R., being first

 5   duly sworn, says that she is a court reporter

 6   doing business in the City of Chicago; that she

 7   reported in shorthand the proceedings had at

 8   the hearing of said cause; that the foregoing

 9   is a true and correct transcript of her

10   shorthand notes, so taken as aforesaid, and

11   contains all the proceedings of said hearing.

12

13

14

15
                         MAUREEN A. WOODMAN,CSR
16                       License No. 084.002740

17

18

19

20

21

22

23

24
```

POLICE BOARD
CITY OF CHICAGO

REPORT OF COMMUNITY INPUT RECEIVED
AT THE PUBLIC MEETING ON JANUARY 21, 2021
Date of Report: February 18, 2021

Thirteen members of the public spoke during the public comments portion of the meeting. See the transcript of the meeting, posted on the Board's website, for a complete report of each speaker's remarks.

The Chicago Police Department responded to the remarks of Eunice Chatman-Regis, Lori Burns, Jennifer Edwards, Matt Brandon, June Norfleet, Brad Redrick, and John Perryman (see below).

The Office of the Police Board determined that the remarks made by the other speakers did not require a response in addition to that provided at the meeting.

# Chicago Police Department's Responses to Community Input at the 21 January 2021 Police Board Meeting

**The following efforts were expended in the 006th District:**

- Resident Chatman has been in communication with the 006th District Commander, Senora Ben, and Chief McDermott of the Bureau of Patrol. Chief McDermott's staff reached out to Ms. Jennifer Edwards (Communities Organized to Win) and Ms. Eunice Chatman-Regis. They related addresses and locations of concern. Further, Ms. Chatman-Regis and Ms. Edwards related that they have worked closely with members of the Community Policing Office. They also related that they were happy with everyone they have met in the 006th district and acknowledged how busy the officers are. Those concerns were related back to the district. 006th District CAPS personnel are conducting quality-of-life missions in the designated areas of concern.

- Concerning the address of 457 E. 79th Street the Family Fresh Market, Commander Novalez of the Office of Community Policing coordinated efforts with Commander Ben and Commander Watson (003rd District).

- Commander Novalez attempted to contact Lori Burns at the number provided with negative results.

**The following efforts were concentrated in the 003rd District:**

- 7330 S. St. Lawrence
  -Increasing patrols from beat officers while simultaneously having CAPS personnel conduct positive community interaction missions in the area connecting with residents on the block.
- 702 E. 72nd Street
  -Increasing patrols by beat officers and tactical units.
- 72nd Street between St. Lawrence and Champlain
  -The 003rd district identified all abandoned buildings in the area.
  -Follow-ups were conducted by CAPS personnel to identify owners and enroll them in the Criminal Trespass Affidavit Program as a tool to mitigate this issue.
  -003rd district tactical team as well as beat officers to increase patrol.

- 7300 block of South Champlain
  -Increased patrols on Beat 323 to address recent shootings.

- 72nd & St. Lawrence
  -District beat officers conducted parking enforcement mission.

1

MONITOR00228147

# Chicago Police Department's Responses to Community Input at the 21 January 2021 Police Board Meeting

-Special attention to the area.
- 75th/Cottage Grove/Langley/St. Lawrence
  -Increased patrols on all watches.
  -CAPS personnel conducted joint outreach mission with members of the 006th District.
  -A joint community engagement "Quality of Life" Walk was scheduled with 003rd and 006th District tactical teams.
- 72nd-75th block of South Eberhart
  -Increased patrols on all watches.
  -CAPS personnel conducted an outreach engagement on Eberhart, connecting residents with resources and information on how to connect with the district. Additionally, CAPS personnel distributed CPD tip flyers on reporting crime.

**Multiple investigatory and enforcement efforts are continuously concentrated in the 011th District:**

- Commander McKenzie of the 011th district met with Mr. Perryman at Garfield Park, walked the area of the park and took note of Mr. Perryman's concerns.
- The Superintendent and First Deputy Superintendent had a virtual meeting with Mr. Perryman on 9 February 2021.

**Vehicular Hijacking Concerns**

Finally, in order to address the concerns of vehicular hijackings, in addition to investigatory efforts the Office of Community Policing (working in conjunction with district CAPS personnel throughout the city) has created and distributed vehicular hijacking safety flyers. With guidance from the Office of Community Policing, CAPS personnel targeted gas stations, parking garages, grocery stores and locations with high recovery rates of stolen vehicles to disseminate the vehicular hijacking flyers. The Office of Community Policing also created these flyers in multiple languages (Spanish, Polish, and Simple Chinese) to ensure we were reaching a majority of Chicagoans in their native language. Additionally, districts across the city have engaged the communities they serve through multiple vehicular hijacking webinars. These webinars have seen immense success with extremely high attendance rates, they have also allowed community members to see a collaborative relationship between law enforcement, prosecutors, city leaders, faith institutions and other community-based organizations.

2

MONITOR00228148

# Chicago Police Department's Responses to Community Input at the 21 January 2021 Police Board Meeting

**Community Organizer – 004th District**

The Office of Community Policing has made filling the vacancy a priority and will attempt to have it filled by the second hiring quarter.

3

MONITOR00228149

```
            POLICE BOARD
            CITY OF CHICAGO

            PUBLIC MEETING

       Thursday, February 18, 2021
               7:30 p.m.

       (VIA VIDEO and AUDIO CONFERENCE)


       - - - - - - - - - - - - - - - - - -

APPEARANCES:

POLICE BOARD MEMBERS
GHIAN FOREMAN, President
PAULA WOLFF, Vice President
MATTHEW CROWL
REVEREND MICHAEL EADDY
STEVE FLORES
JORGE MONTES
JOHN P. O'MALLEY, JR.
RHODA D. SWEENEY
ANDREA L. ZOPP


ALSO PRESENT:
DAVID BROWN, Superintendent of Police;
EPHRAIM EADDY, Public Information Officer of the
Civilian Office of Police Accountability;
DEBORAH WITZBURG, Deputy Inspector General for
Public Safety;
KAREN KONOW, Chief of Bureau of Internal Affairs,
Chicago Police Department;
DANA O'MALLEY, General Counsel to the
Superintendent of Police;
BRIAN MCDERMOTT, Chief of the Chicago Police
Department's Office of Operations;
BRENDAN DEENIHAN, Chief of the Chicago Police
Department's Bureau of Detectives;
MAX CAPRONI, Executive Director of the Police
Board;
ARNE DUNCAN, Co-founder of Chicago CRED;
MEMBERS OF THE PUBLIC.
```

```
 1         PRESIDENT FOREMAN:  Good evening, everyone.

 2    My name is Ghian Foreman, President of the

 3    Chicago Police Board, and I am calling the

 4    Board's February 18th public meeting to order.

 5                   To protect the public's health in

 6    response to the COVID-19 outbreak, and as

 7    permitted by Governor Pritzker's Executive Orders

 8    2020-07 and 2021-04, this meeting is taking place

 9    remotely.  This meeting is open to the public via

10    audio conference and is being carried live by CAN

11    TV.  Those participating by phone, please mute

12    yourself in order to reduce background noise and

13    disruptions.  We have a court reporter making a

14    transcript of this meeting.

15                   I will begin by taking attendance

16    so it is clear who is participating in this

17    meeting.  Please say here after I read your name.

18                   Police Board Vice President Paula

19    Wolff.

20       VICE PRESIDENT WOLFF:  Here.

21       PRESIDENT FOREMAN:  Board member Matthew

22    Crowl.

23       BOARD MEMBER CROWL:  Here.

24       PRESIDENT FOREMAN:  Board member Michael
```

MEETING
February 18, 2021

```
 1              I will now call upon members of the
 2   public who signed up in advance to speak.  Each
 3   speaker will be unmuted after I call his or her
 4   name.
 5              And, Max, I'm going to ask you to
 6   call the speakers, please.
 7      MR. CAPRONI:  I'll do that.  The first
 8   speaker is Oneal Johnson.  And, again, it's *6 to
 9   unmute.  Oneal Johnson.
10      PRESIDENT FOREMAN:  We'll go to the next
11   speaker.
12              Rebecca Vanderkloot.
13      MS. VANDERKLOOT:  Hi.  Can you hear me?
14      PRESIDENT FOREMAN:  Yes.
15      MS. VANDERKLOOT:  Hi.  Thanks for giving me
16   a moment.  As I mentioned, my name is Rebecca.
17   I've lived in the heart of Chicago neighborhood
18   on 24th Street between Western and Oakley for 12
19   years.  I've launched my business here.  I know
20   all my neighbors.  This is my community.
21              On April 1st of last year, my
22   husband and two of our best friends went for a
23   walk to Speedway to grab some snacks.  A short
24   walk we've made almost every day for 12 years.
```

MEETING
February 18, 2021

```
 1    Less than a block away from my house.  They were
 2    brutally shot at by gang members.  All three of
 3    them were hit and one of the young men, Lazlo
 4    Lyons, lost his life at the age of 25.  Not that
 5    it matters at all, but they are doing absolutely
 6    nothing wrong.  They were just taking a walk.
 7    Our lives were shattered that day, but has since
 8    felt like a non-stop living nightmare.
 9                   There's always been gang activity
10    in this neighborhood, but in the 12 years I've
11    been a part of this community, it has never been
12    like this.
13                   Our elderly neighbors have
14    commented that it wasn't even this bad in the
15    '70s.  Literally every day there's a shooting, a
16    carjacking or a stabbing.  Every single day.  Not
17    just late at night, it is all hours of the day,
18    including last Wednesday in the middle of a
19    blizzard.
20                   The violence is non-stop between
21    18th and 24th.  The bulk of the time it occurs on
22    21st Street or 23rd near the exact spot where
23    these young men were shot.
24                   If the neighbors can all
```

MONITOR00228153

MEETING
February 18, 2021

1    guesstimate where it might happen, why can't CPD?

2                   At least last spring we saw squad

3    cars driving the neighborhood every night.  Now

4    it seems like you've given up, because now

5    there's nothing.  Where are the patrols?  Where

6    are the critical support programs that were

7    referenced earlier on this call in my

8    neighborhood?

9                   I don't want to hear that there's

10   not enough money or resources available.  It has

11   been at least the same year-long gang war and the

12   violence just keeps getting worse.  I shouldn't

13   have to be afraid to go outside to take a walk,

14   to park my car or to go to work.  I'm tired of

15   the neighborhood having to fend for itself.

16                   Clearly, the current tactics are

17   not working because the problem is getting

18   exponentially worse.  What are the steps that CPD

19   are going to take?  What partnership will be

20   formed?  How is this Board going to work to

21   ensure my neighborhood is protected and served?

22       PRESIDENT FOREMAN:  Superintendent?

23       SUPERINTENDENT BROWN:  First of all,

24   condolences to the speaker on the loss of her

MEETING
February 18, 2021

 1   friend's life last April.  And we take this very

 2   seriously.  I would like to follow up with you

 3   and have our commander address these concerns

 4   immediately.  And I think the purpose of this

 5   Board opening up for speakers that we can be held

 6   accountable for when we are not doing what's

 7   expected from our residents.

 8                    So if you would, we would like --

 9   we got the cross streets, but we want to be able

10   to interact with you and address your concerns on

11   an ongoing basis so that our commanders can be

12   responsive.  So if we can follow up in that way.

13   And the Chief of Patrol is on this Zoom meeting

14   and hearing this, and we just want to be able to

15   follow up with you through the Police Board if we

16   can make contact.

17       PRESIDENT FOREMAN:  Yes.  I'll have Jazmyne

18   and Max ensure you get the contact information.

19                    Next -- yes.  I made an error

20   trying to adjust from screen to screen.  We have

21   a disciplinary case in front of us.  Let's

22   continue with the speakers while I continue to

23   pull this up.

24                    Max, if you can call the next

MEETING
February 18, 2021

1    speaker, please.

2        MR. CAPRONI:  The next speaker is Antonio

3    Lightfoot.  And it's *6 to unmute yourself.

4        MR. LIGHTFOOT:  Can you all hear me?

5        PRESIDENT FOREMAN:  Yes, we can.

6        MR. LIGHTFOOT:  Okay.  I urge every City

7    official on this call to help put an end to the

8    dangerous rhetoric that is constantly stemming

9    from these calls.

10            Last month, we heard residents

11   flood this meeting to complain about, quote

12   unquote, "low-hanging fruit" of soliciting and

13   other nonviolent crime asking for more police to

14   be sent to the street corners.

15            We need to be talking about what

16   really works.  If we want to lower crime, it's

17   directly related to poverty.

18            I feel for the previous young lady

19   who spoke about the death of her friend, and it

20   is not surprising when poverty in our

21   neighborhood continues to be increased.

22            Chicago spent way too much money on

23   police funding.  Currently, 40 percent of our

24   entire police -- City budget goes to police.

MEETING
February 18, 2021

```
1    That is leaving our schools, health services,

2    social services struggling.

3                   We got 13,000 police officers and

4    only four people dedicated to help domestic

5    violence workers.

6                   To top it off, Mayor Lightfoot just

7    spent 68 percent of federal funding on police.

8                   This is getting out of control.

9    What is up with this one-sided love affair with

10   police?

11                  More police have never worked.

12   Longer sentences have never worked.  Our kids are

13   out of school and the federal dollars that were

14   used to save us is being spent on more police.

15                  Adding these jobs, be honest with

16   y'all's constituents.  What we need to do is

17   reallocate funds from the police budget to the

18   communities that need them and that lays at the

19   power of this Police Board.

20      PRESIDENT FOREMAN:  Thank you.  Next

21   speaker.

22      MR. CAPRONI:  Thank you.  The next speaker

23   is Jovan Gathings.

24      MR. GATHINGS:  Can you hear me?
```

MEETING
February 18, 2021

```
1        PRESIDENT FOREMAN:  Yes.

2        MR. GATHINGS:  All right.  How you all

3    doing?

4                So I'm calling on behalf of the

5    residents of Chicago, Illinois.  And I am calling

6    because last month, during the Police Board

7    meeting, there was a lot of calls taking place

8    about what I consider low-level crimes.  Some of

9    those low-level crimes were non-violent crimes,

10   soliciting, people driving without City stickers,

11   license plates.  And the issue with that is while

12   we're asking for more police to be dispersed to

13   street corners, I honestly believe that we need

14   to be talking about evidence-based practices to

15   end crime.

16               So most people should know that

17   crime is directly correlated with poverty.  And

18   the Mayor has spent so much money on police, but

19   that money should be reallocated to schools,

20   parks, social services.  A lot of those sectors

21   are struggling.  And because they are struggling,

22   this will increase crime.

23               So more policing doesn't work and

24   longer sentences doesn't work.  Our kids are out
```

MEETING
February 18, 2021

1   of school.  As you all know, carjackings is up.

2   There's still violent crime going on and there's

3   no resources.

4             So what I think that needs to

5   happen is we need to reallocate funding from the

6   police budget to the communities that need them.

7   And I believe that will be a way to help solve a

8   lot of the violence that is taking place, the

9   carjackings that are taking place here in the

10  City of Chicago.  Thank you.

11  PRESIDENT FOREMAN:  Thank you very much.

12            I'm going to take a pause from the

13  speakers as I forgot to do a disciplinary case.

14            The Police Board as authorized by

15  The Open Meetings Act has considered in a closed

16  meeting one disciplinary case.  The Board will

17  now take final action on this case.

18            Regarding case number 21 PB 2985,

19  the Superintendent filed charges against Police

20  Officer Milton Storey recommending that he be

21  discharged from the Chicago Police Department for

22  engaging in sexual harassment.

23            The Superintendent subsequently

24  moved to withdraw these charges because Storey

MEETING
February 18, 2021

```
1    resigned his position with CPD.

2              Is there a motion to grant the

3    Superintendent's motion?

4       VICE PRESIDENT WOLFF:  So moved.  Paula

5    Wolff.

6       BOARD MEMBER EADDY:  Second.  Michael Eaddy.

7       PRESIDENT FOREMAN:  I will now call on

8    members of the Board for their votes.  Wolff.

9       BOARD MEMBER WOLFF:  Aye.

10      PRESIDENT FOREMAN:  Crowl.

11      BOARD MEMBER CROWL:  Aye.

12      PRESIDENT FOREMAN:  Eaddy.

13      BOARD MEMBER EADDY:  Aye.

14      PRESIDENT FOREMAN:  Flores.

15      BOARD MEMBER FLORES:  Aye.

16      PRESIDENT FOREMAN:  Montes.

17      BOARD MEMBER MONTES:  Aye.

18      PRESIDENT FOREMAN:  O'Malley.

19      BOARD MEMBER O'MALLEY:  Aye.

20      PRESIDENT FOREMAN:  Sweeney.

21      BOARD MEMBER SWEENEY:  Aye.

22      PRESIDENT FOREMAN:  Zopp.

23      BOARD MEMBER ZOPP:  Aye.

24      PRESIDENT FOREMAN:  And I vote in favor of
```

MEETING
February 18, 2021

1    the motion.

2            Voting in favor are Board members

3    Wolff, Crowl, Eaddy, Flores, Montes, O'Malley,

4    Sweeney, Zopp and myself.  The motion passes by a

5    vote of nine to zero.

6            The written order for this case

7    will be posted on the Board's website.  We now go

8    back to the speakers.

9            Max, if you can call the next

10   speaker.

11      MR. CAPRONI:  Brad Redrick.

12      MR. REDRICK:  Can you hear me?

13      PRESIDENT FOREMAN:  Yes, sir, we can.

14      MR. REDRICK:  Okay.  Thank you.  President

15   Foreman, Superintendent Brown and members of the

16   Board.  I come from the neighborhood of Grand

17   Crossing attached to the 4th District.  And I

18   come again in the interest of the vacancy of

19   community organizer being filled as soon as

20   possible.

21            The former organizer retired in

22   November.  Since then, the position has been

23   vacant.

24            The 4th District is a huge and very

MEETING
February 18, 2021

1 complex district. You know, it's multi-lingual.

2 It probably needs two community organizers but

3 currently it has none.

4 This is a very critical deficit.

5 We had no organizer for a couple of years before,

6 and it has really spelled a lot of problems for

7 our area. Our block club and neighborhood

8 advocates need some form of coordination and

9 organization. The officers in the districts seem

10 to be overwhelmed. It's not fair to them to have

11 to get into this position. So we ask for help in

12 getting this critical deficit filled as soon as

13 possible. We need it in the worst way.

14 We're on the ground seeing this

15 deficit. It may be hard to see it from the

16 Police Department side, but we do need -- it is a

17 non-police officer position that's very

18 critically needed. And I thank you for letting

19 me speak.

20 PRESIDENT FOREMAN: Thank you.

21 Superintendent?

22 SUPERINTENDENT BROWN: Yes. We made a note

23 of that from last month and we -- I gave

24 direction to, as quick as we could, you know,

MEETING
February 18, 2021

1   solicit that and fill that vacancy.  So we'll

2   continue to monitor how that process is going and

3   update the Board when we are able to hire

4   someone.

5        PRESIDENT FOREMAN:  Thank you,

6   Superintendent.

7        MR. CAPRONI:  The next speaker is Jennifer

8   Edwards.

9        MS. EDWARDS:  I'm unmuted?  You guys can

10  hear me?

11       PRESIDENT FOREMAN:  Yes.

12       MS. EDWARDS:  Good evening, everybody.  We'd

13  like to report on positive community activity in

14  the 3rd and 6th Districts this month.  Here is

15  the list of recent and upcoming activities in our

16  districts.  Friday -- number one, Friday -- I'm

17  sorry?

18       PRESIDENT FOREMAN:  Please continue.

19       MS. EDWARDS:  Number one.  Friday, 1/22/21.

20  On the frigid 21-degree day, the 3rd and 6th

21  Districts participated with community members,

22  tactical officers, commanders and off-duty -- and

23  an off-duty Cook County Sheriff officer to combat

24  bad business activities on an East 75th Street

MEETING
February 18, 2021

```
1    walkabout.
2              Number two.  On 2/12/21, the 3rd
3    District conducted a virtual event honoring our
4    fallen brothers and sisters in blue for Black
5    History Month.  We also honored the first woman
6    officer shot in the line of duty, Officer Dorelle
7    Brandon, the deceased wife of our colleague Matt
8    Brandon.
9              Number three.  Get to know your
10   beat officer.  Virtual introduction of officers
11   on the various 3rd District beats and intro of
12   the new District Communication Officer, DCO
13   project.
14             Number four.  Every Saturday
15   beginning in February, 3rd District tactical team
16   community engagement Operation Safe Pump with
17   community men members.
18             Number five.  Every Friday
19   beginning in February, 3rd District community and
20   police Together We Can partnership in-person and
21   virtual meeting to discuss area shootings,
22   homicides, motor vehicle thefts, robberies and
23   vehicular hijackings.
24             Upcoming, number six.  The
```

MEETING
February 18, 2021

1    community is doing a thank you for officers from

2    the 6th District for shoveling for Black History

3    Month event at a black business, Afro Joe's

4    Coffee Shop.

5              And number seven.  Upcoming,

6    Neighborhood Housing Service of Chicago is

7    donating meals for seniors for the 3rd and 6th

8    District officers who participate in delivering

9    of prepaid frozen meals and wellness visits on

10   alternating Thursdays on both sides of the Dan

11   Ryan Expressway.  We're very happy about what's

12   going on.  Thank you.

13   PRESIDENT FOREMAN:  Thank you very much.

14   And, again, thank for your commitment and your

15   continued participation.

16              Superintendent, I would love to see

17   your command staff continue to work with these

18   community members and the other community

19   members.  We, as the Board, we continue to try to

20   make sure that this facilitation happens, and we

21   can continue to get the kind of results that

22   we're seeing that the people in the community see

23   and feel and they feel the difference being made.

24              So thank you very much for your

MEETING
February 18, 2021

```
 1    continued participation.

 2         MS. EDWARDS:   Thank you.

 3         PRESIDENT FOREMAN:   Max.

 4         MR. CAPRONI:   The next speaker is Nenad

 5    Markovich.

 6         MR. MARKOVICH:   Hello.  Can you hear me?

 7         PRESIDENT FOREMAN:   Yes, we can.

 8         MR. MARKOVICH:   Good evening, everybody.  So

 9    almost 30 years in law enforcement, retired a

10    couple of years back.  The bill recently passed

11    in our legislature is very, very troubling.  I

12    hear comments from citizens.  I feel bad for the

13    -- for Ms. Vanderkloot, Rebecca, telling her

14    story of her friend that was shot and two others

15    got killed -- and two others injured.  This is

16    only going to get worse.

17              If anybody out there doesn't know

18    some of the components of this bill, this bill is

19    awful.  It allows for, number one, anonymous

20    complaints.  If you get a case in criminal court,

21    your accuser is there, you get to ask questions

22    of them.

23              In this bill, one of the main

24    components -- and I feel bad for COPA right now.
```

MEETING
February 18, 2021

1    You know, I hate to say it, they're going to have

2    quadruple the work.  People can call from Arizona

3    on the phone and say that Officer XYZ, star

4    number this, that and the other did this.  That

5    is absolutely ridiculous.

6              This bill was passed after an hour

7    of handing it to the legislatures and they voted

8    on it an hour later at 4:30 in the morning.  How

9    ridiculous is this?

10              Law-abiding citizens, let me tell

11   you what, I spent a lot of time working the 11th

12   District and in units and everywhere else,

13   Uptown, everywhere, and I had met some good

14   people.  Public housing I worked for years.  I

15   met some great people.  But the police are going

16   to just drive by and collect their salary if they

17   don't get backing from the citizens.  It's time

18   for that.

19              Please, guys, you got to speak up.

20   The governor hasn't signed this yet.  Maybe we

21   can do some stoppage on this.  Elgie Sims

22   sponsored this.  Get on the phone.  Especially

23   the people who need it the most are going to be

24   affected by this.

MEETING
February 18, 2021

```
 1                    Be safe, citizens.  Be careful what
 2    you ask for.
 3        PRESIDENT FOREMAN:  Thank you.  Next
 4    speaker.
 5        MR. CAPRONI:  Crista Noel.
 6        MS. NOEL:  Hello, everyone.  How are you?
 7        PRESIDENT FOREMAN:  Fine.  Good evening.
 8        MS. NOEL:  Good evening.  Have you seen the
 9    article by the Chicago Reader and it says, "Have
10    you seen these 51 women?"  And it's talking about
11    the black women that they found in garbage cans
12    and alleys and abandoned houses all over the City
13    of Chicago.  Have you read that one?
14        PRESIDENT FOREMAN:  Yes, ma'am, I have.
15        MS. NOEL:  You have.  Okay.  I'm going to
16    quote a paragraph.  "African Americans at less
17    than a third of Chicago's population make up 66
18    percent of the domestic violence victims and
19    nearly 75 percent of the murders.  Of the 5,000
20    murders in the City over the past decade, the
21    Chicago Police Department has arrested a suspect
22    in fewer than one-third.  According to the WBEZ
23    website or analysis, the CPD solved homicides of
24    black citizens at half the rate of those of
```

MEETING
February 18, 2021

1  whites."

2          I'm going to also respond to a

3  statement that was made by the Superintendent of

4  the Nightengale shooting where I specifically

5  said that this issue, this shooting, could have

6  been prevented if we address domestic violence.

7          The deadliest mass shootings are

8  often preceded by violence at home.  An analysis

9  of 749 mass shootings over the past six years

10  found that 60 percent were either domestic

11  violence attacks or committed by men with a

12  history of domestic violence.

13          As I said, Nightengale had a

14  history of domestic violence.  It could have been

15  prevented.  He had been arrested for it.  He

16  could have been put into mandatory therapy and

17  had mandatory psych eval.  This could have been

18  prevented.

19          I expect that there will be a full

20  investigation to every single shooting that is

21  alleged to have been made by Jason Nightengale.

22     PRESIDENT FOREMAN:  Thank you, Ms. Noel.

23  I'm not sure if that's a COPA issue or

24  Superintendent issue.

MEETING
February 18, 2021

```
 1                    Ms. Noel, for sure I will make sure
 2      that I coordinate with the Superintendent and we
 3      make sure that the right person looks into this.
 4                    Next speaker, Robert More.  Mr.
 5      More?  If you can unmute yourself.  *6.
 6         MR. MORE:  Mr. Foreman, can you hear me?
 7         PRESIDENT FOREMAN:  Yes, sir, we can hear
 8      you.
 9         MR. MORE:  Gotcha.  Some confusion here.  I
10      was never notified my name was on the list.  It
11      did get worked out.
12                    Mr. Superintendent Brown, have you
13      received proposed stipulations from Robert J.
14      More to the City of Chicago Police
15      Superintendent -- deputy, department
16      Superintendent David Brown of 01/21/21?  I sent
17      you an e-mail.  I wonder if you ever received
18      those proposed stipulations.
19         PRESIDENT FOREMAN:  Mr. More, my guess is
20      that we're -- you're going to use a lot of your
21      time asking questions.
22         MR. MORE:  Well, I need to know whether or
23      not he's received these proposed stipulations
24      that I sent on the 21st.  That or I need a new
```

MEETING
February 18, 2021

1   e-mail address.  I need to get questions

2   presented to the Superintendent because the whole

3   purpose of what I'm trying to do is to control

4   the presentation of the state of mind of various

5   public officials.

6              So my question is, Mr.

7   Superintendent, have you received a copy of those

8   proposed stipulations or not?

9       SUPERINTENDENT BROWN:  No, I have not.

10      MR. MORE:  Okay.  To what e-mail address --

11  just tell me what your address is, please, so I

12  can send them to you immediately.

13      SUPERINTENDENT BROWN:  We'll have the Police

14  Board get you that information.

15      MR. MORE:  Okay.  Send it to the Police

16  Board.

17              Mr. Foreman, can you give me an

18  e-mail address to which I can send it so I can

19  check this off that the Superintendent received

20  the proposed stipulations?

21      PRESIDENT FOREMAN:  If you go on our

22  website, you can send an e-mail to Max Caproni.

23      MR. MORE:  I will send it and then

24  everyone -- the Superintendent, I need a

MEETING
February 18, 2021

1  stipulation that if I don't get a bounced-back

2  notice that it wasn't received by Max Caproni,

3  that that constitutes constructive delivery on

4  you. Okay? Because moving forward, this country

5  is -- the world is in a disastrous condition.

6  Okay? An absolute disaster. It's a free-fall.

7  There's no protection of the non-counterfeit

8  version of the rule of law that's left.

9                With those people like Klete

10  Keller, that swimming Olympic medalist, he is one

11  of the citizens we can least afford to lose, and

12  he is getting criminally prosecuted for 30 years.

13  That was ridiculous. The whole election was

14  stolen. It is a massive fraud. It is being

15  opposed from --

16      PRESIDENT FOREMAN: Thank you, Mr. More.

17                At this time, all members of the

18  public who signed up to speak have been called.

19  Is there a motion to adjourn?

20      VICE PRESIDENT WOLFF: So moved. Paula

21  Wolff.

22      BOARD MEMBER EADDY: Second. Michael Eaddy.

23      PRESIDENT FOREMAN: All in favor, please say

24  aye.

MEETING
February 18, 2021

1                    (CHORUS OF AYES.)

2        PRESIDENT FOREMAN:   Thank you very much.

3    The motion passes and the meeting is adjourned.

4                    Please stay safe.  Thanks.  Good

5    evening.

6                         (WHEREUPON, the proceedings

7                         were adjourned at 8:38 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MEETING
February 18, 2021

```
 1   STATE OF ILLINOIS )
                      )  SS:
 2   COUNTY OF C O O K )

 3

 4        MAUREEN A. WOODMAN, C.S.R., being first

 5   duly sworn, says that she is a court reporter

 6   doing business in the City of Chicago; that she

 7   reported in shorthand the proceedings had at the

 8   hearing of said cause; that the foregoing is a

 9   true and correct transcript of her shorthand

10   notes, so taken as aforesaid, and contains all

11   the proceedings of said hearing.

12

13

14

15
                         MAUREEN A. WOODMAN,CSR
16                       License No. 084.002740

17

18

19

20

21

22

23

24
```

POLICE BOARD
CITY OF CHICAGO

REPORT OF COMMUNITY INPUT RECEIVED
AT THE PUBLIC MEETING ON FEBRUARY 18, 2021
Date of Report: March 18, 2021

Eight members of the public spoke during the public comments portion of the meeting. See the transcript of the meeting, posted on the Board's website, for a complete report of each speaker's remarks.

The Chicago Police Department responded to the remarks of Rebecca Vanderkloot, Jennifer Edwards, and Crista Noel (see below).

The Office of the Police Board determined that the remarks made by the other speakers did not require a response in addition to that provided at the meeting.

MONITOR00228175

# Chicago Police Department's Response to Community Input at the 18 February 2021 Police Board Meeting

**The following efforts were expended in the 010th and 012th Districts in response to Speaker R. Vanderkloot:**

The 010th District Commander and Captain made several unsuccessful attempts to contact R. Vanderkloot.

In an effort to curtail criminal activity and forge positive community interactions within beat 1034, the 010th District Commander continues to utilize all available resources, such as the Community Safety Team, Community Area Response Team, Gang Investigations, Troubled Buildings Unit, and Vice Unit. The strategies include, but are not limited to, increased adherence to beat integrity, increase foot patrols, implementation of gang suppression missions conducted by the tactical teams, conducting traffic missions, identification of troubled buildings/businesses harboring criminal activity, and implementation of District Coordinating Officers. Furthermore, the 010th District has partnered with the Community Outreach Organization, Enlace, which has opened a safe haven for community members at St. Roman Church. Additionally, the Community Safety Team has been deployed to the area. Also, the 010th District Commander has coordinated with the 012th District Commander to conduct joint traffic missions and joint tactical gang suppression missions in an effort to reduce gang violence and improve quality of life for the residents.

**The following efforts were expended by Bureau of Detectives personnel in response to Speaker C. Noel's inquiry:**

Bureau of Detectives personnel contacted C. Noel and provided her information concerning the status of the investigation.

**The following efforts were expended in response to Speaker J. Edward's remarks:**

The Commander of the Office of Community Policing contacted J. Edwards.

She was informed that the organizer position could be filled, at the earliest, during the second quarter. J. Edwards also expressed interest in a uniform meeting format and concerns regarding joint community-policing meetings. The commander is working with his personnel and community members to address these matters. The commander provided J. Edwards his e-mail address and cell phone number.

1

 MONITOR00228176