# EXHIBIT 17



CITY OF CHICAGO

CHICAGO POLICE BOARD

16 December 2021

Maggie Hickey
Independent Monitor
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606

Chris Wells
Chief, Public Interest Division
Office of the Attorney General of Illinois
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601

Re: State of Illinois v. City of Chicago, Case No. 17-cv-6260
    Consent Decree Paragraph No. 539, Discovery in Police Board Disciplinary Cases

Dear Ms. Hickey and Mr. Wells:

Consent Decree Paragraph No. 539 requires the Police Board make best efforts to streamline discovery in disciplinary cases. In response to questions at today's Zoom meeting with the IMT and OAG, I write to provide additional information on how discovery has been streamlined.

The Police Board on July 18, 2019, amended its Rules of Procedure to facilitate the prompt production of discovery material in police disciplinary cases (see Sections I-J and II-A of the Rules of Procedure). Prior to these changes, the Complaint Register investigation file, which contains the vast majority of discovery material in most cases, was produced to the accused officer's attorney when the motion for discovery was answered, typically about 30 days after the initial status hearing of the case. Now the CR file is typically produced at the time of the initial status hearing or a few days thereafter.

The Board's changes to its Rules of Procedure have resulted in the accused officer's attorney receiving the bulk of discovery material about 30 days sooner, which allows the parties to begin preparing for and the hearing officer to schedule the disciplinary hearing more quickly.

Please feel free to let me know if you have other questions or would like to discuss further. Thank you very much for your consideration.

Sincerely,

Max A. Caproni
Executive Director