# EXHIBIT 20

# CITY OF CHICAGO

## COPA, DEPUTY PSIG, AND POLICE BOARD
## QUARTERLY MEETING

### VIA VIDEO CONFERENCE (DUE TO THE COVID-19 OUTBREAK)
### CHICAGO, ILLINOIS

### WEDNESDAY, NOVEMBER 5, 2020
### 1:00 P.M.

## MINUTES

Present:
- Kevin Connor, General Counsel, Civilian Office of Police Accountability
- Robin Murphy, Assistant General Counsel, Civilian Office of Police Accountability
- Deborah Witzburg, Deputy Inspector General for Public Safety
- Nathanial Wackman, Associate General Counsel for Public Safety, Office of the Inspector General
- Ghian Foreman, President of the Police Board
- Paula Wolff, Vice President of the Police Board
- Max Caproni, Executive Director of the Police Board

1. The group approved the drafts of the minutes of the meetings held in the first, second, and third quarters of 2020.

2. Mr. Connor reported on complaints received and investigations conducted by COPA during October 2020. The group discussed standards used by COPA, CPD, and the Police Board when making decisions in matters arising out of complaints of misconduct alleging violations of the Fourth Amendment. The group also discussed training members of COPA, CPD, and the Police Board on Fourth Amendment law, noting that while the application of Fourth Amendment standards is highly fact-specific and therefore may yield different outcomes across agencies, training should be consistent with regard to the current state of the law.

3. Mr. Caproni reported on data on the amount of time it takes from receipt of a complaint of alleged misconduct until a final disciplinary decision. The group discussed possible measures to reduce the amount of time, including a statute of limitations, data collection and reporting, and the Police Board's consideration of motions to dismiss cases.

4. Mr. Caproni reported on Tyeesha Dixon's suggestion of signing a Letter of Agreement regarding the requirements of Paragraph 565 of the Consent Decree. The group will review the draft Mr. Caproni circulated and discuss it at the next meeting.

5.  The group agreed to discuss the following agenda items at the next meeting:

    a.  Update on the implementation of Consent Decree requirements.

    b.  Update on the operations of the Public Safety section of the Office of the Inspector General.

Respectfully submitted,

*Max A Caproni*

Max A. Caproni
Executive Director
Police Board

# CITY OF CHICAGO

## COPA, DEPUTY PSIG, AND POLICE BOARD
## QUARTERLY MEETING

### VIA VIDEO CONFERENCE (DUE TO THE COVID-19 OUTBREAK)
### CHICAGO, ILLINOIS

### WEDNESDAY, DECEMBER 2, 2020
### 9:00 A.M.

### MINUTES

Present:
- Kevin Connor, General Counsel, Civilian Office of Police Accountability
- Robin Murphy, Assistant General Counsel, Civilian Office of Police Accountability
- Deborah Witzburg, Deputy Inspector General for Public Safety
- Nathanial Wackman, Associate General Counsel for Public Safety, Office of the Inspector General
- Ghian Foreman, President of the Police Board
- Paula Wolff, Vice President of the Police Board
- Max Caproni, Executive Director of the Police Board

1. The group approved the draft of the minutes of the meeting held on November 5, 2020.

2. The group discussed various approaches to obtain information as to the purpose of these meetings and to identify future agenda items.

3. The group followed up on previous discussions on training members of COPA, CPD, and the Police Board on Fourth Amendment law and agreed that the next step is to gather information on current training in order to evaluate the consistency of training across agencies.

4. The group followed up on previous discussions on the amount of time it takes from receipt of a complaint of alleged misconduct until a final disciplinary decision. Mr. Caproni stated that data for 2020 will be available after the end of the year.

5. The group discussed a draft Letter of Agreement regarding the requirements of Paragraph 565 of the Consent Decree and alternatives to a Letter of Agreement, such as a statement from each agency at a Police Board public meeting.

6. Mr. Murphy provided an update on the implementation of the electronic Case Management System ("CMS"), which maintains data regarding the number, classification, and status of all administrative investigations, from the intake process through the final disciplinary decision.

7. Mr. Wackman provided an update on the work of the Public Safety section of the Office of the Inspector General, including its reviews of COPA's video-release policy and of closed disciplinary investigations.

Respectfully submitted,

*Max A Caproni*

Max A. Caproni
Executive Director
Police Board