# EXHIBIT 21

# CITY OF CHICAGO

## COPA, DEPUTY PSIG, AND POLICE BOARD
## QUARTERLY MEETING

### VIA VIDEO CONFERENCE (DUE TO THE COVID-19 OUTBREAK)
### CHICAGO, ILLINOIS

### WEDNESDAY, MARCH 10, 2021
### 11:00 A.M.

### MINUTES
[Approved June 2, 2021]

Present:
- Kevin Connor, General Counsel, Civilian Office of Police Accountability
- Robin Murphy, Assistant General Counsel, Civilian Office of Police Accountability
- Deborah Witzburg, Deputy Inspector General for Public Safety
- Nathanial Wackman, Associate General Counsel for Public Safety, Office of the Inspector General
- Ghian Foreman, President of the Police Board
- Paula Wolff, Vice President of the Police Board
- Max Caproni, Executive Director of the Police Board

1. The group approved the draft of the minutes of the meeting held on December 2, 2020.

2. Mr. Connor and Mr. Murphy reported on COPA's February 26, 2021, letter to Superintendent Brown on search warrant considerations and on COPA's recent review of CPD's Fourth Amendment training.

3. The group discussed the December 31, 2020, letter from Mayor Lightfoot regarding these quarterly meetings. There was agreement that it is useful to have a group discussion of potential policy recommendations, but that because each agency is independent it is likely that any policy recommendations will be from an individual agency rather than a joint COPA-PSIG-PB recommendation.

4. Mr. Connor and Mr. Murphy reported that COPA is receiving and fulfilling requests for records following the issuance of Mayor Lightfoot's executive order that allows people who have filed complaints of police misconduct to obtain records without needing to file a formal request under the Freedom of Information Act.

5. The group discussed various uses of technology by the Chicago Police Department, such as POD cameras, shot-spotters, and facial recognition, and the existing policies that govern them.

6. Ms.Witzburg reported on PSIG's April 2019 report on CPD's "gang database" and noted that a follow-up report will be released soon. The group discussed the possible role of the Police Board in considering appeals from persons placed in the CPD's new Criminal Enterprise Information System.

Respectfully submitted,

*Max A Caproni*

Max A. Caproni
Executive Director
Police Board

CITY OF CHICAGO

COPA, DEPUTY PSIG, AND POLICE BOARD
QUARTERLY MEETING

VIA VIDEO CONFERENCE (DUE TO THE COVID-19 PANDEMIC)
CHICAGO, ILLINOIS

WEDNESDAY, JUNE 2, 2021, 1:00 P.M.

MINUTES
[Approved August 25, 2021]

Present:
- Kevin Connor, General Counsel, Civilian Office of Police Accountability
- Robin Murphy, Assistant General Counsel, Civilian Office of Police Accountability
- Deborah Witzburg, Deputy Inspector General for Public Safety
- Nathanial Wackman, Associate General Counsel for Public Safety, Office of the Inspector General
- Ghian Foreman, President of the Police Board
- Paula Wolff, Vice President of the Police Board
- Max Caproni, Executive Director of the Police Board

1. The group approved the draft of the minutes of the meeting held on March 10, 2021.

2. The group discussed "police accountability" training for Chicago Police Department members. Each agency summarized its current training/presentations to CPD members and the provisions of the Consent Decree on training. Ms. Wolff discussed the idea of "community ride-alongs," which would be led by community members to provide a perspective on interactions with officers, such as what it is like to be stopped by the police.

3. Ms. Witzburg reported that flowcharts of the police disciplinary process are posted on her office's website, and that her office will be issuing a report on CPD's use of ShotSpotter.

4. Mr. Murphy provided an update on COPA's policy recommendations to the Superintendent, including one on body-worn cameras.

Respectfully submitted,

*Max A Caproni*

Max A. Caproni
Executive Director
Police Board

CITY OF CHICAGO

COPA, DEPUTY PSIG, AND POLICE BOARD
QUARTERLY MEETING

VIA VIDEO CONFERENCE (DUE TO THE COVID-19 PANDEMIC)
CHICAGO, ILLINOIS

AUGUST 25, 2021, NOON

MINUTES
[Approved November 4, 2021]

Present:
- Andrea Kersten, Interim Chief Administrator, Civilian Office of Police Accountability
- Robin Murphy, Assistant General Counsel, Civilian Office of Police Accountability
- Deborah Witzburg, Deputy Inspector General for Public Safety
- Nathanial Wackman, Associate General Counsel for Public Safety, Office of the Inspector General
- Ghian Foreman, President of the Police Board
- Paula Wolff, Vice President of the Police Board
- Max Caproni, Executive Director of the Police Board

1. The group approved the draft of the minutes of the meeting held on June 2, 2021.

2. The group discussed the impact of the Community Commission for Public Safety and Accountability ordinance recently passed by the City Council. It was noted that in addition to the provisions in the new ordinance on policy making, the Police Board's and COPA's powers to make policy recommendations are still operative.

3. The group discussed the police-accountability provisions of the new collective bargaining agreement between the Fraternal Order of Police Lodge 7 and the City of Chicago, and discussed issues that will be addressed in the second phase of negotiations, including the Police Board's jurisdiction to hear disciplinary cases.

4. Mr. Murphy, Ms. Witzburg, and Mr. Caproni each provided an update on their respective agency's progress on implementing the requirements of the Consent Decree.

Respectfully submitted,

*Max A Caproni*

Max A. Caproni
Executive Director
Police Board