IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CHICAGO,<br><br>　　　　　　　　Defendant. | Case No.: 17-cv-06260<br><br>Judge Robert M. Dow, Jr. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Tuesday, April 19, 2022, at 2:00 p.m., we shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting his stead in Courtroom 2303 of the Everett McKinley Dirksen United States Courthouse, and present the **UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR A PARTIAL FINDING OF FULL AND EFFECTIVE COMPLIANCE OF MATERIAL REQUIREMENTS OF THE CONSENT DECREE RELATED TO POLICE BOARD**, a copy of which was electronically served on all counsel of record by the Court's electronic filing system on this date.

Dated: April 8, 2022

Respectfully submitted,

CELIA MEZA
Corporation Counsel of the
**CITY OF CHICAGO**

By: /s/ Zoe Jones
Assistant Corporation Counsel

Zoe Jones
zoe.jones@cityofchicago.org
Assistant Corporation Counsel
for Public Safety Reform
City of Chicago
121 North LaSalle Street
Room 600
Chicago, Illinois 60614
(312) 744-1806

Allan T. Slagel
aslagel@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
Paul J. Coogan
pcoogan@taftlaw.com
Anna Greve
agreve@taftlaw.com
Special Assistant Corporation Counsels
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527–4000

73258154v1