UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                         Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO,<br><br>                        Defendant. | Case No. 17-cv-6260<br><br>Honorable Robert M. Dow Jr. |

**UNOPPOSED MOTION TO RESET INITIAL COMPLIANCE DATE
FOR THE OFFICE OF INSPECTOR GENERAL AND
<u>PUBLIC SAFETY INSPECTOR GENERAL TO OCTOBER 8, 2021</u>**

The City of Chicago (the "City"), by and through its undersigned attorneys, respectfully requests that the Court find the Office of Inspector General ("OIG") and Public Safety Inspector General ("PSIG") in Full and Effective compliance with their obligations under the Consent Decree retroactively to October 8, 2021. In support thereof, the City states as follows:

1. On October 8, 2021, the Independent Monitoring Team ("IMT") published its Fourth Monitoring Report, which found that OIG and PSIG were in Full and Effective compliance with the Consent Decree requirements relevant to them. (*See* IMR4, Dkt. 978.)

2. On February 11, 2022, the City filed an Unopposed Motion in Support of a Finding of Full and Effective Compliance for OIG and PSIG. (OIG and PSIG Motion, Dkt. 995.)

3. On February 16, 2022, the Court granted the City's motion and began the two-year sustainment period as of the date of its order. (Docket Entry, Dkt. 997.)

4. On March 25, 2022, the City and the Office of the Illinois Attorney General ("OAG") jointly submitted a Stipulation concerning, among other provisions, the effective dates regarding findings of the City's Full compliance with portions of the Consent Decree. (Stipulation, Dkt. 1009 at PageID 15267–68.) Specifically, the City and OAG agreed that "the Court may accept

the IMT's determination that the City has met 'Full compliance' in a semiannual report and may retroactively start the relevant one- or two-year compliance period at the date the IMT filed the corresponding semiannual report." (*Id.* at PageID 15267–68.)

5. After a hearing on the motion, the Court approved the Stipulation in its entirety. (Signed Stipulation, Dkt. 1011.)

6. The City has consulted with the OAG and IMT regarding this motion and the OAG and IMT have no objections to this motion.

WHEREFORE, in light of the above-cited provision of the Stipulation, the City respectfully requests that the Court find that the two-year sustainment period for OIG and PSIG began retroactively as of October 8, 2021, the date that the Monitor published its Fourth Monitoring Report and found OIG and PSIG in Full compliance, and for such other relief that the Court deems just and proper.

Dated: April 13, 2022

Respectfully submitted,

CELIA MEZA
Corporation Counsel of the
CITY OF CHICAGO

By: /s/ Anna Greve
Assistant Corporation Counsel

Zoe Jones
zoe.jones@cityofchicago.org
City of Chicago
Assistant Corporation Counsel
Public Safety Reform Division
121 North LaSalle Street
Room 600
Chicago, Illinois 60614
(312) 744-1806

Allan T. Slagel
aslagel@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
Paul J. Coogan
pcoogan@taftlaw.com
Anna Greve
agreve@taftlaw.com
Special Assistant Corporation Counsels
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527–4000

73158861v4