IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS<br>    Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br>    Defendant. | Case No. 17-cv-06260<br>Honorable Robert M. Dow, Jr. |

**MOTION FOR WITHDRAWAL OF COUNSEL FOR WOMEN'S ALL POINTS BULLETIN**

Pursuant to Local Rule 83.17, Attorney Craig B. Futterman respectfully requests that this Court grant him leave to withdraw as counsel of record for Women's All Points Bulletin in the above-captioned matter. In support, Mr. Futterman states as follows:

1.  Withdrawal can be accomplished without material adverse effect on the client, as Women's All Points Bulletin will continue to be represented by all other counsel of record.

2.  Mr. Futterman continues to represent all other Campbell Coalition Plaintiffs in the above-captioned matter.

WHEREFORE, Craig B. Futterman requests that the Court grant him leave to withdraw as counsel of record for Women's All Point Bulletin in this matter.

Dated: August 1, 2022

        Respectfully submitted,

        /s/ Craig B. Futterman
        Edwin F. Mandel Legal Aid Clinic
        University of Chicago Law School
        6020 S. University Avenue
        Chicago, IL 60627
        (773) 702-9611
        futterman@uchicago.edu

        *One of the Attorneys for the Campbell Coalition Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, a true and correct copy of the foregoing Motion for Withdrawal of Counsel was filed on the Court's ECF System.

/s/ Craig B. Futterman