# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO,<br><br>                Defendant. | Case No.: 17-cv-06260<br><br>Judge Robert M. Dow, Jr. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Wednesday, August 24, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Robert M. Dow, Jr., or any judge sitting his stead in Courtroom 2303 of the Everett McKinley Dirksen United States Courthouse, and present **UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT FOR A PARTIAL FINDING OF FULL AND EFFECTIVE COMPLIANCE OF MATERIAL REQUIREMENTS OF THE CONSENT DECREE**, a copy of which was electronically served on all counsel of record by the Court's electronic filing system on this date.

Dated: August 10, 2022

Respectfully submitted,

**CITY OF CHICAGO**

By: s/ Anna M. Greve
One of Its Attorneys

Allan T. Slagel
aslagel@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taflaw.com
Paul J. Coogan
pcoogan@taftlaw.com
Anna Greve
agreve@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
(312) 527-4000