IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| State of Illinois<br><br>Plaintiff(s),<br><br>v.<br><br>City of Chicago<br><br>Defendant(s). | Case No. 17-cv-6260<br>Judge Robert M. Dow |

### ORDER

Unopposed motion for partial finding of full and effective compliance of material requirements of the consent decree [1041] is granted after review of the motion and supporting materials. The Court finds the City and all applicable entities in full and effective compliance with all material requirements under ¶¶ 44, 142, 143, 145, 170, 257, 537, 554, 555, and 565 of the Consent Decree. Per the Stipulation Regarding Search Warrants, Consent Decree Timelines, and the Procedure for "Full and Effective Compliance" (Dkt. 1011), the Court should thus retroactively start the maintenance periods (1) for ¶¶ 142, 145, 170, 537, 554, and 565 as of October 8, 2021, the date IMT filed IMR4 and the first date that IMT found these paragraphs to be in full and effective compliance (Dkt. 978); and (2) for ¶¶ 44, 143, 257, and 555 as of April 11, 2022, the date IMT filed IMR5 and the first date that IMT found these paragraphs to be in full and effective compliance (Dkt. 1020). Notice of motion date of 8/24/2022 is stricken and no appearances are necessary on that date.

Date: 8/15/2022                                             _____