UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                  Plaintiff,<br><br>                v.<br><br>CITY OF CHICAGO,<br><br>                  Defendant. | Case No. 17-cv-6260<br><br>Judge Rebecca R. Pallmeyer |

## MOTION TO WITHDRAW ATTORNEY OF RECORD AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff People of the State of Illinois, by and through Illinois Attorney General Kwame Raoul, brings this motion to respectfully request that this Court grant the Office of the Illinois Attorney General leave to withdraw Aaron P. Wenzloff as attorney of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since March 18, 2019, Aaron P. Wenzloff has been attorney of record for Plaintiffs.
2. Mr. Wenzloff will leave the Office of the Illinois Attorney General on January 31, 2023.
3. Plaintiff will continue to be represented by the Office of the Illinois Attorney General.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Office of the Illinois Attorney General leave to withdraw Aaron P. Wenzloff as attorney of record in this action.

DATE: January 27, 2023

                                                                    Respectfully submitted,

                                                                      KWAME RAOUL
                                                                      Attorney General for the State of Illinois

                                                                      By: /s/ Aaron P. Wenzloff
                                                                      OFFICE OF THE ILLINOIS ATTORNEY GENERAL

100 W. Randolph St., 11th Floor
Chicago, Illinois 60601
(773) 590-7109
Aaron.wenzloff@ilag.gov

Brent D. Stratton
Thomas Verticchio
Christopher G. Wells
Stefanie L. Steines
Aaron P. Wenzloff
Amy Meek
Hannah Jurowicz
John Hazinski
Karyn Bass Ehler
Mary Grieb
Rebekah Newman
Assistant Attorneys General
100 West Randolph Street, 11th floor
Chicago, Illinois 60601
Phone: (312) 814-3000

Munir R. Meghjee
Timothy Q. Purdon
Anne M. Lockner
Patrick M. Arenz
Sharon Roberg-Perez
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Phone: (612) 349-8591

## **CERTIFICATE OF SERVICE**

I, Aaron P. Wenzloff, an attorney, certify that on, January 27, 2023, I caused the foregoing **Plaintiff's Motion to Withdraw Attorney of Record as Counsel** to be electronically filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Aaron P. Wenzloff
Assistant Attorney General