# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                              Plaintiff,<br><br>       v.<br><br>CITY OF CHICAGO,<br><br>                            Defendant. | Case No.:  1:17-cv-06260<br><br>Honorable Rebecca R. Pallmeyer |

## ORDER SETTING PUBLIC HEARING AND WRITTEN COMMENT PERIOD REGARDING THE CONSENT DECREE

The Court will convene a virtual public hearing on **Friday, June 2, 2023, from 10:00 AM to 12:30 PM and from 2:00 PM to 4:30 PM via Zoom video conferencing** to receive oral comments from counsel and members of the public regarding the City of Chicago's progress under the Consent Decree. The Court will also receive written comments through June 9, 2023. This order sets out the parameters for presenting oral and written comments.

## STATEMENT

This public hearing will address updates and feedback regarding the Consent Decree, and public speakers are permitted to speak on topics of their choosing. In light of various Consent Decree requirements regarding some of the most common types of law-enforcement interactions with people in Chicago, the Court welcomes feedback regarding stops conducted by Chicago Police Department officers. *See, e.g.*, Consent Decree paragraphs 17, 28, 53–56, and 370.

As referenced above, this hearing will be held on the record and will be accessible by the public and the news media online. To ensure a smooth hearing, the link to the Zoom video conference will only be provided to those who register to speak following the instructions below. Non-speakers may observe the hearing on a live video feed, which will be available on the Independent Monitoring Team's website (https://cpdmonitoringteam.com/listeningsession/), as detailed below.

In addition, the Court invites written comments to be placed on the record and the public docket for this case. To ensure a fair and orderly process, any person or entity that wishes to provide oral or written comments must comply with the procedures set out in this order, which provides guidance on (1) written comments, (2) oral comments at the virtual public hearing; and (3) courthouse rules, including available accommodations.

**Written Comments**:

Any person or entity that wishes to provide written comments may do so by filing their document—in letter or legal brief format—with the Clerk of the Court **no later than Friday, Friday, June 9, 2023, at 4:30 PM**.

Clerk of Court
United States District Court
Everett McKinley Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604
Re: State of Illinois vs. City of Chicago, Case No. 17-cv-6260

All written submissions will be filed on the Court's public docket in this case and, therefore, will be publicly available through the Court's Electronic Case Filing system. All written submissions **must include the full, printed name(s) of the submitting person(s), but must not include addresses. Addresses will not be made public**. Instead, the submitting person(s) full name(s) and address(es) must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal. **No e-mails, telephone calls, or anonymous submissions will be accepted or considered by the Court**.

If you need assistance with submitting written comments, you may contact the Independent Monitoring Team at listeningsessions@cpdmonitoringteam.com.

**Oral Comments at the Virtual Public Hearing**:

The Court will convene a virtual public hearing on **Friday, June 2, 2023, from 10:00 AM to 12:30 PM and from 2:00 PM to 4:30 PM.** To accommodate speakers who may not be able to attend in-person hearings, the Court will host this public hearing virtually and not in person.

Format of the Hearing

To begin the hearing, the Monitor and a representative from each of the Parties to the Consent Decree—the City of Chicago and the Office of the Illinois Attorney General—will give opening remarks. After these remarks, members of the public will be given an opportunity to speak. Counsel for the Coalition will start the public comment portion of the public hearing and then registered speakers will be called by their assigned numbers, as explained below.[1]

Registering to Speak at the Hearing

Members of the public who wish to speak at the virtual public hearing may register to speak using the following link (the Court and the Monitor will only use the information gathered from

---

[1] The "Coalition" is defined as the plaintiff organizations in the *Campbell* lawsuit and the plaintiffs in the *Communities United* lawsuit, as well as other civil rights and community organizations in Chicago. *See* Consent Decree paragraph 709. The Parties entered into a Memorandum of Agreement with the Coalition, which provides the Coalition with certain rights under the Consent Decree. *See id*.

the registration process to determine speakers and facilitate the virtual public hearing): https://schiffhardin.zoom.us/webinar/register/WN_TM8TUpFLQpS6iJpFVGEOfA.

People may only register on their own behalf. Anyone who needs assistance registering may contact the Independent Monitoring Team at listeningsessions@cpdmonitoringteam.com. **People who wish to speak must register by 4:30 PM on Thursday, May 25, 2023**.

### Selection and Order of Speakers

In the interest of fairness, the Court will have a lottery used to select the speakers and the order that they will be called on to appear before the Court. **On Friday, May 26, 2023**, the Monitor, on behalf of the Court, will notify people who have registered whether they secured an opportunity to speak during the virtual public hearing. The Monitor will also post the initials and order of the speakers on the Independent Monitoring Team's website: https://cpdmonitoringteam.com/listeningsession/. The Monitor will also send a reminder email on Wednesday, May 31.

### Rules for Speakers Giving Comments

Only a limited number of speaker slots will be available. **To accommodate as many speakers as possible, each speaker will be strictly limited to five minutes.** Only one person may speak during each time slot, except for interpreters who may join the speaker or other persons previously arranged and approved by the Court for accommodation. If a speaker requires an interpreter or accommodation, the Court may adjust the speaker's time beyond the time limit, as appropriate.

All speakers must state their names, state any organization they represent (if applicable), and direct their comments to the Court.

### Opportunities for Comment If Not Selected as a Speaker

People who register to speak, but are not selected, may still join the Zoom video conference. If time permits, the Court may allow comments from any registered participants who may have missed their time slot. The Court hopes to hear from everyone who registers, but the virtual public hearing will conclude at 4:30 PM, even if all registered speakers have not been heard.

Anyone who registered to speak but could not be accommodated due to the number of requests may submit in writing a copy of the remarks that they had planned with the Clerk—following the instructions above—**no later than 4:30 PM on Friday, June 9, 2023**. In recognition of the possibility that the Court will not be able to accommodate all potential speakers, the Court has placed no page limitations on the written submissions.

### Observing the Virtual Public Hearing

People who do not wish to speak may view the public hearing via a live stream. (People who wish to speak at the virtual public hearing must consent to this live stream during registration.) The link to this live stream will be posted on the Independent Monitoring Team's website on Friday, June 2, 2023: https://cpdmonitoringteam.com/. The live stream video will be hosted on

YouTube and will no longer be available at the conclusion of the virtual public hearing. Interested persons may, however, order transcripts of the public hearing from the US District Court for the Northern District of Illinois at https://www.ilnd.uscourts.gov/transcript-order-form.aspx.

### **Courthouse Rules**

Courthouse rules will apply during the Zoom video conferencing. Court proceedings may not be recorded, photographed, broadcast, transmitted, or posted to social media. Proper courtroom decorum must be maintained at all times by the speakers. Proper courtroom decorum must be maintained at all times. In fairness to all speakers, respectful silence and attention is required during the presentations of all speakers. Applause or other outward demonstrations of approval or disapproval will not be permitted. Signs, posters, or other demonstrative objects will not be allowed to be displayed during the hearing. In fairness to all speakers, any non-speakers (other than the judge) will be muted on the Zoom video conference. The Court may direct the Monitor to remove anyone from the Zoom video conference who violates the rules of the public hearing.

Any speaker who needs accommodations must identify the need for accommodations during registration. The Court will make automatic closed captions available during the Zoom video conference and on the live stream and has requested an American Sign Language interpreter to be present during the virtual public hearing.

Anyone with any questions, including questions regarding accommodations, may contact the Independent Monitoring Team at listeningsessions@cpdmonitoringteam.com.

Dated: May 5, 2023

Rebecca R. Pallmeyer
Chief Judge, U.S. District Court