IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                        Plaintiff,<br><br>    v.<br><br>CITY OF CHICAGO,<br><br>                       Defendant. | Case No.: 1:17-cv-06260<br><br>Hon. Rebecca R. Pallmeyer |

**JOINT MOTION TO APPROVE THE PARTIES' *AMENDED*
STIPULATION REGARDING INVESTIGATORY STOPS,
PROTECTIVE PAT DOWNS AND
ENFORCEMENT OF LOITERING ORDINANCES**

      Plaintiff, the State of Illinois, and Defendant, the City of Chicago (collectively, "the Parties") request that the Court approve the Amended Stipulation regarding Investigatory Stops, Protective Pat Downs and Enforcement of Loitering Ordinances and accompanying documents attached hereto as Exhibit 1:

      1.     The Parties have engaged in discussions and reached an agreement regarding the inclusion with the scope of the Consent Decree (Dkt. 703) of certain issues regarding investigatory stops, protective pat downs and the enforcement of the City of Chicago's Gang and Narcotics loitering ordinances. Those agreements are memorialized in the attached Amended Stipulation.

      2.     The Parties have consulted with the Independent Monitor regarding the Amended Stipulation, and the Monitor does not object to this Amended Stipulation.

      WHEREFORE, the Parties jointly request that the Court enter an order approving the Amended Stipulation regarding Investigatory Stops, Protective Pat Downs and Enforcement of Loitering Ordinances, set times and a process for those interested in providing oral or written

comments concerning the Amended Stipulation to be afforded an opportunity to do so, and for such other relief that the Court deems just and proper.

Dated:  June 21, 2023                                              Respectfully submitted,

    Kwame Raoul  
    Attorney General for the  
    **State of Illinois**

    Mary B. Richardson-Lowry,  
    Acting Corporation Counsel for the  
    **City of Chicago**

By:  /s/ Karyn L. Bass Ehler

By:  /s/ Allan T. Slagel

    Karyn L. Bass Ehler  
    Assistant Chief Deputy Attorney General  
    Karyn.BassEhler@ilag.gov  
    Amy Meek, Bureau Chief  
    Civil Rights Bureau  
    Amy.Meek@ilag.gov  
    Mary J. Grieb, Deputy Bureau Chief,  
    Civil Rights Bureau  
    Mary.Grieb@ilag.gov  
    Rebekah Newman,  
    Assistant Attorney General,  
    Special Litigation Bureau  
    Rebekah.Newman@ilag.gov  
    Office of the Illinois Attorney General  
    100 West Randolph Street  
    11th Floor  
    Chicago, Illinois 60601  
    (312) 814-5968

    Christopher G. Wells  
    Chief, Public Interest Division  
    christopher.wells@ilag.gov  
    Office of the Illinois Attorney General  
    100 West Randolph Street  
    Chicago, IL 60601  
    (312) 814-3000

    Allan T. Slagel  
    aslagel@taftlaw.com  
    Elizabeth E. Babbitt  
    ebabbitt@taftlaw.com  
    Paul J. Coogan  
    pcoogan@taftlaw.com  
    Anna Greve  
    agreve@taftlaw.com  
    TAFT STETTINIUS & HOLLISTER LLP  
    111 East Wacker Drive  
    Suite 2600  
    Chicago, Illinois 60601  
    (312) 527-4000

    Jennifer Bagby  
    Jennifer.Bagby@cityofchicago.com  
    Deputy Corporation Counsel  
    City of Chicago Department of Law  
    Public Safety Reform Division  
    121 North LaSalle Street  
    Room 600  
    Chicago, Illinois 60602  
    (312) 742-6408

127703807v1