**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, | |
| Plaintiff, | |
| v. | Case No.: 17-cv-06260 |
| CITY OF CHICAGO, | Honorable Rebecca R. Pallmeyer |
| Defendant. | |

**CHICAGO POLICE DEPARTMENT
REFORM PROGRESS UPDATE FOR INDEPENDENT MONITORING PERIOD NO. 8**

The Chicago Police Department hereby submits its Reform Progress Update for Independent Monitoring Period 8.

Dated: September 29, 2023

Respectfully submitted,

**CITY OF CHICAGO**

By: s/ Allan T. Slagel
_____
Special Assistant Corporation Counsel

Jennifer Bagby
Jennifer.Bagby@cityofchicago.org
Deputy Corporation Counsel
for Public Safety Reform
121 North LaSalle Street
Room 600
Chicago, Illinois 60614
(312) 742-6408

Allan T. Slagel
aslagel@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taftlaw.com
Paul J. Coogan
pcoogan@taftlaw.com
Anna Greve
agreve@taftlaw.com
Special Assistant Corporation Counsels
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527–4000

128976757v1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on September 29, 2023, he caused a true and correct copy of the foregoing **Chicago Police Department's Reform Progress Update for Independent Monitoring Period 8** to be filed electronically with the Court's CM/ECF system, which caused an electronic copy of this filing to be served on counsel of record.

/s/ Allan T. Slagel
Allan T. Slagel
Special Assistant Corporation Counsel
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2600
Chicago, Illinois 60601
Telephone:     (312) 527-4000
Email:          aslagel@taftlaw.com

# Chicago Police Department Reform Progress Update



SEMIANNUAL JANUARY – JUNE 2023

# Message from the Interim Superintendent



Dear Chicagoans,

I am honored to present to you the Chicago Police Department's Semiannual Reform Progress Update for the period of January-June 2023, or the Independent Monitoring Report (IMR)-8. We started this journey in 2019, with the settlement negotiated between the City of Chicago and the Illinois Office of the Attorney General. While there is much work ahead of us, we are proud of the progress we have made and remain steadfast in our commitment to continuing on the road to excellence.

Every day, the men and women of CPD are working in our communities to serve and safeguard the people of Chicago. The progress we have made in our reform efforts translates into the work our officers do day-to-day. Reform is about equipping our members with the resources they need so that we can build

and strengthen trust amongst all Chicagoans. I want to extend my deepest thanks to our officers for their bravery and heroism. I also want to thank all of our community members, faith-based partners and violence prevention organizations for standing with us in our efforts to make our city safer for all.

I want to also express gratitude to the professional sworn and non-sworn staff behind the scenes, who work diligently to not only keep the consent decree foundation strong, but that of our entire department. From the policy writers to the custodians, the graphic designers to the project managers, our recruitment and training staff, our data scientists, detention aides, and everyone across the City who is part of the CPD team, thank you for what you do.

We strive to continue to earn the trust of the people we serve and make them proud, to work with our partners across the city to help all its residents feel safe, and to hold ourselves accountable to constitutional, community-oriented policing.

Sincerely,

Fred L. Waller
Interim Superintendent of Police
Chicago Police Department

# Contents

**Message from the Superintendent**.......................................................................3

**Executive Summary** .............................................................................................7

    Accelerating CPD's Reform Efforts ................................................................ 10

    Engaging the Community in CPD's Reform Efforts ....................................... 10

    Revising CPD Policies and Procedures ........................................................ 12

    Training Department Members on New Practices ......................................... 14

    Leveraging Data to Drive Transparency and Continuous Improvement ...... 17

**Introduction** ........................................................................................................ 19

    What is the Consent Decree? ........................................................................ 20

**CPD's Efforts to Accelerate Reform** ................................................................. 25

    Continuation of Project Accountability Mechanisms .................................... 26

    IMT/OAG Collaboration .................................................................................. 27

    Roadmap to Operational Compliance ........................................................... 28



## Progress by Consent Decree Section ........................................................... 29

Community Policing ........................................................................... 30

Impartial Policing............................................................................... 45

Crisis Intervention ............................................................................. 54

Use of Force....................................................................................... 67

Recruitment, Hiring, and Promotion ............................................... 72

Training............................................................................................... 86

Supervision ........................................................................................ 96

Officer Wellness .............................................................................. 103

Accountability & Transparency....................................................... 120

Data Collection, Analysis, and Management ............................... 132

Investigatory Stops ......................................................................... 139

# Executive Summary

The Chicago Police Department (CPD) is proud to release this reform progress report, which provides an overview of the advancements the Department has made between January 1, 2023, and June 30, 2023, in transforming the organization and improving policing services for all Chicagoans. The Department is currently operating under a negotiated settlement agreement called a consent decree, which provides a roadmap for comprehensive reform efforts that impact every aspect of the Department's operations, with particular emphasis in the following eleven areas:

- Community Policing
- Impartial Policing
- Crisis Intervention
- Use of Force
- Recruitment, Hiring and Promotion
- Training
- Supervision
- Officer Wellness and Support
- Accountability and Transparency
- Data Collection, Analysis and Management
- Investigatory Stops (added on June 27, 2023)

Implementing reform through a consent decree means that CPD's efforts are overseen and assessed by a federal judge, Rebecca R. Pallmeyer, and a court-appointed Independent Monitor, Maggie Hickey. The Illinois Office of the Attorney General (OAG) also plays a major role in overseeing CPD's reforms. The Department welcomes and appreciates all the expertise and input that these parties bring to this unprecedented transformation effort.

The consent decree took effect on March 1, 2019. In the first year of the consent decree, CPD made significant strides in achieving the reform goals of the agreement but acknowledged that the pace of reform needed to move faster. The Independent Monitoring Team (IMT) noted this need to accelerate the pace of work in its first and second Independent Monitor Reports (IMR-1 and IMR-2, respectively).

The IMT's methodology for assessing the City's compliance with consent decree requirements consists of assessing three "levels of compliance" for each consent decree paragraph. The levels of compliance follow the general methodologies below for most, though not all, paragraphs:

- **Preliminary Compliance:** Has the City developed a policy and/or written procedure that conforms to best practices and, where appropriate, incorporates meaningful community input? Has the policy been reviewed, commented on, and approved by both the IMT and OAG?
- **Secondary Compliance:** Has the City developed and implemented acceptable training strategies for policies and procedures? Has a sufficient percentage of the appropriate personnel been trained?
- **Operational Compliance:** Has the City demonstrated that it is adhering to the policies within day-to-day operations?

In the third, fourth, fifth, and sixth reporting periods (IMR-3, IMR-4, IMR-5, and IMR-6 respectively), CPD doubled down on its efforts to accelerate compliance. In IMR-6, CPD created its Roadmap to Operational Compliance. This roadmap was developed using a strategic and change management-oriented approach to help organize CPD's reform efforts and serves as a framework for cultural change at CPD. CPD continued to build on that momentum in IMR-7, resulting in more than 95% of sworn Department members completing the 40-hour in-service training program. The Department also revised or drafted new policies related to key reform topics, including community partnerships, prohibition of sexual misconduct, body-worn cameras, and search warrants. Finally, the Department's Tactical Review and Evaluation Division's (formerly called the Force Review Division) continued its reviews of use of force incidents, firearm pointing incidents, foot pursuits, and investigatory stops.

This IMR-8 status report contains updates across a multitude of projects the Department has undertaken to advance its transformation efforts. CPD's approach to change, as directed by the consent decree, is focused largely on a cycle of continuous improvement, as depicted in Figure 1 below. In this reporting period, CPD continued to make substantial progress on each step in the cycle.

Figure 1: The Chicago Police Department's Reform Cycle



---

[1]*Includes paragraphs that pertain to City agencies other than CPD.*

## Accelerating CPD's Reform Efforts

In IMR-5, CPD undertook continued efforts to maintain the accelerated pace of consent decree implementation across the Department by integrating CPD's compliance and project management functions under a single unit (Professional Standards and Compliance Division), establishing new procedures to maximize the efficiency of ongoing meetings with the IMT and OAG, and continuing supervisory oversight and accountability for project owners to ensure reform projects were advancing with a sense of urgency. The Department also developed a framework for cultural change called Roadmap to Operational Compliance, which was released publicly in early 2022.

In IMR-8, CPD continued to build upon this progress by 1) continuing daily executive-level meetings and weekly cross-functional working meetings to monitor and drive progress on key deliverables, 2) organizing in-person site visits for members of the IMT and OAG, and 3) creating additional materials to further support the implementation of the Department's Roadmap to Operational Compliance.

## Engaging the Community in CPD's Reform Efforts

CPD remains committed to engaging with the community as it develops and revises Department policies. In addition to the public comments on policies that the Department solicits via its public website, CPD has also undertaken significant efforts to engage in deeper and more authentic dialogue with the community to solicit input as policies are taking shape. To demonstrate this commitment to community engagement, CPD has four dedicated civilian members who form a community outreach and input team within the Office of Community Policing (OCP). This team coordinates all deliberative dialogues, community conversations, webinars, and other community input mechanisms moving forward. In addition, the Department has developed a pilot directive that delineates roles, responsibilities, and processes for community engagement on policy.



# Revising CPD Policies and Procedures

A key component of reform is instituting new practices that will result in improved policing services across the Department. New practices are introduced through formal policies, which govern the work of the Department as a whole and assign specific responsibilities to specific units within the Department. To begin the reform process, CPD must provide written directives to all Department members that are grounded in best practices and community input, while maintaining consistency with applicable laws, the requirements of the consent decree, and standards of the Commission on Accreditation for Law Enforcement Agencies (CALEA). CPD is currently accredited in CALEA's Advanced Law Enforcement and Training Academy accreditation programs. This dual accreditation ensures CPD is in compliance with over 600 internationally recognized CALEA standards that guide professional excellence and provide best practices related to operations, leadership, and safety procedures. Only 4% of US law enforcement agencies and 5% in Illinois attain accreditation status from CALEA.

In IMR-8, the Department invested a tremendous amount of time and effort into revising a multitude of Department-wide policies.

## *Department-wide Policies*

In IMR-8, CPD's Research & Development Division submitted 34 policies to the IMT spanning each section of the consent decree. Figure 2 following contains a complete list of the policies that were submitted during this reporting period. While many of these policies are currently awaiting review and approval by the IMT/OAG, others were finalized and approved within the IMR-8 reporting period.

Figure 2: List of New and Revised CPD Policies and Standard Operating Procedures (SOPs) Relevant to Consent Decree Requirements

**Community Policing**

- G02-05 Interactions with Youth and Children
- Two Year Review G06-01 Processing Persons Under Department Control
- Two Year Review G06-01-04 Arrestee and In-Custody Communications
- Two Year Review S02-03 Community Policing Office
- Two Year Review S06-04 Juvenile Processing

**Impartial Policing**

- S04-19 Search Warrants

**Crisis Intervention**

- S05-14 Crisis Intervention Team (CIT) Program
- S04-20 Recognizing and Responding to Individuals in Crisis
- S04-20-02 Persons Not Under Arrest but in Need of Involuntary or Voluntary Admission
- S04-20-03 Persons on Unauthorized Absence from a State-Operated Mental Health Center
- S04-20-04 Mental Health Transport and Duties Matrix

- S04-20-05 Persons Under Arrest and in Need of Mental Health Treatment

**Use of Force**

- G03-02 De-Escalation, Response to Resistance and Use of Force
- G03-02-01 Response to Resistance and Force Options
- G03-02-02 Incidents Requiring the Completion of Tactical Response Report (TRR)
- G03-02-03 Firearms Discharge Incidents - Authorized Use and Post Discharge Procedures
- G03-02-04 Taser Use Incidents
- G03-02-05 Oleoresin Capsicum (OC) Device Incidents
- G03-02-06 Canine Use Incidents
- G03-02-07 Baton Use Incidents
- G03-02-08 Department Review of Use of Force
- U04-04 Issue and Replace First Aid Kits
- S03-14 Body Worn Cameras

**Recruitment, Hiring, and Promotions**

- IAP 07-01 CPD Sworn Member Recruitment and Hiring
- IAP 07-02 CPD Sworn Member Promotions

- Recruitment and Retention Unit SOP

**Training**

- E05-08 Application for Field Training Officer
- S11-02 Field Training and Evaluation Program
- S11-10 Department Training
- S11-10-03 In-Service Training

**Supervision**

- N/A

**Officer Wellness**

- Two Year Review E06-03 Traumatic Incident Stress Management Program (TISMP)
- E07-07 Voluntary Annual Wellness Check-In Program

**Accountability**

- G08-06 Prohibition of Sexual Misconduct
- G03-06 Firearms Discharge and Officer Involved Incident Response and Investigation

**Data and Other**

- Force Review Board SOPs



## Training Department Members on New Practices

Updating policies and procedures is the foundation for reform. However, this alone is not enough to create transformational change; CPD members must also be trained on these new practices. The Department aims to offer a robust, broad-based in-service training curriculum that applies to all CPD members, as well as a tailored curriculum to those who serve in specialized roles. The Department strives for its training curriculum to be immersive, interactive, and community informed.

## *Department-Wide Training*

One of the most important provisions of the consent decree is requiring the Department to create a formal in-service training curriculum for all officers. Starting in 2021, the consent decree required the Department to deliver at least 40 hours of in-service training to all members; CPD successfully delivered 40 hours of mandatory training to over 95% of in-service members by the March 2022 consent decree deadline. This 40-hour requirement will remain in place moving forward. The Department concluded the 2022 in-service training program by early March 2023, consistent with the COVID-19 extension granted by the federal judge.

## *Specialized Training*

Various units throughout the Department create and deliver training to members serving in specialized roles. Examples include Basic and Refresher Crisis Intervention Training, initial and refresher training for School Resource Officers, a unique curriculum for individuals serving as Accountability Sergeants and/or BIA investigators, and specific training modules for Force Review Division reviewers. Consistent with the Department's 40-hour in-service training program, these specialized training courses undergo review and approval through CPD subject matter experts, the IMT, and the OAG.

Figure 3 following provides the full list of training courses, by consent decree section, that were newly created and/or formalized with lesson plans and course materials in the IMR-8 period. In total, the Department developed or revised over 124 hours of recruit, 16 hours of in-service, 18 hours of pre-service training curricula relevant to the consent decree, while also creating or revising six hours of self-driven eLearning modules relevant to the consent decree.

Figure 3: List of New or Revised Consent Decree-Related Training Curricula in IMR-8. (Includes Unit-Specific and Department-Wide Courses)

**Community Policing**

- Recruit Juvenile Processing Training Curriculum
- 2023 In-service Constitutional Policing Course
- 2023 Child Abuse and Neglect
- Recruit Training Curriculum - Custody, Arrests, Booking and Detention

**Impartial Policing**

- 2023 In-Service Fair and Impartial Policing Training
- Resuscitation Quality Control (RQI)
- Firearms Restraining Order Act eLearning

**Crisis Intervention**

- Basic and Refresher Crisis Intervention Team Training
- Recognizing and Responding to Individuals in Crisis Policy Suite issued April 2023
- CIT Recruit Concepts Training Curriculum

**Use of Force**

- 2023 De-escalation, Response to Resistance, and Use of Force
- Integrating Communications, Assessment, and Tactics
- Use of Force Policies

- Active Bystandership for Law Enforcement
- Recruit Use of Force Training Curriculum
- TRR Supervisory Dashboard eLearning
- TRR Supervisory Dashboard Training Bulletin

**Recruitment, Hiring, and Promotions**

- OIG Hiring and Promotions eLearning for 95% Compliance
- Development of On-Boarding Training for new recruiters (To be produced in IMR-9)

**Training**

- FTO Initial Training
- Annual FTO Training
- Emergency Vehicle Operations Course

**Supervision**

- Sexual Harassment Prevention Training for CPD Supervisors 2023
- Firearms Pointing Incidents for Supervisors (Pending Approval)
- FTEP for Supervisors
- Labor Relationship Division (For Supervisors)

- The Day in the Life of a Commander (Expanded and updated, pending approval)
- In-Service Supervisors Training for year 2023 (pending approval)
- Exempt: Technology Resources (3-Hrs) (updated to reflect current law and policy)
- Street Deputy and Officer-Involved Shootings (OIS) IRT Overview LP (Non-Exempt Class) (updated to reflect current law and policy, pending approval)

**Officer Wellness**

- 2023 In-Service Officer Wellness Course
- Cordico Wellness App Intro Program Integration
- Individualized Critical Incident Overview (ICIOT) Training

**Accountability**

- BIA Refresher Curriculum
- BIA On-Boarding Curriculum
- BIA Recorder Training
- 2023 Prohibition on Retaliation eLearning
- BIA Training Modules 1-5

**Data and Other**

- Officer Support System eLearning (For 006th District All Sworn)

## Leveraging Data to Drive Transparency and Continuous Improvement

The use of data is another core pillar of CPD's approach to reform. The Department seeks to utilize real-time data and interactive dashboards as much as possible to drive decision-making and make rapid improvements to the Department's operations. The Strategic Initiatives Division leads efforts to develop these dashboards. Over time, the Department intends to continue to augment and publicly release additional dashboards to provide transparency to the public on the data that inform CPD's decision-making.

CPD has an internal Audit Division, which reviews data, processes, and systems around the Department. These audits are invaluable to reform efforts as they bring an objective lens to these projects, ensuring that reforms are implemented in a sustainable and repeatable manner. Audits often contain specific recommendations that, when implemented, better position the Department for durable and transformative reform.

Finally, individual units also prepare reports that cover specific topics. The consent decree requires several such reports to ensure that the Department is regularly analyzing data to drive continuous improvement.

Figure 4 following lists publicly accessible dashboards and reports that were updated or newly created, by consent decree section, in IMR-8. These are a subset of the many reports, audits, and other analyses that the Department developed during this period in support of consent decree requirements.

Figure 4: List of New or Revised Public Dashboards and Other Reports in IMR-7

| Consent Decree Section | List of New or Revised Dashboards, and Other Reports Related to the Consent Decree<br>*Click on any hyperlink to access the dashboard or document* |
|---|---|
| COMMUNITY POLICING | • District Strategic Plans: https://home.chicagopolice.org/community-policing-group/consent-decree/strategic-plans/ |
| IMPARTIAL POLICING | • 2022 Annual Hate Crimes Report: https://home.chicagopolice.org/statistics-data/statistical-reports/hate-crimes-annual-reports/ |
| CRISIS INTERVENTION TEAM | • The Mayor's CARE Dashboard (not new to IMR-8): https://www.chicago.gov/city/en/sites/public-safety-and-violence-reduction/home/CARE-Dashboard.html |
| USE OF FORCE | • 2022 TRED and Annual Reports; 2022 Annual Use of Force Report: https://home.chicagopolice.org/statistics-data/statistical-reports/tactical-review-and-evaluation-division-reports/ |
| RECRUITMENT, HIRING, AND PROMOTIONS | • Recruitment Strategic Plan: In progress |
| TRAINING | • 2023 Annual Training Plan<br>• Needs Assessment for the 2024 Annual Training Plan<br>• 2022 Annual Training Report to Training Oversight Committee (TOC) |
| SUPERVISION | • Unity of Command and Span of Control Implementation Plan |
| ACCOUNTABILITY | • 2022 BIA Quarterly and Annual Reports: https://analytics.chicagopolice.org/views/NewBIADashboard_Master_v1_6/Reports?%3AisGuestRedirectFromVizportal=y&%3Aembed=y |
| DATA AND OTHER | • 2022 CPD Annual Report: https://home.chicagopolice.org/wp-content/uploads/2022-Annual-Report-FOR-PUBLICATION.pdf |

# Introduction

## What is the Consent Decree?

On March 1, 2019, the City of Chicago entered a negotiated settlement with the Illinois Office of the Attorney General (OAG) that requires the City to enact a series of reforms about public safety. This agreement is known as the consent decree. While the consent decree requires efforts from several agencies, most of its requirements impact the Chicago Police Department (CPD, or "the Department"). Other agencies that play a role in consent decree implementation include the Civilian Office of Police Accountability (COPA), the Office of Emergency Management and Communications (OEMC), the Police Board, Chicago Public Schools (CPS), the Department of Human Resource (DHR), Public Safety Administration (PSA), the Office of the Inspector General (OIG), and the Department of Law (DOL).

On June 27, 2023, an agreement reached between the City of Chicago and OAG added 78 paragraphs related to investigatory stops to the consent decree. This now brings the consent decree to 877 total paragraphs. Chicago's consent decree is one of the most extensive of its kind. By way of comparison, the Los Angeles Police Department's consent decree contained 187 paragraphs with approximately 24 specific deadlines, and Baltimore Police Department's consent decree contained 511 paragraphs with approximately 12 specific deadlines.

It is precisely because of the Chicago consent decree's unprecedented breadth and detail that the City and CPD have welcomed this moment as an opportunity to implement meaningful and durable reforms. The consent decree calls for changes to almost every aspect of CPD's operations, and is organized into the following sections:

- Community Policing
- Impartial Policing
- Crisis Intervention
- Use of Force
- Recruitment, Hiring and Promotion
- Training
- Supervision
- Officer Wellness and Support
- Accountability and Transparency
- Data Collection, Analysis and Management
- Investigatory Stops (added on June 27, 2023)

Implementation of consent decree requirements is overseen by Federal Judge Rebecca R. Pallmeyer and a court-appointed Independent Monitoring Team (IMT) led by independent monitor Maggie Hickey. The OAG also plays a regular role in the process, which includes reviewing and providing feedback on documentation provided by CPD to demonstrate compliance with specific paragraphs.

The IMT's methodology for assessing the City's compliance with consent decree requirements consists of assessing three "levels of compliance" for each consent decree paragraph. The levels of compliance follow the general methodologies below for most, though not all, paragraphs:

- **Preliminary Compliance:** Has the City developed a policy and/or written procedure that conforms to best practices and, where appropriate, incorporates meaningful community input? Has the policy been reviewed, commented on, and approved by both the IMT and OAG?
- **Secondary Compliance:** Has the City developed and implemented acceptable training strategies for policies and procedures? Has a sufficient percentage of the appropriate personnel been trained?
- **Operational Compliance:** Has the City demonstrated that it is adhering to the policies within day-to-day operations?

To demonstrate compliance with consent decree paragraphs, CPD and other City agencies are required to formally provide supporting documentation to the IMT and OAG on an ongoing basis, and the IMT officially reports on consent decree compliance every six months. Figure 5A following lists the number of consent decree paragraphs that the IMT has assessed by reporting period. The IMT determines which paragraphs will be assessed in its annual Monitoring Plans. Figure 5B reflects the number of paragraphs with which the City had achieved any level of compliance through IMR-8.

Figure 5A: Number of Paragraphs Assessed in Each Reporting Period



Figure 5B: Number of Paragraphs Achieving Any Level of Compliance by Reporting Period[1]



[1]*Includes paragraphs that pertain to City agencies other than CPD.*



## Overview of This Status Report

This report is intended to provide an overview of CPD's consent decree activities in the IMR-8 period and does not cover the many additional reform efforts in areas beyond the scope of the consent decree. CPD publishes a status report like this one every six months to be as transparent as possible with the community and other relevant stakeholders regarding the work it is undertaking to improve policing in Chicago.

This report is broken into several sections. The first section explains the process improvements CPD has implemented in order to accelerate its reform efforts. The remainder of the report then provides updates on each of the eleven consent decree sections, highlighting progress and next steps on these projects moving forward.

# CPD's Efforts to Accelerate Reform

In IMR-5, CPD continued efforts to maintain the accelerated pace of consent decree implementation across the Department by integrating CPD's compliance and project management functions under a single unit (Professional Standards and Compliance Division), establishing new procedures to maximize the efficiency of ongoing meetings with the IMT and OAG, and continuing supervisory oversight and accountability for project owners to ensure reform projects were advancing with a sense of urgency. The Department also developed a framework for cultural change called Roadmap to Operational Compliance, which was released publicly in early 2022. In IMR-8, CPD maintained and built upon these initiatives.

## Continuation of Project Accountability Mechanisms

With the volume of work the Department is undertaking to drive reform, it is imperative to hold various units and cross-functional teams accountable for continued and timely progress on key projects. To support this in this reporting period, the Department convenes regular "Executive Check-ins" for each consent decree topic. Daily, one group of cross-functional stakeholders who work on a particular consent decree area (e.g., use of force) checks in with the Executive Director and Chief of the Office of Constitutional Policing and Reform. Because there were 10 such cross-functional teams at the time, each group conducted an Executive Check-in every other week. This process ensures a regular cadence of briefings for the most senior leaders in the Office of Constitutional Policing and Reform and serves as a natural checkpoint to ensure that progress is continuing across all relevant projects.

Regular meetings of cross-functional teams (CFTs) further bolster ongoing project accountability. The Department formed topic-oriented CFTs in IMR-4 to break down communication siloes between units that needed to collaborate. CFTs are led by high-ranking members of the Department and staffed with representation from R&D, the Training and Support Group, Professional Standards and Compliance Division, and other relevant units to ensure ongoing collaboration across the consent decree's key topics. These teams continue to meet once per week and serve as an information-sharing and alignment hub for their respective topic areas.

# IMT/OAG Collaboration

In this reporting period, CPD continued its regular cadence of meetings with the IMT/OAG. Collaboration takes on many forms, including:

- **Monthly Meetings:** CPD members met with the associate monitor for each consent decree section to share early drafts of deliverables, review IMT/OAG comments and feedback on deliverables, and engage in other substantive discussions on reform projects. The Department made considerable efforts in this reporting period to strengthen the quality of these meetings. Specifically, the Reform Management Group (RMG) facilitated the creation of specific presentation materials to support each meeting and worked to forecast upcoming meetings, site visits, and agenda topics as far in advance as possible to provide the IMT and OAG with visibility into future calls.
- **Site Visits:** In IMR-8, CPD, the IMT, and the OAG held in-person site visits which involved a series of meetings for specific associate monitors to provide them additional insight into areas of particular importance to their compliance assessment. Site visit meetings are different from typical monthly meetings, as they may consist of IMT members observing training sessions, meeting with Department personnel, or otherwise meeting with stakeholders who would not typically be involved in day-to-day reform project implementation. The parties also continued to convene many virtual site visits in IMR-8.
- **Coordination and Planning Meetings:** In addition to the meetings described above, CPD regularly engaged with the IMT on general coordination and planning. Meetings of this nature included the monthly meeting of the parties as required by paragraph 668 of the consent decree and other regular check-in meetings to coordinate upcoming engagements

Cross-functional teams (CFTs), which consist of members of various bureaus who jointly implement consent decree projects related to specific topic areas, used their weekly CFT meetings to prepare for and recap the results of any meetings taking place with the IMT and OAG. CPD appreciates and welcomes the collaboration and feedback provided by the IMT and OAG throughout the reporting period.



## Roadmap to Operational Compliance

In 2021, the Department developed a long-term Roadmap to Operational Compliance that introduced a framework for how operational compliance can be demonstrated across sections of the consent decree. Specifically, this roadmap identifies key standard practices that the Department will expect out of its members, such as prioritizing de-escalation or engaging with community members. The plan describes the various systems and tools, trainings, metrics, and evaluation mechanisms it will use to support officers and implement these practices. Many of these process changes, training updates, and evaluation mechanisms are called for explicitly in the consent decree, while others may be new ideas that could help to ensure that these standard practices become routine.

CPD published a report summarizing the framework and the elements of the Roadmap on its public-facing website in March 2022.

# Progress by Consent Decree Section

# Community Policing

*"In community policing, we want to build a system that promotes the philosophy of every police officer being a community policing officer. When we design, implement, and measure our programs and activities, we always think back to, 'how does this support that philosophy?'"*
**–Sergeant William Riga Jr., Office of Community Policing**

The Community Policing section of the consent decree describes efforts that the Department must take to engage with community members and form genuine, authentic relationships with the individuals we serve. This section describes how the Department must develop partnerships and institute structures, processes, and training that reinforce the need for community engagement by every officer.

Goal: Build sustainable relationships of trust between police and community.

## *Improving Beat Meetings and District Advisory Committee (DAC) Meetings*

- ***Relevant Consent Decree Paragraph(s): 25***

Beat and DAC meetings provide an opportunity for residents across the city to meet with their local police districts, learn about crime trends or engagement opportunities in their neighborhood, and raise problems or concerns.

Beat meetings take place at least every other month, and in some cases monthly. Every District is required by CPD policy and the consent decree to conduct beat meetings at least six times a year in each beat. Beat meetings are led by a civilian Beat Facilitator and a member of the district's community policing office. Beat Facilitators are volunteers selected by the district through an application process. They receive specialized training on problem-solving tactics and community-building strategies.

District Advisory Committees (DACs) are groups of community stakeholders selected by the District Commander. DACs meet regularly with the Commander to provide feedback on District policing strategies and advise on problem-solving tactics for any challenges that may arise within the district. DACs meet at least every other month, but in some cases monthly, as required by CPD general order and the consent decree.

Beat and DAC meetings continued to occur monthly and bi-monthly, as required by policy and the consent decree. During IMR-8, CPD launched an improved public calendar where the public can go to see when beat and DAC meetings are occurring. The calendar can be found by accessing the following link: https://home.chicagopolice.org/community-policing-group/community-engagement-calendar/

After the new District Council members took office in May 2023, OCP began working closely with them and with members from the Community Commission for Public Safety and Accountability (CCPSA) to establish new relationships with the District Council members. OCP continues to collaborate with the District Councils and establish working relationships with them.

## *Victim Services*

- *Relevant Consent Decree Paragraph(s): 26, 29, 62, 63*

Victims of crime are a diverse group with diverse needs. Some crime victims may need extensive support, resources, and services while others may not want or need such services. Law enforcement is in a unique situation to assess and provide services to victims of crime, as officers are often the first and only individuals to contact victims. The Department recognizes its unique access to crime victims, like other police departments across the country, has begun to develop formal victim services programs.

For decades, the Department's OCP has had a comprehensive program to support victims of domestic violence. This team of advocates conducts regular outreach to victims and survivors of domestic violence and offers them support and resources, including court advocacy to file for an order of protection, counseling, or connecting them with community resources. OCP expanded this program in 2021 and launched the Crime Victim Services program. This team provides support and resources for victims of non-fatal shootings and victims of domestic violence and other incidents of gender-based violence. By the end of IMR-7, two of the three civilian Crime Victim Advocate positions were filled, and those individuals were collectively providing support to victims of non-fatal shootings in six districts. During IMR-8, OCP continued to provide services to victims of domestic and gender-based violence in all 22 districts and increased support to victims of non-fatal shootings from six to nine districts.



## *Affinity Liaisons*

- ***Relevant Consent Decree Paragraph(s): 26, 45***

CPD's Civil Rights Unit includes LGBTQ+ Liaisons, a Homeless Outreach Liaison, and a Refugee and Immigrant Liaison. Additionally, all 22 districts now have an Affinity Liaison Officer in each of their community policing offices. These Affinity Liaison Officers are dedicated to engaging historically marginalized and underserved communities in their district. At the end of IMR-8, all of the liaison positions continue to be filled and OCP continued to support the affinity liaisons, provide more training, and increase their outreach to communities.

## Goal: Ensure a strong focus on engagement with the city's youth.

## *Youth District Advisory Councils (YDAC)*

- ***Relevant Consent Decree Paragraph(s): 23, 24, 27***

The Youth District Advisory Council's (YDAC) mission is to provide an authentic youth voice within CPD, as well as to address the concerns of youth and emerging adult stakeholders within each District. YDAC members are between the ages of 14 and 25 and are intended to bring a youth perspective to District Advisory Committees. YDAC members have formal voting authority on the DAC. Their position on this body also provides them with access to Commanders and other District personnel so that their voices are heard.

During IMR-8, OCP's Youth Service Coordinators began working closely with district Youth Liaison Officers to begin auditing each Youth District Advisory Council in all 22 districts. The audit is intended to identify any deficiencies, challenges, and areas for improvement. OCP expects to complete the audit during IMR-9 and identify next steps to address any concerns.



# School Resource Officer (SRO) Program

- ***Relevant Consent Decree Paragraph(s): 38, 39, 40, 41, 42, 43, 44***

The School Resource Officer (SRO) program places officers in certain high schools selected by Chicago Public Schools (CPS). SROs protect students, teachers, and administrators against external threats and criminal activity within schools. They serve as a deterrent to those who would seek to harm. On a day-to-day basis, SROs aim to foster a safe environment for students and strive to represent CPD's professionalism and dedication. Special Order S04-01-02 *School Resource Officers and Investigations at Chicago Public Schools* was revised in IMR-5 and took effect on December 17, 2021.

During IMR-8, the Bureau of Patrol (BOP) continued to communicate and work with its partners at CPS in coordinating the SRO program. Bi-weekly meetings with the CPS Chief of Safety and Security allow for information sharing regarding SRO schools and other issues brought forward by CPS.

BOP posted Notices of Job Opportunity to recruit additional SROs for staffing CPS schools. In addition, BOP has attempted to fill SRO vacancies by seeking volunteers from districts where there is no longer a need for SROs, and from districts that may have a surplus of trained SROs assigned to them. BOP continually assesses any vacancies and offers support to those schools from district resources upon request from CPS.

In IMR-7, the Department and CPS entered into a new Inter-Governmental Agreement (IGA). This agreement defined the roles and responsibilities of both parties. The agreement is up for review in August 2023. The BOP also submitted an annual report for the SRO program. The goal of this report is to use relevant data to evaluate and improve the effectiveness of the SRO program. In addition, the report increases public transparency about the SRO program.

BOP, in cooperation with CPS, also created a survey to solicit feedback from school principals on the performance of their assigned SROs. The information received from the survey results will help BOP assess SRO performance and their interaction with the school community. BOP can then identify any training deficiencies and performance coaching topics that may need to be addressed. If necessary, BOP will coordinate SRO re-assignments or initiate removals from the SRO program.

Goal: Set standards for community policing initiatives so that these initiatives have clearly defined objectives and contribute to the overall community policing effort.

## *Community Policing Policy Updates*

- *Relevant Consent Decree Paragraph(s): 14, 17*

OCP is responsible for evaluating and making recommendations to improve and enhance all aspects of the Department's community policing strategy. In tandem with the Department's Research and Development Division (R&D), OCP has updated and reviewed Department policy associated with community policing. In IMR-7, R&D and OCP updated and implemented two new policies: *Community Engagement in Policy Development - Pilot Program and Community Partnerships.*

*The Community Engagement in Policy Development - Pilot Program* (D22-08) directive was created in place of the standalone General Order initially submitted to the IMT and OAG for comment in IMR-6. The Department Notice allows the Department to have a set of guidelines to effectively engage with the community. *Community Engagement in Policy Development - Pilot Program* was published at the end of December 2022.  R&D is continuing necessary dialogue with the IMT and OAG around this pilot program. As part of our ongoing mission to grow trust within the communities we serve, CPD took comments from the public on the *Community Engagement in Policy Development – Pilot Program* directive beginning on January 9th, 2023. The comment closed on March 12th, 2023. R&D continues to work with OCP on assessing the effectiveness of this program. R&D looks forward to OCP scheduling further engagement efforts with community partners to ensure the pilot program is reflecting the community sentiment when assessing the pilot program.

The *Community Partnerships* policy was created with the assistance of OCP to build and strengthen lines of communication and actively allow CPD to engage the community in a positive and productive manner so that joint solutions and trust can be developed. After addressing feedback from the IMT and OAG, CPD received approval on the policy. *Community Partnerships* was posted for public comment and published at the end of December 2022.



OCP and R&D also worked together to make updates and revisions to its *District Advisory Committee* (S02-03-14) directive to ensure it is aligned with the newest version of DAC bylaws. R&D continues to collaborate with OCP, IMT and the OAG on the District Advisory Council (DAC) and Youth District Advisory Council (YDAC) policies. With the recent addition of the District Councils to all CPD Districts and Areas R&D is collaborating with OCP to ensure District Council responsibilities are relevant and reflective in the DAC and YDAC policies.

## Goal: Develop a structure that reinforces community policing in every aspect of policing.

## *District and Bureau Strategic Plans*

- ***Relevant Consent Decree Paragraph(s): 15, 45, 46***

OCP launched and completed the community engagement process and strategic plan development process during IMR-7. Recognizing the impact that a virtual option for a community conversation had on increasing participation, OCP adjusted the community engagement process to require all districts to host one in-person and one virtual community conversation to gain feedback on their 2023 strategic plans. This also allowed CPD to slightly condense the timeline to ensure plans could be completed before the end of the year.

All districts developed their draft strategic plans all 22 draft plans were posted to the Department website, inviting the public to review the plans and provide written feedback. Simultaneously, districts solicited and incorporated feedback from their DACs, OCP, and other Department leadership.

All 22 district strategic plans for 2023 were completed and posted publicly by the end of IMR-7. These plans are available at the following link: https://home.chicagopolice.org/community-policing-group/consent-decree/strategic-plans/

OCP conducted a review of the 2023 Strategic Plan Planning Cycle to identify successes, challenges, and areas for improvement in the future. As OCP prepares for the 2024 Strategic Planning process, OCP will continue to streamline the approval process by using tools such as digital reviews and approval for draft plans and returning to in-person meetings to promote greater accessibility.

## Quarterly Reports to the Community Policing Advisory Panel (CPAP)

- *Relevant Consent Decree Paragraph(s): 13*

The Community Policing Advisory Panel (the Panel or CPAP) was commissioned in October 2016. The Panel's primary task was to develop recommendations "for the Department's renewed community engagement and collaboration efforts, in order to enhance public safety and restore trust." CPD continues to evaluate CPAP as a community engagement strategy. The past reports can be accessed at the following link: https://home.chicagopolice.org/community-policing-group/cpap-quarterly-report/. These reports provide a snapshot of the progress being made towards implementing the CPAP's 2017 recommendations, which were accepted in their entirety and incorporated into Paragraph 13 of the consent decree.

## Community Policing In-Service Courses

- *Relevant Consent Decree Paragraph(s): 37*

In IMR-8, the Training and Support Group (TSG) continued to develop community policing training and incorporate the philosophies of community policing throughout training. TSG recognizes the importance of strengthening community partnerships to create opportunities for positive interactions with all members of the community. To achieve this goal, TSG continued its partnership with the Training Community Advisory Committee. This collaboration provides a community lens into Department training. TSG also solicited the community to give them a voice into the training that CPD members receive during the annual needs assessment.

Philosophies of community policing were also included into 2023 training. Highlighted below are a snapshot of some of the courses being taught with community policing either being directly or indirectly related:

- De-escalation, Response to Resistance, and Use of Force (12-hours)
- Constitutional Policing (8-hours)
- Active Bystandership for Law Enforcement (2-hours)
- Child Abuse and Neglect Program eLearning (2-hours)
- Neighborhood/Community Profiles (4-hours)
- Police Community Relations (10-hours)
- Procedural Justice (7-hours)
- Crime Prevention (4-hours)
- Service Calls (2-hours)
- Social Media Relations (4-hours)
- Communication in the Police Environment (8-hours)
- Crime Victims and Their Rights (4-hours
- Ethics (7-hours)
- Diversity Management (14-hours)
- Holocaust Museum (7-hours)

Goal: Engage in effective problem-solving exercised jointly with the community and other City agencies.

## *The Neighborhood Policing Initiative*

- *Relevant Consent Decree Paragraph(s): 13, 19, 21, 22*

The Neighborhood Policing Initiative (NPI) is an inclusive crime-fighting strategy that relies on improved communication and collaboration between community stakeholders, patrol personnel, detectives, specialized units, interdepartmental units, and external agencies. The primary goal of the NPI is to foster relationships and build trust. To achieve these goals, CPD members work alongside members of the community to create sustainable solutions to pervasive problems using collaborative efforts and community-based resources. The model specifically centers around District Coordination Officers (DCOs) who are trained to develop problem-solving strategies and are equipped with mobile phones, tablets, and business cards so that community members in their assigned beats can reach them directly with concerns or issues. The model also involves community members serving as ambassadors to support problem-solving efforts in their neighborhoods.

NPI was introduced in January 2019 in the 025th District and in December 2019 in the 015th District. The model demonstrated strong initial success in its first year in the 025th District, reducing calls for service and building higher levels of community trust, based on survey data available to CPD. Given these promising initial results, NPI was expanded to the 009th, 010th, and 011th Districts in October 2020. During IMR-4, OCP continued to expand NPI, introducing the initiative in Districts 003rd, 004th, 005th, 006th, and 007th Districts. By the end of June 2021, a total of 10 Districts had implemented the NPI program.

In February 2023, OCP coordinated a two-week stabilization training for NPI Lieutenants, Sergeants, and Police Officers that had been accepted from the Notice of Job Opportunity (NOJO) request for personnel. The training covered problem-solving concepts, cultural competency, and various external City service presentations. The training also included a four-day training by the Metropolitan Peace Academy, a non-profit organization composed of various community members.



Goal: Conduct regular evaluation of the quality of community policing throughout the Department.

## *Community Policing Performance Management*

- ***Relevant Consent Decree Paragraph(s): 47***

CPD continues to conduct regular, monthly community policing performance management meetings with two Districts each month. The goals of these meetings are to encourage district personnel to broaden their perspective on community policing metrics and to disseminate community policing best practices across all districts.

A major component of the performance management system is the incorporation of data collected by ZenCity (previously ELUCD), a third-party vendor that conducts monthly surveys of residents in all 22 districts via digital advertising. The survey asks respondents to score how safe they feel within their neighborhood and how much trust they have in the police. The survey also asks residents to list their top crime concerns and top community engagement priorities. This information is shared with District Commanders and Community Policing Offices to help inform strategies and community engagement efforts moving forward. OCP also analyzes other community policing metrics and shares this analysis during meetings, including the number of community engagements conducted by each district, attendance at engagements, and progress against district strategic plans.

# Impartial Policing

*"Reform is about redefining how to best keep our communities safe. We must take a comprehensive approach, leveraging constitutional policing principles, relationships with the community, innovative thinking, and officer wellness and training, to ensure equitable and fair outcomes for everyone."*

**–Police Officer Brock Brunson, Office of Community Policing**

The Impartial Policing section of the consent decree describes the efforts CPD will undertake to ensure that it provides equitable and accessible policing to all Chicagoans. This includes policy revisions, training, and analysis to better serve a variety of groups that may have struggled with accessing policing services in the past, including individuals of particular demographic groups, limited English proficiency (LEP) populations, individuals with disabilities, and members of the Transgender, Intersex, and Gender Non-conforming (TIGN) community, among others.

Goal: Provide professional, courteous, and accessible police services to all Chicago residents.

## *Building an Americans with Disabilities Act (ADA) program*

- *Relevant Consent Decree Paragraph(s): 68, 69, 70*

In August 2020, CPD hired its first ever American with Disabilities Act (ADA) Liaison. The Liaison's role is to ensure Department members have the clear policy, training, and direction needed to provide equal protection of the law for all Chicago residents who are living with disabilities.

During IMR-8, OCP began community outreach and engagement on CPD's policies around interactions with people with disabilities. Feedback from this engagement will support revisions to these policies and inform future training that officers will receive. OCP is working closely with CPD's Research and Development team on the revised policies and is ensuring the community's feedback is heard and included in this process.

# *Building a Language Access Program*

- ***Relevant Consent Decree Paragraph(s): 64, 65, 67***

Approximately 35% of Chicagoans speak a language other than English at home. Some of these persons are categorized as having Limited English Proficiency (LEP). It is important for CPD, as a law enforcement agency, to address these residents' language needs and be sensitive to their cultures to ensure (1) they are served equitably, (2) can access police programs and services, (3) can communicate with law enforcement, and (4) can participate in their communities in a meaningful way. Open communication between the LEP community and CPD is essential to building trust, protecting communities, and improving quality of life.

CPD continued its implementation of the Insight mobile phone application throughout IMR-8 by expanding accessibility throughout the department. This solution, developed by a vendor called LanguageLine, allows users to connect to video and audio interpreters in dozens of languages.

# *Religious Interactions Policy*

- ***Relevant Consent Decree Paragraph(s): 60***

The Department finalized and published its new Religious Interactions (G02-01-05) directive in December 2022 in partnership with the Council of Religious Leaders of Metropolitan of Chicago (CRLMC).

The *Religious Interactions* (G02-01-05) directive requires the proper treatment of all persons of any religion by Department members. The policy ensures that the Department makes reasonable accommodations for the religious beliefs of those with whom its members interact with in their official capacities. The policy provides Department members with necessary information when documenting persons of faith on official departmental documents, and specifies procedures for persons wearing religious head covers, clothing, or carrying articles during investigatory stops and processing arrestee procedures.



During IMR-7, the Department also continued collaboration with CRLMC on the development of training for the new policy.

R&D will continue to review and revise policy in accordance with any required city ordinance, Illinois State Law changes, and consent decree requirements.

# *Search Warrants and Human Rights Policies*

- ***Relevant Consent Decree Paragraph(s): 53, 54, 55***

The Research & Development Division (R&D) has been revising the Search Warrant policy with the IMT and OAG, community members, members of the Coalition, and internal Department members. R&D and the Office of Community Policing (OCP) have conducted numerous Community Conversations in the months of November and December 2022, as well as placed the search warrant policy on the public website for community member comments from November 1st, 2022 – December 31st, 2022.

R&D has since taken significant feedback from the IMT/OAG, Department members, and community to draft a new suite of search warrant policies. This policy suite contains a revised search warrants overarching policy and three newly drafted policies that focus on search warrant development, review, approval; service of a search warrant; and post-service review. In addition to drafting this new policy suite, R&D has begun conceptualization of a new Electronic Search Warrant (ESW) application to ensure that CPD is capturing necessary information and data that can assist with future policy development, enhanced training, and transparency for community members. The ESW application will contain a section that focuses on development and investigation methods, a risk assessment, pre-service planning, and post-service documentation.

R&D continued to engage Department members and command staff in IMR-8, as well the IMT and OAG process. R&D simultaneously worked with OCP for another round of community engagement that included community conversations, deliberative dialogues, and a public posting on January 31st, 2023.

The Research and Development Division (R&D) continues to work with members of the IMT, OAG, the community, and Coalition to review and revise the search warrant policy suite and ESW application. R&D, OCP, and the Mayor's Office conducted two in-person community conversations in early 2023 with the hope of conducting additional in-person engagements. In addition, R&D extended the public comment period through the end of June 2023.

## Goal: Ensure officers have training and supervision needed to provide accessible and impartial police services.

### *Fair and Impartial Policing In-Service Course Active Bystandership for Law Enforcement (ABLE)*

- ***Relevant Consent Decree Paragraph(s): 37***

In 2023, Fair and Impartial Policing In-Service Course was a new 8-hour training and Active Bystandership for Law Enforcement (ABLE) was a 2-hour training required for all sworn members as part of the Department's 2023 40-hour In-Service Training Program.

Fair and Impartial Policing course was designed to help officers:

1. Understand that even well-intentioned people have biases.
2. Understand how implicit biases impact what we perceive/see and how it can (unless prevented) impact our behavior.
3. Understand that fair and impartial policing leads to effective policing.
4. Use tools that help Department members (1) recognize their conscious and implicit biases and (2) implement "controlled" (unbiased) behavioral responses (Fair and Impartial Policing, LLC).

The core purpose of ABLE is to prepare officers to successfully intervene to prevent harm and to create a law enforcement culture that supports peer intervention. The intended impact of ABLE includes:

1. Reducing unnecessary harm to civilians.
2. Reducing unnecessary harm to officers.
3. Improving police / community relations.
4. Improving officer health and wellness.
5. Improving community member satisfaction with CPD.
6. Improving officer job satisfaction.
7. Reducing the risk of officers losing their jobs.
8. Reducing the risk of lawsuits against CPD, the city, and individual officers.

Goal: Address unique problems that are particular to those communities that have been underserved.

## Gender-based Violence Training

- **Relevant Consent Decree Paragraph(s): 62, 72, 73, 74**

The Gender-based Violence (GBV) in-service 8-hour training course was required for all sworn members as part of the Department's 2022 40-hour In-Service Training Program that concluded in February of 2023.

The GBV course was designed through a partnership with the National Policing Institute (NPI), with the support of a U.S. Department of Justice Office on Violence Against Women grant, to enhance CPD's response to allegations of sexual assault, stalking, and domestic violence, including how to effectively recognize and investigate such incidents and collect information necessary for successful investigations. The course emphasizes the application of principles of trauma-informed policing to interactions with victims of sexual assault and domestic violence to promote empathetic and productive responses and procedures for referring and connecting victims to local resources.



The GBV course reflects the results of NPI's community outreach efforts. NPI held interviews and focus groups with 18 victim advocates, four Cook County prosecutors, and three survivors of domestic violence and sexual assault. The voices of survivors, advocates, and prosecutors, reflected in shared experiences and recommendations, helped shape the topic within the course.

The GBV course included adult learning techniques involving small group exercises, group discussions, videos, as well as role-play. The Department trained over 95% of active sworn members as part of the 2022 In-Service Training Program.

## Hate Crimes eLearning

- **Relevant Consent Decree Paragraph(s): 76, 77, 78**

The Hate Crimes Refresher 8-part eLearning 3-hour course was launched in October of 2022. The course included a pre-test, a post-test, and a survey. The course included an introduction, a review of local, state, and federal laws and cases, methods to identify and investigate, and provided incident examples. It also included interviews with actual victims of hate crimes, including here in Chicago. The post-test required a 70% pass rate to complete the training. The Department solicited community input through the Chicago Commission on Human Relations and the Hate Crime Coalition. The Training and Support Group then made enhancements to the Hate Crimes eLearning curriculum based on those recommendations. As of this report, 98% of Department members completed this training.

## Hate Crimes Annual Report

- **Relevant Consent Decree Paragraph(s): 78**

CPD completed and published the 2022 Annual Hate Crimes Report, which is publicly available at https://home.chicagopolice.org/statistics-data/statistical-reports/hate-crimes-annual-reports/. It includes an overview of the Department's response to hate crimes, 2022 hate crimes, 2022 hate crime arrests, and community resources. The 2022 Annual Hate Crimes Report posting includes an online form for community members to provide feedback on the report.

CPD continues to work on adding functionality to its R-Case application to capture hate crime data throughout the year.

# Crisis Intervention

*"A well-trained Crisis Intervention Team can be a source of encouragement, bringing compassion and expertise to members of our community. The consent decree provides the opportunity for the police and the community to come together to find fair and just solutions to these shared priorities."*

**–Lieutenant Joseph Schuler, CIT Coordinator, Training and Support Group**

The Crisis Intervention Team (CIT) paragraphs of the consent decree describe the actions CPD will take, alongside its partner agencies (e.g., Office of Emergency Management and Communications), to ensure individuals experiencing mental and behavioral health crises are treated with dignity and respect, and where possible, referred to appropriate resources for additional support. At CPD, such efforts manifest themselves in policies that are grounded in best practices, robust training, and detailed data analysis to ensure that individuals in crisis receive an appropriate police response.

Goal: Strengthen oversight and administrative support for the Department's Crisis Intervention Unit.

## *CIT Policy Updates*

- *Relevant Consent Decree Paragraph(s): 133, 134, 135, 136, 137*

The Department continues to review its crisis intervention-related policies, procedures, and protocols to evaluate whether the policies provide effective guidance and direction to Department members and are consistent with the current law, the Department's vision, and mission, and the objectives, functions, and practices of the CIT Program.

The Department's directive S04-20 *Recognizing and Responding to Individuals in Crisis* provides guidelines to assist Department members in recognizing individuals exhibiting signs and symptoms of known, suspected, or perceived behavioral or mental health conditions, including, but not limited to intellectual or developmental disabilities, or co-occurring conditions such as substance use disorders.

In IMR-8, the S04-20 suite of directives was revised based on the feedback received from the IMT and OAG and community input from the Chicago Council on Mental Health Equity (CCMHE). R&D recently received the approval from the IMT and OAG on the S04-20 CIT suite of policies in the beginning of April 2023. The policy suite focuses on the following topics: recognizing and responding to individuals in crisis, persons not under arrest but in need of involuntary or voluntary admission, people on unauthorized absences from state-operated mental health centers, mental health transport related duties, and people under arrest in need of mental health treatment.

# CIT Program

- *Relevant Consent Decree Paragraph(s): 87, 88, 89, 90 91,117, 121*

The Crisis Intervention Team (CIT) Program seeks to improve CPD's competency and capacity in effectively responding to individuals in crisis, de-escalating crises to reduce the need to use force against individuals in crisis, and improving the safety of officers, individuals in crisis, family members, and community members. At the same time, the program promotes community-oriented solutions to assist individuals in crisis, reduces the need for individuals in crisis to have further involvement with the criminal justice system, and develops, evaluates, and improves CPD's crisis intervention-related policies and trainings to better identify and respond to individuals in crisis.

The CIT Program is charged with improving the Department's response to mental and behavioral health-related service calls and facilitating and coordinating law-enforcement services provided to the mental and behavioral health community. This is achieved by developing, evaluating, and improving Department crisis intervention-related policies, trainings, and operations to better identify and respond to individuals in crisis.

The CIT Program has several responsibilities. One of those responsibilities is to provide training to Department members. The training section is currently staffed by one sergeant and seven officers. CIT trainings include the initial 40-hour Basic Crisis Intervention Team (CIT) course, the 16-hour CIT Refresher, and the 40-hour Advanced CIT Youth. During IMR-8, CIT provided sixteen 40-hour Basic CIT classes and seventeen 16-hour Refresher classes.

The CIT Program includes the CIT District, Operations, and Community Support (DOCS) which helps to mitigate the frequency and severity of service calls identified as involving individuals in crisis. DOCS is divided into five distinct area teams and an administrative team. DOCS currently has three sergeants, 13 police officers, and one civilian Data Analyst. DOCS Officers mitigate the frequency and severity of service calls identified as involving individuals in crisis. DOCS reviews and follows up on CIT reports and other Department reports involving individuals in crisis. During IMR-8, there were 3,543 CIT reports completed and approved by department members.

In April 2023, the CIT Administration Section began an evaluation and audit pilot program in the 006th and 012th Districts. This evaluation and audit program provides a review of random CIT reports and CIT assignments, including a review of body worn camera video and other relevant documents part of the incident. The CIT Administration Section then provides feedback to the officers, as appropriate. The team additionally continues to address roll calls citywide to raise awareness about crisis intervention policies and programs and their community partnerships.

The Department strives to prevent unnecessary incarceration and/or hospitalization of individuals living with mental health conditions, substance use disorders, or co-occurring disorders through the Narcotics Arrest Diversion Program (NADP). In May of 2022, NADP expanded city-wide and included an expansion of eligible narcotics and weight limits. In November of 2022, the program further expanded, making referral possible 24 hours a day, seven days a week. DOCS team members conduct NADP roll call training in the districts along with partner agency Thresholds to ensure Department members are aware of all the new changes. In 2022, CIT DOCS also began an audit of the NADP program to ensure Department members are following the policy outlined in the Narcotics Arrest Diversion Program (S06-17) policy. CIT continues to make notifications to districts to conduct one-on-one training with members that failed to make diversions on eligible arrests. Since its rollout, July 1st, 2018, to the end of 2022, there were 1,267 individuals diverted and 401 in 2022 alone. In the IMR-8, the CIU continued to support the successful implementation of this initiative.

CIT DOCS also helps oversee the Opioid Overdose Reversal (Naloxone) Program (D18-04). Training is provided by the Training and Support Group staff and the Naloxone device ordering and distribution is conducted by the DOCS Admin Team. The Opioid Overdose Reversal Program was implemented on July 1st, 2018. Since then, through 8 May 2023, Department members have administered Naloxone a total of 38 times from January 1, 2023-May 8, 2023.

In IMR-8, work continues to update the Department Directive concerning Opioid Overdose Reversal Program. Additionally, CIT will work with the Training Division to ensure recruits are issued naloxone upon their completion of training before starting their assignment in the field. From January 1, 2023-May 10, 2023, recruits were issued naloxone kits prior to them leaving the academy and being assigned to patrol.

Building on an existing partnership, the Department expanded its work with the National Alliance on Mental Illness (NAMI) during IMR-8. under a grant to connect high utilizers of the 911 system to community resources. CIT identifies these high utilizers by review of CIT Reports or other referrals to NAMI for connection to the appropriate resource(s).

The DOCS Team also staffs and oversees the Crisis Assistance Response and Engagement (CARE) Team pilot program. That program embeds a CPD Certified CIT Officer with a Chicago Fire Department Community Paramedic and Chicago Department of Public Health licensed clinician, also known as a multi-disciplinary response team (MDRT). In IMR-8, the CIT DOCS participated in planning for the expansion of the model, slated to take place in the IMR-9, including training additional CIT DOCS officers for the role.

## Goal: Ensure a well-trained complement of CIT officers is available and prioritized to handle calls for service for individuals in crisis.

## *Certified CIT Officer Designation*

- ***Relevant Consent Decree Paragraph(s): 87, 92, 93, 94, 95, 96, 97, 99, 100, 101, 102, 103, 104, 105***

The "Certified CIT Officer Designation" project is dedicated to ensuring that a well-trained complement of Crisis Intervention Team (CIT) Officers is available and prioritized to handle calls for service involving individuals in crisis.

Certified CIT Officers have received specialized training in responding to individuals in crisis. The CIT Training Section supports the "Certified CIT Officer Designation" project by delivering the specialized training needed to designate officers to be prioritized to respond to service calls identified as involving individuals in crisis. This is done by providing both the 40-hour Basic CIT Courses and 16-hour Refresher CIT Courses of instructions.

This reporting period, CIT conducted 16 40 Hour Basic CIT classes and seventeen 16-hour Refresher classes. Those classes trained a total of 352 Department members in CIT Basic and 385 in CIT Refresher.

As of June 13, 2023, the Department had a total of 3,865 Certified CIT Officers, or 33% of the Department.

## *Non-CIT Crisis Intervention Training*

- ***Relevant Consent Decree Paragraph(s): 126, 127***

As part of the 2023 revisions to the recruit Basic Law Enforcement curriculum, the Illinois Law Enforcement Training and Standards Board (ILETSB) released a new mandated course titled, "Introduction to CIT Concepts." The Training and Support Group worked closely with the CPD CIT coordinator to fully develop an 8-hour block of instruction on CIT concepts that is adequate in quantity, quality, and scope regarding responding to individuals in crisis for all recruits. The final curriculum incorporated the necessary elements and concepts as required by the ILETSB outline. Additionally, as part of their instructor development and onboarding, instructional staff for the new course attended a one-day certification hosted by the ILETSB and delivered by the CIT Regional Coordinator for Northern Illinois.

With several practical exercises, communications exercises, and a three-hour scenario role-play, the final curriculum provides recruits with plenty of opportunities for the application of critical concepts including de-escalation, active listening, effective communication, and other evidence-based crisis intervention strategies. The scenario-based portion of the CIT Concepts course mirrors what is provided in the two-day CPD CIT Refresher course and ensures that recruits receive practical hands-on experience commensurate with best practice.

Recruits began receiving this instruction in August of 2022 and continued to receive the course through IMR-8. Although the classroom portion is taught primarily by academy staff, CPD CIT personnel and the National Alliance on Mental Illness (NAMI) are involved with the delivery of the scenarios. As with the 40-hour CIT Basic and Refresher courses, NAMI provides individuals with lived experience as role players.



**Crisis Intervention Team (CIT) Concepts – 8-hours**

- The goal of this instruction is to provide recruits with foundational concepts related to the CIT training. This course is not intended as an equivalent to certified Illinois CIT training, but as an introduction to information and techniques commensurate with best practice when interacting with individuals experiencing a crisis.

**Mental Health Awareness and Response – 10-hours**

- This training module discusses the legal requirements for detaining a person with mental illness, proper procedures for investigations of a person with mental illness or suicide attempts, and proper procedures to transport patients and serve mental health commitment orders. Recruits are also expected to learn the broad principles for interacting with people with mental illness, as well as epidemiological information about the main categories of mental illness and suicidal behavior. This course briefly covers the Americans with Disabilities Act.

# eLearning on CIT Policy Changes

- *Relevant Consent Decree Paragraph(s): 88, 89, 91, 92, 94, 104, 106, 114, 117, 118, 120, 133, 134, 135, 136, 141*

The CIT e-learning was launched department-wide for all officers to take in the fall of 2022 by the Training and Support Group. In the 4th quarter of 2022, CPD enrolled all sworn members in the CIT eLearning module. The purpose of the module was to familiarize all department members, even those who are not Designated CIT Officers, on how to respond to an assignment with an individual in crisis. Earlier in 2022, the CPD engaged communities on its CIT-related trainings through meetings with the Chicago Council on Mental Health Equity (CCMHE). The CCMHE provided valuable input on both CIT-related policies and CIT-related trainings.

99.62% of sworn in-service members completed the CIT Policy Change eLearning. During IMR-8, the Crisis Intervention Unit continued to collaborate with the Training Division on ensuring members are trained on any policy changes, as determined by the outcome of the annual CIT policy review.

In the 2nd quarter of 2023, CPD and CIT updated the S04-20 suite of directives (five in total) on Recognizing and Responding to Individuals in Crisis.

# Audit of Certified CIT Officer Eligibility

- ***Relevant Consent Decree Paragraph(s): 95***

The Audit Division finalized its "Audit of CIT Eligibility" in May 2022. This audit assessed the degree to which the Department's Crisis Intervention Team (CIT) certified officers meet the criteria required to acquire and maintain CIT certification in line with consent decree paragraphs 93 and 95. While the Audit Division made a series of recommendations to assist the Department in strengthening the CIT program, the Audit concluded that 99.5% of the Department's CIT-certified members met the Department's, and the consent decrees, requirements.

During IMR-7, the Audit Division coordinated with relevant Department stakeholders to finalize the plan for implementing the audit's recommendations and plans to complete a follow-up report on the Department's progress in implementing each recommendation by year's end.

The Audit Division launched a follow-up to its 2022 "Audit of CIT Eligibility" to assess the implementation status of each of that report's recommendations. The Audit Division anticipates finalizing its follow-up report early in IMR-9.

# Officer Feedback

- ***Relevant Consent Decree Paragraph(s): 114***

CPD began a pilot program in the 006th and 012th Districts during IMR-8, called the CIT Documentation and Response Evaluation. In the pilot program, the CIT Documentation and Response Evaluation Dashboard assists the CIT DOCS – Administration Officers in the review of data related to individuals in behavioral crisis, including the data sharing between CPD and the Office of Emergency Management and Communications (OEMC). The program provides an audit of a random sample (10%) of CIT reports submitted in each district, a random sample (5%) of OEMC CIT assignments, and a random sample of OEMC events coded by CPD as a "Z" code in each District from the previous month.



The audit uses the CIT Documentation and Response Audit Dashboard to provide the random OEMC events and random CIT Reports for the CIT DOCS - Administration Officers to evaluate. The CIT DOCS - Administration Officers will then conduct two evaluations: the CIT Report Monthly Audit (CPD-15.601) and the OEMC CIT Event Monthly Audit (CPD-15.602). The CIT DOCS - Administration Officers will utilize reports from the CIT Report Monthly Audit (CDP-15.601) and the OEMC CIT Event Monthly Audit (CPD-15.602) to document the random OEMC event numbers and random CIT Report numbers selected for review. These deficiencies are documented on the CIT Documentation and Response Evaluation Report (CPD-15.600). Monthly, the CIT DOCS - Administration Officers complete a review of select CIT Reports and service calls in every district to provide constructive feedback on officer responses and documentation associated with interaction with individuals in crisis.

The CIT Administration team began to conduct the evaluation and review of CIT events in both the 006th and 012th districts. The first review began in April 2023 with a review of random events from the month of March. After a review of those random events, feedback is being sent back to the districts for appropriate action. The pilot program will continue every month with reviews of the previous month's calls and CIT reports. The review of April events was the first audit conducted by the CIT unit under this pilot program.

## Goal: Build a robust data analysis capability to measure progress against crisis intervention objectives.

## *Crisis Intervention Dashboards*

- *Relevant Consent Decree Paragraph(s): 107, 120*

The CPD continues to ensure a dedicated data analyst is assigned to the Crisis Intervention Unit (CIU). That data analyst provides CIT the ability to track trends regarding calls for service containing a mental health component along with CPD's CIT response ratio to CIT service calls on all watches in all Districts. The data analyst also maintains the CIT Dashboard which displays, the number of CIT-trained officers per district and watch, the response ratio and CIT calls for service data.

In IMR-8, the data analyst worked with the Training and Support Group on providing data to support the priority enrollment of members with the longest CIT seniority dates in Refresher CIT training. The data analyst also works on the CIT Evaluation and Response Audit Dashboard to allow the CIT DOCS team the ability to review random CIT events, evaluate reports for completeness and accuracy, and provide feedback to the officer(s). The CIT analyst is instrumental in advancing the crisis intervention reporting requirements.

The CIT data analyst is also working on updating and improving the high utilizer dashboard that visualizes every CIT individual documented in CLEARNET Application, highlighting subjects with a greater number of arrests/victimizations. This dashboard will be a vital tool for district personnel and DOCS officers to more accurately track individuals that have a high rate of interactions with law enforcement and may need additional support and resources they currently do not have.



## *CIT Officer Implementation Plan*

- ***Relevant Consent Decree Paragraph(s): 108-110***

The CIT Officer Implementation Plan is a tool for analyzing the number of Certified CIT Officers necessary to respond to at least 75% of the calls for service identified as involving individuals in crisis and plan to meet and maintain that ratio. In IMR-7, the CIT Coordinator and CIT data analyst continued to meet regularly with key stakeholders to determine the procedures that would allow the successful finalization of the plan. In IMR-8, work was done to address the needs of the project, including efforts to define "timely response" and determine a sufficient number of trained CIT officers for each watch to respond to calls for service identified as involving an individual in crisis.



To further meet the requirements of paragraph 108, CIT is currently collaborating with the Mayor's Office to hire an outside consultant that will work on both the CIT Implementation Plan and the City's Crisis Intervention Plan. Both reports contain similar information and a joint approach to will expedite and streamline the effort. The CIT Coordinator is currently researching information that should be included.

# Use of Force

*"With respect to use of force, reform means ensuring that officers are trained to act in compliance with Department policy that prioritizes the preservation of human life in the pursuit of public safety. Reform calls for consistent review of officer performance, informed feedback that facilitates and reinforces skill development, and accountability that fosters trust and a culture of constant improvement."*

**–Commander Sean Joyce,**
**Office of Constitutional Policing and Reform**

The Use of Force section of the consent decree describes efforts CPD will undertake to ensure the sanctity of life and embed the principles of de-escalation into every policing interaction. The section outlines the requirements that CPD will integrate into its use of force policies and training, including weapons discipline, vehicle safety, and the need to deliver medical aid following a use of force incident. The consent decree also outlines requirements for organizational learning and improvement from use of force incidents through the establishment of TRED, Force Review Board, and robust data dashboards to allow for extensive analysis of use of force incidents.

Goal: Conduct use of force policy review and develop associated training curriculum informed by data, best practices and community input that advances constitutional policing.

## *Use of Force Community Working Group and Policy Revisions*

- ***Relevant Consent Decree Paragraph(s): 153-155; 159; 160; 161-166; 168-169; 173; 175-187; 197-235; 488-492; 568-569; 571-572; 574-575; 577-580***

In IMR-7, R&D reviewed the extensive community engagement from the numerous groups and collaborated with internal CPD staff to review the CPD Annual Report and Tactical Review and Evaluation Division (TRED) Report data to ensure any patterns or trends relevant data were captured and analyzed for policy revisions.

In IMR 8, R&D continued to collaborate with the IMT and OAG and posted the use of force policy suite to the public website and the internal website for comment. R&D addressed the public comments and published the final version of the use of force policy suite in June 2023.

## Foot Pursuits Policy

- *Relevant Consent Decree Paragraph(s): 172*

In IMR-7, the Department implemented the following policies, forms, and trainings related to foot pursuits:

- G03-07 Foot Pursuits
- Foot/Bicycle Pursuit Event Log Form, which will be used by any officer engaged in a foot pursuit to document the initiating circumstances and resolution of the pursuit
- Foot/Bicycle Pursuit Review Form, which will be completed by the Watch Operations Lieutenant in relation to any foot pursuit incident that concludes in an arrest or a use of force
- Foot Pursuit eLearning, which was administered to all members in late IMR-6 and early IMR-7

TRED began reviewing all foot pursuits in January 2023 using a new Incident Debriefing Report (IDR) application. This application allows TRED to review all foot pursuits utilizing the same form, regardless of whether the foot pursuit was associated with a use of force or firearm pointing incident. This allows TRED to more consistently and efficiently collect foot pursuit review data across all types of incidents.

## Use of Force In-Service Training

- *Relevant Consent Decree Paragraph(s): 56, 72, 74, 153, 170, 190, 243-246*

The 2023 De-Escalation, Response to Resistance, and Use of Force in-service course was a new training required for all sworn members as part of the Department's 2023 40-hour In-Service Training Program. The course began in April 2023.

The 16-course includes 12 hours of the Police Executive Research Forum (PERF) Integrating Communication, Assessment, and Tactics (ICAT) training course, two hours of Active Bystandership for Law Enforcement (ABLE), and two hours covering changes to the Department's Use of Force Policy Suite. The course incorporated adult learning techniques of group discussions, tabletop exercises, and scenario-based training.

In 2023, the Department is requiring members to successfully complete all Use of Force post-tests prior to being allowed to return to field duties. When a member fails to achieve a passing score in any Use of Force post-test, he or she is re-enrolled in the 2023 Use of Force 2-Day class to complete all 16-hours and be tested again. The Department member is required to pass the test before returning to their duty assignment.

The Department has also contracted the Police Executive Research Forum (PERF) to conduct three, 6-week quality control, monitoring, and evaluations of TSG's ICAT delivery.

## *Resuscitation Quality Control (RQI)*

- ***Relevant Consent Decree Paragraph(s): 156, 266, 267***

The greater Chicago community has seen how Chicago Police Officers providing medical aid to others through its Law Enforcement Medical and Rescue Training program (LEMART), exemplifies the highest priority of sanctity of life, the principles of procedural justice, implicit bias, community policing, de-escalation and constitutional policing both contextually and in real time to the public we serve.

In Chicago, there were 3221 out-of-hospital occurrences of sudden cardiac arrest in 2020 (American Heart Association - AHA). Resuscitation Quality Improvement (RQI) in partnership with the American Heart Association (AHA) and Laerdal Medical have created a modernized CPR training platform utilizing the latest AHA guidelines that is both data driven and evidenced based to improve Cardio Pulmonary Resuscitation (CPR) Quality.

The Chicago Police Department is one of only two law enforcement agencies in the country and the first large agency to implement RQI. RQI has been incorporated in a way that brings contextual meaning to the department's priorities and principles, and to merge law enforcement disciplines while maximizing the members hands-on training experience. The merging of disciplines in the aggregate (our Officers) is the fuel to reach operational compliance.

# Law Enforcement Medical and Rescue Training (LEMART)

- ***Relevant Consent Decree Paragraph(s): 174***

In IMR-8, the Training and Support Group continued to train new and incumbent Department members on Law Enforcement Medical and Rescue Training (LEMART). Throughout the year, 435 Chicago Police recruits and 35 metropolitan police recruits were trained in the initial LEMART course. No incumbent Department members trained in the LEMART Refresher course.

In 2023, there were a total of 103 documented tourniquet applications. Of those, CPD applied 38 prior to ambulance arrival for a total of 37% of all tourniquets applied. Since 2018, Chicago Fire Department crews have documented a total of 875 tourniquet applications, of which 360 (41%) are documented as being applied by CPD before emergency medical services arrival.

The LEMART Section has also continued to develop their instructors and training. In 2023, LEMART members:

- Attended 2-day SWAT training as instructional development.
- Attended a train the trainer class, hosted by TACMED Solutions, for use and care of six high fidelity training mannequins acquired by LEMART.
- Moved LEMART from South Shore High School to the new Public Safety Training Center.
- Designed and constructed a mock scenario with wall partitions to simulate a residence with multiple rooms and casualties.
- Finalized LEMART eLearning module with video services.
- Assisted Field Force Operations training for four weeks.
- Conducted multiple teach-back training sessions with new officers.
- Are currently working in collaboration with the Domestic Preparedness and Officer Wellness training sections for a new LEMART/Officer Wellness course to train Department members for the 2024 DNC.

## Vehicle Pursuits Policies and Training

- ***Relevant Consent Decree Paragraph(s): 167***

The Emergency Vehicle Operations Course (EVOC) was launched in March 2023 and is ongoing. The new four-hour in-service training course is required for all active sworn members as part of the Department's 2023 40-hour In-Service Training Program. EVOC provides participants with basic knowledge and skills with safer driving techniques and accepted practices when initiating a vehicle stop in which the member conducts a balancing test while following department eluding and pursuit policies. The participants are presented with several safer driving techniques along with driving simulator scenario-based events to make cognitive decisions when deciding whether to initiate or continue pursuit of a fleeing vehicle. The participants learn techniques that are nationally accepted standards and best practices.

Goal: Collect, analyze and publish data to Department members and the public to drive continuous organizational learning and assess the extent to which policies, training and tactics result in prevention or reduction of force.

## Use of Force Data Collection

- ***Relevant Consent Decree Paragraph(s): 569***

Data collection regarding uses of force is critical to enabling CPD to identify trends and analyze areas for improvement. In addition to existing Tactical Response Report (TRR) forms, which are used to document all use of force incidents, the Department created the Level 3 Reportable Use of Force Incident Supplemental form in IMR-4 to track specific information related to Level 3 uses of force. Level 3 uses of force include deadly force (e.g., firearm discharge, impact weapon to the head or neck, chokehold, or carotid artery restraint), force resulting in a hospital admission, and force causing death to any person. The investigating supervisor for a Level 3 use of force incident is required to complete this supplemental form at the conclusion of their use of force investigation.



Department policy provides direction to Department members on the above issues, and the Supplemental form allows the Department to track the frequency of their occurrence. Tracking this data is essential to understanding deadly force incidents and addressing areas of concern. The Department began using this new form in IMR-4. The Force Review Board is responsible for ensuring the proper completion of this form and making recommendations as warranted.

In IMR-7, the Tactical Review and Evaluation Division (TRED) reported on all the data that has been collected on this form in quarterly reports. In IMR-8, this data was reported in CPD's 2022 Annual Use of Force Report, located at https://home.chicagopolice.org/statistics-data/statistical-reports/use-of-force-annual-reports/.

In 2023, TRED began utilizing the Incident Debriefing Report (IDR) application. This application combines use of force, firearm pointing incident, and foot pursuit reviews into a single, consolidated TRED review form. The purpose of this application is to review incidents as a whole and provide training recommendations to Department members based on the entirety of an incident instead of compartmentalizing the different actions of the member into separate reviews. This allows for more consistent and efficient collection of data. The newly captured data will be documented in the semi-annual TRED report.

## Use of Force Data Dashboard Updates

- ***Relevant Consent Decree Paragraph(s): 157, 581, 582***

In IMR-8, the Department maintained and updated its public use of force dashboard. This dashboard provides summary metrics related to use of force incidents by Department members, such as the number of use of force incidents, the locations of these incidents, force options used, and many others.

In this reporting period, CPD made changes to the main visualizations on the public use of force dashboard. The new modifications aimed to provide the public with clear data visualizations for relevant use of force information. The adjusted format displays the current year and the previous five full years. CPD also added a tab with summary data tables covering 2015 through 2023 (current period) for all relevant use of force metrics.

# Firearms Pointing Incident Reviews

- **Relevant Consent Decree Paragraph(s): 190, 192**

CPD is required to routinely review and audit documentation and information collected from all investigatory stop and arrest occurrences in which a CPD officer pointed a firearm at a person while effecting a seizure. Firearm Pointing Incident Reviews (FPIRs) provide a checks-and-balances system to monitor Department compliance with the Fourth Amendment. Firearm Pointing Incident Reviews further ensure that Department members do not unnecessarily expose themselves to situations in which death or great bodily harm may result.

In IMR-8, TRED continued to review and analyze all firearm pointing incidents. TRED now publishes semi-annual and annual reports summarizing their reviews, which was previously reported quarterly. Semi-annual and annual reports will allow for the collection of more data which can be utilized in the analysis of patterns and trends. Additionally, TRED works closely with the 4th Amendment Stop Review Units related to Investigative Stop Reports.

TRED began using a more comprehensive set of foot pursuit-related debriefing points. These additional debriefing points, which mirror the standards in the revised foot pursuit policy, will reinforce the training that Department members have received. These points will also help the Department to evaluate the effectiveness of its policy and training. TRED will continue to report this data in its future reports.

In 2023, TRED began utilizing the Incident Debriefing Report (IDR) application. This application combines firearm pointing, use of force, and foot pursuit reviews into a single, consolidated TRED review form. The purpose of this application is to review incidents as a whole and provide training recommendations to Department members based on the entirety of an incident instead of compartmentalizing the different actions of the member into separate reviews. This allows for more consistent and efficient collection of data. The newly captured data will be documented in the semi-annual TRED report.

## Force Review Division Quarterly Reporting

- **Relevant Consent Decree Paragraph(s): 157, 169, 190, 192, 193, 220, 237, 238, 239, 575**

TRED Quarterly Reports are summary documents that provide an overview of TRED accomplishments and recommendations. Prior to IMR-8, these reports included analysis of TRED reviews of uses of force documented in Tactical Response Reports (TRRs), foot pursuits associated with TRRs, and Firearm Pointing Incidents. In January 2023, TRED began reviewing all foot pursuits.

In IMR-7, TRED produced the Q1 2022 Report. In IMR-8, TRED moved away from the quarterly and year-end report and began producing a semi-annual report. It is hoped that consolidating the TRED report will provide more data to better assess patterns and trends involving Department members.

The quarterly reports can be accessed at the following link: https://home.chicagopolice.org/statistics-data/statistical-reports/tactical-review-and-evaluation-division-reports/

## Use of Force Annual Report

- **Relevant Consent Decree Paragraph(s): 159**

The Research and Development team (R&D) successfully published CPD's inaugural Annual Use of Force Report in 2022. This report was a comprehensive publication of all use-of-force incidents from the prior year (2021).

In IMR-8, CPD published the 2022 Annual Use of Force Report. This report built on the data and analysis presented in the previous year's report. This included the addition of a "Use of Force Analysis and Future Initiatives" section which summarized patterns and trends related to use of force data as well as CPD's plans on how to leverage this data to make improvements to training. The report also included the addition of Level 3 use of force data. Once published, CPD informed the community via its various social media platforms and solicited community input via the department's public comment platform which was published along with the report.

# Recruitment, Hiring, and Promotion

*"Building upon the fundamentals of reform, we will continue to expound on improving organizational processes and procedures. Our mission and direction remain clear: we shall remain intentional on process improvements that are rooted in strategic management, strong policy development and implementation. We will center our resources on value positioning and strong organizational value."*

**–Assistant Director LeKeshia K. Royal, Human Resources (Office of Public Safety Administration)**

The Recruitment, Hiring, and Promotion (RHP) section of the consent decree describes the actions CPD will take to ensure that its members reflect the diversity of the communities they serve, that they are well-qualified for their positions, and that those who get promoted to supervisory roles are best suited to be leaders and exemplary role models within the Department.

Goal: Develop and continuously assess recruitment and hiring efforts to attract effective diverse recruits.

## *Recruitment and Hiring Updates*

- *Relevant Consent Decree Paragraph(s): 249, 250, 251, 253, 254, 256, and 257*

In IMR-7, Coleman and Associates completed their assessment of the Department's recruitment and hiring process. The report was produced to the IMT/OAG in December 2022.

During IMR-8, CPD and the Office of Public Safety Administration-Human Resources (OPSA-HR) and the City's Department of Human Resources (DHR) began the process of creating an implementation plan based off several recommendations that came from the Coleman report. This included updates to current recruitment policies, data analysis, reporting mechanisms, and candidate experience improvements.

In IMR-8, CPD's Recruitment and Retention Unit (RRU) developed a three-year strategic plan to illustrate the goals for the Department's recruitment and hiring. Also, RRU drafted an SOP outlining the requirements of the consent decree and the recommendations from the Coleman Report. Both of these documents were produced in IMR-8.



Goal: Promote individuals capable of effective supervision, guiding officers under their command and holding officers accountable.

## *Sergeant and Lieutenant Promotions Updates*

- ***Relevant Consent Decree Paragraph(s): 261, 262***

In IMR-7, DHR, OPSA-HR, and the City Department of Law revised Interagency Policy 07-02 CPD Sworn Member Promotions that details the roles and responsibilities of each agency. DHR and OPSA have been revisiting the recommendations of the DCI Consulting Group report on Sergeant and Lieutenant Promotions and plan to document where the recommendations have been addressed.

CPD, OPSA-HR and DHR continue to work on implementing recommendations from the DCI Consulting Group report in CPD and inter-agency policies. The team reviewed areas where recommendations were implemented in the 2022 Lieutenant process and surveyed CPD test takers in the 2023 processes to help analyze how recommendations have been improving the process. To maintain compliance within IMR-8, the HR team was not required to take any new action; however, within IMR-9, it is required to obtain another independent assessment. Additionally, we used IMR-8 to begin vendor selection for the IMR-9 assessment and selected DCI Consulting Group to complete the assessment.



Goal: Identify and publish duties, eligibility criteria including knowledge, skills, and abilities for Captains and Commanders.

## *Captain and Commander Promotions Assessment and Transparency Plan*

- *Relevant Consent Decree Paragraph(s): 263, 264*

In IMR-7 DHR, OPSA-HR, and the Department of Law revised Interagency Policy 07-02 CPD Sworn Member Promotions which details the roles and responsibilities of each agency.

During IMR-8, OPSA-HR and DHR took steps to engage an outside assessment and testing specialist to conduct an updated job analysis for the roles of Captain and Commander. Along with this analysis, these experts will provide feedback and recommendations related to the selection of CPD Commanders. They will also develop tools to be utilized within the Captain selection process. Some of these tools include interview processes, assessor training, study materials, and development feedback mechanisms.

Goal: Ensure recruitment, hiring, and promotion policies are transparent and consistent with law and best practices.

## *Job Descriptions for Sworn Positions*

- *Relevant Consent Decree Paragraph(s): 255*

During IMR-7, OPSA-HR and DHR audited and posted all sworn job descriptions to both the CPD and City of Chicago websites. The job descriptions had focus areas that addressed procedural justice, de-escalation, impartial policing, constitutional policing, community policing, and problem-solving.



During IMR-8, OPSA-HR, and DHR continue to audit sworn job descriptions and update accordingly. Links to job descriptions were shared with DHR-IT to upload updated job descriptions. In IMR-9 we will continue to work on operational processes to document policies for development, analysis, and publishing of policies to ensure the most up to date descriptions are available.

## *Recruitment, Hiring, and Promotion Directives*

- ***Relevant Consent Decree Paragraph(s): 253, 254***

In IMR-7, DHR, OPSA-HR, and Department of Law revised Interagency Policy 07-01 CPD Sworn Member Recruitment and Hiring, and 07-02 CPD Sworn Member Promotions that details the roles and responsibilities of each agency.

During IMR-8, the Police Promotional Committee continued activities to review CPD promotional processes to ensure they are fair, lawful, and consistent with best practices. This committee consists of members from CPD, DHR, Department of Law and OPSA-HR. Also, the team created various reports related to Police Officer testing, hiring, and recruitment activities. The development of comprehensive data reports in these areas will continue to delineate the roles and responsibilities in CPD's recruitment and hiring process.



# Training

*"Police education must combine historical lessons learned and our guiding principles (procedural justice, impartial policing, de-escalation, community policing, and constitutional policing) with the constant potential of unpredictability that our officers face. Doing this will prepare our officers to effectively respond in an ethical manner to the needs of all people in our community. Collaborative education like this upholds the department's highest priority, the sanctity of human life, which includes the wellness of our department members."*

**–Sergeant Timothy Finley, Training and Support Group**

The Training section of the consent decree describes how the Department will ensure that all members are well-equipped to carry out their duties at every phase of their careers, from their time as recruits to their field training to their annual in-service training to the training provided to newly promoted supervisors. This section also outlines the oversight and development of new training materials to ensure that the Department curriculum adheres to the core principles of reform and transformation, such as community policing, de-escalation, impartial policing, and procedural justice.

Goal: Develop new or additional training curriculum regarding specific consent decree sections and requirements. All training curricula will reflect CPD's commitment to Procedural Justice, De-escalation, Impartial Policing, Community Policing, and Constitutional Policing.

## *2023 Training Needs Assessment*

- ***Relevant Consent Decree Paragraph(s): 271***

The Training & Support Group (TSG) completed its 2023 Needs Assessment to inform the Annual 2024 Training Plan in May 2023. TSG worked with the University of Chicago Survey Lab to provide consultation on the Needs Assessment survey questionnaire, program the survey into online software, distribute the survey to an address-based sample of households (approximately 10,000), manage the online data collection process, and clean and deliver the survey data for CPD to conduct analysis. Throughout the process, TSG sought input from diverse sources to ensure a current, relevant, and comprehensive training plan that accounts for different perspectives. The stakeholders and resources solicited for input into the training needs assessment process included the following:

- Department members of all ranks and their respective collective bargaining units, if applicable.
- Members of the community, via an online survey that was posted on CPD's website for 14 days and was promoted by the Department's Office of Community Policing.

- Community partners via online survey: groups associated with the Training Community Advisory Committee (TCAC), the Boys and Girls Club of Chicago (BGCC), the Chicago Police and Firefighter Training Academy (CPFTA), City Colleges of Chicago, and the Chicago Council of Mental Health Equity (CCMHE).
- Address-based sample survey.
- Posting Quick Response codes on multiple websites.
- Oversight Agencies including the Civilian Office of Police Accountability (COPA), Chicago Deputy Inspector General of Public Safety, the City of Chicago Police Board, the Community Commission for Public Safety and Accountability, the Training Oversight Committee (TOC), the Cook County State's Attorney's Office, and the Department of Law.
- Information collected annually from the use of force reviews, discipline, and civilian complaints, and reports of officer safety issues
- Changes in the State of Illinois and City of Chicago laws and Illinois Law Enforcement Training and Standards Board (ILETSB) requirements.
- Court decisions and litigation.
- Research reflecting evidence-based research and best practices in training and law enforcement
- Research regarding trends, upcoming events, and crowd control/protests.
- Results from evaluations of training courses, instructors, and the Field Training Program.
- Department members' reactions to and satisfaction with Department training.

The needs assessment will be used to develop the 2024 Training Plan

## 2024 Training Plan

- ***Relevant Consent Decree Paragraph(s): 37, 42, 271, 272, 273, 274, 277, 278, 282, 283, 284, 287, 303, 317, 319, 320, 321, 322, 323, 331, 332, 333, 337, 338, 412***

The TSG has begun to develop the 2024 Training Plan. The TSG began this process by reviewing all of the information provided in the 2023 Needs Assessment to Inform the 2024 Training Plan to determine the areas of instructional focus in 2024.



Next year presents a unique challenge in that the City of Chicago will be hosting the Democratic National Convention (DNC). The Department has expectations that all CPD officers will be properly trained to facilitate a safe, peaceful, and lawful DNC event. To ensure this CPD recommends training in Field Force Operations and/or Public Order Public Safety; De-escalation, Response to Resistance, and Use of Force/Mass Arrest; and Law Enforcement Medical and Rescue Training/Officer Wellness.

The Department is conducting internal conversations in order to fulfill findings from the needs assessment and also ensure officers are trained adequately for this large event. The Department will ultimately decide how to prioritize the topics and modes for training for 2024.

The Training Plan will be submitted in IMR-9 for review and approval.

Goal: Ensure that all Department trainers are qualified and dedicated to providing sufficient and effective training that reflects the principles of the CPD.

## *Training Academy Instructor Development*

- *Relevant Consent Decree Paragraph(s): 282-285, 287*

In IMR-8, there were five 40-hour Instructor Academies (IAs) in which 83 members were trained. There were also three, one-day IAs that provided training for 51 members and non-CPD civilian staff with prior training and experience in instruction, resulting in 134 total members being trained in the IA program.

Multiple sections within the Training and Support Group also conducted instructor development training; A sampling of that is provided below:



**In-Service Training Program Instructors**

- Officer Wellness Training.
- De-escalation, Response to Resistance, and Use of Force Instructor Training Program.
- Constitutional Policing.
- Emergency Vehicle Operations.
- Fair and Impartial Policing.
- Active Bystandership for Law Enforcement.
- Resuscitation Quality Improvement (RQI) Program

**Tactical Training Unit**

- TASER Instructor Recertifications.
- Conducted multiple teach-back training sessions.
- Moved to the Public Safety Training Center and worked as a team to create the tactical training in this new environment.

**LEMART**

- Attended 2-day SWAT training as instructional development.
- Attended a train the trainer class, hosted by TACMED Solutions for use and care of 6 high fidelity training mannequins acquired by LEMART.
- Conducted multiple teach-back training sessions

**Physical Skills Unit**

- SAFARILAND (Control Tactics) - May 2023- nine Physical Skills Instructors Certified.
- Sabre (OC Spray) - March 2023 - three Physical Skills Instructors Certified.
- ACE (Group Fitness) -May 2023 - one Physical Skills Instructor Certified.

**Training Division Instructors**

- January 2023 - PSTC walkthrough, range + Carbine 40-hour range assessment at the PSTC.
- February 2023 - Tactical Training, Weapons Free Training Area, Leadership (7-Habits), Active Bystandership for Law Enforcement.
- March 2023 - Constitutional Policing BETA (multiple sites).

Goal: Enhance the Field Training and Evaluation Program to ensure that PPOs receive high quality training and mentorship from the Department's FTOs.

## *Field Training and Evaluation Program (FTEP)*

- ***Relevant Consent Decree Paragraph(s): 303, 313, 315, 316***

The primary objectives of the Field Training and Evaluation Program (FTEP) are: 1) to ensure that all Probationary Police Officers (PPOs, or officers who have recently graduated from the Training Academy but are not Field Qualified) receive optimal field training, and 2) to ensure that the most competent, motivated individuals become CPD officers. This process is completed through field training cycles and evaluation of PPOs by Field Training Officers (FTOs) in various competencies, including vehicle operations, arrest procedures, attitude and demeanor, and de-escalation. The FTEP is a partnership between the Training and Support Group and the Bureau of Patrol. In IMR-7, the Research and Development (R&D) Division revised version of the Department's FTEP policies (S11-02 Field Training and Evaluation Program and S11-02-01 Field Training and Evaluation Review Board).



The Field Training and Evaluation Section maintained the 1:1 FTO to PPO ratio in IMR-8. The department utilized "Act-Up" FTOs to meet the increase of recruits in the Field Training Program. In IMR-8, FTES utilized the Probationary Police Officer Community Immersion Program (PPOCIP). The PPOCIP introduces Community based policing resources and principles to Probationary Police Officers. In IMR-8, the department conducted 1 FTO test and promoted 59 FTOs. To maintain the 1:1 ratio, the department plans to administer a Field Training Officer examination and Field Training Officer promotions in Q3 and Q4 2023.

The Field Training and Evaluation Program in IMR-8 continued its practice of administering quarterly surveys to PPOs and FTOs. In IMR-8, these surveys were administered in Q1 and Q2. The surveys provide the Department with direct feedback on the FTEP from both FTOs and the PPOs they supervise. The Bureau of Patrol now utilizes a Tableau dashboard to track the responses and shares those responses with the Training and Support Group every month.

## Goal: Strengthen internal management and oversight of training execution.

## *Training Policy Updates*

- ***Relevant Consent Decree Paragraph(s): 42, 62, 72, 74, 77, 95, 98, 100, 102, 126, 243, 282-85, 287, 289, 295-297, 303, 324, 326, 327, 329, 333, and 334***

The Research and Development Division submitted two updated directives to the Independent Monitoring Team during the IMR-7 period. The directives, S11-10 Department Training, and S11-10-03 In-Service Training were submitted to the IMT with minor updates based on the Training and Support Group's internal processes, legal updates, and internal Departmental changes. These directives were also submitted to maintain preliminary compliance with Consent Decree paragraphs 42, 62, 74, 77, 95, 98, 100, 126, 243, 277, 279, 282, 284, 285, 292, 303, 324, 326, 327, 329, and 337, and to achieve preliminary compliance with Consent Decree paragraphs 72, 290, and 318. In IMR-8, R&D continued to revise the training directives to gain compliance with additional paragraphs of the Consent Decree Training section.

# Supervision

*"Ensuring our officers have consistent and high-quality supervision is the key to success in our reform efforts. As we invest in reforming our staffing models to build a reliable supervision framework, we simultaneously fortify accountability mechanisms, support officer wellness efforts, and promote community policing by allowing members to gain a strong familiarity with the community they operate in."*
**–Commander Michael Tate, Bureau of Patrol, 006th District.**

The Supervision section of the consent decree acknowledges the need for CPD members to receive high-quality leadership, mentorship, and support from their supervisors. This section outlines the core structural and procedural changes that will enable the Department to strengthen supervisory oversight, including a new staffing model, new policies to govern supervisory responsibilities, and an overhauled performance evaluation process for the entire Department.

Goal: Maintain adequate staffing levels to provide effective supervision and achieve principles of unity of command and span of control.

## Unity of Command / Span of Control Pilot Program

- *Relevant Consent Decree Paragraph(s): 356-368*

In IMR-8, the Department continued to receive technical assistance from the Independent Monitoring Team on its Unity of Command and Span of Control (UoC/SoC) pilot. While the Department has made significant progress in measuring its ability to maintain the unity of command and span of control, the mechanics of assigning and scheduling officers such that they spent optimal time with a single Sergeant proved to be highly complex, due largely to the challenge of managing absences for planned furloughs, training days, unplanned sick time, or injuries on duty. This program, operating in the 006th district, is intended to strengthen supervision by redefining the staffing model of the district to maximize the amount of time that a given officer spends with a consistent Sergeant (unity of command), while simultaneously ensuring that no Sergeant oversees more than 10 officers on a given shift (span of control).

The Department has made significant progress in the Watch Sheet Application which offers features to scheduling and enables the Department to better manage unity of command and span of control.  The Watch Application centralizes the process of scheduling officers which offers Watch Operations Lieutenants a clear understanding of who is available to work on a given day. The Watch Sheet Application will also include reporting features that enables watch personnel to calculate Unity of Command and Span of Control metrics prior to finalizing the schedule.



CPD's approach to unity of command and span of control is promising because it better aligns with the Department's other key pilot initiatives. For example, the sector focused structure enables the District Coordination Officers assigned under the Neighborhood Policing Initiative to act as a member of the "sector team" that operates in a particular sector. The DCOs are responsible for working with community members, community organizations, City agencies, and other CPD units to implement sustainable problem-solving strategies to mitigate chronic crime issues the community might be facing. Having the DCOs as part of the sector team will allow for greater collaboration between beat officers and community members since the DCOs will be responsible for ensuring their sector team is familiar with the chronic crime issues that require intervention.

In IMR-8, the new revised staffing model emphasized geographic familiarity for a given pool of sergeants and police officers. The model will increase the amount of time most members in the 006th District spend in a four-beat radius called a sector. With the same sergeants and police officers assigned to consistent geographic areas whenever they are on duty, the Department will be able to maintain unity of command and span of control more efficiently. The Unity of Command model launched in the first quarter focused on allocating resources by geographic sector resulting in a significant percentage of officers and sergeants working in their assigned sectors.

The sector integrity model will also support the Department's Performance Evaluation System (PES) and Officer Support System (OSS) pilots. Both programs equip supervisors to better coach, mentor, and manage their subordinates. The Performance Evaluation System pilot revamps the performance dimensions against which CPD members are evaluated, and the Officer Support System leverages data analytics to identify members who may be at risk of an adverse outcome. By creating sector teams and pre-assigning police officers to the sergeants who will conduct their performance evaluation, the proposed model will help ensure there is sufficient consistency of supervision to maximize the impact of these two pilot programs. The first quarter has shown an increase in officers working with their assigned sergeant. This percentage will help support the Departments PES and OSS programs.

The Department expects to expand the pilot program for Unity of Command/Span of Control, OSS, and PES to additional Districts in IMR-9.



## Goal: Set clear responsibilities and expectations for supervisors.

## *Supervisory Pre-Service and Annual In-Service Training*

- *Relevant Consent Decree Paragraph(s): 331-338*

In IMR-8, the Training and Support Group (TSG) continued development of the Annotated Curricula, including the development of revised draft lesson plans and the consolidation and creation of new separate classes. The TSG:

- developed a Firearms Pointing Incidents for Supervisors training specific for non-exempt supervisors.
- replaced existing training regarding juveniles with a new class-specific program for supervisors, which includes a participant's guide. The program was updated to reflect current CPD policy and changes to state statue.
- started revising the Field Training Officer class for supervisors. The class will focus on supervisor-specific policy requirements and reports specific to the Field Training and Evaluation Program FTEP.
- is developing or assembling an In-Service Supervisors Training (ISS) for Year 2023. The supervisors in-service training will be different from the 2022 training. The new training is proposed to include:
  - content on the updated Traumatic Stress Incident Management Program directive.
  - refresher training on active listening skills.
  - supervisor-specific training on Fair and Impartial Policing (FIP) linked to current in-service training offerings.
  - a review of the Critical Decision Making (CDM) model.
  - an exercise using the CDM related to use of force involving a person in a short video.
  - a use of force report review exercise and rapid decision-making worksheet.

The training will include a debriefing and video. The training has a participant's guide that supervisors can take with them after the conclusion of the class. The in-service supervisors' regular classes will be scheduled by rank, with the Sergeants and Lieutenants group together in one class and Captains and higher in the other class, to allow for more rank-specific discussions.

Finally, an outside contractor will provide four-hours of leadership training within the in-service supervisors training.

Goal: Identify, support, and recognize members who perform their duties effectively while identifying and responding to poor performers.

## *Performance Evaluations Revamp*

- ***Relevant Consent Decree Paragraph(s): 370-376***

During IMR-7, Office of Public Safety Administration-Human Resources (OPSA-HR) and CPD successfully delivered Performance Evaluation (PES) training to the pilot district. Members were engaged in hands-on technical training, effective eLearning, and two PES assessments. The PES training focused on the dynamics of effective performance management, accountability, transparency, and tenets of the consent decree.

During IMR-8, OPSA-HR and CPD continued to deliver PES training to the 006th district. The Department plans to expand PES to additional districts in IMR-9.

# Officer Wellness

*"Prevention, intervention, and postvention are all factors related to wellness initiatives for members of the Chicago Police Department; reform allows for examination of programming related to each factor and tailoring of initiatives to best serve the talented and dedicated members of the Chicago Police Department."*

**–Sergeant Beata Staszewski, Employee Assistance Program (EAP)/ Professional Counseling Division**

The Officer Wellness section of the consent decree reflects the Department's activities to ensure that all of its members and their families are well taken care of throughout their careers, ensuring they can cope with the daily pressures of their jobs or any specific traumatic incidents they may have experienced. It is more important than ever that CPD officers have resources available to them to ensure they are at their best at work. This is vital to ensuring healthy police-community interactions and relationships.

Goal: Provide clear directives and structure to guide the work of the Professional Counseling Division and the programs it manages.

## *Peer Support Program*

- *Relevant Consent Decree Paragraph(s): 404*

CPD's Peer Support Program began in April 2000. This program is part of the Professional Counseling Division (PCD) and is modeled after a program instituted at the Bureau of Alcohol, Tobacco, Firearms, and Explosives. All peer support team members work on a strictly voluntary basis as a way of giving back to the CPD family. The Peer Support Program's primary objective is stress reduction through immediate emotional first aid and support. The Peer Support Team assists members as they work through the impact of critical incidents by supporting, actively listening, and providing resources. In addition, peer support members help their fellow officers involved in critical incidents understand the range of normal reactions to abnormal situations.

Initial onboarding for Peer Support Members is provided via a 40-hour certification, which affords Peer Support Members confidentiality under Illinois State Law (5 ILCS 840/) First Responders Suicide Prevention Act. In 2022, the first 8-Hour Peer Support Refresher was developed and provided to Peer Support Members; the 2023 8-Hour Peer Support Refresher is currently in development. Peers are also trained to recognize issues that fall beyond the scope of Peer services and access immediate support to coordinate appropriate services, including circumstances that present a need to breach confidentiality and services that require clinical/professional intervention.



Peer support members come from diverse backgrounds, which helps to ensure that when a police officer or family member needs assistance, there is someone available with the right expertise, qualifications, knowledge, and awareness of resources to support them. They offer immediate on-scene intervention to fellow Department Members and their families during and after traumatic incidents. Support is not limited to traumatic events and is available to all Department Members and their families whenever needed. Support can include the death of a family member, friend, or peer, as well as marital, child, or job-related difficulties. Those seeking support have the right to reach out safely and privately. All communications between department members, their families, and the Peer Support Program representatives are confidential. The Peer Support Program now consists of over 180 members citywide and has a robust retiree cadre of Peer Support Members. Three training classes for new Peers were held in 2022 and three training classes are scheduled for 2023.

Recognition of Peers is important as Chicago Police Department Peers are decentralized and provide voluntary, non-compensated services in addition to their regular job duties 24 hours a day, seven days a week; in 2022, Peer Support leadership advocated for and received Department approval for all Active Peers to receive the Chicago Police Leadership Award. This was also the first year that Peer Support held an all-Peer meeting in which Peers could network and meet other Peers to build camaraderie and reinforce the mission of Peer Work; this year's All-Peer meeting is scheduled to be held on August 28th, 2023. In addition, quarterly Peer Support Team Leader Meetings help Peer Support leadership understand the needs of Team Leaders and their Team members and provide updates to Department policy and other updates. Finally, all-Peer debriefings are also held periodically by clinical staff at the Professional Counseling Division to help Peer Support Members process the impact of cumulative, vicarious trauma they may be experiencing as a result of providing Peer Services; 2023 debriefings have been held in January, March, and May.

In IMR-8, Peer Support members were afforded and informed of the opportunity to participate in several trainings hosted by partner organizations and agencies to help refine and refresh Peer related skills including:

- Quell Foundation – First Responders Sound the Alarm Documentary Screening and Panel (January 2023).
- FBI Crisis Negotiation Unit – Active Listening Skills (January 2023).
- Hartgrove Hospital - "Tipping the Scale Documentary" to be used in conjunction with the monthly Stress Management class that Peer Support facilitates for Department Members (April 2023).
- FBI Crisis Negotiation Unit – Strategies for Negotiation and Peer Support with Law Enforcement (May 2023).

One initial 40-hour Peer Support Training Class was held in April 2023. Thirteen Active CPD Members, including one non-sworn member completed the training, as well as three sworn members of a neighboring agency. Two more classes are scheduled for October and November 2023.

The 2023 Peer Support Refresher was drafted and submitted for review to the IMT in March 2023, which includes content from the International Association of Chiefs of Police VALOR initiative. The remainder of the 2022 Peer Support Refresher classes were held during February 2023.

All 14 Peer Support Teams met with their respective Team Members and Team Leader in the first half of 2023 in order to promote cohesion and participation due to all Team Members being decentralized throughout the city.

Information regarding Peer Support members, including LGBTQ+ identification and military status, has been included in the Cordico App for department members, their families, and retirees.

Non-monetary compensation was provided to Peers in the following ways:

- Between January and May 2023, two Department Awards were bestowed on Peers who were involved in the response to events included but not limited to line of duty deaths of officers and an officer suicide.
- Peer Support Members who submitted appropriate paperwork were authorized by the PCD to be detailed to the unit while attending National Police Memorial Week in May of 2023, so they did not have to use personal time to attend.

To raise awareness of the program, two initiatives were completed:

- Peer Support Video released in May 2023: https://www.youtube.com/watch?v=hx3dWMvBNmA
- Annual month of May mailing to all Districts and Units with information related to Peer Members, clinicians, and contact information for PCD announced via AMC message.

## Goal: Provide members with post-traumatic duty-related incident debriefing and counseling and follow-up services.

## *Traumatic Incident Stress Management Program*

- ***Relevant Consent Decree Paragraph(s): 407-411***

Police officers encounter challenging situations on a regular basis, and different calls for service may impact officers in different ways. Historically, law enforcement has been coached to compartmentalize and not show vulnerability on the job. Science tells us this is impossible and damaging. The workplace is a significant part of people's lives, and it shapes the way they relate to the world. Without adequate mental health support in one's workplace, especially in highly traumatic work, employees can become burned out, depressed, and resentful, ultimately resulting in on-the-job challenges and other chronic health issues.

PCD receives referrals when a Department member is determined to have been in a traumatic incident. It is the Department's obligation to ensure that members who experience a traumatic incident contact PCD, attend debriefing sessions with a licensed mental health professional, and complete the Traumatic Incident Stress Management Program (TISMP). Referrals to the TISMP are made for on- and off-duty incidents. The referral is recorded by the TISMP Notification form (CPD-62.480). The Department member is advised of available services through PCD and that their attendance at a debriefing held by PCD under the Traumatic Incident Stress Management Program is mandatory. Referred members must initiate contact within 24 hours of the traumatic incident. Failure to do so will result in PCD contacting a Department member's unit commanding officer in a manner consistent with the City of Chicago HIPAA Privacy Policies and Procedures. Components of the TISMP debriefing sessions may include Peer Support discussion or other debriefing components determined necessary by PCD. Notifications are made to the Department member's unit commanding officer when PCD releases the member from the TISMP. PCD also performs six-month follow-ups to ensure that members are aware of additional support services.

In IMR-7, PCD began reviewing Employee Resource, E06-03, to include consideration for bad car accidents, brutal incidents involving children, and incidents that garner media attention. PCD also implemented documenting of TISMP through the Clear system, which can be used to provide digital documentation of the TISMP system to the IMT and OAG as evidence of operational compliance with consent decree requirements.

PCD revised the Employee Resource, E06-03 Traumatic Incident Stress Management Program, in May 2023. The Traumatic Incident Stress Management Program (TISMP) debriefing sessions are not a critique or a reflection of any behavior or action taken by the member. The watch operations lieutenant in the district of occurrence for the traumatic event will determine whether an event should be classified as a traumatic incident and requires a referral to the TISMP. Unit commanding officers will ensure members participating in the TISMP do not return to field duties before being notified by the Professional Counseling Division that the member is released from the program.



## *Audit of the Traumatic Incident Stress Management Program*

- ***Relevant Consent Decree Paragraph(s): 407, 408***

The Audit Division finalized its "Audit of the Traumatic Incident Stress Management Program" in May 2022. This audit assessed the Department's compliance with requirements outlined in paragraphs 407 and 408 of the consent decrees, as well as with relevant Department directives. Though the Audit Division found that nearly 100% of referred members completed the program, the report included several recommendations on how the Department should strengthen the program to better serve CPD members.

In 2023, the Audit Division coordinated with relevant Department stakeholders to finalize a plan for implementing the previous audit's recommendations and launched its annual audit of the program, which it expects to finalize in IMR-9.

Goal: Develop, implement, and sustain a communications strategy to address mental health stigmas and misinformation, inform members of support services available to them, and to emphasize CPD's commitment to wellness.

## *Comprehensive Communication Strategy*

- ***Relevant Consent Decree Paragraph(s): 385-386***

A thoughtful wellness communication strategy helps CPD address stigmas and misinformation, remove barriers to seeking treatment, and to promote available mental health services to Department members. The Professional Counseling Division's (PCD) Communication Strategy is composed of four phases: calendaring, content creation, distribution, and review. CPD has several methods to communicate wellness-related material to its members including emails, daily bulletins, administrative messages, streaming videos, print material (e.g., posters, flyers, etc.), and roll calls.

During IMR-8, CPD developed, implemented, and communicated several wellness resources including a new Voluntary Wellness Check-In program and a related Voluntary Annual Wellness Check-in written policy (E07-07). The Voluntary Annual Wellness Check-in Program affords Department members a mental health and wellness check-in with a licensed mental health professional (e.g., an EAP clinician). Additionally, the Voluntary Annual Wellness Check-in Program is afforded the same confidentiality and privilege as any other mental health appointment, the service is free (i.e., through EAP), and the Department member may request additional services and/or treatment if necessary. Finally, the Voluntary Annual Wellness Check-in Program is a designated tour of duty, which means that it counts as a full workday for the Department member. CPD also conducted a Needs Assessment Survey at the beginning of the year in order to identify Department members' wellness needs. In May, CPD began its mandatory annual 8-hour Officer Wellness & Resiliency Training in which CPD's Training and Support Group educates in-service officers about mental health and wellness in law enforcement and the available clinical and non-clinical resources offered by the Department.

Goal: Provide Department members with an array of wellness support services that relate to stress management, alcohol and substance abuse, and mental illness.

## *Officer Wellness In-Service Training*

- ***Relevant Consent Decree Paragraph(s): 381, 414***

The Crisis Intervention In-service Course and Gender Based Violence Course were both new 8-hour training courses required for all sworn members as part of the Department's 2022 40-hour In-Service Training Program. This Crisis Intervention course included recognizing the importance of officer wellness, techniques for mindfulness, and its relationship to de-escalation. The Gender-Based Violence course included a module that covered officer wellness and provided Department members with information and resources to promote wellness. Additionally, members were enrolled in an eLearning on the Traumatic Incident Stress Management Program, which at the end of the IMR-7 showed 98.98% of members completed. Both courses ended with a completion rate of over 95%.

On May 4th, 2023, TSG started training the 8-hour in-service course for Officer Wellness. The In-service Officer Wellness course informs officers regarding sleep deprivation and sleep hygiene, nutrition and meal prep for shift work, emotional resilience techniques, and Yoga for First Responders. The instructors gauge student comprehension of learning concepts during training by posing questions, facilitating in-class discussion, and observing written reflection. The training consists of a combination of lectures and individual and group tabletop exercises. There is pre-test, a post-test, and a course and instructor evaluation.

The 2023 Officer Wellness course was created by faculty at the Sleep & Performance Research Center, Washington State University, by the Director of Investigative Psychology Research Unit, John Jay College of Criminal Justice, Mandy Nice, Cordico, and Yoga for First Responders.

The 2-hour Active Bystander in Law Enforcement (ABLE) class also has an officer wellness focus as described above. The ABLE course started in April 2023.

Goal: Develop a Suicide Prevention Initiative and plan using guidance from professional law enforcement associations and comparable industry standards.

## *Suicide Prevention Plan*

- *Relevant Consent Decree Paragraph(s): 388*

PCD uses a holistic approach to address officer wellness. The PCD includes the following programs and services in its suicide prevention plan:

- Clinical care
- Alcohol and Substance Use Assistance
- Peer Support
- Pastoral Care
- Traumatic Incident Stress Management Program

The PCD's efforts expanding and increasing clinical staff, implementing technology solutions to best analyze how members are using PCD's services, and creating additional support groups contribute to PCD's suicide prevention plan.

CPD continues to strengthen its suicide prevention efforts by expanding and increasing both its clinical and non-clinical staff. Additions to the Professional Counseling Division, the core of CPD's commitment to officers' mental health and wellness, include one new licensed clinician, bringing the total number of in-house clinicians to 18. The Peer Support program welcomed 13 new certified peer members, bringing the total number of Peer Support members to 196. Additionally, in its efforts to support all existing wellness sections, CPD identified a new Supervising Substance Abuse Counselor. CPD hired a Director of Wellness, Dr. Aaron Chatman, to oversee non-clinical care, a vital supplement to CPD's clinical programming. This new position is designed to further CPD's wellness mission: to develop and sustain a holistic wellness culture that supports all Department members.

PCD included Traumatic Incident Stress Management Program (TISMP) training, The Voluntary Annual Wellness Check-In Program, various programming through PCD clinicians, Drug and Alcohol Counselors, Peer Support, and Chaplains as resources for prevention post-treatment. Also included as part of PCD's holistic suicide prevention initiative are the expansions of PCD's two satellite offices on the north and south sides of the city and increased staffing. Additionally, the 2022 Communications Strategy provides thoughtful plans to address stigmas and misinformation, remove barriers to seeking treatment, and to promote available mental health services to Department members, as a means of holistic suicide prevention.

## Goal: Bolster staffing and resourcing allocated to wellness programs.

### *Clinician Staffing and Facilities*

- ***Relevant Consent Decree Paragraph(s): 383, 389, 390, 391, 400***

The Professional Counseling Division (PCD)/Employee Assistance Program (EAP) expanded to include two satellite offices on the City's north- and south sides. The expansion brings the total number of office locations to three. This project serves several purposes:

- To meet the identified needs of the active, sworn, civilian, and retired members of CPD, as well as their immediate family members, availability of resources.
- To expand PCD and increase access to treatment.
- Remove obstacles to seeking treatment, such as identifying where the members can access treatment geographically.
- To accommodate additional staffing associated with PCD's growth.

PCD/EAP continues to increase staffing to reduce the clinician and counseling caseloads via redistribution and improve the delivery of confidential services. The OPSA-HR seeks to fill clinician positions through notifications of job opportunities posted for mental health clinicians. In addition, the PCD/EAP recently onboarded a new clinician on March 1, 2023, and will be bringing on four additional clinicians in IMR-9.

In March 2023, PCD/EAP assigned a Police Officer as the Supervising Substance Abuse Counselor to supervise Police Officers engaged in counseling sworn department personnel or department family members on substance and alcohol abuse.

CPD hired a Director of Wellness in January 2023 to lead the department's efforts to enhance wellness services for members of the Chicago Police Department and their families. This position will be responsible for managing all compliance with the officer wellness requirements of the consent decree, developing and executing a wellness strategy, communicating the strategy internally and externally, and putting in place systems for managing the delivery of the plan. The Director of Wellness will manage and build a team and the methods to facilitate management operations.

A new Sergeant was added to the Officer Wellness Section in May 2023 to oversee the operations of the various stakeholders involved in Officer Wellness, to carry out the overall mission of the Officer Wellness Program, and to ensure compliance with CPD policies and procedures and unit supervisory duties.

PCD/EAP was part of a working group to implement the Cordico Shield Officer Wellness App. The CPD customized app is for all active, retired, and family members of CPD. The Cordico app allows CPD members access to information such as Peer Support team members' names, watches, units, and specialties (i.e., military, LGBTIA, etc.). In addition, CPD members have access to additional resources such as Chaplain Support, Alcohol/Substance Use Counselors, Clinical Therapists, and external referrals. The app allows in-hand, on-demand access to officer wellness tools, confidential access and utilization, and educational guidance on various wellness features. Additionally, the app allows for scheduled push notifications in order to increase awareness about available support services.

## *Professional Counseling Division Technology Implementation*

- **Relevant Consent Decree Paragraph(s): 389**

PCD/EAP has a specific use case for HIPPA-compliant reporting that differs from standard web-based software for contact centers, helplines, mental health services, and crisis and suicide prevention centers. As a result, PCD/EAP acquired iCarol, a web-based software to develop a custom platform, that can be modified or filter data for specific reports, to aggregate anonymized data related to availability and use of support services. In addition, PCD/EAP developed a project plan for continually planning the web-based software implementation.

Goal: Provide the Superintendent with an executive summary of wellness annual accomplishments, paragraph compliance, and plans for the forthcoming year.

## *Professional Counseling Division Annual Report to the Superintendent*

- ***Relevant Consent Decree Paragraph(s): 389***

The IMT provided a comment review to CPD regarding the 2022 Annual Report to the Superintendent. As a result, the Officer Wellness working group standardized a timeline cadence for the Annual Report to the Superintendent to minimize reporting discrepancies and optimize reporting efficiency.

The future Annual Report to the Superintendent will continue to include the programs and resources offered by PCD/EAP, the Officer Wellness Support Plan, the Communications Strategy, and the holistic approach to the Suicide Initiative Plan, including pre-and postvention efforts, as well as intervention efforts. In addition, the Annual Report will describe the programs and resources of Officer Wellness in clinical and non-clinical care, reflect feedback from the Needs Assessment survey completed in February 2023 by CPD members, and identify accomplishments, challenges, and future benchmarks.

Goal: Ensure CPD members are provided reliable and readily available equipment and technology to support their job duties and wellness needs.

## Body-Worn Cameras (BWC)

- *Relevant Consent Decree Paragraph(s): 236-241, 576*

The Department has continued to revise and update the body-worn camera (BWC) policy according to newly designated BWC Department personnel, Illinois SAFE T-Act provisions, enhanced supervisor roles, finalizing the random video review, and labor negotiation language on discipline.

R&D recently submitted the BWC policy back through the IMT and OAG review process. R&D believes that previous IMT and OAG, Illinois SAFE T-Act, and Department operational concerns have been answered and are reflective in the most recent BWC policy submission.

## Audits of Body-Worn Cameras and In-Car Cameras

- *Relevant Consent Decree Paragraph(s): 236-241, 576*

The Audit Division completed a series of reports related to paragraph 576 of the consent decree. Each report, listed below, was completed during the IMR-3 and IMR-4 reporting periods. The reports resulted in several recommendations that would allow for improvements in the understanding of the extent to which such footage is available for incidents, the reasons why some incidents may lack footage, and the extent to which supervisors have reviewed the footage.



- SPEC-H-2020 – Review of Body Worn Camera Video & Related Arrest Reports (September 16, 2020)
- SPEC-J-2020 – Survey of Supervisors RE: Audits of Body-worn Cameras & In-car Camera Footage (November 25, 2020)
- SPEC-I-2020 – Review of In-Car Camera Video & Related Arrest Reports (January 11, 2021)
- SPEC-A-2021 – Review of Body-Worn Camera Video & Related Investigatory Stop Reports (March 25, 2021)
- SPEC-B-2021 – Review of In-Car Camera Footage & Documented Transports (May 04, 2021)

The Audit Division launched an audit of BWC Activation in 2022, assessing the extent to which members properly activate BWC during arrests. The Audit Division anticipates finalizing this audit in IMR-9.

## *Equipment and Technology Audit*

- ***Relevant Consent Decree Paragraph(s): 415, 416***

After completing the inventory for IMR-6, Public Safety Information Technology (PSIT) began the process of modernizing the entire CPD inventory of obsolete desktop computers, laptop computers, police radios, body-worn cameras, cellphones, and police vehicle in-car terminals.

The City updated over 4200 outdated CPD computers in IMR8. All of the new computers were added to the inventory management module in ServiceNow. The City currently uses ServiceNow to track trouble tickets and repairs. In IMR-9 OPSA plans to move all of inventory management into ServiceNow and conduct audits with that comprehensive tool. OPSA and CPD have moved the inventory timeframe up to June of each year. The plan will reflect this date and the use of ServiceNow to complete the task.



# Accountability & Transparency

*"The Bureau of Internal Affairs continues in its mission to conduct fair, timely, and thorough investigations into allegations of police misconduct. We also seek to engage the community we serve and provide investigative status updates to involved parties, as well as provide publicly available data dashboards and access to closed administrative summaries. To further transparency, we are exploring the use of mediation between all parties (public and police) in investigations to discuss allegations of misconduct and seek resolution."*

**- Deputy Chief Traci Walker, Bureau of Internal Affairs**

The Accountability & Transparency section of the consent decree outlines the mechanisms by which the Department and other City entities, such as the Civilian Office of Police Accountability (COPA), will ensure that allegations of police misconduct are solicited, investigated, and resolved in a timely and fair manner. An investigative process that is grounded in legitimacy, transparency, and fairness is vital to building the public's trust in the Department's and the City's ability to hold its officers accountable when an allegation of misconduct has been proven to be true. Furthermore, this section of the consent decree clarifies the nature and frequency with which CPD needs to provide certain information to the public

**Goal: Improve the ability for members of the public and CPD members to submit complaints.**

## *Public Awareness Efforts*

- ***Relevant Consent Decree Paragraph(s): 425, 426, 428***

A critical component of a "robust and well-functioning" accountability system is open access "for all individuals who wish to file complaints." (paragraphs 420 and 421). CPD's policy is to welcome and accept all complaints so the public must be aware of how to access the complaint system. For this reason, the consent decree places particular emphasis on improving CPD's communication with the general public from start to finish—from how to make a complaint, through the stages of the investigation, to the final disposition.



The Bureau of Internal Affairs continues to promote multiple methods for the community to file a complaint in its printed materials and online medium. BIA continues to use the QR code which links users to the CPD home page.

In IMR-8, BIA developed a public-facing website which includes resources on the available methods for filing a complaint, the complaint and investigatory process, other agencies involved in the complaint process, quarterly and annual reports, and a link to the Department's Accountability data dashboard.

Goal: Codify investigations procedures to ensure a timely, thorough, and fair complaint investigations process.

## Accountability Policies

- **Relevant Consent Decree Paragraph(s): 425, 426, 427, 428, 432, 434, 435, 436, 439, 446, 448, 452, 454, 455, 456, 457, 461, 467, 469, 471, 472, 474, 478, 479, 481, 486, 493, 494, 496, 497, 499, 500, 502, 504, 507, 515, 518, 526, 527, 528, 553**

The Research and Development Division (R&D) published the following Accountability suites in December of 2022. R&D continues work with the Bureau of Internal Affairs BIA, IMT, and OAG on any further revisions needed to these policies moving forward to ensure Department members are adhering to policy requirements.

## Sexual Misconduct Policy

- **Relevant Consent Decree Paragraph(s): 63, 443**

The Prohibition of Sexual Misconduct (G08-06) policy was created to enhance the City's commitment to providing safe and supportive workplaces that have zero tolerance for violence and sexual misconduct. The Prohibition of Sexual Misconduct policy also provides procedures for reporting, investigating, and resolving complaints of sexual misconduct involving Department members. The Department recognizes that reports of any sexual misconduct involving a department member shatters public trust and respect for our authority. This policy is comprehensive, defines specific prohibitions of sexual misconduct, outlines procedures for reporting sexual misconduct, and assigns responsibility and accountability to hold Department members to the conduct and behavior expected of all members.

Between July 2022 and December 2022, the draft policy went through additional revisions and was posted for public and internal comment. These comments were very insightful, and revisions were made based on those comments. R&D continued to collaborate with OCP on community engagement efforts, including having direct conversations with advocacy organizations to obtain further feedback.

R&D recently received approval from IMT and OAG on the Prohibition of Sexual Misconduct policy. R&D posted the policy for further community feedback as required by the consent decree agreement. After the community feedback was evaluated, R&D published the policy on June 21st, 2023.

## *Command Channel Review*

- ***Relevant Consent Decree Paragraph(s): 498***

Command Channel Review (CCR) is a process in which command staff ("exempt" members) are notified of a completed complaint investigation into an allegation against a member under their command. The reviewing exempt-level supervisor can concur or not concur with the allegation finding(s) and/or the recommended penalty. The exempt-level supervisor review during CCR is advisory and is not binding. CCR allows exempt-level reviewers to advise the Superintendent or the Chief of BIA on the final disciplinary decision as a culture of accountability requires engagement by all ranks of CPD. CCR is a process to ensure that exempt-level supervisors monitor the compliance levels of their personnel based on allegations from the community.

The Bureau of Internal Affairs continues to train exempt members in the Command Channel Review (CCR) and as of May 18th, BIA has held five sessions of CCR training. The CCR training is at a 100% compliance (all exempt members have been trained).

# *Administrative Summary Reports*

- ***Relevant Consent Decree Paragraph(s): 446, 499, 500, 502, 504***

The Administrative Summary Report (ASR) is a key component of the Chicago Police Department's transparency efforts. The ASR is a public-facing document that provides the details of BIA misconduct investigations and findings upon final disciplinary decision. The ASR contains:

- A description of the CPD members and individuals involved in the alleged misconduct.
- The date, time, and location of the alleged misconduct.
- A description of all allegations and applicable policies.
- A narrative summary of the alleged misconduct.
- A narrative summary of the investigation.
- The findings and conclusions for each allegation of misconduct.
- Any recommended discipline.

Information contained in the ASR that is legally exempt from disclosure for privacy or other purposes is redacted before electronic publication. The report is provided to the accused member, his or her union, the member's commander and immediate supervisor, the complainant, and the public. All Administrative Summary reports are electronically published to BIA's public-facing website within 60 days of the final disciplinary decision. Members of the community can search for ASRs by a specific log number or retrieve all available ASRs via a public index (key identifiers from the dashboard data system).

In IMR-8, BIA continued to publish the Administrative Summary Report within 60 days of the final disciplinary decision. BIA also made minor modifications within the Case Management System to expedite the process of sending ASRs to Accused members.

## BIA Satisfaction Surveys

- *Relevant Consent Decree Paragraph(s): 483*

Community engagement is essential in the continuing effort to increase legitimacy and public trust, and the Bureau of Internal Affairs welcomes input and suggestions from all members of the public.

BIA has created a SurveyMonkey account and is working to incorporate the BIA Satisfaction Survey into a link to be included in the ASR communication in IMR-9. As always, the BIA public email address is available for any comments and/or questions: BIAfeedback@chicagopolice.org.

Goal: Provide appropriate training and resources to investigative personnel and Department members on procedures related to complaint investigations.

## Initial Onboard training for BIA members / Accountability Sergeants

- *Relevant Consent Decree Paragraph(s): 526, 528, 530*

One of BIA's largest projects has been the development of a five-day initial or "onboard" training for newly assigned BIA Investigators and Accountability Sergeants. BIA has been conducting accountability-related training sessions since 2007, including recruit and pre-service promotional classes. Basic training for BIA Investigators and Accountability Sergeants, however, was primarily mentor-based, with new investigators being guided by supervisors and experienced investigators. Depending on the investigator's assignment, they would also receive supplemental training (e.g., sexual assault investigations, and breathalyzer training). The goal was to ensure a baseline of knowledge necessary to conduct fair, thorough, and impartial administrative investigations. It was particularly important to include Accountability Sergeants in the training to ensure they could be held to the same standards as BIA Investigators, as many Accountability Sergeants become BIA investigators. By including both, BIA creates a pool of eligible investigators.

BIA has developed a comprehensive onboarding training curriculum. CPD has received input from outside consultants as well as from the Training & Support Group. In IMR-8 the Department submitted the curriculum to the IMT and OAG for review. BIA has conducted five sessions of the current onboard training. BIA expects to finalize and implement the 5-day training sessions in IMR-9.

## *Annual Refresher training for BIA members / Accountability Sergeants*

- *Relevant Consent Decree Paragraph(s): 527, 528*

In addition to onboarding training for all new BIA investigators and Accountability Sergeants, BIA members will receive at minimum eight hours of annual refresher training per year. BIA is currently working on creating subject based modules of training which will make revisions and updates easier to address trends and training needs.

## *2023 BIA Training Plan and In-Service Training*

- *Relevant Consent Decree Paragraph(s): 530*

BIA developed the 2023 Annual Training Plan which was submitted to the IMT and OAG for review in IMR-7. The IMT and OAG responded in IMR-8 with minor revisions and BIA is working to incorporate those.

The extensive plan includes detailed descriptions of the Onboard Training for new BIA investigators and District Accountability Sergeants, the Annual Refresher Training for all supervisors, and a color-coded training calendar. The plan includes Year A (2023) and Year B (2024) for the Annual Refresher Training as it includes at least 17 modules and will have the flexibility to add additional ones as needed.

BIA also conducts pre-service training for promoted Department members and recruits multiple times per year. The pre-service promotional training for Department members reviews the complaint and disciplinary roles and responsibilities for each position. The pre-service training for recruits is more extensive and covers policies and procedures, roles and responsibilities, and real-life scenarios.

During IMR-8, BIA conducted, with the help of the Training and Support Group, five pre-service Recruit training sessions, three audio recorder trainings, five Command Channel review sessions, five CMS training sessions, one pre-service Field Training Officer session, one pre-service Sergeant session and one pre-service Lieutenant session.

## BIA eLearning

- ***Relevant Consent Decree Paragraph(s): 72, 317, 320, 323, 425(d), 426, 434, 446, 449, 462, 472, 474, 496, 499, 500, 502***

In IMR-8, BIA reached full compliance (over 95% of entire Department trained) with the 5-module eLearning program on the complaint and investigation process.

In IMR-8, BIA, (with the assistance of the Training and Support Group), finalized the development of the Prohibition on Retaliation eLearning and submitted for comment to the IMT. BIA will work to incorporate revisions from the IMT and enroll Department members by the end of IMR-9.

## BIA Staffing and Equipment Needs Assessment

- ***Relevant Consent Decree Paragraph(s): 522, 523, 524***

During IMR-7, BIA conducted a yearly comprehensive staffing and equipment needs assessment. This assessment examined all 11 sections within BIA and the BIA command staff. In addition, because BIA oversees the investigations conducted by Accountability Sergeants and is responsible for their training, the staffing and equipment needs assessment includes an analysis of District and unit Accountability Sergeant staffing and investigation-related equipment. The methodology included both qualitative and quantitative elements such as interviews, caseload analysis, and gap analysis. BIA then revised a "rolling" staffing implementation plan timeline that establishes a regular cadence of monitoring, maintaining, and increasing personnel.  Finally, BIA revised a multi-tiered implementation plan timeline for the equipment needs with monthly, quarterly, and annual benchmarks.

BIA also provides a monthly update about staffing and training to the IMT and OAG during regularly scheduled monthly calls and is scheduled to draft the next Staffing and Equipment Needs Assessment in early IMR-9.

## *Audit of BIA Investigator and Accountability Sergeant Eligibility*

- *Relevant Consent Decree Paragraph(s): 522, 523, 524*

The Audit Division finalized its "Audit of BIA Investigator and Accountability Sergeant Eligibility" in 2022. The report assessed the extent to which BIA investigators and accountability sergeants met the eligibility requirements set in Department directives. The Audit Division identified one accountability sergeant who fell short of meeting the Department's disciplinary criteria and was formally removed from this position.

## Goal: Develop improved technology systems to enable data analysis, reporting, and record retention.

## *Case Management System*

- *Relevant Consent Decree Paragraph(s): 423, 438, 469, 479, 486, 505-507, 509, 515, 550, 551*

BIA investigates complaints of misconduct made against CPD members. The Case Management System (CMS) is a system used by BIA to document the process for investigating allegations of police misconduct. CMS manages the life cycle of a case from the initial intake to completion.

CMS provides a central location to store all documents and investigative materials pertinent to the case. CMS captures data that resides within the case, such as the classification of allegations, demographics of both the complainant and accused member, and findings, recommendations, and outcomes of discipline.

In IMR-8, BIA continued to participate in weekly meetings with its CMS vendor to ensure the system meets BIA's evolving technological needs. These meetings also help to ensure that modifications to the system support efforts to advance consent decree compliance. Some of the notable modifications of the CMS system in IMR-8 include the ability of an investigator to widen the search to identify any allegation of Sexual Misconduct. The CMS now has an extensive list of keywords that will be flagged in the "Incident Description" to assist the investigator. A report was developed that is utilized by the Commander to identify these key words and is a double-check for allegations of sexual misconduct.

BIA will continue to hold weekly meetings to address modifications to support the complaint and investigation process.

## CPD Community - Police Mediation Program

- *Relevant Consent Decree Paragraph(s): 511, 512*

In IMR-8, COPA and BIA developed a pilot program that allows community and Department members to voluntarily participate in a non-disciplinary alternative to the traditional complaint process. COPA and BIA refer allegations of misconduct to the Center for Conflict Resolution (CCR) for mediation between accused Department members and civilian complainants. The Reporting Party and the Department member meet with a third-party community mediator from CCR to have an open dialogue with the purpose of facilitating an understanding of each side's experience and arrive at a resolution. The 6-month pilot program has been extended. A synopsis of this pilot program will be included in the BIA 2023 Annual report.

## BIA Quarterly Reports

- *Relevant Consent Decree Paragraph(s): 550, 551*

The Bureau of Internal Affairs Quarterly and Annual Reports are central to the transparency of BIA operations. These reports are required by paragraphs 550 and 551 of the consent decree and are electronically published to CPD's public-facing website for access by members of the community and on CPD's The Wire page.

BIA's quarterly and annual reports include an executive summary, highlighting data trends and achievements observed in the given time frame. The quarterly and annual reports also include a glossary of terms, types of investigations conducted by BIA, the structure of the Bureau, and instructions on how a complaint may be filed and tracked through its investigation (by BIA or COPA). Additionally, the quarterly and annual reports outline complaint intake, investigative practices, findings in misconduct investigations, and the path of an investigation once it is submitted.

The quarterly and annual reports contain several data points, including the following:

- current statuses of all complaints received by BIA.
- aggregate data on the classifications of allegations.
- self-reported complainant demographic information.
- complaints received from anonymous and third-party complainants.
- aggregate data on complaints received by the public, specified by District/unit of assignment and subcategorized by classification of allegations.
- aggregate data on the processing of investigations.
- aggregate data on the outcomes of administrative investigations.
- aggregate data on discipline.
- aggregate data on grievance proceedings.
- aggregate data on the outcomes of misconduct investigations by classification of allegations, broken down by self-reported demographics of the complainant and CPD member.
- aggregate data on CPD members subject to multiple misconduct investigations in the previous year.
- aggregate data on CPD members who have been the subject of more than two complaints in the category of discriminatory policing, excessive force, or unlawful stops.

In IMR-8, BIA created and published its quarterly report for Q4 of 2022 and the 2022 Annual Report.

## BIA Audit

- ***Relevant Consent Decree Paragraph(s): 553***

The Audit Division finalized the 2022 annually required audit of BIA, as stipulated by consent decree paragraph 553. The audit resulted in three recommendations and four suggestions that will likely improve BIA's ability to comply with consent decree requirements. The Audit Division coordinated with BIA during the IMR-7 reporting period on the development of a recommended action plan designed to facilitate the implementation of each recommendation and suggestion.

In IMR-8, BIA reviewed and incorporated recommendations from the BIA Investigative File Audit. The implementation of recommendations will improve both the content of the investigative case as well as the cross-check procedures by Supervisors when reviewing cases. BIA welcomes periodic assessments by the Audit Division.

## CPD Annual Report

- ***Relevant Consent Decree Paragraph(s): 546, 547***

In June 2023, CPD published the department's 2022 Annual Report. This report describes CPD's activities and efforts throughout 2022, as well as provides a comprehensive review of crime and CPD activity data. The report is publicly available at https://home.chicagopolice.org/wp-content/uploads/2022-Annual-Report-FOR-PUBLICATION.pdf.

CPD informed the public that this report had been published on its various social media sites and solicited feedback from the community. Members of the community are encouraged to review the report and provide feedback via the department's annual reports page as linked above.

# Data Collection, Analysis, and Management

*"At CPD, we use data to document, prepare, implement, and assess our commitment to our goals in supporting the Department's commitment to public safety, building trust, and community wellbeing."*

**–Noé Flores, Assistant Director, Strategic Initiatives Division**

The Data Collection, Analysis, and Management section of the consent decree describes how CPD will improve its ability to leverage data and technology to drive decision-making, particularly in the areas of use of force and support for officers who may be at risk for adverse outcomes. The use of force components of this section are described in the "Use of Force" section of this report; the update provided below focuses solely on the Department's Officer Support System.

Goal: Proactively identify at-risk officers to ensure that they receive the support, guidance, or other intervention they require.

## *Officer Support System (OSS) Pilot*

- *Relevant Consent Decree Paragraph(s): 389, 583-597, 600-605*

The Officer Support System (OSS) is designed to assist supervisors in proactively supporting sworn members of the Chicago Police Department who are at a statistically increased risk of being involved in a future adverse event in a non-disciplinary manner. The OSS application uses an advanced algorithm, based on internal Department data, to identify members who are at a statistically heightened risk of experiencing one or more of the following:

- a future sustained excessive force complaint;
- a future Department suspension;
- a future off-duty complaint; and
- a future domestic abuse or substance abuse complaint.

During IMR-8, the OSS Pilot Program launched in the 006th District. In-person OSS Supervisor training was provided to the district's sworn supervisory personnel and complimentary eLearning was completed by all sworn members assigned or detailed to the District. The OSS issued a total of 25 Work Items to 16 unique members during the first three months in which the pilot was operational in 006.



Goal: Improve and streamline the systems and software that support the collection and management of data.

## *CPD Data Systems Assessment*

- ***Relevant Consent Decree Paragraph(s): 606-607***

In the IMR-4 period, the City contracted with Gartner, a leading technology consulting firm, to conduct an in-depth assessment of CPD data systems, as required by paragraph 606 of the consent decree. The goal of this assessment is to review disparate data systems and identify opportunities to streamline or reconcile them as needed to ensure that the Department is equipped to more seamlessly collect and report on key metrics related to reform and police activity.

The Gartner report was reviewed, finalized, and submitted to the IMT/OAG in IMR-5, but did not achieve any level of compliance as the IMT and OAG indicated that it required additional work. In IMR-6, the Office of Public Safety Administration (OPSA) worked with CPD to identify all relevant applications that the Department currently uses to gather data. CPD then integrated the Roadmap for Operational Compliance into the data assessment to accurately identify gaps in the data-gathering process. This approach was applied to specific areas of the consent decree and the resulting analysis was welcomed by the IMT and OAG.

In IMR-8, the City continued to build on its gap analysis with the input of individual monitors. Through the Information Systems Development Group, the City identified components required for a new records management system. The departments' intention was to purchase a SaaS product through the City's contract with CDW. The intended procurement method has been re-aligned at the request of the Chief Procurement Officer to move forward with a DPS process. In IMR-9, the OPSA and CPD will work closely with DPS and DOL to procure the much-needed RMS upgrade.

The plan for paragraph 607 has also become a living document building on the initial work of Gartner, the Gap analysis and the path forward with the new RMS. The City intends to build on that plan to reflect the changes of IMR-8.



# *Data Analysis Input Verification Process*

- ***Relevant Consent Decree Paragraph(s): 581, 606***

CPD recognizes the critical importance of ensuring that the data it uses internally and provides to the public is fully accurate, and it acknowledges that it faces a variety of challenges in managing and reporting on the immense volume of data that the Department maintains. In its IMR-5 report, for example, the IMT highlights challenges that the Department encountered in measuring foot pursuit incidents.

To address these challenges in all areas of reform, the Office of Constitutional Policing and Reform, in close consultation with the Research and Development (R&D) and the Strategic Initiatives Division (SID), established a more comprehensive process for verifying data analysis across the Department. Because R&D and SID are both involved in generating and reporting on data in various contexts, including in ways that may potentially overlap, these two units must verify one another's work. Similarly, other units such as the Tactical Review and Evaluation Division (TRED) and Bureau of Internal Affairs (BIA) create many of their data-intensive deliverables for IMT, OAG, and public consumption. All these items necessitate stronger internal data governance and controls before publication.

The Strategic Initiatives Division (SID) continued to serve as the primary source of data verification for the Chicago Police Department. Given the majority of the Department's data analytics capabilities are housed within SID, the unit continues to evolve its process for ensuring items are reviewed before distribution to their final destination while maintaining the original mandate established in conjunction with OCPR and R&D to strengthen the quality and accuracy of its data analysis and increase collaboration across units that produce data related analytic reports.

# *Information Systems Development Group (ISDG)*

- ***Relevant Consent Decree Paragraph(s): 608***

The committee has been meeting quarterly thru IMR-6 and IMR-7. Policy documents and committee templates have been created and approved and are in use for each meeting. We consider CPD/PSA to be fully compliant.

- Required members must participate.
- Attendance is taken.
- An agenda is provided.
- Notes are compiled for each meeting.
- Votes are taken for each measure introduced at each meeting.
- Status on open items is provided.
- Notes from the previous meeting are reviewed and voted upon for accuracy and acceptance.

The ISDG continues to meet regularly with the required membership. The group has identified technology needs and made pertinent recommendations for improvements. In IMR-9 the group will continue to meet to address the technology needs of the department. We welcome the continued attendance of the IMT at our regular meetings.

# Investigatory Stops

*"The comprehensive reform efforts taking place entail a re-evaluation of protocols and practices. We are working on enhancing procedural justice and prioritizing community safety while building a stronger foundation of community trust and unbiased enforcement."*

**–Lieutenant Gregory Hoffman, Office of Constitutional Policing and Reform**

On June 27, 2023, an agreement reached between the City of Chicago and OAG added 78 paragraphs related to investigatory stops to the consent decree. This now brings the consent decree to 877 total paragraphs.

The City of Chicago and the Office of the Illinois Attorney General reached an agreement to amend the Consent Decree as it pertains to the policies and practices of the Chicago Police Department (CPD) regarding investigatory stops, protective pat downs, and enforcement of the City's gang and narcotics-related loitering ordinances. The agreement addresses monitoring, reporting, review, community engagement, training, and accountability measures related to investigatory stops conducted by CPD, including revisions to CPD's procedures concerning investigatory stops and the enforcement of the loitering ordinances.

The Consent Decree aims to ensure that CPD's operations align with constitutional and legal standards, respect the rights of Chicago residents, build trust between law enforcement and communities, and enhance community and officer safety. There is also a focus on providing Chicago police officers the necessary training, resources, and support to ensure they are performing their duties professionally and safely.



