**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

State of Illinois
          Plaintiff,

v.                                         Case No.: 1:17–cv–06260
                                              Honorable Rebecca R. Pallmeyer

City Of Chicago
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 14, 2023:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: A status hearing is set for 11/16/2023 at 1:00 p.m. via Zoom. Members of the public may listen in to the status conference via Zoom at: https://schiffhardin.zoom.us/j/95813771732. Phone: 13126266799, access code: 95813771732#. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.