Case: 1:17-cv-06260 Document #: 1130 Filed: 11/16/23 Page 1 of 5 PageID #:23474
PC SCAN
FILED 11/16/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SMB

United States District Court
Northern District of Illinois

SCANNED AT PON CC
EMAILED 11/16/23 (date)
BY ECB (initials)
21 (# of pages)

Roosevelt Jackson
Chicago Citizen Plaintiff

VS.

City of Chicago
Defendant

CASE NO. 17-CV-6260

## Motion to Intervention

Rule 24. Intervention

(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:

(1) is given an unconditional right to intervene by Federal Statute; or

(2) claims an interest relating to the property or transaction that is the subject of the action and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest

(1)

(b) Permissive Intervention.

(1) In General. On timely motion, the court may permit anyone to intervene who:
(A) is given a conditional right to intervene by a Federal Statute; or
(B) has a claim or defense that shares with the main action a common question of law or fact.

(2) By a Government Office or Agency. On timely motion, the court may permit a Federal or State officer or agency to intervene if a party's claim or defense is based on;
(A) a statute or executive order administered by the officer or agency; or
(B) any regulation, order, requirement, or agreement issued or made under the Statute or executive order.

(3) Delay or Prejudice. In exercising its discretion, the court must consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights.

(c) Notice and Pleading Required. A Motion to intervene must be served on the parties as provided in Rule 5. The motion must state the grounds for intervention and be accompanied by a pleading that sets out the claim or defense for which the intervention is sought. (view Preliminary injuction)

(2)

## Introduction:

Am writing this introduction to explain my position in these proceedings pursuant to case#17-C-V-6260 "Illinois v City of Chicago 2019 WL 398703

On Aug 29, 2017 The Attorney General of the state of Illinois Filed Civil suit against there own executive Branch "City of Chicago" on behalf of the citizen's of chicago

on Jan 31, 2019 all party's agreed to the unconstitutional practice, policy that was alleged in the suit and a consent decree was put in place to monitor these's unconstitutional practices, policy

On Sep 11, 2023 City of Chicago (state's Attorney) Office Assist. State's attorney Michael R. O'malley are trying to take two positions which it is count 2 in Illinois v City of Chicago 2019 WL 398703

on Oct 26, 2023 I ▓▓ Plaintiff Filed a preliminary injuction pursuant to Case# 17-cv-6260 "Illinois v City of Chicago 2019 WL 398703 i recieve e-File response unFile, because am not a party i have to File said Document under case no. am a member

on Nov 2, 2023 again I Plaintiff Filed another preliminary injuction pursuant to case no. 13CR2371-01 on the grounds/cause in case no 17-CV-6260 "Illinois v City of Chicago 2019 WL 398703 again the e-File was

(1)

not process and this court stated this case don't exist.

Plaintiff Roosevelt Jackson is a member of case No 17-CV-6260 "Illinois v City of Chicago 2019 WL 398703" The Attorney General Office filed said suit on the behalf of the citizen's of Chicago and i Plaintiff is a citizen of Chicago view attach documents. The State of Illinois (Attorney General office) is the sole representative of the citizen's of Chicago in these proceedings. Attorney General Office is the only Attorney who have jurisdiction to Represent Plaintiff Not a public defender public defender is part of the city of chicago.

The Head of the executive Branch (Attorney General) Filed this suit have to represent Plaintiff. Attorney General establish this consent decree on the alleged Hcounts in suit that the citizen of Chicago suffer from the city of Chicago law enforcement unconstitutional practice or policy. If Chicago citizen is seeking relief from the city of Chicago unconstitutional practice, or policy and the city of Chicago are trying to take two position it is my due process right to inform this court DOJ, who's overseeing this consent decree what is a live case. And also inform my representative (Attorney General office) in these proceedings. Pursuant to Executive officers, 15 ILCS 205/ 10. Once the court is notified that the party is trying To Take Two position Attorney General office have to investigate if allegations are true the city of Chicago can be held liable again

(2)

Your Honor

by this court refusing to process said preliminary injuction (1) citizen of Chicago will continue to suffer from these unconstitutional practices, policy (2) the city of Chicago will be taken two position (3) the city of Chicago will be in direct violation of Consent decree (4) the city of Chicago will commit Fraud upon the court not any court your court Your Honor.

Your Honor I Plaintiff Roosevelt Jackson is a member of Case NO 17-CV-6260 I Plaintiff may not been in those meeting but that civil suit/consent decree was establish on the violation of the citizen of Chicago and the city of Chicago is bar by judicial estoppel.

I Pray this introduction is not taking out of Content but my constitutional rights are on the line and i have to inform this court who have jurisdiction over this consent decree and to inform my representative Attorney General Office

(3)