UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

State of Illinois
        Plaintiff,

v.                                         Case No.: 1:17−cv−06260
                                                    Honorable Rebecca R. Pallmeyer

City Of Chicago
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 22, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Roosevelt Jackson has moved for leave to intervene. Mr. Jackson points out that he is a citizen of the City of Chicago and therefore has an interest in challenging unconstitutional policies or practices that prompted the filing of the case. Mr. Jackson acknowledges, however, that the Illinois Attorney General is "the sole representative of the citizens of Chicago in these proceedings" and the only entity with "jurisdiction to represent plaintiff." As a non−lawyer, Mr. Jackson has no standing to represent other individuals. With respect to his own circumstances, Mr. Jackson alleges in a motion for preliminary injunction that he "was held unconstitutional based on an investigative alert is forfeited 13 CR 2371−0.1." He has attached, as an exhibit to his motion, a copy of a January 2, 2013 arrest report. If Mr. Jackson is being held or was held unlawfully, he is free to file an action in federal court challenging the unlawful detention. That a provision of the Consent Decree may have been violated in his case does not give Mr. Jackson standing to intervene. His motions [1130, 1131] are denied. Mailed notice. (cp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.