UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF CHICAGO,<br><br>         Defendant. | Case No. 17-cv-6260<br><br>Judge Rebecca R. Pallmeyer |

### ORDER GRANTING THE CITY OF CHICAGO'S UNOPPOSED MOTION FOR A FINDING OF PSIG AND OIG'S SUSTAINED FULL AND EFFECTIVE COMPLIANCE OF MATERIAL REQUIREMENTS OF THE CONSENT DECREE

  The Court hereby grants the City of Chicago's Motion for a Finding that the Office of the Inspector General ("OIG") and the Deputy Inspector General for Public Safety ("PSIG") have maintained full and effective compliance with the material requirements of Paragraphs 440(b), 444, 481, 522, 523, 537, 556, 557, 558, 559, 561, 562, 563, and 565 of the Consent Decree for the required two-year time period. (Dkt. 1135.) The Court finds the OIG and PSIG having achieved and maintained full and effective compliance with the Consent Decree requirements those obligations are hereby terminated.

Dated: December 21, 2023

                                 _____
                                 Rebecca R. Pallmeyer
                                 United States District Court Judge