**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17-cv-6260 |
| v. | ) | |
| | ) | Judge Rebecca Pallmeyer |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

**THE CITY OF CHICAGO'S STATUS REPORT FOR INDEPENDENT MONITOR
REPORTING PERIOD 9 (IMR-9)**

Defendant City of Chicago, by and through one of its attorneys, Jennifer K. Bagby, Deputy Corporation Counsel for the City of Chicago, respectfully submits the City of Chicago's ("City's") Status Report for Reporting Period 9, pursuant to Consent Decree paragraph 680.

Consent Decree paragraph 680 provides that "[b]eginning with the Monitor's first report filed with the Court, and for each subsequent semiannual report by the Monitor, the City agrees to file a status report one month before each of the Monitor's reports is due for the duration of this Agreement. The City's status report will delineate the steps taken by CPD during the reporting period to comply with this Agreement, and the CPD's assessment of the status of its progress implementing this Agreement."

**BACKGROUND**

The Consent Decree is a negotiated settlement agreement between the City and the State of Illinois that requires the City, through the Chicago Police Department (CPD) and other City agencies, to institute a series of reforms designed to build public trust between officers and the communities they serve through the delivery of police services in a manner consistent with applicable laws and in a manner that respects individual's rights. Compliance with the Consent Decree is assessed by the Monitor ("IMT") every six months in the "Independent Monitor Reports" or IMRs. IMR-9 represents the period of July 1, 2023, through December 31, 2023.

Compliance is generally assessed by the IMT in three levels – preliminary, secondary, and full or operational. The general methodology for achieving preliminary compliance is that a policy exists that addresses the requirements of a particular Consent Decree paragraph. The general

1

methodology for achieving secondary compliance is that at least 95% of relevant CPD members have received an approved training covering the policy (and therefore Consent Decree) requirements. Finally, the general methodology for achieving full or operational compliance requires evaluating whether the policy and training are achieving the requisite goals or objectives. It is also important to stress that each CPD policy and training covered by the Consent Decree requires review and approval by the IMT and Office of Attorney General (OAG). The City and CPD typically do not obtain full compliance with any provisions of the Consent Decree without first achieving preliminary compliance through the policy development, review, and implementation process and then achieving secondary compliance through the development, review, and approval of training that is then administered to 95% of required department members.

The Consent Decree includes the following sections: Community Policing; Impartial Policing; Crisis Intervention; Use of Force; Recruitment, Hiring, and Promotion; Training; Supervision; Officer Wellness and Support; Accountability and Transparency; Data Collection, Analysis, and Management; and the newly added Investigatory Stops, Protective Pat Downs, and Enforcement of Loitering Ordinances. CPD's Reform efforts, and Consent Decree compliance efforts are led by the Office of Constitutional Policing and Reform (OCPR). OCPR is staffed by sworn and civilian members who work on policy; training; community engagement; data collection and analysis; auditing; and project management for the entire Consent Decree. OCPR works with subject matter experts within CPD and external experts where necessary to address the specific topics covered by the Consent Decree. Below are highlights of the steps taken by CPD and the status of its progress through IMR-9 by Consent Decree section. Each section and paragraph call for different materials to establish or maintain compliance. The information below is meant to highlight the work undertaken by CPD during the latest six-month reporting period to comply with the requirements of the Consent Decree and to summarize CPD's progress in implementing the Agreement. Accordingly, this report does not capture all of the work and accomplishments made by CPD through the efforts of its sworn and civil members committed to doing this work during this reporting period.

## I. COMMUNITY POLICING

### *Goals*:

Among the goals of the Community Policing section are the integration of a community policing philosophy into CPD operations to build public trust and confidence in CPD and ensure

constitutional and effective policing as well as officer and public safety. Additionally, CPD is to ensure that its community policing philosophy is a core component of police services, crime reduction strategies and tactics, training, management, resource deployment, and accountability systems.

### *CPD Ongoing Work:*

CPD's ongoing Beat and District Area Council (DAC) meetings, District and Bureau Strategic Plans, Youth District Advisory Councils (YDAC), Quarterly Reports to the Community Policing Advisory Panel (CPAP), Victim Services, Affinity Liaisons, and School Resource Officers all contribute to meeting the goals of the Community Policing section of the Consent Decree.

### *CPD Consent Decree Progress and Achievements in IMR – 9:*

CPD finalized and presented to the IMT a proposal to take a more directed approach to the community engagement process for policy development and review. CPD worked collaboratively with the City's Department of Family and Support Services (DFSS) on Youth Diversion and in the process were able to move Youth Processing Centers closer to families and service providers. These locations have dedicated rooms that have a more accessible design and aesthetics for youth. CPD also contracted with a vendor to utilize a risk assessment tool for youth diversion that allows data to be sent directly to service providers. CPD has engaged in review and revisions on its Interactions with Youth and Children policy (G02-05) with the IMT and OAG and anticipates implementing the policy by the end of 2023 to gain preliminary compliance with paragraph 32. Additionally, the completion of the Recruit Juvenile Processing Training and the Custody, Arrests, Booking and Detention Training should achieve additional levels of compliance with paragraphs 20 and 31. Finally, CPD's Annual Community Policing Report, CPAP Quarterly Reports, as well as ongoing Beat and DAC meetings should result in increased compliance levels for paragraphs 16, 22, 23, and 24.

## II.     IMPARTIAL POLICING

### *Goals:*

Among the goals of the Impartial Policing section are for CPD to deliver police services to all members of the public without bias and to treat all people with dignity and respect. To achieve these goals, CPD is to build partnerships with community members supporting the effective delivery of police services and provide clear policy, training, and supervision to its members in

order to deliver police services in a manner that promotes community trust and ensures equal protection of the law to all individuals.

### *CPD Ongoing Work:*

CPD continues to incorporate principles of impartial policing into policies and trainings as they are developed, including the Department Training Directives Policy Suite; Hate Crimes eLearning; Taser Training; Communications in Police Environment eLearning; and De-escalation, Response to Resistance, Use of Force Training.  Additionally, CPD continues to expand its use of Language Line to communicate with members of the public with limited English proficiency as its Limited English Proficiency policy is updated.

### *CPD Consent Decree Progress and Achievements in IMR-9:*

The Chicago Hearing Society conducted training with CPD personnel, furthering direction on the policy related to interacting with persons with disabilities (S02-01-01).  CPD submitted the Limited English Proficiency policy (S02-01-05) to the IMT and OAG and with nearly 1,000 community member surveys and extensive outreach to 12 community – based organizations including the Mexican Consulate, the HANA Center, and the Polish American Association.  CPD continued work to revise its Search Warrant policies, which should be finalized and implemented in IMR-10.  CPD successfully trained over 95% of required Department members in numerous trainings, including Constitutional Policing Training, Fair and Impartial Policing Training, Hate Crimes eLearning, Communications in Police Environment eLearning, ABLE Refresher Training, Prohibition on Retaliation eLearning, to support increased compliance levels with paragraphs 52, 53, 54, 55, 56, 57, 58, 59, 61, 68, 69, 71, 72, 74.

### III.    CRISIS INTERVENTION

### *Goals:*

To ensure that CPD members interact with persons in crisis with dignity and respect, use trauma-informed techniques to respond appropriately, and to prevent unnecessary criminal justice involvement for individuals in crisis.

### *CPD Ongoing Work and Consent Decree Progress and Achievements in IMR-9:*

Throughout IMR-9, CPD continued to provide CIT Basic and Refresher Training and CIT Recruit Concepts Training to support increased levels of compliance with paragraphs such as 95, 96, 97, 98, 100, 101, 102, 103.  CPD finalized and implemented the suite of policies "Recognizing and Responding to Individuals in Crisis" (S04-20) and continued to revise its policy related to the

Crisis Intervention Team (CIT) Program (S05-14).  CPD's CIT Coordinator attended all necessary training and maintained all necessary certifications.  CPD officers continued to staff some of the City's CARE Teams.  Finally, CPD evaluated its CIT Program and chose to return to the "Memphis Model" which involves specialized CIT training only for officers who volunteer to be a part of the response teams for crisis incidents.

## IV.    USE OF FORCE

### *Goals:*

CPD's use of force policies as well as training, supervision, and accountability systems are to ensure that CPD officers use force in accordance with federal law, state law, and the requirements of the Consent Decree; that officers apply de-escalation techniques to prevent or reduce the need to use force where safe and feasible; that officers only use objectively reasonable force that is necessary and proportional; and that any use of unreasonable force is promptly identified and responded to appropriately.

### *CPD Ongoing Work:*

CPD continues to collect and to report Use of Force Data in both a public facing dashboard and regular published reports.  CPD's Tactical Review and Evaluation Division (TRED) continues to review certain use of force incidents, firearm pointing incidents, and foot pursuits.

### *CPD Consent Decree Progress and Achievements in IMR-9:*

CPD anticipates gaining operational compliance with paragraph 181 through the BIA 2023 Annual Prescribed Weapons Qualification Report.  Throughout IMR-9, CPD engaged in operational compliance discussions with the IMT and OAG to establish the methodologies and plans for operational compliance with additional paragraphs in the Use of Force section.  CPD contracted with the University of Texas - San Antonio to assist in achieving compliance with the Use of Force data analysis required by paragraphs 572 and 573.  CPD streamlined the Force Review Board presentations by creating a template to ensure effective presentations that address all Consent Decree and SOP requirements.  CPD finalized and implemented a revised Use of Force Policy Suite after extensive work with the IMT, OAG, and community engagement.  CPD has revised its Body Worn Camera (BWC) policy (S03-14) and anticipates implementing the revised policy by the end of IMR-9 which should achieve increased levels of compliance with paragraphs 236, 237, 238, 239, 240, 241.  Additionally, over 95% of required CPD members completed the following training courses: Use of Force, ICAT, LEMART, Constitutional Policing, EVOC.

Completion of these training courses supports or achieves increased levels of compliance with the following paragraphs: 153, 155, 156, 167, 207, 213, 229, 236, 237, 238, 239, 243. Finally, the review by 95% of supervisors of CPD's Tactical Review and Response Division's 2022 Annual Report supports increased levels of compliance with paragraphs 223, 224, 225, 226, 227, 228, 229, 230, 231, 233, 234, 235, 243, 248.

## V.   RECRUITMENT, HIRING, AND PROMOTION

### Goals:

To recruit, hire, and promote officers who are qualified to meet the complex needs of law enforcement and who reflect a broad cross section of the City.

### CPD Ongoing Work:

CPD worked with Purpose Brand Marketing to launch a marketing campaign focused on attracting "non-traditional" candidates. CPD continued to work with Olive-Harvey Community College on the "Pathway to Policing," a pipeline to attract students interested in joining CPD. Finally, CPD is participating in the 30x30 Initiative, a coalition of police leaders, researchers, and professional organizations who have joined together to advance the representation and experiences of women in all ranks of policing in the United States.

Due to the unique human resources structure within the City, the responsibilities for Recruitment, Hiring, and Promotions are divided between CPD, the City's Department of Human Resources (DHR), and the City's Department of Public Safety Administration (OPSA). CPD's responsibilities are primarily limited to recruitment; however, DHR, OPSA, and CPD worked together to form a Police Promotions Committee and a Recruit Hiring Committee towards achieving the goals of this section of the Consent Decree.

### CPD Consent Decree Progress and Achievements in IMR-9:

The CPD Recruitment Strategic Plan establishes increased compliance with paragraphs 254, 258, and 259. Several Standard Operating Procedures (SOPs) and Interagency Policies (IAPs) were completed within and between CPD, DHR, and OPSA which support increased compliance throughout the section, including with paragraphs 253, 254, and 256. Finally, the City retained DCI Consulting to complete the independent expert assessment of its Sergeant and Lieutenant promotions process as required by paragraph 261.

## VI. TRAINING

### Goals:

Training of CPD members, both recruits and active members, is essential to ensure that members are policing diligently, safely, and with an understanding of and commitment to the constitutional rights of all individuals they encounter. Additionally, at this stage of the Consent Decree, CPD must provide all non-probationary police officers who are active duty and available for assignment forty hours of in-service training annually. This training must consist of a minimum of 24-hours of in-person mandatory courses.

### CPD Ongoing Work:

In 2023, CPD transitioned to delivering the required training hours in the calendar year, all while planning and developing the necessary training for 2024 and the upcoming Democratic National Convention (DNC). CPD increased engagement for the 2024 Training Needs Assessment through a survey with the University of Chicago Survey Lab and increased distribution of the survey; survey participation by the Training Oversight Committee (TOC) leadership and the Training Community Advisor Committee (TCAC); participation requests to external stakeholders such as the Fraternal Order of Police (FOP), Civilian Office of Police Accountability (COPA), Department of Law (DOL), and Community Commission for Public Safety and Accountability (CCPSA). The TOC achieved increased engagement and deliberation due to the development of subcommittees, additional supervisor involvement in the subcommittees and increased presentations by the subcommittees. The TCAC, comprised of community organizations, education professionals, and advocates for community programming, supplies CPD with feedback on specific training topics and materials and provides advice to CPD on trainings that should be conducted. Finally, CPD continued the ongoing development, review, and revision of lesson plans for 2024 Training Courses, needed to meet the mandatory 40-hours for 2024 and to prepare for the DNC.

### CPD Consent Decree Progress and Achievements in IMR-9:

CPD achieved the required 95% of Department members completing 40-hours of annual in-service training for calendar year 2023. This is a tremendous accomplishment as 2023 was the first year since the pandemic that the training hours were completed in the calendar year. The 40-hours of training included the following courses: Constitutional Policing, Officer Wellness, 2023 Use of Force Training, and Fair and Impartial Policing. In addition to compliance with the overall

training requirements of paragraphs 320, 321, and 323, these trainings support increased compliance levels in other Consent Decree sections. Finally, CPD's Annual In-Service Supervisor Training, required by paragraph 337, was completed by 95% of required Department members and included the Department's civilian supervisors.

## VII.  SUPERVISION

### *Goals:*

To provide effective supervision necessary for members to perform their duties lawfully, safely, and effectively. Additionally, supervisors are to have the opportunity to spend time with members under their supervision to allow them to prevent, identify, and correct adverse officer behavior.

### *CPD Ongoing Work:*

Expansion of the Unity of Command and Span of Control Pilot to include both the 6th and 4th Districts. Expansion of the Performance Evaluation System (PES) to include both the 6th and 4th Districts. Project planning and scope of work development for CPD's Workforce Allocation and Staffing Studies. The launch of the Unity of Command / Span of Control Tableau Dashboard.

### *CPD Consent Decree Progress and Achievements in IMR-9:*

Review by supervisors of the 2022 TRED Year End Report supports increased levels of compliance with paragraphs 349, 351, 352. Creation of a Watch Application Spreadsheet supports increased levels of compliance with paragraphs 362, 363, 364, and 367.

## VIII.  OFFICER WELLNESS AND SUPPORT

### *Goals:*

Psychological and emotional wellness are critical to officers' health, relationships, job performance, and safety and are necessary to achieve a healthy, effective, and constitutionally compliant police force. CPD is to provide its members with adequate support systems to treat members experiencing mental health, substance abuse, and other emotional challenges as well as to cope with the consequences that come from their service to the public.

### *CPD Ongoing Work:*

Two new Professional Counseling Division facilities were opened to provide services at more convenient locations – one on the north side and one on the south side. CPD completed the delivery of new gym equipment to each District and developed and furnished Quiet Rooms in each District. The Wellness and Resilience Training was implemented for CPD's civilian employees in

addition to its sworn members. CPD implemented a voluntary wellness check-in for officers as well as implemented the use of the CORDICO Wellness app for all members. Finally, CPD added a police clinician supervisor position.

### CPD Consent Decree Progress and Achievements in IMR-9:

The Officer Wellness Needs Assessment, the 2023 Officer Wellness Support Plan with Communications Strategy and Suicide Prevention Initiative, Professional Counseling Report to the Superintendent, Professional Counseling Division Weekly Meeting Check-in Data, licensed clinicians and counselors, peer support meetings, and completion of the 2023 Wellness In-Service training each support increased levels of compliance with certain paragraphs in this section including paragraphs 382, 383, 384, 385, 386, 388, 389, 391, 396, 399, 400, 402, 404,413, and 414.

### IX.    ACCOUNTABILITY AND TRANSPARENCY

### Goals:

Officer accountability for misconduct is essential to public confidence, employee safety, and officer morale. CPD   and other City agencies are to ensure the process for submitting and pursuing complaints that allege violations of CPD policy or the law by CPD members is open and accessible for all individuals who wish to file complaints.

### CPD Ongoing Work:

CPD has requested 30 civilian investigator positions in the 2024 budget to increase staffing and allow for prompt investigation of complaints within CPD's jurisdiction. CPD created and distributed a survey to each reporting party and accused party of all Administrative Summary Reports at the conclusion of an investigation. CPD continued the development, revision, and consultation with a subject matter expert regarding CPD's policy on Firearms Discharge and Officer Involved Incident Response (G03-06).

### CPD Consent Decree Progress and Achievements in IMR-9:

The review, revision, and approval of one – hour blocks of training for BIA investigators through collaboration with the IMT. The delivery of eight hours of the approved trainings to BIA investigators which supports increased levels of compliance with the following paragraphs:  424, 425, 426, 427, 428, 429, 431, 432, 435, 436, 437, 438, 440, 443, 447, 450, 455, 462, 464, 465, 466, 467, 469, 477, 478, 486, 494, 503, 505, 506, 507, 508, 509, 513, 514, 515, 516, 517, 552. CPD completed the Prohibition on Retaliation eLearning by training over 95% of required

department members, supporting increased levels of compliance with paragraphs 436, 437. CPD implemented policies concerning the Complaint and Disciplinary Systems (G08-01), Complaint, Disciplinary Investigators and Investigations (S08-01), Preliminary Investigations (G04-01), and Conducting Log Number Investigations (S08-01-05) which support increased levels of compliance with the following paragraphs: 431, 451, 480, 526, 527, 528, 529, 530, 531, 544, 553.

    X.       **DATA COLLECTION, ANALYSIS**

       ***Goals:***

The ability of CPD to collect and analyze data is necessary to engage in critical self-examination and to identify issues and correct them as well as necessary for transparency and increased public trust.

       ***CPD Ongoing Work and IMR-9 Progress and Achievements:***

The data requirements of the Consent Decree encompass the entire Agreement thus CPD continues to consider the data collection and analysis within each section of the Consent Decree. In IMR-9, CPD completed an assessment of its information mechanisms consistent with paragraph 606. This assessment touched on all sections of the Consent Decree and CPD sought input from the IMT and OAG in the process. As mentioned above, CPD contracted with the University of Texas – San Antonio to conduct the Use of Force data assessment required by paragraphs 572 and 573 and CPD streamlined the Force Review Board presentations by creating a template to ensure effective presentations that address all Consent Decree and SOP requirements. Additionally, CPD developed a Use of Force Dashboard Implementation Plan which supports increased levels of compliance with paragraphs 569, 572, 574. Finally, CPD's OSS Supervisor Training was delivered to over 95% of required supervisors, supporting increased levels of compliance with paragraphs 583, 584, 585, 586, 587, 588.

    XI.     **INVESTIGATORY STOPS, PROTECTIVE PAT DOWNS, ENFORCEMENT OF LOITERING ORDINANCES**

       ***Goals:***

The Consent Decree was expanded by way of stipulation to include investigatory stops, protective pat downs, and enforcement of the City's Loitering Ordinances. The stipulation requires CPD to monitor, report, review, train, and implement accountability measures to ensure that when conducting investigatory stops and protective pat downs and when enforcing the City's loitering

ordinances, CPD members act in a manner that complies with the Constitution, the laws of the United States, and the laws of the State of Illinois and that CPD members act without bias and treat all people with dignity.

### *CPD's Ongoing Work and IMR-9 Progress and Accomplishments:*

The stipulation was entered by the Court on June 27, 2023, bringing certain paragraphs into assessment in IMR-9. Additionally, foundational work continues on the requirements that are not yet under assessment. CPD produced drafts of the policy suites as required by paragraph 868 and have received comments back from the IMT and OAG. CPD anticipates returning the revised policy suites to the IMT and OAG before the end of IMR-9. CPD responded to the recommendations by the community groups involved in the community engagement project as contemplated by paragraph 865. CPD continues to publish annual ISR data as required by paragraph 834 and produces monthly data to the IMT and OAG. CPD has completed the pre-stipulation backlog review as required by paragraph 854 and continues to work on the reviews since the entry of the stipulation as described in paragraph 857. Further, CPD's ongoing "Know Your Rights Campaign" as required by paragraph 28, includes the rights of members of the public when stopped by the police, as required by paragraph 866. The current "Know Your Rights Campaign" can be found here: https://home.chicagopolice.org/transform/rights/
Finally, CPD and the City continue to work with the IMT and OAG on how and when certain paragraphs related to the stipulation should be assessed.


### CONCLUSION

As highlighted above, CPD has continued the work of reform and its Consent Decree compliance efforts throughout IMR-9, building on its efforts over the past three reporting periods. The City and CPD expect to see increased levels of compliance in the IMT's report for IMR-9 as they continue to plan the work for IMR-10.


### RESPECTFULLY SUBMITTED


BY:     */s/ Jennifer K. Bagby*
        Jennifer K. Bagby
        Deputy Corporation Counsel

**Attorneys for the City of Chicago**
Jennifer K. Bagby, Deputy Corporation Counsel
Danielle Clayton, Assistant Corporation Counsel
Max Frazier, Assistant Corporation Counsel
Arthur Haynes, Assistant Corporation Counsel
City of Chicago Department of Law
Public Safety Reform Division
121 North LaSalle Street, Suite 600
Chicago, IL 60602
(312)742-6408
Jennifer.Bagby@CityofChicago.org

Allan T. Slagel
Taft, Stettinius & Hollister, LLP
111 East Wacker Drive Suite 2600
Chicago, IL 60601
(312)527-4000
aslagel@taftlaw.com

**CERTIFICATE OF SERVICE**

I, Jennifer Bagby, certify that on December 28, 2023, I served the foregoing document on all parties of record by filing it using this Court's CM/ECF system.

*/s/ Jennifer K. Bagby*
Jennifer K. Bagby