**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

State of Illinois
                Plaintiff,

v.                                        Case No.: 1:17–cv–06260
                                              Honorable Rebecca R. Pallmeyer

City Of Chicago
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 9, 2024:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Public status hearing held via Zoom. The next public status hearing is set for 2/13/2024 at 1:00 p.m. via Zoom. Members of the public may listen in to the status hearing at: https://schiffhardin.zoom.us/j/95813771732. Phone: 1–312–626–6799, access code: 95813771732#. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.