# Exhibit 4

**PUBLIC SAFETY INVESTIGATION INSTRUCTIONS** CPD-11.921 (Rev. 11/18)

- The purpose of the Public Safety Statement is to make an immediate assessment following an incident to ensure public safety, preserve evidence, and secure the incident scene.

- The assigned supervisor will ask the listed Public Safety Statement questions.

- The assigned supervisor will inform the OEMC zone dispatcher of the relevant safety information and send a flash message of all the available information, including wanted subject descriptions, weapon and vehicle information, and the direction of travel.

**Consistent with the Department directives entitled "Body-Worn Cameras" and "In-Car Video Systems," supervisors are reminded that Department members will deactivate their body-worn cameras and in-car camera systems before providing a response to the public safety investigations for incidents involving a firearms discharge and/or officer-involved death.**

"The following questions are only related to public safety, preserving evidence, and securing the scene. These questions are not investigatory in nature. At this time and to the best of your knowledge, answer only the following questions:"

1. Are you injured? If so, what are your injuries?
2. Is anyone else injured? If so, what are their injuries and where are they located?
3. Did you fire your firearm? If so, where were you located when you fired and approximately how many rounds?
4. Did any subject fire a firearm? If so, in what direction and approximately how many rounds?
5. Are any subjects at-large? If so:
   a. How many subjects are wanted?
   b. What are their descriptions (including any vehicle information) and their method of flight?
   c. What was their direction of travel?
   d. How long ago did they flee?
   e. For what crimes are they wanted?
   f. Were they armed? If so, what type of weapon(s) did you observe?
6. Do you know of any evidence? If so, what is the evidence and where is it located?
7. Do you know of any victims or witnesses? If so, where are they located?
8. Are there any involved vehicles, including damage to vehicles or vehicle-related safety concerns?
9. Is there anything else that I need to know to ensure public safety, preserve evidence, or secure the incident scene?