# Exhibit 5



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

October 6, 2023

**SENT VIA EMAIL & SHAREPOINT**

City of Chicago Law Department
c/o Jennifer Bagby
121 North LaSalle Street, Suite 600
Chicago, Illinois 60602
E-mail: Jennifer.Bagby@CityofChicago.org

    **Re:**    **S03-14,** *Body-Worn Cameras* – OAG *Conditional* No Objection
            Consent Decree, *Illinois v. Chicago*, 17-cv-6260 (N.D. Ill.)

Dear Ms. Bagby,

On June 15, 2023, under Paragraph 627 of the Consent Decree, the Chicago Police Department (CPD) submitted to the Office of the Illinois Attorney General (OAG) directive S03-14, *Body Worn Cameras* **[MONITOR00299361–299385]**. CPD submitted these materials toward compliance with Paragraphs 236–41 of the Consent Decree.[1]

On September 12, 2023, the OAG, Independent Monitoring Team (IMT), CPD, and the City met to discuss the OAG and IMT's objections to the Body Worn Camera policy. The OAG thanks the CPD and the City for its candid and thoughtful contributions to that discussion. Unfortunately, that meeting did not resolve the OAG's concerns regarding the policy, especially regarding the policy's requirement that officers involved in a shooting turn off their body cameras when responding to questions during a public safety investigation.

---

[1] CPD initially submitted this directive for review by OAG and the Independent Monitoring Team (IMT) on April 28, 2021. The IMT provided comments on May 28, 2021, and the OAG provided comments on May 26, 2021. CPD resubmitted this directive on May 19, 2022; the IMT provided comments on August 22, 2022, and the OAG provided comments on June 16, 2022. The CPD resubmitted this directive on November 17, 2022, and the IMT provided comments on December 31, 2022. The OAG provided comments on December 9, 2022.

Given that the OAG's primary objection is limited to Section V.B.2 of the policy, there is merit in an approach that allows the CPD to implement the policy and allows the parties' disagreements to be resolved at a later date. Accordingly, the OAG provides this no-objection notice, conditioned on the parties bringing their disagreements before Judge Pallmeyer for judicial resolution at the November 16, 2023 status hearing.

    Respectfully,

    KWAME RAOUL
    Attorney General of the State of Illinois

    By: /s/ *Samuel Kennedy*
    Assistant Attorney General
    Civil Rights Bureau
    100 West Randolph Street, 11th Floor
    Chicago, Illinois 60601
    Phone: (773) 758-4572
    E-mail: Samuel.Kennedy@ilag.gov

cc: Maggie Hickey, Rodney Monroe, Paul Evans, Independent Monitoring Team