# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-6260 |
| v. ) | |
| ) | Judge Rebecca Pallmeyer |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF PATRICK KINNEY

I, Patrick Kinney, declare under penalty of perjury, that the following facts are true and correct to the best of my knowledge:

1. I am currently employed by the Chicago Police Department (CPD) and have been so employed for eighteen (18) years.

2. I currently hold the rank of Lieutenant and am assigned to the Bureau of Detectives.

3. I am currently the Acting Commander of the Incident Response Team (IRT).

4. Among the responsibilities of IRT are to investigate Officer Involved Shootings (OIS).

5. In my capacity as a member of the Chicago Police Department assigned to IRT, I have been involved in the investigation of at least 60 Officer Involved Shootings.

6. I am familiar with the CPD policies and practices related to the response to and investigation of Officer Involved Shootings.

7. Among the practices in the response to an Officer Involved Shooting is the "Public Safety Statement," which includes the specific "public safety questions."

8. The instructions for the "Public Safety Statement" are contained on CPD form 11.921, a copy of which is attached to this declaration as Exhibit A.

9. The purpose of the "Public Safety Statement" is to make an immediate assessment following an incident to ensure public safety, preserve evidence, and secure the incident scene.

1

10. The "public safety questions" are asked to identify the scene and to ensure that the scene is safe for the public and officers in order to conduct an investigation into the Officer Involved Shooting.

11. The "public safety questions" are as follows:

    1. Are you injured? If so, what are your injuries?
    2. Is anyone else injured? If so, what are their injuries and where are they located?
    3. Did you fire your firearm? If so, where were you located when you fired and approximately how many rounds?
    4. Did any subject fire a firearm? If so, in what direction and approximately how many rounds?
    5. Are any subjects at-large? If so:
        a. How many subjects are wanted?
        b. What are their descriptions (including any vehicle information) and their method of flight?
        c. What was their direction of travel?
        d. How long ago did they flee?
        e. For what crimes are they wanted?
        f. Were they armed? If so, what type of weapon(s) did you observe?
    6. Do you know of any evidence? If so, what is the evidence and where is it located?
    7. Do you know of any victims or witnesses? If so, where are they located?
    8. Are there any involved vehicles, including damage to vehicles or vehicle-related safety concerns?
    9. Is there anything else that I need to know to ensure public safety, preserve evidence, or secure the incident scene?

12. The "public safety questions" are questions asked by the first on-scene supervisor of the involved officer.

13. If more than one officer is involved, the officers are separated and the questions are asked individually.

14. The "public safety questions" are questions asked and answered between the first on-scene supervisor and the involved officer in the immediate response to an Officer Involved Shooting.

15. The involved officer is advised prior to the asking of the "public safety questions" that the "questions are only related to public safety, preserving evidence, and securing the scene. These questions are not investigatory in nature."

Pursuant to 28 U.S.C. §1746, I state under penalty of perjury that the foregoing is true and correct.

Executed on this __16__ day of February 2024.

_____

Patrick Kinney

## PUBLIC SAFETY INVESTIGATION INSTRUCTIONS CPD-11.921 (Rev. 11/18)

- The purpose of the Public Safety Statement is to make an immediate assessment following an incident to ensure public safety, preserve evidence, and secure the incident scene.

- The assigned supervisor will ask the listed Public Safety Statement questions.

- The assigned supervisor will inform the OEMC zone dispatcher of the relevant safety information and send a flash message of all the available information, including wanted subject descriptions, weapon and vehicle information, and the direction of travel.

**Consistent with the Department directives entitled "Body-Worn Cameras" and "In-Car Video Systems," supervisors are reminded that Department members will deactivate their body-worn cameras and in-car camera systems before providing a response to the public safety investigations for incidents involving a firearms discharge and/or officer-involved death.**

"The following questions are only related to public safety, preserving evidence, and securing the scene. These questions are not investigatory in nature. At this time and to the best of your knowledge, answer only the following questions:"

1. Are you injured? If so, what are your injuries?
2. Is anyone else injured? If so, what are their injuries and where are they located?
3. Did you fire your firearm? If so, where were you located when you fired and approximately how many rounds?
4. Did any subject fire a firearm? If so, in what direction and approximately how many rounds?
5. Are any subjects at-large? If so:
    a. How many subjects are wanted?
    b. What are their descriptions (including any vehicle information) and their method of flight?
    c. What was their direction of travel?
    d. How long ago did they flee?
    e. For what crimes are they wanted?
    f. Were they armed? If so, what type of weapon(s) did you observe?
6. Do you know of any evidence? If so, what is the evidence and where is it located?
7. Do you know of any victims or witnesses? If so, where are they located?
8. Are there any involved vehicles, including damage to vehicles or vehicle-related safety concerns?
9. Is there anything else that I need to know to ensure public safety, preserve evidence, or secure the incident scene?