# EXHIBIT D

# ADMINISTRATIVE PROCEEDINGS RIGHTS
(Statutory)
CHICAGO POLICE DEPARTMENT

| GIVEN TO ACCUSED DATE | TIME |
|---|---|
| | |

| NAME OF ACCUSED | RANK | STAR NO. | EMPLOYEE NO. | UNIT OF ASSIGNMENT |
|---|---|---|---|---|
| | | | | |

The law provides that you are to be advised of the following:

1. Any admission or statement made by you in the course of this hearing, interrogation or examination may be used as the basis for your suspension or as the basis for charges seeking your removal or discharge or suspension in excess of 30 days.
2. You have the right to counsel of your choosing to be present with you to advise you at this hearing, interrogation or examination and you may consult with counsel as you desire.
3. You have a right to be given a reasonable time to obtain counsel of your own choosing.
4. You have no right to remain silent. You have an obligation to truthfully answer questions put to you. You are advised that your statements or responses constitute an official police report.
5. If you refuse to answer questions put to you, you will be ordered by a superior officer to answer the questions.
6. If you persist in your refusal after the order has been given to you, you are advised that such refusal constitutes a violation of the Rules and Regulations of the Chicago Police Department and will serve as a basis for which your discharge will be sought.
7. You are further advised that by law any admission or statement made by you during the course of this hearing, interrogation or examination and the fruits thereof cannot be used against you in a subsequent criminal proceeding.

**NOTE:** Rule 14 of the Chicago Police Department's Rules and Regulations prohibits making a false report, written or oral. Making a false report, may result in separation from the Chicago Police Department.

I hereby acknowledge that I was informed of the above rights and Rule 14 of the Chicago Police Department's Rules and Regulations prior to interrogation.

Signature _____

**WITNESSES**

_____

_____

**DISTRIBUTION:**
**LOG NUMBER INVESTIGATION**

Original to investigator's file.
Copy to accused member.

| LOG NO. TYPE -CR |
|---|
| ATTACHMENT NO. |

**CPD-44.105 (Rev. 8/16)**