**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STATE OF ILLINOIS, | |
| Plaintiff, | Case No.: 1:17-cv-06260 |
| v. | |
| CITY OF CHICAGO, | Honorable Rebecca R. Pallmeyer |
| Defendant. | |

**ORDER SETTING IN PERSON PUBLIC HEARING
AND WRITTEN COMMENT PERIOD REGARDING
THE CONSENT DECREE**

The Court will convene a public hearing on **Tuesday, March 12, 2024, from 1:00 PM to 4:30 PM in Courtroom 2541 on the 25th Floor of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604**. The public hearing will provide community members with the opportunity to provide oral comments regarding the Consent Decree. The Court will also receive written comments.

This Order sets out the parameters for presenting oral and written comments. **Following the instructions below, persons who wish *to speak* at the in-person hearing must register by 4:30 PM on Tuesday, March 5, 2024.** Persons who wish to provide *written comments* may file their document—in letter or legal brief format—with the Clerk of the Court no later than Friday, March 15, 2024, at 4:30 PM.

All members of the public may listen to the hearing by calling 877-336-1839, access code 6708061. Interested persons may order transcripts of the hearing from the U.S. District Court for the Northern District of Illinois at https://www.ilnd.uscourts.gov/transcript-order-form.aspx. Transcripts of oral statements and the written comments will also be placed on the docket.

**STATEMENT**

To ensure a fair and orderly process, any person or entity that wishes to provide oral or written comments must comply with the procedures set out in this Order, which provides guidance on (1) oral comments at the hearing; (2) courthouse rules, including available accommodations; and (3) written comments.

**Oral Comments at the Public Hearing**:

The Court will convene a public hearing on **Tuesday, March 12, 2024, from 1:00 PM to 4:30 PM.** To accommodate speakers who may not be able to attend in-person hearings, the Court will occasionally host virtual public hearings. This hearing, however, is only available in person

in Courtroom 2541 on the 25th Floor of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604.

### Format of the Public Hearing

The Monitor and a representative from each of the Parties to the Consent Decree—the City of Chicago and the Office of the Illinois Attorney General (OAG)—will offer opening remarks at the start of the hearing. After these remarks, members of the public will be given an opportunity to speak. Counsel for the Coalition will start the public comment portion of the hearing and then registered speakers will be called by their assigned numbers, as explained below.[1]

### Registering to Speak at the Public Hearing

Members of the public who wish to speak at the hearing may register to speak using the following link (the Court and the Monitor will only use the information gathered from the registration process to determine speakers and facilitate the hearing): www.cpdmonitoringteam.com/register-for-the-upcoming-public-hearing/.

**People who wish to speak at the hearing must register by 4:30 PM on Tuesday, March 5, 2024**. People may only register on their own behalf. Anyone who needs assistance registering may contact the Independent Monitoring Team at contact@cpdmonitoringteam.com.

### Selection and Order of Speakers

In the interest of fairness, the Court will use a lottery to select the speakers and the order in which they will be called on to appear before the Court. **On Thursday, March 7, 2023**, the Monitor, on behalf of the Court, will notify people who have registered whether they secured an opportunity to speak during the hearing. The Monitor will also post the initials and order of the speakers on the Independent Monitoring Team's website: contact@cpdmonitoringteam.com.

### Rules for Speakers Giving Comments

Only a limited number of speaker slots will be available. **To accommodate as many speakers as possible, each speaker will be strictly limited to five minutes.** Only one person may speak during each time slot, except for interpreters who may join the speaker or other persons previously arranged and approved by the Court for accommodation. For a speaker who requires an interpreter or accommodation, the Court may adjust that speaker's time limit, as appropriate.

All speakers must state their names; must state, if applicable, the name of any organization they represent; and must direct their comments to the Court.

---

[1]   The "Coalition" is defined as the plaintiff organizations in the *Campbell* lawsuit and the plaintiffs in the *Communities United* lawsuit, as well as other civil rights and community organizations in Chicago. *See* Consent Decree paragraph 709. The Parties entered into a Memorandum of Agreement with the Coalition, which provides the Coalition with certain rights under the Consent Decree. *See id.*

Opportunities for Comment if Not Selected as a Speaker

People who register to speak, but are not selected, may still join the in-person hearing. If time permits, the Court may allow comments from any registered participants who are in attendance and would like to speak. The Court hopes to hear from everyone who registers, but the hearing will conclude at 4:00 PM, even if all registered speakers have not been heard.

Anyone who registered to speak but could not be accommodated due to the number of requests may submit in writing a copy of the remarks they had planned with the Clerk—following the instructions below—no later than 4:30 PM on Friday, March 15, 2024. In recognition of the possibility that the Court will not be able to accommodate all potential speakers, the Court has placed no page limitations on the written submissions.

**Courthouse Rules**

The United States Marshals Service will oversee security of the hearing. The United States Marshals and court security officers may remove anyone from the hearing who violates the rules outlined in this Order or upon order of the Court.

The courtroom doors will open at 8:45 AM. Per the Joint Courthouse Security Order, issued on August 23, 2018, all persons entering the courthouse must present a government-issued photo ID. The Joint Courthouse Security Order has a comprehensive list of the types of acceptable identification and other Courthouse decorum and is available here: http://www.ilnd.uscourts.gov/_assets/_documents/Joint%20Courthouse%20Security%20Order.pdf.

All persons must pass through metal detectors that are staffed by court security officers. All personal belongings are subject to search. **No recording or photography is allowed inside the courthouse, and with the exception of designated counsel appearing at counsel tables.** Court proceedings may not be recorded, photographed, broadcast, or transmitted from inside the courtroom. Posting to social media is not allowed from inside the courtroom.

Proper courtroom decorum must be maintained at all times. In fairness to all speakers, respectful silence and attention is required during the presentations of all speakers. Applause or other outward demonstrations of approval or disapproval will not be permitted. Signs, posters, or other demonstrative objects will not be allowed in the courtroom. No eating, drinking, or gum chewing is allowed. Masks are not required.

If there is available seating for spectators, any spectator who leaves the courtroom once seated will forfeit his or her seat and may only re-enter if additional seating becomes available. Seating may not be reserved with a coat, backpack, or other article.

The Courthouse closes to the general public at 6:00 PM each business day. Press conferences may not be held in the courthouse lobby by any person not otherwise designated as parties to the matter (*i.e.*, the City and the OAG). The Court has no authorization to provide foreign language interpreters at government expense in civil cases. Any individual who requires the use of an interpreter will be required to secure their own interpreter.

Any speaker who needs accommodations, including translation services, must identify the need for accommodations during registration. Anyone with any questions, including questions regarding accommodations or translation services, may contact the Independent Monitoring Team at contact@cpdmonitoringteam.com.

**Written Comments**:

People who wish to provide written comments may do so by filing their document—in letter or legal brief format—with the Clerk of the Court **no later than 4:30 PM on Friday, March 15, 2024**.

Clerk of Court
United States District Court
Everett McKinley Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604
Re: State of Illinois vs. City of Chicago, Case No. 17-cv-6260

All written submissions will be filed on the Court's public docket in this case and, therefore, will be publicly available through the Court's Electronic Case Filing system. All written submissions **must include the full, printed name(s) of the submitting person(s) but must not include addresses.** Instead, the submitting person(s) full name(s) and address(es) must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal. **Addresses will not be made public**. **No e-mails, telephone calls, or anonymous submissions will be accepted or considered by the Court**.

If you need assistance with submitting written comments, you may contact the Independent Monitoring Team at contact@cpdmonitoringteam.com.

Dated: February 26, 2024

Rebecca R. Pallmeyer
Chief Judge, U.S. District Court