# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

State of Illinois
        Plaintiff,

v.                                      Case No.: 1:17–cv–06260
                                                        Honorable Rebecca R. Pallmeyer

City Of Chicago
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2024:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: On March 13, 2024, the Coalition filed a Notice of Coalition's Intent to Initiate Enforcement Proceedings, supported by a 14–page letter. The City of Chicago is directed to submit a response to this Notice within 30 days. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.