Chicago police are INVESTIGATING OUR FAMILY FOR OVER 10 YEARS (they have POLICE RECORDS ON THEM). They DESTROYED EVERYTHING, CAUSED US TROUBLE FOR YEARS. We were discriminated, slandered everywhere, harassed, false arrest DUI, jobs destroyed (lost over 400K back pay), causing us trouble, Invasion of privacy by their sick Detectives, tried framing us, Retaliation crimes for years and LOTS MORE police terrorism and damages. They caused trouble for the whole family. Our 80 yr. old Mom was slandered, harassed, invaded privacy and, more. My sister and brother-in-law and victims too. They are still continuing today as RETALIATION. Its 8th District Chicago police and their sick DETECTIVES who did all this to try to FRAME many innocent people and as REATALITION

WE have NO criminal record and was born in Chicago, I used to work at the phone company AT&T as a head technician for fleet of 80 trucks and equipment for over 10 years. Chicago police destroyed this job and everything else with their slander and harassment

They have their Detectives surveillancing our home they are the ones who committed most of the crimes for over 10 years. We got DEATH THREATS AND THEY PUT DEAD RATS NEAR OUR GARGE MANY TIMES for reporting their police misconduct.

Their Detectives who are SPYING ON OUR HOME made me and my mom sick in our own home. Caused Anxiety and High blood pressure for years too. Our mom 80 Estela Campa got sick and died on 12-6-2023 because of the misconduct and trouble caused by Chicago police and their sick DETECTIVES for years. We want to get tested for toxins and the house too

We filed complaints for years with COPA, IPRA, Internal affairs, Kim Foxx, Mayor Johnson, Lightfoot, FBI and many others and NOBODY ever did anything

Read the petition

https://www.change.org/p/chicago-police-targeting-terrorizing-this-latino-family-for-over-10-years?fbclid=IwAR2-J62IvkXGBKyrtCK2r0zf8q3gdvVjll6N4pgVfrU5GeNwQ91EXaIEVIY

Francisco Olguin

**FILED**

JUN 03 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Francisco Olguin
3755 W. 55th st
chicago Ill 60632

Clerk of Court
United States District Court
Everett McKinley Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604
Re: State of Illinois vs. City of Chicago, Case No. 17-cv-6260

60604-189420