IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF CHICAGO,<br><br>　　Defendant | Case No.: 1:17-cv-06260<br><br>Hon. Rebecca R. Pallmeyer |

### PETITIONERS' MOTION FOR LEAVE TO FILE A LETTER SUPPLEMENTING TESTIMONY MADE AT THE JUNE 11, 2024 HEARING REGARDING TRAFFIC STOPS AND THE CONSENT DECREE

　　Petitioners are a group of legal, advocacy, and community organizations including the Chicago Appleseed, the Cook County Public Defender's Office, Color of Change, Community Renewal Society, Active Transportation Alliance, End Permanent Punishments, Southsiders Organized for Unity and Liberation, Better Streets Chicago, Equity and Transformation, Impact for Equity, Equiticity, Network 49, and Access Living. Each organization is a member or ally of the Free2Move Coalition and was represented by an individual who testified at the June 11, 2024 hearing regarding traffic stops and the consent decree.

　　By and through undersigned counsel, Petitioners seek leave to submit a letter to the Court supplementing the Petitioners' testimony. The letter Petitioners seek to file was sent via electronic communication to the Office of the Attorney General and the Community Commission for Public Safety and Accountability on July 26, 2024. It addresses Petitioners' shift in

perspective on traffic stops being incorporated into consent decree from oppositional to conditionally supportive. Considering the importance of community input on this critical issue, Petitioners felt compelled to make the Court aware of this new information.

WHEREFORE, Petitioners respectfully request that the Court allow Petitioners' letter, attached herewith as Exhibit 1, to be made part of the record in this matter.

Dated: August 1, 2024

Respectfully submitted,

/s/ Cara Hendrickson
One of the Attorneys for Plaintiffs
Cara A. Hendrickson
Loren V. Jones
Amy Thompson
Impact for Equity
25 E. Washington Street, Suite 1515
Chicago, IL 60602
chendrickson@impactforequity.org
ljones@impactforequity.org
athompson@impactforequity.org
*Attorneys for Petitioners*