IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>                                        Plaintiff,<br>      v.<br><br>CITY OF CHICAGO,<br><br>                                        Defendant. | Case No.: 1:17-cv-06260<br><br>Honorable Rebecca R. Pallmeyer |

**ORDER SETTING VIRTUAL PUBLIC HEARING AND**
**WRITTEN COMMENT PERIOD REGARDING THE CONSENT DECREE**

The Court will convene a virtual public hearing on **Tuesday, December 10, 2024, from 1:00 PM to 4:30 PM** via Zoom video conferencing to receive public testimony regarding the Consent Decree. The Court will also receive written comments. Community members who provide feedback related to the Consent Decree may focus on any issues of their choosing.

This Order sets out the parameters for presenting oral and written comments. Persons who wish *to speak* during the public hearing must register here: https://cpdmonitoringteam.com/register-speak-upcoming-hearing/. The Court will call on speakers in the order that they register, and registration will remain open until 4:30 PM on Monday, December 9, 2024. The Court hopes to hear from everyone who registers, but the hearing will conclude at 4:30 PM, even if all registered speakers have not been heard.

Persons who wish to provide *written comments* may file their document—in letter or legal brief format—with the Clerk of the Court no later than Friday, December 13, 2024, at 4:30 PM. The written comments will also be placed on the docket.

Members of the public who do not wish to speak at the public hearing may join the virtual Zoom video conference without registration (link: https://afslaw.zoom.us/j/99967721132 ; phone: +13126266799,,999967721132#). With the Court's permission, and following previous practice, the Independent Monitoring Team will place transcripts of the hearing when they are available on the Independent Monitoring Team's website (https://cpdmonitoringteam.com/reports-information/).

**STATEMENT**

To ensure a fair and orderly process, any person or entity that wishes to provide oral or written comments must comply with the procedures set out in this Order, which provides guidance on (1) oral comments at the hearing; (2) courthouse rules, including available accommodations; and (3) written comments.

**Oral Comments at the Public Hearing**:

In addition to registered speakers from the community, representatives from the Independent Monitoring Team and from each of the Parties to the Consent Decree—the City of Chicago and the Office of the Illinois Attorney General—will offer remarks at the start of the hearing. Counsel for the Coalition will also have an opportunity to provide public comment.[1]

Registering to Speak at the Public Hearing

Members of the public who wish to speak at the hearing may register to speak using the following link (the Court and the Monitor will only use the information gathered from the registration process to determine speakers and facilitate the hearing): https://cpdmonitoringteam.com/register-speak-upcoming-hearing/.

**Registration will remain open until 4:30 PM on Monday, December 9, 2024.** The Court hopes to hear from everyone who registers, but the hearing will conclude at 4:30 PM, even if all registered speakers have not been heard. Anyone who needs assistance registering may contact the Independent Monitoring Team at contact@cpdmonitoringteam.com.

Selection and Order of Speakers

In the interest of fairness, the Court will call on speakers in the order that they register: the Court will call on the first person to register first, the second person to register second, and so on. The Independent Monitoring Team, on behalf of the Court, will notify people who have registered of their speaker number. The Monitor will also post the initials and order of the speakers on the Independent Monitoring Team's website: https://cpdmonitoringteam.com/.

Rules for Speakers Giving Comments

When giving comments at the public hearing, all speakers must state their names; must state, if applicable, the name of any organization they represent; and must direct their comments to the Court.

**The Court hopes to hear from everyone who registers, but the hearing will conclude at 4:30 PM, even if all registered speakers have not been heard. To accommodate as many speakers as possible, each speaker will be strictly limited to five minutes.** Only one person may speak during each time slot, except for interpreters who may join the speaker or other persons previously arranged and approved by the Court for accommodation. For a speaker who requires an interpreter or accommodation, the Court may adjust that speaker's time limit, as appropriate.

Anyone who registered to speak but could not be accommodated due to time constraints may submit in writing a copy of the remarks that they had planned with the Clerk—following the instructions below—no later than 4:30 PM on Friday, December 13, 2024. In recognition of the

---

[1] The "Coalition" is defined as the plaintiff organizations in the *Campbell* lawsuit and the plaintiffs in the *Communities United* lawsuit, as well as other civil rights and community organizations in Chicago. *See* Consent Decree paragraph 709. The Parties entered into a Memorandum of Agreement with the Coalition, which provides the Coalition with certain rights under the Consent Decree. *See id*.

possibility that the Court will not be able to accommodate all potential speakers, the Court has placed no page limitations on the written submissions.

### Observing the Virtual Public Hearing

Members of the public who do not wish to speak at the public hearing may still join the virtual Zoom video conference—and without registration—by using the following link: https://afslaw.zoom.us/j/99967721132.

### **Courthouse Rules**

Courthouse rules will apply during the virtual public hearing. **Court proceedings may not be recorded, photographed, broadcast, transmitted, or posted to social media.**

Proper courtroom decorum must be maintained at all times. In fairness to all speakers, respectful silence and attention is required during the presentations of all speakers. Applause or other outward demonstrations of approval or disapproval will not be permitted. Signs, posters, or other demonstrative objects will not be allowed. The Court may also direct the Monitor to remove anyone from the Zoom video conference who violates the rules of the public hearing.

The Court has no authorization to provide foreign language interpreters at government expense in civil cases. Any individual who requires the use of an interpreter will be required to secure their own interpreter.

Any speaker who needs accommodations, including translation services, must identify the need for accommodations during registration. Anyone with any questions, including questions regarding accommodations or translation services, may contact the Independent Monitoring Team at contact@cpdmonitoringteam.com.

### **Written Comments**:

People who wish to provide written comments may do so by filing their document—in letter or legal brief format—with the Clerk of the Court **no later than 4:30 PM on Friday, December 13, 2024**.

Clerk of Court
United States District Court
Everett McKinley Dirksen Federal Building
219 South Dearborn Street, 20th Floor
Chicago, IL 60604
Re: State of Illinois vs. City of Chicago, Case No. 17-cv-6260

All written submissions will be filed on the Court's public docket in this case and, therefore, will be publicly available through the Court's Electronic Case Filing system. All written submissions **must include the full, printed name(s) of the submitting person(s) but must not include addresses.** Instead, the submitting person(s) full name(s) and address(es) must be placed on the envelope in which the document is submitted, and the envelopes will be filed under seal.

**Addresses will not be made public**. **No e-mails, telephone calls, or anonymous submissions will be accepted or considered by the Court**.

      If you need assistance with submitting written comments, you may contact the Independent Monitoring Team at contact@cpdmonitoringteam.com.

Dated: December 3, 2024

*[signature]*

Rebecca R. Pallmeyer
Chief Judge, U.S. District Court