UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF CHICAGO,<br><br>    Defendant. | Case No. 17-cv-6260<br><br>Hon. Rebecca R. Pallmeyer |

## NOTICE OF THE COALITION'S INTENT TO INITIATE ENFORCEMENT PROCEEDINGS

The Coalition provides the Court with this notice of its intent to initiate enforcement proceedings, pursuant to ¶ 709 of the Consent Decree, with respect to the Chicago Police Department's ("CPD") policy suite titled "Police Encounters and the Fourth Amendment" ("Stops Suite") which became final on December 31, 2024. *See* Police Encounters and the Fourth Amendment, available at https://directives.chicagopolice.org/#directive/public/7077 (last visited 2/6/25).

The Coalition provided the attached notice of enforcement to the City of Chicago and CPD on January 24, 2025. Ex. 1. As stated in that notice, the Stops Suite violates the law and the Consent Decree in two ways:

1. The Stops Suite impermissibly allows officers to use race, ethnicity, and other protected characteristics when making decisions on whether to stop, frisk or search people, in violation of the U.S. Constitution's Equal Protection Clause and the Illinois Civil Rights Act, as well as ¶¶ 55-56 of the Consent Decree.

2. The Stops Suite permits officers to stop and search people based on the odor of raw cannabis, in direct contravention of ¶ 806(i) of the Consent Decree.

Should the City refuse to rectify the legal deficiencies in the Stops Suite identified in the Coalition's notice (Ex. 1), the Coalition will file an enforcement action on April 24, 2025.

DATED: February 7, 2025　　　　　　　　Respectfully Submitted,

/s/ Alexandra K. Block
Alexandra K. Block (ablock@aclu-il.org)
Michelle T. García (mgarcia@aclu-il.org)
Joseph DiCola (jdicola@aclu-il.org)
Imani Thornton (ithornton@aclu-il.org)
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
(312) 201-9740

Amanda Antholt (amanda@equipforequality.org)
Jessica Gingold (jessicag@equipforequality.org)
Equip for Equality
20 N. Michigan Ave., Suite 300
Chicago, IL 60602
(312) 341-0022

Sheila A. Bedi (sheila.bedi@law.northwestern.edu)
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3609
312-503-2492

Craig B. Futterman (futterman@uchicago.edu)
Mandel Legal Aid Clinic
University of Chicago Law School
6020 S. University Ave.
Chicago, IL 60637
(773) 702-9611

**Counsel for the Coalition**