**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **STATE OF ILLINOIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 17 C 6260 |
| | ) | |
| **CITY OF CHICAGO,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Roosevelt Jackson's renewed motion for leave to intervene [1251] is denied.

## STATEMENT

Roosevelt Jackson sought leave to intervene in this case in November 2023 [1130]. The court denied the motion, observing that Mr. Jackson has no standing to represent other individuals but is entitled to file a separate action seeking relief on his own behalf [1133]. Mr. Jackson has again filed a motion for leave to intervene. As the court understands his submission, Mr. Jackson was arrested and convicted (the court is uncertain of the nature of the charges) based on an "investigative alert" that, Jackson alleges, violated the Illinois Constitution. The court understands, further, that Mr. Jackson has challenged the validity of his conviction in post-conviction proceedings in state court. He also filed, but later withdrew, a civil rights complaint that was assigned to Judge Blakey of this court.

This court will not comment on the merits of Mr. Jackson's claims beyond observing that his individual circumstances do not provide a basis for him to intervene in this case. Many citizens have concerns about alleged police misconduct, but it is the State of Illinois who represents them in this action, in which the court monitors and enforces an agreement entered into between the State of Illinois and the City of Chicago. Mr. Jackson remains free to seek relief on his own behalf in any court that has jurisdiction of timely claims. This motion [1251] is denied.

ENTER:

Dated: February 18, 2025

_____
REBECCA R. PALLMEYER
United States District Judge