# EXHIBIT A

## AFFIDAVIT OF SERGEANT OF POLICE WASIM M. SAID

I, Wasim M. Said, under the penalty of perjury, state as follows:

1. I currently hold the role of Range Master for the Chicago Police Department. The duties of a range master are to supervise the firearms training of officers and the department's use of the firearms range and the department's armory. I was appointed to Range Master on April 18, 2025, and I maintain my prior role of Instructor development and Curriculum Design. I was appointed to the Chicago Police Department on August 26, 2002 and was promoted to a Sergeant of Police in 2022. During that time, I worked on various assignments within the Department including being a patrol officer, a member of Tactical Teams, and an Investigator with the City of Chicago Office of the Inspector General. I was first assigned to the Training and Support Group (TSG) in 2015 in the Instructional Design and Quality Control Section. I was later assigned to the Firearms Training Section ("FTS") in 2016 as a firearms instructor and firearms curriculum designer. As a firearms instructor, I hold many training certifications both from government and private accrediting bodies. My educational background includes a Bachelor's with a concentration in Business Administration, a Masters in Business Administration in Management, and a Doctorate of Psychology.

2. On February 12, 2025, in my prior role as Instructor development and Curriculum Design, I learned that a Field Training Officer ("FTO") had an unintentional discharge of a Sig Sauer P320, and no one was injured. The FTO had eight years of qualification history with no safety infractions. This incident prompted the FTO to go and purchase a Glock to replace his Sig Saur P320.

3. The circumstances around the Chicago Police Department February 12, 2025 discharge contained details similar to the information I had begun to hear of in mid-January of 2025, revolving around "un-commanded" discharges of the Sig Sauer P320. Based on informal research I began

conducting on January 24, 2025, I learned that discharges occurred while the firearm was holstered. Even though in the Chicago Police Department incident the gun was un-holstered. I began to monitor and investigate the situation.

4. During my research I learned that the Sig Sauer P320 was approved as a prescribed weapon by the Chicago Police Department in 2018 under Uniform and Property U04-02-01 DEPARTMENT APPROVED HANDGUNS AND AMMUNITION.

5. I further learned of reported issued with the Sig Saur P320.

6. Over the next month, beginning on February 21, 2025, I switched from informal research to formal research and data gathering. I focused on two sources, information within the Chicago Police Department and information from other departments and organizations.

   a) The information I learned within the Chicago Police Department.

      i) As recent as 3/17/2025, members of the FTS reported possible issues with the P320 handguns they saw.

      ii) I also contacted the Chicago Police Department's Incident Response Team. They had no data collected.

   b) I learned the information from incidents occurring outside the Chicago Police Department.

      i) On February 27, 2025, I interviewed Milwaukee Police Department's former Range Master Allen Groszczyk. He provided me with reports and body worn camera footage. I viewed the footage, it showed two events of Sig Sauer P320s discharging in holsters and injuring officers. I was also provided with a police station video showing an officer exiting an unmarked vehicle and his P320 discharged.

      ii) On February 19, 2025, I telephonically interviewed Assistant Director Dave Miller, Washington State Criminal Justice Training Commission. He informed me that they

      prohibited the use of the Sig Sauer P320 at their police academies because of an un-commanded discharge with a recruit that was observed by a firearms instructor. On February 25, 2025, Dave Miller sent me their investigation report and stakeholder notice concerning the Sig Sauer P320.

  c) I conducted an Open-source investigation.

      i) There were un-commanded discharges of the Sig Sauer P320. At least 80 injuries linked to accidental discharges, according to a 2023 joint investigation conducted by the Trace, a news outlet dedicated to covering gun violence, and The Washington Post. Since conclusion of investigation new evidence has surfaced linking the firearm to at least one death and 20 additional injuries.

      ii) At least 33 officers were injured spanning 18 federal, state and local law enforcement agencies.

      iii) Incidents involve Military, LE, and Civilian users. I analyzed military analysis and mishap reports

7. On February 21, 2025, I, with other members of the Firearms Training Section conducted in-house testing of six P320s from the Chicago Police Department's inventory. We could not replicate the problem.

8. I reviewed the lawsuits stemming from the Sig Sauer P320. As part of that lawsuit *Hilton vs Sig Sauer 2017*, I reviewed the Lab findings of firearm tested for lawsuits: Professional Analysis and Consulting, Lisle Illinois CT scan of P320, photos from sig testing, and reports. Sig Sauer has faced lawsuits from at least 15 more plaintiffs since investigation concluded. More than one hundred lawsuits were filed. I learned that multiple plaintiffs had settled with Sig Sauer after agreeing for the records to be sealed. I learned that two separate plaintiffs recently awarded multi-million-dollar

awards in *George Abrahams vs Sig Sauer* and *Timothy Davis v. Sig Sauer*. The lab findings, completed by Professional Analysis and Consulting, Lisle Illinois, revealed that they believe the P320 has several design and manufacturing flaws.

9. On February 20, 2025, Data Fulfillment researched to see how many officers had the Sig Sauer P320 listed as their prescribed duty weapon or alternate prescribed weapon.

10. On February 25, 2025, Sig Sauer conducted a TEAMS meeting with myself and other members of the department. They contended that the recent discharges stemmed from user error, obstructions in the officers' holsters and weapon lights.

11. As of February 28, 2025, the FTS temporarily suspended the Sig Sauer P320 from TSG Gun Day.

12. As of February 28, 2025, the FTS temporarily suspended entering the P320 as a Prescribed Duty Weapon.

13. In accordance with Chicago Police Department Uniform and Property Directive U04-02, an Arsenal Committee Meeting was convened on April 7, 2025. I presented the information I gathered so far to the committee. The Committee reviewed the information presented and unanimously voted to remove the Serpa Holster and P320. The Committee voted to ban the use of the P320 from new recruits; not allowing sworn department members to carry the P320 as their primary firearm; and looking into ways of offsetting the cost for replacing the P320. The Committee subsequently unanimously voted to phase out the P320. The voting members of the committee voted unanimously to phase out the P320.

14. I assisted in the development of a plan to phase out the Sig Sauer P320 as follows without disruption to Department operations: sent out Administrative Message Center (AMC) messages informing of the phase out and gun days for purchase of new firearms, establishment of multiple gun

days, facilitated training of FTS members to enter gun registration data, worked with Public Safety Administration on weapon intake at PSTC, established a one stop process for registration, break down training, set up, and qualification.

15. I sent out or participated in the planning of the AMC messages that were sent out notifying members of the gun days on April 25, April 28, April 30, May 2, May 8, May 12, May 15, May 16 and May 30.

16. Between April 7, 2025 and April 18, 2025, I and other members of the FTS contacted firearm vendors regarding availability of replacement firearms and holsters.

    a) Negotiated with gun and holster manufactures for "blue label" pricing. Blue label pricing is a price available to law enforcement, to aid replacement of the P320 while easing potential financial strain.

    b) Worked with gun manufactures to ensure inventory of firearm and holster replacements.

17. I participated in the phase out/follow up/update meetings in person or virtually on the following dates: April 9, 2025, April 10, 2025, April 14, 2025, April 16, 2025, May 8, 2025, May 14, 2025, and May 22, 2025. I assisted in planning and implementation of twelve-gun days held either at the Training Academy, 1300 W. Jackson St and PSTC, 701 N. Kilbourn Ave, so far for both on and off duty officers to attend.

    a) 29 April 2025, 0700-1500 (PSTC)

    b) 30 April 2025, 0700-1500 (PSTC)

    c) 5 May 2025, 0600-1200 (Academy)

    d) 06 May 2025, 0700-1300 (PSTC)

    e) 07 May 2025, 0700-1300(PSTC)

    f) 12 May 2025, 0600-1200 (Academy)

    g) 13 May 2025, 0700-1300 (PSTC)

    h) 14 May 2025, 0700-1300 (PSTC)

    i) 19 May 2025, 0700-1500 (PSTC)

    j) 20 May 2025 0700-1500 (PSTC)

    k) 21 May 2025 0700-1500 (PSTC)

    l) 30 May 2025 0700-1200 (Academy)

18. On May 16, 2025, a July 14, 2025 proof of purchase deadline was established. Officers will have to show proof of purchase for a new firearm by July 14, 2025.

19. On May 28, 2025, the Chicago Police Department E-learning module was distributed to all the members. Members must complete the module on June 24, 2025. The E-Learning was a self-guided review of the AMC messages to track that all Department members had read the AMC's concerning the P320 and the phase out process.

20. I assisted in the planning of four additional gun days in the future. June 09, 2025 (PSTC), June 10, 2025(PSTC), June 30, 2025(PSTC), and July 01, 2025(PSTC).

FURTHER AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and belief.

Executed on: 09 June 2025          _[signature]_ #2633
                                                                   Seargent Wasim M. Said