**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

State of Illinois, et al.
                          Plaintiff,

v.                                        Case No.: 1:17–cv–06260
                                                Honorable Rebecca R. Pallmeyer

City of Chicago
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: The Coalition's motion to withdraw [1301] is granted. The Coalition's motion to enforce [1277] is withdrawn. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.