# EXHIBIT B

| Chicago Police Department  FIREARM DISCHARGE AND OFFICER-INVOLVED DEATH INCIDENT - POLICY | General Order G03-06 |
|---|---|
| **ISSUE DATE:** 19 May 2025 | **EFFECTIVE DATE:** |
| **RESCINDS:** 15 April 2021 Version | |
| **INDEX CATEGORY:** 03 - Field Operations | |
| **CALEA:** Law Enforcement Standard Chapters 4 and 41 | |

I. **PURPOSE**

This directive outlines the *definitions, policy, the cooperation with the Civilian Office of Police Accountability (COPA),* and investigative authority for:

A. officer-involved deaths pursuant to the Illinois Police and Community Relations Improvement Act (50 ILCS 727).

B. firearm discharge incidents involving sworn members.

II. **PERTINENT SUB-SECTIONS FROM ILLINOIS COMPILED STATUTES (ILCS)**

A. 50 ILCS 727/1-5 "Definitions". As used in this Act:

1. "Law enforcement agency" means an agency of this State or unit of local government which is vested by law or ordinance with the duty to maintain public order and to enforce criminal laws or ordinances.

2. "Law enforcement officer" or "officer" means any person employed by a State, county, or municipality as a policeman, peace officer, or in some like position involving the enforcement of the law and protection of public interest at the risk of the person's life.

3. "Officer-involved death" means any death of an individual that results directly from an action or directly from an intentional omission, including unreasonable delay involving a person in custody or intentional failure to seek medical attention when the need for treatment is apparent, of a law enforcement officer while the officer is on duty, or otherwise acting within the scope of his or her employment, or while the officer is off duty, but performing activities that are within the scope of his or her law enforcement duties. "Officer-involved death" includes any death resulting from a motor vehicle accident, if the law enforcement officer was engaged in law enforcement activity involving the individual or the individual's vehicle in the process of apprehension or attempt to apprehend.

B. 50 ILCS 727/1-10 Investigation of officer-involved deaths; requirements.

1. (a) Each law enforcement agency shall have a written policy regarding the investigation of officer-involved deaths that involve a law enforcement officer employed by that law enforcement agency.

2. (b) Each officer-involved death investigation shall be conducted by at least 2 investigators, or an entity or agency comprised of at least 2 investigators, one of whom is the lead investigator. The lead investigator shall be a person certified by the Illinois Law Enforcement Training Standards Board as a Lead Homicide Investigator, or similar training approved by the Illinois Law Enforcement Training Standards Board or the Department of State Police, or similar training provided at an Illinois Law Enforcement Training Standards Board certified school. No investigator involved in the investigation may be employed by the law enforcement agency that employs the officer involved in the officer-involved death, unless the investigator is employed by the Department of State Police and is not assigned to the same division or unit as the officer involved in the death.

3.     (c) In addition to the requirements of subsection (b) of this Section, if the officer-involved death being investigated involves a motor vehicle accident, at least one investigator shall be certified by the Illinois Law Enforcement Training Standards Board as a Crash Reconstruction Specialist, or similar training approved by the Illinois Law Enforcement Training Standards Board or the Department of State Police, or similar training provided at an Illinois Law Enforcement Training Standards Board certified school. Notwithstanding the requirements of subsection (b) of this Section, the policy for a law enforcement agency, when the officer-involved death being investigated involves a motor vehicle collision, may allow the use of an investigator who is employed by that law enforcement agency and who is certified by the Illinois Law Enforcement Training Standards Board as a Crash Reconstruction Specialist, or similar training approved by the Illinois Law Enforcement Training and Standards Board, or similar certified training approved by the Department of State Police, or similar training provided at an Illinois Law Enforcement Training and Standards Board certified school.

4.     (d) The investigators conducting the investigation shall, in an expeditious manner, provide a complete report to the State's Attorney of the county in which the officer-involved death occurred.

5.     (e) If the State's Attorney, or a designated special prosecutor, determines there is no basis to prosecute the law enforcement officer involved in the officer-involved death, or if the law enforcement officer is not otherwise charged or indicted, the investigators shall publicly release a report.

### III. DEFINITIONS

*The following definitions apply to this parent directive and its addenda, G03-06-01 and G03-06-02:*

A. **Administrative investigation:** *An administrative investigation is a non-criminal investigation of Department members by COPA to determine whether misconduct has been committed by Department members involved in a firearm discharge and officer-involved death incident for failing to conform with Department policy, procedure, rule and/or regulation. This is strictly administrative in nature, and it is separate from any underlying criminal investigation or criminal investigation of the action of Department members related to the same incident.*

B. **Firearm discharge incident:** any incident where a sworn Department member has discharged a firearm *on or off duty, excluding, under normal circumstances:*

   1. *Department-sponsored firearm training or practice.*
   2. *firearm practice at a recognized range facility*
   3. *Department-authorized ballistic examination or testing.*
   4. *a licensed hunting activity.*
   5. *the discharge of less-lethal force options.*

C. **Inner Perimeter:** *The immediate area within the outer perimeter of a crime scene where evidentiary material is likely to be collected. This area will be secured with red crime scene barrier tape, imprinted with the legend "DO NOT ENTER" or "DANGER - DO NOT ENTER."*

D. **Officer-involved death incident:** any incident involving the death of or potentially life-threatening injury to one or more members of the public, where such death or injury resulted directly from an action or intentional omission of a Department member who was on duty or *off duty but performing activities that are* within the scope of his or her employment or duty.

E. **Outer Perimeter:** *The area of a crime scene extending large enough for field personnel to conduct a thorough investigation. This area will be secured with yellow crime scene barrier tape. The outer perimeter will encompass the inner perimeter.*

F. **Public Safety** *Briefing*: *a one-on-one oral exchange conducted by a sworn Department supervisor with one sworn Department member to aid in directing public-safety-related actions in the immediate aftermath of an incident involving a Department member firearms discharge or an officer-involved death incident. This briefing includes, but is not limited to, identifying individuals on the scene and facilitating required medical attention, coordinating the swift apprehension of individual(s) associated with the firearm discharge or officer-involved death incident, rapid identification of witnesses and preservation of located evidence, determining additional necessary resources, establishing secure inner and outer perimeters of the incident scene.*

G. **Responding Supervisor:** *Any Department member, the rank of sergeant or above, that responds to the scene of a firearm discharge and officer-involved death incident.*

H. **Reviewing Supervisor:** *The supervisor assigned to complete the internal review of the use of force in consistent with the Department directive titled* "[Incidents Requiring the Completion of a Tactical Response Report](#)."

I. **Safe and secure:** *An incident scene may be considered "safe and secure" when all of the following conditions are met: all offenders are in custody or otherwise not in the area, medical aid has been requested/administered or the Chicago Fire Department (CFD) is on the scene, the involved officers have been identified, and the crime scene has been established. The highest-ranking member of the Bureau of Patrol will determine when the scene is safe and secure and will announce the determination via the Office of Emergency Management and Communications (OEMC) dispatcher.*

J. **Underlying criminal investigation:** *A complete criminal investigation of the non-Department members conducted by the Bureau of Detectives of the events preceding or related to an officer-involved firearm discharge or officer-involved death. The investigation will include, but is not limited to, the discovery and preservation of evidence, the identification of witnesses, and the consultation with the Cook County State's Attorney's Office.*

IV. **POLICY**

A. **Sanctity of Human Life**. The Department's highest priority is the sanctity of human life. The concept of the sanctity of human life is the belief that all human beings are to be perceived and treated as persons of inherent worth and dignity, regardless of race, color, sex, gender identity, age, religion, disability, national origin, ancestry, sexual orientation, marital status, parental status, military status, immigration status, homeless status, source of income, credit history, criminal record, criminal history, or incarceration status. Department members will act with the foremost regard for the preservation of human life and the safety of all persons involved. All incidents will be resolved with the foremost regard for the preservation of human life and the safety of all persons involved.

B. *All Department members will treat the deceased with respect, including the prompt screening from public view or covering of the deceased consistent with the equipment available and, following the timely evidence collection procedures, removal of the deceased from the scene.*

C. The Department recognizes that firearms discharge and officer-involved death incidents are traumatic events and is committed to treating all impacted with dignity and respect.

D. *The Department will ensure its actions do* not unreasonably impede or delay access to information for the families of individuals who have been injured or the deceased.

    **NOTE:** *Department members will continue to act in accordance with* the existing Department Rules and Regulations *and Department policy* on the dissemination of information.

E. No Department member below the rank of captain will direct any investigation into a firearm discharge or officer-involved death incident.

F. Firearm discharge and officer-involved death incident investigations remain bound by the involved members' respective collective bargaining agreement(s) and the Department directive titled "[Department Member Bill of Rights](#)," including the timeliness of documented formal statements.

G. The Department strictly prohibits its members from engaging in any form of retaliation, intimidation, or coercion against Department members or members of the public for reporting alleged misconduct or for supporting, assisting in, or cooperating with any complaint or misconduct investigation, including the investigation of firearm discharge and officer-involved death incident, consistent with the Department directive titled "Prohibition of Retaliation."

V. **COOPERATION WITH THE CIVLIAN OFFICE OF POLICE ACCOUNTABILITY**

   A. *All Department members will cooperate to the fullest extent with the Civilian Office of Police Accountability (COPA) and will work collaboratively with COPA personnel to facilitate a thorough investigative process of a firearm discharge or an officer-involved death incident. This includes, but is not limited to:*

   1. *providing COPA personnel the opportunity to participate in the preliminary assessment during the immediate aftermath of a firearm discharge or an officer-involved death incident to the same extent as any Department member or any other law enforcement agency investigating the incident;*

   2. *ensuring COPA personnel sufficient access to crime scenes;*

   3. *providing COPA personnel access and information for all witnesses and all video evidence;*

   4. *providing all requested documents and evidence under the Department member's custody and control;*

   5. *truthfully answering questions relating to the investigation and members' official duties, actions, or obligations as a Department member; and*

   6. *involved and witness Department members cooperating with COPA investigators, including COPA's mandate to audio and where possible, video record, administrative interviews, except that members may speak with their attorney or union representative in private.*

   B. *Department members will not interfere with or undermine any investigation into firearm discharge or officer-involved death incidents, including refusing to answer questions, being untruthful during an investigation, colluding with others to undermine the investigation, or intentionally withholding requested evidence or information from an investigator. Department members who take such action will be subject to disciplinary action and, based on the seriousness of the conduct, a criminal investigation and referral to the appropriate prosecuting agency, if necessary.*

VI. **INVESTIGATIVE AUTHORITY**

   A. To ensure the proper coordination of activities and investigations of firearm discharge and officer-involved death incidents, the *responding deputy chief assigned to the Street Operations Unit, Office of the First Deputy Superintendent (Street Deputy)* responsible for the investigation, the appropriate Bureau of Detectives Area supervisor, the *Investigative Response Team (IRT)* supervisor, *Forensic Services Division supervisor*, and the responding Civilian Office of Police Accountability (COPA) personnel will confer and coordinate at the scene about the conduct of on-scene investigative activity. *The Investigative Response Team's criminal investigation* will be conducted concurrently with the COPA investigation.

   B. **COPA.** Pursuant to the Municipal Code of Chicago, the Civilian Office of Police Accountability (COPA) will:

   1. *conduct investigations into all incidents, including those in which no allegation of misconduct is made, in which, a Department member discharges*

       a. *a firearm in a manner that potentially could strike another individual;*

       b. *a stun gun or taser in a manner that results in death or serious bodily injury; or*

    c. *other weapons discharges and other use of Department issued equipment as a weapon that results in death or serious bodily injury.*

  2. *conduct investigations into incidents, including those in which no allegation of misconduct is made, where a person dies or sustains a serious bodily injury while detained or in Department custody, or as a result of police actions, such as during attempts to apprehend a suspect; and*

  3. *conduct investigations into all incidents of an "officer-involved death," as that term is defined in 50 ILCS 727/1-5, including incidents when the member is off duty and otherwise acting within the scope of his or her employment.*

C. **Chicago Police Department.**

  1. The *Street Deputy* will oversee the Department's on-scene investigative responsibilities into the officer-involved death or firearm discharge incident, excluding a firearm discharge solely for the destruction/deterrence of an animal with no human injuries. This includes shots fired at a Department member and all firearms discharge incidents with injuries, whether on or off duty, *consistent with the Department directive titled* "Deputy Chiefs Assigned to the Street Operations Unit."

  2. For firearms discharge incidents solely for the destruction/deterrence of an animal with no human injuries, the district executive officer (XO) of the district of occurrence, the rank of captain, will respond and assume command of the investigation, *consistent with the Department directive titled* "District Executive Officer." If the district XO is not on duty, the commander of the district of occurrence will respond and assume command.

  3. When the involved member is the same rank or higher than the *supervisor* responsible for the investigation *referred to in Item VI-C-2*, the *Street Deputy*, will assume the investigating command personnel responsibilities. When the involved member is a *Street Deputy* or a member the rank of deputy chief or above, the Chief, Bureau of Patrol, will assume the investigating command personnel responsibilities.

  4. The *Street Deputy* will coordinate the Department's on-scene law enforcement activities related to:

    a. the preservation of public safety.

    b. the investigation of the officer-involved death or firearm discharge incident.

    c. the Department's response, actions, and, if applicable, investigative responsibility, for other non-criminal incidents resulting in an officer-involved death (e.g., suicide in custody).

    d. motor vehicle crashes resulting in an officer-involved death (as defined by the Police and Community Relations Improvement Act, 50 ILCS 727) for which COPA will serve as the lead investigative agency.

  5. The *Investigative Response Team* is responsible for conducting the Department's investigation into the underlying criminal conduct of non-Department members and the officer-involved death or firearm discharge incident, excluding a firearm discharge solely for the destruction/deterrence of an animal with no human injuries.

D. When a firearm discharge or an officer-involved death incident requires more than one concurrent investigation, the responsibilities of the lead agencies are as follows:

  1. Any on-scene activities required to ensure public safety, preserve evidence, and secure the incident scene will be commenced immediately and led and coordinated by Department personnel consistent with the procedures outlined in the Department directive titled "Preliminary Investigations." *Examples of these activities include, but are not limited to:*

      a. *Public Safety: If an individual wanted in association with the firearm discharge incident is still at large, Department members will prioritize the public safety of the community and the immediate apprehension of that individual.*

      b. *Preservation of Evidence: If a civilian witness will not stay on scene and Department members are concerned that the civilian witness will not provide contact information or cooperate further, the civilian witness will be interviewed without delay.*

      c. *Securing the scene: Department members will establish sufficient inner and outer perimeters, engage in necessary crowd management, and will be sufficiently assigned to the scene to protect evidence.*

2. COPA has the primary responsibility and authority for *administrative* investigations into the actions of any Department member in relation to the firearm discharge or officer-involved death and the investigation will be conducted by COPA personnel.

      a. *The Force Review Board, Tactical Review and Evaluation Division, or other appropriate unit will conduct* an internal review of firearm discharge or officer-involved death incidents to address Department policy, training, tactical, and equipment considerations, *as long as this internal review of the firearm discharge or officer-involved death incident does not interfere with COPA's investigation or the investigation conducted pursuant to 50 ILCS 725/1-10.*

      b. The Department will conduct an internal review of use of force incidents *through the use of a Tactical Response Report* consistent with the Department directives titled "Department Review of Use of Force" and "Incidents Requiring the Completion of a Tactical Response Report."

3. The investigation of the underlying criminal offense involving non-Department members will be led and coordinated by Department personnel. This investigation will:

      a. not *delay, interfere with, or obstruct* the investigation conducted under the requirements of 50 ILCS 727/1-10 *or with COPA's investigation*;

      b. be conducted by the Bureau of Detectives, *Investigative Response Team* which will report to and coordinate with the *Street Deputy*;

      c. be assisted by the appropriate Bureau of Detectives Area personnel who will report to and coordinate with the *Investigative Response Team supervisor*;

      d. be conducted independently and consistent with the procedures established by the Chief, Bureau of Detectives.

E. For any firearm discharge or officer-involved death incidents that occur within the City of Chicago involving a law enforcement officer employed by a law enforcement agency other than the Department, the Chicago Police Department:

1. *The Investigative Response Team (IRT)* will conduct all investigative activities related to the incident and when applicable, perform all of the duties required by the Police and Community Relations Improvement Act (50 ILCS 727).

    **EXCEPTION:** *The Illinois State Police will conduct their own investigations for firearm discharges and officer-involved death incidents by a member of the Illinois State Police that occur within Chicago.*

2. Federal law enforcement agencies may conduct their own investigations into an officer-involved death incident or the use of deadly force under the jurisdiction of the involved agency. The Chicago Police Department will provide assistance, as needed.

**VII. DISSEMINATION OF INFORMATION**

A. The release of Department information to the news media concerning firearm discharge and officer-involved death incidents will be consistent with the Department directive titled "News Media Guidelines."

B. In consultation with the *District* Commander *of the district of occurrence*, *Investigative Response Team*, and *Street Deputy*, the Director, Communications Division, (or a designee who is not directly involved in the investigation or investigative chain) is responsible for addressing on-scene media inquiries on behalf of the Department. When applicable and appropriate, the Communications Division will:

    1. coordinate an on-scene media statement summarizing the preliminary investigation of an incident.

    2. issue a formal preliminary written statement to news media outlets.

C. The Communications Division is responsible for responding to news media inquiries on behalf of the Department not made from the scene of the incident, including those made via phone, email, or other electronic communications.

D. News media inquiries concerning the investigation of an officer-involved death pursuant to the Illinois Police and Community Relations Improvement Act (50 ILCS 727) will be referred to COPA.

E. Consistent with the policies outlined in this and other associated Department directives, the Investigative Response Team and Bureau of Detectives personnel will be responsible for notifying the family of individuals who have been injured or the deceased during a firearm discharge or officer-involved death incident. *The Department will not unreasonably impede access to information for families of the injured or deceased.*

F. Any additional Department communication concerning a firearm discharge or officer-involved death incident will be made in consultation with the Investigative Response Team.

## VIII. INCIDENT REVIEW

A. *All firearm discharge and officer-involved death incidents related to a member's use of force will be subject to a Department after-action review consistent with the guidelines and procedures outlined in the Department directive titled "Department Review of Use of Force" within 96 hours after the incident occurs.*

B. *Representatives from the Civilian Office of Police Accountability (COPA) will be notified of the time and location of the Department's after-action review with sufficient advance notice to attend.*

## IX. CONFLICT PROVISION

If this directive conflicts with any other Department directive, this directive will take precedence.

Larry Snelling
Superintendent of Police

23-018 MWK/TSS/AH

G03-06 Firearm Discharge and Officer-Involved Death Incident - Policy  Current as of 19 May 2025:1107 hrs
© Chicago Police Department, May 2025  Page 7 of 7