# EXHIBIT F

# Firearm Discharge and Officer Involved Death Incidents
# Policy Evolution

| POLICY TOPIC 1 | Independent Investigator Role (COPA) |
|---|---|
| **INITIAL POLICY 30 MARCH 2016** | <ul><li>Required the general coordination with the Independent Police Review Authority (IPRA).</li><li>Mandated the Department's internal investigation will not interfere with IPRA's investigation</li><li>Instructed the Street Deputy to provide a narrative of incident including:<ul><li>walking through the incident scene.</li><li>providing information obtained from the "public safety" interview conducted with the involved member.</li><li>disclosing any evidence and witnesses identified by Department personnel.</li></ul></li><li>Required that IPRA has access to all areas of the crime scene.</li><li>Required a member of the IPRA investigative team to be present, when practicable, for the collection and examination of any firearms recovered at the scene.</li><li>Required that if the CPD was conducting a concurrent investigation, witness interviews will be conducted concurrently by the Department and IPRA. The Street Deputy and the IPRA investigative personnel will confer to determine whether interviews will be conducted jointly or independently.</li></ul> |
| **15 OCTOBER 2017 VERSION** | <ul><li>Introduction of the Civilian Office of Police Accountability (COPA).</li><li>Delineated that once the scene is safe and secure, the COPA investigative personnel will have immediate access to all areas within the designated crime scene, in coordination with the Street Deputy.</li><li>Expanded the Street Deputy's obligation to:<ul><li>disclose any <u>and all</u> evidence and witnesses identified by Department personnel.</li><li>keep COPA personnel apprised of all relevant information or evidence identified pursuant to on-scene law enforcement activity.</li></ul></li><li>Added that the COPA investigative team must be present, when practicable, for the collection and examination of any audio/video evidence obtained pursuant to the on-scene investigation.</li><li>Delineated that COPA personnel would be afforded the opportunity to interview all witnesses as soon as practicable. If the Department is conducting a concurrent investigation of criminal conduct by non-Department members related to the officer-involved death incident, the witness interviews may be conducted concurrently, if feasible, by the Department and COPA.</li><li>Required that all witnesses should be informed of the opportunity to speak with investigative personnel from COPA. When known, Department personnel will notify COPA personnel before a witness leaves a Department facility or the scene of the incident. However, witnesses will not be held or detained against their will solely for the purpose of notifying COPA personnel.</li></ul> |
| **29 FEBRUARY 2020 VERSION** | <ul><li>Maintained the requirements of the previous version and expanded as listed below.</li><li>Required that as soon as the scene was safe and secure, COPA investigators will be provided the opportunity to participate in the preliminary assessment during the immediate aftermath of a firearm-discharge or officer-involved death incident to the same extent as any Department member or any other law enforcement agency investigating the incident.</li><li>Further required that unless immediately necessary, CPD would consult with responding COPA investigative personnel if available, Bureau of Detectives personnel, and Forensic Services Division personnel before any involved vehicles are removed from the scene.</li><li>Required Bureau of Detective personnel to:</li></ul> |

|  |  |
|---|---|
|  | <ul><li>provide timely responses to requests for information from COPA investigative personnel during the preliminary investigation on scene and any additional follow-up investigations.</li><li>make available to COPA investigative personnel, reports (when completed and approved), information, video and audio materials, and any other documents or material of evidentiary value related to the incident.</li></ul><ul><li>Specified that a member of the COPA investigative team must be present for:<ul><li>the first viewing of available video or audio material related to the incident.</li><li>the collection and preservation of any:<ul><li>firearms recovered at the scene, and</li><li>audio and video material obtained at or near the scene of the investigation from the Department or a third-party.</li></ul></li></ul></li><li>Allowed COPA, in consultation with the Street Deputy, to request the Forensic Services Division personnel conduct firearm inspections of other Department members on scene.</li></ul> |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | <ul><li>Maintains the requirements of the previous version and expanded as listed below.</li><li>Specifies that COPA has the primary responsibility and authority for investigations into the actions of any Department member in relation to the firearm discharge or officer-involved death and the investigation will be conducted by COPA personnel.</li></ul> |
| **PRESENT DRAFT POLICY** | <ul><li>Maintains the requirements of the currently published version and is expanded as listed below.</li><li>Adds an expansive list and explanation of how Department members will cooperate and work collaboratively with COPA. This includes, but is not limited to:<ul><li>providing COPA personnel the opportunity to participate in the preliminary assessment during the immediate aftermath of a firearm discharge or an officer-involved death incident to the same extent as any Department member or any other law enforcement agency investigating the incident;</li><li>ensuring COPA personnel sufficient access to crime scenes;</li><li>providing COPA personnel access and information for all witnesses and all video evidence;</li><li>providing all requested documents and evidence under the Department member's custody and control;</li><li>truthfully answering questions relating to the investigation and members' official duties, actions, or obligations as a Department member; and</li><li>involved and witness Department members cooperating with COPA investigators, including COPA's mandate to audio and where possible, video record, administrative interviews, except that members may speak with their attorney or union representative in private.</li></ul></li><li>Specifies that Department members will not interfere with or undermine any investigation into firearm discharge or officer-involved death incidents, including refusing to answer questions, being untruthful during an investigation, colluding with others to undermine the investigation, or intentionally withholding requested evidence or information from an investigator. Department members who take such action will be subject to disciplinary action and, based on the seriousness of the conduct, a criminal investigation and referral to the appropriate prosecuting agency, if necessary.</li></ul> |
| **POLICY TOPIC 2** | **Bureau of Detectives Personnel** |
| **INITIAL POLICY 30 MARCH 2016** | <ul><li>Assigned to the appropriate Bureau of Detectives Area.</li><li>No further specifications or considerations.</li></ul> |
| **15 OCTOBER 2017 VERSION** | <ul><li>Introduction of the Bureau of Detectives Investigative Response Team (IRT).</li></ul> |
| **29 FEBRUARY 2020 VERSION** | <ul><li>Added a substantial section that delineated Bureau of Detective's supervisor responsibility including cooperation and coordination with COPA, responding to requests for information, and providing reports, documents, and evidence to COPA.</li></ul> |

| | |
|---|---|
| **15 APRIL 2021 CURRENTLY PUBLISHED** | • Maintained the requirements and responsibilities of the previous version.<br>• Bureau of Detectives Investigative Response Team (IRT) became the Incident Response Team (IRT). |
| **PRESENT DRAFT POLICY** | • Maintained the requirements and responsibilities of the previous versions and broke off the investigative portion of a firearm discharge and officer-involved death incident into its own policy.<br>• Expands that the IRT supervisor will:<br>    o not delay interviewing involved or witness members and will conduct such interviews as soon as feasible, consistent with members' collective bargaining agreement.<br>    o ensure that all requests made on behalf of involved or witness members to reschedule interviews are documented in the appropriate Bureau of Detectives report.<br>    o ensure that IRT personnel will notify COPA for all requests made on behalf of involved or witness members to reschedule interviews via a To-From-Subject Report to the commanding officer of IRT.<br>    o make available to COPA investigative personnel the entire investigative file, including, but not limited to, all Investigative Response Team and Bureau of Detectives reports (when completed and approved), information, video and audio materials, and any other documents or material of evidentiary value related to the incident.<br>    o ensure that COPA receives access to or copies of any and all relevant video (third-party or Department-controlled) obtained by either the Investigative Response Team, Area Technology Centers, or Bureau of Detectives, as soon as practical.<br>• Specifies that the appropriate Investigative Response Team member or Bureau of Detectives personnel will notify COPA personnel of the time of all planned interviews, and COPA personnel will be given the opportunity to independently interview all witnesses.<br>• Requires that If COPA is unable to participate in a civilian interview, the Department will, with good faith effort, seek consent to electronically record the interview and provide COPA with a copy of the recorded interview upon completion. Whether the civilian interview was recorded or not, the Department will promptly provide a verbal summary of the civilian interview to COPA. |
| **POLICY TOPIC 3** | **Street Deputy's Responsibilities** |
| **INITIAL POLICY 30 MARCH 2016** | • Required that Street Deputy will coordinate the Department's on scene investigations into the incident and the underlying criminal events.<br>• Instructed the Street Deputy to coordinate with IPRA and Bureau of Detectives<br>• Mandated the Street Deputy to provide narrative of incident to IPRA. |
| **15 OCTOBER 2017 VERSION** | • Maintained the requirements and responsibilities of the previous version.<br>• Added the requirement to confer with the supervisor who conducted the initial public safety investigation and, if deemed necessary, conduct a voluntary walk through and a public safety interview with each of the involved Department member(s) without delay and outside the presence of any other individual.<br>• Added that the Street Deputy has an ongoing obligation to keep COPA personnel apprised of all relevant information or evidence identified pursuant to on-scene law enforcement activity. |
| **29 FEBRUARY 2020 VERSION** | • Maintained the requirements and responsibilities of the previous version.<br>• Added a significant delineated list of the Street Deputy's responsibilities as the incident commander on scene that specifically gave the Street Deputy responsibility for ensuring that all other Department members completed their appropriate roles and tasks on scene, including to:<br>    o proceed to the scene, assume command of the scene, and ensure a complete and thorough investigation is conducted of the incident. |

| | |
|---|---|
| | <ul><li>ensure all tasks delineated for lower-ranking personnel have been or are being performed, including the public safety investigation at the scene of the incident.</li><li>personally conduct an investigation into the circumstances surrounding the incident in a manner consistent with this directive.</li><li>confer with the supervisor who conducted the initial public safety investigation and, if deemed necessary, conduct a voluntary walk through and a public safety interview with each of the involved Department member(s) without delay and outside the presence of any other individual.</li><li>designate a supervisor responsible for assisting in the preliminary investigation whenever the incident has occurred in more than one district.</li><li>ensure that each involved member is accompanied and monitored by a supervisor of higher rank than the involved member, when feasible, who will ensure the involved member is separated and directed not to communicate with any other Department member or witnesses to the incident.</li><li>ensure the appropriate notifications and reporting requirements are completed, including the completion of the secondary case report by Bureau of Detectives personnel and when applicable, the notification to the Medical Examiner's Office.</li><li>unless immediately necessary, consult with responding COPA investigative personnel if available, Bureau of Detectives personnel, and Forensic Services Division personnel before any involved vehicles are removed from the scene.</li><li>direct additional investigatory actions or otherwise coordinate the Department's on-scene response to any firearm discharge or officer-involved death incident as deemed necessary.</li><li>fulfill the obligations outlined in the Department directive titled "Traumatic Incident Stress Management Program."</li><li>prior to the end of his or her tour of duty, complete the review process for the submitted Tactical Response Reports.</li><li>if necessary, prior to the end of his or her tour of duty, review the Major Incident Notification Report and ensure its completion.</li></ul> |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | <ul><li>Maintains the requirements and responsibilities of the previous version.</li></ul> |
| **PRESENT DRAFT POLICY** | <ul><li>Maintains the requirements and responsibilities of the previous versions and separated the policy into the general policy, immediate response, and investigative portion of a firearm discharge and officer-involved death incident, including the applicable Street Deputy responsibilities.</li></ul> |
| **POLICY TOPIC 4** | **Body Worn Cameras and Other Video Evidence** |
| **INITIAL POLICY 30 MARCH 2016** | <ul><li>Specified involved member's activated Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Cameras) will be disengaged at the direction of an on-scene supervisory member the rank of lieutenant or above.</li><li>Allowed that involved members would be afforded the opportunity, prior to completing incident reports or other documentation, to listen to any audio and view any video contained on the Department-issued recording equipment (i.e., In-Car Video Systems and Body-Worn Cameras) that contains audio or video of the incident taken from the perspective of the member making the statement (i.e., the Body-Worn Camera worn by the member and In-Car Video footage taken while the member was in the relevant vehicle), provided that the member or his or her supervisor discloses in the reports and documentation the fact that he or she listened to such audio and/or viewed such video.</li></ul> |
| **15 OCTOBER 2017 VERSION** | <ul><li>Specified that all Department members will not disengage his or her activated Department-issued recording equipment (e.g., In-car Video Systems, Body Worn Cameras) until so directed by an on-scene supervisor in accordance with the procedures delineated in the Department directives entitled "Body Worn Cameras" and "In-Car Video Systems."</li></ul> |

| | |
|---|---|
| | • Maintained involved members opportunity to review audio or video recordings from the incident prior to completing reports. |
| **29 FEBRUARY 2020 VERSION** | • Continued the requirement that Department members not disengage his or her activated Department-issued recording equipment until so directed by an on-scene supervisor.<br>• Specified that involved members would not view their in-car or body-worn camera videos until authorized by an on-scene supervisor.<br>• Maintained involved members opportunity to review audio or video recordings from the incident prior to completing reports. |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | • Continues the requirement that Department members not disengage his or her activated Department-issued recording equipment until so directed by an on-scene supervisor.<br>• Removed the ability for involved members would to view their in-car or body-worn camera videos prior to completing reports. |
| **PRESENT DRAFT POLICY** | • Continues the requirement that involved members will not view their in-car or body-worn camera videos prior to completing initial reports and that Department members not disengage his or her activated Department-issued recording equipment until so directed by an on-scene supervisor.<br>• Specifies that the reviewing supervisor will take control of and secure the Body Worn Camera (BWC) of the involved member after the completion of the Public Safety Briefing. |
| **POLICY TOPIC 5** | **Separation of Involved and Witness Members** |
| **INITIAL POLICY 30 MARCH 2016** | • Requires the on-scene Street Deputy will ensure the involved officer(s) are removed from the scene as soon as practicable and, where there are two or more involved officers, ensure they are separated from each other. |
| **15 OCTOBER 2017 VERSION** | • Requires all involved Department personnel will remain separate from and avoid any contact or communication with any other involved members until released by the Street Deputy in coordination with COPA.<br>• Adds that the Street Deputy will ensure that each involved member is accompanied by a supervisor of higher rank than the involved member, when feasible, who will ensure the involved member is separated and directed not to communicate with any other Department member (except as expressly permitted in accordance with the involved member's respective collective bargaining agreement) or civilian witnesses to the incident. The involved member will be removed from the scene as soon as practicable and remain accompanied by a supervisor until excused by the Street Deputy. |
| **29 FEBRUARY 2020 VERSION** | • Specifies in both the involved and witness member responsibilities that the member will remain separate from and avoid any contact or communication with any other involved members until released by the Street Deputy in coordination with COPA.<br>• Adds the responsibility to the reviewing supervisor to ensure the involved and witness members remain separate from each other, including being transported separately from the scene, and monitored to avoid any contact or communication with any other involved members or witnesses until released by the Street Deputy/designated incident commander responsible for the investigation, in coordination with COPA.<br>• Adds to the Street Deputy responsibility to assign separate transportation for the involved and witness members and ensure they avoid contact or communication related to the incident until released by the Street Deputy/designated incident commander responsible for the investigation, in coordination with COPA. |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | • Maintains the requirements and responsibilities of the previous version. |
| **PRESENT DRAFT POLICY** | • Maintains the requirements and responsibilities of the previous version. |

| | |
|---|---|
| | - Specifies that as soon as practicable after arriving to the scene of the incident, the reviewing supervisor will separate all involved and witness members and will ensure that all involved and witness members are monitored to avoid any contact or communication relating to the incident.<br>- Adds that the Street Deputy will document the sworn Department supervisor who initially separated the involved or witness members and who conducted the Public Safety Briefing with the involved member in the TRR-I. |
| **POLICY TOPIC 6** | **Public Safety Briefing** |
| **INITIAL POLICY 30 MARCH 2016** | - Conducted by the Street Deputy.<br>- Required an oral response to general incident safety questions concerning:<br>  - any injuries sustained by the member or other individuals.<br>  - whether or not weapons were discharged, either by Department members or other individuals, what type of weapons, and the direction of the discharges.<br>  - whether or not subjects are still at large and their descriptions, direction of travel, and alleged criminal offense(s).<br>  - the identification and location of any evidence or witnesses. |
| **15 OCTOBER 2017 VERSION** | - Moved the responsibility of conducting the public safety briefing from the Street Deputy to a responding supervisor,<br>- Added categories to the questions asked in the public safety briefing, including:<br>  - identification and location of any victims and offenders.<br>  - information about any involved vehicles, including damage to vehicles or vehicle related safety concerns.<br>  - any officer-wellness related matters.<br>- Added to the Street Deputy responsibilities to confer with the supervisor who conducted the initial public safety investigation and, if deemed necessary, conduct a voluntary walk through and a public safety interview with each of the involved Department member(s) without delay and outside the presence of any other individual. |
| **29 FEBRUARY 2020 VERSION** | - Maintained the requirements and responsibilities of the previous version. |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | - Maintains the requirements and responsibilities of the previous version. |
| **PRESENT DRAFT POLICY** | - Adds a substantial section regarding the purpose and limitations of the public safety briefing that delineates the scope and process for how the public safety briefing should be conducted.<br>- Specifies a narrowly tailored list of exact questions that are used consistently in all public safety briefings.<br>- Identifies how the briefing supervisor uses the information gathered in the public safety briefing to address any ongoing public safety concerns and to direct resources on scene. |
| **POLICY TOPIC 7** | **Supervisor Responsibilities** |
| **INITIAL POLICY 30 MARCH 2016** | - Specified minimal requirements for the involved member's immediate supervisor including:<br>  - immediately respond to the scene.<br>  - ensure CPIC is notified of the incident and request the assignment of the Street Deputy and additional Department resources, if necessary.<br>  - notify the Medical Examiner's Office of the officer-involved death and obtain an ME number. |
| **15 OCTOBER 2017 VERSION** | - Maintained the requirements and responsibilities of the previous version.<br>- Added more specific responsibilities including to: |

| | |
|---|---|
| | <ul><li>ensure the public safety investigation is conducted, including securing the scene; addressing any injuries and public safety issues; and identifying and securing any victims, offenders, witnesses, and evidence.</li><li>accompany the involved member, when feasible, and ensure the involved member is separated and directed not to communicate with any other Department member.</li></ul> |
| **29 FEBRUARY 2020 VERSION** | <ul><li>Added a significant delineated list of the supervisor's responsibilities that outlines what on-scene actions the supervisor must take in the immediate aftermath of a firearm discharge or officer-involved death incident. This includes to:<ul><li>proceed immediately to the scene and assume command and oversight of the scene until relieved by a higher ranking supervisor from district law enforcement or the Street Deputy.</li><li>remain on scene with sufficient information to fully brief the responding Street Deputy/designated incident commander responsible for the investigation, if applicable.</li><li>ensure sufficient district law enforcement units are available at the scene and request additional personnel or equipment as necessary, including the assignment of the Street Deputy.</li><li>ensure the appropriate medical attention is requested and provided and may provide appropriate medical care consistent with their training.</li><li>establish an inner and outer perimeter at the scene of the incident as soon as practicable.</li><li>after the completion of the public safety investigation and the scene is safe and secure, promptly contact CPIC from the scene to confirm the notifications have been made and provide CPIC with additional relevant or updated incident information, if known.</li><li>ensure the involved and witness members remain separate from each other, including being transported separately from the scene, and monitored to avoid any contact or communication with any other involved members or witnesses until released by the Street Deputy.</li><li>ensure witnesses and other persons (Department member or non-Department member) who may have relevant information are made available for on-scene interviews.</li><li>when feasible, ensure all Department and non-Department vehicles involved in the incident remain undisturbed until Forensic Services Division personnel, the Street Deputy/designated incident commander, and COPA assess the need for and complete any forensic processing.</li><li>ensure a sworn Department member, other than the involved member, has been assigned to conduct the preliminary investigation, prepare the original case report, relay additional information to investigating units, and make the appropriate notifications, including to the Medical Examiner's Office for officer-involved deaths.</li><li>ensure written reports are generated and submitted to document on-scene investigative activities performed by district law enforcement personnel, such as searches for firearms or other physical evidence, and review all written reports generated by district law enforcement personnel submitted during the preliminary investigation.</li><li>ensure that the name, star number, and unit of assignment of all Department members and the name and organizational affiliation of all non-Department personnel (e.g., COPA) who have arrived on the scene, including the time of arrival, or who enter the crime scene are documented.</li><li>for firearm-discharge incidents, ensure:<ul><li>when feasible, no member of any rank other than Forensics Services Division personnel handles, inspects, unloads, or otherwise tampers with the involved member's firearm.</li><li>unless the member was disarmed, the firearm remains holstered and secured pending the arrival of Forensic Services Division personnel and COPA personnel.</li></ul></li></ul></li></ul> |

| | |
|---|---|
| | <ul><li>where circumstances require that a Department member's firearm must be preserved as evidence, the firearm is processed in compliance with the Department directive titled "Crime Scene Protection and Processing."</li><li>all fired projectiles have been accounted for without contaminating or interfering with the collection and maintenance of evidence.</li></ul> |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | <ul><li>Maintains the requirements and responsibilities of the previous version.</li><li>Added to the supervisor's responsibility to ensure the appropriate medical attention including the use of Law Enforcement Medical and Rescue Training (LEMART) training, to persons injured by a Department member's use of force until medical professionals arrive on scene.</li></ul> |
| **PRESENT DRAFT POLICY** | <ul><li>Maintains the requirements and responsibilities of the previous version.</li><li>Adds with even more specificity to the supervisor's on-scene responsibilities, including to:<ul><li>assess the incident scene and Public Safety Briefing information to determine when it is appropriate to declare the incident scene "safe and secure."</li><li>notify OEMC when the incident scene is determined to be safe and secure. The "safe and secure" determination will be announced by the OEMC dispatcher via the police radio zone of the incident scene.</li><li>direct the initial response and the protection of the incident scene. Specifically:<ul><li>conduct the Public Safety Briefing by using the Public Safety Briefing Instructions card (CPD-11.921).</li><li>inform the OEMC dispatcher of the relevant safety information and send, as necessary, a Preliminary Wanted Message (flash message) relaying the available information, including wanted person descriptions, weapon and vehicle information, and the direction of travel.</li><li>use the relevant Public Safety Briefing information only to:<ul><li>direct responding units to other locations to locate injured persons or at-large subjects.</li><li>establish and secure the appropriate perimeter and incident scene.</li><li>fully brief the responding Street Deputy responsible for the investigation.</li></ul></li></ul></li><li>take control of and secure the Body Worn Camera (BWC) of the involved member.</li><li>as soon as practicable after arriving to the scene of the incident, separate all involved and witness members and ensure that all involved and witness members are monitored to avoid any contact or communication relating to the incident.</li></ul></li></ul> |
| **POLICY TOPIC 8** | **Force Review and TRRs** |
| **INITIAL POLICY 30 MARCH 2016** | <ul><li>No mention beyond citing the Department directive "Incidents Requiring the Completion of a Tactical Response Report."</li></ul> |
| **15 OCTOBER 2017 VERSION** | <ul><li>Cites the Department directive "Incidents Requiring the Completion of a Tactical Response Report."</li><li>Specifies that involved members will document any listening to such audio or viewing such video on case reports, Tactical Response Reports (TRR), and any other applicable Department reports completed for the incident.</li></ul> |
| **29 FEBRUARY 2020 VERSION** | <ul><li>Maintained the requirements and responsibilities of the previous version.</li><li>Specifies that involved members will when applicable, truthfully and completely report each reportable use of force on a Tactical Response Report (TRR), consistent with the Department directive titled "Incidents Requiring the Completion of a Tactical Response Report," and other reports at the location designated by the Street Deputy/designated incident commander responsible for the investigation.</li></ul> |

|   |   |
|---|---|
|   | - Specifies that a member that has discharged a firearm WILL NOT be required to complete the "Narrative" section of the TRR for any firearms discharge incidents (with or without injury).<br>- Requires that the reviewing supervisor completes the reviewing supervisor's section of the TRR, if applicable and appropriate, and if the involved member is of the rank of sergeant or higher, a higher ranking member will complete the supervisor's section of the TRR.<br>- Requires that the Street Deputy prior to the end of his or her tour of duty, complete the review process for the submitted Tactical Response.<br>- Introduced through policy the creation of the Force Review Board and gave the Force Review Board the ability to review any force that constitutes deadly force, including the responsibility to:<br>    - evaluate if the actions of Department members during the incident were tactically sound and consistent with Department training.<br>    - if applicable, identify specific modifications to existing policy, training, tactics, or equipment that could minimize the risk of deadly force incidents occurring and the risk of harm to officers and the public. |
| **15 APRIL 2021 CURRENTLY PUBLISHED** | - Maintains the requirements and responsibilities of the previous version.<br>- Added that the Street Deputy will review and approve all submitted TRRs for the incident, including for any lesser uses of force by Department members associated with the firearm discharge or officer-involved death incident. |
| **PRESENT DRAFT POLICY** | - Maintains the requirements and responsibilities of the previous version.<br>- Adds that the Street Deputy will document the sworn Department supervisor who initially separated the involved or witness members and who conducted the Public Safety Briefing with the involved member in the TRR-I. |