# Exhibit 1

| Chicago Police Department | General Order G03-06-01 |
|---|---|
| **FIREARM DISCHARGE AND OFFICER-INVOLVED DEATH INCIDENT - IMMEDIATE RESPONSE** | |

| **ISSUE DATE:** | 19 May 2025 | **EFFECTIVE DATE:** | |
|---|---|---|---|
| **RESCINDS:** | | | |
| **INDEX CATEGORY:** | 03 - Field Operations | | |
| **CALEA:** | | | |

## I. PURPOSE

*This directive outlines the immediate notifications required, the immediate responsibilities of Department members, and the post-incident responsibilities of Department members for firearm discharge and officer-involved death incidents.*

## II. IMMEDIATE NOTIFICATIONS

For all firearm discharge and officer-involved death incidents:

A. the involved member(s) will immediately notify the Office of Emergency Management and Communications (OEMC) providing all relevant information and requesting additional resources.

> **NOTE:** If the firearm discharge or officer-involved death incident occurs outside the City of Chicago, the member will also notify the law enforcement agency having jurisdiction and the Chicago Police Department's Crime Prevention and Information Center (CPIC).

B. OEMC will notify the:

1. involved member's immediate supervisor.
2. field supervisor and the watch operations lieutenant from the district of occurrence.
3. CPIC.

C. *CPIC will make the following immediate notifications via email and phone communication:*

1. the designated *deputy chief assigned to the Street Operations Unit, Office of the First Deputy Superintendent (Street Deputy);*
2. the commander of the district of occurrence;
3. *COPA on-call supervisor;*
4. the commander of the affected Bureau of Detectives area;
5. Bureau of Detectives *Investigative Response Team;*
6. the area deputy chief, Bureau of Patrol;
7. the *commanding officer, Tactical Review and Evaluation Division (TRED)*;
8. the involved member's commanding officer;
9. Major Accident Investigation Section, *for traffic-related incidents*;
10. Bureau of Internal Affairs (BIA) call-out supervisor, for firearm discharge incidents; and
11. any other units or agencies as appropriate and consistent with CPIC procedures.

## III. IMMEDIATE RESPONSIBILITIES

The following immediate procedures will be followed for all firearm discharge or officer-involved death incidents:

A. **Initial Incident Response.** Upon being notified of firearm discharge or an officer-involved death incident, OEMC will:

 1. dispatch sufficient district law enforcement units to the scene.

 2. when appropriate, notify the Chicago Fire Department to dispatch emergency medical service units to the scene.

 3. assign a field supervisor from the district of occurrence to the scene. If a member has been injured, OEMC will assign a supervisor to respond to the medical facility treating the injured member.

 4. not broadcast the name of a Department member *or any other injured person* who has been involved in a firearm discharge incident or an officer-involved death incident over the police radio.

 **EXCEPTION:** *Named offenders or persons of interest may be broadcasted by name over the police radio when public or officer safety necessitates and to facilitate apprehension.*

B. **Involved Member.** The member(s) involved in a firearm discharge or an officer-involved death incident, if physically capable, will:

 1. immediately request medical attention for the injured *and persons who claim to be injured and, as soon as reasonably practical, provide medical aid and assistance* consistent with their Department training, including the Law Enforcement Medical and Rescue Training (LEMART) training, to injured persons until medical professionals arrive on scene.

 a. Department members *will* provide appropriate medical care consistent with their training to any individual who has visible injuries, complains of being injured, or requests medical attention. This may include providing first aid and/or arranging for transportation to an emergency medical facility.

 b. If the scene is safe and the person in custody is secure, Department members will not interfere with emergency medical personnel when providing treatment to injured persons.

 2. be responsible for the safety and security of persons in their custody. Department members are reminded that a subject will be searched and restrained in such a manner as to prevent escape and to provide for the safety of the public, the person in custody, and the officers involved. Consistent with the above requirement, Department members will assess the necessity to apply restraining devices (handcuffs), including not applying restraining devices to *individuals* who are known to be deceased *or whose severity injury does not necessitate the use of restraining devices.*

 3. attend to all required emergency and security duties arising from the incident, including crime scene protection, until the arrival of responding supervisory personnel.

 4. remain on the scene, if not injured, and report to a field supervisor from the district of occurrence upon his or her arrival.

 **EXCEPTION:** Any involved member in need of immediate medical treatment will seek such treatment, and thereafter, make themselves available to confer with the designated *Street Deputy* responsible for the investigation.

 5. not deactivate his or her activated Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Cameras) until so directed by an on-scene supervisor in accordance with the procedures delineated in the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."

    **NOTE:** The Body Worn Camera of the involved member will be secured consistent with the Department directive titled "Body Worn Cameras" *until collected by a member of the Investigative Response Team to be viewed in accordance with the procedures delineated in the Department directive titled* "Firearm Discharge and Officer-Involved Death Incident - Investigation."

6. for firearm-discharge incidents:

    a. ensure that the firearm *discharged during the incident* remains holstered and secured until it is submitted to Forensic Services Division personnel.

        **NOTE:** If the involved member is injured and needs to be immediately relieved of the firearm prior to receiving medical treatment, another Department member will take possession of the firearm and duty belt and ensure that the firearm remains holstered and secured, until the arrival of the responding supervisor.

    b. preserve the firearm as evidence for processing in accordance with the Department directive titled "Crime Scene Protection and Processing," if disarmed during a firearm discharge incident or if the firearm may otherwise contain biological or other trace-matter evidence.

7. cooperate with the Public Safety *Briefing* conducted by a *sworn Department* supervisor by providing an oral response to the Public Safety *Briefing* questions to ensure public safety, preserve evidence, and secure the incident scene.

        **REMINDER:** Department members will ensure Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Camera) are deactivated before providing oral responses to the public safety questions as delineated in the Department directives titled "Body Worn Cameras" and 'In-Car Video Systems."

8. not view their in-car or body-worn camera videos *prior to writing an initial report related to the incident. Per the Illinois SAFE-T Act, Department members will not view recordings of an incident prior to writing an initial report for the following incidents:*

    a. *A Department member has been involved in or is a witness to an officer-involved firearm discharge or officer-involved death incident.*

    b. *Use of deadly force incidents or use of force incidents resulting in great bodily harm or death.*

    c. *If a Department member is ordered to write a report in response to a complaint or misconduct investigation*

C. **Reviewing Supervisor.** The reviewing supervisor from the district of occurrence will:

1. *not have been involved in or witnessed the firearm discharge or the officer-involved death incident.*

2. proceed immediately to the scene and assume command and oversight of the scene until relieved by a higher-ranking supervisor from district law enforcement or the *Street Deputy*. *The reviewing supervisor will*:

    a. *notify OEMC upon arrival at the incident scene.*

    b. remain on scene with sufficient information to fully brief the responding *Street Deputy* responsible for the investigation, if applicable.

3. ensure sufficient district *patrol* units are available at the scene and request additional personnel or equipment as necessary, including the assignment of the *Street Deputy* responsible for the investigation *in accordance with the Department directive titled* "Deputy Chiefs Assigned to the Street Operations Unit."

4. *identify the involved Department members and ensure the necessary medical attention is requested or provided.*

5. ensure the appropriate medical attention is requested for the injured *and persons who claim to be injured and, as soon as reasonably practical, provide medical aid and assistance* consistent with their Department training, including the Law Enforcement Medical and Rescue Training (LEMART) training, to injured persons until medical professionals arrive on scene.

    a. Department members *will* provide appropriate medical care consistent with their training to any individual who has visible injuries, complains of being injured, or requests medical attention. This may include providing first aid and/or arranging for transportation to an emergency medical facility.

    b. If the scene is safe and the person in custody is secure, Department members will not interfere with emergency medical personnel when providing treatment to injured persons.

6. ensure the Public Safety *Briefing* is conducted consistent with the *Public Safety Briefing Instructions card* (CPD-11.921) *and Item IV of this directive.*

7. *assess the incident scene and Public Safety Briefing information to determine when it is appropriate to declare the incident scene "safe and secure."*

    a. *The supervisor will notify OEMC when the incident scene is determined to be safe and secure. The "safe and secure" determination will be announced by the OEMC dispatcher via the police radio zone of the incident scene.*

    b. *An incident scene may be considered "safe and secure" when all of the following conditions are met: all offenders are in custody or otherwise not in the area, medical aid has been requested/administered or the Chicago Fire Department (CFD) is on the scene, the involved officers have been identified, and the crime scene has been established.*

8. *ensure all appropriate immediate notifications were made in accordance with Item II of this directive.*

9. *protect, secure, and preserve* the incident scene consistent with the Department directive titled "Preliminary Investigations," including:

    a. addressing any injuries and public safety issues;

    b. identifying and securing any victims, offenders, witnesses, and evidence; and

    c. *identifying and securing any* evidence *for collection and processing as outlined in the Department directives titled* "Crime Scene Protection and Processing" *and* "Firearm Discharge and Officer-Involved Death Incident - Investigation."

10. establish an inner and outer perimeter at the scene of the incident as soon as practicable.

    a. The inner perimeters are the areas at the scene of the incident where physical evidence is likely to be recovered.

    b. The outer perimeters are the areas surrounding and encompassing the inner perimeters where assigned personnel can be briefed and deployed.

- c. The reviewing supervisor will ensure access to the specific areas of the crime scene is as delineated in the Department directive titled "Crime Scene Protection and Processing."

D. **Witness and Responding Department Members.** Department members responding to the scene will report to the on-scene supervisor and will perform all actions necessary to address the immediate needs of the scene, including:

1. immediately requesting medical attention for the injured *and persons who claim to be injured and, as soon as reasonably practical, provide medical aid and assistance* consistent with their Department training, including the Law Enforcement Medical and Rescue Training (LEMART) training, to injured persons until medical professionals arrive on scene.

    a. Department members *will* provide appropriate medical care consistent with their training to any individual who has visible injuries, complains of being injured, or requests medical attention. This may include providing first aid and/or arranging for transportation to an emergency medical facility.

    b. If the scene is safe and the person in custody is secure, Department members will not interfere with emergency medical personnel when providing treatment to injured persons.

2. securing the scene of the incident, including identifying and securing evidence.

3. locating and apprehending any offenders.

4. identifying and securing witnesses, to the extent reasonably possible and lawfully permitted.

5. *not deactivating his or her activated Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Cameras) until so directed by an on-scene supervisor in accordance with the procedures delineated in the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."*

6. *if the member was a witness to the officer-involved firearm discharge or officer-involved death incident, not viewing their in-car or body-worn camera videos prior to writing an initial report related to the incident. Per the Illinois SAFE-T Act, Department members will not view recordings of an incident prior to writing an initial report for the following incidents:*

    a. *A Department member has been involved in or is a witness to an officer-involved firearm discharge or officer-involved death incident.*

    b. *Use of deadly force incidents or use of force incidents resulting in great bodily harm or death.*

    c. *If a Department member is ordered to write a report in response to a complaint or misconduct investigation.*

E. **District of Occurrence Command**

1. The district executive officer of the district of occurrence, when on duty, will respond to and assume command of a firearm discharge or an officer-involved death incident until relieved of responsibility by a higher-ranking member from district law enforcement or the *Street Deputy*.

2. If the district XO is not on duty, the commander of the district of occurrence will respond and assume command.

F. **COPA**. Upon notification of a firearm discharge or officer-involved death incident as defined by 50 ILCS 727, COPA personnel, *in accordance with Department directive titled* "Firearm Discharge and Officer-Involved Death Incident Response and Investigation," will immediately respond to the incident scene to initiate and conduct the investigation consistent with COPA's jurisdiction.

IV. **PUBLIC SAFETY BRIEFING**

A. *A Public Safety Briefing will be conducted in the immediate aftermath of a Department member firearm discharge or an officer-involved death incident. The Public Safety Briefing is a one-on-one oral exchange conducted by a sworn Department supervisor with one sworn Department member to aid in directing public-safety-related actions and safeguarding the integrity of the ensuing investigation in the immediate aftermath of such an incident.*

   1. *The Public Safety Briefing is strictly used for the on-scene supervisor's immediate assessment and actions to ensure public safety, preserve perishable evidence, and secure the incident scene when a continuing threat to public safety may exist.*

      a. *Ensuring public safety includes actions taken to immediately address any ongoing threat to officers, emergency responders, and community members, such as locating injured persons or at-large subjects who are armed or present a public safety risk or responding to a large, unresponsive crowd at or near the incident scene.*

      b. *Perishable evidence is evidence that can be destroyed or disturbed by environmental factors, such as weather or terrain, or removed from the location, including but not limited to bodily fluids, footprints, tire tracks and other evidence based on the conditions at an incident scene.*

      c. *Securing the incident scene includes preserving physical evidence, minimizing contamination, and establishing controlled access to prevent unauthorized persons from disrupting the integrity of the investigation.*

   2. *The purpose of the Public Safety Briefing is not to investigate the incident or any associated actions or criminal activity but to direct the immediate actions of Department members with the foremost regard for the preservation of human life and the safety of all persons involved.*

      **NOTE:** *The questions of a Public Safety Briefing are only related to public and officer safety, preserving perishable evidence, and securing the incident scene and **are not** investigatory in nature.*

   3. *Public Safety Briefings will only be conducted by a sworn Department supervisor in the immediate aftermath of the incident up until the time that the incident scene is determined to be "safe and secure" by an on-scene supervisor and an incident scene investigation can commence.*

   4. *Public Safety Briefings will typically be conducted near or in close proximity to the incident scene unless a risk to public safety or other exigent circumstances require the on-scene supervisor to conduct the Public Safety Briefing at another location (e.g. an active threat incident, an incident requiring a Special Weapons and Tactics (SWAT) response, or an incident requiring immediate hospital transport).*

   5. *The Public Safety Briefing will be conducted by a sworn Department supervisor with one sworn Department member outside the presence of any other individual. If there are multiple members involved in the incident, the assigned supervisor will conduct a separate Public Safety Briefing with each member, only when necessary to ensure public safety, preserve perishable evidence, and secure the incident scene.*

   6. *The reviewing supervisor responsible for directing the initial response and the protection of the incident scene will:*

      a. *conduct the Public Safety Briefing by using the Public Safety Briefing Instructions card* (CPD-11.921).

      b. *inform the OEMC dispatcher of the relevant safety information and send, as necessary, a Preliminary Wanted Message (flash message) relaying the available information, including wanted person descriptions, weapon and vehicle information, and the direction of travel.*

      c. *use the relevant Public Safety Briefing information only to:*

    (1) *direct responding units to other locations to locate injured persons or at-large subjects.*

    (2) *establish and secure the appropriate perimeter and incident scene.*

    (3) *to fully brief the responding Street Deputy responsible for the investigation.*

 B. *When participating in a Public Safety Briefing, the briefing supervisor and the involved member will deactivate their Department- issued recording equipment (e.g., In-Car Video Systems, Body Worn Camera) as delineated in the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."*

  1. *Upon the completion of a Public Safety Briefing, the reviewing supervisor will:*

   a. *take control of and secure the Body Worn Camera (BWC) of the involved member consistent with the Department directive titled "Body Worn Cameras."*

   b. *will reactivate their BWC and continue to electronically record all law-enforcement-related activities using their BWC while on-duty, including responding to and engaging in calls for service and conducting investigations, consistent with Illinois Officer-Worn Body Camera Act (50 ILCS 706/10) and the Department directive titled "Body Worn Cameras."*

  2. *On-scene Department members not participating in a Public Safety Briefing will:*

   a. *continue to electronically record all law-enforcement-related activities using their BWC while on-duty, including responding to and engaging in calls for service and conducting investigations, consistent with Illinois Officer-Worn Body Camera Act (50 ILCS 706/10) and the Department directive titled "Body Worn Cameras."*

   b. *not deactivate their Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Cameras) until so directed by an on-scene supervisor or until the conclusion of the incident in accordance with the procedures delineated in the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."*

 C. Consistent with the *Public Safety Briefing Instructions card (*CPD-11.921*), the Public Safety Briefing will only consist of the following questions:*

  1. *Are you injured? If so, what are your injuries?*

  2. *Is anyone else injured? If so, where are they located?*

  3. *Did you fire your firearm? If so, in what direction and approximately how many rounds?*

  4. *Did any subject fire a firearm? If so, in what direction and approximately how many rounds?*

  5. *Are there any subjects at-large who are armed or present a public safety risk? If so:*

   a. *How many subjects are at-large?*

   b. *What was their method of flight (e.g., foot, vehicle)?*

   c. *What are their descriptions, including any fleeing vehicle information?*

   d. *What was their direction of travel?*

   e. *How long ago did they flee?*

   f. *What type of weapon(s) or public safety threat(s) did you observe?*

  6. *Do you know of any perishable evidence? If so, what areas need to be secured?*

  7. *Is there anything else that I need to know to ensure public safety, preserve perishable evidence, or secure the incident scene?*

G03-06-01 Firearm Discharge and Officer-Involved Death Incident - Immediate Response   Current as of 19 May 2025:1110 hrs

© Chicago Police Department, May 2025   Page 7 of 14

    **NOTE:**  *Department supervisors may repeat a question to ensure understanding or to solicit information on multiple subjects or vehicles. However, no additional follow-up questions not listed above will be asked during the Public Safety Briefing.*

 D. *Consistent with the Department directive titled "Department Member Bill of Rights" and the respective collective bargaining agreements, a member involved in a firearms discharge or officer-involved death Incident who is identified as a:*

  1. *shooting member(s) will not be required to give a statement in an administrative investigation earlier than twenty-four hours after the incident.*

  2. *witness member(s) will not be required to give a statement in an administrative investigation earlier than two hours after the incident.*

  **REMINDER:** *Involved members have the right to have legal counsel and/or a collective bargaining unit member present during the statement-giving process. Public Safety Briefings will be conducted prior to any administrative investigation.*

## V. POST-INCIDENT RESPONSIBILITIES

The following procedures will be followed for all firearm discharge or officer-involved death incidents, after the scene has been secured, notifications have been made, and investigative personnel have arrived at the scene.

 A. **Involved Members.** All involved Department members, if physically capable, will:

  1. remain on scene until released by the *Street Deputy* responsible for the investigation or directed to a different location for the completion of the investigation, in coordination with the *Investigative Response Team* and COPA.

  2. remain separate from and avoid any contact or communication with any other involved members or witnesses until released by the *Street Deputy* responsible for the investigation, in coordination with COPA.

  3. report to the *Street Deputy* responsible for the investigation and cooperate with any additional public-safety-related questions as consistent with Item III-B-7 of this directive.

  4. not discuss the facts of the incident **with any other involved members or witnesses**, until interviewed by COPA.

    **EXCEPTION:** This prohibition does not restrict communication:

    a. for officer or public safety (e.g., identifying criminal acts, tactical information), including during the completion of the Public Safety *Briefing*.

    b. as instructed by counsel in relation to civil, criminal, or administrative proceedings.

    c. when participating in any wellness or stress management programs.

    d. *characteristic of an immediate stress response to a traumatic incident.*

G03-06-01 Firearm Discharge and Officer-Involved Death Incident - Immediate Response  Current as of 19 May 2025:1110 hrs

© Chicago Police Department, May 2025  Page 8 of 14

> **NOTE:** *Communications characteristic of an immediate stress responses are immediate, unintentional communications regarding the incident and may vary according to the individual incident or the involved person. No two traumatic incidents are the same and traumatic incidents affect people differently. An immediate stress response to a firearm discharge or officer-involved death incident may involve spontaneous verbal communication, including a description of what just happened during the incident, in an effort to mentally and emotionally process the circumstances and adaptively cope with the experience. Department members will not be disciplined by the Department for communications determined to be characteristic of an immediate stress response to a traumatic incident.*
>
> **REMINDER:** *As soon as practicable after arriving to the scene of the incident, the reviewing supervisor will separate all involved and witness members and will ensure that all involved and witness members are monitored to avoid any contact or communication relating to the incident.*
>
> **REMINDER:** *Department members will not deactivate his or her activated Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Cameras) until so directed by an on-scene supervisor in accordance with the procedures delineated in the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."*

   a. This prohibition will not continue beyond 60 days from the date of the incident, unless COPA extends the prohibition.

   b. COPA may extend this prohibition, for additional 60-day periods, **on an individual basis and only when it is determined to be necessary to preserve the integrity of the investigation.**

   c. If this prohibition is extended, **the above exceptions remain applicable** and COPA will provide the member with an official notification and the parameters of the extension.

   d. Under no circumstances will this prohibition be extended beyond the final disciplinary decision of the investigation.

   > **NOTE:** Final disciplinary decision is defined as the conclusion of the process for disciplinary recommendations described in the Municipal Code of Chicago Section 2-78-130(a).

5. continue to follow the existing procedures based on the nature of the incident, including but not limited to:

   a. "De-escalation, Response to Resistance, and Use of Force"

   b. "Firearm Discharge Incidents - Authorized Use and Post-Discharge Administrative Procedures"

   c. "Emergency Use of Department Vehicles"

   d. "Traffic Crashes Involving Department Members"

   e. "Miscellaneous Detention Facility Topics"

  6. *cooperate fully with the mandatory post-firearm discharge alcohol and drug testing consistent with the Department directive titled* "Firearm Discharge Incidents - Authorized Use and Post-Discharge Administrative Procedures."

  7. *not* listen to any audio *or* view any video contained on the Department-issued recording equipment (e.g., In-Car Video Systems and Body-Worn Cameras) that contains audio or video of the incident *consistent with Item III-B-8 of this directive.*

  8. when applicable, truthfully and completely report each reportable use of force on a Tactical Response Report (TRR) (CPD-11.377), consistent with the Department directive titled "Incidents Requiring the Completion of a Tactical Response Report," and other reports at the location designated by the *Street Deputy* responsible for the investigation.

    **NOTE:** A member that has discharged a firearm *or was involved in a use of force incident resulting in death* **WILL NOT** be required to complete the "Narrative" section of the TRR for any firearms discharge incidents (with or without injury).

  9. complete any required reports to document the incident by truthfully and completely describing the facts and circumstances concerning the incident and submit the reports by the end of the tour of duty.

 B. **Witness Members.** Any member, whether on or off duty, who did not discharge a firearm nor was involved in an officer-involved death incident, but who observed or was present during the incident or who has been fired upon will:

  1. remain on scene until released by the *Street Deputy* responsible for the investigation or directed to a different location for the completion of the investigation, in coordination with the *Investigative Response Team* and COPA.

  2. remain separate from and avoid any contact or communication with any other involved members or witnesses until released by the *Street Deputy* responsible for the investigation, in coordination with COPA.

  3. report to the *Street Deputy* responsible for the investigation upon his or her arrival and provide the investigative personnel with required information and assistance.

  4. not discuss the facts of the incident **with any other involved members or witnesses**, until interviewed by COPA.

    **EXCEPTION:** This prohibition does not restrict communication:

     a. for officer or public safety (e.g., identifying criminal acts, tactical information), including during the completion of the Public Safety *Briefing*.

     b. as instructed by counsel in relation to civil, criminal, or administrative proceedings.

     c. when participating in any wellness or stress management programs.

     d. *characteristic of an immediate stress response to a traumatic incident.*

G03-06-01 Firearm Discharge and Officer-Involved Death Incident - Immediate Response   Current as of 19 May 2025:1110 hrs

© Chicago Police Department, May 2025   Page 10 of 14

| | | |
|---|---|---|
| | **NOTE:** | *Communications characteristic of an immediate stress responses are immediate, unintentional communications regarding the incident and may vary according to the individual incident or the involved person. No two traumatic incidents are the same and traumatic incidents affect people differently. An immediate stress response to a firearm discharge or officer-involved death incident may involve spontaneous verbal communication, including a description of what just happened during the incident, in an effort to mentally and emotionally process the circumstances and adaptively cope with the experience. Department members will not be disciplined by the Department for communications determined to be characteristic of an immediate stress response to a traumatic incident.* |
| | **REMINDER:** | *As soon as practicable after arriving to the scene of the incident, the reviewing supervisor will separate all involved and witness members and will ensure that all involved and witness members cease any communication regarding the facts of the incident.* |
| | **REMINDER:** | *Department members will not deactivate his or her activated Department-issued recording equipment (e.g., In-Car Video Systems, Body Worn Cameras) until so directed by an on-scene supervisor in accordance with the procedures delineated in the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."* |

    a.    This prohibition will not continue beyond 60 days from the date of the incident, unless COPA extends the prohibition.

    b.    COPA may extend this prohibition, for additional 60-day periods, **on an individual basis and only when it is determined to be necessary to preserve the integrity of the investigation**.

    c.    If this prohibition is extended, **the above exceptions remain applicable** and COPA will provide the member with an official notification and the parameters of the extension.

    d.    Under no circumstances will this prohibition be extended beyond the final disciplinary decision of the investigation.

        **NOTE:**    Final disciplinary decision is defined as the conclusion of the process for disciplinary recommendations described in the Municipal Code of Chicago Section 2-78-130(a).

5.    ***not*** *listen to any audio* ***or*** *view any video contained on the Department-issued recording equipment (e.g., In-Car Video Systems and Body-Worn Cameras) that contains audio or video of the incident per Item III-D-6 of this directive.*

6.    complete any required reports to document the incident by truthfully and completely describing the facts and circumstances concerning the incident and submit the reports by the end of the tour of duty.

C.    **Reviewing Supervisor.** The reviewing supervisor from the district of occurrence will:

    1.    after the completion of the Public Safety *Briefing* and the scene is safe and secure, promptly contact CPIC from the scene to confirm the notifications listed in Item II-C have been made and provide CPIC with additional relevant or updated incident information if known.

    **REMINDER:**  *The reviewing supervisor cannot have been involved in or witnessed the firearm discharge or the officer-involved death incident.*

2. ensure the involved and witness members remain separate from each other, including being transported separately from the scene, and monitored to avoid any contact or communication *relating to the incident* until released by the *Street Deputy* responsible for the investigation, in coordination with COPA.

    **NOTE:**  Involved and witness members will be monitored by supervisory personnel of higher rank, *unless officer or public safety necessitates the immediate transport of injured members or injured individuals from the scene.*

3. ensure witnesses and other persons (Department member or non-Department member) who may have relevant information are made available to the on-scene *Street Deputy, Investigative Response Team,* and COPA personnel for on-scene interviews.

4. when feasible, ensure all Department and non-Department vehicles involved in the incident remain undisturbed until Forensic Services Division personnel, the *Street Deputy*, and COPA assess the need for and complete any forensic processing.

5. ensure a sworn Department member, other than the involved member, has been assigned to conduct the preliminary investigation, prepare the original case report, relay additional information to investigating units, and make the appropriate notifications, including to the Medical Examiner's Office for officer-involved deaths.

6. ensure written reports are generated and submitted to document on-scene investigative activities performed by district law enforcement personnel, such as searches for firearms or other physical evidence, and review all written reports generated by district law enforcement personnel submitted during the preliminary investigation.

7. ensure that the name, star number, and unit of assignment of all Department members and the name and organizational affiliation of all non-Department personnel (e.g., COPA) who have arrived on the scene, including the time of arrival, or who enter the crime scene are documented in accordance with the Department directives titled "Preliminary Investigations" and "Crime Scene Protection and Processing."

8. for firearm-discharge incidents, ensure:

    a. when feasible, no member of any rank other than Forensics Services Division personnel handles, inspects, unloads, or otherwise tampers with the involved member's firearm.

        **NOTE:**  If the involved member is injured and was relieved of his or her firearm by another Department member prior to receiving medical treatment, the responding supervisor will take possession of the firearm and duty belt from the securing member and ensure that the firearm remains holstered and secured.

    b. unless the member was disarmed, the firearm remains holstered and secured pending the arrival of Forensic Services Division personnel and COPA personnel.

    c. where circumstances require that a Department member's firearm must be preserved as evidence, the firearm is processed in compliance with the Department directive titled "Crime Scene Protection and Processing."

    d. all fired projectiles have been accounted for without contaminating or interfering with the collection and maintenance of evidence.

9. for officer-involved death investigations, ensure:

G03-06-01 Firearm Discharge and Officer-Involved Death Incident - Immediate Response    Current as of 19 May 2025:1110 hrs

© Chicago Police Department, May 2025    Page 12 of 14

        a.    the Medical Examiner's Office is notified of an officer-involved death and a Medical Examiner (ME) number is obtained.

        b.    *the prompt screening from public view or covering of the deceased consistent with the equipment available*.

            (1)    At any time during the course of the investigation, if the highest ranking on-scene supervisor determines that the safety of officers or the public is in jeopardy, the supervisor may request the immediate removal of the decedent from the scene, consistent with the Department directive titled "Firearm Discharge and Officer-Involved Death Incident - Investigation."

            (2)    If appropriate, the supervisor will consult with the *Investigative Response Team* supervisor or *Street Deputy* responsible for the investigation prior to the screening, covering, or removal the decedent.

        c.    *following the timely evidence collection procedures, the removal of the deceased from the scene.*

    10.    if circumstances necessitate the relocation of the investigation from the site of the occurrence, contact the *Street Deputy* responsible for the investigation for authorization and notify CPIC.

    11.    complete the reviewing supervisor's section of the TRR, if applicable and appropriate.

        **NOTE:**    If the involved member is of the rank of sergeant or higher, a higher-ranking member will complete the supervisor's section of the TRR.

    12.    remain on duty until dismissed by the *Street Deputy* responsible for the investigation.

D.    **Watch Operations Lieutenant.** The watch operations lieutenant of the district of occurrence will:

    1.    verify the appropriate supervisory resources have responded to the scene and ensure the responsibilities of the reviewing supervisor have been assigned to the appropriate supervisor.

    2.    obtain a *Log Number (Notification)* from COPA in all cases in which a Department member:

        a.    discharged a firearm (on or off duty) and another person is injured or killed by one or more bullets fired by that member,

        b.    suffered a self-inflicted gunshot wound,

        c.    *discharged a firearm (on or off duty) at a person and the person is not injured or killed,*

        d.    *is involved in a motor vehicle accident with fatalities including any death resulting from a motor vehicle accident involving a Department member engaging in law enforcement activity off duty, or*

        e.    *is involved in any other officer-involved death incident including death in custody or suicide in custody.*

    3.    follow the procedures in the Department directive titled "[Notification of Death or Serious Injury to a Member: Duty Related](#)" when a Department member has been injured or killed by gunfire or seriously injured or killed as a result of any firearm discharge or officer-involved death incident.

## VI. CONFLICT PROVISION

If this directive conflicts with any other Department directive, this directive will take precedence.

Larry Snelling
Superintendent of Police

23-018 ASH

