# Exhibit 2

| Chicago Police Department | | | General Order G03-06-02 |
|---|---|---|---|
| **FIREARM DISCHARGE AND OFFICER-INVOLVED DEATH INCIDENT - INVESTIGATION** | | | |
| **ISSUE DATE:** | 24 July 2025 | **EFFECTIVE DATE:** | 24 July 2025 |
| **RESCINDS:** | | | |
| **INDEX CATEGORY:** | 03 - Field Operations | | |
| **CALEA:** | | | |

I. **PURPOSE**

   This directive outlines:

   A. the investigative responsibilities of firearm discharge and officer-involved death incidents for the responding deputy chief assigned to the Street Operations Unit, Office of the First Deputy Superintendent (Street Deputy), Civilian Office of Police Accountability (COPA), and Bureau of Detective personnel;

   B. the procedures regarding civilian witness interviews; and

   C. the responsibilities for crime scene access, crime scene and evidence, and firearm processing for firearm discharge and officer-involved death incidents.

II. **RESPONSIBILITIES**

   A. **Street Deputy.** The Street Deputy responsible for the on-scene response will:

      1. *promptly* proceed to *and* assume command of the scene *and provide for the appropriate on-scene response to* ensure a complete and thorough *on-scene* investigation of the incident is conducted *by the Department, including the Investigative Response Team*.

      2. ensure all tasks delineated for lower-ranking personnel have been *completed* or are being performed *and are completed*, including the Public Safety *Briefing* at the scene of the incident.

      3. personally conduct *and document* an investigation into the circumstances surrounding the *involved member's use of force* in a manner consistent with this directive *and the Department directive titled* "Incidents Requiring the Completion of a Tactical Response Report."

      4. confer with the *reviewing* supervisor who conducted the Public Safety *Briefing. If after the review of available body-worn camera and in-car video system footage and relevant and available on-scene information, additional clarification of incident from the involved member(s) is* deemed necessary to *ensure a complete and thorough on-scene investigation, the Street Deputy responsible for the on-scene response may* conduct a walk-through with *any* of the involved Department member(s) without delay.

         a. *Prior to requesting the walk-through, the assigned Street Deputy will review any body worn camera or in-car video system footage of the involved member requested to participate in the walk-through, when available.*

         b. *Before conducting the walk-through, the Street Deputy will order the involved Department member(s) to participate in a walk-through of the incident.*

         c. *This walk-through with the involved Department member will:*

   (1) *include the following instructions given to the involved Department member prior to the interview:*

    *"Please be advised that you are being ordered to answer questions and give an oral report of the incident. As a result of your failure to follow this order, you may face administrative discipline. Nothing you say in response to this order may be used against you in any criminal proceeding should one arise from this incident."*

   (2) *be limited to obtaining information needed for clarification of the incident and the immediate on-scene response.*

    **NOTE:** *While the questions asked during the walk-through may be similar to the initial Public Safety Briefing, the Street Deputy is not required to ask the same questions, in the same sequence, in their entirety, as the initial briefing.*

   (3) *be conducted by the Street Deputy with any involved Department member individually, outside the presence of any other individual.*

    **NOTE:** *If there are multiple Department members involved in the incident, the Street Deputy will conduct a separate walk-though with each member, only when deemed necessary.*

   (4) *not be recorded with the on-scene Street Deputy's body-worn camera.*

5. designate a supervisor responsible for assisting in the preliminary investigation whenever the incident has occurred in more than one district.

6. *assign a reviewing supervisor if one has not been previously assigned to the incident.*

7. ensure that each involved *and witness* member is accompanied and monitored by a supervisor of higher rank than the involved member, *unless officer or public safety necessitates the immediate transport of injured members or injured individuals from the scene*, who will ensure the *members are* separated and directed not to communicate *relating* to the incident, consistent with Department directive titled "Firearm Discharge and Officer-Involved Death Incident - Immediate Response."

  a. The *Street Deputy* responsible for the *on-scene response* will assign separate transportation for the involved and witness members and ensure they avoid contact or communication related to the incident until released by the *Street Deputy* responsible for the *on-scene response*, in coordination with COPA.

  b. The involved member(s) will be escorted from the scene as soon as practicable and remain accompanied by a supervisor until released by the *Street Deputy* responsible for the *on-scene response*, in coordination with COPA.

8. ensure Forensic Services Division personnel collect and process evidence at the scene of the incident and complete all required tasks outlined in this directive.

  **NOTE:** In consultation with COPA investigative personnel, the *Street Deputy* responsible for the *on-scene response* may waive firearm inventory and ballistic examination and may authorize the member to retain his or her firearm in instances in which there is no likelihood of death or injury to a person or no identifiable property damage resulting from a firearm discharge incident.

9. ensure the appropriate notifications and reporting requirements are completed, including the completion of *detective supplementary reports* by Bureau of Detectives personnel and when applicable, the notification to the Medical Examiner's Office.

10. *ensure that IRT personnel document each Department member who viewed video evidence or listened to audio evidence at the scene, consistent with the requirements of the Illinois SAFE-T Act (Public Act 101-0652), including whether the video was viewed or the audio was listened to with COPA investigative personnel present.*

11. unless immediately necessary *for public or officer safety*, consult with responding COPA investigative personnel, Bureau of Detectives personnel, and Forensic Services Division personnel before any involved vehicles are removed from the scene.

12. direct additional investigatory actions or otherwise coordinate the Department's on-scene response to any firearm discharge or officer-involved death incident as deemed necessary. *This may include but is not limited to, requesting additional personnel be assigned to the incident or requesting additional resources such as the Helicopter or Marine units.*

13. ensure any representatives from the Fraternal Order of Police (FOP) or the Police Benevolent and Protective Association (PBPA) do not interfere in the investigation of the incident, but are provided the access consistent with their respective collective bargaining agreement.

14. fulfill the obligations outlined in the Department directive titled "Traumatic Incident Stress Management Program," including:

    a. determining whether an incident should be classified as a traumatic incident in situations other than those specifically defined as a traumatic incident.

    b. notifying the Professional Counseling Division of the incident.

    c. notifying the affected member of their responsibilities.

15. prior to the end of the tour of duty, complete the review process for the submitted Tactical Response Reports (TRR) *and the completion of the TRR-Investigation (TRR-I)* following the procedures outlined in the Department directive titled "Incidents Requiring the Completion of a Tactical Response Report" including:

    a. reviewing and approving all submitted TRRs for the incident, including for any lesser uses of force by Department members associated with the firearm discharge or officer-involved death incident.

    b. *documenting the sworn Department supervisor who initially separated the involved or witness members and who conducted the Public Safety Briefing with the involved member in the TRR-I.*

16. if necessary, prior to the end of the tour of duty, review the Major Incident Notification Report and ensure its completion.

B. **COPA Personnel.** Upon the arrival of COPA personnel, the *Street Deputy* responsible for the *on-scene response*:

1. will ensure that as soon as the scene is safe and secure, COPA investigators will be provided the opportunity to participate in the preliminary assessment during the immediate aftermath of a firearm-discharge or officer-involved death incident to the same extent as any Department member or any other law enforcement agency investigating the incident.

2. will provide a *briefing* of the incident to the COPA investigators based on the information available at that time, *without redaction or editing of known information*, including but not limited to:

    a. walking through the incident scene.

    b. providing information obtained from the *Public Safety Briefing* conducted with the involved member(s).

    c. *providing information obtained from any walk-through of the incident conducted by the Street Deputy and involved member(s).*

        d.    *the identification of the immediate investigative steps taken and currently in progress.*

        e.    *the deployment of personnel and the actions tasked in support of the investigation.*

        f.    disclosing any and all evidence and witnesses identified by Department personnel.

        g.    *the Investigative Response Team and Bureau of Detectives investigative strategy and actions taken, currently in progress, and planned to be taken in the next 24 to 48 hours.*

    3.    has an ongoing obligation to keep COPA personnel *contemporaneously* apprised of all relevant information or evidence identified or obtained pursuant to on-scene law enforcement activity or Department investigation, including approved reports.

    4.    COPA personnel will be responsible for notification and responding to the Cook County State's Attorney's Office Law Enforcement Accountability Division concerning the officer-involved death investigation.

C.    As soon as it becomes apparent, any conflict of opinion or procedure between Department members and COPA investigative personnel at the scene will be reported to the *Street Deputy*. The *Street Deputy* will confer with the COPA investigative personnel to immediately resolve the conflict on-scene. *In the event of conflict and inability to resolve, the conflict will be reported immediately up the respective chains of command for resolution.*

D.    **Bureau of Detectives**

    1.    In all officer-involved death incidents and firearm discharge incidents other than the destruction/deterrence of an animal with no human injury, the Bureau of Detectives area commander and the *Investigative Response Team* supervisor will consult with the assigned *Street Deputy* and determine the appropriate Bureau of Detectives response *and resources are allocated.*

    2.    When assigned to the investigation of a firearms discharge or officer-involved death incident, the *Investigative Response Team* supervisor will:

        a.    personally respond to the scene of the investigation.

        b.    under the direction of the *Chief of Detectives*, assume responsibility for the *investigation of the officer-involved death or firearm discharge incident, including any* criminal investigation of non-Department members.

        c.    ensure the preservation of evidence.

            NOTE:    The highest-ranking member of the Bureau of Detectives on scene will be responsible for *supervising* the collection and processing of evidence on the scene. The highest-ranking district *patrol* member on scene will be responsible for protection of the evidence and maintaining the crime scene until all evidence is collected.

        d.    coordinate with responding COPA investigative personnel regarding the collection and processing of evidence and the interviewing of witnesses.

        e.    ensure the identification of witnesses.

        f.    ensure that interviews of witnesses associated with the firearms discharge or officer-involved death incident are video-recorded, when possible, unless the witness declines to permit such recording or such recording is prohibited by law.

        g.    ensure that all witnesses are informed that they have the opportunity to speak with investigative personnel from COPA and witness interviews are conducted in accordance with Item III of this directive.

      h.    *not delay interviewing involved or witness members and will conduct such interviews as soon as feasible, consistent with members' collective bargaining agreement.*

      i.    *ensure that all requests made on behalf of involved or witness members to reschedule interviews are documented in the appropriate Bureau of Detectives report.*

           **NOTE:**    *IRT personnel will notify COPA for all requests made on behalf of involved or witness members to reschedule interviews via a To-From-Subject Report to the commanding officer of IRT.*

      j.    provide timely responses to requests for information from COPA investigative personnel during the preliminary investigation on scene and any additional follow-up investigations.

      k.    if appropriate, be responsible for notification and responding to the Cook County State's Attorney's Office Felony Review concerning *any related* criminal investigation.

      l.    make available to COPA investigative personnel *the entire investigative file, including, but not limited to, all Investigative Response Team and Bureau of Detectives* reports (when completed and approved), information, video and audio materials, and any other documents or material of evidentiary value related to the incident.

      m.    *ensure that COPA receives access to or copies of any and all relevant video (third-party or Department-controlled) obtained by either the Investigative Response Team, Area Technology Centers, or Bureau of Detectives, as soon as practical.*

      n.    ensure all reports are completed in a timely manner.

3.    The assigned Bureau of Detectives personnel will complete a *detective supplementary* report, consistent with the classifications outlined in the Incident Reporting Guide (CPD-63.451), to document the Department's investigation of firearm discharge incidents involving sworn members, other than the destruction of an animal where no one was injured, or officer-involved death incidents. The assigned Bureau of Detectives personnel will:

      a.    ensure the *detective supplementary* report is associated with the Records Division (RD) number of the original incident case report.

      b.    *only allow any Department member to view video evidence in compliance with the Department directive titled* "Body Worn Cameras" *and per the requirements of the Illinois SAFE-T Act (Public Act 101-0652) as outlined in the Department directive titled* "Firearm Discharge and Officer-Involved Death Incident - Immediate Response" *prior to writing an initial report.*

      c.    document each Department member who viewed video evidence or listened to audio evidence at the scene, *consistent with the requirements of the Illinois SAFE-T Act (Public Act 101-0652),* including whether the video was viewed or the audio was listened to with COPA investigative personnel present.

      d.    document the name and time of arrival of all COPA investigative personnel arriving on the scene.

### III.   CIVILIAN WITNESS INTERVIEWS

    A.    Witnesses will not be held or detained against their will consistent with the Department directive titled "Preliminary Investigations."

    B.    *The appropriate Investigative Response Team member or Bureau of Detectives personnel* will notify COPA personnel *of the time of all planned interviews, and COPA personnel will be given* the opportunity to *independently* interview all witnesses.

1. The order in which Department investigators and COPA investigators conduct witness interviews will be determined by the *Street Deputy* responsible for the investigation and the COPA investigative personnel, in consultation with the Bureau of Detectives personnel.

2. *Any* witness interviews may be conducted concurrently, if feasible, by the Department and COPA.

C. All witnesses will be informed of the opportunity to speak with investigative personnel from COPA. When known, Department personnel will notify COPA personnel before a witness leaves a Department facility or the scene of the incident. However, witnesses will not be held or detained against their will solely for the purpose of notifying COPA personnel.

D. Department members will continue to identify and transport civilian witnesses to the appropriate detective area for the purpose of conducting interviews.

**NOTE:** Although all witnesses will be encouraged to be transported to the appropriate *Bureau of Detectives* area office to be interviewed, witnesses who refuse, but are willing to be interviewed on scene should be accommodated and, if appropriate, afforded safety and security considerations. On-scene voluntary interviews may be facilitated by the use of Department recording devices (e.g., In-Car Video Systems, Body Worn Cameras, and *Department-issued cellphones*) consistent with the Department directives titled "Body Worn Cameras" and "In-Car Video Systems." *If COPA personnel are on scene, COPA personnel will be notified of the interview and will be given the opportunity to participate.*

E. *If COPA is unable to participate in a civilian interview, the Department will, with good faith effort, seek consent to electronically record the interview and provide COPA with a copy of the recorded interview upon completion.*

1. *Whether the civilian interview was recorded or not, the Department will promptly provide a verbal summary of the civilian interview to COPA.*

2. *At COPA's request, IRT or Bureau of Detectives personnel may supplement the verbal summary of a non-recorded interview with approved reports taken during the interview and provided to COPA with the completed case file.*

**NOTE:** On-scene voluntary interviews may be facilitated by the use of Department recording devices (e.g., In-Car Video Systems, Body Worn Cameras, and *Department-issued cellphones*) consistent with the Department directives titled "Body Worn Cameras" and "In-Car Video Systems."

F. COPA, and, if appropriate, Cook County State's Attorney's Office personnel, will interview any available civilian witnesses.

**IV. CRIME SCENE ACCESS AND EVIDENCE PROCESSING**

A. Once the scene is safe and secure, the COPA investigative personnel will have immediate access to all areas within the designated crime scene, in coordination with the *Street Deputy* responsible for the investigation.

B. Department members will continue to identify, secure, protect, collect, and process evidence at the incident scene consistent with the Department directive titled "Crime Scene Protection and Processing."

1. Department members assigned to the Forensic Services Division may mark and photograph evidence at the scene prior to the arrival of the COPA investigative personnel. Evidence will not be collected or processed until the arrival of the COPA personnel, unless exigent circumstances necessitate immediate collection and processing (e.g., inclement weather resulting in the loss or destruction of evidence).

2. Additional evidence identified by the on-scene COPA investigative personnel will be collected by Forensic Services Division personnel with the concurrence and approval of the COPA investigative personnel.

3. Any and all items of evidence identified by either the Department or COPA will be photographed, collected, and processed by Forensics Services Division personnel.

4. Forensic Services Division personnel will collect and process evidence in a manner to ensure a timely removal of a decedent from a public incident scene, when applicable.

C. *The Chief Administrator of COPA, or designee*, must be present for:

1. the first viewing *by Department members* of available video or audio material related to the incident.

2. the collection and preservation of any:

    a. firearms recovered at the scene, and

    b. audio and video material obtained at or near the scene of the investigation from the Department or a third-party.

    **EXCEPTION:** This requirement will not apply when there is a public safety need to listen to, review, or collect any evidence prior to the on-scene arrival of *the Chief Administrator of COPA, or designee,* and *the Chief Administrator of COPA, or designee* has been notified of the incident and are unavailable. *If a public safety need arises to listen to, review, or collect any evidence, Investigative Response Team personnel will document the circumstances on detective supplementary reports.*

D. Forensic Services Division personnel will:

1. take complete and accurate measurements of the scene from which to develop a detailed plat.

2. take numerous detailed photographs of the scene from various angles and depths, procuring artificial light as necessary.

3. consult with responding COPA personnel regarding the collection and processing of evidence related to the incident, including activities to take place at other locations, such as hospitals.

4. upon request of COPA personnel in consultation with the *Street Deputy* responsible for the investigation, take detailed photographs of officers involved in or witness to the firearms discharge or officer-involved death incident.

E. Deceased Removal

1. *All Department members will act in a manner that is consistent with the Department's commitment to the principle of the sanctity of life and will treat the deceased with respect, including the prompt screening from public view or covering of the deceased consistent with the equipment available and, following the timely evidence collection procedures, removal of the deceased from the scene*.

2. At any time during the course of the investigation, if the highest ranking on-scene district law enforcement supervisor determines that the safety of officers or the public is in jeopardy, the supervisor may request the immediate removal of the decedent from the scene.

3. If an immediate removal is deemed necessary, the highest ranking on-scene district law enforcement supervisor will ensure that the deceased remains are pronounced consistent with the Department directive titled "Processing and Transportation of Deceased Persons." When removing the decedent from the scene, Department members will proceed in a respectful and private manner.

V. **POST-FIREARM DISCHARGE INCIDENT SCENE AND FIREARM PROCESSING**

    A. Unless there are overriding public or officer-safety concerns, no members of any rank other than Forensic Services Division personnel will handle, inspect, unload, or otherwise tamper with the involved member(s)' firearm(s), or any other firearms involved in the firearms-discharge incident. The firearm will remain holstered and secured pending the arrival of the *Street Deputy* responsible for the investigation and Forensic Services Division personnel.

    B. If the Department member was disarmed during the firearm-discharge incident or if the firearm contains biological or other trace-matter evidence, the firearm will be preserved as evidence and processed in compliance with the Department directive titled "Crime Scene Protection and Processing."

    C. Forensic Services Division personnel will:

        1. conduct any necessary inspection(s) *of the involved member(s)' firearm, at the appropriate Detective Area and* in the presence of the *Street Deputy, Investigative Response Team* personnel, and COPA personnel. *The firearms inspection will include, but is not limited to, the safe disassembly of the firearm to:*

            a. *identify its make, model, serial number, caliber, type (revolver, semi-automatic pistol, rifle, shotgun, etc.), and other identifiers,*

            b. *determine the type of ammunition used, and*

            c. *determine the number of rounds expended and/or remaining.*

        2. upon request of COPA personnel in consultation with the *Street Deputy*, examine the firearm(s) of Department members present at the time of the firearm-discharge incident to:

            a. identify its make, model, serial number, caliber, type (revolver, semi-automatic pistol, rifle, shotgun, etc.), and other identifiers,

            b. determine the type of ammunition used, and

            c. determine the number of rounds expended and/or remaining.

        3. examine the surrounding area, including property and any involved vehicles, to identify the number and location of cartridge casings, bullets, bullet fragments, bullet entries and exits, or other property damage caused by bullets, bullet fragments, or other projectiles.

        4. identify and photograph all visible bullet entries in surrounding vehicles and property and, if necessary and feasible, conduct trajectory analysis.

        5. inventory all firearms known to have been discharged by a Department member and all firearms for which inspection is inconclusive as to whether the firearm was discharged in accordance with Department directive titled "Firearms Taken into Custody or Turned In." These firearms will be inventoried in cases in which:

            a. an individual has been injured or killed.

            b. identifiable property damage has occurred.

            c. potential property damage may have occurred. In potential property damage cases, the *Street Deputy* responsible for the investigation may authorize the responsible member to retain his or her firearm for subsequent personal transport to the Forensics Services Division within ninety-six hours of the incident. The authorization will be noted in the "Comments" field of the eTrack inventory application.

        6. if necessary and feasible, preserve the scene for possible trajectory analysis and:

            a. avoid removing bullet fragments from surfaces in a manner that would prevent possible trajectory analysis.

      b.    determine whether processing involved vehicles can be effectively accomplished on scene. If involved vehicles are to be transported to a secure environment for later processing, Department personnel will be cognizant not to disturb content and configuration of the vehicle (e.g., disturbing the position of the seats).

D.    If the investigation indicates additional weapons were discharged, upon request of COPA personnel in consultation with the *Street Deputy* responsible for the investigation, *Bureau of Detective personnel* will conduct gunshot residue testing on *individuals involved or present when the firearm-discharge incident occurred as determined by the investigation.*

                                                         Larry Snelling
                                                         Superintendent of Police

23-018 ASH