AFFIDAVIT OF SERGEANT OF POLICE WASIM M. SAID
I, Wasim M. Said, under the penalty of perjury, state as follows:

I currently serve as Range Master for the Chicago Police Department, with responsibility for supervising firearms training, managing the firearms range, and overseeing the Department's armory. I have overseen the Chicago Police Department's self-initiated transition away from the Sig Sauer P320 since becoming aware of its safety issues.

In its September 30, 2025 Order, the United States District Court, Northern District of Illinois Eastern Division requested the following information.

1. How many officers are currently carrying the P320 while on Active Duty?

The number of officers currently carrying the Sig Sauer P320 decreases daily due to members reporting that they have transitioned. As of October 7, 2025, the Firearms Training Section is aware of 521 officers still carrying the Sig Sauer P320.

Nine of the 521 have not transitioned due to the following reasons: Five are stripped of police powers and may not carry firearms; Two are on military leave and not expected to return during this process, One is on extended medical leave, and One is assigned to FOP and has no record of compliance. Individual unit commanding officers are responsible for administering discipline. Eight of the aforementioned officers currently cannot comply and will be brought into compliance upon return to active duty. Of that 521 officers, there are 428 members who purchased the Sig Sauer P365XL and are awaiting delivery of the firearm and holster form manufacturer to the supplier.

The remaining 93 officers have purchased a different model of firearm, other than the Sig Sauer P365. Sixty-nine of the 93 have deliveries waiting to be picked up. Once officers pick up the firearms and holsters, they will be transitioned. Twenty-four officers of the 93 have not had their firearms or holsters delivered and have reported to the Firearms Training Section that they are still waiting on delivery of either the firearm or the holster. Vendors are unable to inform the Firearms Training Section when these firearms and holsters will be shipped but assured us they are fulfilling orders as soon as manufactures ship firearms and holsters. Members of the Firearms Training Section have confirmed this by correspondence with vendors and internal records keeping.

Seventy-three of the 521 officers, who are still carrying the Sig Sauer P320, have an Alternate Prescribed firearm listed in their Firearm Training record. Of the Seventy-Three, 49 have an Alternate Prescribed that is a Sig Sauer P365 and are waiting for delivery of holsters from the manufacturer to the vendor for order fulfillment. Twenty-Four of the 73 have an Alternate Prescribed that they may transition to immediately if they have a duty rated holster for such firearms. The Firearms Training Section, as well as the Department, has made those officers aware of the Department Policy of which firearms they are approved to carry on duty. The Department gave those officers the opportunity to transition to a suitable Alternate Prescribed firearm rather than purchase a new firearm. Some of those officers indicated that they were unable to transition back to such firearm due to the firearm's condition or the lack of a safe,

department approved, holster. Some of these officers opted to purchase a new firearm or replacement firearm parts or holsters. Neither the Firearms Training Section nor myself, tracked the reasons these members gave as their choice. I, and other members of the Firearms Training Section, have been told that there have been delays in the delivery of some of those replacement items.

2. When [will] all CPD officers will cease the use of the P320 while on duty?

The answer to this inquiry depends on many factors. Those factors include but are not limited to the following: the production of both the replacement firearms and holsters to safely carry those firearms, delivery of the firearms and the holsters, and transfer of the firearms from the Department to its officers.

In the process of developing a plan to remove the P320 from service, the Firearms Training Section and I consulted other law enforcement departments from around the county. Their advice and experience informed our process of transition. The safety of our officers and all of the residents of Chicago is of the utmost importance and our goal is to remove the P320 from service as fast as possible while still having adequate personnel available to address all the emergencies that we respond to on a daily basis. Our transition process for the Chicago Police Department was complicated due to the number of officers involved and the fact that Department members personally own their duty weapons.

Since the beginning of the transition process, I have been in continuous communication with Acme Sports, the Sig Sauer regional distributor, and Safariland, the holster manufacturer.

Regarding the replacement Sig Sauer P365XL firearms: the representative from Acme Sports has indicated that the replacement firearms are manufactured and ready for delivery.

Regarding the replacement holsters: representatives from Acme and Safariland indicated that this would be the slowest part of the transition process. Safariland related that the holster for the Sig Sauer P365XL series handgun was in the process of being designed and none had been manufactured. Members of the Firearms Training Section and I, communicated with representatives from Safariland to ensure the holster design met the standards of the Chicago Police Department. They stated that the newly designed holsters also had to pass their own testing regiment before they could sell them. The representatives from Safariland further stated that they were aware of the position that the Chicago Police Department was in, and were diligently working to expedite this process for us. They related that they accelerated the design, testing, and production of a duty rated holster.

The representative from Safariland stated that they now expect holsters to ship from their production facility to the vendor Acme Sports no later than October 17, 2025. They indicated that the holsters should be at the vendor's site no later than 01 November 2025. Acme Sports has indicated that once the holsters are delivered to them, they will ship both the firearms and holsters to Chicago Police Department facilities.

Once delivery of the firearms and their corresponding holsters are made to the Chicago Police Department, we will contact the members about retrieving the firearms, we will register the firearms on site, and we will ensure officers are familiar with the functionality of the firearm and the officer will qualify with the firearm for duty use. I am unable to give an exact timeline on how long this will take, but will complete this process as expeditiously as possible. It is difficult to ascertain a timeline due to members who are on furlough, medical roll or otherwise unavailable.

In summary, the answer to when all CPD officers will cease to use the Sig Sauer P320 is based on two things. First, it is based on the information provided to me by representatives from Safariland and Acme Sport. Second, it is based on the process of officers picking up their individual firearms. The second step, of which the Department is in control of, will be completed expeditiously. We expect all officers to cease carrying the P320 as soon as the Department can take delivery of the firearms and their holsters and complete the transition process.

FURTHER AFFIANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Signature: _____

Executed on: October 7, 2025