

FILED
3/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

Letter Is for Chief Judge Rebecca R. Pallmeyer

Case number Case: 1:17-cv-06260

Thank you

Francisco Olguin

3755 W.55th st

Chicago Ill 60632

4642660873

CHICAGO POLICE ARE INVESTIGATING US and intentionally destroyed everything for over 12 years to try to FRAME many innocent people and years of retaliation crimes. Slander (destroyed our name all over the City and State), harassment, discrimination, destroyed social life, destroyed job and career, (lost over $500K backpay), Death threats,  Emotional distress for years (PTSD) and more misconduct (they have police records on them). They caused trouble for the whole family Mother 80 yrs. old, sisters and brother.  It is 8th district Chicago police and their sick DETECTIVES who did all this. We have NO criminal record. They are still continuing with their crimes as RETALIATION. We want   a PROTECTION ORDER on Chicago police and their sick Detectives

Chicago police and their sick Detectives put dead rats by our garage before and we got death threats many times from their Detectives. Our mom 80 Estela got sick and died on 12-6-2023.  They caused us trouble an destroyed everything and caused us anxiety and high blood pressure for years too.  Me Francisco, my brother-in-law David and sister Alicia are victims too.

We filed complaints for years to COPA, IPRA, Mayor, States attorney, attorney general, Inspector general, internal affairs, Safety commission, FBI, DOJ and nobody ever did anything. We can't find a lawyers or any help for years and We want   a PROTECTION ORDER on Chicago police and their sick Detectives

*The Petition*

*https://chng.it/CC5WrHGNpD*

*Thank you*

*Francisco Olguin*

CERTIFIED MAIL

3755 W 55th St,
Chicago, IL 60632

FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202



USPS CERTIFIED MAIL™

9207 1901 3247 3400 2335 1580 89

SIGNATURE REQUIRED PER DMM 3.1.1

1\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SNGLP 480

Everett Mckinley Dirksen
Federal Building , Case No. 17-CV-6260
219 S Dearborn St FL 20
Chicago, IL 60604-1702

RECEIVED

MAR 24 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT